## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | C M Heavy Machinery, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | AKA CM Heavy Machinery, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 42-1737967 |

| | |
|---|---|
| 4. | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 11097 Highway 27<br>Okemah, OK 74859 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Okfuskee | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.cmhm.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    5324

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

| Debtor | C M Heavy Machinery, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| | Debtor | | Relationship | | |
| | District | When | Case number, if known | | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     August 8, 2024
                MM / DD / YYYY

**X** /s/   Clint Meadors                                    Clint Meadors
Signature of authorized representative of debtor             Printed name

Title    President

---

**18. Signature of attorney**

**X** /s/ Maurice VerStandig                          Date    August 8, 2024
Signature of attorney for debtor                              MM / DD / YYYY

Maurice VerStandig
Printed name

The VerStandig Law Firm, LLC
Firm name

9812 Falls Road, #114-160
Potomac, Maryland 20854
Number, Street, City, State & ZIP Code

Contact phone    (301) 444-4600        Email address    mac@mbvesq.com

District of Columbia - MD18071
Bar number and State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTES ACCOMPANYING PETITION,
SCHEDULES, AND STATEMENT OF FINANCIAL AFFAIRS**

1.      As disclosed on Schedule A/B, C M Heavy Machinery, LLC ("CMHM" or the "Debtor") holds a checking account, at Mabrey Bank, with a current balance of $114,331.61. Insofar as Mabrey Bank is not a creditor of CMHM, and insofar as no creditor of CMHM is believed to hold an account control agreement as it relates to this checking account, it is the position of CMHM that there does not presently exist a validly perfected lien on the bank account balance. *See* 12A Okl. St. § 1-9-312; 12A Okl. St. § 1-9-314. As such, it is the position of CMHM that the monies held in this account do *not* constitute the cash collateral of any creditor and, accordingly, no motion for leave to utilize cash collateral is being filed at the present time. However, should any creditor contact undersigned proposed counsel with evidence of there being an account control agreement in place, the Debtor will promptly file a motion pursuant to Section 363(c)(2) of Title 11 of the United States Code, seeking leave to use cash collateral. It is very much not the intent of CMHM to avoid bringing such a motion but, rather, the good faith belief of CMHM that such a motion is not properly filed at the present time because (i) the at-issue depository institution is not a creditor herein; and (ii) no creditor appears to have an account control agreement.

2.      Pre-petition, a dispute arose between CMHM and the individual who maintained the books and records of CMHM. This dispute has resulted in books and records not being

1

reasonably current in nature and the Debtor lacking financial records of a reliable quality as of present. The Debtor will be shortly seeking to identify and engage a third-party bookkeeper, both so as to allow more refined records to be presented in connection with this case and, too, to ensure CMHM can rely upon up-to-date and properly-maintained financial records in the future. If the engaged bookkeeper is asked to carry on any activities in the nature of an accountant or professional person, appropriate leave of court will be sought pursuant to Section 327 of Title 11 of the United States Code.

3.      The Debtor has not filed tax returns for the calendar years 2022 or 2023. Preparing and filing such returns will be prioritized post-petition and CMHM understands that such needs to be undertaken in an expedient-but-deliberate manner.

4.      Core to this case is a large insurance claim stemming from the loss to fire of property being stored in North Carolina. The Debtor reasonably believes this insurance claim to have a value in excess of $10 million. Unfortunately, as a seemingly direct consequence of this claim being made—and at least one other insured loss being recently suffered—CMHM is presently without certain policies of insurance. Of even date herewith, the Debtor has conferred with an insurance broker and steps are being taken to expediently secure a policy of general liability insurance together with such other products as may be appropriate.

5.      Clint Meadors ("Mr. Meadors"), the principal of CMHM, has not recently drawn a formal salary for his work with the Debtor. As financial records are examined and the Debtor's cash position and receivables come into sharper relief, it is reasonably anticipated Mr. Meadors will commence drawing an industry-appropriate salary insofar as he is no longer permitted to take equity draws and insofar as he is the Debtor's sole working employee, being essential both to assistance with this Chapter 11 case and the day-to-day operations of CMHM. When Mr. Meadors

commences taking such a salary, notice will be given—in advance—of the size and frequency of such payments. It is the Debtor's position that such will constitute the retention of an executive in the ordinary course of business, but the Debtor is nonetheless willing to file a formal motion, under Section 363(b) of Title 11 of the United States Code, for leave to commence such salary payments, should any party in interest suggest such to be desired.

6. Quite often, small business debtors enter Chapter 11 with operational flaws. The reorganization process can be as beneficial to restructuring monetary obligations as it is to ensuring small businesses develop—or, at minimum, refine—the tools, policies and procedures necessary to successfully function as an operating entity. CMHM is no exception. These notes are made in an effort to draw attention to facts and positions that may not be otherwise immediately apparent from the petition, schedules, and statement of financial affairs; CMHM appreciates that fulsome disclosures are an integral part of the bankruptcy process and wishes, very much, to start this case by both openly acknowledging certain eccentricities and, too, showing how those eccentricities can be properly addressed in the coming days, weeks, and months.

