# Notice Recipients

District/Off: 1086–7　　User: admin　　Date Created: 08/08/2024
Case: 24–80617　　Form ID: 420a　　Total: 3

**Recipients of Notice of Electronic Filing:**
ust　　Office of the United States Trustee　　USTPRegion20.TU.ECF@usdoj.gov
aty　　Karen Carden Walsh　　karen.walsh@usdoj.gov
aty　　Mary Kindelt　　mary.kindelt@usdoj.gov

TOTAL: 3