IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Maurice VerStandig, declare under penalty of perjury that on August 12, 2024 I mailed copies of the foregoing Motion to Retain Existing Bank Account along with a copy of the Notice of Electronic Filing in compliance with Local Rule 5005-1(E) by first class mail postage prepaid to each entity named on the attached mailing matrix.

                                                                         Respectfully Submitted,

Dated: August 7, 2024              By:    <u>/s/ Maurice B. VerStandig</u>
                                                          Maurice B. VerStandig, Esq.
                                                          The VerStandig Law Firm, LLC
                                                          9812 Falls Road, #114-160
                                                          Potomac, Maryland 20854
                                                          Phone: (301) 444-4600
                                                          mac@mbvesq.com
                                                          *Proposed Counsel for the Debtor*