USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-80617<br>EASTERN DISTRICT OF OKLAHOMA<br>MON AUG 12 15-7-39 PST 2024 | C M HEAVY MACHINERY LLC<br>11097 HIGHWAY 27<br>OKEMAH OK 74859 | GREAT PLAINS NATIONAL BANK<br>CO STEVEN W SOULE<br>HALL ESTILL ET AL<br>521 EAST 2ND STREET<br>SUITE 1200<br>TULSA OK 74120-1855 |
| ~~EXCLUDE~~<br>~~(U)NO TRUSTEE~~ | ~~EXCLUDE~~<br>~~7~~<br>~~101 N 5TH STREET~~<br>~~P O BOX 1888~~<br>~~MUSKOGEE OK 74402-1888~~ | ARA INSURANCE AGENCY<br>11225 COLLEGE BLVD SUITE 250<br>OVERLAND PARK KS 66210-2769 |
| ATT BUSINESS<br>211 S AKARD<br>DALLAS TX 75202-4207 | AARON LOWE<br>380058 OLD HIGHWAY 62<br>OKEMAH OK 74859-5916 | BARNHILL CONTRACTING COMPANY<br>800 TIFFANY BLVD SUITE 200 P O BOX 794<br>ROCKY MOUNT NC 27804-0948 |
| BLUE BRIDGE FINANCIAL LLC<br>11911 FREEDOM DR<br>ONE FOUNTAIN SQUARE SET 570<br>RESTON VA 20190 | BOB CHEROT<br>VOSS MICHAELS LEE ASSOCIATES INC<br>PO BOX 1829<br>HOLLAND MI 49422-1829 | C T CORPORATION<br>PO BOX 4349<br>CAROL STREAM IL 60197-4349 |
| CIG LOGISTICS INC<br>209 W 2ND STREET<br>FORT WORTH TX 76102-3021 | CATERPILLAR FINANCIAL SERVICES<br>CO CORPORATION SERVICE COMPANY<br>10300 GREENBRIAR PLACE<br>OKLAHOMA CITY OK 73159-7653 | (P)CATERPILLAR FINANCIAL SERVICES<br>CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 |
| CLINT MEADORS<br>11097 HIGHWAY 27<br>OKEMAH OK 74859 | (P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV BANKRUPTCY<br>SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | DLL FINANCE AGRICREDIT<br>PO BOX 77122<br>MINNEAPOLIS MN 55480-7702 |
| DANIEL V CARSEY<br>HALL ESTILL HARDWICK GABLE GOLDEN<br>100 NORTH BROADWAY SUITE 2900<br>OKLAHOMA CITY OK 73102-8808 | CANADA<br>DOZR LTD<br>318 DUKE ST W KITCHENER<br>ONTARIO CANADA-N2H3Y1 | ENFIELD TIMBER LLC<br>21144 US HIGHWAY 301<br>ENFIELD NC 27823-8990 |
| FEDEX<br>PO BOX 223125<br>PITTSBURGH PA 15251-2125 | FIRST FOUNDATION BANK<br>18101 VON KARMEN AVENUE STE 750<br>IRVINE CA 92612-0005 | GREAT PLAINS BANK<br>601 NW 13TH ST<br>OKLAHOMA CITY OK 73103-2213 |
| GREAT PLAINS NATIONAL BANK<br>2017 W 3RD<br>ELK CITY OK 73644-4305 | GREAT PLAINS NATIONAL BANK<br>601 NW 13TH ST<br>OKLAHOMA CITY OK 73103-2213 | GREGORY POOLE EQUIPMENT COMPANY<br>4807 BERYL ROAD<br>RALEIGH NC 27606-1406 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GUNGOLL JACKSON BOX DEVOLL PC<br>PO BOX 1549<br>ENID OK 73702-1549 | HENTGES ASSOCIATES PLLC<br>102 E THATCHER ST<br>EDMOND OK 73034-3665 | HOLT TEXAS LTD<br>5665 SE LOOP 410<br>SAN ANTONIO TX 78222-3903 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JAMES SUPPLIES LLC<br>CO JAY V HARPER 410 S CHICKASAW<br>PAULS VALLEY OK 73075-4220 | JANAE L WRIGHT<br>2914 COLONIAL LANE<br>EDMOND OK 73013-6477 |
