# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| C M HEAVY MACHINERY, LLC | ) | Case No. 24-80617 |
| | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF APPEARANCE PURSUANT TO
## FED. R. BANKR. P. 9010(b) AND REQUEST FOR ALL NOTICES
## AND COPIES PURSUANT TO FED. R. BANKR. P. 2002

Caterpillar Financial Services Corporation ["Caterpillar"], a creditor and party-in-interest in the above-styled matter, hereby enters its appearance by and through its counsel, Jerome S. Sepkowitz, of Derryberry & Naifeh, LLP. Further, in accordance with Fed. R. Bankr P. 2002, Caterpillar hereby requests that all notices given, or required to be given, in this case and in any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to their counsel:

> Jerome S. Sepkowitz, Esq.
> Derryberry & Naifeh, LLP
> 4800 N. Lincoln Blvd
> Oklahoma City, OK  73105
> Jsepkowitz@derryberrylaw.com
> Tel: (405) 528-6569
> Fax: (405) 528-6462

This request encompasses all notices, copies, and pleadings referred to in Fed. R. Bankr. P. 2002, whether formal or informal, oral or written, or transmitted via hand-delivery, mail, electronic transmission, or otherwise, which affects or seeks to effect the above-styled matter.

Respectfully submitted,

*/s/ Jerome S. Sepkowitz*
Jerome S. Sepkowitz, OBA No. 8081
DERRYBERRY & NAIFEH, LLP
4801 N. Lincoln Blvd
Oklahoma City, OK 73105
Jsepkowitz@derryberrylaw.com
Tel: 405/528-6569
Fax: 405/528-6462
COUNSEL FOR CATERPILLAR FINANCIAL
SERVICES CORPORATION

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 15th day of August 2024, a true and correct copy of the above and foregoing instruments was forwarded automatically to appearing registrants of the CM/ECF system, including:

Maurice VerStanding on behalf of Debtor at: mac@mbvesq.com

Office of the US Trustee        USTPRegion20.TU.ECF@usdoj.gov

*/s/ Jerome S. Sepkowitz*
Jerome S. Sepkowitz

2