United States Bankruptcy Court
Eastern District of Oklahoma

In re:                                                          Case No. 24-80617-PRT

C M Heavy Machinery, LLC                                        Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 1086-7 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: 309F1 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| aty | + | Christopher Gnaedig, Hall, Estill, Hardwick, Gable, Golden, &, 521 East 2nd Street, Ste. 1200, Tulsa, OK 74120-1855 |
| aty | + | Daniel Vaughn Carsey, Hall Estill Hardwick Gable Golden et al, BancFirst Tower, 100 North Broadway, Suite 2900, Oklahoma City, OK 73102-8865 |
| aty | + | Karen Carden Walsh, Office of the United States Trustee, PO Box 3044, Tulsa, OK 74101-3044 |
| aty | + | Mary Kindelt, DOJ-Ust, P.O. Box 3044, Tulsa, OK 74101-3044 |
| aty | + | Steven William Soule, HALL ESTILL HARDWICK ET AL, 521 East 2nd Street Suite 1200, Tulsa, OK 74120-1855 |
| cr | | Great Plains National Bank, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| 1975356 | + | ARA Insurance Agency, 11225 College Blvd Suite 250, Overland Park, KS 66210-2769 |
| 1975357 | + | AT&T Business, 211 S. Akard, Dallas, TX 75202-4207 |
| 1975355 | + | Aaron Lowe, 380058 Old Highway 62, Okemah, OK 74859-5916 |
| 1975358 | + | Barnhill Contracting Company, 800 Tiffany Blvd Suite 200 P O Box 7948, Rocky Mount, NC 27804-0948 |
| 1975359 | | Blue Bridge Financial, LLC, 11911 Freedom Dr, One Fountain Square, set 570, Reston, VA 20190 |
| 1975360 | | Bob Cherot, Voss, Michaels, Lee & Associates, Inc., PO Box 1829, Holland, MI 49422-1829 |
| 1975364 | + | CIG Logistics, Inc., 209 W 2nd Street, Fort Worth, TX 76102-3021 |
| 1975362 | + | Caterpillar Financial Services, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 1975365 | | Clint Meadors, 11097 Highway 27, Okemah, OK 74859 |
| 1975368 | + | DLL Finance / Agricredit, PO Box 77122, Minneapolis, MN 55480-7702 |
| 1975367 | + | Daniel V. Carsey, Hall, Estill, Hardwick, Gable, Golden, 100 North Broadway Suite 2900, Oklahoma City, OK 73102-8808 |
| 1975369 | | Dozr, Ltd., 318 DUKE ST W KITCHENER, ONTARIO CANADA-N2H3Y1 |
| 1975370 | + | Enfield Timber, LLC, 21144 US Highway 301, Enfield, NC 27823-8990 |
| 1975371 | + | FedEx, PO Box 223125, Pittsburgh, PA 15251-2125 |
| 1975372 | + | First Foundation Bank, 18101 Von Karmen Avenue, ste 750, Irvine, CA 92612-0005 |
| 1975373 | + | Great Plains Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |
| 1975376 | + | Great Plains National Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |
| 1975375 | + | Great Plains National Bank, 2017 W. 3rd, Elk City, OK 73644-4305 |
| 1975377 | + | Gregory Poole Equipment Company, 4807 Beryl Road, Raleigh, NC 27606-1406 |
| 1975378 | + | Gungoll, Jackson, Box & Devoll, P.C., PO Box 1549, Enid, OK 73702-1549 |
| 1975379 | + | Hentges & Associates, PLLC, 102 E Thatcher St, Edmond, OK 73034-3665 |
| 1975382 | + | James Supplies, L.L.C., c/o Jay V. Harper 410 S. Chickasaw, Pauls Valley, OK 73075-4220 |
| 1975383 | + | Janae L. Wright, 2914 Colonial Lane, Edmond, OK 73013-6477 |
| 1975384 | + | Jerome S. Sepkowitz, Esq., Derryberry & Naifeh, LLP, 4800 North Lincoln Boulevard, Oklahoma City, OK 73105-3321 |
| 1975388 | + | Mabrey Bank, PO Box 130, Bixby, OK 74008-0130 |
| 1975389 | | McAfee & Taft, A Professional Corporatio, Attn: Michael Lauderdale, 211 N. Robinson 8th Floor, Two Leadershi, Oklahoma City, OK 73102 |
| 1975390 | | Mylon D. Smith, Crowe & Dunlevy, a Professional Corporat, Braniff Building 423 N. Robinson Avenue,, Oklahoma City, OK 73102 |
| 1975391 | + | Nolen Propane Company, 2378 Hwy. 75, Wetumka, OK 74883-6202 |
| 1975392 | + | Norman Wohlgemuth, LLP, 401 S. Boston Avenue Suite 3200, Tulsa, OK 74103-4024 |
| 1975393 | + | Okemah Oil Company, 4 E Broadway St, Okemah, OK 74859-2660 |
| 1975394 | + | Oklahoma Natural Gas, PO Box 219296, Kansas City, MO 64121-9296 |
| 1975395 | + | Oklahoma Tax Commission, 300 N Broadway Avenue, Oklahoma City, OK 73102-6403 |
| 1975462 | + | Oklahoma Tax Commission, Oklahoma City OK 73194-0001 |
| 1975396 | + | Pe Ben Industries Companies, Inc., 811 Dallas Street, Houston, TX 77002-5900 |
| 1975397 | + | Recovery Logistics, Inc., 507 S 14th, Fort Smith, AR 72901-4607 |
| 1975398 | + | Robert D. Wilson, PC, 1900 Preston Road Suite 267-72, Plano, TX 75093-5175 |
| 1975399 | + | Ross Plourde, Esq., 211 N. Robinson, 8th Floor Two Leadership Square, Oklahoma City, OK 73102-7109 |
| 1975400 | + | Scott Equipment, 6149 Hwy 90 E, Lake Charles, LA 70615-4707 |

