**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

IN RE:

**C M HEAVY MACHINERY, LLC,**

      **Debtor.**

**Case No. 24-80617
(Chapter 11)**

## CERTIFICATE OF MAILING

I, Christopher J. Gnaedig, hereby certifies that on August 20, 2024 file-stamped copies of *Creditor Great Plains National Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Sever the Debtor from State Court Litigation and Waiver of 14-Day Stay Under Fed. R. Bankr. P. 4001(a)(3)* [Dkt. No. 20] and *Notice of Motion Notice of Deadline to File Objection to Motion and Notice of Hearing if Objection Filed (Dkt. No. 22]* were mailed by first class mail, with postage fully prepaid thereon, to the parties listed on the official mailing matrix attached hereto as Exhibit "A".

Dated this 20th day of August, 2024.

HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.

*s/ Christopher J. Gnaedig*
Steven W. Soulé, OBA #13781
Christopher J. Gneadig, OBA #33892
521 East 2nd Street, Suite 1200
Tulsa, Oklahoma 74120-1855
Telephone (918) 594-0400
Facsimile (918) 594-0505
ssoule@hallestill.com
ATTORNEY FOR TRUSTEE

Label Matrix for local noticing
1086-7
Case 24-80617
Eastern District of Oklahoma
Muskogee
Mon Aug 19 16:15:18 CDT 2024

Aaron Lowe
380058 Old Highway 62
Okemah, OK 74859-5916

ARA Insurance Agency
11225 College Blvd Suite 250
Overland Park, KS 66210-2769

Barnhill Contracting Company
800 Tiffany Blvd Suite 200 P O Box 7948
Rocky Mount, NC 27804-0948

AT&T Business
211 S. Akard
Dallas, TX 75202-4207

Blue Bridge Financial, LLC
11911 Freedom Dr
One Fountain Square, set 570
Reston, VA 20190

Bob Cherot
Voss, Michaels, Lee & Associates, Inc.
PO Box 1829
Holland, MI 49422-1829

C M Heavy Machinery, LLC
11097 Highway 27
Okemah, OK 74859

C T Corporation
PO Box 4349
Carol Stream, IL 60197-4349

CIG Logistics, Inc.
209 W 2nd Street
Fort Worth, TX 76102-3021

Daniel Vaughn Carsey
Hall Estill Hardwick Gable Golden et al
BancFirst Tower
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Caterpillar Financial Services
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159-7653

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Clint Meadors
11097 Highway 27
Okemah, OK 74859

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

DLL Finance / Agricredit
PO Box 77122
Minneapolis, MN 55480-7702

Daniel V. Carsey
Hall, Estill, Hardwick, Gable, Golden
100 North Broadway Suite 2900
Oklahoma City, OK 73102-8808

Dozr, Ltd.
318 DUKE ST W KITCHENER
ONTARIO CANADA-N2H3Y1

Enfield Timber, LLC
21144 US Highway 301
Enfield, NC 27823-8990

FedEx
PO Box 223125
Pittsburgh, PA 15251-2125

First Foundation Bank
18101 Von Karmen Avenue, ste 750
Irvine, CA 92612-0005

Christopher Gnaedig
Hall, Estill, Hardwick, Gable, Golden, &
521 East 2nd Street
Ste. 1200
Tulsa, OK 74120-1855

Great Plains Bank
601 NW 13th St
Oklahoma City, OK 73103-2213

Great Plains National Bank
c/o Steven W. Soule
Hall, Estill, et al.
521 East 2nd Street
Suite 1200
Tulsa, OK 74120-1855

Great Plains National Bank
2017 W. 3rd
Elk City, OK 73644-4305

Great Plains National Bank
601 NW 13th St
Oklahoma City, OK 73103-2213

Gregory Poole Equipment Company
4807 Beryl Road
Raleigh, NC 27606-1406

Gungoll, Jackson, Box & Devoll, P.C.
PO Box 1549
Enid, OK 73702-1549

Hentges & Associates, PLLC
102 E Thatcher St
Edmond, OK 73034-3665

Holt Texas Ltd.
5665 SE Loop 410
San Antonio, TX 78222-3903

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

James Supplies, L.L.C.
c/o Jay V. Harper 410 S. Chickasaw
Pauls Valley, OK 73075-4220

