Type text here

# UNITED STATES BANKRUPTCY COURT
## Eastern DISTRICT OF OKLAHOMA

IN RE: C M Heavy Machinery, LLC )
                                                  ) CASE NO. 24-80617
                                                  ) CHAPTER 11

EID/SS # )
                                                  )
                                Debtor. )

## INITIAL REPORT

Comes Now, C M Heavy Machinery, LLC ,
Debtor-in-possession, and hereby submits its Initial Report as
shown by Attachments A through L, consisting of __19__ pages,
and containing the following as indicated:

☒     Receipt and Certification of Understanding "Operating
        Guidelines and Reporting Requirements". **Attachment A.**

☒     Designation of Individual Responsible for Discharging
        Debtor's Duties. **Attachment B.**

☒     Designation of Individual Responsible for Financial
        Reports. **Attachment C.**

☒     Balance Sheet **as of month-end immediately preceding
        filing.** Attachment D.**

☐     Profit and Loss Statement **for month immediately
        preceding filing. Attachment E.**

☒     Insurance, Tax and Cash Collateral Statements.
        **Attachment F.** (Including Proof of Insurance Coverage)

☐     Projected cash budget for first six (6) months of post
        petition operations. **Attachment G.**

## Initial Report - Page 2 of 2

**Case Name:** C M Heavy Machinery, LLC

**Case Number:** 24-80617

☒ Detailed listing of Accounts Receivable and an Accounts Receivable Aging Report. **Attachment H.**

☐ Report of Physical Inventory. **Attachment I.** (See Page 3 of 8, <u>6. Physical Inventory</u>, *Operating Guidelines and Reporting Requirements*)

☐ Current Rent Roll. **Attachment J.** (See Page 3 of 8, <u>7. Rental Property Records</u>, *Operating Guidelines and Reporting Requirements*)

☐ Copies of most recent audited and unaudited Financial Statements. **Attachment K.**

☐ Debtor's Section 345 Bank Account Certificate. **Attachment L.**

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INITIAL REPORT AND ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DEBTOR(S)-IN-POSSESSION

Date: August 22, 2024

BY: _Clint Meadows_
Name: Clint Meadows
Title: President
BY: _____
Name: _____
Title: _____
Address: 11097 Highway 27
Okemah, OK 74859
_____
Telephone: (405) 202-1533

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re: ) Case No. 24-80617
) (Chapter 11)
C M HEAVY MACHINERY, LLC )
)
Debtor. )
_____)

## NOTES ACCOMPANYING INITIAL REPORT

1.      The balance sheet appended to the initial report (the "Initial Report") as Attachment D is stale and generally unreliable in nature. This document has been produced from the Quickbooks account of C M Heavy Machinery, LLC ("CMHM" or the "Debtor"), but it is unclear when Quickbooks records were last updated. Portions of this report—including bank account balances— are facially errant. Other portions—including hard asset values—appear potentially closer to reality but still likely inaccurate in nature. The Debtor does *not* believe this balance sheet is reliable.

2.      The Debtor's Quickbooks account does have the ability to produce a statement of profit and loss for July 2024, as is called for on Attachment E. The statement produced, however, is so facially at odds with any cognizable reality as to merit being disregarded, and is accordingly not being appended. The statement, using existing Quickbooks records, would show no income whatsoever and expenses of $2,390.01. CMHM did have income in July 2024 and it is reasonably believed expenses well exceeded $2,390.01. By contrast, the Quickbooks report for January 2024—also believed to be unreliable—would show income of $148,541.24 and expenses of $108,444.05; while these numbers may be closer to reality for January 2024, they are also likely unreliable in nature and, more importantly, wholly unindicative of the Debtor's current performance.

1

3.     Attachment F concerns cash collateral. The Debtor very likely *will* be holding cash collateral in the near future, as a pre-petition insurance claim is paid in the approximate sum of $100,000.00. The Debtor does not presently intend to use these monies while in bankruptcy but will seek leave of court should such a need arise. A more detailed discussion of why the Debtor does not believe cash on hand, as of the petition date, to be the collateral of any lender, was appended to the petition. *See* DE #1 at p. 5; § 1.

4.     Attachment G would be the Debtor's projected budget for the first six month of post-petition activity. CMHM is actively endeavoring to find a financial professional who can take over bookkeeping duties, help triage the Debtor's finances, and aid in the formation of a budget. It is genuinely hoped such a person will soon be engaged. However, unless and until such comes to pass, the Debtor's principal is not in a position to project income or expenses in good faith; any such number would not likely be moored to prior performance or extant realities and, to the contrary, would amount to little more than raw guesswork. This is, no doubt, one of the many reasons that finding a quality bookkeeper is a top priority for the Debtor.

5.     Attachment H is the Debtor's accounts receivable report from Quickbooks. This is likely more reliable than many Quickbooks reports, but is still likely founded upon one or more inaccuracies.

