**Dated: August 23, 2024**

**The following is ORDERED:** 

*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In Re: C M Heavy Machinery, LLC　　　　　　Case No.: 24−80617
　　　　　　　　　　　　　　　　　　　　　　Chapter: 11

　　　　　　Debtor(s).

RE: Order Approving Withdrawal

Filed: 8/23/2024

Docket Entry No.: 30

### ORDER VACATING ORDER

VACATED, due to administrative error.

### ###