**Dated: August 26, 2024**

**The following is ORDERED:**



PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In Re:  C M Heavy Machinery, LLC

Case No.: 24−80617
Chapter: 11

Debtor(s).

RE: Notice Withdrawing Motion to Retain Existing Bank Account

Filed: 8/22/2024

Docket Entry No.: 28

### **ORDER**

The Notice Withdrawing Motion to Retain Existing Bank Account has been received. The parties are advised that Local Rule 9014−1(D) requires that a withdrawal of a motion that is contested shall indicate whether opposing parties consent or object to withdrawal of the motion. The Court will not approve the withdrawal until this information is filed with the Court. Document Due by 8/30/2024.

###