United States Bankruptcy Court
Eastern District of Oklahoma

In re:     Case No. 24-80617-PRT
C M Heavy Machinery, LLC     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7     User: admin     Page 1 of 2
Date Rcvd: Aug 26, 2024     Form ID: pdfpo     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Daniel Vaughn Carsey | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com |
| Jerome S. Sepkowitz | on behalf of Creditor Caterpillar Financial Services Corporation jsepkowitz@derryberrylaw.com dschramm@derryberrylaw.com;dweller@derryberrylaw.com |
| Karen Carden Walsh | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |
| Mary Kindelt | on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov |
| Maurice VerStandig | on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email |
| Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |
| Steven William Soule | |

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

TOTAL: 8

Dated: August 26, 2024

The following is ORDERED:



PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In Re:  C M Heavy Machinery, LLC          Case No.: 24−80617
                                          Chapter: 11

           Debtor(s).

RE: Notice Withdrawing Motion to Retain Existing Bank Account

Filed: 8/22/2024

Docket Entry No.: 28

### ORDER

The Notice Withdrawing Motion to Retain Existing Bank Account has been received. The parties are advised that Local Rule 9014−1(D) requires that a withdrawal of a motion that is contested shall indicate whether opposing parties consent or object to withdrawal of the motion. The Court will not approve the withdrawal until this information is filed with the Court. Document Due by 8/30/2024.

###