**Dated: August 30, 2024**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | Case No. 24-80617 |
| ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC ) | |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF MAURICE B. VERSTANDIG, ESQ. AND THE VERSTANDIG LAW FIRM, LLC AS <u>GENERAL REORGANIZATION COUNSEL TO ABOVE-CAPTIONED DEBTOR</u>**

Upon consideration of the Application to Approve Employment of Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC as General Reorganization Counsel to Above-Captioned Debtor (the "Application," as found at DE #4), the declaration of Maurice B. VerStandig appended thereto, any opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Oklahoma, hereby:

ORDERED, that the Application be, and hereby is, GRANTED.

MOVANT TO NOTIFY ALL INTERESTED PARTIES.

1