UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: )
C M HEAVY MACHINERY, LLC ) Case No. 24-80617
 ) Chapter 11
Debtor. )

## WITHDRAWAL OF DOCUMENT

COMES NOW, Caterpillar Financial Services Corporation ["Caterpillar"], and hereby withdraws Notice Of Appearance (Docket #18), filed August 15, 2024, in that Caterpillar is not a creditor of the debtor.

/s/ Jerome S. Sepkowitz
Jerome S. Sepkowitz, OBA No. 8081
DERRYBERRY & NAIFEH, LLP
4801 N. Lincoln Blvd
Oklahoma City, OK 73105
Jsepkowitz@derryberrylaw.com
Tel: 405/528-6569
Fax: 405/528-6462
COUNSEL FOR CATERPILLAR
FINANCIALSERVICES CORPORATION

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 11th day of September 2024, a true and correct copy of the above and foregoing instruments was forwarded automatically to appearing registrants of the CM/ECF system, including:

Maurice VerStanding on behalf of Debtor at: mac@mbvesq.com

Office of the US Trustee    USTPRegion20.TU.ECF@usdoj.gov

/s/ Jerome S. Sepkowitz
Jerome S. Sepkowitz