United States Bankruptcy Court
Eastern District of Oklahoma

In re:  Case No. 24-80617-PRT
C M Heavy Machinery, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7     User: admin     Page 1 of 2
Date Rcvd: Sep 11, 2024     Form ID: MinBK     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2024     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Daniel Vaughn Carsey | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com kjanke@hallestill.com |
| Jerome S. Sepkowitz | on behalf of Creditor Caterpillar Financial Services Corporation jsepkowitz@derryberrylaw.com dschramm@derryberrylaw.com;dweller@derryberrylaw.com |
| Karen Carden Walsh | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |
| Mary Kindelt | on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov |
| Maurice VerStandig | on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email |
| Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |
| Steven William Soule | |

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 24−80617**
**Chapter: 11**

**FILED**
Sep. 11, 2024
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
   C M Heavy Machinery, LLC
   aka CM Heavy Machinery, LLC
   11097 Highway 27
   Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
   42−1737967

MINUTE ENTRY: Status Conference Held 9/11/2024 at 10:00 a.m. (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor C M Heavy Machinery, LLC). Clint Meadors, President of CM Heavy Machinery, LLC; Maurice VerStandig on behalf of the Debtor; Mary Kindelt on behalf of the U.S. Trustee; and Steve Soule on behalf of Great Plains National Bank. Status Conference held and concluded. (Corley, Cheryl)

Dated: September 11, 2024

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**