UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

IN RE: )
)
C M HEAVY MACHINERY, LLC, ) Case No. 24-80617
) Chapter 11
)
Debtor. )

## CERTIFICATE OF SERVICE

This is to certify that on the 18 day of September 2024, a true and correct copy of the *Withdrawal Of Document*, filed on September 11, 2024 [Doc. No. 42], was forwarded via U.S. Mail, first class, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

*/s/ Jerome S. Sepkowitz*
Jerome S. Sepkowitz, OBA No. 8081
DERRYBERRY & NAIFEH, LLP
4801 N. Lincoln Blvd
Oklahoma City, OK 73105
Tel: 405/528-6569
Fax: 405/528-6462
Jsepkowitz@derryberrylaw.com
COUNSEL FOR CATERPILLAR
FINANCIALSERVICES CORPORATION

**Full docket text for document 43:**
ORDER APPROVING WITHDRAWAL. The Withdrawal of Document (DE #42) filed by Caterpillar Financial Services Corporation is approved. As a result, Notice of Appearance (DE #18) filed on 8/15/2024 is deemed withdrawn. (RE: related document(s)18 Notice of Appearance by Attorney filed by Creditor Caterpillar Financial Services Corporation) s/Judge Paul R. Thomas on 9/11/2024. (Morrow, Denise)

THE MOVANT IS DIRECTED TO NOTIFY ALL INTERESTED PARTIES OF THE ENTRY OF THIS ORDER.

This is the Official Order of the Court.

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/18/2024 11:13:54 | | | |
| PACER Login: | jsepkowitz | Client Code: | |
| Description: | History/Documents | Search Criteria: | 24-80617 Type: History |
| Billable Pages: | 1 | Cost: | 0.10 |

Label Matrix for local noticing
1086-7
Case 24-80617
Eastern District of Oklahoma
Muskogee
Wed Sep 18 10:39:42 CDT 2024

ARA Insurance Agency
11225 College Blvd Suite 250
Overland Park, KS 66210-2769

AT&T Business
211 S. Akard
Dallas, TX 75202-4207

Aaron Lowe
380058 Old Highway 62
Okemah, OK 74859-5916

Barnhill Contracting Company
800 Tiffany Blvd Suite 200 P O Box 7948
Rocky Mount, NC 27804-0948

Blue Bridge Financial, LLC
11911 Freedom Dr
One Fountain Square, set 570
Reston, VA 20190

Bob Cherot
Voss, Michaels, Lee & Associates, Inc.
PO Box 1829
Holland, MI 49422-1829

C M Heavy Machinery, LLC
11097 Highway 27
Okemah, OK 74859

C T Corporation
PO Box 4349
Carol Stream, IL 60197-4349

CIG Logistics, Inc.
209 W 2nd Street
Fort Worth, TX 76102-3021

CT Corporation
Attn: Bankruptcy (SOP)
28 Liberty Street
New York, NY 10005-1441

Daniel Vaughn Carsey
Hall Estill Hardwick Gable Golden et al
BancFirst Tower
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Caterpillar Financial Services
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159-7653

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Clint Meadors
11097 Highway 27
Okemah, OK 74859

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

DLL Finance / Agricredit
PO Box 77122
Minneapolis, MN 55480-7702

Daniel V. Carsey
Hall, Estill, Hardwick, Gable, Golden
100 North Broadway Suite 2900
Oklahoma City, OK 73102-8808

Dozr, Ltd.
318 DUKE ST W KITCHENER
ONTARIO CANADA-N2H3Y1

Enfield Timber, LLC
21144 US Highway 301
Enfield, NC 27823-8990

FedEx
PO Box 223125
Pittsburgh, PA 15251-2125

First Foundation Bank
18101 Von Karmen Avenue, ste 750
Irvine, CA 92612-0005

Christopher Gnaedig
Hall, Estill, Hardwick, Gable, Golden, &
521 East 2nd Street
Ste. 1200
Tulsa, OK 74120-1855

Great Plains Bank
601 NW 13th St
Oklahoma City, OK 73103-2213

Great Plains National Bank
c/o Steven W. Soule
Hall, Estill, et al.
521 East 2nd Street
Suite 1200
Tulsa, OK 74120-1855

Great Plains National Bank
2017 W. 3rd
Elk City, OK 73644-4305

Great Plains National Bank
601 NW 13th St
Oklahoma City, OK 73103-2213

Gregory Poole Equipment Company
4807 Beryl Road
Raleigh, NC 27606-1406

Gungoll, Jackson, Box & Devoll, P.C.
PO Box 1549
Enid, OK 73702-1549

Hentges & Associates, PLLC
102 E Thatcher St
Edmond, OK 73034-3665

Holt Texas Ltd.
5665 SE Loop 410
San Antonio, TX 78222-3903

Holt Texas, Ltd.
Caldwell Clark Fanucchi & Finlayson PLLC
700 N. St. Mary's Street, #1825
San Antonio, TX 78205-3545

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

James Supplies, L.L.C.
c/o Jay V. Harper 410 S. Chickasaw
Pauls Valley, OK 73075-4220

