# CM Heavy Machinery LLC

## Profit and Loss Detail
August 8-31, 2024

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expenses** | | | | | | | |
|   **Expenses** | | | | | | | |
|     **601  AUTO EXPENSE** | | | | | | | |
|       **601-1  MAINTENANCE** | | | | | | | |
| 08/26/2024 | Expense | | O'REILLY AUTOMOTIVE INC. | 1790780 O REILLY 315 HOLDENVILLEOK CARD # 8062 POS DEB 20:55 08/24/24 1790780 O REILLY 315 HOLDENVILLEOK CARD # **8062 | Mabrey Operating Acct-5504 | 538.73 | 538.73 |
| **Total for 601-1  MAINTENANCE** | | | | | | **$538.73** | |
|       **601-5  FUEL** | | | | | | | |
| 08/12/2024 | Expense | | FUEL | 8639306 E EXPRESS OKEMAH OKEMAHOK CARD # 8062 POS DEB 17:58 08/09/24 8639306 E EXPRESS OKEMAH OKEMAHOK CARD # **8062 | Mabrey Operating Acct-5504 | 27.89 | 27.89 |
| 08/13/2024 | Expense | | | 8243656 OKIE S GAS HOLDENVILLEOK CARD # 8062 POS DEB 17:54 08/12/24 8243656 OKIE S GAS HOLDENVILLEOK CARD # **8062 | Mabrey Operating Acct-5504 | 19.88 | 47.77 |
| 08/14/2024 | Expense | | | 4277829 OKIE S GAS HOLDENVILLEOK CARD # 8062 POS DEB 13:01 08/14/24 4277829 OKIE S GAS HOLDENVILLEOK CARD # **8062 | Mabrey Operating Acct-5504 | 24.33 | 72.10 |
| 08/14/2024 | Expense | | | DBT CRD 8720205 OKIE S GAS HOLDENVILLEOK CARD # 8062 DBT CRD 19:00 08/13/24 8720205 OKIE S GAS HOLDENVILLEOK CARD # **8062 | Mabrey Operating Acct-5504 | 310.14 | 382.24 |
| 08/19/2024 | Expense | | FUEL | DBT CRD 8062819 EEXPRESS @ OKEMAH OKEMAHOK CARD # 8062 DBT CRD 19:00 08/18/24 8062819 EEXPRESS @ OKEMAH OKEMAHOK CARD # **8062 | Mabrey Operating Acct-5504 | 171.04 | 553.28 |
| 08/19/2024 | Expense | | FUEL | DBT CRD 9062826 E EXPRESS @ OKEMAH OKEMAHOK CARD # 8062 DBT CRD 19:00 08/18/24 9062826 E EXPRESS @ OKEMAH OKEMAHOK CARD # **8062 | Mabrey Operating Acct-5504 | 10.69 | 563.97 |
| 08/20/2024 | Expense | | | 6038785 OKIE S GAS HOLDENVILLEOK CARD # 8062 POS DEB 15:56 08/19/24 6038785 OKIE S GAS HOLDENVILLEOK CARD # **8062 | Mabrey Operating Acct-5504 | 120.45 | 684.42 |
