IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

C M HEAVY MACHINERY, LLC,

Debtor.

Case No. 24-80617
Chapter 11

## CERTIFICATE OF MAILING

I, Daniel V. Carsey, hereby certify that on the 5th day of September 2024, a true and correct copy of the *Order Granting Creditor Great Plains National Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(D) to Sever the Debtor from State Court Litigation and Waiver of 14-Day Stay Under Fed. R. Bankr. P. 4001(a)(3)* [Doc. 36] (the "Order"), was electronically served using the CM/ECF system to all CM/ECF registrants appearing in the above-styled matter, namely and including:

Mary Kindelt and Karen Carden Walsh, The Office of the United States Trustee
Maurice VerStandig, Attorney for Debtor

Furthermore, I certify that on the 11th day of September 2024, a true and correct copy of the Order was personally served upon Debtor at the following address:

C M Heavy Machinery, LLC
11097 Highway 27
Okemah, OK 74859

Additionally, I certify that on the 24th day of September 2024, a true and correct copy of the Order was sent via U.S. first class mail, postage prepaid, to all registered Creditors at the following mailing address:

| | | |
|---|---|---|
| ARA Insurance Agency<br>11225 College Blvd Suite 250<br>Overland Park, KS 66210-2769 | AT&T Business<br>211 S. Akard<br>Dallas, TX 75202-4207 | Aaron Lowe<br>380058 Old Highway 62<br>Okemah, OK 74859-5916 |
| Barnhill Contracting Company<br>800 Tiffany Blvd Suite 200<br>P.O. Box 7948<br>Rocky Mount, NC 27804-0948 | Blue Bridge Financial, LLC<br>11911 Freedom Dr<br>One Fountain Square, Ste. 570<br>Reston, VA 20190 | Bob Cherot<br>Voss, Michaels, Lee &<br>Associates, Inc.<br>PO Box 1829<br>Holland, MI 49422-1829 |
| C M Heavy Machinery, LLC<br>11097 Highway 27<br>Okemah, OK 74859 | C T Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | CIG Logistics, Inc.<br>209 W 2nd Street<br>Fort Worth, TX 76102-3021 |

| | | |
|---|---|---|
| CT Corporation<br>Attn: Bankruptcy (SOP)<br>28 Liberty Street<br>New York, NY 10005-1441 | Caterpillar Financial Services<br>c/o Corporation Service Company<br>10300 Greenbriar Place<br>Oklahoma City, OK 73159-7653 | Caterpillar Financial Services Corporation<br>2120 West End Avenue<br>Nashville TN 37203-5341 |
| Clint Meadors<br>11097 Highway 27<br>Okemah, OK 74859 | Texas Comptroller Of Public Accounts<br>Revenue Accounting Div - Bankruptcy Section<br>PO Box 13528<br>Austin TX 78711-3528 | DLL Finance / Agricredit<br>PO Box 77122<br>Minneapolis, MN 55480-7702 |
| Dozr, Ltd.<br>318 Duke St W Kitchener<br>Ontario Canada-N2H3Y1 | Enfield Timber, LLC<br>21144 US Highway 301<br>Enfield, NC 27823-8990 | FedEx<br>PO Box 223125<br>Pittsburgh, PA 15251-2125 |
| First Foundation Bank<br>18101 Von Karmen Avenue, Ste. 750<br>Irvine, CA 92612-0005 | Great Plains Bank<br>601 NW 13th St<br>Oklahoma City, OK 73103-2213 | Great Plains National Bank<br>2017 W. 3rd<br>Elk City, OK 73644-4305 |
| Gregory Poole Equipment Company<br>4807 Beryl Road<br>Raleigh, NC 27606-1406 | Gungoll, Jackson, Box & Devoll, P.C.<br>PO Box 1549<br>Enid, OK 73702-1549 | Hentges & Associates, PLLC<br>102 E Thatcher St<br>Edmond, OK 73034-3665 |
| Holt Texas Ltd.<br>5665 SE Loop 410<br>San Antonio, TX 78222-3903 | Holt Texas, Ltd.<br>Caldwell Clark Fanucchi & Finlayson PLLC<br>700 N. St. Mary's Street, #1825<br>San Antonio, TX 78205-3545 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | James Supplies, L.L.C.<br>c/o Jay V. Harper 410 S. Chickasaw<br>Pauls Valley, OK 73075-4220 | Janae L. Wright<br>2914 Colonial Lane<br>Edmond, OK 73013-6477 |
| Jerome S. Sepkowitz, Esq.<br>Derryberry & Naifeh, LLP<br>4800 North Lincoln Boulevard<br>Oklahoma City, OK 73105-3321 | Mary Kindelt<br>DOJ-Ust<br>P.O. Box 3044<br>Tulsa, OK 74101-3044 | Komatsu Financial L.P.<br>8770 W Bryn Mawr Ave Suite 100<br>Chicago, IL 60631-3782 |

