IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CM Heavy Machinery, LLC, | ) | Case No. 24-80617 |
| | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice and be advised that Gary M. McDonald of the firm McDonald Law, PLLC, hereby appears in the above-referenced Chapter 11 case as counsel for Recovery Logistics, Inc., and pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Eastern District of Oklahoma, respectfully requests that copies of all notices, applications, motions, orders, and all other papers given or filed in this case be given and served upon the undersigned at the following address, email address, or facsimile number:

Gary M. McDonald
McDonald Law, PLLC
15 W. 6th Street, Suite 2606
Tulsa, OK 74119
(918) 430-3700
(918) 430-3770
gmcdonald@mcdonaldpllc.com

Dated: October 8, 2024

Respectfully submitted,

*/s/ Gary M. McDonald*
Gary M. McDonald, OBA No. 5960
McDonald Law, PLLC
15 West Sixth Street, Suite 2606
Tulsa, OK 74119
(918) 430-3700 – telephone
(918) 430-3770 – facsimile
gmcdonald@mcdonaldpllc.com

*Attorneys for Recovery Logistics, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 8, 2024, a true and correct copy of the foregoing pleading was served electronically on participants in the CM/ECF system according to local procedures.

<u>/s/ *Gary M. McDonald*</u>