# CM Heavy Machinery LLC

## Profit and Loss

### September 2024

| | TOTAL |
|---|---:|
| **Income** | |
| 452   SALES DEPT INCOME | |
| 453   PIPE INCOME | 68,102.00 |
| **Total 452   SALES DEPT INCOME** | **68,102.00** |
| **Total Income** | **$68,102.00** |
| Cost of Goods Sold | |
| 553 - PIPE EXPENSE | 57,728.00 |
| **Total Cost of Goods Sold** | **$57,728.00** |
| GROSS PROFIT | **$10,374.00** |
| Expenses | |
| 601   AUTO EXPENSE | |
| 601-1   MAINTENANCE | 58,074.50 |
| 601-2   PIKEPASS | 422.11 |
| 601-5   FUEL | 148.29 |
| **Total 601   AUTO EXPENSE** | **58,644.90** |
| 604   BANK FEES | 73.75 |
| 617   COMPUTER & INTERNET EXP | 1,250.00 |
| 631   FINANCE CHARGE EXP | 2,905.67 |
| 633   INSURANCE EXPENSE | 34,683.00 |
| 636   LEGAL & PROF. FEES | 1,060.00 |
| 643   MEALS AND ENTERTAINMENT | 362.64 |
| 672   REPAIRS & MAINT. | 677.45 |
| 685 - PAYROLL LIABILITES | |
| 685-8 PAYROLL OK INCOME TAX | 0.00 |
| **Total 685 - PAYROLL LIABILITES** | **0.00** |
| 686   UTILITIES | 1,795.90 |
| Auto Expense | |
| DIESEL FUEL | 1,668.47 |
| **Total Auto Expense** | **1,668.47** |
| Communications | |
| Phone | 1,251.02 |
| **Total Communications** | **1,251.02** |
| Office Supplies & Software | 3,705.53 |
| **Total Expenses** | **$108,078.33** |
| NET OPERATING INCOME | **$ -97,704.33** |
| Other Expenses | |
| 800   Ask My Accountant | -165,962.98 |
| Late Fees / Penalty | 357.00 |
| Owner Withdrawal | 334.77 |
| **Total Other Expenses** | **$ -165,271.21** |
| NET OTHER INCOME | **$165,271.21** |
| NET INCOME | **$67,566.88** |