


Mabrey Bank Home    Online Banking


Account Number Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK 74859-0309

## CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| Basic Business | | Number of Enclosures | 2 |
| Account Number | Ending 5504 | Statement Dates 9/01/24 thru | 9/30/24 |
| Previous Balance | 83,098.87 | Days in the statement period | 30 |
| 4 Deposits/Credits | 241,116.87 | Average Ledger | 161,606 |
| 51 Checks/Debits | 162,570.71 | Average Collected | 157,893 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 161,645.03 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $560.15 |
| Total Return Item Fees | $.00 | $230.65 |

## CREDITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 9/09 | Regular Deposit | 110,891.00 |
| 9/18 | WIRE TRANSFER FROM REM DIRECTIONAL INC | 72,017.87 |
| 9/18 | Regular Deposit | 500.00 |
| 9/19 | WIRE TRANSFER FROM EASTERN BANK | 57,708.00 |

## DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|



Mabrey Bank Home    Online Banking


Account Number Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK 74859-0309

Basic Business    Ending 5504 (Continued)

## DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 9/03 | POS DEB 16:09 08/30/24 7386490<br>E EXPRESS OKEMAH<br>OKEMAHOK<br>Card # **7964 | 20.84 |
| 9/03 | DBT CRD 19:00 08/30/24 6742875<br>PARTS GEEK LLC<br>800-541-9352NJ<br>Card # **7964 | 58.86 |
| 9/03 | DBT CRD 19:00 08/30/24 8074744<br>PLTPAYWEB<br>405-936-3600OK<br>Card # **7964 | 396.49 |
| 9/03 | DDA B/P 19:00 08/31/24 4102843<br>FSI*PSO BILLMATRIX<br>888-333-4026OH<br>Card # **7964 | 751.85 |
| 9/03 | ACCT FEE INTUIT 48318503<br>9215986202 09/03/24<br>ID #-524771001250009<br>TRACE # 021000027374768 | 20.00 |
| 9/05 | POS DEB 13:33 09/05/24 4749345<br>KAHOOTS COUNTRY STORE<br>AFTONOK<br>Card # **7964 | 34.50 |
| 9/05 | DBT CRD 19:00 09/05/24 8500935<br>TST* DRUNKEN ROOSTER BAR<br>AFTONOK<br>Card # **7964 | 87.20 |
| 9/06 | DBT CRD 19:00 09/05/24 0027011<br>JOHN S TRACTOR WORKS & EQ | 677.45 |



Mabrey Bank Home    Online Banking


Account Number Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK 74859-0309

Basic Business    Ending 5504 (Continued)

DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| | VINITAOK<br>Card # **7964 | |
| 9/09 | POS DEB 09:39 09/09/24 0913118<br>HORNTOWN MART<br>3299 HIGHWAY 75 US<br>HOLDENVILLEOK C#**7964 | 18.95 |
| 9/09 | DBT CRD 19:00 09/08/24 7122525<br>BB OF TULSA 125<br>TULSAOK<br>Card # **7964 | 88.10 |
| 9/09 | POS DEB 11:57 09/08/24 0974111<br>HORNTOWN MART<br>3299 HIGHWAY 75 US<br>HOLDENVILLEOK C#**7964 | 216.43 |
| 9/09 | POS DEB 12:03 09/08/24 0976356<br>HORNTOWN MART<br>3299 HIGHWAY 75 US<br>HOLDENVILLEOK C#**7964 | 300.00 |
| 9/09 | DBT CRD 19:00 09/06/24 2017016<br>SHM HARBORS VIEW - BEV<br>918-782-3277OK<br>Card # **7964 | 334.77 |
| 9/10 | POS DEB 10:53 09/10/24 0120697<br>HORNTOWN MART<br>3299 HIGHWAY 75 US<br>HOLDENVILLEOK C#**7964 | 45.43 |
| 9/10 | LOAN 482237 | 2,136.02 |
| 9/10 | Payment RURAL WATER DIS#<br>1730983204 09/10/24<br>TRACE # 103003630005057<br>Water Payment | 45.62 |



Mabrey Bank Home    Online Banking



C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK 74859-0309

Basic Business    Ending 5504 (Continued)

DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 9/10 | Payment RURAL WATER DIS# 1730983204 09/10/24 TRACE # 103003630005116 Water Payment | 48.43 |
| 9/11 | POS DEB 08:20 09/11/24 9790007 EEXPRESS AT OKEMAH OKEMAHOK Card # **7964 | 48.51 |
| 9/12 | DBT CRD 19:00 09/11/24 6027010 SALLIES CAFE CHECOTAHOK Card # **7964 | 24.15 |
| 9/13 | POS DEB 17:11 09/12/24 8097242 OKIE S GAS HOLDENVILLEOK Card # **7964 | 18.21 |
| 9/13 | DBT CRD 19:00 09/12/24 0022943 PIPELINE TESTING CONSORT 620-6698800KS Card # **7964 | 87.56 |
| 9/13 | DDA B/P 19:00 09/12/24 2087213 AT&T PAYMENT 800-331-0500TX Card # **7964 | 1,251.02 |
| 9/16 | POS DEB 17:27 09/14/24 8647676 AGATH LLC PAY AT PUMP HOLDENVILLEOK Card # **7964 | 158.21 |
| 9/16 | POS DEB 18:02 09/15/24 9523525 EEXPRESS AT OKEMAH | 305.02 |



Mabrey Bank Home    Online Banking


Account Number Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK 74859-0309

Basic Business Ending 5504 (Continued)

DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| | OKEMAHOK<br>Card # **7964 | |
| 9/16 | QBooks Onl INTUIT *<br>0000756346 09/16/24<br>ID #-7234462<br>TRACE # 021000027296807 | 297.00 |
| 9/17 | DBT CRD 19:00 09/16/24 8030048<br>ROMA ITALIAN RESTAURANT<br>SEMINOLEOK<br>Card # **7964 | 120.00 |
| 9/17 | POS DEB 10:35 09/17/24 0989502<br>HORNTOWN MART<br>3299 HIGHWAY 75 US<br>HOLDENVILLEOK C#**7964 | 324.43 |
| 9/18 | Wire Fee | 11.95 |
| 9/19 | CM HEAVY MACHINERY<br>115504 | 57,728.00 |
| 9/19 | PIT Pipe<br>340194263 | 57,728.00 |
| 9/19 | DBT CRD 19:00 09/18/24 4093086<br>SONIC DRIVE IN #3292<br>HOLDENVILLEOK<br>Card # **7964 | 11.58 |
| 9/23 | POS DEB 14:07 09/20/24 5377862<br>Love s #0274 Inside<br>OKEMAHOK<br>Card # **7964 | 9.91 |
| 9/23 | POS DEB 14:19 09/20/24 5390368<br>Love s #0274 Inside<br>OKEMAHOK<br>Card # **7964 | 300.00 |



[Mabrey Bank Home](#) [Online Banking](#)


Account Number Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK 74859-0309

Basic Business Ending 5504 (Continued)

DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 9/24 | POS DEB 15:08 09/23/24 6632284<br>OKIE S GAS<br>HOLDENVILLEOK<br>Card # **7964 | 26.23 |
| 9/24 | POS DEB 13:20 09/24/24 5078419<br>CASH APP*BRUCE JONES<br>SQUAREUP.COM<br>OAKLANDCA C#**7964 | 100.00 |
| 9/24 | DBT CRD 19:00 09/23/24 5029797<br>RUSH TRK CTR TULSA<br>TULSAOK<br>Card # **7964 | 265.65 |
| 9/25 | DBT CRD 19:00 09/24/24 1099433<br>PLTPAYWEB<br>405-936-3600OK<br>Card # **7964 | 1.70 |
| 9/25 | DBT CRD 19:00 09/24/24 9098853<br>TXTAG 888 468 9824<br>888-468-9824TX<br>Card # **7964 | 17.75 |
| 9/25 | DBT CRD 19:00 09/24/24 9098853<br>TXTAG 888 468 9824<br>888-468-9824TX<br>Card # **7964 | 19.65 |
| 9/25 | DBT CRD 19:00 09/24/24 9099433<br>PLTPAYWEB<br>405-936-3600OK<br>Card # **7964 | 34.70 |
| 9/25 | DBT CRD 19:00 09/24/24 3098853<br>TXTAG 888 468 9824 | 78.52 |



Mabrey Bank Home    Online Banking


Account Number Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK 74859-0309

Basic Business Ending 5504 (Continued)

DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| | 888-468-9824TX<br>Card # **7964 | |
| 9/25 | DBT CRD 19:00 09/24/24 6099280<br>DNH*GODADDY#3316157575<br>480-505-8855AZ<br>Card # **7964 | 376.57 |
| 9/25 | DBT CRD 19:00 09/24/24 2209885<br>DNH*GODADDY#3316166132<br>480-5058855AZ<br>Card # **7964 | 959.40 |
| 9/25 | DBT CRD 19:00 09/24/24 0209885<br>DNH*GODADDY#3316166539<br>480-5058855AZ<br>Card # **7964 | 2,052.56 |
| 9/25 | PAYMENT Osborn Trash Ser<br>5907503000 09/25/24<br>ID #-7590750000341<br>TRACE # 091408599145369 | 150.00 |
| 9/26 | DBT CRD 19:00 09/25/24 0100086<br>PEPINO S MEXICAN RESTAUR<br>OKEMAHOK<br>Card # **7964 | 21.70 |
| 9/26 | POS DEB 20:33 09/25/24 1737678<br>O REILLY 315<br>HOLDENVILLEOK<br>Card # **7964 | 21.99 |
| 9/27 | Wire Fee | 19.95 |
| 9/27 | WIRE TRANSFER TO<br>J K MEADORS & CO INC | 34,683.00 |
| 9/30 | ONLINE BANKING WIRE<br>BAS BUS 0008 | 25.90 |
| 9/30 | ONLINE WIRE MONTHLY FEE | 10.95 |



Mabrey Bank Home    Online Banking


Account Number Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK 74859-0309

Basic Business Ending 5504 (Continued)

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 9/01 | 83,098.87 | 9/12 | 188,636.27 | 9/24 | 200,119.37 |
| 9/03 | 81,850.83 | 9/13 | 187,279.48 | 9/25 | 196,428.52 |
| 9/05 | 81,729.13 | 9/16 | 186,519.25 | 9/26 | 196,384.83 |
| 9/06 | 81,051.68 | 9/17 | 186,074.82 | 9/27 | 161,681.88 |
| 9/09 | 190,984.43 | 9/18 | 258,580.74 | 9/30 | 161,645.03 |
| 9/10 | 188,708.93 | 9/19 | 200,821.16 | | |
| 9/11 | 188,660.42 | 9/23 | 200,511.25 | | |

**Credit**

| | |
|---|---|
| **Bank:** | MABREY BANK |
| **Branch #:** | 12 |
| **Branch Name:** | Wetumka |
| **Teller ID:** | Y26TPIERC |
| **Drawer #:** | 1202 |
| **Trans #:** | 19 |
| **Misc:** | Trn DDA/SAV Deposit, |

**DDA Deposit**

| | |
|---|---|
| **Date/Time:** | 9/9/2024 9:24 AM |
| **Workstation:** | Y26T1205 |
| **HIN #:** | 901855340000045 |
| **Owner:** | C M HEAVY MACHINERY L |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 103112112 | 115504 | 20 | $110,891.00 |

Regular Deposit Date: 09/09 Amount: $110,891.00



Regular Deposit Date: 09/18 Amount: $500.00

## RECONCILIATION INSTRUCTIONS

- Please examine this statement and items at once and refer any exceptions immediately.
- Sort your checks numerically or by date issued.
- Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided below. Include any checks still not paid from previous statement(s).
- Subtract from your checkbook balance any SERVICE CHARGE or bank charge appearing on this statement.
- Reconcile your statement in the space provided below.

## OUTSTANDING CHECKS

MONTH ____________________________ 20_______

| Reconciliation of Account | | | | |
|---|---|---|---|---|
| CHECKS WRITTEN BUT NOT PAID | | | | |
| NUMBER | AMOUNT | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Enter bank balance from statement | |
| | | | | |
| | | | Add deposits not credited by bank (if any) | |
| | | | | |
| | | | | |
| | | | TOTAL | |
| | | | | |
| Total of Checks not paid | $ | | Subtract total of checks not paid | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ⇨ | | | | |

## IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Some transactions to your account may be accomplished electronically. If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and determine whether an error occurred within 10 business days (5 business days for VISA Point-of-Sale (POS) transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct promptly. If we need more time; however, we may take up to 45 days (90 days if the transfer involved a POS transaction, a new account, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa POS transactions and 20 business days if the transfer involved a new account) for the amount you think is in error so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made if you are a new customer.
We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.
You may ask for copies of the documents that we used in our investigation.

***Note: Error resolution disclosures apply to consumer accounts only.**