# CM Heavy Machinery LLC

**Mabrey Operating Acct-5504, Period Ending 09/30/2024**

## RECONCILIATION REPORT

Reconciled on: 10/02/2024

Reconciled by: Holly Goodson

Any changes made to transactions after this date aren't included in this report.

### Summary                                                                                                                      USD

| | |
|---|---:|
| Statement beginning balance | 83,098.87 |
| Checks and payments cleared (53) | -162,570.71 |
| Deposits and other credits cleared (4) | 241,116.87 |
| Statement ending balance | 161,645.03 |
| | |
| Uncleared transactions as of 09/30/2024 | -5,295.84 |
| Register balance as of 09/30/2024 | 156,349.19 |
| Cleared transactions after 09/30/2024 | 0.00 |
| Uncleared transactions after 09/30/2024 | -544.76 |
| Register balance as of 10/02/2024 | 155,804.43 |

### Details

Checks and payments cleared (53)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 09/03/2024 | Expense | | | -58.86 |
| 09/03/2024 | Expense | | | -5.00 |
| 09/03/2024 | Expense | | OTA Plate Pay Pikepass | -271.49 |
| 09/03/2024 | Bill Payment | DC | OTA Plate Pay Pikepass | -120.00 |
| 09/03/2024 | Expense | | AEP Public Service | -751.85 |
| 09/03/2024 | Expense | | Intuit | -20.00 |
| 09/03/2024 | Expense | | FUEL | -20.84 |
| 09/05/2024 | Expense | | | -87.20 |
| 09/05/2024 | Expense | | FUEL | -34.50 |
| 09/06/2024 | Expense | | | -677.45 |
| 09/09/2024 | Expense | | | -18.95 |
| 09/09/2024 | Expense | | | -216.43 |
| 09/09/2024 | Expense | | | -334.77 |
| 09/09/2024 | Expense | | | -300.00 |
| 09/09/2024 | Expense | | | -88.10 |
| 09/10/2024 | Expense | | | -45.43 |
| 09/10/2024 | Expense | | | -48.43 |
| 09/10/2024 | Expense | | Loan 482237 | -2,136.02 |
| 09/10/2024 | Expense | | | -45.62 |
| 09/11/2024 | Expense | | FUEL | -48.51 |
| 09/12/2024 | Expense | | | -24.15 |
| 09/13/2024 | Expense | | | -18.21 |
| 09/13/2024 | Expense | | AT&T - CELL PHONES - 6931 | -1,251.02 |
| 09/13/2024 | Bill Payment | | PTC | -87.56 |
| 09/16/2024 | Expense | | Intuit | -297.00 |
| 09/16/2024 | Expense | | | -158.21 |
| 09/16/2024 | Expense | | FUEL | -305.02 |
| 09/17/2024 | Expense | | | -120.00 |
| 09/17/2024 | Expense | | | -324.43 |
| 09/18/2024 | Expense | | | -11.95 |
| 09/19/2024 | Bill Payment | | PIT Pipe, Inc. | -57,728.00 |
| 09/19/2024 | Expense | | CM Heavy Machinery | -57,728.00 |
| 09/19/2024 | Expense | | Sonic | -11.58 |
| 09/23/2024 | Expense | | LOVES | -9.91 |
| 09/23/2024 | Expense | | LOVES | -300.00 |
| 09/24/2024 | Expense | | | -265.65 |
| 09/24/2024 | Expense | | | -26.23 |
| 09/24/2024 | Bill Payment | DC | TXTAG | -19.65 |
| 09/24/2024 | Bill Payment | DC | TXTAG | -17.75 |
| 09/24/2024 | Bill Payment | DC | TXTAG | -78.52 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 09/24/2024 | Bill Payment | DC | OTA Plate Pay Pikepass | -34.70 |
| 09/24/2024 | Bill Payment | DC | OTA Plate Pay Pikepass | -1.70 |
| 09/24/2024 | Expense | | Trea Jones | -100.00 |
| 09/25/2024 | Expense | | GoDaddy | -376.57 |
| 09/25/2024 | Expense | | Osborn Trash Service | -150.00 |
| 09/25/2024 | Expense | | GoDaddy | -959.40 |
| 09/25/2024 | Expense | | GoDaddy | -2,052.56 |
| 09/26/2024 | Expense | | | -21.70 |
| 09/26/2024 | Expense | | O'REILLY AUTOMOTIVE INC. | -21.99 |
| 09/27/2024 | Expense | | J.K. Meadors & Co | -34,683.00 |
| 09/27/2024 | Expense | | | -19.95 |
| 09/30/2024 | Expense | | BANK FEE | -10.95 |
| 09/30/2024 | Expense | | | -25.90 |
| **Total** | | | | **-162,570.71** |

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 09/09/2024 | Deposit | | | 110,891.00 |
| 09/17/2024 | Receive Payment | #5491 | BAILEY'S WELL SERVICE, LLC | 500.00 |
| 09/18/2024 | Receive Payment | | REM DIRECTIONAL, INC | 72,017.87 |
| 09/19/2024 | Deposit | | | 57,708.00 |
| **Total** | | | | **241,116.87** |

**Additional Information**

Uncleared checks and payments as of 09/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/07/2023 | Payroll Check | | Michael B. Taron | -1,321.07 |
| 04/14/2023 | Payroll Check | | Michael B. Taron | -298.52 |
| 07/27/2023 | Sales Tax Payment | | | -5,275.20 |
| 07/27/2023 | Sales Tax Payment | | | -658.01 |
| 11/03/2023 | Payroll Check | 9999 | TRACY GOZA | -1,200.00 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/11/2024 | Sales Tax Payment | | | -77.62 |
| 01/26/2024 | Bill Payment | DD | TRACY D GOZA | -1,313.88 |
| **Total** | | | | **-10,373.44** |

Uncleared deposits and other credits as of 09/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/20/2023 | Transfer | | | 0.00 |
| 11/30/2023 | Sales Tax Payment | | | 0.00 |
| 12/15/2023 | Check | 13842 | DAX STUART | 0.00 |
| 01/04/2024 | Expense | PAYPAL | HP | 0.00 |
| 04/01/2024 | Receive Payment | 26500 | Patriot Dozer Service, LLC db… | 2,537.24 |
| 04/01/2024 | Deposit | | Patriot Dozer Service, LLC db… | 2,540.36 |
| 04/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 05/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 06/11/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 07/11/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 08/12/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 09/12/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| **Total** | | | | **5,077.60** |

Uncleared checks and payments after 09/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/01/2024 | Expense | | | -23.05 |
| 10/01/2024 | Expense | | | -21.71 |
| 10/01/2024 | Expense | | | -500.00 |
| Total | | | | -544.76 |

Uncleared deposits and other credits after 09/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| Total | | | | 0.00 |