CM Heavy Machinery LLC

**Mabrey Operating Acct-5504, Period Ending 10/31/2024**

**RECONCILIATION REPORT**

Reconciled on: 11/05/2024

Reconciled by: Holly Goodson

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 161,645.03 |
| Checks and payments cleared (54) | -220,431.03 |
| Deposits and other credits cleared (4) | 209,690.34 |
| Statement ending balance | 150,904.34 |
| Uncleared transactions as of 10/31/2024 | 19,521.94 |
| Register balance as of 10/31/2024 | 170,426.28 |
| Cleared transactions after 10/31/2024 | 0.00 |
| Uncleared transactions after 10/31/2024 | -20,325.64 |
| Register balance as of 11/05/2024 | 150,100.64 |

**Details**

Checks and payments cleared (54)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/01/2024 | Expense | | Okies | -23.05 |
| 10/01/2024 | Expense | | Horntown Mart | -500.00 |
| 10/01/2024 | Expense | | Horntown Mart | -21.71 |
| 10/02/2024 | Expense | | Wetumka Tire & Lube | -86.42 |
| 10/02/2024 | Expense | | Intuit | -20.00 |
| 10/02/2024 | Expense | | Okies | -8.65 |
| 10/02/2024 | Expense | | Horntown Mart | -21.79 |
| 10/03/2024 | Bill Payment | 13876 | Office of the U.S. Trustee | -254.00 |
| 10/04/2024 | Expense | | Pepinos | -67.93 |
| 10/04/2024 | Expense | | BANK FEE | -3.45 |
| 10/04/2024 | Expense | | Visum / Focal Point Software | -15,000.00 |
| 10/07/2024 | Expense | | AEP Public Service | -608.14 |
| 10/07/2024 | Expense | | FUEL | -450.03 |
| 10/07/2024 | Expense | | Casey's | -118.50 |
| 10/08/2024 | Expense | | Mabrey Bank | -11.95 |
| 10/08/2024 | Expense | | LOVES | -10.34 |
| 10/08/2024 | Expense | | LOVES | -17.00 |
| 10/08/2024 | Expense | | FUEL | -20.09 |
| 10/08/2024 | Expense | | Tractor Supply | -127.49 |
| 10/08/2024 | Expense | | CH&W COMMERCIAL TIRE | -2,735.00 |
| 10/08/2024 | Expense | | LOVES | -89.06 |
| 10/09/2024 | Expense | | Wilkins Truck | -896.72 |
| 10/09/2024 | Expense | | Dairy Queen | -48.98 |
| 10/09/2024 | Expense | | Mabrey Bank | -3.45 |
| 10/09/2024 | Bill Payment | | PIT Pipe, Inc. | -93,000.00 |
| 10/09/2024 | Expense | | LOVES | -21.79 |
| 10/09/2024 | Expense | | Blue Beacon | -99.70 |
| 10/10/2024 | Expense | | Loan 482237 | -2,136.02 |
| 10/11/2024 | Expense | | Dollar General | -140.27 |
| 10/11/2024 | Expense | | Lucky Trip | -304.11 |
| 10/11/2024 | Expense | | Progressive | -2,155.00 |
| 10/11/2024 | Expense | | Okfuskee County RWD #2 | -51.24 |
| 10/11/2024 | Expense | | Okfuskee County RWD #2 | -96.20 |
| 10/11/2024 | Expense | | Apple | -1,989.14 |
| 10/11/2024 | Expense | | Apple | -99.00 |
| 10/11/2024 | Expense | | PIT Pipe, Inc. | -93,000.00 |
| 10/15/2024 | Expense | | Intuit | -297.00 |
| 10/15/2024 | Expense | | LOVES | -39.46 |
| 10/15/2024 | Expense | | Horntown Mart | -300.00 |
| 10/15/2024 | Expense | | Horntown Mart | -21.79 |

Case 24-80617 Doc 51-1 Filed 11/21/24 Entered 11/21/24 15:56:02 Desc Bank Reconciliation for Reporting Period Page 1 of 3

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/15/2024 | Expense | | Wilkins Truck | -263.84 |
| 10/16/2024 | Expense | | Horntown Mart | -27.72 |
| 10/18/2024 | Check | 13877 | Clint Meadors* | -2,500.00 |
| 10/21/2024 | Expense | | Horntown Mart | -18.96 |
| 10/23/2024 | Expense | | Okies | -59.90 |
| 10/24/2024 | Expense | | | -933.46 |
| 10/24/2024 | Expense | | Osborn Trash Service | -150.00 |
| 10/24/2024 | Expense | | | -661.00 |
| 10/24/2024 | Expense | | Okies | -8.93 |
| 10/25/2024 | Expense | | Okies | -31.24 |
| 10/28/2024 | Expense | | Horntown Mart | -335.25 |
| 10/29/2024 | Expense | | Lambert's Farm & Ranch | -496.46 |
| 10/30/2024 | Expense | | BANK FEE | -10.95 |
| 10/31/2024 | Expense | | | -38.85 |
| Total | | | | -220,431.03 |

Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/08/2024 | Receive Payment | | REM DIRECTIONAL, INC | 116,092.35 |
| 10/09/2024 | Deposit | | REM DIRECTIONAL, INC | 92,980.00 |
| 10/11/2024 | Deposit | | Apple | 520.00 |
| 10/15/2024 | Deposit | | Wilkins Truck | 97.99 |
| Total | | | | 209,690.34 |

**Additional Information**

Uncleared checks and payments as of 10/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2023 | Payroll Check | | Michael B. Taron | -1,321.07 |
| 04/14/2023 | Payroll Check | | Michael B. Taron | -298.52 |
| 07/27/2023 | Sales Tax Payment | | | -658.01 |
| 07/27/2023 | Sales Tax Payment | | | -5,275.20 |
| 11/03/2023 | Payroll Check | 9999 | TRACY GOZA | -1,200.00 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/11/2024 | Sales Tax Payment | | | -77.62 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/26/2024 | Bill Payment | DD | TRACY D GOZA | -1,313.88 |
| Total | | | | -10,373.44 |

Uncleared deposits and other credits as of 10/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/20/2023 | Transfer | | | 0.00 |
| 11/30/2023 | Sales Tax Payment | | | 0.00 |
| 12/15/2023 | Check | 13842 | DAX STUART | 0.00 |
| 01/04/2024 | Expense | PAYPAL | HP | 0.00 |
| 04/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 05/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 06/11/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 07/11/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 08/12/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 09/12/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 10/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 10/25/2024 | Receive Payment | Ch#6049 | Smith Energy Services, Inc. | 29,895.38 |
| Total | | | | 29,895.38 |

Uncleared checks and payments after 10/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/01/2024 | Expense | | | -27.34 |
| 11/01/2024 | Expense | | FUEL | -75.05 |
| 11/01/2024 | Expense | | FUEL | -23.25 |
| 11/01/2024 | Bill Payment | 13885 | Double M Construction, INC | -17,700.00 |
| 11/01/2024 | Check | 13878 | Clint Meadors* | -2,500.00 |
| Total | | | | -20,325.64 |