# CM Heavy Machinery LLC

## Profit and Loss
### October 2024

|  | TOTAL |
|---|---:|
| **Income** | |
|   411   RENTAL DEPARTMENT INCOME | 423.50 |
|     412 - VENDOR RE-RENTAL INCOME | 21,250.00 |
|   **Total 411   RENTAL DEPARTMENT INCOME** | **21,673.50** |
|   452   SALES DEPT INCOME | |
|     453   PIPE INCOME | 109,780.00 |
|   **Total 452   SALES DEPT INCOME** | **109,780.00** |
|   Shipping Income | 7,000.00 |
| **Total Income** | **$138,453.50** |
| **Cost of Goods Sold** | |
|   553 - PIPE EXPENSE | 93,020.00 |
| **Total Cost of Goods Sold** | **$93,020.00** |
| **GROSS PROFIT** | **$45,433.50** |
| **Expenses** | |
|   601   AUTO EXPENSE | |
|     601-1   MAINTENANCE | 1,376.18 |
|     601-4   TIRES | 2,735.00 |
|     601-5   FUEL | 404.74 |
|   **Total 601   AUTO EXPENSE** | **4,515.92** |
|   604   BANK FEES | 68.65 |
|   617   COMPUTER & INTERNET EXP | 1,150.00 |
|   633   INSURANCE EXPENSE | 2,155.00 |
|   643   MEALS AND ENTERTAINMENT | 364.59 |
|   672   REPAIRS & MAINT. | 1,429.92 |
|   681   TELEPHONE EXPENSES | |
|     APPLE PRODUCTS - COMPANY IPHONES | 1,568.14 |
|   **Total 681   TELEPHONE EXPENSES** | **1,568.14** |
|   685 - PAYROLL LIABILITES | |
|     685-8 PAYROLL OK INCOME TAX | 0.00 |
|   **Total 685 - PAYROLL LIABILITES** | **0.00** |
|   686   UTILITIES | 1,705.58 |
|   Auto Expense | |
|     DIESEL FUEL | 1,796.95 |
|   **Total Auto Expense** | **1,796.95** |
|   Chapter 11 Fees | 254.00 |
|   Contract Labor | 2,500.00 |
|   Office Supplies & Software | 15,317.00 |
| **Total Expenses** | **$32,825.75** |
| **NET OPERATING INCOME** | **$12,607.75** |

Case 24-80617    Doc 51-2    Filed 11/21/24    Entered 11/21/24 15:56:02    Desc  P&L Statement    Page 1 of 2

# CM Heavy Machinery LLC

## Profit and Loss
October 2024

|  | TOTAL |
|---|---:|
| Other Expenses |  |
|    800 Ask My Accountant | 2,636.02 |
|    Owner Withdrawal | 801.27 |
| **Total Other Expenses** | **$3,437.29** |
| NET OTHER INCOME | $ -3,437.29 |
| NET INCOME | $9,170.46 |