# CM Heavy Machinery LLC

## Balance Sheet
As of October 31, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|  Current Assets | |
|   Bank Accounts | |
|    Acct # 165488D - CLINT PERSONAL | -589.07 |
|    Cash on hand | -5,887.50 |
|    Clint Meadors - SAVINGS - PERSONAL | 83,582.00 |
|    Mabrey Operating Acct-5504 | 170,426.28 |
|  **Total Bank Accounts** | **$247,531.71** |
|   Other Current Assets | |
|    INVENTORY | |
|     NC YARD MATS | 1,000,000.00 |
|   **Total INVENTORY** | **1,000,000.00** |
|    Undeposited Funds | -56,730.00 |
|  **Total Other Current Assets** | **$943,270.00** |
|  **Total Current Assets** | **$1,190,801.71** |
|  Fixed Assets | |
|   20 ACRES RIVER | 80,000.00 |
|   201 - CMHM RENTAL EQUIPMENT | |
|    201-1 - CMHM - TRAILERS | |
|     CHAPPELL 535 GAL WATER TRAILER CM-1806 | 5,000.00 |
|     FONTAINE 1994 STEPDECK TRAILER S61936 | 10,000.00 |
|     FONTAINE SEMI TRAILER 53' FLOAT 50778 | 15,000.00 |
|     FRIESEN BUMPER PULL TRAILER CM-4503 | 6,000.00 |
|     FRUEHAUF FBZ F2 JOBSITE OFFICE TRAILER MEV652754 | 5,000.00 |
|     HORSECREEK CH18 18' CAR HAULER FLATBED TRAILER 5BSCB1823BC026059 | 2,500.00 |
|     LUFKIN FLATBED TRAILER 45409 | 7,500.00 |
|     MAINLINE 80" ROLLIGON TRAILER K311 | 125,000.00 |
|     TRAIL KING TK110HDG SEMI TRAILER 6416 | 125,000.00 |
|     TRAIL SPORT TRL-16 16' ENCLOSED UTILITY TRAILER 5NHUT5629BW043813 | 5,000.00 |
|     TRI HAY TRAILER 51379TR1 | 15,000.00 |
|    **Total 201-1 - CMHM - TRAILERS** | **321,000.00** |
|    2013 - TRAIL KING XL22MB ATTACHMENT- XL SPREADER | 5,000.00 |
|    ATTACHMENT(S) | 20,000.00 |
|    CASE - 821F - LOADER - W00740C0194414 | 80,000.00 |
|    CATERPILLAR 323FL EXCAVATOR XCF10395 | 180,000.00 |
|    CATERPILLAR 594 PIPELAYER 66A00933 | 175,000.00 |

# CM Heavy Machinery LLC

## Balance Sheet
As of October 31, 2024

| | TOTAL |
|---|---:|
| CATERPILLAR D6T XW DOZER SLJ01188 | 285,000.00 |
| CATERPILLAR D7 ATTACHMENT - RIPPER 8SH00764 | 5,000.00 |
| CATERPILLAR SWEEPS ATTACHMENT NO SN# | 5,000.00 |
| HAMM H12I ROLLER H2350152 | 110,000.00 |
| JOHN DEERE 2940 INDUSTRIAL TRACTOR 447381CD | 15,000.00 |
| KOMATSU D61-PX DOZER B1810 | 49,500.00 |
| KOMATSU D65PX-18 DOZER 90651 | 250,000.00 |
| KOMATSU D65PX-18 DOZER 91046 | 250,000.00 |
| KOMATSU D85PX-18 DOZER 23074 | 400,000.00 |
| KOMATSU GD655-6 MOTOR GRADER 60468 | 200,000.00 |
| KOMATSU PC270LC-8 EXCAVATOR A87397 | 80,000.00 |
| KUBOTA SVL95 SKID STEER W/BUCKET & FORKS 43100 | 65,000.00 |
| KUBOTA SVL95-2 SKID STEER W/BUCKET & FORKS NO SN# | 75,000.00 |
| LINCOLN SA200 WELDER 660685 | 5,000.00 |
| LINCOLN SA200 WELDER A470553 | 5,000.00 |
| MASCHIO DMR 3500 CAGE ROLLER LM98N035 | 18,000.00 |
| MCCORMICK MCL51 LOADER FOR TRACTOR 1011949344 | 15,000.00 |
| MCCORMICK X6 470 TRACTOR SW5CH4367 | 105,000.00 |
| MCKINNEY CX10-2252 SHIPPING CONTAINER CX1C1566824 | 5,000.00 |
| PADDING BUCKETS | 10,100.00 |
| POWER WASHER SK30005VH SN# PW-0001 | 1,000.00 |
| **Total 201 - CMHM RENTAL EQUIPMENT** | **2,734,600.00** |
| 201-2 - VEHICLES | |
|   2014 FORD F150 SUPER CREW D06464 | 15,000.00 |
|   2019 FORD F-350 - 57298392 | 95,000.00 |
|   DODGE 3500 SERVICE TRUCK 3D7MS48C35G765214 | 15,000.00 |
|   PETERBILT 379 HAUL TRUCK 1XP5DB9X17D671765 | 123,098.80 |
| **Total 201-2 - VEHICLES** | **248,098.80** |
| 520 ACRES+HOUSE | 3,500,000.00 |
| ASSETS DEPRECIATION CONTRA ACCT | -897,500.00 |
| OFFICE BUILDING AND LAND | 1,200,000.00 |
| OFFICE FURNITURE AND FIXTURES | 100,000.00 |
| SHOP - ASSET(S) | 750,000.00 |
| **Total Fixed Assets** | **$7,715,198.80** |
| **TOTAL ASSETS** | **$8,906,000.51** |

