# CM Heavy Machinery LLC

## Mabrey Operating Acct-5504 Bank Balance: 175168.28 Ending Balance: $149,961.74

| Date | Ref No. Type | Payee Account | Memo | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|
| 10/10/2024 | | OK Tax Commission | Tax Payment for Period: 09/01/2024-09/30/2024 | | $0.00 | | $170,426.28 |
| | Tax Payment | 685 - PAYROLL LIABILITES:685-8 PAYROLL OK INCOME TAX | | | | | |
| 10/25/2024 | Ch#6049 | Smith Energy Services, Inc. | | | $29,895.38 | C | $170,426.28 |
| | Payment | Accounts Receivable (A/R) | | | | | |
| 10/31/2024 | | | ONLINE BANKING WIRE BAS BUS 0008 | $38.85 | | R | $140,530.90 |
| | Expense | 604 · BANK FEES | | | | | |
| 10/30/2024 | | BANK FEE | ONLINE WIRE MONTHLY FEE | $10.95 | | R | $140,569.75 |
| | Expense | 604 · BANK FEES | | | | | |
| 10/29/2024 | | Lambert's Farm & Ranch | Batteries Motor Grader??/ DBT CRD 8900015 LAMBERT FARM & RANCH 405-3796957OK CARD # 7964 DBT CRD 19:00 10/28/24 8900015 LAMBERT FARM & RANCH 405-3796957OK CARD # **7964 | $496.46 | | R | $140,580.70 |
| | Expense | 672 · REPAIRS & MAINT. | | | | | |
| 10/28/2024 | | Horntown Mart | 0151575 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#7964 POS DEB 10:07 10/28/24 0151575 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#**7964 | $335.25 | | R | $141,077.16 |
| | Expense | Auto Expense:DIESEL FUEL | | | | | |

| Date | Ref No. Type | Payee Account | Memo | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|
| 10/25/2024 | | Okies | 7667822 OKIE S GAS HOLDENVILLEOK CARD # 7964 POS DEB 16:11 10/24/24 7667822 OKIE S GAS HOLDENVILLEOK CARD # **7964 | $31.24 | | R | $141,412.41 |
| | Expense | 643 · MEALS AND ENTERTAINMENT | | | | | |
| 10/24/2024 | | Osborn Trash Service | PAYMENT OSBORN TRASH SER XXXXXX3000 ID #-XXXXXXXX00341 XXXXXXXX482301 PAYMENT OSBORN TRASH SER XXXXXX3000 10/24/24 ID #-XXXXXXXX00341 TRACE # XXXXXXXX5482301 | $150.00 | | R | $141,443.65 |
| | Expense | 686 · UTILITIES | | | | | |
| 10/24/2024 | | | DBT CRD 8017014 SHM HARBORS VIEW MARIN 918-782-3277OK CARD # 7964 DBT CRD 19:00 10/23/24 8017014 SHM HARBORS VIEW MARIN 918-782-3277OK CARD # **7964 | $661.00 | | R | $141,593.65 |
| | Expense | Owner Withdrawal | | | | | |
| 10/24/2024 | | Okies | 7877864 OKIE S GAS HOLDENVILLEOK CARD # 7964 POS DEB 16:09 10/23/24 7877864 OKIE S GAS HOLDENVILLEOK CARD # **7964 | $8.93 | | R | $142,254.65 |
| | Expense | 643 · MEALS AND ENTERTAINMENT | | | | | |
| 10/24/2024 | | | DBT CRD 6900012 M & D DISTRIBUTORS 866-4102442TX CARD # 7964 DBT CRD 19:00 10/23/24 6900012 M & D DISTRIBUTORS 866-4102442TX CARD # **7964 | $933.46 | | R | $142,263.58 |

| Date | Ref No. Type | Payee Account | Memo | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|
| 10/23/2024 | Expense | 672 · REPAIRS & MAINT. Okies | 6620897 OKIE S GAS HOLDENVILLEOK CARD # 7964 POS DEB 15:05 10/22/24 6620897 OKIE S GAS HOLDENVILLEOK CARD # **7964 | $59.90 | | R | $143,197.04 |
| 10/21/2024 | Expense | 601 · AUTO EXPENSE:601-5 · FUEL Horntown Mart | 0298989 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#7964 POS DEB 11:20 10/21/24 0298989 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#**7964 | $18.96 | | R | $143,256.94 |
| 10/18/2024 | 13877 Check Expense | 643 · MEALS AND ENTERTAINMENT Clint Meadors* Contract Labor | | $2,500.00 | | R | $143,275.90 |
| 10/16/2024 | Expense | Horntown Mart | 0650126 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#7964 POS DEB 13:39 10/16/24 0650126 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#**7964 | $27.72 | | R | $145,775.90 |
| 10/15/2024 | Expense | 643 · MEALS AND ENTERTAINMENT Horntown Mart | 0406743 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#7964 POS DEB 11:00 10/14/24 0406743 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#**7964 | $300.00 | | R | $145,803.62 |

