# CM Heavy Machinery LLC

## Mabrey Operating Acct-5504 Bank Balance: 175168.28 Ending Balance: $149,961.74

| Date | Ref No. Type | Payee Account | Memo | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|
| 10/04/2024 | | Visum / Focal Point Software | VISUM, LLC 142199 | $15,000.00 | | R | $135,332.52 |
| | Expense | Office Supplies & Software | | | | | |
| 10/04/2024 | | BANK FEE | WIRE TRANSFER NOTICE | $3.45 | | R | $150,332.52 |
| | Expense | 604 · BANK FEES | | | | | |
| 10/03/2024 | 13876 | Office of the U.S. Trustee | | $254.00 | | R | $150,335.97 |
| | Bill Payment | Accounts Payable (A/P) | | | | | |
| 10/02/2024 | | Okies | DBT CRD 8720205 OKIE S GAS HOLDENVILLEOK CARD # 7964 DBT CRD 19:00 10/01/24 8720205 OKIE S GAS HOLDENVILLEOK CARD # **7964 | $8.65 | | R | $150,589.97 |
| | Expense | 643 · MEALS AND ENTERTAINMENT | | | | | |
| 10/02/2024 | | Intuit | ACCT FEE INTUIT 25606363 XXXXXX6202 ID #-XXXXXXXX1250009 XXXXXXXX260537 ACCT FEE INTUIT 25606363 XXXXXX6202 10/02/24 ID #-XXXXXXXX1250009 TRACE # XXXXXXXX7260537 | $20.00 | | R | $150,598.62 |
| | Expense | Office Supplies & Software | | | | | |
| 10/02/2024 | | Wetumka Tire & Lube | DBT CRD 8900014 WETUMKA TIRE & LUBE 405-4525898OK CARD # 7964 DBT CRD 19:00 10/01/24 8900014 WETUMKA TIRE & LUBE 405-4525898OK CARD # **7964 | $86.42 | | R | $150,618.62 |
| | Expense | 601 · AUTO EXPENSE:601-1 · MAINTENANCE | | | | | |

| Date | Ref No. Type | Payee Account | Memo | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|
| 10/02/2024 |  | Horntown Mart | 0300403 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#7964 POS DEB 11:40 10/02/24 0300403 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#**7964 | $21.79 |  | R | $150,705.04 |
|  | Expense | 601 · AUTO EXPENSE:601-5 · FUEL |  |  |  |  |  |
| 10/01/2024 |  | Okies | 5785817 OKIE S GAS HOLDENVILLEOK CARD # 7964 POS DEB 14:23 09/30/24 5785817 OKIE S GAS HOLDENVILLEOK CARD # **7964 | $23.05 |  | R | $150,726.83 |
|  | Expense | 601 · AUTO EXPENSE:601-5 · FUEL |  |  |  |  |  |
| 10/01/2024 |  | Horntown Mart | 0120609 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#7964 POS DEB 10:44 10/01/24 0120609 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#**7964 | $21.71 |  | R | $150,749.88 |
|  | Expense | 643 · MEALS AND ENTERTAINMENT |  |  |  |  |  |
| 10/01/2024 |  | Horntown Mart | 0118700 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#7964 POS DEB 10:43 10/01/24 0118700 HORNTOWN MART 3299 HIGHWAY 75 US HOLDENVILLEOK C#**7964 | $500.00 |  | R | $150,771.59 |
|  | Expense | Auto Expense:DIESEL FUEL |  |  |  |  |  |

Case 24-80617    Doc 52-5    Filed 11/22/24    Entered 11/22/24 08:36:13    Desc Statement (2)    Page 2 of 2