IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of Christianna A. Cathcart as counsel for C M Heavy Machinery LLC, the debtor herein, and serve all pleadings and court papers upon undersigned counsel.

Respectfully Submitted,

Dated: December 2, 2024     By:     /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of December, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.

1