| Class | Claim Number | Claimant | Amount | Secured Sum | Priority Sum |
|---|---|---|---|---|---|
| 5 | 2 | Holt Texas, Ltd. | $52,401.43 | $52,401.43 | $0.00 |
| 1 | 13 | Great Plains National Bank | $4,582,159.45 | $4,582,159.45 | $0.00 |
| 3 | 14 | Barnhill Contracting Company | $158,800.00 | $0.00 | $0.00 |
| 4 | 3 | McAfee & Taft A Professional Corporation | $31,878.52 | $0.00 | $0.00 |
| 4 | 5 | JPMorgan Chase Bank, N.A. | $7,882.89 | $0.00 | $0.00 |
| 4 | 6 | CT Corporation | $393.00 | $0.00 | $0.00 |
| 4 | 7 | Dozr, Ltd. | $39,418.17 | $0.00 | $0.00 |
| 4 | 10 | James Supplies LLC | $1,965.14 | $0.00 | $0.00 |
| 4 | 11 | Norman Wohlgemuth, LLP | $9,543.02 | $0.00 | $0.00 |
| 4 | 12 | Gregory Poole Equipment Company | $24,866.17 | $0.00 | $0.00 |
| 4 | 15 | Hentges & Associates, PLLC | $19,334.76 | $0.00 | $0.00 |
| 4 | n/a | ARA Insurance Agency | $11,414.06 | $0.00 | $0.00 |
| 4 | n/a | AT&T Business | $3,442.04 | $0.00 | $0.00 |
| 4 | n/a | CIG Logistics, Inc. | $20,315.50 | $0.00 | $0.00 |
| 4 | n/a | DLL Finance / Agricredit | $1,499.64 | $0.00 | $0.00 |
| 4 | n/a | James Supplies, L.L.C. | $2,879.00 | $0.00 | $0.00 |
| 4 | n/a | Nolen Propane Company | $1,197.00 | $0.00 | $0.00 |
| 4 | n/a | Pe Ben Industries Companies, Inc. | $10,920.80 | $0.00 | $0.00 |
| 4 | n/a | Recovery Logistics, Inc. | $97,850.00 | $0.00 | $0.00 |
| 4 | n/a | Standard Freight LLC | $51,105.00 | $0.00 | $0.00 |
| 4 | n/a | T&J Grading Company LLC | $110,000.00 | $0.00 | $0.00 |
| 4 | n/a | Unifirst | $9,125.10 | $0.00 | $0.00 |
| 4 | n/a | Wisner Law | $2,378.75 | $0.00 | $0.00 |
| 4 | n/a | Woita Forest Products, LLC | $21,386.00 | $0.00 | $0.00 |
| 2 & 4 | 16 | Tuggle Duggins, P.A. | $46,819.00 | $5,000.00 | $0.00 |
| n/a | 1 | Internal Revenue Service | $4,517,997.54 | $0.00 | $4,517,997.54 |
| n/a | 4 | Oklahoma Tax Commission | $4,783.68 | $0.00 | $4,783.68 |
| n/a | 8 | Comptroller of Public Accounts (Texas) | $7,043.68 | $7,043.68 | $0.00 |
| n/a | 9 | Comptroller of Public Accounts (Texas) | $1,584.92 | $1,584.92 | $0.00 |