**Dated: December 9, 2024**

**The following is ORDERED:**



PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In Re:  C M Heavy Machinery, LLC                Case No.: 24−80617
                                                Chapter: 11

             Debtor(s).

RE: Disclosure Statement filed by CM Heavy Machinery, LLC

Filed: 12/06/24

Docket Entry No.: 56

### ORDER

Pursuant to Bankruptcy Rule 3016, a Disclosure Statement in a Chapter 9 or 11 case shall be filed with the plan. As a result, the Debtor shall immediately file the Chapter 11 plan referred to in the Disclosure Statement.

### ###