**Dated: December 11, 2024**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

C M Heavy Machinery, LLC                                            Case No. 24-80617-PRT
aka CM Heavy Machinery, LLC                                 Chapter 11

                 Debtor(s).

### ORDER AND NOTICE OF HEARING ON DISCLOSURE STATEMENT

TO THE DEBTOR, CREDITORS, AND OTHER PARTIES IN INTEREST:

        The Debtor filed the Disclosure Statement (Docket Entry 56) on December 6, 2024, and the Chapter 11 Plan of Reorganization (Docket Entry 58) on December 9, 2024.

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

        1.    The hearing to consider approval of the Disclosure Statement will be held **on February 12, 2025, at 10:00 a.m. in the Ed Edmondson Federal Courthouse, 101 N. 5th Street, Muskogee, Oklahoma.**

        2.    The last date to file and serve written Objections to the Disclosure Statement pursuant to Rule 3017(a), Fed. R. Bankr. P. is fixed as:

**January 31, 2025**

        3.    The deadline to file Complaint Objecting to Discharge of the Debtor is the first date set for hearing on confirmation of Plan. The notice of that date will be set at a later time.

4. Interested parties should attend and be prepared to present legal argument. The Court will not hear testimony unless the Court directs otherwise.

5. Within seven (7) days, the plan proponent shall transmit a copy of the Disclosure Statement and Chapter 11 Plan of Reorganization to the Debtor, United States Trustee, each committee appointed pursuant to §1102 of the Code, the Securities and Exchange Commission, and any party in interest who has requested or requests in writing a copy of the Disclosure Statement and Chapter 11 Plan of Reorganization and file with the Court an Affidavit of Mailing within two (2) days.

6. Requests for copies of the Disclosure Statement should be directed to:

Maurice VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854

cc

###