# MabreyBank

Mabrey Bank Home    Online Banking

Date 10/31/24  Page  1 of  8
Account Number      Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK  74859-0309

## CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| Basic Business Account Number | Ending 5504 | Number of Enclosures | 2 |
| Previous Balance | 161,645.03 | Statement Dates 10/01/24 thru 10/31/24 | |
| 4 Deposits/Credits | 209,690.34 | Days in the statement period | 31 |
| 54 Checks/Debits | 220,431.03 | Average Ledger | 163,846 |
| Service Charge | .00 | Average Collected | 163,846 |
| Interest Paid | .00 | | |
| Ending Balance | 150,904.34 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $560.15 |
| Total Return Item Fees | $.00 | $230.65 |

## CREDITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 10/08 | WIRE TRANSFER FROM REM DIRECTIONAL INC | 116,092.35 |
| 10/09 | WIRE TRANSFER FROM EASTERN BANK | 92,980.00 |
| 10/11 | POS CRE 15:48 10/10/24 6524556 APPLE STORE  #R130 OKLAHOMA OK Card # **7964 | 520.00 |
| 10/15 | CREDIT 19:00 10/11/24 2900019 WILKINS OKLAHOMA TRUCK | 97.99 |

Date 10/31/24  Page   2 of   8
Account Number    Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK  74859-0309

Basic Business        Ending 5504   (Continued)

## CREDITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| | TONKAWAOK | |
| | Card # **7964 | |

## DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | POS DEB 10:44 10/01/24 0120609<br>HORNTOWN MART<br>3299 HIGHWAY 75    US<br>HOLDENVILLEOK    C#**7964 | 21.71 |
| 10/01 | POS DEB 14:23 09/30/24 5785817<br>OKIE S GAS<br>HOLDENVILLEOK<br>Card # **7964 | 23.05 |
| 10/01 | POS DEB 10:43 10/01/24 0118700<br>HORNTOWN MART<br>3299 HIGHWAY 75    US<br>HOLDENVILLEOK    C#**7964 | 500.00 |
| 10/02 | DBT CRD 19:00 10/01/24 8720205<br>OKIE S GAS<br>HOLDENVILLEOK<br>Card # **7964 | 8.65 |
| 10/02 | POS DEB 11:40 10/02/24 0300403<br>HORNTOWN MART<br>3299 HIGHWAY 75    US<br>HOLDENVILLEOK    C#**7964 | 21.79 |
| 10/02 | DBT CRD 19:00 10/01/24 8900014<br>WETUMKA TIRE & LUBE<br>405-4525898OK<br>Card # **7964 | 86.42 |
| 10/02 | ACCT FEE    INTUIT 25606363<br>9215986202      10/02/24 | 20.00 |



# MabreyBank

Mabrey Bank Home    Online Banking

Date 10/31/24  Page   3 of   8
Account Number     Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK  74859-0309

Basic Business                      Ending 5504   (Continued)

## DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| | ID #-524771001250009 | |
| | TRACE # 021000027260537 | |
| 10/04 | VISUM, LLC<br>142199 | 15,000.00 |
| 10/04 | DBT CRD 19:00 10/03/24 6108205<br>PEPINO S MEXICAN RESTAUR<br>OKEMAHOK<br>Card # **7964 | 67.93 |
| 10/04 | WIRE TRANSFER NOTICE | 3.45 |
| 10/07 | DBT CRD 19:00 10/06/24 8300626<br>CASEY S #4330<br>OKEMAHOK<br>Card # **7964 | 118.50 |
| 10/07 | POS DEB 13:06 10/07/24 4958344<br>EEXPRESS AT OKEMAH<br>OKEMAHOK<br>Card # **7964 | 450.03 |
| 10/07 | BILL PAY   AEP PUBLIC SERVI<br>7529030411         10/07/24<br>ID #-19934951621<br>TRACE # 031101118499423 | 608.14 |
| 10/08 | POS DEB 09:12 10/08/24 0926655<br>Love s #0604 Inside<br>GUTHRIEOK<br>Card # **7964 | 10.34 |
| 10/08 | POS DEB 09:10 10/08/24 0917348<br>Love s #0604 Inside<br>GUTHRIEOK<br>Card # **7964 | 17.00 |
| 10/08 | DBT CRD 19:00 10/07/24 0112277<br>E EXPRESS @ OKEMAH | 20.09 |



Date 10/31/24 Page   4 of   8
Account Number    Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK  74859-0309

Basic Business                Ending 5504   (Continued)

## DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| | OKEMAHOK  Card # **7964 | |
| 10/08 | POS DEB 02:03 10/08/24 3905026 | 89.06 |
| | Love s #0604 Inside  GUTHRIEOK  Card # **7964 | |
| 10/08 | POS DEB 09:01 10/08/24 0639007 | 127.49 |
| | TRACTOR SUPPLY #2133  722 HEATHER ROAD  GUTHRIEOK     C#**7964 | |
| 10/08 | DBT CRD 19:00 10/07/24 0112002 | 2,735.00 |
| | C H & W TIRE-YECUMSEH  SHAWNEEOK  Card # **7964 | |
| 10/08 | Wire Fee | 11.95 |
| 10/09 | PIT PIPE, INC  05705827 | 93,000.00 |
| 10/09 | DBT CRD 19:00 10/08/24 8102790 | 21.79 |
| | LOVE S #0604 INSIDE  GUTHRIEOK  Card # **7964 | |
| 10/09 | DBT CRD 19:00 10/08/24 5113467 | 48.98 |
| | DAIRY QUEEN #11040  BILLINGSOK  Card # **7964 | |
| 10/09 | DBT CRD 19:00 10/08/24 7122833 | 99.70 |
| | BB OF N. OKC #3  OKLAHOMA CITYOK  Card # **7964 | |
| 10/09 | DBT CRD 19:00 10/08/24 8900018 | 896.72 |
| | WILKINS OKLAHOMA TRUCK | |



C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK   74859-0309

Basic Business                    Ending 5504   (Continued)

### DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| | 580-6285308OK | |
| | Card # **7964 | |
| 10/09 | WIRE TRANSFER NOTICE | |
| 10/10 | LOAN 482237 | 3.45 |
| 10/11 | PIT PIPE INC | 2,136.02 |
| | 340194263 | 93,000.00 |
| 10/11 | POS DEB 15:39 10/10/24 6122768 | |
| | APPLE STORE  #R130 | 99.00 |
| | OKLAHOMAOK | |
| | Card # **7964 | |
| 10/11 | DBT CRD 19:00 10/10/24 6001026 | |
| | DOLLAR GENERAL #13788 | 140.27 |
| | PONCA CITYOK | |
| | Card # **7964 | |
| 10/11 | POS DEB 13:42 10/11/24 0370464 | |
| | LUCKY TRIP | 304.11 |
| | 35266 W HIGHWAY 33 US | |
| | BRISTOWOK        C#**7964 | |
| 10/11 | POS DEB 14:49 10/10/24 5568186 | |
| | APPLE STORE  #R130 | 1,989.14 |
| | OKLAHOMAOK | |
| | Card # **7964 | |
| 10/11 | DDA B/P 19:00 10/10/24 8104584 | |
| | PROGRESSIVE *INSURANCE | 2,155.00 |
| | 800-776-4737OH | |
| | Card # **7964 | |
| 10/11 | Payment    RURAL WATER DIS# | |
| | 1730983204        10/11/24 | 51.24 |
| | TRACE # 103003630017026 | |
| | Water Payment | |
| 10/11 | Payment    RURAL WATER DIS# | |
| | 1730983204        10/11/24 | 96.20 |



C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK   74859-0309

Basic Business                           Ending 5504  (Continued)

### DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
|  | TRACE # 103003630017084 Water Payment | 21.79 |
| 10/15 | POS DEB 10:48 10/14/24 0405400 HORNTOWN MART 3299 HIGHWAY 75   US HOLDENVILLEOK   C#**7964 | 39.46 |
| 10/15 | DBT CRD 19:00 10/11/24 1105272 LOVE S #0213 INSIDE TONKAWAOK Card # **7964 | 263.84 |
| 10/15 | DBT CRD 19:00 10/11/24 9900019 WILKINS OKLAHOMA TRUCK 580-6285308OK Card # **7964 | 300.00 |
| 10/15 | POS DEB 11:00 10/14/24 0406743 HORNTOWN MART 3299 HIGHWAY 75   US HOLDENVILLEOK   C#**7964 | 297.00 |
| 10/15 | QBooks Onl INTUIT * 0000756346         10/15/24 ID #-7394679 TRACE # 021000028668565 | 27.72 |
| 10/16 | POS DEB 13:39 10/16/24 0650126 HORNTOWN MART 3299 HIGHWAY 75   US HOLDENVILLEOK   C#**7964 | 18.96 |
| 10/21 | POS DEB 11:20 10/21/24 0298989 HORNTOWN MART 3299 HIGHWAY 75   US HOLDENVILLEOK   C#**7964 | 59.90 |
| 10/23 | POS DEB 15:05 10/22/24 6620897 OKIE S GAS | |



Date 10/31/24   Page   7 of   8
Account Number   Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK   74859-0309

Basic Business                         Ending 5504   (Continued)

