In re:  Case No. 24-80617-PRT
C M Heavy Machinery, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 3
Date Rcvd: Dec 11, 2024　　　　　　　　Form ID: pdfmtrx　　　　　　　　Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| 1975356 | + | ARA Insurance Agency, 11225 College Blvd Suite 250, Overland Park, KS 66210-2769 |
| 1975357 | + | AT&T Business, 211 S. Akard, Dallas, TX 75202-4207 |
| 1975355 | + | Aaron Lowe, 380058 Old Highway 62, Okemah, OK 74859-5916 |
| 1975358 | + | Barnhill Contracting Company, 800 Tiffany Blvd Suite 200 P O Box 7948, Rocky Mount, NC 27804-0948 |
| 1975359 | | Blue Bridge Financial, LLC, 11911 Freedom Dr, One Fountain Square, set 570, Reston, VA 20190 |
| 1975360 | | Bob Cherot, Voss, Michaels, Lee & Associates, Inc., PO Box 1829, Holland, MI 49422-1829 |
| 1975364 | + | CIG Logistics, Inc., 209 W 2nd Street, Fort Worth, TX 76102-3021 |
| 1975362 | + | Caterpillar Financial Services, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 1975365 | | Clint Meadors, 11097 Highway 27, Okemah, OK 74859 |
| 1975368 | + | DLL Finance / Agricredit, PO Box 77122, Minneapolis, MN 55480-7702 |
| 1975367 | + | Daniel V. Carsey, Hall, Estill, Hardwick, Gable, Golden, 100 North Broadway Suite 2900, Oklahoma City, OK 73102-8808 |
| 1975370 | + | Enfield Timber, LLC, 21144 US Highway 301, Enfield, NC 27823-8990 |
| 1975371 | + | FedEx, PO Box 223125, Pittsburgh, PA 15251-2125 |
| 1975372 | + | First Foundation Bank, 18101 Von Karmen Avenue, ste 750, Irvine, CA 92612-0005 |
| 1975373 | + | Great Plains Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |
| 1975376 | + | Great Plains National Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |
| 1975375 | + | Great Plains National Bank, 2017 W. 3rd, Elk City, OK 73644-4305 |
| 1981328 | + | Great Plains National Bank, Hall Estill c/o Steve Soule, 521 East 2nd St., Suite 1200, Tulsa, OK 74120-1855 |
| 1975377 | + | Gregory Poole Equipment Company, 4807 Beryl Road, Raleigh, NC 27606-1406 |
| 1975378 | + | Gungoll, Jackson, Box & Devoll, P.C., PO Box 1549, Enid, OK 73702-1549 |
| 1975379 | + | Hentges & Associates, PLLC, 102 E Thatcher St, Edmond, OK 73034-3665 |
| 1976089 | + | Holt Texas, Ltd., Caldwell Clark Fanucchi & Finlayson PLLC, 700 N. St. Mary's Street, #1825, San Antonio, TX 78205-3545 |
| 1981060 | + | James Supplies LLC, PO Box 360, Pauls Valley OK 73075-0360 |
| 1975382 | + | James Supplies, L.L.C., c/o Jay V. Harper 410 S. Chickasaw, Pauls Valley, OK 73075-4220 |
| 1975383 | + | Janae L. Wright, 2914 Colonial Lane, Edmond, OK 73013-6477 |
| 1975384 | + | Jerome S. Sepkowitz, Esq., Derryberry & Naifeh, LLP, 4800 North Lincoln Boulevard, Oklahoma City, OK 73105-3321 |
| 1975388 | + | Mabrey Bank, PO Box 130, Bixby, OK 74008-0130 |
| 1981330 | + | Matthew P. Weiner, Poyner Spruill, LLP, Attn: Matthew P. We, PO Box 1801, Raleigh, NC 27602-1801 |
| 1976124 | + | McAfee & Taft A Professional Corporation, Two Leadership Square, 8th Floor, 211 N. Robinson, Oklahoma City, OK 73102-7109 |
| 1975389 | | McAfee & Taft, A Professional Corporatio, Attn: Michael Lauderdale, 211 N. Robinson 8th Floor, Two Leadershi, Oklahoma City, OK 73102 |
| 1981319 | + | Mylon D. Smith, Crowe Dunlevy, 324 N Robinson Ave., Suite 100, Oklahoma City, OK 73102-6417 |
| 1975390 | | Mylon D. Smith, Crowe & Dunlevy, a Professional Corporat, Braniff Building 423 N. Robinson Avenue,, Oklahoma City, OK 73102 |
| 1975391 | + | Nolen Propane Company, 2378 Hwy. 75, Wetumka, OK 74883-6202 |
| 1975392 | + | Norman Wohlgemuth, LLP, 401 S. Boston Avenue Suite 3200, Tulsa, OK 74103-4024 |
| 1975393 | + | Okemah Oil Company, 4 E Broadway St, Okemah, OK 74859-2660 |
| 1975394 | + | Oklahoma Natural Gas, PO Box 219296, Kansas City, MO 64121-9296 |
| 1975395 | + | Oklahoma Tax Commission, 300 N Broadway Avenue, Oklahoma City, OK 73102-6403 |
| 1975462 | + | Oklahoma Tax Commission, Oklahoma City OK 73194-0001 |
| 1975396 | + | Pe Ben Industries Companies, Inc., 811 Dallas Street, Houston, TX 77002-5900 |
| 1975397 | + | Recovery Logistics, Inc., 507 S 14th, Fort Smith, AR 72901-4607 |
| 1975398 | + | Robert D. Wilson, PC, 1900 Preston Road Suite 267-72, Plano, TX 75093-5175 |
| 1975399 | + | Ross Plourde, Esq., 211 N. Robinson, 8th Floor Two Leadership Square, Oklahoma City, OK 73102-7109 |
| 1975400 | + | Scott Equipment, 6149 Hwy 90 E, Lake Charles, LA 70615-4707 |
| 1975401 | + | Standard Freight LLC, 2401 Independence Parkway S, La Porte, TX 77571-9805 |

