# CM Heavy Machinery LLC

**Mabrey Operating Acct-5504, Period Ending 11/30/2024**

### RECONCILIATION REPORT

Reconciled on: 12/18/2024

Reconciled by: Holly Goodson

Any changes made to transactions after this date aren't included in this report.

## Summary                                                                                                                                 USD

| | |
|---|---:|
| Statement beginning balance | 150,904.34 |
| Checks and payments cleared (42) | -39,712.00 |
| Deposits and other credits cleared (1) | 29,895.38 |
| Statement ending balance | 141,087.72 |
| | |
| Uncleared transactions as of 11/30/2024 | 38,840.99 |
| Register balance as of 11/30/2024 | 179,928.71 |
| Cleared transactions after 11/30/2024 | 0.00 |
| Uncleared transactions after 11/30/2024 | -41,651.91 |
| Register balance as of 12/18/2024 | 138,276.80 |

## Details

Checks and payments cleared (42)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/01/2024 | Check | 13878 | Clint Meadors* | -2,500.00 |
| 11/01/2024 | Expense | | | -27.34 |
| 11/01/2024 | Expense | | FUEL | -75.05 |
| 11/01/2024 | Expense | | FUEL | -23.25 |
| 11/01/2024 | Bill Payment | 13885 | Double M Construction, INC | -17,700.00 |
| 11/04/2024 | Expense | | Intuit | -20.00 |
| 11/04/2024 | Expense | | Intuit | -118.90 |
| 11/05/2024 | Expense | | JANAE L WRIGHT | -500.00 |
| 11/05/2024 | Expense | | | -2,366.90 |
| 11/06/2024 | Expense | | AEP Public Service | -870.75 |
| 11/07/2024 | Check | 13886 | FIRE SUPPRESSION SPECI… | -85.00 |
| 11/07/2024 | Expense | | Wal-Mart | -304.18 |
| 11/08/2024 | Expense | | Block Exception | -2.45 |
| 11/08/2024 | Expense | | | -60.00 |
| 11/12/2024 | Expense | | GoDaddy | -1,259.64 |
| 11/12/2024 | Expense | | | -604.88 |
| 11/12/2024 | Expense | | | -84.81 |
| 11/12/2024 | Expense | | Okfuskee County RWD #2 | -52.65 |
| 11/12/2024 | Expense | | Okfuskee County RWD #2 | -72.32 |
| 11/12/2024 | Expense | | LOVES | -29.69 |
| 11/12/2024 | Expense | | Loan 482237 | -2,136.02 |
| 11/14/2024 | Expense | | Intuit | -297.00 |
| 11/14/2024 | Expense | | | -568.60 |
| 11/15/2024 | Check | 13889 | Clint Meadors* | -2,500.00 |
| 11/15/2024 | Check | 13888 | TRACY D GOZA | -1,365.47 |
| 11/19/2024 | Expense | | Block Exception | -2.45 |
| 11/19/2024 | Expense | | | -50.00 |
| 11/20/2024 | Expense | | Tener's | -37.74 |
| 11/20/2024 | Expense | | | -37.36 |
| 11/20/2024 | Expense | | | -7.15 |
| 11/20/2024 | Expense | | NAPA/BENSON TRUE VALUE | -392.72 |
| 11/20/2024 | Expense | | Intuit | -194.00 |
| 11/20/2024 | Expense | | Tener's | -737.81 |
| 11/21/2024 | Expense | | NAPA/BENSON TRUE VALUE | -834.78 |
| 11/22/2024 | Expense | | AMAZON | -103.27 |
| 11/22/2024 | Expense | | | -761.94 |
| 11/22/2024 | Expense | | SABER TRANSPORTATION | -454.00 |
| 11/25/2024 | Expense | | FUEL | -119.43 |
| 11/25/2024 | Expense | | NAPA/BENSON TRUE VALUE | -109.69 |
| 11/25/2024 | Expense | | NAPA/BENSON TRUE VALUE | -1,594.76 |

