

```
                                           Date 11/29/24 Page   1 of   6
                                           Account Number    Ending 5504


     C M HEAVY MACHINERY LLC
     PO BOX 309
     OKEMAH OK   74859-0309
```

## CHECKING ACCOUNT

```
 Basic Business                    Number of Enclosures              6
 Account Number        Ending 5504 Statement Dates 11/01/24 thru 11/30/24
 Previous Balance       150,904.34 Days in the statement period      30
    1 Deposits/Credits   29,895.38 Average Ledger              154,957
   42 Checks/Debits      39,712.00 Average Collected           151,968
 Service Charge                .00
 Interest Paid                 .00
 Ending Balance         141,087.72
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $560.15 |
| Total Return Item Fees | $.00 | $230.65 |

### CREDITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Regular Deposit | 29,895.38 |

### DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | DBT CRD 19:00 10/31/24 1136967<br>E EXPRESS @ OKEMAH<br>OKEMAHOK<br>Card # **7964 | 23.25 |
| 11/01 | DBT CRD 19:00 10/31/24 3900016<br>SAN MARCOS NEWCASTLE | 27.34 |



```
C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK  74859-0309
```

Basic Business                   Ending 5504   (Continued)

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
|  | 405-7182229OK | |
|  | Card # **7964 | |
| 11/01 | DBT CRD 19:00 10/31/24 9137231 | 75.05 |
|  | EEXPRESS @ OKEMAH | |
|  | OKEMAHOK | |
|  | Card # **7964 | |
| 11/04 | DBT CRD 19:00 11/02/24 4101751 | 118.90 |
|  | INTUIT *QuickBooks | |
|  | CL.INTUIT.COMCA | |
|  | Card # **7964 | |
| 11/04 | ACCT FEE    INTUIT 06473383 | 20.00 |
|  | 9215986202          11/04/24 | |
|  | ID #-524771001250009 | |
|  | TRACE # 021000028741847 | |
| 11/05 | POS DEB 15:20 11/04/24 8159646 | 500.00 |
|  | CASH APP*JANAE WRIGHT | |
|  | SQUAREUP.COM | |
|  | OAKLANDCA     C#**7964 | |
| 11/05 | DBT CRD 18:00 11/04/24 0714348 | 2,366.90 |
|  | FIND IT PARTS | |
|  | 888-312-8812CA | |
|  | Card # **7964 | |
| 11/06 | BILL PAY    AEP PUBLIC SERVI | 870.75 |
|  | 7529030411          11/06/24 | |
|  | ID #-20486216201 | |
|  | TRACE # 031101110800911 | |
| 11/07 | POS DEB 22:43 11/06/24 7200 | 304.18 |
|  | WAL-MART #0247 | |
|  | 605 E MAIN ST | |
|  | HENRYETTAOK    C#**7964 | |
| 11/08 | DBT CRD 18:00 11/07/24 7144299 | 60.00 |
|  | JUNES | |



C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK  74859-0309

Basic Business                          Ending 5504   (Continued)

| DEBITS | | |
|---|---|---|
| DATE | TRANSACTION DESCRIPTION | AMOUNT |
| | HOLDENVILLEOK<br>Card # **7964 | |
| 11/08 | POS PAY & ACH BLOCK EXCEPTION | 2.45 |
| 11/12 | POS DEB 14:34 11/10/24 5281043<br>Love s #0274 Inside<br>OKEMAHOK<br>Card # **7964 | 29.69 |
| 11/12 | DBT CRD 18:00 11/11/24 6148167<br>PEPINO S MEXICAN RESTAUR<br>OKEMAHOK<br>Card # **7964 | 84.81 |
| 11/12 | DBT CRD 18:00 11/11/24 7742488<br>FIND IT PARTS<br>888-312-8812CA<br>Card # **7964 | 604.88 |
| 11/12 | DDA B/P 05:10 11/09/24 0836418<br>DNH*GODADDY.COM<br>DNH*GODADDY#3400822912<br>TEMPEAZ           C#**7964 | 1,259.64 |
| 11/12 | LOAN 482237 | 2,136.02 |
| 11/12 | Payment     RURAL WATER DIS#<br>1730983204        11/12/24<br>TRACE # 103003630004753<br>Water Payment | 52.65 |
| 11/12 | Payment     RURAL WATER DIS#<br>1730983204        11/12/24<br>TRACE # 103003630004812<br>Water Payment | 72.32 |
| 11/14 | DBT CRD 18:00 11/13/24 5017014<br>SHM HARBORS VIEW MARIN | 568.60 |



```
                                     Date 11/29/24 Page    4 of    6
                                     Account Number    Ending 5504


     C M HEAVY MACHINERY LLC
     PO BOX 309
     OKEMAH OK   74859-0309
```

Basic Business                        Ending 5504   (Continued)

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| | DEBITS | |
| | 918-782-3277OK<br>Card # **7964 | |
| 11/14 | QBooks Onl INTUIT *<br>0000756346        11/14/24<br>ID #-7605461<br>TRACE # 021000029951201 | 297.00 |
| 11/19 | POS DEB 12:25 11/19/24 3785185<br>EEXPRESS AT OKEMAH<br>OKEMAHOK<br>Card # **7964 | 50.00 |
| 11/19 | POS PAY & ACH BLOCK EXCEPTION | 2.45 |
| 11/20 | DBT CRD 18:00 11/20/24 5500624<br>MCALISTERS DELI 720<br>SHAWNEEOK<br>Card # **7964 | 7.15 |
| 11/20 | DBT CRD 18:00 11/20/24 1500624<br>MCALISTERS DELI 720<br>SHAWNEEOK<br>Card # **7964 | 37.36 |
| 11/20 | DBT CRD 18:00 11/19/24 0900010<br>TENER\ S WESTERN OUTFITTE<br>SHAWNEEOK<br>Card # **7964 | 37.74 |
| 11/20 | DBT CRD 18:00 11/19/24 8900016<br>BENSON HARDWARE & AUTO<br>918-6230192OK<br>Card # **7964 | 392.72 |
| 11/20 | DBT CRD 18:00 11/19/24 9900010<br>TENER\ S WESTERN OUTFITTE<br>SHAWNEEOK<br>Card # **7964 | 737.81 |



