# CM Heavy Machinery LLC

## Profit and Loss
### November 2024

|  | TOTAL |
|---|---:|
| **Income** | |
|    411   RENTAL DEPARTMENT INCOME | 1,218.50 |
|     412 - VENDOR RE-RENTAL INCOME | 81,750.00 |
|   **Total 411   RENTAL DEPARTMENT INCOME** | **82,968.50** |
|   Sales of Product Income | 15,000.00 |
|   Shipping Income | 22,500.00 |
| **Total Income** | **$120,468.50** |
| **Cost of Goods Sold** | |
|   510 - HAULING DEPT EXPENSE. | 109.69 |
|    511   CONTRACT HAULING - EXPENSE | 2,000.00 |
|   **Total 510 - HAULING DEPT EXPENSE.** | **2,109.69** |
|   Cost of Goods Sold | 0.00 |
|    512-RENTAL DEPT EXPENSE | 17,700.00 |
|   **Total Cost of Goods Sold** | **17,700.00** |
| **Total Cost of Goods Sold** | **$19,809.69** |
| **GROSS PROFIT** | **$100,658.81** |
| **Expenses** | |
|   601   AUTO EXPENSE | |
|    601-1   MAINTENANCE | 4,199.28 |
|    601-5   FUEL | 29.69 |
|   **Total 601   AUTO EXPENSE** | **4,228.97** |
|   604   BANK FEES | 4.90 |
|   617   COMPUTER & INTERNET EXP | 1,150.00 |
|   643   MEALS AND ENTERTAINMENT | 239.91 |
|   649   OFFICE SUPPLIES | 359.43 |
|   672   REPAIRS & MAINT. | 1,594.76 |
|   686   UTILITIES | 1,945.72 |
|   Auto Expense | |
|    DIESEL FUEL | 1,506.42 |
|   **Total Auto Expense** | **1,506.42** |
|   Contract Labor | 6,865.47 |
|   DOT Expenses | 454.00 |
|   Office Maintenance | 85.00 |
|   Office Supplies & Software | 1,992.81 |
|   Uniforms | 775.55 |
| **Total Expenses** | **$21,202.94** |
| **NET OPERATING INCOME** | **$79,455.87** |
| **Other Expenses** | |
|   800   Ask My Accountant | 2,636.02 |

# CM Heavy Machinery LLC

## Profit and Loss
November 2024

|  | TOTAL |
|---|---:|
| Owner Withdrawal | 568.60 |
| **Total Other Expenses** | **$3,204.62** |
| NET OTHER INCOME | $ -3,204.62 |
| **NET INCOME** | **$76,251.25** |