UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 24–80617**
**Chapter: 11**

FILED
Dec. 27, 2024
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  C M Heavy Machinery, LLC
  aka CM Heavy Machinery, LLC
  11097 Highway 27
  Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
  42–1737967

Notice of Status Hearing. Hearing set for failure to file a Certificate of mailing of the Disclosure Statement filed 12/02/24, Plan of Reorganization filed 12/06/24, and Order and Notice of Hearing filed 12/11/2024. The Debtor's Attorney is required to appear at this hearing unless you have complied with the court's requirement prior to the hearing date. Status hearing to be held on 1/23/2025 at 11:00 AM at Call 918.800.1393 Conf ID 192 652 576#. (Anderson, Debi)

Dated: December 27, 2024

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**