United States Bankruptcy Court
Eastern District of Oklahoma

In re:                                                                    Case No. 24-80617-PRT
C M Heavy Machinery, LLC                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7                                    User: admin                                      Page 1 of 2
Date Rcvd: Dec 27, 2024                          Form ID: MinBK                               Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ssoule@hallestill.com | Dec 27 2024 18:57:00 | Great Plains National Bank, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200, Tulsa, OK 74120-1855 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | No Trustee |
| cr | | Caterpillar Financial Services Corporation |
| cr | | Recovery Logistics, Inc. |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2024                            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Daniel Vaughn Carsey | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com kjanke@hallestill.com |

Gary M. McDonald
      on behalf of Creditor Recovery Logistics Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com

Karen Carden Walsh
      on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Mary Kindelt
      on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
      on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
      USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
      on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 24−80617**
**Chapter: 11**

**FILED**
Dec. 27, 2024
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  C M Heavy Machinery, LLC
  aka CM Heavy Machinery, LLC
  11097 Highway 27
  Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
   42−1737967

Notice of Status Hearing. Hearing set for failure to file a Certificate of mailing of the Disclosure Statement filed 12/02/24, Plan of Reorganization filed 12/06/24, and Order and Notice of Hearing filed 12/11/2024. The Debtor's Attorney is required to appear at this hearing unless you have complied with the court's requirement prior to the hearing date. Status hearing to be held on 1/23/2025 at 11:00 AM at Call 918.800.1393 Conf ID 192 652 576#. (Anderson, Debi)

Dated: December 27, 2024

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**