Local Form 2002-1(E)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Maurice VerStandig, declare under penalty of perjury that on December 18, 2024 I caused copies of disclosure statement, DE #55, and plan of reorganization, DE #58, to be served on (i) the United States Trustee; and (ii) the United States Securities and Exchange Commission, in accord with the manner of service set forth on the third party affidavit appended hereto as Exhibit A

                                                             Respectfully Submitted,

Dated: December 30, 2024        By:   /s/ Maurice B. VerStandig
                                                                Maurice B. VerStandig, Esq.
                                                               The VerStandig Law Firm, LLC
                                                               9812 Falls Road, #114-160
                                                               Potomac, Maryland 20854
                                                               Phone: (301) 444-4600
                                                               mac@mbvesq.com
                                                               *Counsel for the Debtor*