# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>C M Heavy Machinery, LLC | CASE NO: 24-80617-PRT<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 56 |

On 12/18/2024, a copy of the following documents, described below,

Disclosure Statement ECF Docket Reference No. 56

Plan of Reorganization 58

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/18/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N, Suite B PMB 24
Fargo, ND  58102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| FIRST CLASS | FIRST CLASS | FIRST CLASS |
|---|---|---|
| KAREN CARDEN WALSH<br>OFFICE OF THE UNITED STATES TRUSTEE<br>PO BOX 3044<br>TULSA OK 74101 | MARY KINDELT<br>OFFICE OF THE UNITED STATES TRUSTEE<br>DOJ-UST, P.O. BOX 3044<br>TULSA OK 74101 | U.S. SECURITIES AND EXCHANGE COMMISSION<br>100 F STREET NE<br>WASHINGTON DC 20549 |