United States Bankruptcy Court
Eastern District of Oklahoma

In re:                                                                                   Case No. 24-80617-PRT
C M Heavy Machinery, LLC                                     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7                           User: admin                               Page 1 of 2
Date Rcvd: Jan 03, 2025                     Form ID: AdmJudBK                           Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2025                            Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Blake Sonne | on behalf of Debtor C M Heavy Machinery LLC bsonne@whittenburragelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Daniel Vaughn Carsey | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com |
| Gary M. McDonald | on behalf of Creditor Recovery Logistics Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com |
| Karen Carden Walsh | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |
| Mary Kindelt | on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov |
| Maurice VerStandig | on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email |

Office of the United States Trustee
    USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
    on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com

TOTAL: 10

UNITED STATES BANKRUPTCY COURT  
Eastern District of Oklahoma  
**Case No.: 24−80617**  
**Chapter: 11**

**FILED**  
Jan. 3, 2025  
Bonnie N Hackler, Clerk  
U.S. BANKRUPTCY COURT  
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  C M Heavy Machinery, LLC
  aka CM Heavy Machinery, LLC
  11097 Highway 27
  Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
  42−1737967

## ORDER

Order. The Application to Employ Blake Sonne as Attorney Special Counsel of Whitten Burrage Law Firm filed on 1/02/2025 Docket Entry DE#69 is superseded and stricken by the filing of the Amended Application to Employ Blake Sonne as Attorney (Whitten Burrage) on 01/03/2025 Docket Entry #70 (RE: related document(s)69 Application to Employ filed by Debtor C M Heavy Machinery, LLC) s/Judge Paul R. Thomas on 1/3/2025. (Foshee, Amanda)THE MOVANT IS DIRECTED TO NOTIFY ALL INTERESTED PARTIES OF THE ENTRY OF THIS ORDER.This is the Official Order of the Court.

THE MOVING PARTY IS TO SERVE THIS ORDER ON PARTIES NOT RECEIVING ELECTRONIC NOTICE

BY THE COURT

Dated: January 3, 2025

*s/ Paul R. Thomas*
UNITED STATES BANKRUPTCY JUDGE