UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 24–80617**
**Chapter: 11**

FILED
Jan. 8, 2025
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
   C M Heavy Machinery, LLC
   aka CM Heavy Machinery, LLC
   11097 Highway 27
   Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
   42–1737967

Hearing Set (RE: related document(s)70 Amended Application to Employ Blake Sonne as Attorney (Whitten Burrage) filed by Debtor C M Heavy Machinery, LLC, 72 Objection filed by U.S. Trustee). Telephonic Hearing to be held on 1/23/2025 at 11:00 AM. Call 918.800.1393 Conf ID 192 652 576# (Corley, Cheryl)

Dated: January 8, 2025

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**