# CM Heavy Machinery LLC

## Profit and Loss

### December 2024

|  | TOTAL |
|---|---:|
| **Income** | |
|   411   RENTAL DEPARTMENT INCOME | 459.50 |
|   412 - VENDOR RE-RENTAL INCOME | 21,250.00 |
|   **Total 411   RENTAL DEPARTMENT INCOME** | 21,709.50 |
|   450   SERVICE DEPT INCOME | 35,000.00 |
| **Total Income** | **$56,709.50** |
| **Cost of Goods Sold** | |
|   510 - HAULING DEPT EXPENSE. | 1,000.00 |
|   Cost of Goods Sold | |
|     512-RENTAL DEPT EXPENSE | |
|       512   2 - VENDOR RE-RENTAL COSTS | 32,359.59 |
|     **Total 512-RENTAL DEPT EXPENSE** | 32,359.59 |
|   **Total Cost of Goods Sold** | 32,359.59 |
| **Total Cost of Goods Sold** | **$33,359.59** |
| **GROSS PROFIT** | **$23,349.91** |
| **Expenses** | |
|   601   AUTO EXPENSE | |
|     601-1   MAINTENANCE | 33.14 |
|     601-6   TAGS | 180.50 |
|   **Total 601   AUTO EXPENSE** | 213.64 |
|   604   BANK FEES | 29.25 |
|   617   COMPUTER & INTERNET EXP | 436.71 |
|   625   DUES AND SUBSCRIPTIONS | 26.00 |
|   643   MEALS AND ENTERTAINMENT | 14.00 |
|   649   OFFICE SUPPLIES | 454.69 |
|   686   UTILITIES | 995.62 |
|   Auto Expense | |
|     DIESEL FUEL | 1,105.03 |
|   **Total Auto Expense** | 1,105.03 |
|   Chapter 11 Fees | 523.00 |
|   Communications | |
|     Phone | 1,805.13 |
|   **Total Communications** | 1,805.13 |
|   Contract Labor | 20.00 |
|   Office Maintenance | 57.70 |
|   Office Supplies & Software | 582.73 |
|   Payroll Expenses | 5,000.00 |
| **Total Expenses** | **$11,263.50** |
| **NET OPERATING INCOME** | **$12,086.41** |
| **NET INCOME** | **$12,086.41** |

Case 24-80617    Doc 77-2    Filed 01/21/25    Entered 01/21/25 17:35:33    Desc  P&L