

Mabrey Bank Home    Online Banking

```
                                              Date 12/31/24 Page   1 of   5
                                              Account Number    Ending 5504


C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK   74859-0309
```

## CHECKING ACCOUNT

Effective 2-1-25 Funds Availability Changes: If you make a
deposit before closing on a business day that we are open,
we will consider that day to be the day of your deposit.
However, if you make a deposit after closing, we are not
open, we will consider that the deposit was made on the next
business day we are open.

```
Basic Business                        Number of Enclosures              10
Account Number          Ending 5504   Statement Dates 12/01/24 thru 12/31/24
Previous Balance         141,087.72   Days in the statement period      31
    2 Deposits/Credits    53,633.89   Average Ledger               154,454
   31 Checks/Debits       48,242.55   Average Collected            152,724
Service Charge                  .00
Interest Paid                   .00
Ending Balance           146,479.06
```

|  | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $.00 | $560.15 |
| Total Return Item Fees | $.00 | $230.65 |

### CREDITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/04 | Regular Deposit | 2,364.21 |
| 12/04 | Regular Deposit | 51,269.68 |



```
                                    Date 12/31/24 Page   2 of    5
                                    Account Number    Ending 5504


     C M HEAVY MACHINERY LLC
     PO BOX 309
     OKEMAH OK   74859-0309
```

Basic Business                      Ending 5504   (Continued)

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | ONLINE WIRE MONTHLY FEE | 10.95 |
| 12/03 | DDA B/P 18:00 12/02/24 0169616<br>AT&T PAYMENT<br>800-331-0500TX<br>Card # **7964 | 1,805.13 |
| 12/03 | ACCT FEE    INTUIT 79340523<br>9215986202         12/03/24<br>ID #-524771001250009<br>TRACE # 021000026872138 | 20.00 |
| 12/05 | POS PAY & ACH BLOCK EXCEPTION | 2.45 |
| 12/05 | PAYMENT    QUARTERLY FEE<br>1501000502         12/04/24<br>ID #-0000<br>TRACE # 041036046104371 | 523.00 |
| 12/06 | POS PAY & ACH BLOCK EXCEPTION | 2.45 |
| 12/12 | DBT CRD 18:00 12/11/24 6110465<br>SECRETARY OF STATE<br>OKLAHOMA CITYOK<br>Card # **7964 | 26.00 |
| 12/16 | POS DEB 05:37 12/14/24 8309544<br>CASH APP*MICHAEL ANDERSON<br>SQUAREUP.COM<br>OAKLANDCA      C#**7964 | 20.00 |
| 12/16 | QBooks Pay INTUIT *<br>0000756346         12/16/24<br>ID #-8740242<br>TRACE # 021000025536562 | 297.00 |
| 12/17 | POS DEB 14:14 12/16/24 5447249<br>LOWE S #1532<br>BIXBYOK<br>Card # **7964 | 57.70 |



```
                                        Date 12/31/24 Page    3 of    5
                                        Account Number    Ending 5504


    C M HEAVY MACHINERY LLC
    PO BOX 309
    OKEMAH OK   74859-0309
```

Basic Business                    Ending 5504   (Continued)

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| | **DEBITS** | |
| 12/17 | DBT CRD 18:00 12/16/24 9184314<br>EEXPRESS @ OKEMAH<br>OKEMAHOK<br>Card # **7964 | 105.03 |
| 12/17 | POS DEB 14:01 12/16/24 0625702<br>WM SUPERCENTER #1597<br>Wal-Mart Super Center<br>TULSAOK        C#**7964 | 454.69 |
| 12/18 | DBT CRD 18:00 12/17/24 6002807<br>STARLINK INTERNET<br>310-6829683CA<br>Card # **7964 | 220.00 |
| 12/19 | DDA B/P 14:27 12/18/24 YPYQ29O<br>STARLINK INTERNET<br>1 ROCKET ROAD<br>HAWTHORNECA     C#**7964 | 216.71 |
| 12/20 | DBT CRD 18:00 12/20/24 4103430<br>INTUIT *QuickBooks<br>CL.INTUIT.COMCA<br>Card # **7964 | 194.00 |
| 12/23 | POS DEB 09:11 12/22/24 0606947<br>E EXPRESS  OKEMAH<br>OKEMAHOK<br>Card # **7964 | 33.14 |
| 12/23 | DBT CRD 18:00 12/22/24 9190646<br>EEXPRESS @ OKEMAH<br>OKEMAHOK<br>Card # **7964 | 500.00 |
| 12/24 | DBT CRD 18:00 12/23/24 3107062<br>AMAZON MKTPL*ZE1X774O0 | 71.73 |



```
                                Date 12/31/24 Page    4 of    5
                                Account Number    Ending 5504


   C M HEAVY MACHINERY LLC
   PO BOX 309
   OKEMAH OK  74859-0309
```

