# CM Heavy Machinery LLC

**Mabrey Operating Acct-5504, Period Ending 12/31/2024**

**RECONCILIATION REPORT**

Reconciled on: 01/18/2025

Reconciled by: Holly Goodson

Any changes made to transactions after this date aren't included in this report.

## Summary                                                                                                                                                    USD

| | |
|---|---|
| Statement beginning balance | 141,087.72 |
| Checks and payments cleared (31) | -48,242.55 |
| Deposits and other credits cleared (3) | 53,633.89 |
| Statement ending balance | 146,479.06 |
| Uncleared transactions as of 12/31/2024 | -10,373.44 |
| Register balance as of 12/31/2024 | 136,105.62 |
| Cleared transactions after 12/31/2024 | 0.00 |
| Uncleared transactions after 12/31/2024 | 92,842.05 |
| Register balance as of 01/18/2025 | 228,947.67 |

## Details

Checks and payments cleared (31)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/13/2024 | Check | 13887 | Lewis Printing | -55.25 |
| 11/25/2024 | Check | 13890 | Kyle Cates | -1,000.00 |
| 11/25/2024 | Check | 13891 | Kyle Cates | -1,000.00 |
| 12/02/2024 | Expense | | BANK FEE | -10.95 |
| 12/02/2024 | Check | 13892 | Clint Meadors | -5,000.00 |
| 12/03/2024 | Check | 13893 | Brandon Beck | -1,000.00 |
| 12/03/2024 | Expense | | AT&T - CELL PHONES - 6931 | -1,805.13 |
| 12/03/2024 | Expense | | Intuit | -20.00 |
| 12/04/2024 | Check | 13879 | KIRBY SMITH MACHINERY, I… | -34,723.80 |
| 12/04/2024 | Check | 13894 | Okfuskee County RWD #2 | -45.62 |
| 12/05/2024 | Expense | | Block Exception | -2.45 |
| 12/05/2024 | Expense | | Office of the U.S. Trustee | -523.00 |
| 12/06/2024 | Expense | | Block Exception | -2.45 |
| 12/12/2024 | Expense | | OKLAHOMA TAX COMMISSI… | -26.00 |
| 12/16/2024 | Expense | | Michael Anderson | -20.00 |
| 12/16/2024 | Expense | | Intuit | -297.00 |
| 12/17/2024 | Expense | | Wal-Mart | -454.69 |
| 12/17/2024 | Expense | | Lowe's | -57.70 |
| 12/17/2024 | Expense | | FUEL | -105.03 |
| 12/18/2024 | Expense | | Starlink | -220.00 |
| 12/19/2024 | Expense | | Starlink | -216.71 |
| 12/20/2024 | Expense | | Intuit | -194.00 |
| 12/23/2024 | Expense | | E-EXPRESS | -33.14 |
| 12/23/2024 | Expense | | E-EXPRESS | -500.00 |
| 12/24/2024 | Expense | | Osborn Trash Service | -150.00 |
| 12/24/2024 | Expense | | AMAZON | -71.73 |
| 12/26/2024 | Expense | | E-EXPRESS | -500.00 |
| 12/30/2024 | Expense | | BANK FEE | -10.95 |
| 12/30/2024 | Expense | | E-EXPRESS | -14.00 |
| 12/31/2024 | Expense | | Block Exception | -2.45 |
| 12/31/2024 | Check | 13895 | OTC-Ok Tax Comm | -180.50 |
| **Total** | | | | **-48,242.55** |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/18/2024 | Receive Payment | 6112 | Smith Energy Services, Inc. | 46,052.76 |
| 11/18/2024 | Receive Payment | 2794 | PLATINUM CROSS WELDING | 5,216.92 |

Case 24-80617    Doc 77-4    Filed 01/21/25    Entered 01/21/25 17:35:33    Desc  Bank Rec Report    Page 1 of 3

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/04/2024 | Deposit | | DOGGETT MACHINERY SER… | 2,364.21 |
| Total | | | | 53,633.89 |

**Additional Information**

Uncleared checks and payments as of 12/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/07/2023 | Payroll Check | | Michael B. Taron | -1,321.07 |
| 04/14/2023 | Payroll Check | | Michael B. Taron | -298.52 |
| 07/27/2023 | Sales Tax Payment | | | -658.01 |
| 07/27/2023 | Sales Tax Payment | | | -5,275.20 |
| 11/03/2023 | Payroll Check | 9999 | TRACY GOZA | -1,200.00 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/11/2024 | Sales Tax Payment | | | -77.62 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/26/2024 | Bill Payment | DD | TRACY D GOZA | -1,313.88 |
| Total | | | | -10,373.44 |

Uncleared deposits and other credits as of 12/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/20/2023 | Transfer | | | 0.00 |
| 11/30/2023 | Sales Tax Payment | | | 0.00 |
| 12/15/2023 | Check | 13842 | DAX STUART | 0.00 |
| 01/04/2024 | Expense | PAYPAL | HP | 0.00 |
| 04/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 05/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 06/11/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 07/11/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 08/12/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 09/12/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 10/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| Total | | | | 0.00 |

Uncleared checks and payments after 12/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 01/02/2025 | Expense | | Intuit | -20.00 |
| 01/03/2025 | Expense | | E-EXPRESS | -212.14 |
| 01/06/2025 | Expense | | TRAVEL | -217.97 |
| 01/06/2025 | Check | 13898 | Clint Meadors | -5,000.00 |
| 01/06/2025 | Check | 13897 | Kyle Cates | -1,000.00 |
| 01/06/2025 | Check | 13899 | Okfuskee County RWD #2 | -42.81 |
| 01/06/2025 | Check | 13896 | OKFUSKEE COUNTY TREA… | -1,664.50 |
| 01/06/2025 | Expense | | Block Exception | -2.45 |
| 01/06/2025 | Expense | | | -276.54 |
| 01/06/2025 | Expense | | | -161.63 |
| 01/06/2025 | Expense | | E-EXPRESS | -63.15 |
| 01/08/2025 | Expense | | AEP Public Service | -633.59 |
| 01/13/2025 | Check | 13900 | KIRBY SMITH MACHINERY, I… | -31,859.74 |
| 01/14/2025 | Expense | | Casey's | -152.90 |
| 01/14/2025 | Expense | | OTA Plate Pay Pikepass | -37.35 |
| 01/15/2025 | Check | 13901 | Pinney Trucking | -3,200.00 |
| 01/16/2025 | Expense | | E-EXPRESS | -523.44 |
| Total | | | | -45,068.21 |

Uncleared deposits and other credits after 12/31/2024

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/08/2025 | Receive Payment | 6193 | Smith Energy Services, Inc. | 83,162.76 |
| 01/08/2025 | Receive Payment | 6210 | Smith Energy Services, Inc. | 19,747.50 |
| 01/13/2025 | Receive Payment | | New Life Church of the Nazar… | 35,000.00 |
| Total | | | | 137,910.26 |