# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-80617 |
| **CM HEAVY MACHINERY, LLC** | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE AND BE ADVISED that Alexander Sokolosky, of the firm Crowe and Dunlevy, hereby appears in the above-referenced Chapter 11 case as counsel for creditor Gregory Poole Equipment Company and pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Eastern District of Oklahoma, respectfully requests that copies of all notices, applications, motions, orders, and all other papers given or filed in this case be given and served upon the undersigned at the following physical addresses, e-mail addresses, or facsimile numbers:

    Alexander Sokolosky
    CROWE & DUNLEVY
    222 North Detroit Ave, Suite 600
    Tulsa, Oklahoma 74120
    (918) 592-9800
    (918) 592-9801 (Facsimile)
    alex.sokolosky@crowedunlevy.com

Respectfully submitted,

*s/ Alexander Sokolosky*
Alexander Sokolosky, OBA #33614

CROWE & DUNLEVY
A Professional Corporation
222 North Detroit Avenue
Suite 600
Tulsa, OK 74120
(918) 592-9800
(918) 592-9801 (Facsimile)
alex.sokolosky@crowedunlevy.com

*Attorney for Gregory Poole Equipment Company*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 30, 2025, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF system on all parties receiving notice in this case via the CM/ECF system.

*s/ Alexander Sokolosky*
Alexander Sokolosky