**Dated: January 31, 2025**

 **The following is ORDERED:**



PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| C M HEAVY MACHINERY, LLC, | ) | Case No. 24-80617 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING U.S. TRUSTEE'S APPLICATION TO
### SHORTEN OBJECTION DEADLINE AND SET EXPEDITED HEARING ON
### <u>UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7</u>

THERE CAME ON FOR CONSIDERATION before the undersigned United States

Bankruptcy Judge, the United States Trustee's Application to Shorten Objection Deadline and Set

Expedited hearing on United States Trustee's Motion to Convert Case to Chapter 7, Doc. No. 80

(the "**Application**"). After review and consideration of the Application and the record before the

Court, this Court finds that the Application should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Application is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any response or objection to the United States Trustee's Motion to Convert Case to Chapter 7 filed herein at Dkt. No. 79 must be filed on or before February 13, 2025. If a response or objection is mailed to the court, you must mail it early enough so that the court will receive it on or before February 13, 2025. Mail to: United States Bankruptcy Court, P.O. Box 1888, Muskogee, OK 74402. You must also mail a copy to the name and address listed at the bottom of the Motion to Convert Case to Chapter 7 unless they are served by electronic notice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that an evidentiary hearing on the United States Trustee's Motion to Convert Case to Chapter 7 shall take place on February 20, 2025, at 10:30 a.m. at the Ed Edmondson U.S. Courthouse, 101 N. 5th St., Courtroom 4, Muskogee, OK 74401. Witness and exhibit lists shall be submitted in accordance with this Court's local rules no later than February 13, 2025.

Movant shall notice all interested parties.

###

Submitted by:

**ILENE J. LASHINSKY**
UNITED STATES TRUSTEE

*/s/ Mary E. Kindelt*
Karen Walsh, OBA# 14690
Mary E. Kindelt, OBA# 21728
224 South Boulder, Suite 225
P.O. Box 3044
Tulsa, OK  74101
(918) 581-6670
(918) 581-6674 (Fax)
Mary.kindelt@usdoj.gov