UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| C M HEAVY MACHINERY, LLC, ) | Case No. 24-80617 |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## UNITED STATES TRUSTEE'S CERTIFICATE OF SERVICE

Ilene J. Lashinsky, United States Trustee for Region 20, by and through her undersigned counsel, hereby certifies that on January 31, 2025, a true and correct copy of the United States Trustee's Motion to Convert Case to Chapter 7 (Docket No. 79) and Order Granting U.S. Trustee's Application to Shorten Objection Deadline and Set Expedited Hearing on United States Trustee's Motion to Convert Case to Chapter 7 (Docket No. 84) were mailed with postage fully prepaid, to the Debtor and to the creditors an parties in interest as set forth in the Official Mailing Matrix

**Dated:** January 31, 2025.

Respectfully submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

*/s/ Mary E. Kindelt*
Karen Walsh, OBA# 14690
Mary E. Kindelt, OBA No. 21728
PO Box 3044
Tulsa, OK 74101
(918) 581-6670
(918) 581-6674 Facsimile
mary.kindelt@usdoj.gov