## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

**C M HEAVY MACHINERY, LLC,**

      **Debtor.**

**Case No. 24-80617**
**(Chapter 11)**

### CERTIFICATE OF SERVICE

    I, Steven W. Soulé, certify that a true and correct copy of the *Creditor Great Plains National Bank's Motion to Dismiss, or Alternatively, to Convert the Bankruptcy Case to a Chapter 7 Proceeding and Brief in Support* [Dkt. No. 82] and the *Notice of Motion Notice of Deadline to File Objection to Motion and Notice of Hearing if Objection Filed* [Dkt. No. 89] were served electronically upon the parties registered to receive electronic notice via this Court's electronic case filing system on January 31, 2025, and upon the parties listed in the court's official mailing matrix, attached hereto as Exhibit "A", on February 3, 2025.

                HALL, ESTILL, HARDWICK, GABLE,
                GOLDEN & NELSON, P.C.

                *s/ Steven W. Soulé*
                Steven W. Soulé, OBA #13781
                Christopher J. Gnaedig, OBA #33892
                521 East 2nd Street, Suite 1200
                Tulsa, Oklahoma 74120-1855
                Telephone (918) 594-0400
                Facsimile (918) 594-0505
                ssoule@hallestill.com
                cgnaedig@hallestill.com
                ATTORNEY FOR TRUSTEE

Label Matrix for local noticing
1086-7
Case 24-80617
Eastern District of Oklahoma
Muskogee
Mon Feb  3 10:56:12 CST 2025

Aaron Lowe
380058 Old Highway 62
Okemah, OK 74859-5916

ARA Insurance Agency
11225 College Blvd Suite 250
Overland Park, KS 66210-2769

AT&T Business
211 S. Akard
Dallas, TX 75202-4207

Barnhill Contracting Company
800 Tiffany Blvd Suite 200 P O Box 7948
Rocky Mount, NC 27804-0948

Blue Bridge Financial, LLC
11911 Freedom Dr
One Fountain Square, set 570
Reston, VA 20190

Bob Cherot
Voss, Michaels, Lee & Associates, Inc.
PO Box 1829
Holland, MI 49422-1829

C M Heavy Machinery, LLC
11097 Highway 27
Okemah, OK 74859

C T Corporation
PO Box 4349
Carol Stream, IL 60197-4349

CIG Logistics, Inc.
209 W 2nd Street
Fort Worth, TX 76102-3021

CT Corporation
Attn: Bankruptcy (SOP)
28 Liberty Street
New York, NY 10005-1441

Daniel Vaughn Carsey
Hall Estill Hardwick Gable Golden et al
BancFirst Tower
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Caterpillar Financial Services
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159-7653

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Christianna Annette Cathcart
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854-3976

Clint Meadors
11097 Highway 27
Okemah, OK 74859

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

DLL Finance / Agricredit
PO Box 77122
Minneapolis, MN 55480-7702

Daniel V. Carsey
Hall, Estill, Hardwick, Gable, Golden
100 North Broadway Suite 2900
Oklahoma City, OK 73102-8808

Dozr, Ltd.
318 DUKE ST W KITCHENER
ONTARIO CANADA-N2H3Y1

Enfield Timber, LLC
21144 US Highway 301
Enfield, NC 27823-8990

FedEx
PO Box 223125
Pittsburgh, PA 15251-2125

First Foundation Bank
18101 Von Karmen Avenue, ste 750
Irvine, CA 92612-0005

Christopher Gnaedig
Hall, Estill, Hardwick, Gable, Golden, &
521 East 2nd Street
Ste. 1200
Tulsa, OK 74120-1855

Great Plains Bank
601 NW 13th St
Oklahoma City, OK 73103-2213

Great Plains National Bank
c/o Steven W. Soule
Hall, Estill, et al.
521 East 2nd Street
Suite 1200
Tulsa, OK 74120-1855

Great Plains National Bank
2017 W. 3rd
Elk City, OK 73644-4305

Great Plains National Bank
601 NW 13th St
Oklahoma City, OK 73103-2213

Great Plains National Bank
Hall Estill c/o Steve Soule
521 East 2nd St., Suite 1200
Tulsa, OK 74120-1855

Gregory Poole Equipment Company
4807 Beryl Road
Raleigh, NC 27606-1406

Gungoll, Jackson, Box & Devoll, P.C.
PO Box 1549
Enid, OK 73702-1549

Hentges & Associates, PLLC
102 E Thatcher St
Edmond, OK 73034-3665

Holt Texas Ltd.
5665 SE Loop 410
San Antonio, TX 78222-3903

Holt Texas, Ltd.
Caldwell Clark Fanucchi & Finlayson PLLC
700 N. St. Mary's Street, §1825
San Antonio, TX 78205-3545

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

James Supplies LLC
PO Box 360
Pauls Valley OK 73075-0360

James Supplies, L.L.C.
c/o Jay V. Harper 410 S. Chickasaw
Pauls Valley, OK 73075-4220

Janae L. Wright
2914 Colonial Lane
Edmond, OK 73013-6477

Jerome S. Sepkowitz, Esq.
Derryberry & Naifeh, LLP
4800 North Lincoln Boulevard
Oklahoma City, OK 73105-3321

