UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma

In Re:
    C M Heavy Machinery, LLC, et al.
              Debtor(s).

Case No.: 24−80617
Chapter: 11

# NOTICE OF MOTION
# NOTICE OF DEADLINE TO FILE OBJECTION TO MOTION
# AND NOTICE OF HEARING IF OBJECTION FILED

The following Motion has been filed with the court:

*91* − Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement All Parties entitled to receive notice were served by the CM/ECF system. Certificate of Service Included and Parties entitled to receive notice were served by the CM/ECF system. Filed by Maurice VerStandig on behalf of C M Heavy Machinery, LLC. (VerStandig, Maurice)

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the above−referenced motion, or if you want the court to consider your views on the motion and your objection, then on or before

**February 18, 2025,**

you or your attorney must file with the court at the address listed below, a written objection explaining your position. If you mail your Objection to the court you must mail it early enough so that the court will receive it on or before the date stated above. **Mail to:**

**United States Bankruptcy Court P.O. Box 1888 Muskogee, OK 74402**

You must also mail a copy to the name and address listed at the bottom of the motion stated above enclosed with this notice unless they are served by electronic notice. You must also attend the hearing scheduled to be held on:

    March 12, 2025 at 10:00 AM Ed Edmondson US Courthouse, 101 N 5th St, Courtroom 4, Muskogee, OK 74401.

**IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT WILL DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION, WILL ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION AND THE ABOVE−SCHEDULED HEARING WILL BE STRICKEN WITHOUT FURTHER NOTICE.**

Date: February 4, 2025