**Dated: February 5, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF
BLAKE SONNE WHITTEN BURRAGE AS
<u>SPECIAL COUNSEL TO ABOVE-CAPTIONED DEBTOR</u>**

Upon consideration of the Application to Approve Employment of Reggie N. Whitten, Michael Burrage, Hannah Whitten, Blake Sonne, and Whitten Burrage, as Special Counsel to Above-Captioned Debtor (the "Application," as found at DE # 76), the declaration of Blake Sonne appended thereto, any opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Oklahoma, hereby:

ORDERED, that the Application be, and hereby is, GRANTED, subject to any future motion to approve and pay fees and costs of special counsel pursuant to the proposed employment agreement shall be subject to this Court's review of the reasonableness and necessity of the fees requested; and

1

no fee agreement between the applicant and the person or entity being employed is binding on the Court.

MOVANT TO NOTIFY ALL INTERESTED PARTIES.

We ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD 18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

/s/ Blake Sonne
Blake Sonne, Esq.
Whitten Burrage
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
Phone: (405) 516-7800
bsonne@whittenburragelaw.com
*Proposed Special Counsel for the Debtor*

1