IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| In re: | ) | Case No. 24-80617 |
|---|---|---|
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## **MOTION TO APPEAR REMOTELY**

Comes now C M Heavy Machinery, LLC ("CMHM" or the "Debtor"), by and through undersigned counsel, pursuant to this Honorable Court's Administrative Procedures, and moves for leave to have undersigned counsel appear remotely at the disclosure statement hearing scheduled for February 12, 2025 at 10:00 am (the "Disclosure Statement Hearing"), and in support thereof states as follows:

Undersigned counsel resides in Newport, Maine and is presently scheduled to travel to Muskogee for the Disclosure Statement Hearing on February 11, 2025, flying from Bangor, Maine to Philadelphia, and connecting to Dallas, en route to Tulsa. There is, however, a winter weather warning in effect for Philadelphia that has prompted a travel alert from American Airlines. It also appears there is the potential for a winter storm in Muskogee on the day of the Disclosure Statement Hearing.

Per the order setting the Disclosure Statement Hearing, DE #59, the hearing will be non-evidentiary in nature. Subsection C of the "Appearance at Scheduled Hearings" portion of this Honorable Court's Administrative Procedures allows for telephonic appearances with leave of court for non-evidentiary hearings. In this circumstance, it is respectfully urged that such an appearance may be appropriate—if not logistically compelling.

1

Alternatively, there is a separate hearing scheduled for eight days later, on a separate pending matter in this case, which undersigned counsel very much intends to attend in person. If a telephonic appearance (or an appearance through any other remote medium) is not permissible for the Disclosure Statement Hearing, the Debtor respectfully asks this motion be construed as one seeking alternative relief in the form of continuing the Disclosure Statement Hearing to February 20, 2025, to be held alongside the hearing on the United States Trustee's motion to convert this case, DE #79.

The foregoing notwithstanding, and recognizing this motion is filed on exceedingly short notice, undersigned counsel will endeavor to travel to Muskogee for the Disclosure Statement Hearing at the currently-scheduled time. This motion is filed out of an abundance of caution, recognizing weather-centric travel issues may manifest. It is not the design of counsel (much less the Debtor) to suggest any lack of import in personally appearing at hearings.

WHEREFORE, the Debtor respectfully prays this Honorable Court permit undersigned counsel to appear at the Disclosure Statement Hearing via telephone or other remote means or, alternatively, continue the Disclosure Statement Hearing to February 20, 2025, and for such other and further relief as may be just and proper.

Respectfully Submitted,

Dated: February 10, 2025    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

*[Certificate of Service on Following Page]*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of February, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig