IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:                     )            Case No. 24-80617
                            )            (Chapter 11)

C M HEAVY MACHINERY, LLC     )

                            )

          Debtor.             )

_____ )

## <u>ORDER GRANTING MOTION TO APPEAR REMOTELY</u>

Upon consideration of the Motion to Appear Remotely (the "Motion") filed my C M Heavy Machinery ("CMHM" or the "Debtor"), the factual representations made therein, the Administrative Procedures of this Honorable Court, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Oklahoma, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that counsel for CMHM is permitted to appear at the disclosure statement hearing on February 12, 2025 at 10:00 am via telephone or such other remote means as may be available.

1

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

Case 24-80617    Doc 97-1    Filed 02/10/25    Entered 02/10/25 22:18:19    Desc
Proposed Order    Page 2 of 2