**Dated: February 11, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

CM Heavy Machinery LLC

Debtor.

Case No. 24-80617-PRT
Chapter 11

### ORDER CONTINUING HEARING

There comes before this Court for consideration the Motion to Appear Remotely filed by the Debtor (ECF No. 97). For good cause shown, the Court finds that the hearing set on Debtor's Disclosure Statement (ECF No. 56) with Objections filed by U.S. Trustee (ECF No. 85) and Great Plains National Bank (ECF No. 87) should be continued to February 20, 2025.

IT IS THEREFORE ORDERED that the hearing on Debtor's Disclosure Statement (ECF No. 56) with Objections filed by U.S. Trustee (ECF No. 85) and Great Plains National Bank

(ECF No. 87) is continued to **February 20, 2025** at **10:30 am** in the Ed Edmondson Courthouse, Courtroom 4, 101 N 5th St, Muskogee, OK 74401.

**MOVANT TO NOTIFY INTERESTED PARTIES**
**and file a certificate of mailing within 3 days of the entry of this order**

###