**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

IN RE:

C M Heavy Machinery, LLC          CASE NO. 24-80617
                                       CHAPTER 11

       Debtor.

**WITNESS LIST**

X MOVANT <u>Ilene J. Lashinsky, United States Trustee</u>      ☐ RESPONDENT _____

| DATE OF HEARING: Thursday, February 20, 2025 | | OPERATOR | | | | PAGE NO. |
|---|---|---|---|---|---|---|
| Witness No. | NAME AND ADDRESS (Brief Description of Testimony) | Direct | Cross | Redir | Recross | Judge |
| 1 | **Clint Meadors**<br>c/o Maurice VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road, #114-160<br>Potomac, Maryland 20854<br>(301) 444-4600<br><br>Mr. Meadors is expected to testify regarding the Debtor's bank account, expenditures from the same, and management of the debtor-in-possession since the bankruptcy filing. | | | | | |
| 2 | **Clara Mericle**<br>c/o Mary E. Kindelt<br>Office of the U.S. Trustee<br>224 S. Boulder, Suite 225<br>Tulsa, OK 74103<br><br>Ms. Mericle is expected to testify regarding the United States Trustee's Chapter 11 Operating Guidelines, the duties of debtors-in-possession regarding bank accounts, and actions taken by the debtor-in-possession in this case as well as information pertaining to the Initial Debtor Interview and First Meeting of Creditors. | | | | | |

Respectfully submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

*/s/ Mary E. Kindelt*_____
Karen Walsh, OBA# 14690
Mary E. Kindelt, OBA No. 21728
PO Box 3044
Tulsa, OK 74101
(918) 581-6670
mary.kindelt@usdoj.gov