IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

C M Heavy Machinery, LLC  CASE NO. 24-80617
 CHAPTER 11
    Debtor.

EXHIBIT LIST

x MOVANT <u>Ilene J. Lashinsky, United States Trustee</u>  ☐ RESPONDENT _____

| DATE OF HEARING: Thursday, February 20, 2025 | | OPERATOR | | PAGE NO. |
|---|---|---|---|---|
| **EXHIBIT NO.** | **DESCRIPTION (Brief description and intended purpose)** | **I D** | **ADMITTED** | **REJECT/WD** |
| 1 | Dkt No. 1 – Debtor's Voluntary Petition, Schedules and Statement of Financial Affairs | | | |
| 2 | Dkt. No. 29 – Initial Report | | | |
| 3 | Dkt. No. 46 - August Monthly Operating Report | | | |
| 4 | Dkt. No. 49 - September Monthly Operating Report | | | |
| 5 | Dkt. No. 52 - October Monthly Operating Report | | | |
| 6 | Dkt. No. 61 – Exhibit to October Monthly Operating Report – Bank Statement | | | |
| 7 | Dkt. No. 63 – November Monthly Operating Report | | | |
| 8 | Dkt No. 77 - December Monthly Operating Report | | | |
| 9 | Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees (Revised 01/01/2020) | | | |
| 10 | Chart of personal expenditures made by Clint Meadors from Debtor's bank account | | | |
| 11 | Dkt. No. 56 - Proposed Disclosure Statement | | | |

|    |                                                                         |   |   |   |
|----|-------------------------------------------------------------------------|---|---|---|
|    | filed by the Debtor                                                     |   |   |   |
| 12 | Dkt. No. 58 - Proposed Plan of Reorganization filed by the Debtor       |   |   |   |
|    | Any exhibits offered by any other party and not objected to by the U.S. Trustee |   |   |   |

Respectfully submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

*/s/ Mary E. Kindelt*
Karen Walsh, OBA# 14690
Mary E. Kindelt, OBA No. 21728
PO Box 3044
Tulsa, OK 74101
(918) 581-6670
(918) 581-6674 Facsimile
mary.kindelt@usdoj.gov