Local Form 9017-1 BK CASE REV. 11/23

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

IN RE:

C M HEAVY MACHINERY, LLC,
      Debtor.

CASE NO.  24-80617
CHAPTER  11

**WITNESS LIST**

☐ **MOVANT** _____

☒ **RESPONDENT**
   **Great Plains National Bank**
   **("GPNB")**

| DATE OF HEARING February 20, 2025 | | OPERATOR | | | | PAGE NO. |
|---|---|---|---|---|---|---|
| Witness No. | NAME AND ADDRESS (Brief Description of Testimony) | Direct | Cross | Redir | Recross | Judge |
| **1.** | Name/Address: Clint Meadors, 11097 Highway 27, Okemah, OK 74859<br>Anticipated Testimony: Mr. Meadors is expected to testify as to the scope of Great Plains claim and security interest as well as the Debtor's post-petition conduct. | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Dated: February 13, 2025.

Respectfully submitted,

**HALL, ESTILL HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/Steven W. Soulé*

Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com

-and-

Daniel V. Carsey, OBA No. 21490
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEYS FOR GREAT PLAINS NATIONAL BANK**