# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:                                            CASE NO. 24-80617
                                                    CHAPTER 11

**C M HEAVY MACHINERY, LLC,**
         Debtor.

## EXHIBIT LIST

☐ MOVANT _____          ☒ RESPONDENT
                                                         **Great Plains National Bank ("GPNB")**

| DATE OF HEARING: February 20, 2025 | | OPERATOR | | PAGE NO. |
|---|---|---|---|---|
| **EXHIBIT NO.** | **DESCRIPTION (Brief description and intended purpose)** | **I D** | **ADMITTED** | **REJECT/WD** |
| A. | Description: Deposition Testimony of C. Meadors<br><br>Intended Purpose: To impeach C. Meadors by prior inconsistent statements or to introduce as an opposing party's statement. | | | |
| B. | Description: Correspondence between Clint Meadors and his legal counsel.<br><br>Intended Purpose: To establish the value of the insurance claim and to impeach C. Meadors. | | | |
| C. | GPNB incorporates by reference the exhibits listed by Movant to which GPNB does not object. | | | |
| | | | | |
| | | | | |
| | | | | |

Dated: February 30, 2025.        Respectfully submitted,

**HALL, ESTILL HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/Steven W. Soulé*
Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com

-and-

Daniel V. Carsey, OBA No. 21490
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEYS FOR GREAT PLAINS NATIONAL BANK**