IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re: ) Case No. 24-80617
) (Chapter 11)
C M HEAVY MACHINERY, LLC )
)
Debtor. )
_____)

**EXHIBIT LIST**[1]

☐ **PLAINTIFF**_____ ☒ **DEBTOR C M Heavy Machinery, LLC**

| DATE OF HEARING: February 20, 2025 | | OPERATOR | PAGE NO. |
|---|---|---|---|
| **EXHIBIT NO.** | **DESCRIPTION (Brief description and intended purpose)** | **I D** | **ADMITTED** | **REJECT/WD** |
| | | | | |

Respectfully Submitted,

Dated: February 13, 2025  By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com

Christianna A. Cathcart, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
christianna@dakotabankruptcy.com

*Counsel for the Debtor*

---

[1] While the Debtor was in the process of preparing an exhibit list, the United States Trustee (the "US Trustee") filed their list for the same hearing. DE #100. The entirety of the exhibits upon which the Debtor intends to rely are subsumed within the US Trustee's list, specifically being exhibits 1, 3-8 and 11-12 thereupon.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of February, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                        /s/ Maurice B. VerStandig
                                                        Maurice B. VerStandig