IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re: )  Case No. 24-80617
) (Chapter 11)
C M HEAVY MACHINERY, LLC )
)
       Debtor. )
_____)

## WITNESS LIST

☐ PLAINTIFF_____  ☒ DEBTOR C M Heavy Machinery, LLC

| DATE OF HEARING | | OPERATOR | | | | PAGE NO. |
|---|---|---|---|---|---|---|
| **Witness No.** | **NAME AND ADDRESS (Brief Description of Testimony)** | Direct | Cross | Redir | Recross | Judge |
| 1 | Clint Meadors<br>c/o C M Heavy Machinery, LLC<br>11097 Highway 27<br>Okemah, Oklahoma 74859<br>Mr. Meadors will testify as to the debtor's pre-petition affairs, the entity's operations whilst in Chapter 11, the value of the debtor's equipment, the debtor's financial performance, the events surrounding the debtor's bank account briefly having a balance in excess of $250,000.00, the feasibility of the plan proposed by the debtor, and how that plan will best work to repay all creditors in full | | | | | |
| 2 | Holly Goodson<br>c/o C M Heavy Machinery, LLC<br>11097 Highway 27<br>Okemah, Oklahoma 74859<br>Ms. Goodson is the debtor's bookkeeper and will testify to the debtor's post-petition bookkeeping efforts, the revenues realized by the debtor during the pendency of this case, and the profitability of the debtor. | | | | | |

Respectfully Submitted,

Dated: February 13, 2025　　　　　　　By:　/s/ Maurice B. VerStandig
　　　　　　　　　　　　　　　　　　　　Maurice B. VerStandig, Esq.
　　　　　　　　　　　　　　　　　　　　The VerStandig Law Firm, LLC
　　　　　　　　　　　　　　　　　　　　9812 Falls Road, #114-160
　　　　　　　　　　　　　　　　　　　　Potomac, Maryland 20854
　　　　　　　　　　　　　　　　　　　　Phone: (301) 444-4600
　　　　　　　　　　　　　　　　　　　　mac@mbvesq.com

　　　　　　　　　　　　　　　　　　　　Christianna A. Cathcart, Esq.
　　　　　　　　　　　　　　　　　　　　The VerStandig Law Firm, LLC
　　　　　　　　　　　　　　　　　　　　9812 Falls Road, #114-160
　　　　　　　　　　　　　　　　　　　　Potomac, Maryland 20854
　　　　　　　　　　　　　　　　　　　　Phone: (301) 444-4600
　　　　　　　　　　　　　　　　　　　　christianna@dakotabankruptcy.com

　　　　　　　　　　　　　　　　　　　　*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

　　I HEREBY CERTIFY that on this 13th day of February, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

　　　　　　　　　　　　　　　　　　　　/s/ Maurice B. VerStandig
　　　　　　　　　　　　　　　　　　　　Maurice B. VerStandig