IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| C M HEAVY MACHINERY, LLC, | ) | Case No. 24-80617 |
| | ) | Chapter 11 |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND COPIES

Please take notice that the undersigned counsel for Great Plains National Bank, a creditor and party in interest in the above-styled and numbered cause ("Great Plains"), hereby files this Notice of Appearance pursuant to 11 U.S.C. §§ 342 and 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the address and telephone number set forth below:

> Connor M. Andreen, OBA No. 35047
> Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
> 521 East 2nd Street, Suite 1200
> Tulsa, OK 74120-1855
> Telephone: (918) 594-0400
> Facsimile: (918) 594-0505
> Email: candreen@hallestill.com

Great Plains additionally requests that the Debtor and the Clerk of the United States Bankruptcy Court place the above name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Please take further notice that Great Plains intend that neither this notice nor any later appearance, pleading, claim or suit shall waive (i) any right to trial by jury in any proceeding; (ii) any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in

equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED this 17th day of February, 2025.

> Respectfully submitted,
>
> HALL, ESTILL, HARDWICK, GABLE,
>   GOLDEN & NELSON, P.C.
>
>
> By: *s/ Connor M. Andreen*
>   Connor M. Andreen, OBA #35047
>   521 East 2nd Street, Suite 1200
>   Tulsa, OK 74120-1855
>   Telephone: (918) 594-0400
>   Facsimile: (918) 594-0505
>   Email: candreen@hallestill.com
>
> ATTORNEYS FOR GREAT PLAINS NATIONAL BANK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system on the 17th day of February, 2025.

> *s/ Connor M. Andreen*
> Connor M. Andreen