IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**JOINT MOTION TO APPEAR REMOTELY**

Come now C M Heavy Machinery, LLC ("CMHM" or the "Debtor") and Great Plains National Bank ("GPNB"), by and through respective undersigned counsel, pursuant to this Honorable Court's Administrative Procedures, and move to hold the hearing currently scheduled for February 20, 2025 at 10:30 am (the "Disclosure Statement Hearing") via telephone, and in support thereof state as follows:

There are two issues currently set for hearing this week: a motion to convert or dismiss this case, filed by the United States Trustee (the "UST Motion," as found at DE #79), and a hearing on the Debtor's proposed disclosure statement.

The Debtor and the United States Trustee have come to a procedural agreement whereby consideration of the UST Motion will be deferred to a later date. This agreement was reached over the holiday weekend and is based on substantive discussions between the parties, not being informed by any weather-centric concerns.

With the United States Trustee being amenable to not pursuing their motion this week, the sole item remaining on the docket will be the Disclosure Statement Hearing, which this Honorable Court has indicated to be a non-evidentiary hearing. DE #59. Subsection C of the "Appearance at Scheduled Hearings" portion of this Honorable Court's Administrative Procedures allows for

1

Case 24-80617    Doc 108    Filed 02/18/25    Entered 02/18/25 15:06:14    Desc Main
Document    Page 1 of 3

telephonic appearances with leave of court for non-evidentiary hearings. In this circumstance, it is respectfully urged that such an appearance may be appropriate—if not logistically compelling.

Muskogee and surrounding communities are currently experiencing unusually harsh winter storms, complicating local vehicular travel. While counsel for the Debtor and counsel for GPNB both presently have plans to appear in person in court for the Disclosure Statement Hearing, such will require use of the local roadways and, on the part of Debtor's counsel, air travel into Tulsa. In light of the current and forecasted weather conditions, it is believed it may be more efficient to hold the hearing via telephone.

WHEREFORE, the Debtor and GPNB respectfully pray this Honorable Court hold the Disclosure Statement Hearing via telephone, and for such other and further relief as may be just and proper.

Respectfully Submitted,

Dated: February 18, 2025  By:  /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

/s/ Steven W. Soulé (signed w/ express permission)
Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com
*Counsel for Great Plains National Bank*

*[Certificate of Service on Following Page]*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of February, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3

Case 24-80617    Doc 108    Filed 02/18/25    Entered 02/18/25 15:06:14    Desc Main
Document    Page 3 of 3