IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**<u>ORDER GRANTING JOINT MOTION TO APPEAR REMOTELY</u>**

Upon consideration of the Joint Motion to Appear Remotely (the "Motion") filed my C M Heavy Machinery ("CMHM" or the "Debtor") and Great Plains National Bank ("GPNB"), the factual representations made therein, the Administrative Procedures of this Honorable Court, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Oklahoma, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the hearing scheduled in this case for February 20, 2025 at 10:30 am shall be conducted via telephone.

1

We ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

/s/ Steven W. Soulé (signed w/ express permission)
Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com
*Counsel for Great Plains National Bank*