# CM Heavy Machinery LLC

## Profit and Loss
### January 2025

| | TOTAL |
|---|---:|
| **Income** | |
|   411   RENTAL DEPARTMENT INCOME | 839.00 |
|   412 - VENDOR RE-RENTAL INCOME | 64,500.00 |
| **Total 411   RENTAL DEPARTMENT INCOME** | **65,339.00** |
|   450   SERVICE DEPT INCOME | 35,000.00 |
|   Sales of Product Income | 15,000.00 |
|   Shipping Income | 18,000.00 |
| **Total Income** | **$133,339.00** |
| **Cost of Goods Sold** | |
|   510 - HAULING DEPT EXPENSE. | 5,300.00 |
|   551   SHOP SUPPLIES CHARGE | 29.69 |
|   Cost of Goods Sold | |
|     512-RENTAL DEPT EXPENSE | |
|       512   2 - VENDOR RE-RENTAL COSTS | 31,859.74 |
|   **Total 512-RENTAL DEPT EXPENSE** | **31,859.74** |
|   **Total Cost of Goods Sold** | **31,859.74** |
| **Total Cost of Goods Sold** | **$37,189.43** |
| **GROSS PROFIT** | **$96,149.57** |
| **Expenses** | |
|   601   AUTO EXPENSE | |
|     601-1   MAINTENANCE | 936.21 |
|     601-2   PIKEPASS | -29.67 |
|     601-5   FUEL | 1,165.72 |
|   **Total 601   AUTO EXPENSE** | **2,072.26** |
|   604   BANK FEES | 18.30 |
|   617   COMPUTER & INTERNET EXP | 240.00 |
|   649   OFFICE SUPPLIES | 151.71 |
|   665   POSTAGE AND DELIVERY | 154.00 |
|   685 - PAYROLL LIABILITES | |
|     685-7 PAYROLL FEDERAL UNEMPLOYMENT (940) | 42.00 |
|   **Total 685 - PAYROLL LIABILITES** | **42.00** |
|   685   TAXES | |
|     685-3   PROPERTY TAXES | 1,664.50 |
|   **Total 685   TAXES** | **1,664.50** |
|   686   UTILITIES | 826.40 |
|   Auto Expense | |
|     DIESEL FUEL | 1,626.07 |
|   **Total Auto Expense** | **1,626.07** |
|   Chapter 11 Fees | 1,561.00 |
|   Job Cost | 2,106.25 |

# CM Heavy Machinery LLC

## Profit and Loss
January 2025

|  | TOTAL |
|---|---:|
| Office Supplies & Software | 511.00 |
| Payroll Expenses | 5,000.00 |
| **Total Expenses** | **$15,973.49** |
| **NET OPERATING INCOME** | **$80,176.08** |
| Other Expenses | |
| 800  Ask My Accountant | 0.00 |
| **Total Other Expenses** | **$0.00** |
| **NET OTHER INCOME** | **$0.00** |
| **NET INCOME** | **$80,176.08** |

Case 24-80617    Doc 114-2    Filed 02/21/25    Entered 02/21/25 15:56:25    Desc  P&L         2/2