# CM Heavy Machinery LLC

## Mabrey Operating Acct-5504, Period Ending 01/31/2025

### RECONCILIATION REPORT

Reconciled on: 02/05/2025

Reconciled by: Holly Goodson

Any changes made to transactions after this date aren't included in this report.

## Summary

|  | USD |
|---|---:|
| Statement beginning balance | 146,479.06 |
| Checks and payments cleared (44) | -52,129.94 |
| Deposits and other credits cleared (4) | 137,977.28 |
| Statement ending balance | 232,326.40 |
| | |
| Uncleared transactions as of 01/31/2025 | -176,215.63 |
| Register balance as of 01/31/2025 | 56,110.77 |
| Cleared transactions after 01/31/2025 | 0.00 |
| Uncleared transactions after 01/31/2025 | -5,020.00 |
| Register balance as of 02/05/2025 | 51,090.77 |

## Details

### Checks and payments cleared (44)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 01/02/2025 | Expense | | Intuit | -20.00 |
| 01/03/2025 | Expense | | E-EXPRESS | -212.14 |
| 01/06/2025 | Expense | | E-EXPRESS | -63.15 |
| 01/06/2025 | Expense | | TRAVEL | -217.97 |
| 01/06/2025 | Expense | | | -161.63 |
| 01/06/2025 | Expense | | | -276.54 |
| 01/06/2025 | Expense | | Block Exception | -2.45 |
| 01/06/2025 | Check | 13896 | OKFUSKEE COUNTY TREA… | -1,664.50 |
| 01/06/2025 | Check | 13899 | Okfuskee County RWD #2 | -42.81 |
| 01/06/2025 | Check | 13897 | Kyle Cates | -1,000.00 |
| 01/06/2025 | Check | 13898 | Clint Meadors | -5,000.00 |
| 01/08/2025 | Expense | | AEP Public Service | -633.59 |
| 01/09/2025 | Expense | | LOVES | -29.69 |
| 01/09/2025 | Expense | | LOVES | -123.18 |
| 01/13/2025 | Check | 13900 | KIRBY SMITH MACHINERY, I… | -31,859.74 |
| 01/14/2025 | Expense | | Casey's | -152.90 |
| 01/14/2025 | Expense | | USPS | -154.00 |
| 01/14/2025 | Expense | | Intuit | -297.00 |
| 01/14/2025 | Expense | | OTA Plate Pay Pikepass | -37.35 |
| 01/15/2025 | Check | 13901 | Pinney Trucking | -3,200.00 |
| 01/16/2025 | Expense | | Block Exception | -2.45 |
| 01/16/2025 | Expense | | E-EXPRESS | -523.44 |
| 01/21/2025 | Expense | | Starlink | -240.00 |
| 01/21/2025 | Expense | | Wal-Mart | -100.00 |
| 01/21/2025 | Expense | | Wal-Mart | -93.49 |
| 01/21/2025 | Expense | | Wal-Mart | -100.00 |
| 01/21/2025 | Expense | | E-EXPRESS | -214.09 |
| 01/21/2025 | Expense | | Wal-Mart | -100.00 |
| 01/21/2025 | Expense | | OKC Fire | -106.25 |
| 01/21/2025 | Expense | | Intuit | -194.00 |
| 01/22/2025 | Expense | | AMAZON | -37.54 |
| 01/22/2025 | Expense | | E-EXPRESS | -342.04 |
| 01/23/2025 | Expense | | Block Exception | -2.45 |
| 01/24/2025 | Check | 13903 | Richard Jackson | -2,000.00 |
| 01/24/2025 | Expense | | O'REILLY AUTOMOTIVE INC. | -156.89 |
| 01/24/2025 | Expense | | Osborn Trash Service | -150.00 |
| 01/27/2025 | Expense | | E-EXPRESS | -170.00 |
| 01/27/2025 | Expense | | CheckDepot | -114.17 |
| 01/27/2025 | Expense | | | -150.00 |
| 01/27/2025 | Expense | | | -150.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/28/2025 | Expense | | E-EXPRESS | -420.54 |
| 01/29/2025 | Expense | | Office of the U.S. Trustee | -1,561.00 |
| 01/30/2025 | Expense | | BANK FEE | -10.95 |
| 01/30/2025 | Tax Payment | | IRS | -42.00 |

| Total | | | | -52,129.94 |
|---|---|---|---|---|

### Deposits and other credits cleared (4)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/08/2025 | Receive Payment | 6210 | Smith Energy Services, Inc. | 19,747.50 |
| 01/08/2025 | Receive Payment | 6193 | Smith Energy Services, Inc. | 83,162.76 |
| 01/13/2025 | Receive Payment | | New Life Church of the Nazar... | 35,000.00 |
| 01/27/2025 | Deposit | | TXTAG | 67.02 |

| Total | | | | 137,977.28 |
|---|---|---|---|---|

### Additional Information

Uncleared checks and payments as of 01/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2023 | Payroll Check | | Michael B. Taron | -1,321.07 |
| 04/14/2023 | Payroll Check | | Michael B. Taron | -298.52 |
| 07/27/2023 | Sales Tax Payment | | | -5,275.20 |
| 07/27/2023 | Sales Tax Payment | | | -658.01 |
| 11/03/2023 | Payroll Check | 9999 | TRACY GOZA | -1,200.00 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/11/2024 | Sales Tax Payment | | | -77.62 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/26/2024 | Bill Payment | DD | TRACY D GOZA | -1,313.88 |
| 01/24/2025 | Check | 13902 | Kyle Cates | -1,100.00 |
| 01/27/2025 | Check | 13880 | CM HEAVY MACHINERY, LLC | -150,000.00 |
| 01/29/2025 | Check | 13904 | KIRBY SMITH MACHINERY, I... *Voided* | -14,742.19 |

| Total | | | | -176,215.63 |
|---|---|---|---|---|

Uncleared deposits and other credits as of 01/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/20/2023 | Transfer | | | 0.00 |
| 11/30/2023 | Sales Tax Payment | | | 0.00 |
| 12/15/2023 | Check | 13842 | DAX STUART | 0.00 |
| 01/04/2024 | Expense | PAYPAL | HP | 0.00 |
| 04/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 05/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 06/11/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 07/11/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 08/12/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 09/12/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 10/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |

| Total | | | | 0.00 |
|---|---|---|---|---|

Uncleared checks and payments after 01/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/03/2025 | Expense | | Intuit | -20.00 |
| 02/05/2025 | Check | 13905 | Clint Meadors | -5,000.00 |

| Total | | | | -5,020.00 |
|---|---|---|---|---|