United States Bankruptcy Court
Eastern District of Oklahoma

In re:                                                                Case No. 24-80617-PRT
C M Heavy Machinery, LLC                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7                                  User: admin                                    Page 1 of 2
Date Rcvd: Feb 19, 2025                         Form ID: MinBK                            Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| cr | + | Gregory Poole Equipment Company, 4807 Beryl Road, Raleigh, NC 27606-1406 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ssoule@hallestill.com | Feb 19 2025 19:27:00 | Great Plains National Bank, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200, Tulsa, OK 74120-1855 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | No Trustee |
| cr | | Caterpillar Financial Services Corporation |
| cr | | Recovery Logistics, Inc. |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2025                               Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:

**Name**                                     **Email Address**

Alexander Sokolosky

　　　　　　　　　　on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com
　　　　　　　　　　lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com

Blake Sonne
　　　　　　　　　　on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com

Christianna Annette Cathcart
　　　　　　　　　　on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com

Christopher Gnaedig
　　　　　　　　　　on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com

Connor Andreen
　　　　　　　　　　on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey
　　　　　　　　　　on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com

Gary M. McDonald
　　　　　　　　　　on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com

Karen Carden Walsh
　　　　　　　　　　on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Mary Kindelt
　　　　　　　　　　on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
　　　　　　　　　　on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
　　　　　　　　　　USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
　　　　　　　　　　on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 24−80617**
**Chapter: 11**

**FILED**
Feb. 19, 2025
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
   C M Heavy Machinery, LLC
   aka CM Heavy Machinery, LLC
   11097 Highway 27
   Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
   42−1737967

Minute Entry rescheduling the hearing set 2/20/2025 at 10:30 a.m. as a telephonic hearing (RE: related document(s)56 Disclosure Statement filed by Debtor, 85 Objection filed by U.S. Trustee, 87 Objection filed by Creditor Great Plains National Bank, 79 Motion to Convert Case to Chapter 7 filed by U.S. Trustee, 101 Response filed by Creditor Great Plains National Bank, 104 Response filed by Debtor). Call 918.800.1393 Conf ID 192 652 576# (Corley, Cheryl)

Dated: February 19, 2025

                                        **Bonnie N Hackler, Clerk**
                                        **U.S. Bankruptcy Court**