United States Bankruptcy Court
Eastern District of Oklahoma

In re:     Case No. 24-80617-PRT
C M Heavy Machinery, LLC     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7     User: admin     Page 1 of 2
Date Rcvd: Feb 21, 2025     Form ID: MinBK     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Sokolosky | on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery LLC bsonne@whittenburragelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Connor Andreen | on behalf of Creditor Great Plains National Bank candreen@hallestill.com |
| Daniel Vaughn Carsey | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com kjanke@hallestill.com |
| Gary M. McDonald | on behalf of Creditor Recovery Logistics Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com |
| Karen Carden Walsh | |

on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Mary Kindelt
on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com

TOTAL: 12

UNITED STATES BANKRUPTCY COURT  
Eastern District of Oklahoma  
**Case No.: 24−80617**  
**Chapter: 11**

**FILED**  
Feb. 21, 2025  
Bonnie N Hackler, Clerk  
U.S. BANKRUPTCY COURT  
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
   C M Heavy Machinery, LLC
   aka CM Heavy Machinery, LLC
   11097 Highway 27
   Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
   42−1737967

MINUTE ENTRY: Telephonic Status hearing held 2/20/2025 at 10:30 a.m. (RE: related document(s)79 Motion to Convert Case to Chapter 7 filed by U.S. Trustee, 101 Response filed by Creditor Great Plains National Bank, 104 Response filed by Debtor C M Heavy Machinery, LLC). Appearances: Maurice VerStandig and Christianna Cathcart on behalf of the Debtor; Karen Walsh and Mary Kindelt on behalf of the U.S. Trustee; Steve Soule and Connor Andreen on behalf of Great Plains National Bank. Parties to defer consideration of motion until confirmation hearing. (Corley, Cheryl)

Dated: February 21, 2025

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**