**Dated: March 3, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Oklahoma

In Re: C M Heavy Machinery, LLC      Case No.: 24−80617
                                                      Chapter: 11

       Debtor(s).

RE: Joint Motion for Special Setting on Great Plains National Bank's Motion to Dismiss or Convert

Filed: 02/28/2025

Docket Entry No.: 118

### **<u>ORDER</u>**

For good cause shown, the Motion is GRANTED.
An evidentiary hearing on the Motion to Dismiss, or Alternatively, to Convert the Bankruptcy Case to a Chapter 7 Proceeding filed by Great Plains National Bank (ECF No. 82) will be held on March 19, 2025, at 10:00 AM at Ed Edmondson Courthouse 101 N 5th Muskogee Courtroom 4. The parties shall comply with Local Form 9014−1(E) Instructions Governing Evidentiary Hearing Procedures in Contested Matters. Witness List due by 3/12/2025. Exhibit List due by 3/12/2025. Exhibits due by 3/12/2025.
The hearing originally set on 3/12/2025 is hereby stricken.

###