In re:  
C M Heavy Machinery, LLC  
    Debtor

Case No. 24-80617-PRT  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1086-7      User: admin      Page 1 of 4  
Date Rcvd: Mar 03, 2025      Form ID: pdfmtrx      Total Noticed: 73

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| 1975356 | + | ARA Insurance Agency, 11225 College Blvd Suite 250, Overland Park, KS 66210-2769 |
| 1975357 | + | AT&T Business, 211 S. Akard, Dallas, TX 75202-4207 |
| 1975355 | + | Aaron Lowe, 380058 Old Highway 62, Okemah, OK 74859-5916 |
| 1975358 | + | Barnhill Contracting Company, 800 Tiffany Blvd Suite 200 P O Box 7948, Rocky Mount, NC 27804-0948 |
| 1975359 | | Blue Bridge Financial, LLC, 11911 Freedom Dr, One Fountain Square, set 570, Reston, VA 20190 |
| 1975360 | | Bob Cherot, Voss, Michaels, Lee & Associates, Inc., PO Box 1829, Holland, MI 49422-1829 |
| 1975364 | + | CIG Logistics, Inc., 209 W 2nd Street, Fort Worth, TX 76102-3021 |
| 1975362 | + | Caterpillar Financial Services, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 1975365 | | Clint Meadors, 11097 Highway 27, Okemah, OK 74859 |
| 1975368 | + | DLL Finance / Agricredit, PO Box 77122, Minneapolis, MN 55480-7702 |
| 1975367 | + | Daniel V. Carsey, Hall, Estill, Hardwick, Gable, Golden, 100 North Broadway Suite 2900, Oklahoma City, OK 73102-8808 |
| 1975369 | | Dozr, Ltd., 318 DUKE ST W KITCHENER, ONTARIO CANADA-N2H3Y1 |
| 1975370 | + | Enfield Timber, LLC, 21144 US Highway 301, Enfield, NC 27823-8990 |
| 1975371 | + | FedEx, PO Box 223125, Pittsburgh, PA 15251-2125 |
| 1975372 | + | First Foundation Bank, 18101 Von Karmen Avenue, ste 750, Irvine, CA 92612-0005 |
| 1975373 | + | Great Plains Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |
| 1975376 | + | Great Plains National Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |
| 1975375 | + | Great Plains National Bank, 2017 W. 3rd, Elk City, OK 73644-4305 |
| 1981328 | + | Great Plains National Bank, Hall Estill c/o Steve Soule, 521 East 2nd St., Suite 1200, Tulsa, OK 74120-1855 |
| 1975377 | + | Gregory Poole Equipment Company, 4807 Beryl Road, Raleigh, NC 27606-1406 |
| 1975378 | + | Gungoll, Jackson, Box & Devoll, P.C., PO Box 1549, Enid, OK 73702-1549 |
| 1975379 | + | Hentges & Associates, PLLC, 102 E Thatcher St, Edmond, OK 73034-3665 |
| 1976089 | + | Holt Texas, Ltd., Caldwell Clark Fanucchi & Finlayson PLLC, 700 N. St. Mary's Street, #1825, San Antonio, TX 78205-3545 |
| 1981060 | + | James Supplies LLC, PO Box 360, Pauls Valley OK 73075-0360 |
| 1975382 | + | James Supplies, L.L.C., c/o Jay V. Harper 410 S. Chickasaw, Pauls Valley, OK 73075-4220 |
| 1975383 | + | Janae L. Wright, 2914 Colonial Lane, Edmond, OK 73013-6477 |
| 1975384 | + | Jerome S. Sepkowitz, Esq., Derryberry & Naifeh, LLP, 4800 North Lincoln Boulevard, Oklahoma City, OK 73105-3321 |
| 1988390 | + | Komatsu Financial Limited Partnership, Vedder Price P.C., Attn: Mitchell D. Coh, 1633 Broadway, 31st Floor, New York, NY 10019-6764 |
| 1975388 | + | Mabrey Bank, PO Box 130, Bixby, OK 74008-0130 |
| 1981330 | + | Matthew P. Weiner, Poyner Spruill, LLP, Attn: Matthew P. We, PO Box 1801, Raleigh, NC 27602-1801 |
| 1976124 | + | McAfee & Taft A Professional Corporation, Two Leadership Square, 8th Floor, 211 N. Robinson, Oklahoma City, OK 73102-7109 |
| 1975389 | | McAfee & Taft, A Professional Corporatio, Attn: Michael Lauderdale, 211 N. Robinson 8th Floor, Two Leadershi, Oklahoma City, OK 73102 |
| 1981319 | + | Mylon D. Smith, Crowe Dunlevy, 324 N Robinson Ave., Suite 100, Oklahoma City, OK 73102-6417 |
| 1975390 | | Mylon D. Smith, Crowe & Dunlevy, a Professional Corporat, Braniff Building 423 N. Robinson Avenue,, Oklahoma City, OK 73102 |
| 1975391 | + | Nolen Propane Company, 2378 Hwy. 75, Wetumka, OK 74883-6202 |
| 1975392 | + | Norman Wohlgemuth, LLP, 401 S. Boston Avenue Suite 3200, Tulsa, OK 74103-4024 |
| 1975393 | + | Okemah Oil Company, 4 E Broadway St, Okemah, OK 74859-2660 |
| 1975394 | + | Oklahoma Natural Gas, PO Box 219296, Kansas City, MO 64121-9296 |
| 1975395 | + | Oklahoma Tax Commission, 300 N Broadway Avenue, Oklahoma City, OK 73102-6403 |
| 1975462 | + | Oklahoma Tax Commission, Oklahoma City OK 73194-0001 |
| 1975396 | + | Pe Ben Industries Companies, Inc., 811 Dallas Street, Houston, TX 77002-5900 |
| 1975397 | + | Recovery Logistics, Inc., 507 S 14th, Fort Smith, AR 72901-4607 |
| 1975398 | + | Robert D. Wilson, PC, 1900 Preston Road Suite 267-72, Plano, TX 75093-5175 |
| 1975399 | + | Ross Plourde, Esq., 211 N. Robinson, 8th Floor Two Leadership Square, Oklahoma City, OK 73102-7109 |

