United States Bankruptcy Court
Eastern District of Oklahoma

In re:                                                                                                     Case No. 24-80617-PRT
C M Heavy Machinery, LLC                                                  Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7                                           User: admin                                           Page 1 of 2
Date Rcvd: Mar 06, 2025                                 Form ID: AdmJudBK                               Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| cr | + | Gregory Poole Equipment Company, 4807 Beryl Road, Raleigh, NC 27606-1406 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ssoule@hallestill.com | Mar 06 2025 18:59:00 | Great Plains National Bank, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200, Tulsa, OK 74120-1855 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | No Trustee |
| cr | | Caterpillar Financial Services Corporation |
| cr | | Recovery Logistics, Inc. |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 08, 2025                                Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:

**Name**                                    **Email Address**

Alexander Sokolosky

　　　　　　　　　　　　on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com
　　　　　　　　　　　　lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com

Blake Sonne
　　　　　　　　　　　　on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com

Christianna Annette Cathcart
　　　　　　　　　　　　on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com

Christopher Gnaedig
　　　　　　　　　　　　on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com

Connor Andreen
　　　　　　　　　　　　on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey
　　　　　　　　　　　　on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com

Gary M. McDonald
　　　　　　　　　　　　on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com

Karen Carden Walsh
　　　　　　　　　　　　on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Mary Kindelt
　　　　　　　　　　　　on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
　　　　　　　　　　　　on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
　　　　　　　　　　　　USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
　　　　　　　　　　　　on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

Steven William Soule'
　　　　　　　　　　　　on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  ssouleOKE@ecf.axosfs.com


TOTAL: 13

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
Case No.: 24−80617
Chapter: 11

**FILED**
Mar. 6, 2025
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  C M Heavy Machinery, LLC
  aka CM Heavy Machinery, LLC
  11097 Highway 27
  Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
  42−1737967

## ORDER

Order. The Chapter 11 Plan of Reorganization filed on 12/9/2024 (Docket Entry #58) is superseded and stricken by the filing of the First Amended Chapter 11 Plan of Reorganization on 2/28/2025 (Docket Entry #119) (RE: related document(s)58 Chapter 11 Plan filed by Debtor C M Heavy Machinery, LLC). s/Judge Paul R. Thomas on 3/6/2025. (Corley, Cheryl)THE MOVANT IS DIRECTED TO NOTIFY ALL INTERESTED PARTIES OF THE ENTRY OF THIS ORDER.This is the Official Order of the Court.

THE MOVING PARTY IS TO SERVE THIS ORDER ON PARTIES NOT RECEIVING ELECTRONIC NOTICE

BY THE COURT

Dated: March 6, 2025

*s/ Paul R. Thomas*
UNITED STATES BANKRUPTCY JUDGE