IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re: ) Case No. 24-80617
) (Chapter 11)
C M HEAVY MACHINERY, LLC )
)
Debtor. )
_____)

**WITNESS LIST**

☐ MOVANT_____         ☒ RESPONDENT C M Heavy Machinery, LLC

| DATE OF HEARING: March 19, 2025 | | OPERATOR | | | | PAGE NO. |
|---|---|---|---|---|---|---|
| Witness No. | NAME AND ADDRESS (Brief Description of Testimony) | Direct | Cross | Redir | Recross | Judge |
| 1 | Clint Meadors<br>c/o C M Heavy Machinery, LLC<br>11097 Highway 27<br>Okemah, Oklahoma 74859<br>Mr. Meadors will testify as to the debtor's pre-petition affairs, the entity's operations whilst in Chapter 11, the value of the debtor's equipment, the debtor's financial performance, the feasibility of the plan proposed by the debtor, and how that plan will best work to repay all creditors in full | | | | | |
| 2 | Holly Goodson<br>c/o C M Heavy Machinery, LLC<br>11097 Highway 27<br>Okemah, Oklahoma 74859<br>Ms. Goodson is the debtor's bookkeeper and will testify to the debtor's post-petition bookkeeping efforts, the revenues realized by the debtor during the pendency of this case, and the profitability of the debtor. | | | | | |

Respectfully Submitted,

Dated: March 12, 2025         By:    /s/ Maurice B. VerStandig
                                     Maurice B. VerStandig, Esq.
                                     The VerStandig Law Firm, LLC
                                     9812 Falls Road, #114-160
                                     Potomac, Maryland 20854
                                     Phone: (301) 444-4600
                                     mac@mbvesq.com

                                     Christianna A. Cathcart, Esq.
                                     The VerStandig Law Firm, LLC
                                     9812 Falls Road, #114-160
                                     Potomac, Maryland 20854
                                     Phone: (301) 444-4600
                                     christianna@dakotabankruptcy.com

                                     *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig