IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re: )  Case No. 24-80617
) (Chapter 11)
C M HEAVY MACHINERY, LLC )
)
Debtor. )
_____)

**EXHIBIT LIST**

☐ MOVANT_____        ☒ RESPONDENT C M Heavy Machinery, LLC

| DATE OF HEARING: March 19, 2025 | | OPERATOR | | PAGE NO. |
|---|---|---|---|---|
| **EXHIBIT NO.** | **DESCRIPTION (Brief description and intended purpose)** | **I D** | **ADMITTED** | **REJECT/WD** |
| A | **Petition and Schedules (Docket Entry #1)** | | | |
| B | **August 2024 Operating Report (Docket Entry #46)** | | | |
| C | **September 2024 Operating Report (Docket Entry #49)** | | | |
| D | **October 2024 Operating Report (Docket Entry #52)** | | | |
| E | **November 2024 Operating Report (Docket Entry #63)** | | | |
| F | **December 2024 Operating Report (Docket Entry #77)** | | | |
| G | **January 2025 Operating Report (Docket Entry #114)** | | | |
| H | **Disclosure Statement and Plan of Reorganization (Docket Entry #56)** | | | |
| I | **Supplement to Disclosure Statement (Docket Entry #120)** | | | |

Respectfully Submitted,

Dated: March 12, 2025     By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com

Christianna A. Cathcart, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
christianna@dakotabankruptcy.com

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig