IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:                           CASE NO.  24-80617
                                            CHAPTER   11

**C M HEAVY MACHINERY, LLC,**
       Debtor.

## WITNESS LIST

☒  **MOVANT** Great Plains National Bank ("GPNB")          ☐  **RESPONDENT**

| DATE OF HEARING: March 19, 2025 | | OPERATOR | | | | PAGE NO. |
|---|---|---|---|---|---|---|
| **Witness No.** | **NAME AND ADDRESS (Brief Description of Testimony)** | Direct | Cross | Redir | Recross | Judge |
| 1. | Name/Address: Clint Meadors, c/o Counsel for Debtor<br><br>Anticipated Testimony: Mr. Meadors is expected to testify as to the Debtor's operation, both pre-petition and post petition, the Debtor's Chapter 11 Plan, the Debtor's books and records, the Debtor's assets, and the Debtor's liabilities. | | | | | |
| 2. | Name/Address: Holly Goodson, c/o Counsel for Debtor<br><br>Anticipated Testimony: Ms. Goodson is expected to testify as to the Debtor's books and records. | | | | | |
| 3. | Name/Address: Blake D. Johnson, GPNB Market President, c/o Counsel for GPNB<br><br>Anticipated Testimony: Mr. Johnson is expected to testify as to the Debtor's obligations towards GPNB, the Debtor's pre-petition conduct, and the Debtor's post-petition conduct. | | | | | |
| 4. | Name/Address: Larry L. Perdue, ASA, M.V.S., Executive Director of Asset Appraisal Corporation, 2000 East 15th Street, Building 300A, Edmond, OK  73013<br><br>Anticipated Testimony: Mr. Perdue is expected to testify as to the assets as to the value and condition of the equipment listed in the Debtor's Schedule A/B Assets – Real and Personal Property. | | | | | |

Dated: March 12, 2025.                    Respectfully submitted,

**HALL, ESTILL HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/Steven W. Soulé*
Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com

-and-

Daniel V. Carsey, OBA No. 21490
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEYS FOR GREAT PLAINS NATIONAL BANK**