IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | CASE NO. 24-80617 |
| | CHAPTER 11 |
| C M HEAVY MACHINERY, LLC, | |
| Debtor. | |

## EXHIBIT LIST

☒ MOVANT Great Plains National Bank ("GPNB")     ☐ RESPONDENT

| DATE OF HEARING: March 19, 2025 | | OPERATOR | | PAGE NO. |
|---|---|---|---|---|
| EXHIBIT NO. | DESCRIPTION (Brief description and intended purpose) | I D | ADMITTED | REJECT/WD |
| 1. | Description: Voluntary Petition for Non-Individuals Filing for Bankruptcy, Schedules, and Statement of Financial Affairs [Doc. No. 1]<br><br>Intended Purpose: To demonstrate the assets and liabilities as perceived by the Debtor on the Petition Date. | | | |
| 2. | Description: Initial Report and Attachments [Doc. No. 29]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records as of the filing of the Initial Report. | | | |
| 3. | Description: August 2024 Monthly Operating Report [Doc. No. 46]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
| 4. | Description: September 2024 Monthly Operating Report [Doc. No. 49]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
| 5. | Description: October 2024 Monthly Operating Report [Doc. No. 52] | | | |

| | | | | |
|---|---|---|---|---|
| | Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
| 6. | Description: October 2024 Bank Records [Doc. No. 61]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
| 7. | Description: November 2024 Monthly Operating Report [Doc. No. 63]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
| 8. | Description: December 2024 Monthly Operating Report [Doc. No. 77]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
| 9. | Description: January 2025 Monthly Operating Report [Doc. No. 114]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
| 10. | Description: First Amended Chapter 11 Plan of Reorganization [Doc. No. 119]<br><br>Intended Purpose: To evaluate the Debtor's Plan of Reorganization. | | | |
| 11. | Description: Disclosure Statement for Chapter 11 Plan of Reorganization [Doc. No. 56]<br><br>Intended Purpose: To evaluate the Debtor's Plan of Reorganization. | | | |
| 12. | Description: Supplement to Disclosure Statement for Chapter 11 Plan of Reorganization [Doc. No. 120]<br><br>Intended Purpose: To evaluate the Debtor's Plan of Reorganization. | | | |

| # | Description | | | |
|---|---|---|---|---|
| 13. | Description: Petition, Oklahoma County Case No. CJ-2025-1270<br><br>Intended Purpose: To evaluate the Debtor's insurance claim and C. Meadors' fiduciary duties thereto. | | | |
| 14. | Claim No. 13, Great Plains National Bank<br><br>Intended Purpose: To evaluate the GPNB's claim against the Debtor and the Debtor's Chapter 11 Plan. | | | |
| 15. | Claim No. 1, Internal Revenue Service<br><br>Intended Purpose: To evaluate the Debtor's liabilities and the Chapter 11 Plan. | | | |
| 16. | GPNB's Transaction History Statement<br><br>Intended Purpose: To evaluate GPNB's claim against the Debtor, the Debtor's prepetition conduct, and the Chapter 11 Plan. | | | |
| 17. | GPNB – GPS Tracking Data<br><br>Intended Purpose: To evaluate the Debtor's assets, operations, and the Chapter 11 Plan. | | | |
| 18. | Description: Deposition Testimony of C. Meadors<br><br>Intended Purpose: To impeach C. Meadors by prior inconsistent statements or to introduce as an opposing party's statement. | | | |
| 19. | Description: Deposition Testimony of H. Goodson<br><br>Intended Purpose: To impeach H. Goodson by prior inconsistent statements or to introduce as an opposing party's statement. | | | |
| 20. | Description: Defendant's Motion to Vacate Journal Entry of Judgment and to Set Cause for Hearing to Settle Journal Entry, Okfuskee County Case No. CJ-24-34<br><br>Intended Purpose: To impeach C. Meadors and to evaluate the Debtor's conduct with the insurance claim. | | | |

Dated: March 12, 2025.                    Respectfully submitted,

**HALL, ESTILL HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/Steven W. Soulé*
Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com

-and-

Daniel V. Carsey, OBA No. 21490
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEYS FOR GREAT PLAINS NATIONAL BANK**