IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DECLARATION IN SUPPORT OF APPLICATION TO APPROVE EMPLOYMENT OF
LOGAN DAHLK AND RECEIVABLES CONTROL CORPORATION AS
RETAINER FOR RECEIVABLES RECOVERY TO ABOVE-CAPTIONED DEBTOR**

1.      My name is Logan Dahlk, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2.      I graduated from the Minnesota State University of Mankato in May of 2021, earning my bachelor's degree in business management.

3.      I have been employed by Receivables Control Corporation (RCC), since April of 2022. I have retained positions as a commercial collector along with a national client manager for our clients utilizing our services.

4.      Founded in 1970, Receivables Control Corporation (RCC) is a trusted leader in global commercial debt recovery, serving clients worldwide.

5.      Our division, Asset Recovery Group, has assisted companies in bankruptcy or liquidation for nearly 40 years assisting with recovering receivables, assisting the debtor's staff or counsel with recovery, or purchasing portfolios of receivables.

6.      I intend to focus our practice on recovering receivables contingently while applying our skills and services to maximize the full potential of recoveries.

1

2

I, Logan Dahlk pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: March 13th, 2025          By:    /s/ Logan Dahlk
                                        Receivables Control Corporation
                                        7373 Kirkwood Ct. Suite 200.
                                        Maple Grove, Minnesota. 55369
                                        Phone: (763)-315-9633
                                        ldahlk@rccmn.com

2