

# RECEIVABLES CONTROL CORPORATION

7373 Kirkwood Court, Suite 200
Minneapolis, MN 55369

763/315-9600
FAX 763/315-9699

## COMMERCIAL SERVICES AND CHARGES
### Standard Contingent Rate Schedule
(U.S. and Canada)

Rates on all sums collected ................................................................. **35%**

Return merchandise ............................................................................... **1/2 normal fee**

Collection Fee & Interest Recoveries ..................................................... **50%**

### Attorneys

Amount Collected
$0-$25,000 ............................................................................................. **40%**
25,000 or above .................................................................................... **35%**

### Foreign Claims

Accounts collected without attorney intervention ................................ **35%**
Accounts referred to attorneys ............................................................. **negotiable**

All claims placed for collection with R.C.C. shall be justly due, and accepted according to the above rates. Client agrees to furnish all reasonable evidence required to aid in effecting collection.

As your agent, R.C.C. is authorized to accept payments and endorse checks, notes or money orders for deposit in R.C.C.'s Trust Account, the net proceeds of which R.C.C. will remit to you on the 1st week of the month following collection. However, a 17 day hold period is placed on all payments received by R.C.C. All payments received by the creditor must be promptly reported to R.C.C. All monies owing R.C.C. are due and payable upon receipt of statement.

When necessary R.C.C. shall act as your agent in forwarding accounts to attorneys or others. Client's written authorization is required to file suit.

Receivables Control Corporation

By: _[signature]_

Date: 3-21-25

*✱ Clint Meadors*

Client: CM Heavy Machinery, LLC
PO Box 309
Okemah, OK 74859

Client Authorized Signature: _[signature]_