IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO TAKE EXAMINATION OF ADAM. M. SMITH PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon consideration of the Motion to Take Examination of Adam. M. Smith, pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion") filed my C M Heavy Machinery ("CMHM" or the "Debtor"), the authorities cited therein, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Oklahoma, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that CMHM is authorized to compel the attendance of Adam M. Smith ("Mr. Smith") for examination, by subpoena, and to command the production of documents from Mr. Smith, by subpoena, through such means specified in the Motion and at such times as CMHM may elect; and it is further

ORDERED, that the examination of Mr. Smith may be through Zoom video conferencing, and the production of documents from Mr. Smith may be required through electronic means

1

I ask for this:
/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
christianna@dakotabankruptcy.com
*Proposed Counsel for the Debtor*