IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| In re: | ) | Case No. 24-80617 |
|---|---|---|
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of March 2025, I caused a copy of the Motion to Take Examination of Adam. M. Smith Pursuant to Federal Rule of Bankruptcy Procedure 2004 (DE #137), to be served, via U.S. Mail, postage prepaid, on the following party:

Adam M. Smith
L. Myles Smith & Co
3408 French Park
Edmond, OK 73034

Respectfully Submitted,

Date: March 19th, 2025     By:     /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 19th day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                      /s/ Christianna A. Cathcart
                                      Christianna A. Cathcart