# CM Heavy Machinery LLC

## Balance Sheet

### As of March 20, 2025

|  | TOTAL |
|---|---|
| **ASSETS** |  |
|   Current Assets |  |
|     Bank Accounts |  |
|       Acct # 488D - CLINT PERSONAL | -589.07 |
|       BancFirst DIP Account | 177,514.91 |
|       Cash on hand | -5,887.50 |
|       Clint Meadors - SAVINGS - PERSONAL | 83,582.00 |
|       Mabrey Operating Acct-5504 | 55,874.74 |
|     **Total Bank Accounts** | **$310,495.08** |
|     Accounts Receivable |  |
|       Accounts Receivable (A/R) | 1,200,550.29 |
|     **Total Accounts Receivable** | **$1,200,550.29** |
|     Other Current Assets |  |
|       INVENTORY | 0.00 |
|         NC YARD MATS | 1,000,000.00 |
|       **Total INVENTORY** | **1,000,000.00** |
|       Inventory Asset | 0.00 |
|       Repayment |  |
|         $289.74 REPLAY TAX PENALTIES | 0.00 |
|       **Total Repayment** | **0.00** |
|       Undeposited Funds | -56,730.00 |
|     **Total Other Current Assets** | **$943,270.00** |
|   **Total Current Assets** | **$2,454,315.37** |
|   Fixed Assets |  |
|     20 ACRES RIVER | 80,000.00 |
|     201 - CMHM RENTAL EQUIPMENT |  |
|       201-1 - CMHM - TRAILERS |  |
|         CHAPPELL 535 GAL WATER TRAILER CM-1806 | 5,000.00 |
|         FONTAINE 1994 STEPDECK TRAILER S61936 | 10,000.00 |
|         FONTAINE SEMI TRAILER 53' FLOAT 50778 | 15,000.00 |
|         FRIESEN BUMPER PULL TRAILER CM-4503 | 6,000.00 |
|         FRUEHAUF FBZ F2 JOBSITE OFFICE TRAILER MEV652754 | 5,000.00 |
|         HORSECREEK CH18 18' CAR HAULER FLATBED TRAILER 5BSCB1823BC026059 | 2,500.00 |
|         LUFKIN FLATBED TRAILER 45409 | 7,500.00 |
|         MAINLINE 80" ROLLIGON TRAILER K311 | 125,000.00 |
|         TRAIL KING TK110HDG SEMI TRAILER 6416 | 125,000.00 |
|         TRAIL SPORT TRL-16 16' ENCLOSED UTILITY TRAILER 5NHUT5629BW043813 | 5,000.00 |
|         TRI HAY TRAILER 51379TR1 | 15,000.00 |

# CM Heavy Machinery LLC

## Balance Sheet
### As of March 20, 2025

| | TOTAL |
|---|---|
| **Total 201-1 - CMHM - TRAILERS** | **321,000.00** |
| 2013 - TRAIL KING XL22MB ATTACHMENT- XL SPREADER | 5,000.00 |
| ATTACHMENT(S) | 20,000.00 |
| CASE - 821F - LOADER - W00740C0194414 | 80,000.00 |
| CATERPILLAR 323FL EXCAVATOR XCF10395 | 180,000.00 |
| CATERPILLAR 594 PIPELAYER 66A00933 | 175,000.00 |
| CATERPILLAR D6T XW DOZER SLJ01188 | 285,000.00 |
| CATERPILLAR D7 ATTACHMENT - RIPPER 8SH00764 | 5,000.00 |
| CATERPILLAR SWEEPS ATTACHMENT NO SN# | 5,000.00 |
| HAMM H12I ROLLER H2350152 | 110,000.00 |
| JOHN DEERE 2940 INDUSTRIAL TRACTOR 447381CD | 15,000.00 |
| KOMATSU D61-PX DOZER B1810 | 49,500.00 |
| KOMATSU D65PX-18 DOZER 90651 | 250,000.00 |
| KOMATSU D65PX-18 DOZER 91046 | 250,000.00 |
| KOMATSU D85PX-18 DOZER 23074 | 400,000.00 |
| KOMATSU GD655-6 MOTOR GRADER 60468 | 200,000.00 |
| KOMATSU PC270LC-8 EXCAVATOR A87397 | 80,000.00 |
| KUBOTA SVL95 SKID STEER W/BUCKET & FORKS 43100 | 65,000.00 |
| KUBOTA SVL95-2 SKID STEER W/BUCKET & FORKS NO SN# | 75,000.00 |
| LINCOLN SA200 WELDER 660685 | 5,000.00 |
| LINCOLN SA200 WELDER A470553 | 5,000.00 |
| MASCHIO DMR 3500 CAGE ROLLER LM98N035 | 18,000.00 |
| MCCORMICK MCL51 LOADER FOR TRACTOR 1011949344 | 15,000.00 |
| MCCORMICK X6 470 TRACTOR SW5CH4367 | 105,000.00 |
| MCKINNEY CX10-2252 SHIPPING CONTAINER CX1C1566824 | 5,000.00 |
| PADDING BUCKETS | 10,100.00 |
| POWER WASHER SK30005VH SN# PW-0001 | 1,000.00 |
| **Total 201 - CMHM RENTAL EQUIPMENT** | **2,734,600.00** |
| 201-2 - VEHICLES | |
| 2014 FORD F150 SUPER CREW D06464 | 15,000.00 |
| 2019 FORD F-350 - 57298392 | 95,000.00 |
| DODGE 3500 SERVICE TRUCK 3D7MS48C35G765214 | 15,000.00 |
| PETERBILT 379 HAUL TRUCK 1XP5DB9X17D671765 | 123,098.80 |
| **Total 201-2 - VEHICLES** | **248,098.80** |
| 520 ACRES+HOUSE | 3,500,000.00 |
| ASSETS DEPRECIATION CONTRA ACCT | -897,500.00 |

# CM Heavy Machinery LLC

## Balance Sheet

### As of March 20, 2025

|  | TOTAL |
|---|---|
| OFFICE BUILDING AND LAND | 1,200,000.00 |
| OFFICE FURNITURE AND FIXTURES | 100,000.00 |
| SHOP - ASSET(S) | 750,000.00 |
| **Total Fixed Assets** | **$7,715,198.80** |
| **TOTAL ASSETS** | **$10,169,514.17** |
| LIABILITIES AND EQUITY |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable (A/P) | 697,243.01 |
| **Total Accounts Payable** | **$697,243.01** |
| Credit Cards |  |
| ***CHASE CARD-C. MEADORS (9719) - 4 | 107,187.99 |
| CAT ACCESS ACCOUNT - CARD | 0.00 |
| CHASE CARD-C. LOWE (2081) - 4 | 3,328.26 |
| CHASE CARD-C. MEADORS (0907) - 4 | 12,857.75 |
| CHASE CARD-C. MEADORS (8092) - 4 | 8,045.29 |
| CHASE CARD-CC-V. MEADORS (2261) - 4 | 3,845.97 |
| HARLEY DAVIDSON CC - US BANK | -3,675.00 |
| **Total Credit Cards** | **$131,590.26** |
| Other Current Liabilities |  |
| 685-4 EMPLOYER PAYROLL TAXES | 30,668.97 |
| 685-5 PAYROLL CORRECTIONS | 48.15 |
| REPAYMENTS | 126.42 |
| **Total 685-5 PAYROLL CORRECTIONS** | **174.57** |
| Arkansas Department of Finance and Administration Payable | 19,782.08 |
| Direct Deposit Payable | 0.00 |
| Louisiana Department of Revenue Payable | 36,422.58 |
| Louisiana, Calcasieu Parish Payable | 270.39 |
| Louisiana, DeSoto Parish Payable | 9,703.87 |
| Louisiana, Vernon Parish Payable | 24,976.32 |
| Oklahoma Tax Commission Payable | 32,431.67 |
| Texas State Comptroller Payable | 1,011.08 |
| **Total Other Current Liabilities** | **$155,441.53** |
| **Total Current Liabilities** | **$984,274.80** |

