**Dated: March 25, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO REDACT ACCOUNT NUMBERS
AND RESTRICT PUBLIC ACCESS TO FILED DOCUMENT**

Upon consideration of the Motion to Redact Account Numbers and Restrict Public Access to Filed Document (the "Motion," as found at DE #144), any opposition thereto, the authorities cited therein, governing law, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Oklahoma, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Court of Court shall restrict public access to the original document referenced in the Motion upon entry of this Order; and it is further

ORDERED, that the referenced document contains certain personal identifiers that should have been redacted under Federal Rule of Bankruptcy Procedure 9037; and it is further

1

ORDERED, that C M Heavy Machinery, LLC (the "Debtor") shall refile the original document, identical in all respects to the original except for the redaction of personal identifiers as required by Fed. R. Bankr. P. 9037, within seven (7) days of entry of this Order; and it is further

ORDERED, that the Court shall not take any requested action on the restricted original document unless and until a properly redacted document is filed with the Court; and it is further

ORDERED, that nothing in this Order shall affect the rights of the United States Trustee, the debtors, counsel for the debtors, the case trustee, or counsel for the trustee to request access to the original document by filing the appropriate motion; and it is further

MOVANT TO NOTIFY ALL INTERESTED PARTIES.