IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

C M HEAVY MACHINERY, LLC,

    Debtor.

Case No. 24-80617
Chapter 11

## CREDITOR GREAT PLAINS NATIONAL BANK'S JOINDER IN UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION TO APPROVE EMPLOYMENT OF LOGAN DAHLK AND RECEIVABLES CONTROL CORP. AS ACCOUNTS RECEIVABLE COLLECTION AGENTS TO ABOVE CAPTIONED DEBTOR

    Great Plains National Bank ("GPNB"), a creditor and party-in-interest in this case, hereby joins in the *United States Trustee's Objection to the Amended Application to Approve Employment of Logan Dahlk and Receivables Control Corp. as Accounts Receivable Collection Agents to Above-Captioned Debtor* filed herein on March 19, 2025 [Doc. No. 136] (the "Trustee's Objection"). GPNB adopts and incorporates by reference the arguments set forth in the Trustee's Objection in all material respects.

    **WHEREFORE**, Great Plains National Bank respectfully objects to the Application to Approve Employment of Logan Dahlk and Receivables Control Corp. as Accounts Receivable Collection Agents to Above-Captioned Debtor [Doc. No. 135] filed March 19, 2025 for the reasons set forth in the Trustee's Objection and asks the Court to deny the Application and for such other and further relief as this Court deems just and proper.

Dated: March 25, 2025.	Respectfully submitted,

**HALL, ESTILL HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/Steven W. Soulé*
Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
Connor M. Andreen, OBA No. 35047
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com
Email: candreen@hallestill.com

-and-

Daniel V. Carsey, OBA No. 21490
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEYS FOR GREAT PLAINS NATIONAL BANK**

## CERTIFICATE OF SERVICE

I certify that on this 25th day of March, 2025, a true and correct copy of the foregoing document was served electronically upon the parties registered to receive electronic notice via this Court's electronic case filing system.

*/s/Steven W. Soule*
Steven W. Soule