In re:                                                                                    Case No. 24-80617-PRT

C M Heavy Machinery, LLC                                                 Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7                          User: admin                                    Page 1 of 2

Date Rcvd: Mar 25, 2025                 Form ID: pdfpo                             Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2025                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Sokolosky | on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Connor Andreen | on behalf of Creditor Great Plains National Bank candreen@hallestill.com |
| Daniel Vaughn Carsey | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com |
| Gary M. McDonald | on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com |
| Karen Carden Walsh | |

on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Mary Kindelt

on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig

on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee

USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

Steven William Soule'

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  ssouleOKE@ecf.axosfs.com


TOTAL: 13

**Dated: March 25, 2025**

**The following is ORDERED:**



_Paul R. Thomas_
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER GRANTING MOTION TO REDACT ACCOUNT NUMBERS
### AND RESTRICT PUBLIC ACCESS TO FILED DOCUMENT

Upon consideration of the Motion to Redact Account Numbers and Restrict Public Access to Filed Document (the "Motion," as found at DE #144), any opposition thereto, the authorities cited therein, governing law, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Oklahoma, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Court of Court shall restrict public access to the original document referenced in the Motion upon entry of this Order; and it is further

ORDERED, that the referenced document contains certain personal identifiers that should have been redacted under Federal Rule of Bankruptcy Procedure 9037; and it is further

1

ORDERED, that C M Heavy Machinery, LLC (the "Debtor") shall refile the original document, identical in all respects to the original except for the redaction of personal identifiers as required by Fed. R. Bankr. P. 9037, within seven (7) days of entry of this Order; and it is further

ORDERED, that the Court shall not take any requested action on the restricted original document unless and until a properly redacted document is filed with the Court; and it is further

ORDERED, that nothing in this Order shall affect the rights of the United States Trustee, the debtors, counsel for the debtors, the case trustee, or counsel for the trustee to request access to the original document by filing the appropriate motion; and it is further

MOVANT TO NOTIFY ALL INTERESTED PARTIES.

2