# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | CASE NO. 24-80617 |
| C M HEAVY MACHINERY, LLC, | CHAPTER 11 |
| Debtor. | |

## SUPPLEMENTAL WITNESS LIST

☒ **MOVANT** Great Plains National Bank ("GPNB")[1]     ☐ **RESPONDENT**

| DATE OF HEARING: April 9, 2025 | | OPERATOR | | | | PAGE NO. |
|---|---|---|---|---|---|---|
| **Witness No.** | **NAME AND ADDRESS (Brief Description of Testimony)** | Direct | Cross | Redir | Recross | Judge |
| 1. | Name/Address: Clint Meadors, c/o Counsel for Debtor<br><br>Anticipated Testimony: Mr. Meadors is expected to testify as to the Debtor's operation, both pre-petition and post petition, the Debtor's Chapter 11 Plan, the Debtor's Monthly Operating Reports, the Debtor's books and records, the Debtor's assets, and the Debtor's liabilities. | | | | | |
| 2. | Name/Address: Holly Goodson, c/o Counsel for Debtor<br><br>Anticipated Testimony: Ms. Goodson is expected to testify as to the Debtor's books and records. | | | | | |
| 3. | Name/Address: Blake D. Johnson, GPNB Market President, c/o Counsel for GPNB<br><br>Anticipated Testimony: Mr. Johnson is expected to testify as to the Debtor's obligations owed to GPNB, the Debtor's pre-petition conduct, and the Debtor's post-petition conduct. | | | | | |

---

[1] GPNB's Supplemental Witness List supersedes the Witness List filed at Doc. No. 124 dated March 14, 2025. See Doc. No. 133.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4. | Name/Address: Larry L. Perdue, ASA, M.V.S., Executive Director of Asset Appraisal Corporation, 2000 East 15th Street, Building 300A, Edmond, OK 73013<br><br>Anticipated Testimony: Mr. Perdue is expected to testify as to the assets listed in the Debtor's Schedule A/B Assets – Real and Personal Property and the inspection conducted on the Debtor's Property. | | | | | | |
| 5. | Name/Address: Justin Perdue<br>Vice President of Asset Appraisal Corporation, 2000 East 15th Street, Building 300A, Edmond, OK 73013<br><br>Anticipated Testimony: Mr. Perdue is expected to testify as to the assets listed in the Debtor's Schedule A/B Assets – Real and Personal Property and the inspection conducted on the Debtor's Property. | | | | | | |

Dated: April 2, 2025.   Respectfully submitted,

**HALL, ESTILL HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/Steven W. Soulé*
Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
Connor M. Andreen, OBA No. 35047
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com

-and-

Daniel V. Carsey, OBA No. 21490
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEYS FOR GREAT PLAINS NATIONAL BANK**