# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:                                    CASE NO.   24-80617
                                          CHAPTER   11

C M HEAVY MACHINERY, LLC,
        Debtor.


## SUPPLEMENTAL EXHIBIT LIST

☒ **MOVANT Great Plains National Bank ("GPNB")**1              ☐ **RESPONDENT**

| DATE OF HEARING: April 9, 2025 | | OPERATOR | | PAGE NO. |
|---|---|---|---|---|
| **EXHIBIT NO.** | **DESCRIPTION (Brief description and intended purpose)** | **I D** | **ADMITTED** | **REJECT/WD** |
| **1.** | Description: Voluntary Petition for Non-Individuals Filing for Bankruptcy, Schedules, and Statement of Financial Affairs [Doc. No. 1]<br><br>Intended Purpose: To demonstrate the assets and liabilities listed by the Debtor on the Petition Date. | | | |
| **2.** | Description: Initial Report and Attachments [Doc. No. 29]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records as of the filing of the Initial Report. | | | |
| **3.** | Description: August 2024 Monthly Operating Report [Doc. No. 46]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
| **4.** | Description: September 2024 Monthly Operating Report [Doc. No. 49]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |

1 GPNB's Supplemental Exhibit List in advance of the hearing on its Motion to Dismiss dated March 14, 2025.
*See* Doc. No. 133.

| 5. | Description: October 2024 Monthly Report [Doc. No. 52]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
|----|----|----|----|----|
| 6. | Description: October 2024 Bank Records [Doc. No. 61]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
| 7. | Description: November 2024 Monthly Operating Report [Doc. No. 63]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
| 8. | Description: December 2024 Monthly Operating Report [Doc. No. 77]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
| 9. | Description: January 2025 Monthly Operating Report [Doc. No. 114]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
| 10. | Description: First Amended Chapter 11 Plan of Reorganization [Doc. No. 119]<br><br>Intended Purpose: To evaluate the Debtor's Plan of Reorganization. | | | |
| 11. | Description: Disclosure Statement for Chapter 11 Plan of Reorganization [Doc. No. 56]<br><br>Intended Purpose: To evaluate the Debtor's Plan of Reorganization. | | | |
| 12. | Description: Supplement to Disclosure Statement for Chapter 11 Plan of Reorganization [Doc. No. 120] | | | |

| | | | | |
|---|---|---|---|---|
| | Intended Purpose: To evaluate the Debtor's Plan of Reorganization. | | | |
| **13.** | Description: Petition, Oklahoma County Case No. CJ-2025-1270<br><br>Intended Purpose: To evaluate the Debtor's insurance claim and C. Meadors' fiduciary duties thereto. | | | |
| **14.** | Claim No. 13, Great Plains National Bank<br><br>Intended Purpose: To establish GPNB's claim against the Debtor. | | | |
| **15.** | Claim No. 1, Internal Revenue Service<br><br>Intended Purpose: To evaluate the Debtor's liability to the IRS. | | | |
| **16.** | GPNB's Transaction History Statement<br><br>Intended Purpose: To evaluate GPNB's claim against the Debtor and the Debtor's prepetition conduct. | | | |
| **17.** | GPNB – GPS Tracking Data<br><br>Intended Purpose: To evaluate the Debtor's assets and business operations. | | | |
| **18.** | Description: Deposition Testimony of C. Meadors<br><br>Intended Purpose: To impeach C. Meadors by prior inconsistent statements or to introduce as an opposing party's statement. | | | |
| **19.** | Description: Deposition Testimony of H. Goodson<br><br>Intended Purpose: To impeach H. Goodson by prior inconsistent statements or to introduce as an opposing party's statement. | | | |
| **20.** | Description: Defendant's Motion to Vacate Journal Entry of Judgment and to Set Cause for Hearing to Settle Journal Entry, Okfuskee County Case No. CJ-24-34<br><br>Intended Purpose: To impeach C. Meadors and to evaluate the Debtor's conduct with the insurance claim. | | | |
| **21.** | Description: February 2025 Monthly Operating Report [Doc. No. 146]<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations and the status of creditors | | | |

| | | | | |
|---|---|---|---|---|
| | financial records. | | | |
| **22.** | Description: List of Equipment located on the Debtor's property not listed on the Debtor's bankruptcy schedules.<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor, the Debtor's operations, and the status of the Debtor's financial records. | | | |
| **23.** | Description: Notes on the Debtor's Schedules from Inspection of the Debtor's Property.<br><br>Intended Purpose: To evaluate the assets and liabilities of the Debtor and to refresh witnesses' recollections. | | | |

Dated: April 2, 2025.                    Respectfully submitted,

**HALL, ESTILL HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/Steven W. Soulé*
Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
Connor M. Andreen, OBA No. 35047
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com

-and-

Daniel V. Carsey, OBA No. 21490
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEYS FOR GREAT PLAINS NATIONAL BANK**