Dated: August 7, 2024                  By:     /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig, Esq.
                                                The VerStandig Law Firm, LLC
                                                9812 Falls Road, #114-160
                                                Potomac, Maryland 20854
                                                Phone: (301) 444-4600
                                                mac@mbvesq.com
                                                *Proposed Counsel for the Debtor*

## RESOLUTION OF SOLE MEMBER AND
## <u>PRESIDENT OF C M HEAVY MACHINERY, LLC</u>

The undersigned, constituting the sole equity holder and president of C M Heavy Machinery, LLC ("CMHM"), does hereby resolve as follows:

WHEREAS, CMHM has become burdened by various debts to third parties; and

WHEREAS, CMHM believes it can operate at a profitable level if permitted occasion to reorganize the foregoing debts; and

IT IS NOW, THEREFORE, RESOLVED as follows:

1.      Pursuant to Section 2020 of Title 18 of the Oklahoma Statutes, Clint Meadors, acting on behalf of CMHM, is authorized to take any and all actions necessary to file a petition for relief pursuant to Section 301 of Title 11 of the United States Code;

2.      Clint Meadors is authorized to engage counsel to act as general reorganization counsel to CMHM, and any efforts already so taken are hereby ratified and affirmed to the extent necessary; and

3.      Clint Meadors is authorized and directed to work with the general reorganization counsel of CMHM to reorganize CMHM through whatever means may be most efficient, including reapportionment of equity, sale and/or liquidation.

Dated this 7th day of August, 2024

C M Heavy Machinery, LLC.

By: _____
Clint Meadors
Its: Sole Member and President

**Fill in this information to identify the case:**

Debtor name    C M Heavy Machinery, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 8, 2024      **X** /s/   Clint Meadors
                                              Signature of individual signing on behalf of debtor

                                              Clint Meadors
                                              Printed name

                                              President
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    C M Heavy Machinery, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF OKLAHOMA

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ARA Insurance Agency<br>11225 College Blvd<br>Suite 250<br>Overland Park, KS 66210 | | Insurance | | | | $11,414.06 |
| AT&T Business<br>211 S. Akard<br>Dallas, TX 75202 | | | Disputed | | | $3,442.04 |
| Barnhill Contracting Company<br>800 Tiffany Blvd<br>Suite 200<br>P O Box 7948<br>Rocky Mount, NC 27804 | | Rent | | | | $56,400.00 |
| CIG Logistics, Inc.<br>209 W 2nd Street<br>Fort Worth, TX 76102 | | | | | | $20,315.50 |
| Dozr, Ltd.<br>318 DUKE ST W<br>KITCHENER<br>ONTARIO<br>CANADA-N2H3Y1 | | | | | | $39,418.17 |
| Enfield Timber, LLC<br>21144 US Highway 301<br>Enfield, NC 27823 | | Rent | Disputed | | | $345,714.00 |
| Gregory Poole Equipment Company<br>4807 Beryl Road<br>Raleigh, NC 27606 | | Judgment | | | | $24,866.17 |
| Gungoll, Jackson, Box & Devoll, P.C.<br>PO Box 1549<br>Enid, OK 73702 | | Legal Services | Disputed | | | $1,670.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hentges & Associates, PLLC 102 E Thatcher St Edmond, OK 73034 | | Legal Services | Disputed | | | $19,334.76 |
| James Supplies, L.L.C. c/o Jay V. Harper 410 S. Chickasaw Pauls Valley, OK 73075 | | | | | | $2,879.00 |
| McAfee & Taft, A Professional Corporatio Attn: Michael Lauderdale 211 N. Robinson 8th Floor, Two Leadership Square Oklahoma City, OK 73102 | | Legal Services | | | | $30,000.00 |
| Norman Wohlgemuth, LLP 401 S. Boston Avenue Suite 3200 Tulsa, OK 74103 | | Legal Services | Disputed | | | $10,000.00 |
| Pe Ben Industries Companies, Inc. 811 Dallas Street Houston, TX 77002 | | | | | | $10,920.80 |
| Recovery Logistics, Inc. 507 S 14th Fort Smith, AR 72901 | | | | | | $97,850.00 |
| Standard Freight LLC 2401 Independence Parkway S La Porte, TX 77571 | | | | | | $51,105.00 |
| T&J Grading Company LLC 2054 Kildare Farm Rd. #352 Cary, NC 27518 | | Fire Cleanup | | | | $110,000.00 |
| Tuggle Duggins 400 Bellemeade Street Suite 800 Greensboro, NC 27401 | | Legal services retainer paid to Tuggle Duggins, subject to setoff by Tuggle Duggins | | $45,122.36 | $5,000.00 | $40,122.36 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Unifirst 2100 N Beech Avenue Broken Arrow, OK 74012 | | | Disputed | | | $9,125.10 |
| Wisner Law 703 S. Western Road Stillwater, OK 74074 | | Legal Services | | | | $2,378.75 |
| Woita Forest Products, LLC 601 Calvert Street Suite Q Lincoln, NE 68502 | | | | | | $21,386.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name    C M Heavy Machinery, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................    $     1,315,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................    $     17,837,335.55

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................    $     19,152,335.55

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................    $     4,619,481.56