| JEROME S SEPKOWITZ ESQ<br>DERRYBERRY NAIFEH LLP<br>4800 NORTH LINCOLN BOULEVARD<br>OKLAHOMA CITY OK 73105-3321 | KOMATSU FINANCIAL LP<br>8770 W BRYN MAWR AVE SUITE 100<br>CHICAGO IL 60631-3782 | KUBOTA CREDIT CORP USA<br>PO BOX 2046<br>GRAPEVINE TX 76099-2046 |
| KUBOTA CREDIT CORPORATION USA<br>PO BOX 2046<br>GRAPEVINE TX 76099-2046 | MABREY BANK<br>PO BOX 130<br>BIXBY OK 74008-0130 | MCAFEE TAFT A PROFESSIONAL CORPORATI<br>ATTN MICHAEL LAUDERDALE<br>211 N ROBINSON 8TH FLOOR TWO LEADERSH<br>OKLAHOMA CITY OK 73102 |
| MYLON D SMITH<br>CROWE DUNLEVY A PROFESSIONAL CORPORAT<br>BRANIFF BUILDING 423 N ROBINSON AVENUE<br>OKLAHOMA CITY OK 73102 | NOLEN PROPANE COMPANY<br>2378 HWY 75<br>WETUMKA OK 74883-6202 | NORMAN WOHLGEMUTH LLP<br>401 S BOSTON AVENUE SUITE 3200<br>TULSA OK 74103-4024 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>OFFICE OF THE AUST KAREN WALSH<br>PO BOX 3044<br>TULSA OK 74101-3044 | OKEMAH OIL COMPANY<br>4 E BROADWAY ST<br>OKEMAH OK 74859-2660 | OKLAHOMA NATURAL GAS<br>PO BOX 219296<br>KANSAS CITY MO 64121-9296 |
| OKLAHOMA TAX COMMISSION<br>300 N BROADWAY AVENUE<br>OKLAHOMA CITY OK 73102-6403 | OKLAHOMA TAX COMMISSION<br>OKLAHOMA CITY<br>OK 73194-0001 | PE BEN INDUSTRIES COMPANIES INC<br>811 DALLAS STREET<br>HOUSTON TX 77002-5900 |
| RECOVERY LOGISTICS INC<br>507 S 14TH<br>FORT SMITH AR 72901-4607 | ROBERT D WILSON PC<br>1900 PRESTON ROAD SUITE 26772<br>PLANO TX 75093-5175 | ROSS PLOURDE ESQ<br>211 N ROBINSON<br>8TH FLOOR TWO LEADERSHIP SQUARE<br>OKLAHOMA CITY OK 73102-7109 |
| SCOTT EQUIPMENT<br>6149 HWY 90 E<br>LAKE CHARLES LA 70615-4707 | STANDARD FREIGHT LLC<br>2401 INDEPENDENCE PARKWAY S<br>LA PORTE TX 77571-9805 | TJ GRADING COMPANY LLC<br>2054 KILDARE FARM RD 352<br>CARY NC 27518-6614 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| TARGETED LEASE CAPITAL LLC<br>5500 MAIN STREET SUITE 300<br>WILLIAMSVILLE NY 14221-6753 | TUGGLE DUGGINS<br>400 BELLEMEADE STREET SUITE 800<br>GREENSBORO NC 27401-3796 | UNIFIRST<br>2100 N BEECH AVENUE<br>BROKEN ARROW OK 74012-1167 |
| UNITED STATES ATTORNEY<br>EASTERN DISTRICT OF OKLAHOMA<br>520 DENISON AVE<br>MUSKOGEE OK 74401-6007 | WARREN POWER MACHINERY INC<br>CO CORPORATION SERVICE COMPANY<br>10300 GREENBRIAR PLACE<br>OKLAHOMA CITY OK 73159-7653 | WAUKESHAPEARCE INDUSTRIES LLC<br>PO BOX 65038<br>HOUSTON TX 77235 |
| WHEELER METALS<br>3100 W 40TH STREET N<br>MUSKOGEE OK 74401-5435 | WISNER LAW<br>703 S WESTERN ROAD<br>STILLWATER OK 74074-4126 | WOITA FOREST PRODUCTS LLC<br>601 CALVERT STREET SUITE Q<br>LINCOLN NE 68502-4362 |

~~EXCLUDE~~

~~MAURICE VERSTANDIG~~
~~THE VERSTANDIG LAW FIRM LLC~~
~~9812 FALLS ROAD 114-160~~
~~POTOMAC MD 20854-3976~~