Case 24-80617   Doc 19   Filed 08/15/24   Entered 08/15/24 23:31:23   Desc Imaged
Certificate of Notice   Page 1 of 5

| 1975401 | + | Standard Freight LLC, 2401 Independence Parkway S, La Porte, TX 77571-9805 |
| 1975402 | + | T&J Grading Company LLC, 2054 Kildare Farm Rd. #352, Cary, NC 27518-6614 |
| 1975403 | + | Targeted Lease Capital LLC, 5500 Main Street Suite 300, Williamsville , NY 14221-6753 |
| 1975404 | + | Tuggle Duggins, 400 Bellemeade Street Suite 800, Greensboro, NC 27401-3796 |
| 1975405 | + | Unifirst, 2100 N Beech Avenue, Broken Arrow, OK 74012-1167 |
| 1975406 | + | Warren Power & Machinery, Inc., c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 1975407 | | Waukesha-Pearce Industries, LLC, PO Box 65038, Houston, TX 77235 |
| 1975408 | + | Wheeler Metals, 3100 W 40th Street N, Muskogee, OK 74401-5435 |
| 1975409 | + | Wisner Law, 703 S. Western Road, Stillwater, OK 74074-4126 |
| 1975410 | + | Woita Forest Products, LLC, 601 Calvert Street Suite Q, Lincoln, NE 68502-4362 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mac@mbvesq.com | Aug 13 2024 19:02:00 | Maurice VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854 |
| aty | + | EDI: QSWSOULEOKE | Aug 13 2024 23:03:00 | Steven William Soule, HALL ESTILL HARDWICK ET AL, 521 East 2nd Street Suite 1200, Tulsa, OK 74120-1855 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Aug 13 2024 19:02:00 | Oklahoma Employment Security Commission, Robert C. Newark, III, Attorney, P.O. Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.TU.ECF@usdoj.gov | Aug 13 2024 19:02:00 | Office of the United States Trustee, Office of the AUST, Karen Walsh, PO Box 3044, Tulsa, OK 74101-3044 |
| cr | | EDI: QSWSOULEOKE | Aug 13 2024 23:03:00 | Great Plains National Bank, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200, Tulsa, OK 74120-1855 |
| 1975361 | + | Email/Text: cls-bankruptcy@wolterskluwer.com | Aug 13 2024 19:02:00 | C T Corporation, PO Box 4349, Carol Stream, IL 60197-4349 |
| 1975363 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Aug 13 2024 19:02:00 | Caterpillar Financial Services Corp, 2120 West End Avenue, Nashville, TN 37203 |
| 1975380 | + | Email/Text: roy.wahne@holtcat.com | Aug 13 2024 19:02:00 | Holt Texas Ltd., 5665 SE Loop 410, San Antonio, TX 78222-3903 |
| 1975381 | | EDI: IRS.COM | Aug 13 2024 23:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1975385 | + | Email/Text: bbarry@komatsuna.com | Aug 13 2024 19:02:00 | Komatsu Financial L.P., 8770 W Bryn Mawr Ave Suite 100, Chicago, IL 60631-3782 |
| 1975386 | ^ | MEBN | Aug 13 2024 18:59:02 | Kubota Credit Corp, U.S.A, PO Box 2046, Grapevine, TX 76099-2046 |
| 1975387 | ^ | MEBN | Aug 13 2024 18:59:03 | Kubota Credit Corporation USA, PO Box 2046, Grapevine, TX 76099-2046 |
| 1975366 | | Email/Text: pacer@cpa.state.tx.us | Aug 13 2024 19:02:00 | Comptroller of Public Accounts, PO Box 149359, Austin, TX 78714-9359 |
| 1975463 | + | Email/Text: USAOKE.ECFCivil@usdoj.gov | Aug 13 2024 19:02:00 | United States Attorney, Eastern District of Oklahoma, 520 Denison Ave., Muskogee OK 74401-6007 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | No Trustee |
| 1975374 | *+ | Great Plains Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Daniel Vaughn Carsey | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com |
| Karen Carden Walsh | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |
| Mary Kindelt | on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov |
| Maurice VerStandig | on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email |
| Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |
| Steven William Soule | on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com |