Janae L. Wright
2914 Colonial Lane
Edmond, OK 73013-6477

Jerome S. Sepkowitz, Esq.
Derryberry & Naifeh, LLP
4800 North Lincoln Boulevard
Oklahoma City, OK 73105-3321

Mary Kindelt
DOJ-Ust
P.O. Box 3044
Tulsa, OK 74101-3044

Komatsu Financial L.P.
8770 W Bryn Mawr Ave Suite 100
Chicago, IL 60631-3782

Kubota Credit Corp, U.S.A
PO Box 2046
Grapevine, TX 76099-2046

Kubota Credit Corporation USA
PO Box 2046
Grapevine, TX 76099-2046

Mabrey Bank
PO Box 130
Bixby, OK 74008-0130

McAfee & Taft, A Professional Corporatio
Attn: Michael Lauderdale
211 N. Robinson 8th Floor, Two Leadershi
Oklahoma City, OK 73102

Mylon D. Smith
Crowe & Dunlevy, a Professional Corporat
Braniff Building 423 N. Robinson Avenue,
Oklahoma City, OK 73102

Nolen Propane Company
2378 Hwy. 75
Wetumka, OK 74883-6202

Norman Wohlgemuth, LLP
401 S. Boston Avenue Suite 3200
Tulsa, OK 74103-4024

Office of the United States Trustee
Office of the AUST, Karen Walsh
PO Box 3044
Tulsa, OK 74101-3044

Okemah Oil Company
4 E Broadway St
Okemah, OK 74859-2660

Oklahoma Employment Security Commission
Robert C. Newark, III, Attorney
P.O. Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Natural Gas
PO Box 219296
Kansas City, MO 64121-9296

Oklahoma Tax Commission
300 N Broadway Avenue
Oklahoma City, OK 73102-6403

Oklahoma Tax Commission
Oklahoma City OK 73194-0001

Pe Ben Industries Companies, Inc.
811 Dallas Street
Houston, TX 77002-5900

Recovery Logistics, Inc.
507 S 14th
Fort Smith, AR 72901-4607

Robert D. Wilson, PC
1900 Preston Road Suite 267-72
Plano, TX 75093-5175

Ross Plourde, Esq.
211 N. Robinson
8th Floor Two Leadership Square
Oklahoma City, OK 73102-7109

Scott Equipment
6149 Hwy 90 E
Lake Charles, LA 70615-4707

Jerome S. Sepkowitz
Derryberry & Naifeh, LLP
4800 N Lincoln Blvd
Oklahoma City, OK 73105-3321

Steven William Soule
HALL ESTILL HARDWICK ET AL
521 East 2nd Street Suite 1200
Tulsa, OK 74120-1855

Standard Freight LLC
2401 Independence Parkway S
La Porte, TX 77571-9805

T&J Grading Company LLC
2054 Kildare Farm Rd. #352
Cary, NC 27518-6614

Targeted Lease Capital LLC
5500 Main Street Suite 300
Williamsville , NY 14221-6753

Tuggle Duggins
400 Bellemeade Street Suite 800
Greensboro, NC 27401-3796

US Security and Exchange Commission
175 W. Jackson Boulevard
Chicago, IL 60604-2615

Unifirst
2100 N Beech Avenue
Broken Arrow, OK 74012-1167

United States Attorney
Eastern District of Oklahoma
520 Denison Ave.
Muskogee OK 74401-6007

Maurice VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854-3976

Karen Carden Walsh
Office of the United States Trustee
PO Box 3044
Tulsa, OK 74101-3044

Warren Power & Machinery, Inc.
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159-7653

Waukesha-Pearce Industries, LLC
PO Box 65038
Houston, TX 77235

Wheeler Metals
3100 W 40th Street N
Muskogee, OK 74401-5435

Wisner Law
703 S. Western Road
Stillwater, OK 74074-4126

Woita Forest Products, LLC
601 Calvert Street Suite Q
Lincoln, NE 68502-4362

.

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caterpillar Financial Services Corp
2120 West End Avenue
Nashville, TN 37203

Comptroller of Public Accounts
PO Box 149359
Austin, TX 78714-9359

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Caterpillar Financial Services Corporation

(u)No Trustee

End of Label Matrix
Mailable recipients     69
Bypassed recipients      2
Total                   71