6.     The Debtor is not attaching a physical inventor report as Attachment I because no present report exists in verifiable form. However, and of some import, significant efforts were devoted to the completion of Schedule A/B, DE #1 at pp. 14-22, and there is a list of equipment set forth therein, *Id.* at § 47.

7.     As addressed in greater detail in a withdrawal notice filed of even date herewith, DE #28, the Debtor does not currently have a DIP account.

Docusign Envelope ID: 2FFBC601-737A-4172-8928-164651366C32

Respectfully Submitted,

Dated: August 22, 2024       By:   <u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for the Debtor*

3

**ATTACHMENT A**

## RECEIPT AND CERTIFICATION OF UNDERSTANDING
## UNITED STATES TRUSTEE
## OPERATING GUIDELINES AND REPORTING REQUIREMENTS

CASE NAME:     __C M Heavy Machinery, LLC_____

CASE NUMBER:     ___24-80617_____

     I hereby certify that I have read and understand the United States Trustee

Chapter 11 "Operating Guidelines and Reporting Requirements for Debtors in

Possession and Trustees".   Further, I hereby agree to perform in accordance with

said guidelines and requirements.

8/22/2024
_____
(Date)

_____
(Debtor)

President
_____
(Title)

Clint Meadors
_____
(Printed Name of Signatory)

     The undersigned, as counsel for the debtor, has read and reviewed with the

debtor the operating guidelines and reporting requirements discussed above.

August 22, 2024
_____
(Date)

/s/ Maurice B. VerStandig
_____
(Attorney for Debtor)

**ATTACHMENT B**

**Case Name** C M Heavy Machinery, LLC
**Case Number** 24-80617

## DESIGNATION AND ACCEPTANCE OF INDIVIDUAL
## RESPONSIBLE FOR DISCHARGING DEBTOR'S DUTIES

The Debtor(s)-in-possession in the above and foregoing case hereby designates Clint Meadors                    , as provided under F.R.B.P. 9001(5), as the individual responsible for discharging the duties of the debtor under 11 U.S.C. §1107 and as may be required by the Court or by the United States Trustee.

DEBTOR(S)-IN-POSSESSION

DATE: 8/22/2024

BY: _Clint Meadors_
Name: Clint Meadors
Title: President
BY: _____
Name: _____
Title: _____
Address: 11097 Highway 27
          Okemah, OK 74859
          _____
Telephone: (405) 202-1533

ACCEPTED

DATE: _____

BY: _____
Name: _____
Title: _____
Address: _____
          _____
          _____
Telephone: _____

**ATTACHMENT C**

**Case Name** _____

**Case Number** _____

### DESIGNATION AND ACCEPTANCE OF
### INDIVIDUAL RESPONSIBLE FOR PREPARATION OF
### FINANCIAL REPORTS FOR DEBTOR-IN-POSSESSION

     The Debtor(s)-in-possession in the above and foregoing case hereby designates Clint Meadors _____, as provided under Bankruptcy Rule 9001(5), as the individual responsible for the preparation of all financial reports as required by the Court or by the United States Trustee.

DATE: 8/22/2024 _____

DEBTOR(S)-IN-POSSESSION

BY: _____
Name: Clint Meadors
Title: President _____
BY: _____
Name: _____
Title: _____
Address: 11097 Highway 27 _____
        Okemah, OK 74859 _____
_____
Telephone: (405) 202-1533 _____

ACCEPTED

DATE: _____

BY: _____
Name: _____
Title: _____
Address: _____
        _____
Telephone: _____

Attachment D

# CM Heavy Machinery LLC

## Balance Sheet

As of August 6, 2024

| | TOTAL |
|---|---:|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| Acct # 165488D - CLINT PERSONAL | 6,851.93 |
| Clint Meadors - SAVINGS - PERSONAL | 82.00 |
| Mabrey Operating Acct-5504 | -43,397.66 |
| **Total Bank Accounts** | **$ -36,463.73** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 1,343,014.16 |
| **Total Accounts Receivable** | **$1,343,014.16** |
| Other Current Assets | |
| INVENTORY | 0.00 |
| NC YARD MATS | 1,000,000.00 |
| **Total INVENTORY** | **1,000,000.00** |
| Repayment | |
| $289.74 REPLAY TAX PENALTIES | 0.00 |
| **Total Repayment** | **0.00** |
| Undeposited Funds | -56,730.00 |
| **Total Other Current Assets** | **$943,270.00** |
| **Total Current Assets** | **$2,249,820.43** |
| Fixed Assets | |
| 20 ACRES RIVER | 80,000.00 |
| 201 - CMHM RENTAL EQUIPMENT | |
| 201-1 - CMHM - TRAILERS | |
| CHAPPELL 535 GAL WATER TRAILER CM-1806 | 5,000.00 |
| FONTAINE 1994 STEPDECK TRAILER S61936 | 10,000.00 |
| FONTAINE SEMI TRAILER 53' FLOAT 50778 | 15,000.00 |
| FRIESEN BUMPER PULL TRAILER CM-4503 | 6,000.00 |
| FRUEHAUF FBZ F2 JOBSITE OFFICE TRAILER MEV652754 | 5,000.00 |
| HORSECREEK CH18 18' CAR HAULER FLATBED TRAILER 5BSCB1823BC026059 | 2,500.00 |
| LUFKIN FLATBED TRAILER 45409 | 7,500.00 |
| MAINLINE 80" ROLLIGON TRAILER K311 | 125,000.00 |
| TRAIL KING TK110HDG SEMI TRAILER 6416 | 125,000.00 |
| TRAIL SPORT TRL-16 16' ENCLOSED UTILITY TRAILER 5NHUT5629BW043813 | 5,000.00 |
| TRI HAY TRAILER 51379TR1 | 15,000.00 |