Janae L. Wright
2914 Colonial Lane
Edmond, OK 73013-6477

Jerome S. Sepkowitz, Esq.
Derryberry & Naifeh, LLP
4800 North Lincoln Boulevard
Oklahoma City, OK 73105-3321

Mary Kindelt
DOJ-Ust
P.O. Box 3044
Tulsa, OK 74101-3044

Komatsu Financial L.P.
8770 W Bryn Mawr Ave Suite 100
Chicago, IL 60631-3782

Kubota Credit Corp, U.S.A
PO Box 2046
Grapevine, TX 76099-2046

Kubota Credit Corporation USA
PO Box 2046
Grapevine, TX 76099-2046

Mabrey Bank
PO Box 130
Bixby, OK 74008-0130

McAfee & Taft A Professional Corporation
Two Leadership Square, 8th Floor
211 N. Robinson
Oklahoma City, OK 73102-7109

McAfee & Taft, A Professional Corporatio
Attn: Michael Lauderdale
211 N. Robinson 8th Floor, Two Leadershi
Oklahoma City, OK 73102

Mylon D. Smith
Crowe & Dunlevy, a Professional Corporat
Braniff Building 423 N. Robinson Avenue,
Oklahoma City, OK 73102

Nolen Propane Company
2378 Hwy. 75
Wetumka, OK 74883-6202

Norman Wohlgemuth, LLP
401 S. Boston Avenue Suite 3200
Tulsa, OK 74103-4024

Office of the United States Trustee
Office of the AUST, Karen Walsh
PO Box 3044
Tulsa, OK 74101-3044

Okemah Oil Company
4 E Broadway St
Okemah, OK 74859-2660

Oklahoma Employment Security Commission
Robert C. Newark, III, Attorney
P.O. Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Natural Gas
PO Box 219296
Kansas City, MO 64121-9296

Oklahoma Tax Commission
201 W 5th St. Ste. 400
General Counsel's Office
Tulsa, OK 74103-4211

Oklahoma Tax Commission
300 N Broadway Avenue
Oklahoma City, OK 73102-6403

Oklahoma Tax Commission
Oklahoma City OK 73194-0001

Pe Ben Industries Companies, Inc.
811 Dallas Street
Houston, TX 77002-5900

Recovery Logistics, Inc.
507 S 14th
Fort Smith, AR 72901-4607

Richard J. Wallace III
Scheef & Stone LLP
500 N. Akard, Ste. 2700
Dallas, TX 75201-3306

Robert D. Wilson, PC
1900 Preston Road Suite 267-72
Plano, TX 75093-5175

Ross Plourde, Esq.
211 N. Robinson
8th Floor Two Leadership Square
Oklahoma City, OK 73102-7109

Scott Equipment
6149 Hwy 90 E
Lake Charles, LA 70615-4707

| | | |
|---|---|---|
| Steven William Soule ✗<br>HALL ESTILL HARDWICK ET AL<br>521 East 2nd Street Suite 1200<br>Tulsa, OK 74120-1855 | Standard Freight LLC<br>2401 Independence Parkway S<br>La Porte, TX 77571-9805 | T&J Grading Company LLC<br>2054 Kildare Farm Rd. #352<br>Cary, NC 27518-6614 |
| Targeted Lease Capital LLC<br>5500 Main Street Suite 300<br>Williamsville , NY 14221-6753 | Tuggle Duggins<br>400 Bellemeade Street Suite 800<br>Greensboro, NC 27401-3796 | US Security and Exchange Commission<br>175 W. Jackson Boulevard<br>Chicago, IL 60604-2615 |
| Unifirst<br>2100 N Beech Avenue<br>Broken Arrow, OK 74012-1167 | United States Attorney<br>Eastern District of Oklahoma<br>520 Denison Ave.<br>Muskogee OK 74401-6007 | Maurice VerStandig ✗<br>The VerStandig Law Firm, LLC<br>9812 Falls Road, #114-160<br>Potomac, MD 20854-3976 |
| Karen Carden Walsh ✗<br>Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Warren Power & Machinery, Inc.<br>c/o Corporation Service Company<br>10300 Greenbriar Place<br>Oklahoma City, OK 73159-7653 | Waukesha-Pearce Industries, LLC<br>PO Box 65038<br>Houston, TX 77235 |
| Wheeler Metals<br>3100 W 40th Street N<br>Muskogee, OK 74401-5435 | Wisner Law<br>703 S. Western Road<br>Stillwater, OK 74074-4126 | Woita Forest Products, LLC<br>601 Calvert Street Suite Q<br>Lincoln, NE 68502-4362 |
| Zachary J. Fanucchi<br>Caldwell Clark Fanucchi & Finlayson PLLC<br>700 N. St. Mary's Street, #1825<br>San Antonio, TX 78205-3545 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caterpillar Financial Services Corp ✗<br>2120 West End Avenue<br>Nashville, TN 37203 | Comptroller of Public Accounts ✗<br>PO Box 149359<br>Austin, TX 78714-9359 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Caterpillar Financial Services Corporation | (u)No Trustee | End of Label Matrix<br>Mailable recipients   75<br>Bypassed recipients   2<br>Total   77 |