| 08/22/2024 | Expense | | | 7815588 OKIE S GAS HOLDENVILLEOK CARD # 8062 POS DEB 16:22 08/21/24 7815588 OKIE S GAS HOLDENVILLEOK CARD # **8062 | Mabrey Operating Acct-5504 | 110.99 | 795.41 |
| 08/23/2024 | Expense | | FUEL | 0902368 E EXPRESS OKEMAH OKEMAHOK CARD # 8062 POS DEB 19:28 08/22/24 0902368 E EXPRESS OKEMAH OKEMAHOK CARD # **8062 | Mabrey Operating Acct-5504 | 35.70 | 831.11 |
| 08/26/2024 | Expense | | | DBT CRD 4720210 SUPER C MART GAS #8SSS WETUMKAOK CARD # 8062 DBT CRD 19:00 08/25/24 4720210 SUPER C MART GAS #8SSS WETUMKAOK CARD # **8062 | Mabrey Operating Acct-5504 | 45.75 | 876.86 |
| 08/26/2024 | Expense | | FUEL | 0900525 E EXPRESS OKEMAH OKEMAHOK CARD # 8062 POS DEB 20:01 08/25/24 0900525 E EXPRESS OKEMAH OKEMAHOK CARD # **8062 | Mabrey Operating Acct-5504 | 22.00 | 898.86 |
| 08/28/2024 | Expense | | FUEL | 7113622 E EXPRESS OKEMAH OKEMAHOK CARD # 8062 POS DEB 16:09 08/27/24 7113622 E EXPRESS OKEMAH OKEMAHOK CARD # **8062 | Mabrey Operating Acct-5504 | 53.52 | 952.38 |
| 08/30/2024 | Expense | | FUEL | DBT CRD 1073654 EEXPRESS @ OKEMAH OKEMAHOK CARD # 8062 DBT CRD 19:00 08/29/24 1073654 EEXPRESS @ OKEMAH OKEMAHOK CARD # **8062 | Mabrey Operating Acct-5504 | 300.00 | 1,252.38 |
| **Total for 601-5  FUEL** | | | | | | **$1,252.38** | |
| **Total for 601  AUTO EXPENSE** | | | | | | **$1,791.11** | |
|     **604  BANK FEES** | | | | | | | |
| 08/30/2024 | Expense | | BANK FEE | ONLINE WIRE MONTHLY FEE | Mabrey Operating Acct-5504 | 10.95 | 10.95 |
| 08/30/2024 | Expense | | | ONLINE BANKING WIRE BAS BUS 0008 | Mabrey Operating Acct-5504 | 12.95 | 23.90 |
| **Total for 604  BANK FEES** | | | | | | **$23.90** | |
|     **633  INSURANCE EXPENSE** | | | | | | | |
| 08/09/2024 | Expense | | J.K. Meadors & Co | J. K. MEADORS & CO. INC. XXXXXX5803 | Mabrey Operating Acct-5504 | 10,171.00 | 10,171.00 |
| 08/19/2024 | Expense | | Progressive | DDA B/P 7100362 PROGRESSIVE INSURANCE 800-776-4737OH CARD # 8062 DDA B/P 19:00 08/16/24 7100362 PROGRESSIVE *INSURANCE 800-776-4737OH CARD # **8062 | Mabrey Operating Acct-5504 | 176.74 | 10,347.74 |
| **Total for 633  INSURANCE EXPENSE** | | | | | | **$10,347.74** | |