| | | |
|---|---|---|
| Kubota Credit Corp, U.S.A<br>PO Box 2046<br>Grapevine, TX 76099-2046 | Mabrey Bank<br>PO Box 130<br>Bixby, OK 74008-0130 | McAfee & Taft<br>Two Leadership Square,<br>8th Floor<br>Attn: Michael Lauderdale<br>211 N. Robinson<br>Oklahoma City, OK 73102-7109 |
| Mylon D. Smith<br>Crowe & Dunlevy<br>Braniff Building<br>423 N. Robinson Avenue,<br>Oklahoma City, OK 73102 | Nolen Propane Company<br>2378 Hwy. 75<br>Wetumka, OK 74883-6202 | Norman Wohlgemuth, LLP<br>401 S. Boston Avenue Suite 3200<br>Tulsa, OK 74103-4024 |
| Office of the United States Trustee<br>Office of the AUST, Karen Walsh<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Okemah Oil Company<br>4 E Broadway St<br>Okemah, OK 74859-2660 | Oklahoma Employment Security Commission<br>Robert C. Newark, III, Attorney<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 |
| Oklahoma Natural Gas<br>PO Box 219296<br>Kansas City, MO 64121-9296 | Oklahoma Tax Commission<br>201 W 5th St. Ste. 400<br>General Counsel's Office<br>Tulsa, OK 74103-4211 | Oklahoma Tax Commission<br>300 N Broadway Avenue<br>Oklahoma City, OK 73102-6403 |
| Oklahoma Tax Commission<br>Oklahoma City OK 73194-0001 | Pe Ben Industries Companies, Inc.<br>811 Dallas Street<br>Houston, TX 77002-5900 | Recovery Logistics, Inc.<br>507 S 14th<br>Fort Smith, AR 72901-4607 |
| Richard J. Wallace III<br>Scheef & Stone LLP<br>500 N. Akard, Ste. 2700<br>Dallas, TX 75201-3306 | Robert D. Wilson, PC<br>1900 Preston Road Suite 267-72<br>Plano, TX 75093-5175 | Ross Plourde, Esq.<br>211 N. Robinson<br>8th Floor Two Leadership Square<br>Oklahoma City, OK 73102-7109 |
| Scott Equipment<br>6149 Hwy 90 E<br>Lake Charles, LA 70615-4707 | Standard Freight LLC<br>2401 Independence Parkway S<br>La Porte, TX 77571-9805 | T&J Grading Company LLC<br>2054 Kildare Farm Rd. #352<br>Cary, NC 27518-6614 |

Targeted Lease Capital LLC
5500 Main Street Suite 300
Williamsville , NY 14221-6753

Tuggle Duggins
400 Bellemeade Street Suite 800
Greensboro, NC 27401-3796

US Security and Exchange Commission
175 W. Jackson Boulevard
Chicago, IL 60604-2615

Unifirst
2100 N Beech Avenue
Broken Arrow, OK 74012-1167

United States Attorney
Eastern District of Oklahoma
520 Denison Ave.
Muskogee OK 74401-6007

Maurice VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854-3976

Karen Carden Walsh
Office of the United States Trustee
PO Box 3044
Tulsa, OK 74101-3044

Warren Power & Machinery, Inc.
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159-7653

Waukesha-Pearce Industries, LLC
PO Box 65038
Houston, TX 77235

Wheeler Metals
3100 W 40th Street N
Muskogee, OK 74401-5435

Wisner Law
703 S. Western Road
Stillwater, OK 74074-4126

Woita Forest Products, LLC
601 Calvert Street Suite Q
Lincoln, NE 68502-4362

Zachary J. Fanucchi
Caldwell Clark Fanucchi & Finlayson PLLC
700 N. St. Mary's Street, #1825
San Antonio, TX 78205-3545

4

Dated: September 24, 2024.

/s/ Daniel V. Carsey
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

Steven W. Soulé, OBA #13781
Christopher J. Gnaedig, OBA #33892
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
cgnaedig@hallestill.com

Daniel V. Carsey, OBA #21490
100 North Broadway Ave., Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2313
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEYS FOR CREDITOR, GREAT PLAINS NATIONAL BANK**