# CM Heavy Machinery LLC

## Balance Sheet
### As of October 31, 2024

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable (A/P) | 0.00 |
|       **Total Accounts Payable** | **$0.00** |
|       Credit Cards | |
|         ***CHASE CARD-C. MEADORS (9719) - 4 | 107,187.99 |
|         CAT ACCESS ACCOUNT - CARD | 0.00 |
|         CHASE CARD-C. LOWE (2081) - 4 | 3,328.26 |
|         CHASE CARD-C. MEADORS (0907) - 4 | 12,857.75 |
|         CHASE CARD-C. MEADORS (8092) - 4 | 8,045.29 |
|         CHASE CARD-CC-V. MEADORS (2261) - 4 | 3,845.97 |
|         HARLEY DAVIDSON CC - US BANK | -3,675.00 |
|       **Total Credit Cards** | **$131,590.26** |
|       Other Current Liabilities | |
|         685-4 EMPLOYER PAYROLL TAXES | 30,668.97 |
|         685-5 PAYROLL CORRECTIONS | 48.15 |
|           REPAYMENTS | 126.42 |
|       **Total 685-5 PAYROLL CORRECTIONS** | **174.57** |
|         Arkansas Department of Finance and Administration Payable | 13,562.93 |
|         Direct Deposit Payable | 0.00 |
|         Louisiana Department of Revenue Payable | 35,582.06 |
|         Louisiana, Calcasieu Parish Payable | 181.08 |
|         Louisiana, DeSoto Parish Payable | 9,703.87 |
|         Louisiana, Vernon Parish Payable | 24,220.79 |
|         Oklahoma Tax Commission Payable | 11,389.85 |
|         Texas State Comptroller Payable | 986.84 |
|       **Total Other Current Liabilities** | **$126,470.96** |
|     **Total Current Liabilities** | **$258,061.22** |
|     Long-Term Liabilities | |
|       DLL FINANCIAL - MCCORMICK TRACTOR | 64,068.62 |
|       FIRST FOUNDATION BANK | -5,276.20 |
|       GP - Loan - 2 | 3,715,619.80 |
|       KOMATSU CMHM EQUIPMENT | |
|         KOMATSU - 777-0144625-012 D65 DOZER - 90651 | 1,187.85 |
|         KOMATSU - 777-0144625-013 - D85 DOZER - 23074 | 1,490.83 |
|         KOMATSU - 777-0144625-014 MOTORGRADER - 60468 | 57,030.15 |
|       **Total KOMATSU CMHM EQUIPMENT** | **59,708.83** |
|       KUBOTA CMHM EQUIPMENT | |
|         KUBOTA - 80994502 - SKIDSTEER | 32,844.22 |

# CM Heavy Machinery LLC

## Balance Sheet
As of October 31, 2024

| | TOTAL |
|---|---:|
| **Total KUBOTA CMHM EQUIPMENT** | **32,844.22** |
|     PERSONAL LOANS | 22,863.98 |
|       810   VICKY LOAN ADJUSTMENT | 94,393.90 |
|       811- MEADORS FAMILY LAND & MINERALS LLC | 376,000.00 |
|     **Total PERSONAL LOANS** | **493,257.88** |
| **Total Long-Term Liabilities** | **$4,360,223.15** |
| **Total Liabilities** | **$4,618,284.37** |
| Equity | |
|   Opening Balance Equity - 4.6M CORR FOR OLD CPA | 4,661,201.06 |
|   OWNER EQUITY DEPOSIT | 87,283.44 |
|   Retained Earnings | -687,361.85 |
|   Net Income | 226,593.49 |
| **Total Equity** | **$4,287,716.14** |
| **TOTAL LIABILITIES AND EQUITY** | **$8,906,000.51** |