| Date | Ref No.<br>Type | Payee<br>Account | Memo | Payment | Deposit | Stat<br>Auto | Balance |
|---|---|---|---|---|---|---|---|
|  | Expense | 601 · AUTO EXPENSE:601-5 · FUEL |  |  |  |  |  |
| 10/15/2024 |  | Intuit | QBOOKS ONL INTUIT XXXXXX6346 ID #-7394679 XXXXXXXX668565 QBOOKS ONL INTUIT * XXXXXX6346 10/15/24 ID #-7394679 TRACE # XXXXXXXX8668565 | $297.00 |  | R | $146,103.62 |
|  | Expense | Office Supplies & Software |  |  |  |  |  |
| 10/15/2024 |  | Wilkins Truck | DBT CRD 9900019 WILKINS OKLAHOMA TRUCK 580-6285308OK CARD # 7964 DBT CRD 19:00 10/11/24 9900019 WILKINS OKLAHOMA TRUCK 580-6285308OK CARD # **7964 | $263.84 |  | R | $146,400.62 |
|  | Expense | 601 · AUTO EXPENSE:601-1 · MAINTENANCE |  |  |  |  |  |
| 10/15/2024 |  | Horntown Mart | 0405400 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#7964 POS DEB 10:48 10/14/24 0405400 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#**7964 | $21.79 |  | R | $146,664.46 |
|  | Expense | 643 · MEALS AND ENTERTAINMENT |  |  |  |  |  |
| 10/15/2024 |  | LOVES | DBT CRD 1105272 LOVE S #0213 INSIDE TONKAWAOK CARD # 7964 DBT CRD 19:00 10/11/24 1105272 LOVE S #0213 INSIDE TONKAWAOK CARD # **7964 | $39.46 |  | R | $146,686.25 |

| Date | Ref No. Type | Payee Account | Memo | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|
| | Expense | 643 · MEALS AND ENTERTAINMENT | | | | | |
| 10/15/2024 | | Wilkins Truck | CREDIT 2900019 WILKINS OKLAHOMA TRUCK TONKAWAOK CARD # 7964 CREDIT 19:00 10/11/24 2900019 WILKINS OKLAHOMA TRUCK TONKAWAOK CARD # **7964 | | $97.99 | R | $146,725.71 |
| | Deposit | 601 · AUTO EXPENSE:601-1 · MAINTENANCE | | | | | |
| 10/11/2024 | | Lucky Trip | 0370464 LUCKY TRIP 35266 W HIGHWAY 33 US BRISTOWOK C#7964 POS DEB 13:42 10/11/24 0370464 LUCKY TRIP 35266 W HIGHWAY 33 US BRISTOWOK C#**7964 | $304.11 | | R | $146,627.72 |
| | Expense | Auto Expense:DIESEL FUEL | | | | | |
| 10/11/2024 | | Progressive | DDA B/P 8104584 PROGRESSIVE INSURANCE 800-776-4737OH CARD # 7964 DDA B/P 19:00 10/10/24 8104584 PROGRESSIVE *INSURANCE 800-776-4737OH CARD # **7964 | $2,155.00 | | R | $146,931.83 |
| | Expense | 633 · INSURANCE EXPENSE | | | | | |
| 10/11/2024 | | Okfuskee County RWD #2 | PAYMENT RURAL WATER DIS# XXXXXX3204 XXXXXXXX017026 WATER PAYMENT PAYMENT RURAL WATER DIS# XXXXXX3204 10/11/24 TRACE # XXXXXXXX0017026 WATER PAYMENT | $51.24 | | R | $149,086.83 |