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| | **DEBITS** | |
| 10/24 | POS DEB 16:09 10/23/24 7877864 OKIE S GAS HOLDENVILLEOK Card # **7964 | 8.93 |
| 10/24 | DBT CRD 19:00 10/23/24 8017014 SHM HARBORS VIEW MARIN 918-782-3277OK Card # **7964 | 661.00 |
| 10/24 | DBT CRD 19:00 10/23/24 6900012 M & D DISTRIBUTORS 866-4102442TX Card # **7964 | 933.46 |
| 10/24 | PAYMENT     Osborn Trash Ser 5907503000     10/24/24 ID #-7590750000341 TRACE # 091408595482301 | 150.00 |
| 10/25 | POS DEB 16:11 10/24/24 7667822 OKIE S GAS HOLDENVILLEOK Card # **7964 | 31.24 |
| 10/28 | POS DEB 10:07 10/28/24 0151575 HORNTOWN MART 3299 HIGHWAY 75    US HOLDENVILLEOK   C#**7964 | 335.25 |
| 10/29 | DBT CRD 19:00 10/28/24 8900015 LAMBERT FARM & RANCH 405-3796957OK Card # **7964 | 496.46 |
| 10/30 | ONLINE WIRE MONTHLY FEE | 10.95 |



Date 10/31/24  Page  8 of  8
Account Number   Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK  74859-0309

Basic Business          Ending 5504  (Continued)

### DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | ONLINE BANKING WIRE BAS BUS      0008 | 38.85 |

### CHECKS PAID

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 10/31 | 13876 | 254.00 | 10/22 | 13877 | 2,500.00 |

*Indicates Skip in Check Number

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10/01 | 161,100.27 | 10/11 | 157,255.16 | 10/25 | 152,039.85 |
| 10/02 | 160,963.41 | 10/15 | 156,431.06 | 10/28 | 151,704.60 |
| 10/04 | 145,892.03 | 10/16 | 156,403.34 | 10/29 | 151,208.14 |
| 10/07 | 144,715.36 | 10/21 | 156,384.38 | 10/30 | 151,197.19 |
| 10/08 | 257,796.78 | 10/22 | 153,884.38 | 10/31 | 150,904.34 |
| 10/09 | 256,706.14 | 10/23 | 153,824.48 | | |
| 10/10 | 254,570.12 | 10/24 | 152,071.09 | | |

**Check 13876**

CM HEAVY MACHINERY
P.O. BOX 309
OKEMAH, OK 74859

MABREY BANK
WWW.MABREYBANK.COM
86-1211/1031

13876

10/03/2024

PAY TO THE ORDER OF: Office of the U.S. Trustee — $*254.00

Two hundred fifty-four and 00/100************ DOLLARS

Office of the U.S. Trustee
224 S Boulder Ave
Suite 225
Tulsa, OK 74103-3024

MEMO: acct # 867-24-80617

Force Pay   Date: 10/31   Amount: $254.00

---

**Check 13871**

CM HEAVY MACHINERY
P.O. BOX 309
OKEMAH, OK 74859

MABREY BANK
WWW.MABREYBANK.COM
86-1211/1031

1387[1]

10/18/2024

PAY TO THE ORDER OF: Clint Meadors* — $*2,500.00

Two thousand five hundred and 00/100************ DOLLARS

Clint Meadors*
PO BOX 309
Okemah, OK 74859

MEMO: Contract labor 9/28/24 10/1/24

Force Pay   Date: 10/22   Amount: $2,500.00

# RECONCILIATION INSTRUCTIONS

- Please examine this statement and items at once and refer any exceptions immediately.
- Sort your checks numerically or by date issued.
- Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided below. Include any checks still not paid from previous statement(s).
- Subtract from your checkbook balance any SERVICE CHARGE or bank charge appearing on this statement.
- Reconcile your statement in the space provided below.

## OUTSTANDING CHECKS

MONTH _____ 20_____

| Reconciliation of Account | | |
|---|---|---|
| CHECKS WRITTEN BUT NOT PAID | | |
| NUMBER | AMOUNT | |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Enter bank balance from statement |
|  |  |  |
|  |  | Add deposits not credited by bank (if any) |
|  |  |  |
|  |  | TOTAL |
|  |  |  |
| Total of Checks not paid | $ | Subtract total of checks not paid |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ⇨ | | |

## IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Some transactions to your account may be accomplished electronically. If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and determine whether an error occurred within 10 business days (5 business days for VISA Point-of-Sale (POS) transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct promptly. If we need more time; however, we may take up to 45 days (90 days if the transfer involved a POS transaction, a new account, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa POS transactions and 20 business days if the transfer involved a new account) for the amount you think is in error so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made if you are a new customer.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

**Note: Error resolution disclosures apply to consumer accounts only.**