| | | |
|---|---|---|
| 1975402 | + | T&J Grading Company LLC, 2054 Kildare Farm Rd. #352, Cary, NC 27518-6614 |
| 1975403 | + | Targeted Lease Capital LLC, 5500 Main Street Suite 300, Williamsville , NY 14221-6753 |
| 1975404 | + | Tuggle Duggins, 400 Bellemeade Street Suite 800, Greensboro, NC 27401-3796 |
| 1981363 | + | Tuggle Duggins, P.A., 400 Bellemeade Street, Suite 800, Greensboro, NC 27401-3796 |
| 1975405 | + | Unifirst, 2100 N Beech Avenue, Broken Arrow, OK 74012-1167 |
| 1975406 | + | Warren Power & Machinery, Inc., c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 1975407 | | Waukesha-Pearce Industries, LLC, PO Box 65038, Houston, TX 77235 |
| 1975408 | + | Wheeler Metals, 3100 W 40th Street N, Muskogee, OK 74401-5435 |
| 1975409 | + | Wisner Law, 703 S. Western Road, Stillwater, OK 74074-4126 |
| 1975410 | + | Woita Forest Products, LLC, 601 Calvert Street Suite Q, Lincoln, NE 68502-4362 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ssoule@hallestill.com | Dec 11 2024 18:50:00 | Great Plains National Bank, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200, Tulsa, OK 74120-1855 |
| 1975361 | + Email/Text: cls-bankruptcy@wolterskluwer.com | Dec 11 2024 18:50:00 | C T Corporation, PO Box 4349, Carol Stream, IL 60197-4349 |
| 1975363 | Email/Text: fpdbankruptcynoticesgroup@cat.com | Dec 11 2024 18:50:00 | Caterpillar Financial Services Corp, 2120 West End Avenue, Nashville, TN 37203 |
| 1976989 | + Email/Text: cls-bankruptcy@wolterskluwer.com | Dec 11 2024 18:50:00 | CT Corporation, Attn: Bankruptcy (SOP), 28 Liberty Street, New York, NY 10005-1441 |
| 1980497 | ^ MEBN | Dec 11 2024 18:48:13 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 1975380 | + Email/Text: roy.wahne@holtcat.com | Dec 11 2024 18:50:00 | Holt Texas Ltd., 5665 SE Loop 410, San Antonio, TX 78222-3903 |
| 1975381 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 11 2024 18:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1976535 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 11 2024 18:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 1975385 | + Email/Text: bbarry@komatsuna.com | Dec 11 2024 18:50:00 | Komatsu Financial L.P., 8770 W Bryn Mawr Ave Suite 100, Chicago, IL 60631-3782 |
| 1975386 | ^ MEBN | Dec 11 2024 18:48:13 | Kubota Credit Corp, U.S.A, PO Box 2046, Grapevine, TX 76099-2046 |
| 1975387 | ^ MEBN | Dec 11 2024 18:48:14 | Kubota Credit Corporation USA, PO Box 2046, Grapevine, TX 76099-2046 |
| 1976439 | + Email/Text: msuess@tax.ok.gov | Dec 11 2024 18:50:00 | Oklahoma Tax Commission, 201 W 5th St. Ste. 400, General Counsel's Office, Tulsa, OK 74103-4211 |
| 1977418 | + Email/Text: richard.wallace@solidcounsel.com | Dec 11 2024 18:50:00 | Richard J. Wallace III, Scheef & Stone LLP, 500 N. Akard, Ste. 2700, Dallas, TX 75201-3306 |
| 1975366 | Email/Text: pacer@cpa.state.tx.us | Dec 11 2024 18:50:00 | Comptroller of Public Accounts, PO Box 149359, Austin, TX 78714-9359 |
| 1975463 | + Email/Text: USAOKE.ECFCivil@usdoj.gov | Dec 11 2024 18:50:00 | United States Attorney, Eastern District of Oklahoma, 520 Denison Ave., Muskogee OK 74401-6007 |
| 1976088 | + Email/Text: zfanucchi@ceflegalsa.com | Dec 11 2024 18:50:00 | Zachary J. Fanucchi, Caldwell Clark Fanucchi & Finlayson PLLC, 700 N. St. Mary's Street, #1825, San Antonio, TX 78205-3545 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | No Trustee |
| cr | | Caterpillar Financial Services Corporation |
| cr | | Recovery Logistics, Inc. |
| 1975369 | | Dozr, Ltd., 318 DUKE ST W KITCHENER, ONTARIO CANADA-N2H3Y1 |
| 1975374 | *+ | Great Plains Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Daniel Vaughn Carsey | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com |
| Gary M. McDonald | on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com |
| Karen Carden Walsh | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |
| Mary Kindelt | on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov |
| Maurice VerStandig | on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email |
| Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |
| Steven William Soule | on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com |