Case 24-80617    Doc 63-2    Filed 12/23/24    Entered 12/23/24 13:42:36    Desc
November Bank Reconciliation Report    Page 1 of 3

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/26/2024 | Expense | | LOVES | -500.00 |
| 11/26/2024 | Expense | | Osborn Trash Service | -150.00 |
| Total | | | | -39,712.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/25/2024 | Receive Payment | Ch#6049 | Smith Energy Services, Inc. | 29,895.38 |
| Total | | | | 29,895.38 |

**Additional Information**

Uncleared checks and payments as of 11/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2023 | Payroll Check | | Michael B. Taron | -1,321.07 |
| 04/14/2023 | Payroll Check | | Michael B. Taron | -298.52 |
| 07/27/2023 | Sales Tax Payment | | | -658.01 |
| 07/27/2023 | Sales Tax Payment | | | -5,275.20 |
| 11/03/2023 | Payroll Check | 9999 | TRACY GOZA | -1,200.00 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/11/2024 | Sales Tax Payment | | | -77.62 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/26/2024 | Bill Payment | DD | TRACY D GOZA | -1,313.88 |
| 11/13/2024 | Check | 13887 | Lewis Printing | -55.25 |
| 11/25/2024 | Check | 13890 | Kyle Cates | -1,000.00 |
| 11/25/2024 | Check | 13891 | Kyle Cates | -1,000.00 |
| Total | | | | -12,428.69 |

Uncleared deposits and other credits as of 11/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/20/2023 | Transfer | | | 0.00 |
| 11/30/2023 | Sales Tax Payment | | | 0.00 |
| 12/15/2023 | Check | 13842 | DAX STUART | 0.00 |
| 01/04/2024 | Expense | PAYPAL | HP | 0.00 |
| 04/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 05/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 06/11/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 07/11/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 08/12/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 09/12/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 10/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 11/18/2024 | Receive Payment | 6112 | Smith Energy Services, Inc. | 46,052.76 |
| 11/18/2024 | Receive Payment | 2794 | PLATINUM CROSS WELDING | 5,216.92 |
| Total | | | | 51,269.68 |

Uncleared checks and payments after 11/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/02/2024 | Check | 13892 | Clint Meadors | -5,000.00 |
| 12/02/2024 | Expense | | BANK FEE | -10.95 |
| 12/03/2024 | Expense | | AT&T - INTERNET - 9533 | -1,805.13 |
| 12/03/2024 | Check | 13893 | Brandon Beck | -1,000.00 |
| 12/03/2024 | Expense | | Intuit | -20.00 |
| 12/04/2024 | Check | 13894 | Okfuskee County RWD #2 | -45.62 |
| 12/04/2024 | Check | 13879 | KIRBY SMITH MACHINERY, I… | -34,723.80 |
| 12/05/2024 | Expense | | Block Exception | -2.45 |

Case 24-80617    Doc 63-2    Filed 12/23/24    Entered 12/23/24 13:42:36    Desc November Bank Reconciliation Report    Page 2 of 3

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/05/2024 | Expense |  | Office of the U.S. Trustee | -523.00 |
| 12/06/2024 | Expense |  | Block Exception | -2.45 |
| 12/12/2024 | Expense |  | OKLAHOMA TAX COMMISSI… | -26.00 |
| 12/16/2024 | Expense |  | Intuit | -297.00 |
| 12/17/2024 | Expense |  | FUEL | -105.03 |
| 12/17/2024 | Expense |  | Wal-Mart | -454.69 |
| Total |  |  |  | -44,016.12 |

Uncleared deposits and other credits after 11/30/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/04/2024 | Deposit |  | DOGGETT MACHINERY SER… | 2,364.21 |
| Total |  |  |  | 2,364.21 |

**Case 24-80617    Doc 63-2    Filed 12/23/24    Entered 12/23/24 13:42:36    Desc
November Bank Reconciliation Report    Page 3 of 3**