```
                                          Date 11/29/24 Page    5 of    6
                                          Account Number    Ending 5504


     C M HEAVY MACHINERY LLC
     PO BOX 309
     OKEMAH OK   74859-0309
```

Basic Business                Ending 5504   (Continued)

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| | **DEBITS** | |
| 11/20 | DBT CRD 18:00 11/20/24 0107318<br>INTUIT *QuickBooks<br>CL.INTUIT.COMCA<br>Card # **7964 | 194.00 |
| 11/21 | DBT CRD 18:00 11/20/24 9900016<br>BENSON HARDWARE & AUTO<br>918-6230192OK<br>Card # **7964 | 834.78 |
| 11/22 | DBT CRD 18:00 11/21/24 9108564<br>AMAZON MKTPL*PR4GR2P53<br>Amzn.com/billWA<br>Card # **7964 | 103.27 |
| 11/22 | POS DEB 17:23 11/21/24 8072059<br>EEXPRESS AT OKEMAH<br>OKEMAHOK<br>Card # **7964 | 761.94 |
| 11/22 | SALE        SABER TRANSPORTA<br>9215986202          11/22/24<br>ID #-<br>TRACE # 021000022653358 | 454.00 |
| 11/25 | DBT CRD 18:00 11/23/24 4160946<br>EEXPRESS @ OKEMAH<br>OKEMAHOK<br>Card # **7964 | 119.43 |
| 11/25 | DBT CRD 18:00 11/22/24 0900016<br>BENSON HARDWARE & AUTO<br>918-6230192OK<br>Card # **7964 | 1,594.76 |
| 11/26 | DBT CRD 18:00 11/25/24 7900015<br>BENSON HARDWARE & AUTO | 109.69 |



Date 11/29/24  Page   6 of   6
Account Number    Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK   74859-0309

Basic Business                          Ending 5504   (Continued)

## DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| | 918-6230192OK | |
| | Card # **7964 | |
| 11/26 | POS DEB 14:44 11/25/24 5220207 | 500.00 |
| | Love s #0274 Inside | |
| | OKEMAHOK | |
| | Card # **7964 | |
| 11/26 | PAYMENT    Osborn Trash Ser | 150.00 |
| | 5907503000        11/26/24 | |
| | ID #-7590750000341 | |
| | TRACE # 091408596040035 | |

## CHECKS PAID

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 11/04 | 13878 | 2,500.00 | 11/19 | 13888* | 1,365.47 |
| 11/08 | 13885* | 17,700.00 | 11/21 | 13889 | 2,500.00 |
| 11/19 | 13886 | 85.00 | | | |

*Indicates Skip in Check Number

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11/01 | 180,674.08 | 11/08 | 156,230.90 | 11/21 | 144,880.81 |
| 11/04 | 178,035.18 | 11/12 | 151,990.89 | 11/22 | 143,561.60 |
| 11/05 | 175,168.28 | 11/14 | 151,125.29 | 11/25 | 141,847.41 |
| 11/06 | 174,297.53 | 11/19 | 149,622.37 | 11/26 | 141,087.72 |
| 11/07 | 173,993.35 | 11/20 | 148,215.59 | | |

Regular Deposit   Date: 11/01   Amount: $29,895.38

Force Pay   Date: 11/04   Amount: $2,500.00

Force Pay   Date: 11/08   Amount: $17,700.00

Force Pay   Date: 11/19   Amount: $85.00

Force Pay   Date: 11/19   Amount: $1,365.47

Force Pay   Date: 11/21   Amount: $2,500.00

## RECONCILIATION INSTRUCTIONS

- Please examine this statement and items at once and refer any exceptions immediately.
- Sort your checks numerically or by date issued.
- Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided below. Include any checks still not paid from previous statement(s).
- Subtract from your checkbook balance any SERVICE CHARGE or bank charge appearing on this statement.
- Reconcile your statement in the space provided below.

## OUTSTANDING CHECKS

MONTH _____ 20_____

| Reconciliation of Account | |
|---|---|
| CHECKS WRITTEN BUT NOT PAID | |
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | | | |
|---|---|---|---|
|  |  | Enter bank balance from statement |  |
|  |  | Add deposits not credited by bank (if any) |  |
|  |  | **TOTAL** |  |
| Total of Checks not paid | $ | Subtract total of checks not paid |  |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ⇨ | | | |

## IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Some transactions to your account may be accomplished electronically. If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
      If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and determine whether an error occurred within 10 business days (5 business days for VISA Point-of-Sale (POS) transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct promptly. If we need more time; however, we may take up to 45 days (90 days if the transfer involved a POS transaction, a new account, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa POS transactions and 20 business days if the transfer involved a new account) for the amount you think is in error so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made if you are a new customer.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.
You may ask for copies of the documents that we used in our investigation.
*Note: Error resolution disclosures apply to consumer accounts only.

Case 24-80617    Doc 63-3    Filed 12/23/24    Entered 12/23/24 13:42:36    Desc
November Bank Statement    Page 8 of 8