Basic Business                       Ending 5504   (Continued)

### DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
|  | Amzn.com/billWA<br>Card # **7964 |  |
| 12/24 | PAYMENT    Osborn Trash Ser<br>5907503000         12/24/24<br>ID #-7590750000341<br>TRACE # 091408591424134 | 150.00 |
| 12/26 | POS DEB 11:50 12/26/24 2341734<br>EEXPRESS AT OKEMAH<br>OKEMAHOK<br>Card # **7964 | 500.00 |
| 12/30 | POS DEB 18:27 12/27/24 9223611<br>E EXPRESS AT CHOCTAW<br>CHOCTAWOK<br>Card # **7964 | 14.00 |
| 12/30 | ONLINE WIRE MONTHLY FEE | 10.95 |
| 12/31 | POS PAY & ACH BLOCK EXCEPTION | 2.45 |

### CHECKS PAID

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|---|---|---|---|---|---|
| 12/10 | 13879 | 34,723.80 | 12/05 | 13892 | 5,000.00 |
| 12/05 | 13887* | 55.25 | 12/06 | 13893 | 1,000.00 |
| 12/02 | 13890* | 1,000.00 | 12/20 | 13894 | 45.62 |
| 12/02 | 13891 | 1,000.00 | 12/31 | 13895 | 180.50 |

*Indicates Skip in Check Number

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/01 | 141,087.72 | 12/06 | 184,302.38 | 12/18 | 148,398.16 |
| 12/02 | 139,076.77 | 12/10 | 149,578.58 | 12/19 | 148,181.45 |
| 12/03 | 137,251.64 | 12/12 | 149,552.58 | 12/20 | 147,941.83 |
| 12/04 | 190,885.53 | 12/16 | 149,235.58 | 12/23 | 147,408.69 |
| 12/05 | 185,304.83 | 12/17 | 148,618.16 | 12/24 | 147,186.96 |



```
                                          Date 12/31/24 Page   5 of   5
                                          Account Number    Ending 5504


C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK  74859-0309
```

Basic Business                          Ending 5504   (Continued)

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| colspan=6 | DAILY BALANCE SUMMARY ||||||
| 12/26 | 146,686.96 | 12/30 | 146,662.01 | 12/31 | 146,479.06 |



## RECONCILIATION INSTRUCTIONS

- Please examine this statement and items at once and refer any exceptions immediately.
- Sort your checks numerically or by date issued.
- Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided below. Include any checks still not paid from previous statement(s).
- Subtract from your checkbook balance any SERVICE CHARGE or bank charge appearing on this statement.
- Reconcile your statement in the space provided below.

## OUTSTANDING CHECKS

MONTH _____ 20_____

| Reconciliation of Account | |
|---|---|
| CHECKS WRITTEN BUT NOT PAID | |
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | | | |
|---|---|---|---|
|  |  | Enter bank balance from statement |  |
|  |  | Add deposits not credited by bank (if any) |  |
|  |  | **TOTAL** |  |
| Total of Checks not paid | $ | Subtract total of checks not paid |  |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ⇨ | | | |

## IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Some transactions to your account may be accomplished electronically. If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
    If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and determine whether an error occurred within 10 business days (5 business days for VISA Point-of-Sale (POS) transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct promptly. If we need more time; however, we may take up to 45 days (90 days if the transfer involved a POS transaction, a new account, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa POS transactions and 20 business days if the transfer involved a new account) for the amount you think is in error so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made if you are a new customer.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

*Note: Error resolution disclosures apply to consumer accounts only.