Mary Kindelt
DOJ-Ust
P.O. Box 3044
Tulsa, OK 74101-3044

Komatsu Financial L.P.
8770 W Bryn Mawr Ave Suite 100
Chicago, IL 60631-3782

Kubota Credit Corp, U.S.A
PO Box 2046
Grapevine, TX 76099-2046

Kubota Credit Corporation USA
PO Box 2046
Grapevine, TX 76099-2046

Mabrey Bank
PO Box 130
Bixby, OK 74008-0130

Matthew P. Weiner
Poyner Spruill, LLP, Attn: Matthew P. We
PO Box 1801
Raleigh, NC 27602-1801

McAfee & Taft A Professional Corporation
Two Leadership Square, 8th Floor
211 N. Robinson
Oklahoma City, OK 73102-7109

McAfee & Taft, A Professional Corporatio
Attn: Michael Lauderdale
211 N. Robinson 8th Floor, Two Leadershi
Oklahoma City, OK 73102

Gary M. McDonald
McDonald, McCann & Metcalf LLP
First Place Tower
15 E. 5th St., Suite 1800
Tulsa, OK 74103-4315

Mylon D. Smith
Crowe & Dunlevy, a Professional Corporat
Braniff Building 423 N. Robinson Avenue,
Oklahoma City, OK 73102

Mylon D. Smith
Crowe Dunlevy
324 N Robinson Ave.
Suite 100
Oklahoma City, OK 73102-6417

Nolen Propane Company
2378 Hwy. 75
Wetumka, OK 74883-6202

Norman Wohlgemuth, LLP
401 S. Boston Avenue Suite 3200
Tulsa, OK 74103-4024

Office of the United States Trustee
Office of the AUST, Karen Walsh
PO Box 3044
Tulsa, OK 74101-3044

Okemah Oil Company
4 E Broadway St
Okemah, OK 74859-2660

Oklahoma Employment Security Commission
Robert C. Newark, III, Attorney
P.O. Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Natural Gas
PO Box 219296
Kansas City, MO 64121-9296

Oklahoma Tax Commission
201 W 5th St. Ste. 400
General Counsel's Office
Tulsa, OK 74103-4211

Oklahoma Tax Commission
300 N Broadway Avenue
Oklahoma City, OK 73102-6403

Oklahoma Tax Commission
Oklahoma City OK 73194-0001

Pe Ben Industries Companies, Inc.
811 Dallas Street
Houston, TX 77002-5900

Recovery Logistics, Inc.
507 S 14th
Fort Smith, AR 72901-4607

Richard J. Wallace III
Scheef & Stone LLP
500 N. Akard, Ste. 2700
Dallas, TX 75201-3306

Robert D. Wilson, PC
1900 Preston Road Suite 267-72
Plano, TX 75093-5175

Ross Plourde, Esq.
211 N. Robinson
8th Floor Two Leadership Square
Oklahoma City, OK 73102-7109

Scott Equipment
6149 Hwy 90 E
Lake Charles, LA 70615-4707

Alexander Sokolosky
Crowe & Dunlevy
222 N. Detroit Ave.
Suite 600
Tulsa, OK 74103-2412

Blake Sonne
Whitten Burrage, Special Counsel
512 N. Broadway
Suite 300
Oklahoma City, OK 73102-6235

Steven William Soule
HALL ESTILL HARDWICK ET AL
521 East 2nd Street Suite 1200
Tulsa, OK 74120-1855

Standard Freight LLC
2401 Independence Parkway S
La Porte, TX 77571-9805

T&J Grading Company LLC
2054 Kildare Farm Rd. #352
Cary, NC 27518-6614

Targeted Lease Capital LLC
5500 Main Street Suite 300
Williamsville , NY 14221-6753

Tuggle Duggins
400 Bellemeade Street Suite 800
Greensboro, NC 27401-3796

Tuggle Duggins, P.A.
400 Bellemeade Street
Suite 800
Greensboro, NC 27401-3796

US Security and Exchange Commission
175 W. Jackson Boulevard
Chicago, IL 60604-2615

Unifirst
2100 N Beech Avenue
Broken Arrow, OK 74012-1167

United States Attorney
Eastern District of Oklahoma
520 Denison Ave.
Muskogee OK 74401-6007

Maurice VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854-3976

Karen Carden Walsh
Office of the United States Trustee
PO Box 3044
Tulsa, OK 74101-3044

Warren Power & Machinery, Inc.
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159-7653

Waukesha-Pearce Industries, LLC
PO Box 65038
Houston, TX 77235

Wheeler Metals
3100 W 40th Street N
Muskogee, OK 74401-5435

Wisner Law
703 S. Western Road
Stillwater, OK 74074-4126

Woita Forest Products, LLC
601 Calvert Street Suite Q
Lincoln, NE 68502-4362

Zachary J. Fanucchi
Caldwell Clark Fanucchi & Finlayson PLLC
700 N. St. Mary's Street, #1825
San Antonio, TX 78205-3545

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caterpillar Financial Services Corp
2120 West End Avenue
Nashville, TN 37203

Comptroller of Public Accounts
PO Box 149359
Austin, TX 78714-9359

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Caterpillar Financial Services Corporation

(d)Gregory Poole Equipment Company
4807 Beryl Road
Raleigh, NC 27606-1406

(u)No Trustee

(u)Recovery Logistics, Inc.

End of Label Matrix
Mailable recipients    85
Bypassed recipients     4
Total                  89