| | | |
|---|---|---|
| 1975400 | + | Scott Equipment, 6149 Hwy 90 E, Lake Charles, LA 70615-4707 |
| 1975401 | + | Standard Freight LLC, 2401 Independence Parkway S, La Porte, TX 77571-9805 |
| 1975402 | + | T&J Grading Company LLC, 2054 Kildare Farm Rd. #352, Cary, NC 27518-6614 |
| 1975403 | + | Targeted Lease Capital LLC, 5500 Main Street Suite 300, Williamsville , NY 14221-6753 |
| 1975404 | + | Tuggle Duggins, 400 Bellemeade Street Suite 800, Greensboro, NC 27401-3796 |
| 1981363 | + | Tuggle Duggins, P.A., 400 Bellemeade Street, Suite 800, Greensboro, NC 27401-3796 |
| 1975405 | + | Unifirst, 2100 N Beech Avenue, Broken Arrow, OK 74012-1167 |
| 1975406 | + | Warren Power & Machinery, Inc., c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 1975407 | | Waukesha-Pearce Industries, LLC, PO Box 65038, Houston, TX 77235 |
| 1975408 | + | Wheeler Metals, 3100 W 40th Street N, Muskogee, OK 74401-5435 |
| 1975409 | + | Wisner Law, 703 S. Western Road, Stillwater, OK 74074-4126 |
| 1975410 | + | Woita Forest Products, LLC, 601 Calvert Street Suite Q, Lincoln, NE 68502-4362 |