Case 24-80617   Doc 146-1   Filed 03/25/25   Entered 03/25/25 10:34:53   Desc Exhibit
Page 3 of 35

# CM Heavy Machinery LLC

## Balance Sheet

### As of March 20, 2025

|  | TOTAL |
|---|---|
| Long-Term Liabilities | |
| DLL FINANCIAL - MCCORMICK TRACTOR | 62,568.98 |
| FIRST FOUNDATION BANK | -5,276.20 |
| GP - Loan - 2 | 3,715,619.80 |
| KOMATSU CMHM EQUIPMENT | |
| KOMATSU - 777-0144625-012 D65 DOZER - 90651 | 1,187.85 |
| KOMATSU - 777-0144625-013 - D85 DOZER - 23074 | 1,490.83 |
| KOMATSU - 777-0144625-014 MOTORGRADER - 60468 | 57,030.15 |
| **Total KOMATSU CMHM EQUIPMENT** | **59,708.83** |
| KUBOTA CMHM EQUIPMENT | |
| KUBOTA - 80994502 - SKIDSTEER | 32,844.22 |
| **Total KUBOTA CMHM EQUIPMENT** | **32,844.22** |
| PERSONAL LOANS | |
| 810  VICKY LOAN ADJUSTMENT | 22,863.98 |
| 810  VICKY LOAN ADJUSTMENT | 94,393.90 |
| 811- MEADORS FAMILY LAND & MINERALS LLC | 376,000.00 |
| **Total PERSONAL LOANS** | **493,257.88** |
| **Total Long-Term Liabilities** | **$4,358,723.51** |
| **Total Liabilities** | **$5,342,998.31** |
| Equity | |
| Opening Balance Equity - 4.6M CORR FOR OLD CPA | 4,661,201.06 |
| OWNER EQUITY DEPOSIT | 87,283.44 |
| Retained Earnings | 119,776.67 |
| Net Income | -41,745.31 |
| **Total Equity** | **$4,826,515.86** |
| **TOTAL LIABILITIES AND EQUITY** | **$10,169,514.17** |

Accrual Basis  Thursday, March 20, 2025 03:16 PM GMT-05:00

# CM Heavy Machinery LLC

## A/R Aging Summary

As of March 20, 2025

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| ASSOCIATED PIPELINE | | | | | | $0.00 |
|   ASSOCIATED ANACOCO, LA 3.4.23 PROJECT | | | | | 21,860.55 | $21,860.55 |
| **Total ASSOCIATED PIPELINE** | | | | | **21,860.55** | **$21,860.55** |
| B & L OILFIELD SERVICES | | | | | 12,415.31 | $12,415.31 |
| BARBWIRE OIL & GAS | | | | | 69,379.51 | $69,379.51 |
| JOSHUA BREWER | | | | | 1,536.88 | $1,536.88 |
| Leon Fuller | | | | | 6,186.25 | $6,186.25 |
| LTP Enterprises LLC | | | | | -325.00 | $ -325.00 |
| MARVIN FILSINGER EQUIPMENT | | | | | 27,563.55 | $27,563.55 |
| MIKE LYBARGER | | | | | 9,900.00 | $9,900.00 |
| Patriot Dozer Service, LLC dba Tindol Construction | | | | | | $0.00 |
|   TINDOL TX & OK 2.6.23 RENTAL PROJECT | | | | | -4,255.29 | $ -4,255.29 |
|   TINDOL VILONIA, AR 9.8.23 PROJECT | | | | | 346,859.88 | $346,859.88 |
| **Total Patriot Dozer Service, LLC dba Tindol Construction** | | | | | **342,604.59** | **$342,604.59** |
| PAUL'S DOZER SERVICE | | | | | 24,837.19 | $24,837.19 |
| Silver Fox Pipeline & Facility Services | | | | | 549,267.84 | $549,267.84 |
| STONEY'S DIRT WORK | | | | | 50,800.24 | $50,800.24 |
| TINDOL #2 | | | | | 13,539.15 | $13,539.15 |
| TUCKER BROTHERS | | | | | 69,392.18 | $69,392.18 |
| TWO RIVERS PIPELINE & CONSTRUCTION | | | | | 1,592.05 | $1,592.05 |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $1,200,550.29 | $1,200,550.29 |

Case 24-80617    Doc 146-1    Filed 03/25/25    Entered 03/25/25 10:34:53    Desc Exhibit

# CM Heavy Machinery LLC

## A/P Aging Summary

### As of March 20, 2025

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| AEP Public Service | | | | 700.00 | 6,679.44 | $7,379.44 |
| AMERICAN PIPELINE CONTRACTORS ASSOC. | | | | | 4,000.00 | $4,000.00 |
| ASSOCIATED PIPE LINE CONTRACTORS | | | | | 34,250.00 | $34,250.00 |
| AT&T - INTERNET - 9533 | | | | | 21,846.24 | $21,846.24 |
| BAKER'S NATIONAL SUPPLY, INC | | | | | 600.00 | $600.00 |
| BARNHILL CONTRACTING COMPANY | | | | | 28,000.00 | $28,000.00 |
| CHAD KUTMAS | | | | | 10,000.00 | $10,000.00 |
| Chase Bank | | | | | 2,530.00 | $2,530.00 |
| CIG LOGISTICS | | | | | 24,315.50 | $24,315.50 |
| CT CORPORATION | | | | | 393.00 | $393.00 |
| DLL FINANCE / AGRICREDIT | | | | | 1,499.64 | $1,499.64 |
| Enfield Timber | | | | | 135,482.00 | $135,482.00 |
| FEDEX FREIGHT | | | | | 177.00 | $177.00 |
| GREGORY POOLE EQUIPMENT CO. | | | | | 25,699.05 | $25,699.05 |
| GUNGOLL, JACKSON, BOX & DEVOLL, P.C. | | | | | 1,787.10 | $1,787.10 |
| HENTGES & ASSOC., PLLC | | | | | 19,334.76 | $19,334.76 |
| HOLT CAT - TX | | | | | 47,931.33 | $47,931.33 |
| IRS | | | | | 3,593.20 | $3,593.20 |
| James Supplies - CM Heavy | | | | | 1,863.98 | $1,863.98 |
| JAMES SUPPLIES - CM LAND & CATTLE | | | | | 2,581.73 | $2,581.73 |
| JANAE L WRIGHT | | | | | 12,048.77 | $12,048.77 |
| KIRBY SMITH MACHINERY, INC - OKC, OK | | | | | 28,292.48 | $28,292.48 |
| LAW FIRM OF PATRICK BENCA | | | | | 400.00 | $400.00 |
| MACCO | | | | | 5,266.92 | $5,266.92 |
| McAFEE & TAFT | | | | | 32,853.52 | $32,853.52 |
| NAPA/BENSON TRUE VALUE | | | | | 2,304.44 | $2,304.44 |
| NOLEN PROPANE COMPANY | | | | | 1,197.00 | $1,197.00 |
| Okemah Oil Co | | | | | 3,735.40 | $3,735.40 |
| OKLAHOMA NATURAL GAS | | | | | 1,100.00 | $1,100.00 |
| Pe Ben USA | | | | | 9,920.80 | $9,920.80 |
| QUEST DIAGNOSTICS | | | | | 856.28 | $856.28 |
| RLI | | | | | 97,850.00 | $97,850.00 |
| ROBERT D. WILSON, PC | | | | | 15,000.00 | $15,000.00 |
| SABER TRANSPORTATION | | | | | 150.00 | $150.00 |
| SCOTT EQUIPMENT | | | | | 31,822.60 | $31,822.60 |
| STANDARD FREIGHT, LLC | | | | | 47,605.00 | $47,605.00 |
| SUSAN DIMICK MD | | | | | 175.00 | $175.00 |
| TEXAS COMPTROLLER | | | | | 867.30 | $867.30 |
| Unifirst | | | | | 7,125.10 | $7,125.10 |
| WARREN CAT - TULSA | | | | | 1,643.68 | $1,643.68 |
| WAUKESHA-PEARCE INDUSTRIES. LLC | | | | | 0.00 | $0.00 |
| WISNER LAW | | | | | 2,378.75 | $2,378.75 |
| WOITA FOREST PRODUCTS, LLC | | | | | 21,386.00 | $21,386.00 |
| TOTAL | $0.00 | $0.00 | $0.00 | $700.00 | $696,543.01 | $697,243.01 |