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $     510.30

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     871,308.99

4. **Total liabilities** ........................................................................
Lines 2 + 3a + 3b                       $     5,491,300.85

Debtor name   C M Heavy Machinery, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Mabrey Bank | Checking | 5504 | $114,331.61 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       $114,331.61

## Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | Legal services retainer paid to Tuggle Duggins, subject to setoff by Tuggle Duggins | $5,000.00 |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9.   **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.       $5,000.00

## Part 3:    Accounts receivable

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:  ___1,343,190.26___  -  ___0.00___ = ....   $1,343,190.26
                           face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**
        Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| $1,343,190.26 |

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.     **Raw materials** | | | | |
| 20.     **Work in progress** | | | | |
| 21.     **Finished goods, including goods held for resale** | | | | |
| 22.     **Other inventory or supplies** 2021 McCormick MCL51 Attachment-Loader for Tractor | | $0.00 | | $15,000.00 |
| 2013 Trail King XL22MB Attachment-XL Spreader | | $0.00 | | $5,000.00 |
| 2014 Caterpillarr D6T XW Dozer | | $0.00 | | $285,000.00 |
| 2002 Komatsu D61-PX Dozer | | $0.00 | | $49,500.00 |
| 2018 Komatsu D65PX-18 Dozer | | $0.00 | | $250,000.00 |
| 2018 Komatsu D65PX-18 Dozer | | $0.00 | | $250,000.00 |

| | | | |
|---|---|---|---|
| 2018 Komatsu D85PX-18 Dozer | | $0.00 | $400,000.00 |
| 1981 Caterpillar D6D Dozer | | $0.00 | $30,000.00 |
| 2017 Caterpillar 323FL Excavator | | $0.00 | $180,000.00 |
| 2010 Komatsu PC270LC-8 Excavator | | $0.00 | $80,000.00 |
| 2020 Komatsu GD655-6 Grader-Motor | | $0.00 | $200,000.00 |
| 2012 Case 821F Loader-Wheel | | $0.00 | $80,000.00 |
| 1963 Caterpillar 594 Pipelayer | | $0.00 | $175,000.00 |
| 1967 Caterpillar 572 Pipelayer | | $0.00 | $75,000.00 |
| 2013 Hotsy Powerwasher | | $0.00 | $1,000.00 |
| 2018 Hamm H121 Roller | | $0.00 | $110,000.00 |
| 2021 Maschino DMR-3500 Attachment - Roller/Tiller X6470 | | $0.00 | $18,000.00 |
| 2012 McKinney CX10-2252 Shipping Container | | $0.00 | $5,000.00 |
| 2019 Kubota SVL95 Skid Steer W/Bucket & Forks | | $0.00 | $65,000.00 |
| 2020 Kubota SVL95-2 Skid Steer W/Bucket & Forks | | $0.00 | $75,000.00 |
| 2021 McCormick X6 470 Tractor-X6 470 | | $0.00 | $105,000.00 |

23.    **Total of Part 5.**                                                                     | $2,453,500.00 |

       Add lines 19 through 22.   Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☒ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☒ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>Chairs, Desk, Kitchen Table, Kitchen chair(s),<br>Massage Chair, Couch, Bar Stools | $0.00 | | $25,000.00 |
| Assorted office furniture | $0.00 | | Unknown |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and
       communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                     | $25,000.00 |

       Add lines 39 through 42.   Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☒ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  1995 Chevrolet Kodiak | $0.00 | | $5,000.00 |
| 47.2.  2000 Ford F650 | $0.00 | | $30,000.00 |
| 47.3.  2005 Dodge 3500 Truck | $0.00 | | $15,000.00 |
| 47.4.  2019 Ford F550 Truck | $0.00 | | $150,000.00 |
| 47.5.  2014 Ford F150 Truck | $0.00 | | $15,000.00 |
| 47.6.  2019 Ford F350 Truck | $0.00 | | $95,000.00 |
| 47.7.  2016 Trail Sport   TRL-16 Enclosed Utility | $0.00 | | $5,000.00 |
| 47.8.  2011 Horsecreek CH-18 Trailer-18"<br>Car-Hauler Flatbed | $0.00 | | $2,500.00 |
| 47.9.  1994 Fontaine Trailer | $0.00 | | $10,000.00 |
| 47.10.  2018 Friesen Bumper pull Trailer | $0.00 | | $6,000.00 |
| 47.11.  2019 Chappell 535 Gallon Trailer -Water | $0.00 | | $5,000.00 |
| 47.12.  1979 TRI Hay Trailer | $0.00 | | $15,000.00 |
| 47.13.  1980 Fruehauf FBZ F2 Trailer | $0.00 | | $5,000.00 |
| 47.14.  2008 MXT MC 8X10 Trailer Motorcycle | $0.00 | | $2,000.00 |
| 47.15.  2018 Trail King TK110HDG Trailer<br>Semi-Lowboy | $0.00 | | $125,000.00 |
| 47.16.  2006 Fountaine 53"Float Trailer-Semi-Float | $0.00 | | $15,000.00 |
| 47.17.  1975 Lufkin Float Trailer-Flatbed-Float | $0.00 | | $7,500.00 |

| | | | |
|---|---|---|---|
| 47.18. | 1985 International 48"Float Truck-Farm | $0.00 | $8,000.00 |
| 47.19. | 1997 Freightliner FL70 Truck-Fuel/Lube | $0.00 | $37,000.00 |
| 47.20. | 2007 Peterbilt 379 Truck-Haul | $0.00 | $120,000.00 |
| 47.21. | 1999 International A90 Truck-Winch | $0.00 | $71,500.00 |
| 47.22. | Lincon SA200 Welder | $0.00 | $5,000.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.     **Total of Part 8.**