TOTAL: 7

| | | | |
|---|---|---|---|
| Debtor | **C M Heavy Machinery, LLC** <br> Name | EIN: 42–1737967 | |
| United States Bankruptcy Court Eastern District of Oklahoma | | Date case filed for chapter: | 11 August 8, 2024 |
| Case number: 24–80617 | | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | C M Heavy Machinery, LLC | |
| 2. | **All other names used in the last 8 years** | aka CM Heavy Machinery, LLC | |
| 3. | **Address** | 11097 Highway 27 <br> Okemah, OK 74859 | |
| 4. | **Debtor's attorney** <br> Name and address | Maurice VerStandig <br> The VerStandig Law Firm, LLC <br> 9812 Falls Road, #114–160 <br> Potomac, MD 20854 | Contact phone 301–444–4600 <br><br> Email: mac@mbvesq.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 101 N. 5th Street <br> P. O. Box 1888 <br> Muskogee, OK 74402 | Hours open: <br> 8:30 AM – 4:30 PM M–F <br><br> Contact phone 918–549–7200 <br><br> Date: August 13, 2024 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **September 9, 2024 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **341 Telephonic Ch 11 Dial 877–396–3133, pass 3698950, Muskogee, Ok 74402** |

**For more information, see page 2 >**

Case 24-80617   Doc 19   Filed 08/15/24   Entered 08/15/24 23:31:23   Desc Imaged Certificate of Notice   Page 4 of 5

| 7. **Proof of claim deadline** | **Deadline for filing proof of claim:** | |
|---|---|---|
| | **For all creditors (except a governmental unit):** | October 26, 2024 |
| | **For a governmental unit:** | February 8, 2025 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed at www.okeb.uscourts.gov/file–proof–claim or a proof of claim form may be obtained at any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless: <br> • your claim is designated as *disputed*, *contingent*, or *unliquidated;* <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. | |
| | **Deadline for filing the complaint:** | November 8, 2024 |
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

Case 24-80617   Doc 19   Filed 08/15/24   Entered 08/15/24 23:31:23   Desc Imaged
Certificate of Notice   Page 5 of 5