# CM Heavy Machinery LLC

## Balance Sheet

As of August 6, 2024

| | TOTAL |
|---|---|
| **Total 201-1 - CMHM - TRAILERS** | **321,000.00** |
| 2013 - TRAIL KING XL22MB ATTACHMENT- XL SPREADER | 5,000.00 |
| ATTACHMENT(S) | 20,000.00 |
| CASE - 821F - LOADER - W00740C0194414 | 80,000.00 |
| CATERPILLAR 323FL EXCAVATOR XCF10395 | 180,000.00 |
| CATERPILLAR 594 PIPELAYER 66A00933 | 175,000.00 |
| CATERPILLAR D6T XW DOZER SLJ01188 | 285,000.00 |
| CATERPILLAR D7 ATTACHMENT - RIPPER 8SH00764 | 5,000.00 |
| CATERPILLAR SWEEPS ATTACHMENT NO SN# | 5,000.00 |
| HAMM H12I ROLLER H2350152 | 110,000.00 |
| JOHN DEERE 2940 INDUSTRIAL TRACTOR 447381CD | 15,000.00 |
| KOMATSU D61-PX DOZER B1810 | 49,500.00 |
| KOMATSU D65PX-18 DOZER 90651 | 250,000.00 |
| KOMATSU D65PX-18 DOZER 91046 | 250,000.00 |
| KOMATSU D85PX-18 DOZER 23074 | 400,000.00 |
| KOMATSU GD655-6 MOTOR GRADER 60468 | 200,000.00 |
| KOMATSU PC270LC-8 EXCAVATOR A87397 | 80,000.00 |
| KUBOTA SVL95 SKID STEER W/BUCKET & FORKS 43100 | 65,000.00 |
| KUBOTA SVL95-2 SKID STEER W/BUCKET & FORKS NO SN# | 75,000.00 |
| LINCOLN SA200 WELDER 660685 | 5,000.00 |
| LINCOLN SA200 WELDER A470553 | 5,000.00 |
| MASCHIO DMR 3500 CAGE ROLLER LM98N035 | 18,000.00 |
| MCCORMICK MCL51 LOADER FOR TRACTOR 1011949344 | 15,000.00 |
| MCCORMICK X6 470 TRACTOR SW5CH4367 | 105,000.00 |
| MCKINNEY CX10-2252 SHIPPING CONTAINER CX1C1566824 | 5,000.00 |
| PADDING BUCKETS | 10,100.00 |
| POWER WASHER SK30005VH SN# PW-0001 | 1,000.00 |
| **Total 201 - CMHM RENTAL EQUIPMENT** | **2,734,600.00** |
| 201-2 - VEHICLES | |
| 2014 FORD F150 SUPER CREW D06464 | 15,000.00 |
| 2019 FORD F-350 - 57298392 | 95,000.00 |
| DODGE 3500 SERVICE TRUCK 3D7MS48C35G765214 | 15,000.00 |
| PETERBILT 379 HAUL TRUCK 1XP5DB9X17D671765 | 123,098.80 |
| **Total 201-2 - VEHICLES** | **248,098.80** |
| 520 ACRES+HOUSE | 3,500,000.00 |
| ASSETS DEPRECIATION CONTRA ACCT | -897,500.00 |