Case 24-80617    Doc 46-1    Filed 09/23/24    Entered 09/23/24 16:23:58    Desc Statement of Profit & Loss    Page 1 of 2

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 643 | MEALS AND ENTERTAINMENT | | | | | | |
| 08/08/2024 | Expense | | | DBT CRD 7900018 PEPINO S MEXICAN RESTAU OKEMAHOK CARD # 8062 DBT CRD 19:00 08/07/24 7900018 PEPINO S MEXICAN RESTAU OKEMAHOK CARD # **8062 | Mabrey Operating Acct-5504 | 18.82 | 18.82 |
| 08/19/2024 | Expense | | Casey's | 6242866 CASEY S #4330 926 S WOODY OKEMAHOK CARD # 8062 POS DEB 01:27 08/17/24 6242866 CASEY S #4330 926 S WOODY OKEMAHOK CARD # **8062 | Mabrey Operating Acct-5504 | 3.84 | 22.66 |
| **Total for 643  MEALS AND ENTERTAINMENT** | | | | | | **$22.66** | |
| 672 | REPAIRS & MAINT. | | | | | | |
| 08/19/2024 | Expense | | | Tracto Repair : DBT CRD 8027011 JOHN S TRACTOR WORKS & EQ VINITAOK CARD # 8062 DBT CRD 19:00 08/16/24 8027011 JOHN S TRACTOR WORKS & EQ VINITAOK CARD # **8062 | Mabrey Operating Acct-5504 | 2,816.29 | 2,816.29 |
| 08/20/2024 | Expense | | NAPA/BENSON TRUE VALUE | DBT CRD 8900013 BENSON HARDWARE & AUTO 918-6230192OK CARD # 8062 DBT CRD 19:00 08/19/24 8900013 BENSON HARDWARE & AUTO 918-6230192OK CARD # **8062 | Mabrey Operating Acct-5504 | 36.29 | 2,852.58 |
| **Total for 672  REPAIRS & MAINT.** | | | | | | **$2,852.58** | |
| 686 | UTILITIES | | | | | | |
| 08/09/2024 | Expense | | AEP Public Service | DDA B/P 7103324 FSIPSO BILLMATRIX 888-333-4026OH CARD # 8062 DDA B/P 19:00 08/08/24 7103324 FSI*PSO BILLMATRIX 888-333-4026OH CARD # **8062 | Mabrey Operating Acct-5504 | 501.85 | 501.85 |
| 08/12/2024 | Expense | | | PAYMENT RURAL WATER DIS# XXXXXX3204 XXXXXXXX002826 WATER PAYMENT PAYMENT RURAL WATER DIS# XXXXXX3204 08/12/24 TRACE # XXXXXXXX0002826 WATER PAYMENT | Mabrey Operating Acct-5504 | 51.24 | 553.09 |
| 08/12/2024 | Expense | | | PAYMENT RURAL WATER DIS# XXXXXX3204 XXXXXXXX002767 WATER PAYMENT PAYMENT RURAL WATER DIS# XXXXXX3204 08/12/24 TRACE # XXXXXXXX0002767 WATER PAYMENT | Mabrey Operating Acct-5504 | 44.22 | 597.31 |
| 08/26/2024 | Expense | | Osborn Trash Service | PAYMENT OSBORN TRASH SER XXXXXX3000 ID #-XXXXXXXX00341 XXXXXXXX245529 PAYMENT OSBORN TRASH SER XXXXXX3000 08/26/24 ID #-XXXXXXXX00341 TRACE # XXXXXXXX0245529 | Mabrey Operating Acct-5504 | 150.00 | 747.31 |
| **Total for 686  UTILITIES** | | | | | | **$747.31** | |
| Auto Expense | | | | | | | |
| DIESEL FUEL | | | | | | | |
| 08/16/2024 | Expense | | | 0816282 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#8062 POS DEB 23:06 08/15/24 0816282 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#**8062 | Mabrey Operating Acct-5504 | 150.00 | 150.00 |
| 08/16/2024 | Expense | | Phillips 66 | DBT CRD 5003341 PHILLIPS 66 - WOODSHED VI BIG CABINOK CARD # 8062 DBT CRD 19:00 08/15/24 5003341 PHILLIPS 66 - WOODSHED VI BIG CABINOK CARD # **8062 | Mabrey Operating Acct-5504 | 300.00 | 450.00 |
| 08/16/2024 | Expense | | | 0789083 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#8062 POS DEB 13:14 08/16/24 0789083 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#**8062 | Mabrey Operating Acct-5504 | 262.43 | 712.43 |
| **Total for DIESEL FUEL** | | | | | | **$712.43** | |
| **Total for Auto Expense** | | | | | | **$712.43** | |
| Office Supplies & Software | | | | | | | |
| 08/14/2024 | Expense | | Intuit | QBOOKS ONL INTUIT XXXXXX6346 ID #-6889109 XXXXXXXX549590 QBOOKS ONL INTUIT * XXXXXX6346 08/14/24 ID #-6889109 TRACE # XXXXXXXX5549590 | Mabrey Operating Acct-5504 | 297.00 | 297.00 |
| **Total for Office Supplies & Software** | | | | | | **$297.00** | |
| **Total for Expenses** | | | | | | **$16,794.73** | |
| **Net Ordinary Income** | | | | | | **$ -16,794.73** | |
| Other Income/Expense | | | | | | $ -4,879.05 | |
| **Net Income** | | | | | | **$ -21,673.78** | |

Case 24-80617    Doc 46-1    Filed 09/23/24    Entered 09/23/24 16:23:58    Desc
Statement of Profit & Loss    Page 2 of 2