| Date | Ref No. Type | Payee Account | Memo | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|
| 10/11/2024 | Expense | 686 · UTILITIES Okfuskee County RWD #2 | PAYMENT RURAL WATER DIS# XXXXXX3204 XXXXXXXX017084 WATER PAYMENT PAYMENT RURAL WATER DIS# XXXXXX3204 10/11/24 TRACE # XXXXXXX0017084 WATER PAYMENT | $96.20 | | R | $149,138.07 |
| 10/11/2024 | Expense | 686 · UTILITIES Dollar General | DBT CRD 6001026 DOLLAR GENERAL #13788 PONCA CITYOK CARD # 7964 DBT CRD 19:00 10/10/24 6001026 DOLLAR GENERAL #13788 PONCA CITYOK CARD # **7964 | $140.27 | | R | $149,234.27 |
| 10/11/2024 | Expense | Owner Withdrawal Apple | 5568186 APPLE STORE #R130 OKLAHOMAOK CARD # 7964 POS DEB 14:49 10/10/24 5568186 APPLE STORE #R130 OKLAHOMAOK CARD # **7964 | $1,989.14 | | R | $149,374.54 |
| 10/11/2024 | Expense | 681 · TELEPHONE EXPENSES:APPLE PRODUCTS - COMPANY IPHONES Apple | 6122768 APPLE STORE #R130 OKLAHOMAOK CARD # 7964 POS DEB 15:39 10/10/24 6122768 APPLE STORE #R130 OKLAHOMAOK CARD # **7964 | $99.00 | | R | $151,363.68 |
| | Expense | 681 · TELEPHONE EXPENSES:APPLE PRODUCTS - | | | | | |

| Date | Ref No. Type | Payee Account | Memo | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|
| 10/11/2024 | | Apple | CRE 6524556 APPLE STORE #R130 OKLAHOMAOK CARD # 7964 POS CRE 15:48 10/10/24 6524556 APPLE STORE #R130 OKLAHOMAOK CARD # **7964 | | $520.00 | R | $151,462.68 |
| | Deposit | 681 · TELEPHONE EXPENSES:APPLE PRODUCTS - COMPANY IPHONES | | | | | |
| 10/11/2024 | | PIT Pipe, Inc. | PIT PIPE INC 340194263 | $93,000.00 | | R | $150,942.68 |
| | Expense | 553 - PIPE EXPENSE | | | | | |
| 10/10/2024 | | Loan 482237 | LOAN 482237 | $2,136.02 | | R | $243,942.68 |
| | Expense | 800 · Ask My Accountant | | | | | |
| 10/09/2024 | | PIT Pipe, Inc. | | $93,000.00 | | R | $246,078.70 |
| | Bill Payment | Accounts Payable (A/P) | | | | | |
| 10/09/2024 | | Dairy Queen | DBT CRD 5113467 DAIRY QUEEN #11040 BILLINGSOK CARD # 7964 DBT CRD 19:00 10/08/24 5113467 DAIRY QUEEN #11040 BILLINGSOK CARD # **7964 | $48.98 | | R | $339,078.70 |
| | Expense | 643 · MEALS AND ENTERTAINMENT | | | | | |
| 10/09/2024 | | Mabrey Bank | WIRE TRANSFER NOTICE | $3.45 | | R | $339,127.68 |
| | Expense | 604 · BANK FEES | | | | | |
| 10/09/2024 | | REM DIRECTIONAL, INC | WIRE TRANSFER FROM EASTERN BANK | | $92,980.00 | R | $339,131.13 |
| | Deposit | 553 - PIPE EXPENSE | | | | | |
| 10/09/2024 | | Wilkins Truck | DBT CRD 8900018 WILKINS OKLAHOMA TRUCK | $896.72 | | R | $246,151.13 |

| Date | Ref No.<br>Type | Payee<br>Account | Memo | Payment | Deposit | Stat<br>Auto | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | 580-6285308OK CARD # 7964 DBT CRD 19:00 10/08/24 8900018 WILKINS OKLAHOMA TRUCK 580-6285308OK CARD # **7964 |  |  |  |  |
|  | Expense | 601 · AUTO EXPENSE:601-1 · MAINTENANCE |  |  |  |  |  |
| 10/09/2024 |  | Blue Beacon | DBT CRD 7122833 BB OF N. OKC #3 OKLAHOMA CITYOK CARD # 7964 DBT CRD 19:00 10/08/24 7122833 BB OF N. OKC #3 OKLAHOMA CITYOK CARD # **7964 | $99.70 |  | R | $247,047.85 |
|  | Expense | 601 · AUTO EXPENSE:601-1 · MAINTENANCE |  |  |  |  |  |
| 10/09/2024 |  | LOVES | DBT CRD 8102790 LOVE S #0604 INSIDE GUTHRIEOK CARD # 7964 DBT CRD 19:00 10/08/24 8102790 LOVE S #0604 INSIDE GUTHRIEOK CARD # **7964 | $21.79 |  | R | $247,147.55 |
|  | Expense | 643 · MEALS AND ENTERTAINMENT |  |  |  |  |  |
| 10/08/2024 |  | REM DIRECTIONAL, INC |  |  | $116,092.35 | R | $247,169.34 |
|  | Payment | Accounts Receivable (A/R) |  |  |  |  |  |
| 10/08/2024 |  | Mabrey Bank | WIRE TRANSFER FEE | $11.95 |  | R | $131,076.99 |
|  | Expense | 604 · BANK FEES |  |  |  |  |  |
| 10/08/2024 |  | FUEL | DBT CRD 0112277 E EXPRESS @ OKEMAH OKEMAHOK CARD # 7964 DBT CRD 19:00 10/07/24 0112277 E EXPRESS @ OKEMAH | $20.09 |  | R | $131,088.94 |