TOTAL: 9

**Dated: December 11, 2024**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

C M Heavy Machinery, LLC                               Case No. 24-80617-PRT
aka CM Heavy Machinery, LLC                            Chapter 11

        Debtor(s).

### ORDER AND NOTICE OF HEARING ON
### DISCLOSURE STATEMENT

TO THE DEBTOR, CREDITORS, AND OTHER PARTIES IN INTEREST:

The Debtor filed the Disclosure Statement (Docket Entry 56) on December 6, 2024, and the Chapter 11 Plan of Reorganization (Docket Entry 58) on December 9, 2024.

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The hearing to consider approval of the Disclosure Statement will be held **on February 12, 2025, at 10:00 a.m.** **in the Ed Edmondson Federal Courthouse, 101 N. 5th Street, Muskogee, Oklahoma.**

2. The last date to file and serve written Objections to the Disclosure Statement pursuant to Rule 3017(a), Fed. R. Bankr. P. is fixed as:

**January 31, 2025**

3. The deadline to file Complaint Objecting to Discharge of the Debtor is the first date set for hearing on confirmation of Plan. The notice of that date will be set at a later time.

4. Interested parties should attend and be prepared to present legal argument. The Court will not hear testimony unless the Court directs otherwise.

5. Within seven (7) days, the plan proponent shall transmit a copy of the Disclosure Statement and Chapter 11 Plan of Reorganization to the Debtor, United States Trustee, each committee appointed pursuant to §1102 of the Code, the Securities and Exchange Commission, and any party in interest who has requested or requests in writing a copy of the Disclosure Statement and Chapter 11 Plan of Reorganization and file with the Court an Affidavit of Mailing within two (2) days.

6. Requests for copies of the Disclosure Statement should be directed to:

Maurice VerStandig  
The VerStandig Law Firm, LLC  
9812 Falls Road, #114-160  
Potomac, MD 20854

cc

###