TOTAL: 57

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ssoule@hallestill.com | Mar 03 2025 19:06:00 | Great Plains National Bank, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200, Tulsa, OK 74120-1855 |
| 1975361 | + | Email/Text: cls-bankruptcy@wolterskluwer.com | Mar 03 2025 19:06:00 | C T Corporation, PO Box 4349, Carol Stream, IL 60197-4349 |
| 1975363 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Mar 03 2025 19:06:00 | Caterpillar Financial Services Corp, 2120 West End Avenue, Nashville, TN 37203 |
| 1976989 | + | Email/Text: cls-bankruptcy@wolterskluwer.com | Mar 03 2025 19:06:00 | CT Corporation, Attn: Bankruptcy (SOP), 28 Liberty Street, New York, NY 10005-1441 |
| 1980497 | ^ | MEBN | Mar 03 2025 19:02:06 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 1975380 | + | Email/Text: roy.wahne@holtcat.com | Mar 03 2025 19:06:00 | Holt Texas Ltd., 5665 SE Loop 410, San Antonio, TX 78222-3903 |
| 1975381 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2025 19:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1976535 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 03 2025 19:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 1975385 | + | Email/Text: bbarry@komatsuna.com | Mar 03 2025 19:06:00 | Komatsu Financial L.P., 8770 W Bryn Mawr Ave Suite 100, Chicago, IL 60631-3782 |
| 1975386 | ^ | MEBN | Mar 03 2025 19:02:06 | Kubota Credit Corp, U.S.A, PO Box 2046, Grapevine, TX 76099-2046 |
| 1975387 | ^ | MEBN | Mar 03 2025 19:02:07 | Kubota Credit Corporation USA, PO Box 2046, Grapevine, TX 76099-2046 |
| 1976439 | + | Email/Text: msuess@tax.ok.gov | Mar 03 2025 19:06:00 | Oklahoma Tax Commission, 201 W 5th St. Ste. 400, General Counsel's Office, Tulsa, OK 74103-4211 |
| 1977418 | + | Email/Text: richard.wallace@solidcounsel.com | Mar 03 2025 19:06:00 | Richard J. Wallace III, Scheef & Stone LLP, 500 N. Akard, Ste. 2700, Dallas, TX 75201-3306 |
| 1975366 | | Email/Text: pacer@cpa.state.tx.us | Mar 03 2025 19:06:00 | Comptroller of Public Accounts, PO Box 149359, Austin, TX 78714-9359 |
| 1975463 | + | Email/Text: USAOKE.ECFCivil@usdoj.gov | Mar 03 2025 19:06:00 | United States Attorney, Eastern District of Oklahoma, 520 Denison Ave., Muskogee OK 74401-6007 |
| 1976088 | + | Email/Text: zfanucchi@ceflegalsa.com | Mar 03 2025 19:06:00 | Zachary J. Fanucchi, Caldwell Clark Fanucchi & Finlayson PLLC, 700 N. St. Mary's Street, #1825, |

San Antonio, TX 78205-3545

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| tr | | No Trustee |
| cr | | Caterpillar Financial Services Corporation |
| cr | | Recovery Logistics, Inc. |
| cr | *+ | Gregory Poole Equipment Company, 4807 Beryl Road, Raleigh, NC 27606-1406 |
| 1975374 | *+ | Great Plains Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alexander Sokolosky | on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery LLC bsonne@whittenburragelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Connor Andreen | on behalf of Creditor Great Plains National Bank candreen@hallestill.com |
| Daniel Vaughn Carsey | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com kjanke@hallestill.com |
| Gary M. McDonald | on behalf of Creditor Recovery Logistics Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com |
| Karen Carden Walsh | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |
| Mary Kindelt | on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov |
| Maurice VerStandig | on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email |
| Office of the United States Trustee | |

USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
    on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com

Steven William Soule'
    on behalf of Creditor Great Plains National Bank ssoule@hallestill.com ssouleOKE@ecf.axosfs.com

TOTAL: 13

Dated: March 3, 2025

The following is ORDERED:



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In Re: C M Heavy Machinery, LLC      Case No.: 24−80617
Chapter: 11

Debtor(s).

RE: Joint Motion for Special Setting on Great Plains National Bank's Motion to Dismiss or Convert

Filed: 02/28/2025

Docket Entry No.: 118

### ORDER

For good cause shown, the Motion is GRANTED.
An evidentiary hearing on the Motion to Dismiss, or Alternatively, to Convert the Bankruptcy Case to a Chapter 7 Proceeding filed by Great Plains National Bank (ECF No. 82) will be held on March 19, 2025, at 10:00 AM at Ed Edmondson Courthouse 101 N 5th Muskogee Courtroom 4. The parties shall comply with Local Form 9014−1(E) Instructions Governing Evidentiary Hearing Procedures in Contested Matters. Witness List due by 3/12/2025. Exhibit List due by 3/12/2025. Exhibits due by 3/12/2025.
The hearing originally set on 3/12/2025 is hereby stricken.

###