# CM Heavy Machinery LLC

## A/P Aging Summary

As of March 20, 2025

# CM Heavy Machinery LLC

## Profit and Loss

### February 2025

| | TOTAL |
|---|---:|
| Income | |
| 411   RENTAL DEPARTMENT INCOME | 379.50 |
| 412  -  VENDOR RE-RENTAL INCOME | 19,462.20 |
| **Total 411   RENTAL DEPARTMENT INCOME** | **19,841.70** |
| Sales of Product Income | 0.00 |
| Shipping Income | 29,500.00 |
| **Total Income** | **$49,341.70** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 0.00 |
| **Total Cost of Goods Sold** | **$0.00** |
| GROSS PROFIT | **$49,341.70** |
| Expenses | |
| 601   AUTO EXPENSE | |
| 601-1   MAINTENANCE | 48.23 |
| **Total 601   AUTO EXPENSE** | **48.23** |
| 604   BANK FEES | 18.30 |
| 617   COMPUTER & INTERNET EXP | 240.00 |
| 625   DUES AND SUBSCRIPTIONS | 351.00 |
| 672   REPAIRS & MAINT. | 706.94 |
| 685   TAXES | 3,506.04 |
| 686   UTILITIES | 1,022.17 |
| Auto Expense | |
| DIESEL FUEL | 563.50 |
| **Total Auto Expense** | **563.50** |
| Communications | |
| Phone | 1,201.86 |
| **Total Communications** | **1,201.86** |
| DOT Expenses | 369.88 |
| Job Cost | 2,700.00 |
| Office Supplies & Software | 515.00 |
| Payroll Expenses | 10,000.00 |
| **Total Expenses** | **$21,242.92** |
| NET OPERATING INCOME | **$28,098.78** |
| NET INCOME | **$28,098.78** |

Accrual Basis  Thursday, March 6, 2025 01:22 PM GMT-06:00



Date  2/28/25 Page   1 of   3
Account Number     Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK  74859-0309

## CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| Basic Business | | Number of Enclosures | 5 |
| Account Number | Ending 5504 | Statement Dates  2/01/25 thru  2/28/25 | |
| Previous Balance | 232,326.40 | Days in the statement period | 28 |
| Deposits/Credits | .00 | Average Ledger | 126,454 |
| 21 Checks/Debits | 165,431.87 | Average Collected | 126,454 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 66,894.53 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Return Item Fees | $.00 | $.00 |

## DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 2/03 | ACCT FEE   INTUIT 32638043 | 20.00 |
| | 9215986202        02/03/25 | |
| | ID #-███████ | |
| | TRACE #██████ | |
| 2/06 | POS PAY & ACH BLOCK EXCEPTION | 2.45 |
| 2/07 | DBT CRD 18:00 02/06/25 1130387 | 255.00 |
| | CORPORATE FILINGS LLC | |
| | 888-7898466WY | |
| | Card # **7964 | |



Date  2/28/25 Page   2 of   3
Account Number    Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK  74859-0309

Basic Business                     Ending 5504  (Continued)

## DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|------|------------------------|--------|
| 2/07 | POS DEB 20:39 02/06/25 1070351 EEXPRESS AT OKEMAH OKEMAHOK Card # **7964 | 359.00 |
| 2/10 | POS DEB 13:27 02/10/25 0182167 WAL-MART #3202 Wal-Mart Super Center OKLAHOMA CITYOK C#**7964 | 48.23 |
| 2/11 | POS PAY & ACH BLOCK EXCEPTION x2 | .90 |
| 2/11 | POS PAY & ACH BLOCK EXCEPTION x2 | 4.00 |
| 2/12 | DDA B/P 18:00 02/11/25 4241021 AT&T PAYMENT 800-331-0500TX Card # **7964 | 1,201.86 |
| 2/14 | QBooks Pay INTUIT * 0000756346        02/14/25 ID #-1046748 TRACE # 021000024641771 | 301.00 |
| 2/18 | DBT CRD 18:00 02/14/25 3900019 HOW RUBBER INC OKLAHOMA CITYOK Card # **7964 | 133.94 |
| 2/18 | DDA B/P 02:59 02/18/25 WMMXK0R STARLINK INTERNET 1 ROCKET ROAD HAWTHORNECA    C#**7964 | 240.00 |
| 2/20 | DBT CRD 18:00 02/20/25 9102134 INTUIT *QuickBooks | 194.00 |



Mabrey Bank Home    Online Banking

```
                              Date  2/28/25 Page   3 of   3
                              Account Number    Ending 5504


     C M HEAVY MACHINERY LLC
     PO BOX 309
     OKEMAH OK  74859-0309
```

Basic Business                    Ending 5504   (Continued)

## DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|------|-------------------------|--------|
|      | CL.INTUIT.COMCA | |
|      | Card # **7964 | |
| 2/24 | DBT CRD 18:00 02/21/25 8251366 | 171.92 |
|      | EEXPRESS @ OKEMAH | |
|      | OKEMAHOK | |
|      | Card # **7964 | |
| 2/25 | PAYMENT    Osborn Trash Ser | 150.00 |
|      | 5907503000        02/25/25 | |
|      | ID #▇▇▇▇▇▇▇▇▇▇▇ | |
|      | TRACE ▇▇▇▇▇▇▇▇▇▇ | |
| 2/26 | POS DEB 16:26 02/25/25 7804008 | 32.58 |
|      | E EXPRESS AT CHOCTAW | |
|      | CHOCTAWOK | |
|      | Card # **7964 | |
| 2/28 | ONLINE WIRE MONTHLY FEE | 10.95 |

## CHECKS PAID

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|------|----------|--------|------|----------|--------|
| 2/11 | 13880 | 150,000.00 | 2/06 | 13905* | 5,000.00 |
| 2/11 | 13881 | 2,700.00 | 2/21 | 13906 | 3,506.04 |
| 2/06 | 13902* | 1,100.00 | | | |

*Indicates Skip in Check Number

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 2/01 | 232,326.40 | 2/11 | 72,836.82 | 2/21 | 67,259.98 |
| 2/03 | 232,306.40 | 2/12 | 71,634.96 | 2/24 | 67,088.06 |
| 2/06 | 226,203.95 | 2/14 | 71,333.96 | 2/25 | 66,938.06 |
| 2/07 | 225,589.95 | 2/18 | 70,960.02 | 2/26 | 66,905.48 |
| 2/10 | 225,541.72 | 2/20 | 70,766.02 | 2/28 | 66,894.53 |

**Check 13880**

CM HEAVY MACHINERY
P.O. BOX 309
OKEMAH, OK 74859

MABREY BANK
WWW.MABREYBANK.COM
86-1211/1031

13880
01/27/2025

PAY TO THE ORDER OF: CM HEAVY MACHINERY, LLC          **150,000.00
One hundred fifty thousand and 00/100                 DOLLARS