        Add lines 47 through 50.   Copy the total to line 87.

| $749,500.00 |
|---|

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☒ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ☒ No
        ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

        ☐ No.   Go to Part 10.
        ☒ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. No address - legal description at Book 1269, Page 782 in Okfuskee County Land Records; Approx. 20 acres on the North Canadian River | | $0.00 | | $115,000.00 |

55.2.

| | | | | |
|---|---|---|---|---|
| 111097 Hwy 27, Okeman, Ok 74859 | Owner | $0.00 | | $1,200,000.00 |

56. **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

                                       $1,315,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☒ No
     ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.   Go to Part 11.
     ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**    **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**    **Internet domain names and websites** Website: https://www.cmhm.com | $0.00 | | Unknown |
| **62.**    **Licenses, franchises, and royalties** | | | |
| **63.**    **Customer lists, mailing lists, or other compilations** | | | |
| **64.**    **Other intangibles, or intellectual property** | | | |
| **65.**    **Goodwill** | | | |

66. **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

                                       $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ☒ No
     ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☒ No
     ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.   Go to Part 12.
     ☒ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| | Current value of debtor's interest |
|---|---|

**71.**    **Notes receivable**
Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**

     Insurance claims for mats lost to a fire in North Carolina          $12,596,813.68

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**
Claim against Laken Tikler for theft of approximately $1 million (discounted value based upon potential collectability issues)          $250,000.00
**Nature of claim** _____
**Amount requested**        $0.00

     Claim against Aaron Lowe for theft of approximately $537k (discounted to reflect potential collocability issues)          $300,000.00
**Nature of claim** _____
**Amount requested**        $0.00

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**    **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.          $13,146,813.68

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $114,331.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,343,190.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,453,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $749,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $1,315,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,146,813.68 | |
| 91. **Total.** Add lines 80 through 90 for each column | $17,837,335.55 | + 91b. $1,315,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $19,152,335.55 |

**Fill in this information to identify the case:**

Debtor name    C M Heavy Machinery, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF OKLAHOMA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Caterpillar Financial Services Corp | | |
|---|---|---|---|

**Creditor's Name**

Describe debtor's property that is subject to a lien     Unknown     $0.00

2120 West End Avenue
Nashville, TN 37203

**Creditor's mailing address**

Describe the lien

_____

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 9960

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Caterpillar Financial Services Corp | | |
|---|---|---|---|

**Creditor's Name**

Describe debtor's property that is subject to a lien     Unknown     $0.00

2120 West End Avenue
Nashville, TN 37203

**Creditor's mailing address**

Describe the lien

_____

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 9890

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.3 | First Foundation Bank | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

18101 Von Karmen Avenue, ste 750
Irvine, CA 92612

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
4930

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Great Plains Bank | Describe debtor's property that is subject to a lien | $4,574,359.20 | $14,120,003.94 |
|---|---|---|---|---|

Creditor's Name

601 NW 13th St
Oklahoma City, OK 73103

Creditor's mailing address

As set forth in UCC financing statement; Most assets of debtor

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
3450

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.5 | Great Plains Bank | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name
601 NW 13th St

Oklahoma City, OK 73103

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
4150

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Great Plains Bank | | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

601 NW 13th St
Oklahoma City, OK 73103

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Great Plains National Bank | | Describe debtor's property that is subject to a lien | $0.00 | $150,000.00 |

Creditor's Name

2017 W. 3rd
Elk City, OK 73644

Creditor's mailing address

2019 Ford F550 Truck

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Great Plains National Bank | | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

601 NW 13th St

Oklahoma City, OK 73103

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

6166

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | Komatsu Financial L.P. | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

8770 W Bryn Mawr Ave
Suite 100
Chicago, IL 60631

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.10 | Kubota Credit Corp, U.S.A | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 2046
Grapevine, TX 76099

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
1530

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11 | Targeted Lease Capital LLC | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

5500 Main Street
Suite 300
Williamsville , NY 14221

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☒ No

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
9090

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.12 | Tuggle Duggins | Describe debtor's property that is subject to a lien | $45,122.36 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name

400 Bellemeade Street
Suite 800
Greensboro, NC 27401

Creditor's mailing address

Legal services retainer paid to Tuggle Duggins, subject to setoff by Tuggle Duggins