# CM Heavy Machinery LLC

## Balance Sheet

### As of August 6, 2024

|  | TOTAL |
|---|---|
| OFFICE BUILDING AND LAND | 1,200,000.00 |
| OFFICE FURNITURE AND FIXTURES | 100,000.00 |
| SHOP - ASSET(S) | 750,000.00 |
| **Total Fixed Assets** | **$7,715,198.80** |
| **TOTAL ASSETS** | **$9,965,019.23** |
| LIABILITIES AND EQUITY |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable (A/P) | 682,545.27 |
| **Total Accounts Payable** | **$682,545.27** |
| Credit Cards |  |
| ***CHASE CARD-C. MEADORS (9719) - 4 | 104,187.99 |
| CAT ACCESS ACCOUNT - CARD | 0.00 |
| CHASE CARD-C. LOWE (2081) - 4 | 3,328.26 |
| CHASE CARD-C. MEADORS (0907) - 4 | 12,107.75 |
| CHASE CARD-C. MEADORS (8092) - 4 | 7,035.29 |
| CHASE CARD-CC-V. MEADORS (2261) - 4 | 3,845.97 |
| HARLEY DAVIDSON CC - US BANK | -5,475.00 |
| **Total Credit Cards** | **$125,030.26** |
| Other Current Liabilities |  |
| 685-4 EMPLOYER PAYROLL TAXES | 29,065.84 |
| 685-5 PAYROLL CORRECTIONS | 48.15 |
| REPAYMENTS | 126.42 |
| **Total 685-5 PAYROLL CORRECTIONS** | **174.57** |
| Arkansas Department of Finance and Administration Payable | 19,782.08 |
| Direct Deposit Payable | 0.00 |
| Louisiana Department of Revenue Payable | 36,422.58 |
| Louisiana, Calcasieu Parish Payable | 270.39 |
| Louisiana, DeSoto Parish Payable | 9,703.87 |
| Louisiana, Vernon Parish Payable | 24,976.32 |
| Oklahoma Tax Commission Payable | 13,790.69 |
| Texas State Comptroller Payable | 1,011.08 |
| **Total Other Current Liabilities** | **$135,197.42** |
| **Total Current Liabilities** | **$942,772.95** |

# CM Heavy Machinery LLC

## Balance Sheet
As of August 6, 2024

|  | TOTAL |
|---|---|
| Long-Term Liabilities |  |
| DLL FINANCIAL - MCCORMICK TRACTOR | 62,568.98 |
| FIRST FOUNDATION BANK | 4,308.74 |
| GP - Loan - 2 | 3,715,619.80 |
| KOMATSU CMHM EQUIPMENT |  |
| KOMATSU - 777-0144625-012 D65 DOZER  - 90651 | 1,187.85 |
| KOMATSU - 777-0144625-013 - D85 DOZER  - 23074 | 1,490.83 |
| KOMATSU - 777-0144625-014 MOTORGRADER - 60468 | 76,040.20 |
| **Total KOMATSU CMHM EQUIPMENT** | **78,718.88** |
| KUBOTA CMHM EQUIPMENT |  |
| KUBOTA - 80994502 - SKIDSTEER | 32,844.22 |
| **Total KUBOTA CMHM EQUIPMENT** | **32,844.22** |
| PERSONAL LOANS | 22,863.98 |
| 810  VICKY LOAN ADJUSTMENT | 94,393.90 |
| 811- MEADORS FAMILY LAND & MINERALS LLC | 376,000.00 |
| **Total PERSONAL LOANS** | **493,257.88** |
| **Total Long-Term Liabilities** | **$4,387,318.50** |
| **Total Liabilities** | **$5,330,091.45** |
| Equity |  |
| Opening Balance Equity - 4.6M CORR FOR OLD CPA | 4,658,585.58 |
| Retained Earnings | -336,043.44 |
| Net Income | 312,385.64 |
| **Total Equity** | **$4,634,927.78** |
| **TOTAL LIABILITIES AND EQUITY** | **$9,965,019.23** |

**ATTACHMENT F, Page 1 of 2**

**Case Name** C M Heavy Machinery, LLC
**Case Number** 24-80617

**STATEMENT CONCERNING INSURANCE, TAXES
AND USE OF CASH COLLATERAL**

**I. INSURANCE**

    A. Insurance is in effect and payments are current for coverage as indicated:

| INSURANCE TYPE | CARRIER | EXPIRES |
|---|---|---|
| General comprehensive liability | Progressive Northern Insurance Company | Aug. 9, 2025 |
| Property (Personal & realty) | | |
| Casualty & theft | | |
| Workers' compensation | | |
| Vehicle | | |
| Product liability | | |
| Flood | | |
| Directors and Officers liability | | |
| Professional malpractice | | |
| Other: Automobile Liability | Progressive Northern Insurance Company | Aug. 9, 2025 |

    B. Attached hereto are Certificates of Insurance or other proof of insurance for the above.

**II. TAXES**

    A. **Post**-petition federal and state withholding and payroll taxes **are**/~~**are not**~~ current.

    B. Delinquent post-petition taxes, if any, are as follows:

        Federal Withholding _____

        State Withholding _____

        FICA _____

        Other

**ATTACHMENT F**, Page 2 of 2

**Case Name** C M Heavy Machinery, LLC

**Case Number** 24-80617

**(II. TAXES continued)**

    C. **Pre**-petition federal and state withholding and payroll taxes **are**/~~are not~~ current. **Pre**-petition federal and state excise, sales taxes **are**/~~are not~~ current. Delinquent pre-petition taxes, if any, are as follows:

               Federal Withholding _____

               State Withholding _____

               FICA _____

               Federal Excise Tax _____

               State Excise Tax _____

               Sales Tax _____

**III. CASH COLLATERAL**

    A.    Cash collateral ~~will~~/**will not** be necessary to fund Debtor's post-petition operations.

    B.    Debtor ~~has~~/**has not** filed a request for use of cash collateral under 11 U.S.C. § 363 or § 364.

    C.    Identity of Cash Collateral.

**PROPERTY**                **CREDITOR**             **MONTHLY PAYMENT**

Docusign Envelope ID: 2FFBC601-737A-4172-8928-164651366C32

Attachment H

# CM Heavy Machinery LLC

## A/R Aging Detail

### As of August 22, 2024

| DATE | TRANSACTION TYPE | NUM | CUSTOMER | DUE DATE | AMOUNT | OPEN BALANCE |
|------|------------------|-----|----------|----------|--------|--------------|
| **91 or more days past due** | | | | | | |
| 11/16/2016 | Invoice | | TUCKER BROTHERS | 11/16/2016 | 35,096.93 | 35,096.93 |
| 05/15/2020 | Invoice | | MARVIN FILSINGER EQUIPMENT | 05/15/2020 | 27,563.55 | 27,563.55 |
| 04/14/2021 | Invoice | | BARBWIRE OIL & GAS | 04/14/2021 | 35,100.91 | 35,100.91 |
| 04/30/2021 | Invoice | R-PDS043021-1-1 | PAUL'S DOZER SERVICE | 04/30/2021 | 12,600.00 | 12,600.00 |
| 11/16/2021 | Invoice | S-SLV111621-1-1 | Silver Fox Pipeline & Facility Services | 11/16/2021 | 277,806.72 | 277,806.72 |
| 05/11/2022 | Invoice | | STONEY'S DIRT WORK | 05/11/2022 | 24,082.40 | 24,082.40 |
| 08/08/2022 | Invoice | | CROSS COUNTRY PIPELINE | 08/08/2022 | 335.48 | 335.48 |
| 12/31/2022 | Credit Memo | H-R-051923-2-2 | CROSS COUNTRY PIPELINE | 12/31/2022 | -335.48 | -335.48 |
| 01/01/2023 | Invoice | LF-PD010123-1-1 | PAUL'S DOZER SERVICE | 01/01/2023 | 1,260.00 | 1,260.00 |
| 01/01/2023 | Invoice | LF-SD010123-1-1 | STONEY'S DIRT WORK | 01/01/2023 | 2,408.24 | 2,408.24 |
| 01/01/2023 | Invoice | LF-TB010123-1-1 | TUCKER BROTHERS | 01/01/2023 | 3,509.69 | 3,509.69 |
| 01/01/2023 | Invoice | LF-BO010123-1-1 | BARBWIRE OIL & GAS | 01/01/2023 | 3,510.09 | 3,510.09 |
| 01/01/2023 | Invoice | LF-SF010123-1-1 | Silver Fox Pipeline & Facility Services | 01/01/2023 | 27,780.67 | 27,780.67 |
| 01/17/2023 | Invoice | 1013 | Larry Denny | 01/17/2023 | 1,290.01 | 26.71 |
| 01/19/2023 | Invoice | 1017 | Capco Contractors | 01/19/2023 | 12,150.01 | 196.88 |
| 02/01/2023 | Invoice | LF-PD020123-1-1 | PAUL'S DOZER SERVICE | 02/01/2023 | 1,349.19 | 1,349.19 |
| 02/01/2023 | Invoice | LF-SD020123-1-1 | STONEY'S DIRT WORK | 02/01/2023 | 2,664.72 | 2,664.72 |
| 02/01/2023 | Invoice | LF-TB020123-1-1 | TUCKER BROTHERS | 02/01/2023 | 3,883.48 | 3,883.48 |
| 02/01/2023 | Invoice | LF-BO020123-1-1 | BARBWIRE OIL & GAS | 02/01/2023 | 3,883.92 | 3,883.92 |
| 02/01/2023 | Invoice | LF-SF020123-1-1 | Silver Fox Pipeline & Facility Services | 02/01/2023 | 30,739.31 | 30,739.31 |
| 03/01/2023 | Invoice | LF-PD030123-1-1 | PAUL'S DOZER SERVICE | 03/01/2023 | 1,537.88 | 1,537.88 |
| 03/01/2023 | Invoice | LF-SD030123-1-1 | STONEY'S DIRT WORK | 03/01/2023 | 2,948.51 | 2,948.51 |
| 03/01/2023 | Invoice | LF-TB030123-1-1 | TUCKER BROTHERS | 03/01/2023 | 4,297.07 | 4,297.07 |
| 03/01/2023 | Invoice | LF-BO030123-1-1 | BARBWIRE OIL & GAS | 03/01/2023 | 4,297.55 | 4,297.55 |
| 03/01/2023 | Invoice | LF-SF030123-1-1 | Silver Fox Pipeline & Facility Services | 03/01/2023 | 34,013.05 | 34,013.05 |
| 04/01/2023 | Invoice | LF-PD040123-1-1 | PAUL'S DOZER SERVICE | 04/01/2023 | 1,701.66 | 1,701.66 |
| 04/01/2023 | Invoice | LF-SD040123- | STONEY'S DIRT WORK | 04/01/2023 | 3,262.33 | 3,262.33 |