| Date | Ref No. Type | Payee Account | Memo | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|
| | | | OKEMAHOK CARD # **7964 | | | | |
| | Expense | 643 · MEALS AND ENTERTAINMENT | | | | | |
| 10/08/2024 | | LOVES | 0917348 LOVE S #0604 INSIDE GUTHRIEOK CARD # 7964 POS DEB 09:10 10/08/24 0917348 LOVE S #0604 INSIDE GUTHRIEOK CARD # **7964 | $17.00 | | R | $131,109.03 |
| | Expense | 643 · MEALS AND ENTERTAINMENT | | | | | |
| 10/08/2024 | | LOVES | 0926655 LOVE S #0604 INSIDE GUTHRIEOK CARD # 7964 POS DEB 09:12 10/08/24 0926655 LOVE S #0604 INSIDE GUTHRIEOK CARD # **7964 | $10.34 | | R | $131,126.03 |
| | Expense | 643 · MEALS AND ENTERTAINMENT | | | | | |
| 10/08/2024 | | LOVES | 3905026 LOVE S #0604 INSIDE GUTHRIEOK CARD # 7964 POS DEB 02:03 10/08/24 3905026 LOVE S #0604 INSIDE GUTHRIEOK CARD # **7964 | $89.06 | | R | $131,136.37 |
| | Expense | Auto Expense:DIESEL FUEL | | | | | |
| 10/08/2024 | | CH&W COMMERCIAL TIRE | DBT CRD 0112002 C H & W TIRE-YECUMSEH SHAWNEEOK CARD # 7964 DBT CRD 19:00 10/07/24 0112002 C H & W TIRE-YECUMSEH SHAWNEEOK CARD # **7964 | $2,735.00 | | R | $131,225.43 |
| | Expense | 601 · AUTO EXPENSE:601-4 · TIRES | | | | | |

| Date | Ref No. Type | Payee Account | Memo | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|
| 10/08/2024 |  | Tractor Supply | 0639007 TRACTOR SUPPLY #2133 722 HEATHER ROAD GUTHRIEOK C#7964 POS DEB 09:01 10/08/24 0639007 TRACTOR SUPPLY #2133 722 HEATHER ROAD GUTHRIEOK C#**7964 | $127.49 |  | R | $133,960.43 |
|  | Expense | 601 · AUTO EXPENSE:601-1 · MAINTENANCE |  |  |  |  |  |
| 10/07/2024 |  | Casey's | DBT CRD 8300626 CASEY S #4330 OKEMAHOK CARD # 7964 DBT CRD 19:00 10/06/24 8300626 CASEY S #4330 OKEMAHOK CARD # **7964 | $118.50 |  | R | $134,087.92 |
|  | Expense | Auto Expense:DIESEL FUEL |  |  |  |  |  |
| 10/07/2024 |  | FUEL | 4958344 EEXPRESS AT OKEMAH OKEMAHOK CARD # 7964 POS DEB 13:06 10/07/24 4958344 EEXPRESS AT OKEMAH OKEMAHOK CARD # **7964 | $450.03 |  | R | $134,206.42 |
|  | Expense | Auto Expense:DIESEL FUEL |  |  |  |  |  |
| 10/07/2024 |  | AEP Public Service | BILL PAY AEP PUBLIC SERVI XXXXXX0411 ID #-XXXXXXX1621 XXXXXXXX499423 BILL PAY AEP PUBLIC SERVI XXXXXX0411 10/07/24 ID #-XXXXXXX1621 TRACE # XXXXXXXX8499423 | $608.14 |  | R | $134,656.45 |
|  | Expense | 686 · UTILITIES |  |  |  |  |  |

| Date | Ref No. Type | Payee Account | Memo | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|
| 10/04/2024 |  | Pepinos | DBT CRD 6108205 PEPINO S MEXICAN RESTAUR OKEMAHOK CARD # 7964 DBT CRD 19:00 10/03/24 6108205 PEPINO S MEXICAN RESTAUR OKEMAHOK CARD # **7964 | $67.93 |  | R | $135,264.59 |
|  | Expense | 643 · MEALS AND ENTERTAINMENT |  |  |  |  |  |