CM HEAVY MACHINERY, LLC
CM HEAVY MACHINERY, LLC
P.O. BOX 309
OKEMAH, OK 74859
UNITED STATES

Moving $ to BancFirst (OEP) account

MEMO

Force Pay    Date: 02/11    Amount: $150,000.00

---



**Check 13881**

will Clear Per :Cing

CM HEAVY MACHINERY
P.O. BOX 309
OKEMAH, OK 74859

MABREY BANK
WWW.MABREYBANK.COM
86-1211/1031

13881
2/6/24

PAY TO THE ORDER OF: Eric Owens          $ 2,700.00
Twenty Seven Hundred + No /100           DOLLARS

MEMO  Air Curtain

Force Pay    Date: 02/11    Amount: $2,700.00

---



**Check 13902**

CM HEAVY MACHINERY
P.O. BOX 309
OKEMAH, OK 74859

MABREY BANK
WWW.MABREYBANK.COM
86-1211/1031

13902
01/24/2025

PAY TO THE ORDER OF: Kyle Cates          **1,100.00
One thousand one hundred and 00/100      DOLLARS

Kyle Cates
2699 N 378 Rd
Holdenville, OK 74848

Fell Off Load Smith Energy

MEMO

Force Pay    Date: 02/06    Amount: $1,100.00

---



**Check 13905**

OK per Clint Meadors
pos pay    #K

CM HEAVY MACHINERY
P.O. BOX 309
OKEMAH, OK 74859

MABREY BANK
WWW.MABREYBANK.COM
86-1211/1031

13905
02/05/2025

PAY TO THE ORDER OF: Clint Meadors          $5,000.00
Five thousand and 00/100                    DOLLARS

Clint Meadors
111027 Hwy 27
Wetumka, OK 74883

MEMO  Payroll 5 Stub  2/5/205

Force Pay    Date: 02/06    Amount: $5,000.00

---



**Check 13906**

CM HEAVY MACHINERY
P.O. BOX 309
OKEMAH, OK 74859

MABREY BANK
WWW.MABREYBANK.COM
86-1211/1031

13906
02/10/2025

PAY TO THE ORDER OF: UNITED STATES TREASURY          $3,506.04
Three thousand five hundred six and 04/100           DOLLARS

IRS

MEMO  941 – 4th QTR 2024

⑈0000350604⑈

Force Pay    Date: 02/21    Amount: $3,506.04

# RECONCILIATION INSTRUCTIONS

- Please examine this statement and items at once and refer any exceptions immediately.
- Sort your checks numerically or by date issued.
- Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided below. Include any checks still not paid from previous statement(s).
- Subtract from your checkbook balance any SERVICE CHARGE or bank charge appearing on this statement.
- Reconcile your statement in the space provided below.

## OUTSTANDING CHECKS

MONTH _____ 20_____

| Reconciliation of Account | | | | | |
|---|---|---|---|---|---|
| CHECKS WRITTEN BUT NOT PAID | | | | | |
| NUMBER | AMOUNT | | | | |
|  |  | | | | |
|  |  | | | | |
|  |  | | | | |
|  |  | | | | |
|  |  | | | | |
|  |  | | | | |
|  |  | Enter bank balance from statement | | | |
|  |  | | | | |
|  |  | Add deposits not credited by bank (if any) | | | |
|  |  | | | | |
|  |  | **TOTAL** | | | |
| Total of Checks not paid | $ | Subtract total of checks not paid | | | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ⇨ | | | | | |

# IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Some transactions to your account may be accomplished electronically. If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
   If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and determine whether an error occurred within 10 business days (5 business days for VISA Point-of-Sale (POS) transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct promptly. If we need more time; however, we may take up to 45 days (90 days if the transfer involved a POS transaction, a new account, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for Visa POS transactions and 20 business days if the transfer involved a new account) for the amount you think is in error so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made if you are a new customer.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

**\*Note: Error resolution disclosures apply to consumer accounts only.**

PO BOX 151
OKEMAH, OK 74859-0151
(918) 623-1211



**BancFirst**
**Loyal**
*To Oklahoma & You.*

**24-Hour**
**Automated**
**Account Information**
1-877-602-2262

1884 1 AV 0.540 *0001884
ESTATE OF C M HEAVY MACHINERY, LLC
CM HEAVY MACHINERY,LLC DIP CASE#24-80617
PO BOX 309
OKEMAH OK 74859-0309

PAGE 1

| ACCOUNT NUMBER |
| --- |
| ▮▮▮▮▮ |
| STATEMENT DATE |
| 2/28/25 |



# Deposit accounts that fetch interest.

> Ask about our rates!

LEARN MORE

**BancFirst**
**Loyal**
*To Oklahoma & You.*

MEMBER
**FDIC**

## BUSINESS ESSENTIALS

| | | | |
| --- | --- | --- | --- |
| Beginning Balance | 2/01/25 | .00 | |
| Deposits / Misc Credits | 1 | 150,000.00 | |
| Withdrawals / Misc Debits | 2 | 5,045.62 | |
| ** Ending Balance | 2/28/25 | 144,954.38 | ** |

| | | |
| --- | --- | --- |
| Service Charge | .00 | |
| Enclosures | 3 | |

- - - - - - - - - - - - - - - **DEPOSITS** - - - - - - - - - - - - - -

| Date | Deposits | Withdrawals | Activity Description |
| --- | --- | --- | --- |
| 2/07 | 150,000.00 | | DEPOSIT |

- - - - - - - - - - - - - - - **CHECKS** - - - - - - - - - - - - - -
* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2/24 | 10001 | 45.62 | 2/28 | 10003* | 5,000.00 | | | |

- - - - - - - - - - - - - - **DAILY BALANCE SUMMARY** - - - - - - - - - - - - -

| Date | Balance | Date | Balance | Date | Balance |
| --- | --- | --- | --- | --- | --- |
| 2/07 | 150,000.00 | 2/24 | 149,954.38 | 2/28 | 144,954.38 |





Deposit  Date: 2/7/2025  Amount: $150000.00

Number: 10001  Date: 2/24/2025  Amount: $45.62



Number: 10003  Date: 2/28/2025  Amount: $5000.00

4022-00000

# CM Heavy Machinery LLC

**BancFirst DIP Account#2907012849, Period Ending 02/28/2025**

**RECONCILIATION REPORT**

Reconciled on: 03/06/2025

Reconciled by: Holly Goodson

Any changes made to transactions after this date aren't included in this report.

## Summary

|  | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (2) | -5,045.62 |
| Deposits and other credits cleared (1) | 150,000.00 |
| Statement ending balance | 144,954.38 |
| | |
| Uncleared transactions as of 02/28/2025 | -1,865.43 |
| Register balance as of 02/28/2025 | 143,088.95 |
| Cleared transactions after 02/28/2025 | 0.00 |
| Uncleared transactions after 02/28/2025 | 87,598.30 |
| Register balance as of 03/06/2025 | 230,687.25 |

## Details

### Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/10/2025 | Check | 10001 | Okfuskee County RWD #2 | -45.62 |
| 02/28/2025 | Check | 10003 | Clint Meadors | -5,000.00 |
| Total | | | | -5,045.62 |

### Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/27/2025 | Deposit | | CM HEAVY MACHINERY, LLC | 150,000.00 |
| Total | | | | 150,000.00 |

## Additional Information

### Uncleared checks and payments as of 02/28/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/21/2025 | Check | 10002 | SABER TRANSPORTATION | -369.88 |
| 02/28/2025 | Check | 10005 | KIRBY SMITH MACHINERY, I… | -573.00 |
| 02/28/2025 | Check | 10004 | AEP Public Service | -826.55 |
| 02/28/2025 | Check | 10006 | CT CORPORATION | -96.00 |
| Total | | | | -1,865.43 |

### Uncleared checks and payments after 02/28/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/06/2025 | Check | 10007 | KIRBY SMITH MACHINERY, I… | -10,123.26 |
| 03/06/2025 | Check | 10008 | Pinney Trucking | -3,200.00 |
| Total | | | | -13,323.26 |