**Describe the lien**
Retainer

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

**Date debt was incurred**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $4,619,481.56 |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Blue Bridge Financial, LLC<br>11911 Freedom Dr<br>One Fountain Square, set 570<br>Reston, VA 20190 | Line  2.3 | 3480 |
| Daniel V. Carsey<br>Hall, Estill, Hardwick, Gable, Golden<br>100 North Broadway<br>Suite 2900<br>Oklahoma City, OK 73102 | Line  2.7 | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor name    C M Heavy Machinery, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510.30 | $510.30 |
|---|---|---|---|---|
| | Comptroller of Public Accounts<br>PO Box 149359<br>Austin, TX 78714-9359 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | Oklahoma Tax Commission<br>300 N Broadway Avenue<br>Oklahoma City, OK 73102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Aaron Lowe | | |
| | 380058 Old Highway 62 | ☐ Contingent | |
| | Okemah, OK 74859 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Cattle_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,414.06 |
|---|---|---|---|
| | ARA Insurance Agency | | |
| | 11225 College Blvd | ☐ Contingent | |
| | Suite 250 | ☐ Unliquidated | |
| | Overland Park, KS 66210 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Insurance_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,442.04 |
|---|---|---|---|
| | AT&T Business | | |
| | 211 S. Akard | ☐ Contingent | |
| | Dallas, TX 75202 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $56,400.00 |
|---|---|---|---|
| | Barnhill Contracting Company | | |
| | 800 Tiffany Blvd | | |
| | Suite 200 | ☐ Contingent | |
| | P O Box 7948 | ☐ Unliquidated | |
| | Rocky Mount, NC 27804 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Rent_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $393.00 |
|---|---|---|---|
| | C T Corporation | | |
| | PO Box 4349 | ☐ Contingent | |
| | Carol Stream, IL 60197 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Caterpillar Financial Services | | |
| | c/o Corporation Service Company | | |
| | 10300 Greenbriar Place | ☐ Contingent | |
| | Oklahoma City, OK 73159 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Business Loan_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,315.50 |
|---|---|---|---|
| | CIG Logistics, Inc. | | |
| | 209 W 2nd Street | ☐ Contingent | |
| | Fort Worth, TX 76102 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,499.64 |
|---|---|---|---|
| | DLL Finance / Agricredit<br>PO Box 77122<br>Minneapolis, MN 55480 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $39,418.17 |
|---|---|---|---|
| | Dozr, Ltd.<br>318 DUKE ST W KITCHENER<br>ONTARIO CANADA-N2H3Y1 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $345,714.00 |
|---|---|---|---|
| | Enfield Timber, LLC<br>21144 US Highway 301<br>Enfield, NC 27823 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Rent | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | FedEx<br>PO Box 223125<br>Pittsburgh, PA 15251 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24,866.17 |
|---|---|---|---|
| | Gregory Poole Equipment Company<br>4807 Beryl Road<br>Raleigh, NC 27606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** July 25, 2023 | **Basis for the claim:** Judgment | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,670.00 |
|---|---|---|---|
| | Gungoll, Jackson, Box & Devoll, P.C.<br>PO Box 1549<br>Enid, OK 73702 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Legal Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19,334.76 |
|---|---|---|---|
| | Hentges & Associates, PLLC<br>102 E Thatcher St<br>Edmond, OK 73034 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Legal Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Holt Texas Ltd.<br>5665 SE Loop 410<br>San Antonio, TX 78222 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,879.00 |
|---|---|---|---|

James Supplies, L.L.C.  
c/o Jay V. Harper  
410 S. Chickasaw  
Pauls Valley, OK 73075

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Janae L. Wright  
2914 Colonial Lane  
Edmond, OK 73013

☐ Contingent  
☐ Unliquidated  
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Kubota Credit Corporation USA  
PO Box 2046  
Grapevine, TX 76099

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _7160_

**Basis for the claim:** _Business Loan_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Mabrey Bank  
PO Box 130  
Bixby, OK 74008

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _9240_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Mabrey Bank  
PO Box 130  
Bixby, OK 74008

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2920_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

McAfee & Taft, A Professional Corporatio  
Attn: Michael Lauderdale  
211 N. Robinson  
8th Floor, Two Leadership Square  
Oklahoma City, OK 73102

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Legal Services_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,197.00 |
|---|---|---|---|