# CM Heavy Machinery LLC

## A/R Aging Detail

### As of August 22, 2024

| DATE | TRANSACTION TYPE | NUM | CUSTOMER | DUE DATE | AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---|---|
| | | 1-1 | | | | |
| 04/01/2023 | Invoice | LF-TB040123-1-1 | TUCKER BROTHERS | 04/01/2023 | 4,754.70 | 4,754.70 |
| 04/01/2023 | Invoice | LF-BO040123-1-1 | BARBWIRE OIL & GAS | 04/01/2023 | 4,755.24 | 4,755.24 |
| 04/01/2023 | Invoice | LF-SF040123-1-1 | Silver Fox Pipeline & Facility Services | 04/01/2023 | 37,635.44 | 37,635.44 |
| 05/01/2023 | Invoice | LF-PD050123-1-1 | PAUL'S DOZER SERVICE | 05/01/2023 | 1,882.89 | 1,882.89 |
| 05/01/2023 | Invoice | LF-SD050123-1-1 | STONEY'S DIRT WORK | 05/01/2023 | 3,609.96 | 3,609.96 |
| 05/01/2023 | Invoice | LF-TB050123-1-1 | TUCKER BROTHERS | 05/01/2023 | 5,261.08 | 5,261.08 |
| 05/01/2023 | Invoice | LF-BO050123-1-1 | BARBWIRE OIL & GAS | 05/01/2023 | 5,261.67 | 5,261.67 |
| 05/01/2023 | Invoice | LF-SF050123-1-1 | Silver Fox Pipeline & Facility Services | 05/01/2023 | 41,643.61 | 41,643.61 |
| 05/18/2023 | Deposit | | LTP Enterprises LLC | 05/18/2023 | -5,000.00 | -325.00 |
| 06/01/2023 | Invoice | LF-PD060123-1-1 | PAUL'S DOZER SERVICE | 06/01/2023 | 2,138.89 | 2,138.89 |
| 06/01/2023 | Invoice | LF-SD060123-1-1 | STONEY'S DIRT WORK | 06/01/2023 | 4,100.77 | 4,100.77 |
| 06/01/2023 | Invoice | LF-TB060123-1-1 | TUCKER BROTHERS | 06/01/2023 | 5,976.37 | 5,976.37 |
| 06/01/2023 | Invoice | LF-BO060123-1-1 | BARBWIRE OIL & GAS | 06/01/2023 | 5,977.05 | 5,977.05 |
| 06/01/2023 | Invoice | LF-SF060123-1-2 | Silver Fox Pipeline & Facility Services | 06/01/2023 | 47,305.50 | 47,305.50 |
| 06/12/2023 | Credit Memo | CM-ASS041523-2-3 | ASSOCIATED PIPELINE:ASSOCIATED ANACOCO, LA 3.4.23 PROJECT | 06/12/2023 | -3,615.01 | -3,615.01 |
| 06/30/2023 | Credit Memo | CM-063023-2 | ASSOCIATED PIPELINE:ASSOCIATED ANACOCO, LA 3.4.23 PROJECT | 06/30/2023 | -1,205.01 | -1,205.01 |
| 07/01/2023 | Invoice | LF-PD070123-1-1 | PAUL'S DOZER SERVICE | 07/01/2023 | 2,366.68 | 2,366.68 |
| 07/01/2023 | Invoice | LF-SD070123-1-1 | STONEY'S DIRT WORK | 07/01/2023 | 4,537.51 | 4,537.51 |
| 07/01/2023 | Invoice | LF-BO070123-1-1 | BARBWIRE OIL & GAS | 07/01/2023 | 6,593.08 | 6,593.08 |
| 07/01/2023 | Invoice | LF-TB070123-1-1 | TUCKER BROTHERS | 07/01/2023 | 6,612.86 | 6,612.86 |
| 07/01/2023 | Invoice | LF-SF070123-1-3 | Silver Fox Pipeline & Facility Services | 07/01/2023 | 52,343.54 | 52,343.54 |
| 07/20/2023 | Deposit | | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL TX & OK 2.6.23 RENTAL PROJECT | 07/20/2023 | -4,255.29 | -4,255.29 |
| 07/22/2023 | Invoice | R-B&L072223-1-1 | B & L OILFIELD SERVICES | 07/22/2023 | 4,612.50 | 4,612.50 |