### Uncleared deposits and other credits after 02/28/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/06/2025 | Receive Payment | 6360 | Smith Energy Services, Inc. | 50,460.78 |
| 03/06/2025 | Deposit | | Smith Energy Services, Inc. | 50,460.78 |
| Total | | | | 100,921.56 |

# CM Heavy Machinery LLC

**Mabrey Operating Acct-5504, Period Ending 02/28/2025**

**RECONCILIATION REPORT**

Reconciled on: 03/06/2025

Reconciled by: Holly Goodson

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 232,326.40 |
| Checks and payments cleared (21) | -165,431.87 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 66,894.53 |
| | |
| Uncleared transactions as of 02/28/2025 | -10,373.44 |
| Register balance as of 02/28/2025 | 56,521.09 |
| Cleared transactions after 02/28/2025 | 0.00 |
| Uncleared transactions after 02/28/2025 | -20.00 |
| Register balance as of 03/06/2025 | 56,501.09 |

**Details**

Checks and payments cleared (21)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/24/2025 | Check | 13902 | Kyle Cates | -1,100.00 |
| 01/27/2025 | Check | 13880 | CM HEAVY MACHINERY, LLC | -150,000.00 |
| 02/03/2025 | Expense | | Intuit | -20.00 |
| 02/05/2025 | Check | 13905 | Clint Meadors | -5,000.00 |
| 02/06/2025 | Expense | | Block Exception | -2.45 |
| 02/07/2025 | Expense | | | -255.00 |
| 02/07/2025 | Expense | | E-EXPRESS | -359.00 |
| 02/10/2025 | Expense | | Wal-Mart | -48.23 |
| 02/10/2025 | Check | 13906 | IRS | -3,506.04 |
| 02/11/2025 | Check | 13881 | Eric Owens | -2,700.00 |
| 02/11/2025 | Expense | | Block Exception | -0.90 |
| 02/11/2025 | Expense | | Block Exception | -4.00 |
| 02/12/2025 | Expense | | AT&T - INTERNET - 9533 | -1,201.86 |
| 02/14/2025 | Expense | | Intuit | -301.00 |
| 02/18/2025 | Expense | | HOW Rubber Inc. | -133.94 |
| 02/18/2025 | Expense | | Starlink | -240.00 |
| 02/20/2025 | Expense | | Intuit | -194.00 |
| 02/24/2025 | Expense | | E-EXPRESS | -171.92 |
| 02/25/2025 | Expense | | Osborn Trash Service | -150.00 |
| 02/26/2025 | Expense | | E-EXPRESS | -32.58 |
| 02/28/2025 | Expense | | BANK FEE | -10.95 |

| Total | -165,431.87 |
|---|---|

**Additional Information**

Uncleared checks and payments as of 02/28/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2023 | Payroll Check | | Michael B. Taron | -1,321.07 |
| 04/14/2023 | Payroll Check | | Michael B. Taron | -298.52 |
| 07/27/2023 | Sales Tax Payment | | | -5,275.20 |
| 07/27/2023 | Sales Tax Payment | | | -658.01 |
| 11/03/2023 | Payroll Check | 9999 | TRACY GOZA | -1,200.00 |
| 01/11/2024 | Sales Tax Payment | | | -77.62 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/11/2024 | Sales Tax Payment | | | -76.38 |
| 01/26/2024 | Bill Payment | DD | TRACY D GOZA | -1,313.88 |

Total                                                                                          -10,373.44

Uncleared deposits and other credits as of 02/28/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 03/20/2023 | Transfer | | | 0.00 |
| 11/30/2023 | Sales Tax Payment | | | 0.00 |
| 12/15/2023 | Check | 13842 | DAX STUART | 0.00 |
| 01/04/2024 | Expense | PAYPAL | HP | 0.00 |
| 04/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 05/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 06/11/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 07/11/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 08/12/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 09/12/2024 | Tax Payment | | OK Tax Commission | 0.00 |
| 10/10/2024 | Tax Payment | | OK Tax Commission | 0.00 |

Total                                                                                                0.00

Uncleared checks and payments after 02/28/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 03/03/2025 | Expense | | Intuit | -20.00 |

Total                                                                                              -20.00

**CM HEAVY MACHINERY, LLC**
PO BOX 309
OKEMAH, OK 74859

Five thousand dollars and no cents

02/03/2025                    $**5,000.00*

CLINT MEADORS
111097 HWY 27
OKEMAH, OK 74859

From: CM HEAVY MACHINERY, LLC

| To: | CLINT MEADORS 111097 HWY 27 OKEMAH, OK 74859 | | Employee# 1 | Check Date 02/03/2025 | Check Amount $5,000.00 | Check Number A-7 |
|---|---|---|---|---|---|---|

Pay Period: 02/01/2025 thru 02/28/2025

| Description | Hours | Rate | Amount | | 2025 Totals | |
|---|---|---|---|---|---|---|
| EARNINGS: | | | | Salary | | 6,494.86 |
| Salary | | | 6,494.86 | TOTAL EARNINGS | | 6,494.86 |
| TOTAL EARNINGS | | | 6,494.86 | | | |
| | | | | Soc Sec | | 402.68 |
| DEDUCTIONS: | | | | Medicare | | 94.18 |
| Soc Sec | | | 402.68 | Fed W/H S | | 730.00 |
| Medicare | | | 94.18 | OK W/H S-0 | | 268.00 |
| Fed W/H S | | | 730.00 | TOTAL DEDUCTIONS | | 1,494.86 |
| OK W/H S-0 | | | 268.00 | | | |
| TOTAL DEDUCTIONS | | | 1,494.86 | | | |
| | | | | | | |
| NET PAY | | | 5,000.00 | | | |

 Outlook

## Payment Confirmation for Invoice #W3C8CFZE

**From** Arkansas Registered Agent LLC <agent@arkansasregisteredagent.com>
**Date** Thu 2/6/2025 9:07 PM
**To** Holly Goodson <Hgoodson@cmhm.com>

Hello CM HEAVY MACHINERY LLC ,

This email confirms we received your one-time online payment for invoice #W3C8CFZE.
Thank you! Here is your payment information:

Invoice number: **W3C8CFZE**
Confirmation number: **HG7EWEB**
Payment method: VISA ending in **7964** *CM Heavy Card —*
Total paid: **$255.0**
Payment date: **02/06/2025**
Paid at: **03:07 AM GMT**

View your invoices any time online by signing into your client account here:
https://www.arkansasregisteredagent.com/client-login/

If you have any questions about your payment or invoice,
you can reach us at 501-588-1720 or reply to this email.

Thank you for your business!

Arkansas Registered Agent LLC
701 South Street STE 100
Mountain Home, AR 72653
T: 501-588-1720
E: agent@arkansasregisteredagent.com
W: www.arkansasregisteredagent.com

*Arkansas Annual Report
Compliance Filing*

Pay to **Corporate Filings LLC**
30 N Gould St
STE 7001
Sheridan , WY 82801

# Invoice

| | |
|---|---|
| Invoice Number | #W3C8CFZE |
| Invoice Date | Jan 31, 2025 |
| **Due Date** | **Feb 04, 2025** |

Bill to **CM HEAVY MACHINERY LLC**
CLINT MEADORS
2914 COLONIAL LANE
EDMOND , OK 73013

## Arkansas Registered Agent™

*BY ARKANSAS REGISTERED AGENT LLC*

Service Provide by
**www.arkansasregisteredagent.com**
Arkansas Registered Agent LLC
701 South Street
STE 100
Mountain Home , AR 72653
501-588-1720

| Description | Price | Quantity | SubTotal |
|---|---|---|---|
| Standard Arkansas Annual Report Compliance filing<br>Filing due on 2025-05-01 | $255.00 | 1 | $255.00 |
| | | **Total** | **$255.00** |

**Please review the contact information on your invoice/online account and notify us with any changes**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

You may pay your account balance by 1. Detaching portion below and mailing it in, 2. Online at www.arkansasregisteredagent.com, or 3. Call our customer service at 501-588-1720.

| Invoice Number **#W3C8CFZE** | Due Date **02/04/25** | Payment **$255.00** |
|---|---|---|

Payments processed by Corporate Filings LLC on behalf of
Arkansas Registered Agent LLC

**Make payment to**
Corporate Filings LLC
30 N Gould St
STE 7001
Sheridan , WY 82801

Quick Pay
Here

Payment made by
CM HEAVY MACHINERY LLC

| VISA Visa | DISCOVER Discover | Master Card | AM EX American Express |
|---|---|---|---|
| Cardholder Name | | | |
| Card Number | | EXP. Date | CVV |
| Signature | | | |

☐ My address or information needs to be updated. I have written the changes on the back of this form.