Nolen Propane Company  
2378 Hwy. 75  
Wetumka, OK 74883

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address**<br>Norman Wohlgemuth, LLP<br>401 S. Boston Avenue<br>Suite 3200<br>Tulsa, OK 74103 | **As of the petition filing date, the claim is:** Check all that apply. | $10,000.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Legal Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address**<br>Okemah Oil Company<br>4 E Broadway St<br>Okemah, OK 74859 | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>Oklahoma Natural Gas<br>PO Box 219296<br>Kansas City, MO 64121 | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>Pe Ben Industries Companies, Inc.<br>811 Dallas Street<br>Houston, TX 77002 | **As of the petition filing date, the claim is:** Check all that apply. | $10,920.80 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address**<br>Recovery Logistics, Inc.<br>507 S 14th<br>Fort Smith, AR 72901 | **As of the petition filing date, the claim is:** Check all that apply. | $97,850.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address**<br>Robert D. Wilson, PC<br>1900 Preston Road<br>Suite 267-72<br>Plano, TX 75093 | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address**<br>Scott Equipment<br>6149 Hwy 90 E<br>Lake Charles, LA 70615 | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>Standard Freight LLC<br>2401 Independence Parkway S<br>La Porte, TX 77571 | **As of the petition filing date, the claim is:** Check all that apply. | $51,105.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>T&J Grading Company LLC<br>2054 Kildare Farm Rd.<br>#352<br>Cary, NC 27518 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $110,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Fire Cleanup | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Unifirst<br>2100 N Beech Avenue<br>Broken Arrow, OK 74012 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $9,125.10 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Warren Power & Machinery, Inc.<br>c/o Corporation Service Company<br>10300 Greenbriar Place<br>Oklahoma City, OK 73159 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Waukesha-Pearce Industries, LLC<br>PO Box 65038<br>Houston, TX 77235 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Wheeler Metals<br>3100 W 40th Street N<br>Muskogee, OK 74401 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Wisner Law<br>703 S. Western Road<br>Stillwater, OK 74074 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,378.75 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Legal Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Woita Forest Products, LLC<br>601 Calvert Street<br>Suite Q<br>Lincoln, NE 68502 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,386.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Bob Cherot<br>Voss, Michaels, Lee & Associates, Inc.<br>PO Box 1829<br>Holland, MI 49422-1829 | Line  3.2 <br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Jerome S. Sepkowitz, Esq.<br>Derryberry & Naifeh, LLP<br>4800 North Lincoln Boulevard<br>Oklahoma City, OK 73105 | Line  3.6 <br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Mylon D. Smith<br>Crowe & Dunlevy, a Professional Corporation<br>Braniff Building<br>423 N. Robinson Avenue, Suite 100<br>Oklahoma City, OK 73102 | Line  3.12 <br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Ross Plourde, Esq.<br>211 N. Robinson<br>8th Floor<br>Two Leadership Square<br>Oklahoma City, OK 73102 | Line  3.21 <br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 510.30 |
| 5b. Total claims from Part 2 | 5b. + $ | 871,308.99 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 871,819.29 |

Fill in this information to identify the case:

Debtor name    C M Heavy Machinery, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease at will for yard to store mats | |
| | State the term remaining | | Barnhill Contracting Company<br>800 Tiffany Blvd<br>Suite 200<br>P O Box 7948<br>Rocky Mount, NC 27804 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease at will for storage of mats | |
| | State the term remaining | | Enfield Timber, LLC<br>21144 US Highway 301<br>Enfield, NC 27823 |
| | List the contract number of any government contract | | |

| | |
|---|---|
| **Fill in this information to identify the case:** | |

Debtor name    C M Heavy Machinery, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

   **1. Do you have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
      creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
      on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.3 | Clint Meadors | 11097 Highway 27 Okemah, OK 74859 | Great Plains Bank | ☒ D    2.4     ☐ E/F _____ ☐ G _____ |

Debtor name    C M Heavy Machinery, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br><br>☐ Other | Unknown |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other | Unknown |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other | Unknown |
| For the fiscal year:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other | $9,378,156.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Kirby-Smith Machinery, Inc. c/o Len Cason 201 Robert S. Kerr Avenue Suite 1600 Oklahoma City, OK 73102 | Approx. July 17, 2024 | $23,599.43 | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | Saber Transportation Support Inc. 1017 15th Ave NW Ardmore, OK 73401 | July 31, 2024 | $3,938.16 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. | Federal Motor Carrier Safety Administrat 1200 NEW JERSEY AVENUE, SE Washington, DC 20590 | July 26, 2024 | $13,360.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. | Komatsu Financial L.P. 8770 W Bryn Mawr Ave Suite 100 Chicago, IL 60631 | July 26, 2024 | $3,802.01 | ☒ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. | Wells Fargo, NA 420 Montgomery Street San Francisco, CA 94104 | July 18, 2024 | $23,599.43 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. | Komatsu Financial L.P. 8770 W Bryn Mawr Ave Suite 100 Chicago, IL 60631 | May 29, 2024 | $3,802.01 | ☒ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. | Kirby-Smith Machinery, Inc. c/o Len Cason 201 Robert S. Kerr Avenue Suite 1600 Oklahoma City, OK 73102 | May 23, 2024 | $5,000.00 | ☒ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Clint Meadors<br>11097 Highway 27<br>Okemah, OK 74859<br>Owner | Various | Unknown | Mr. Meadors has periodically charged personal expenses on a business debit card and may have taken one or more draws from the business in the preceding calendar year |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Great Plains National Bank v. C M Heavy Machinery, LLC, et al.<br>CJ-2024-00034 | Civil | District Court in and for Ofuskee County, Oklahoma<br>PO Box 30<br>Okemah, OK 74859 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. In re Application for CM Heavy Machinery to Issue Court Order Title<br>CV-2024-1452 | Civil | District Court in and for Cleveland County, Oklahoma<br>200 S. Peters Ave.<br>Norman, OK 73069 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. CM Heavy Machinery, LLC, et al. v. The Honorable Lawrence W. Parish, et al.<br>PR-121631 | Writ of Mandamus | Supreme Court of the State of Oklahoma<br>2100 N. Lincoln Blvd.<br>Suite 1<br>Oklahoma City, OK 73105 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4.  Great Plains National Bank v. CM Heavy Machinery, LLC, et al.<br>CJ-2023-00018 | Civil | District Court in and for Ofuskee County, Oklahoma<br>PO Box 30<br>Okemah, OK 74859 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.5.  Caterpillar Financial Services v. CM Heavy Machinery, LLC<br>CJ-2023-00033 | Civil | District Court in and for Ofuskee County, Oklahoma<br>PO Box 30<br>Okemah, OK 74859 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.6.  Lowe v. CM Heavy Machinery LLC, et al.<br>CJ-2023-00034 | Civil | District Court in and for Ofuskee County, Oklahoma<br>PO Box 30<br>Okemah, OK 74859 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7.  Gregory Poole Equipment Company v. CM Heavy Machinery, LLC<br>CV-2024-00024 | Civil | District Court in and for Ofuskee County, Oklahoma<br>PO Box 30<br>Okemah, OK 74859 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.8.  Enfield Timber, LLC v. CM Heavy Machinery, LLC<br>2023-CVS-693 | Civil | General Court of Justice Superior Division - Halifax County<br>357 Ferrell Lane<br>Halifax, NC 27839 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| Pipeline mats | None as of present | August 20, 2023 | $12,596,813.68 |