# CM Heavy Machinery LLC

## A/R Aging Detail

### As of August 22, 2024

| DATE | TRANSACTION TYPE | NUM | CUSTOMER | DUE DATE | AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---|---|
| 06/24/2023 | Invoice | R-B&L062423-1-1 | B & L OILFIELD SERVICES | 07/24/2023 | 5,421.12 | 3,121.12 |
| 08/01/2023 | Deposit | | ASSOCIATED PIPELINE:ASSOCIATED ANACOCO, LA 3.4.23 PROJECT | 08/01/2023 | -146,156.22 | -4,273.25 |
| 08/08/2023 | Invoice | PS-R-ASS080823-1-1 | ASSOCIATED PIPELINE:ASSOCIATED ANACOCO, LA 3.4.23 PROJECT | 08/08/2023 | 3,568.64 | 3,568.64 |
| 08/19/2023 | Invoice | R-B&L081923-1-1 | B & L OILFIELD SERVICES | 08/19/2023 | 4,681.69 | 4,681.69 |
| 09/08/2023 | Invoice | PS-R-ASS090823-1-1 | ASSOCIATED PIPELINE:ASSOCIATED ANACOCO, LA 3.4.23 PROJECT | 09/08/2023 | 1,951.37 | 1,951.37 |
| 09/19/2023 | Invoice | PS-R-ASS051923-1-1 | ASSOCIATED PIPELINE:ASSOCIATED ANACOCO, LA 3.4.23 PROJECT | 09/19/2023 | 10,359.35 | 10,359.35 |
| 10/08/2023 | Invoice | R-TIN091023-1-2CORR2 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 10/08/2023 | 11,077.49 | 11,077.49 |
| 09/18/2023 | Invoice | R-JB072423-1-3 | JOSHUA BREWER | 10/18/2023 | 6,620.21 | 1,536.88 |
| 10/19/2023 | Invoice | PS-R-ASS032323-1-1 | ASSOCIATED PIPELINE:ASSOCIATED ANACOCO, LA 3.4.23 PROJECT | 10/19/2023 | 7,243.21 | 7,243.21 |
| 10/19/2023 | Invoice | PS-R-ASS032423-1-1 | ASSOCIATED PIPELINE:ASSOCIATED ANACOCO, LA 3.4.23 PROJECT | 10/19/2023 | 7,831.25 | 7,831.25 |
| 10/02/2023 | Invoice | PS-DM100223-1-1 | Double M Construction | 11/01/2023 | 244.22 | 244.22 |
| 11/06/2023 | Invoice | R-TIN091023-1-3 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 11/06/2023 | 11,255.28 | 11,255.28 |
| 11/08/2023 | Invoice | H-R-TIN100423-2-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 11/08/2023 | 3,586.48 | 2,299.24 |
| 11/09/2023 | Invoice | FC-TIN110923-1-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 11/09/2023 | 1,268.75 | 18.75 |
| 11/09/2023 | Invoice | R-TIN091223-1-3 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 11/09/2023 | 4,422.22 | 4,422.22 |
| 11/14/2023 | Invoice | R-TIN091823-1-3 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 11/14/2023 | 16,855.80 | 16,855.80 |
| 11/09/2023 | Invoice | R-TIN091323-1-3 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 11/18/2023 | 4,422.22 | 4,422.22 |
| 11/18/2023 | Invoice | CF-H-R-TIN111823-1-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 11/18/2023 | 154.53 | 154.53 |

# CM Heavy Machinery LLC

## A/R Aging Detail

As of August 22, 2024

| DATE | TRANSACTION TYPE | NUM | CUSTOMER | DUE DATE | AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---|---|
| 11/28/2023 | Invoice | CF-H-R-TIN091323-1-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 11/28/2023 | 540.86 | 540.86 |
| 11/28/2023 | Invoice | H-R-TIN091323-2-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 11/28/2023 | 3,659.88 | 3,659.88 |
| 11/30/2023 | Invoice | H-R-TIN092023-2-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 11/30/2023 | 3,605.79 | 3,605.79 |
| 11/30/2023 | Invoice | H-R-TIN091023-2-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 11/30/2023 | 3,659.88 | 3,659.88 |
| 12/02/2023 | Invoice | R-TIN090723-1-4 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 12/02/2023 | 11,255.28 | 11,255.28 |
| 12/05/2023 | Invoice | H-R-TIN100823-2-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 12/05/2023 | 3,992.12 | 3,992.12 |
| 12/05/2023 | Invoice | R-TIN091023-1-4 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 12/05/2023 | 11,255.28 | 11,255.28 |
| 12/07/2023 | Invoice | PS-R-TIN120723-1-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 12/07/2023 | 3,548.30 | 3,548.30 |
| 12/14/2023 | Invoice | PS-R-TIN121423-1-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 12/14/2023 | 3,433.10 | 3,433.10 |
| 11/18/2023 | Invoice | H-R-TIN111823-1-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 12/18/2023 | 4,001.85 | 4,001.85 |
| 12/01/2023 | Invoice | LF-TIN120123-1-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 12/31/2023 | 1,671.44 | 1,671.44 |
| 01/01/2024 | Invoice | LF-TIN010124-1-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 01/01/2024 | 2,701.83 | 2,701.83 |
| 01/03/2024 | Invoice | R-TIN091023-1-5 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 01/03/2024 | 11,435.92 | 11,435.92 |
| 12/12/2023 | Invoice | SB-TRP112323-1-1 | TWO RIVERS PIPELINE & CONSTRUCTION | 01/11/2024 | 1,592.05 | 1,592.05 |
| 01/30/2024 | Invoice | R-TIN091023-1-6 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 01/30/2024 | 11,619.47 | 11,619.47 |
| 01/01/2024 | Invoice | XX-081023-1-1 | Benny Giesbrecht:BENNYS TRANSPORTATION - PROJECT | 01/31/2024 | 113,114.81 | 113,114.81 |
| 02/01/2024 | Invoice | LF-TIN020124-1- | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 | 02/01/2024 | 2,222.59 | 2,222.59 |