☐ Please encrypt and retain this credit card information for automating future payments.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# CT

www.ctcorporation.com

**Invoice**

## Excess Service of Process

CLINT MEADORS
C M HEAVY MACHINERY, LLC
PO BOX 309
OKEMAH OK 74859-0309

**Payment of this invoice constitutes your acceptance of the terms and conditions on the reverse hereof**

| *QUESTIONS? GET IN TOUCH:* | CT Corporation<br>Phone: (877) 467-3525<br>Email: SmallBusinessTeam@wolterskluwer.com | INVOICE NUMBER<br>**33735189-MX** | INVOICE DATE<br>01/18/25 |
|---|---|---|---|

**Pay online at CTCorporation.com/pay**
**Payment Due Upon Receipt**

| PERIOD COVERED<br>01/01/24 to 12/31/24 | AMOUNT DUE<br>**$96.00** |
|---|---|

Page 1 of 2

## C M HEAVY MACHINERY, LLC

(CT Entity Number ▇▇▇▇▇▇)

| | QUANTITY | UNIT PRICE | AMOUNT DUE |
|---|---|---|---|
| Total Service of Process | 2 | | |
| Less Allowance per Representation Unit (2 x  0 units) | - 0 | | |
| **Net Excess Service of Process** | 2 | $48.00 | **$96.00** |

## INVOICE SUMMARY

| | |
|---|---|
| Service Charges | 96.00 |
| **TOTAL AMOUNT DUE** | **$96.00** |

*SERVICES COVERED*
*BY THIS INVOICE:*
This invoice includes costs for handling service of process on your company's behalf during the time period referenced. Any process received in excess of the allowance included as part of the company's representation charges is billed separately as excess service of process.

To pay by mail, detach and return this stub with your payment using the enclosed envelope.
For proper credit, indicate your **complete invoice number, including the two characters following the invoice number,** on the check.
Wire Instructions: CTCorporation.com/pay

*SEND PAYMENTS TO:*   **CT Corporation**
PO Box 4349
Carol Stream IL 60197-4349

**Pay online at CTCorporation.com/pay**       

| INVOICE NUMBER<br>**33735189-MX** | INVOICE DATE<br>01/18/25 |
|---|---|
| PERIOD COVERED<br>01/01/24 to 12/31/24 | AMOUNT DUE<br>**$96.00** |

CLINT MEADORS
C M HEAVY MACHINERY, LLC
PO BOX 309
OKEMAH OK 74859-0309

**Payment Due Upon Receipt**

**Payment of this invoice constitutes your acceptance of the terms and conditions on the reverse hereof**

402 1 0001298545A 33735189 7788 0000096OO 0021887q 8883 q

# CT

www.ctcorporation.com

**Invoice**

# Excess Service of Process



CLINT MEADORS
C M HEAVY MACHINERY, LLC
PO BOX 309
OKEMAH OK 74859-0309

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| **33735189-MX** | 01/18/25 |

| PERIOD COVERED | AMOUNT DUE |
|---|---|
| 01/01/24 to 12/31/24 | **$96.00** |

| QUANTITY | UNIT PRICE | AMOUNT DUE |
|---|---|---|

## C M HEAVY MACHINERY, LLC (OK)
(CT Entity Number ▮▮▮▮▮▮▮)
*Texas·*

| | QUANTITY | |
|---|---|---|
| All Types Not Specified | 2 | |
| **SUBTOTAL** | 2 | |

**PUBLIC SERVICE COMPANY OF OKLAHOMA**

**Non-Payment/Return Mail:**
PO BOX 24401
CANTON, OH  44701-4401

Amount due on or before
March 18, 2025  **$826.55**

Bill mailing date is Feb 24, 2025
Account #952-937-700-1-2

SERVICE ADDRESS: CM HEAVY MACHINERY, 111095 HIGHWAY 27, OKEMAH, OK 74859-4213
3107

CY 18

CM HEAVY MACHINERY
PO BOX 309
OKEMAH, OK 74859-0309

### Notes from PSO

**Make this bill the last one sent in the mail!**  Go paperless and get email alerts when your bill is ready.  Sign up at AEPPaperless.com!

### Usage History (kWh):



| | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2,099 | 2,152 | 2,006 | 2,107 | 2,176 | 4,467 | 3,132 | 2,415 | 1,901 | 1,594 | 2,431 | 2,360 | 3,271 |

2024                                                                 2025

### Current bill summary:

Billing from 01/25/25 - 02/24/25 (31 days)

Taxes & Fees $26.70

kWh 3,271

$445.51 Current Charges

Cost of Fuel for Power $95.94

Electric Service $322.87

### Methods of Payment

psoklahoma.com

PO Box 371496
Pittsburgh, PA 15250-7496

1-800-611-0964 (fee may apply)

### Need to get in touch?

Customer Service: 1-888-832-6279
Servicio el Cliente: 1-888-216-9787
Report Outage: 1-833-PSO-OUTG(776-6884)
Reportar Interruptcion: 1-888-218-3924
Or Online at: PSOklahoma.com/Out
Relay Oklahoma(TTY): 1-800-722-0353

Turn over for important information!

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please tear on dotted line.

Thank you for your prompt payment. Please include your account number on your check and return this stub with your payment.

CM HEAVY MACHINERY, 111095 HIGHWAY 27, OKEMAH, OK 74859-4213

**PUBLIC SERVICE COMPANY OF OKLAHOMA**

**Non-Payment/Return Mail:**
PO BOX 24401
CANTON, OH  44701-4401

44551

Account #
CM HEAVY MACHINERY

Amount due on or before
March 18, 2025  **$826.55**

Payment Amount $

Pay $839.65 after 03/18/2025

Make check payable and send to:
PUBLIC SERVICE COMPANY OF OKLAHOMA
PO BOX 371496
PITTSBURGH, PA 15250-7496

☐  **Light A Life** helps customers in need pay their energy bills. My payment reflects my tax deductible gift of    $_____

0000826550000839650100000000009529377001224022503018900009



E-EXPRESS OKEMAH
706 S WOODIE GUTHRIE
OKEMAH, OK 74859
(918) 623-9600

INVOICE #: 01011551
Shift #: 0101
Cashier: H,C                    Trans #: 1551
Date: 02/21/2025        Status: COMPLETE
                              Time: 1:32 PM
---------------------------------------------
DIESEL 2 [PUMP #1]- FUEL SALE  $ 171.92
  QTY: 57.326 GAL, PRICE: $2.999/GAL

SUBTOTAL                       $ 171.92
SALES TAX TOTAL                $   0.00+
TOTAL                          $ 171.92
PAYMENTS RECEIVED              $ 171.92
CHANGE DUE                     $   0.00

VISA DEBIT                     $ 171.92
[xxxxxxxxxxxx7964] WAVED
AUTHORIZATION CODE                586034

RESPONSE: APPROVED, Auth #:586034, Amount:US
171.92, Sequence #:87080, Mode:Issuer, AID
0000000031010, PAYMENT NETWORK:02:VISA

TRANSACTION TYPE                    SALE
---------------------------------------------
THANK YOU!