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The VerStandig Law Firm, LLC 1452 W. Horizon Ridge Pkwy #665 Henderson, NV 89012 | | August 5, 2024 | $5,000.00 |
| | **Email or website address** http://www.verstandiglaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | The VerStandig Law Firm, LLC 1452 W. Horizon Ridge Pkwy #665 Henderson, NV 89012 | | August 7, 2024 | $20,000.00 |
| | **Email or website address** http://www.verstandiglaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Enfield Timber, LLC<br>21144 US Highway 301<br>Enfield, NC 27823 | Clint Meadors<br>11097 Highway 27<br>Okemah, OK 74859 | Oil mats | ☐ No<br>☒ Yes |
| Barnhill Contracting Company<br>800 Tiffany Blvd<br>Suite 200<br>P O Box 7948<br>Rocky Mount, NC 27804 | Clint Meadors<br>11097 Highway 27<br>Okemah, OK 74859 | Oil mats | ☐ No<br>☒ Yes |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|--------------------------|--------------------------|-----------------------|-------|
| Various | | Equipment is stored for other persons in the business' yard in Okemah | Unknown |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|------------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|------------------------------|----------------|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|-----------------------|-------------------------------------|-------------------------------------------------------------------------------|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Janae L. Wright<br>2914 Colonial Lane<br>Edmond, OK 73013 | Past two years |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address | |
|---|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Clint Meadors | 11097 Highway 27<br>Okemah, OK 74859 | President and Sole Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | Clint Meadors<br>11097 Highway 27<br>Okemah, OK 74859 | See Item #4 | See Item #4 | See Item #4 |
| | Relationship to debtor<br>Sole Member & President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      August 8, 2024

/s/   Clint Meadors                                   Clint Meadors
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re    C M Heavy Machinery, LLC                      Case No. _____
<br>                                       Debtor(s)            Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Clint Meadors<br>11097 Highway 27<br>Okemah, OK 74859 | | | Sole Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    August 8, 2024                          Signature    /s/ Clint Meadors
<br>                                                               Clint Meadors

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
<br>18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re   C M Heavy Machinery, LLC           Case No. _____

                      Debtor(s)          Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      ☐ **FLAT FEE**

         For legal services, I have agreed to accept ......................................................   $ _____

         Prior to the filing of this statement I have received ......................................................   $ _____

         Balance Due ......................................................   $ _____

      ☒ **RETAINER**

         For legal services, I have agreed to accept and received a retainer of...........................   $           25,000.00*

         The undersigned shall bill against the retainer at an hourly rate of...............................   $           400.00
         [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

      ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

      ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
         All legal work associated with the management of a Chapter 11 bankruptcy case, including contested matters, adversary proceedings, and any appeals.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Any work extraneous to the bankruptcy case and any representation of the debtor in any court except for (i) the bankruptcy court in which this matter is filed; and (ii) any appellate court of competent jurisdiction.

         *$6,368.00 was drawn from this retainer, shortly before filing, to pay for bankruptcy preparation services and as advanced payment of the filing fee. The remaining retainer balance is $18,632.00.

In re   <u>C M Heavy Machinery, LLC</u>                              Case No.   <u>                      </u>

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| <u>August 8, 2024</u> | <u>/s/ Maurice VerStandig</u> |
| *Date* | Maurice VerStandig |
| | *Signature of Attorney* |
| | The VerStandig Law Firm, LLC |
| | 9812 Falls Road, #114-160 |
| | Potomac, Maryland 20854 |
| |  Fax: |
| | <u>mac@mbvesq.com</u> |
| | *Name of law firm* |

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re    C M Heavy Machinery, LLC            Case No. _____

                   Debtor(s)         Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 8, 2024            /s/ Clint Meadors

                                        Clint Meadors/President
                                        Signer/Title

Aaron Lowe
380058 Old Highway 62
Okemah, OK 74859


ARA Insurance Agency
11225 College Blvd Suite 250
Overland Park, KS 66210


AT&T Business
211 S. Akard
Dallas, TX 75202


Barnhill Contracting Company
800 Tiffany Blvd Suite 200 P O Box 7948
Rocky Mount, NC 27804


Blue Bridge Financial, LLC
11911 Freedom Dr
One Fountain Square, set 570
Reston, VA 20190