# CM Heavy Machinery LLC

## A/R Aging Detail

### As of August 22, 2024

| DATE | TRANSACTION TYPE | NUM | CUSTOMER | DUE DATE | AMOUNT | OPEN BALANCE |
|------|------|------|------|------|------|------|
| | | 1 | PROJECT | | | |
| 02/13/2024 | Invoice | H-TIN021324-1-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 02/13/2024 | 7,138.49 | 7,138.49 |
| 02/13/2024 | Invoice | PS-TIN021324-1-2 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 02/13/2024 | 12,820.19 | 12,820.19 |
| 02/13/2024 | Invoice | PS-TIN021324-1-1 | Patriot Dozer Service, LLC dba Tindol Construction:TINDOL VILONIA, AR 9.8.23 PROJECT | 02/13/2024 | 212,096.60 | 212,096.60 |
| 02/22/2024 | Invoice | H-BAI022224-1-1 | BAILEY'S WELL SERVICE, LLC | 02/22/2024 | 1,114.98 | 1,114.98 |
| 02/26/2024 | Invoice | S-L6I022624-1-1 | MIKE LYBARGER | 02/26/2024 | 14,382.53 | 14,382.53 |
| 02/27/2024 | Payment | XXXX | MIKE LYBARGER | 02/27/2024 | -7,500.00 | -7,500.00 |
| 03/03/2024 | Invoice | H-BAI030324-1-1 | BAILEY'S WELL SERVICE, LLC | 03/03/2024 | 740.63 | 740.63 |
| 03/06/2024 | Invoice | R-LEO030624-1-1 | Leon Fuller | 03/06/2024 | 4,409.52 | 4,409.52 |
| 03/07/2024 | Invoice | R-L6I030724-1-1 | MIKE LYBARGER | 03/07/2024 | 11,283.02 | 11,283.02 |
| 03/08/2024 | Invoice | PS-LEO030824-1-1 | Leon Fuller | 03/08/2024 | 2,283.58 | 2,283.58 |
| 03/12/2024 | Invoice | H-BAI031224-1-1 | BAILEY'S WELL SERVICE, LLC | 03/12/2024 | 743.33 | 743.33 |
| 03/18/2024 | Invoice | H-BAI031824-1-1 | BAILEY'S WELL SERVICE, LLC | 03/18/2024 | 740.63 | 740.63 |
| 03/26/2024 | Invoice | H-BAI032624-1-1 | BAILEY'S WELL SERVICE, LLC | 03/26/2024 | 530.68 | 530.68 |
| 02/28/2024 | Invoice | R-TIN091023-1-7 | TINDOL #2 | 03/29/2024 | 11,562.77 | 11,562.77 |
| 03/01/2024 | Invoice | LF-TIN030124-1-1 | TINDOL #2 | 03/31/2024 | 1,763.50 | 1,763.50 |
| 03/26/2024 | Invoice | H-BAI032624-2-1 | BAILEY'S WELL SERVICE, LLC | 04/25/2024 | 522.84 | 522.84 |
| 04/19/2024 | Invoice | WO-041923-1-1 | MIKE LYBARGER | 05/19/2024 | 2,472.54 | 2,472.54 |
| **Total for 91 or more days past due** | | | | | **$1,217,255.81** | **$1,340,676.78** |
| 61 - 90 days past due | | | | | | |
| 06/05/2024 | Invoice | H-BAI032624-2-3 | DAX  STUART | 06/05/2024 | 1,107.54 | 1,107.54 |
| **Total for 61 - 90 days past due** | | | | | **$1,107.54** | **$1,107.54** |
| 1 - 30 days past due | | | | | | |
| 08/02/2024 | Invoice | R-LFE080224-1-1 | LLOYD FRIESEN EXCAVATING | 08/02/2024 | 1,500.00 | 1,500.00 |

Docusign Envelope ID: 2FFBC601-737A-4172-8928-164651366C32

# CM Heavy Machinery LLC

## A/R Aging Detail

As of August 22, 2024

| DATE | TRANSACTION TYPE | NUM | CUSTOMER | DUE DATE | AMOUNT | OPEN BALANCE |
|------|------------------|-----|----------|----------|--------|--------------|
| Total for 1 - 30 days past due | | | | | $1,500.00 | $1,500.00 |
| **TOTAL** | | | | | **$1,219,863.35** | **$1,343,284.32** |

Case 24-80617    Doc 29    Filed 08/22/24    Entered 08/22/24 22:43:15    Desc Main
Document    Page 22 of 22