          CUSTOMER COPY

```
            E-EXPRESS OKEMAH
          706 S WOODIE GUTHRIE
            OKEMAH, OK 74859
            (918) 623-9600

INVOICE #: 03010565
  Shift #: 0103            Trans #: 0565
  Cashier: S,O            Status: COMPLETE
    Date: 02/06/2025        Time: 8:39 PM

DIESEL 2 [PUMP #1]- FUEL SALE    $ 359.00
  QTY: 115.843 GAL, PRICE: $3.099/GAL

                              $ 359.00
SUBTOTAL                      $   0.00+
SALES TAX TOTAL               $ 359.00
TOTAL                         $ 359.00
PAYMENTS RECEIVED             $   0.00
CHANGE DUE
                              $ 359.00

US DEBIT
[xxxxxxxxxxxx7964] CHIP READ       070351
AUTHORIZATION CODE
VERIFIED BY PIN

RESPONSE: APPROVED, Auth #:070351, Amount:US
D$359.00, Sequence #:86293, Mode:Issuer, AID
:A0000000980840, PAYMENT NETWORK:48:INTERLNK

                                    SALE
TRANSACTION TYPE

THANK YOU!
```

Give us feedback @ survey.walmart.com
Thank you! ID #:7VN9Z913NZFZ



Neighborhood Market
405-458-6255 Mgr. D
4900 S SOONER RD
OKLAHOMA CITY OK 73135
ST# 03202 OP# 009011 TE# 11 TR# 04797

# ITEMS SOLD 5
TC# 9411 2819 6142 3062 4072

```
ST DEF 2.5G  074804077230      8.88 X
ST DEF 2.5G  074804077230      8.88 X
ST DEF 2.5G  074804077230      8.88 X
ST DEF 2.5G  074804077230      8.88 X
ST DEF 2.5G  074804077230      8.88 X
              SUBTOTAL         44.40
       TAX1  8.6250 %           3.83
                 TOTAL         48.23
            DEBIT TEND         48.23
           CHANGE DUE           0.00
```

EFT DEBIT    PAY FROM PRIMARY
  48.23   TOTAL PURCHASE
US DEBIT- 7964 I O REF # 504100182167
NETWORK ID. OOOL APPR. CODE 516960
AID A0000000980840
TERMINAL # 55490058
*No Signature Required
      02/10/25      13:27:09



Get free delivery
from this store
with Walmart+

Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
      02/10/25      13:27:35

# INVOICE

**Saber Transportation Support, Inc.**
PO Box 1357
Ada, OK 74821

info@saberpermit.com
(800)888-9731



**Bill to**
CM HEAVY MACHINERY, LLC
PO BOX 309
OKEMAH, OK 74859
United States

**Invoice details**
Invoice no.: 43101
Terms: Net 30
Invoice date: 01/14/2025
Due date: 02/13/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 01/14/2025 | **Permit Service** | OK OS/OW | 1 | $369.88 | $369.88 |

## Ways to pay

BANK

**View and pay**

| | Total | |
|---|-------|---|
| | | **$369.88** |

## REMITTANCE

CLOSING DATE : 2/28/25
DUE DATE: 3/10/25

Okemah Ace Hardware

CM HEAVY MACHINERY

ACCOUNT : ██

### AMOUNT PAID

**NEW BAL: 163.86**

Please return remittance with your payment.  If you wish to pay specific items on the statement, please include a copy of your statement with the items marked.

## STATEMENT

Okemah Ace Hardware
100 West Broadway Street
P.O. Box 110
Okemah, OK 74859
(918) 623-0772

CM HEAVY MACHINERY
P.O. BOX 309
OKEMAH OK 74859

CLOSING DATE: 2/28/25
DUE DATE : 3/10/25
ACCT: 6631

| Date | Ref | ST | C | Description | Debit | Credit | Amount |
|------|-----|----|---|-------------|-------|--------|--------|
| | | | | PREV BALANCE | 0.00 | | 0.00 |
| 2/24/25 | 25030 | 1 | I | PO # 022425 | 163.86 | | 163.86 |
| | | | | | | | |

| Current mo. 163.86 | Past 1 mo. 0.00 | Past 2 mo. 0.00 | Past 3 mo. 0.00 | Over 90 Days 0.00 | NEW BAL: 163.86 |
|---|---|---|---|---|---|

TERMS: NET 10TH

6631

Transaction Codes

A - Adjustment                C - Credit                      I - Invoice
B - Balance Forward        F - Finance Charge        P - Payment

This statement covers transactions on your account for the period ending on the date above. Changes, payments, and credits received after the above date will be shown on your next statement.

Okemah Ace Hardware 2.28.25 163.86.html[3/21/25, 8:40:11 AM]



**KIRBY-SMITH**
**MACHINERY, INC.®**

6715 W Reno Ave
Oklahoma City, OK 73127
405-495-7820
Fax: 405-787-5973

www.kirby-smith.com

**PLEASE REMIT TO:**

**KSM EXCHANGE LLC**
P.O. Box 270360
Oklahoma City, OK 73137

**ACH OR WIRE**
Credit Department
405-495-7820

Ship To:  BAD DEBT-CM HEAVY MACHINERY
35.3141666, -96.3131325
WETUMKA

Invoice To:  BAD DEBT-CM HEAVY MACHINERY, LLC
PO BOX 309
OKEMAH OK 74859

| Branch | | | |
|---|---|---|---|
| OKLAHOMA CITY | | | |
| Date | Time | | Page |
| 02/19/25 | 22:25:17 (B) | | 01 |
| Account No | Phone No | | Inv No |
| CMHEA001 | 4052021533 | | W7567601 |
| Ship Via | | Purchase Order | |
| | | EMAIL | |
| Tax ID No | | | |
| ▓▓▓▓▓▓▓ | | 08/27/2022 | |
| | | | Salesperson |
| | | | 075 / 670 |

## SERVICE INVOICE

- - - -

| STK#/FLEET# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| K19865 | RIPPER | ▓▓▓▓ | | 03/01/20 | 8700 S1 |
| | GD655-6 | | | 03/01/22 | 3000 X1 |

SEGMENT# 1 C PA01  N/A    10/28/24 10/28/24 10/29/24
NO START ISSUES
COMPLAINT:
NO START ISSUES.
CAUSE:
BATTERIES ARE DEAD.
CORRECTION:
DROVE TO LOCATION TO COMPLETE AN FC ON UNIT TO FIND THAT
THE UNIT WOULD NOT START.
AFTER INSPECTING AND TESTING THE POTENTIAL CAUSES FOUND
THAT THE BATTERY'S ON THE
UNIT ARE DEAD. TRIED TO CHARGED BATTERIES AND TESTED THEM
TO FIND THAT THEY HAVE
VOLTAGE BUT NO CCA, ONE IS SHOWING 105 CCA AND THE OTHER 87
CCA. SPOKE WITH CUSTOMER
AND STATED THEY WILL GET AND INSTALL NEW BATTERIES.
.
RETURNED TO THE LOCATION OF THE UNIT TO FIND THAT THE
BATTERIES
WERE SETTING ON THE UNIT AND HAD NOT BEEN INSTALLED.
INSTALLED
BATTERIES INTO THE UNIT. THEN FOUND THAT THE UNIT HAS NO
FUEL
IN IT SO, CALLED CUSTOMER TO INFORM THEM OF THIS ISSUE.
JOB COMPLETE.