Bob Cherot
Voss, Michaels, Lee & Associates, Inc.
PO Box 1829
Holland, MI 49422-1829


C T Corporation
PO Box 4349
Carol Stream, IL 60197


Caterpillar Financial Services
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159


Caterpillar Financial Services Corp
2120 West End Avenue
Nashville, TN 37203


CIG Logistics, Inc.
209 W 2nd Street
Fort Worth, TX 76102


Clint Meadors
11097 Highway 27
Okemah, OK 74859


Comptroller of Public Accounts
PO Box 149359
Austin, TX 78714-9359


Daniel V. Carsey
Hall, Estill, Hardwick, Gable, Golden
100 North Broadway Suite 2900
Oklahoma City, OK 73102

```
DLL Finance / Agricredit
PO Box 77122
Minneapolis, MN 55480


Dozr, Ltd.
318 DUKE ST W KITCHENER
ONTARIO CANADA-N2H3Y1


Enfield Timber, LLC
21144 US Highway 301
Enfield, NC 27823


FedEx
PO Box 223125
Pittsburgh, PA 15251


First Foundation Bank
18101 Von Karmen Avenue, ste 750
Irvine, CA 92612


Great Plains Bank
601 NW 13th St
Oklahoma City, OK 73103


Great Plains Bank
601 NW 13th St
Oklahoma City, OK 73103


Great Plains National Bank
2017 W. 3rd
Elk City, OK 73644


Great Plains National Bank
601 NW 13th St
Oklahoma City, OK 73103


Gregory Poole Equipment Company
4807 Beryl Road
Raleigh, NC 27606


Gungoll, Jackson, Box & Devoll, P.C.
PO Box 1549
Enid, OK 73702


Hentges & Associates, PLLC
102 E Thatcher St
Edmond, OK 73034


Holt Texas Ltd.
5665 SE Loop 410
San Antonio, TX 78222


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
```

James Supplies, L.L.C.
c/o Jay V. Harper 410 S. Chickasaw
Pauls Valley, OK 73075


Janae L. Wright
2914 Colonial Lane
Edmond, OK 73013


Jerome S. Sepkowitz, Esq.
Derryberry & Naifeh, LLP
4800 North Lincoln Boulevard
Oklahoma City, OK 73105


Komatsu Financial L.P.
8770 W Bryn Mawr Ave Suite 100
Chicago, IL 60631


Kubota Credit Corp, U.S.A
PO Box 2046
Grapevine, TX 76099


Kubota Credit Corporation USA
PO Box 2046
Grapevine, TX 76099


Mabrey Bank
PO Box 130
Bixby, OK 74008


McAfee & Taft, A Professional Corporatio
Attn: Michael Lauderdale
211 N. Robinson 8th Floor, Two Leadershi
Oklahoma City, OK 73102


Mylon D. Smith
Crowe & Dunlevy, a Professional Corporat
Braniff Building 423 N. Robinson Avenue,
Oklahoma City, OK 73102


Nolen Propane Company
2378 Hwy. 75
Wetumka, OK 74883


Norman Wohlgemuth, LLP
401 S. Boston Avenue Suite 3200
Tulsa, OK 74103


Okemah Oil Company
4 E Broadway St
Okemah, OK 74859


Oklahoma Natural Gas
PO Box 219296
Kansas City, MO 64121

Oklahoma Tax Commission
300 N Broadway Avenue
Oklahoma City, OK 73102


Pe Ben Industries Companies, Inc.
811 Dallas Street
Houston, TX 77002


Recovery Logistics, Inc.
507 S 14th
Fort Smith, AR 72901


Robert D. Wilson, PC
1900 Preston Road Suite 267-72
Plano, TX 75093


Ross Plourde, Esq.
211 N. Robinson
8th Floor Two Leadership Square
Oklahoma City, OK 73102


Scott Equipment
6149 Hwy 90 E
Lake Charles, LA 70615


Standard Freight LLC
2401 Independence Parkway S
La Porte, TX 77571


T&J Grading Company LLC
2054 Kildare Farm Rd. #352
Cary, NC 27518


Targeted Lease Capital LLC
5500 Main Street Suite 300
Williamsville , NY 14221


Tuggle Duggins
400 Bellemeade Street Suite 800
Greensboro, NC 27401


Unifirst
2100 N Beech Avenue
Broken Arrow, OK 74012


Warren Power & Machinery, Inc.
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159


Waukesha-Pearce Industries, LLC
PO Box 65038
Houston, TX 77235

Wheeler Metals
3100 W 40th Street N
Muskogee, OK 74401


Wisner Law
703 S. Western Road
Stillwater, OK 74074


Woita Forest Products, LLC
601 Calvert Street Suite Q
Lincoln, NE 68502

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re   C M Heavy Machinery, LLC

Debtor(s)

Case No.            

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   C M Heavy Machinery, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

August 8, 2024

Date

/s/ Maurice Verstandig

Maurice Verstandig

Signature of Attorney or Litigant

Counsel for   C M Heavy Machinery, LLC

The Belmont Firm
1050 Connecticut NW
Suite 500
Washington, DC 20036
 Fax:
mac@mbvesq.com