|  |  |  |
|---|---|---|
| | LABOR | 573.00 |
| 11000000 11010000 | REPAIR SUB TOTAL==> | 573.00 |

SEGMENT# 2 C PA01  N/A    10/28/24 10/28/24 10/29/24

CONTINUED ON PAGE 02

**CAUTION: BE WARY OF ANY REQUEST TO CHANGE PAYMENT INSTRUCTIONS**

**ALL WIRING INSTRUCTIONS SHOULD BE CONFIRMED BY PHONE: (405) 495-7820 BEFORE SENDING FUNDS VIA WIRE OR ACH.**



**Thank You!**
WE APPRECIATE YOUR BUSINESS


**AED**
**MEMBER**

See reverse side for Terms and Conditions

| Abilene | Amarillo | Chico | Dallas | Fort Worth | Hewitt | Kansas City | Lubbock | McAlester | Odessa | Oklahoma City | St Louis | Tulsa |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 325-692-6334 | 806-373-2826 | 940-678-6046 | 214-371-7777 | 817-378-0600 | 254-261-1370 | 913-850-6300 | 806-745-2112 | 918-310-1550 | 432-333-7000 | 405-495-7820 | 314-729-0125 | 918-438-1700 |



**KIRBY-SMITH MACHINERY, INC.®**

6715 W Reno Ave
Oklahoma City, OK 73127
405-495-7820
Fax: 405-787-5973

www.kirby-smith.com

**Ship To:** BAD DEBT-CM HEAVY MACHINERY
35.3141666, -96.3131325
WETUMKA

**Invoice To:** BAD DEBT-CM HEAVY MACHINERY, LLC
PO BOX 309
OKEMAH OK 74859

**PLEASE REMIT TO:**

KSM EXCHANGE LLC
P.O. Box 270360
Oklahoma City, OK 73137

**ACH OR WIRE**
Credit Department
405-495-7820

| Branch | | |
|---|---|---|
| OKLAHOMA CITY | | |
| Date | Time | Page |
| 02/19/25 | 22:25:17 (B) | 02 |
| Account No | Phone No | Inv No |
| CMHEA001 | 4052021533 | W7567601 |
| Ship Via | Purchase Order | |
| | EMAIL | |
| Tax ID No | | |
| ▓▓▓▓▓▓ | 08/27/2022 | |
| | Salesperson | |
| | 075 / 670 | |

## SERVICE INVOICE

STK#/FLEET#                       HRS   PIN/EIN           WARRANTY DATE    HRS
K19865      RIPPER             ▓▓▓▓▓▓▓▓▓▓▓          03/01/20      8700 S1
              GD655-6                                          03/01/22      3000 X1
Drive time and Mileage.
<u>COMPLAINT:</u>
DRIVE TIME AND MILEAGE.
11000000 11010000



```
                                    ****** WORK ORDER TOTALS ******
                                        LABOR              573.00
CG413                               ON ACCOUNT             573.00
```

**CAUTION: BE WARY OF ANY REQUEST TO CHANGE PAYMENT INSTRUCTIONS**

**ALL WIRING INSTRUCTIONS SHOULD BE CONFIRMED BY PHONE: (405) 495-7820 BEFORE SENDING FUNDS VIA WIRE OR ACH.**



## Thank You!
WE APPRECIATE YOUR BUSINESS



**AED MEMBER**
Associated Equipment Distributors

See reverse side for Terms and Conditions

| Abilene | Amarillo | Chico | Dallas | Fort Worth | Hewitt | Kansas City | Lubbock | McAlester | Odessa | Oklahoma City | St Louis | Tulsa |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 325-692-6334 | 806-373-2826 | 940-678-5046 | 214-371-7777 | 817-378-0600 | 254-261-1370 | 913-850-6300 | 806-745-2112 | 918-310-1550 | 432-333-7000 | 405-495-7820 | 314-729-0125 | 918-438-1700 |



HOW RUBBER INC
2640 SW 15TH
OKLAHOMA CITY, OK 73108
405-236-1222

**SALE**

Store: 0001
REF#: 00000035
Batch #: 296    RRN: 504522832821
02/14/25                16:46:46
Trans ID: 58504582065280
APPR CODE: 490574
VISA                          Chip
************7964              **/**

**AMOUNT**        **$133.94**

APPROVED

VISA DEBIT
AID: A0000000031010
TVR: 80 80 00 80 00
TSI: 68 00



# H.O.W
## R U B B E R
serving Oklahoma Since 1991
2640 SW 15th St • Oklahoma City, OK 73108
(405) 234-1222 1-800-234-4919
Fax (405) 234-1247

**Sales Ord**

| Date | S.O. N |
|---|---|
| 2/14/2025 | H639 |

Name / Address

REDIT CARD SALES

| | P.O. No. | Rep |
|---|---|---|
| | | |

| em | Description | Ordered | Shipped | Price | Amoun |
|---|---|---|---|---|---|
| BLY | 5/8" R2 113" FDIN 30 FDIN 26 45 OKLAHOMA CITY & STATE SALES TAX | 1 | | 123.30 8.625% | 123 10 |

| | **Total** | $133 |
|---|---|---|

Print Name

## PUBLIC SERVICE COMPANY OF OKLAHOMA

**Non-Payment/Return Mail:**
PO BOX 24401
CANTON, OH 44701-4401

Amount due on or before
March 18, 2025 **$826.55**

Bill mailing date is Feb 24, 2025
Account #952-937-700-1-2

SERVICE ADDRESS: CM HEAVY MACHINERY, 111095 HIGHWAY 27, OKEMAH, OK 74859-4213
3107

CY 18

CM HEAVY MACHINERY
PO BOX 309
OKEMAH, OK 74859-0309

### Notes from PSO:

**Make this bill the last one sent in the mail!** Go paperless and get
email alerts when your bill is ready. Sign up at AEPPaperless.com!

### Usage History (kWh):



| | | |
|---|---|---|
| Feb 2,099 | Mar 2,152 | Apr 2,008 |
| May 2,107 | Jun 2,116 | Jul 4,467 |
| Aug 3,132 | Sep 2,415 | Oct 1,901 |
| Nov 1,994 | Dec 2,431 | Jan 2,360 |
| Feb 3,271 | | |

Feb 2024 — Feb 2025

### Current bill summary:
Billing from 01/25/25 - 02/24/25 (31 days)

Taxes & Fees $26.70

Cost of Fuel
for Power
$95.94

kWh
3,271

$445.51
Current Charges

Electric Service
$322.87

### Methods of Payment

psoklahoma.com

PO Box 371496
Pittsburgh, PA 15250-7496

1-800-611-0964 (fee may apply)

### Need to get in touch?

Customer Service: 1-888-832-6279
Servicio el Cliente: 1-888-216-9787
Report Outage: 1-833-PSO-OUTG(776-6884)
Reportar Interruptcion: 1-888-218-3924
Or Online at: PSOklahoma.com/Out
Relay Oklahoma(TTY): 1-800-722-0353

Please tear on dotted line.

Turn over for important information!

---

Thank you for your prompt payment.Please include your account number on your check and return this stub with your payment.

CM HEAVY MACHINERY, 111095 HIGHWAY 27, OKEMAH, OK 74859-4213

## PUBLIC SERVICE COMPANY OF OKLAHOMA

**Non-Payment/Return Mail:**
PO BOX 24401
CANTON, OH 44701-4401

44551

Account ▇▇▇▇▇▇
CM HEAVY MACHINERY

Amount due on or before
March 18, 2025 **$826.55**

Payment Amount $

Pay $839.65 after 03/18/2025

Make check payable and send to:
PUBLIC SERVICE COMPANY OF OKLAHOMA
PO BOX 371496
PITTSBURGH, PA 15250-7496

☐ **Light A Life** helps customers in need
pay their energy bills. My payment
reflects my tax deductible gift of $_____

0000826550000839650100000000009529377001224022503018900009