United States Bankruptcy Court
Eastern District of Oklahoma

| | |
|---|---|
| In re: | Case No. 24-80617-PRT |
| C M Heavy Machinery, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1086-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 10, 2025 | Form ID: MinBK | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Sokolosky | on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Connor Andreen | on behalf of Creditor Great Plains National Bank candreen@hallestill.com |
| Daniel Vaughn Carsey | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com |
| Gary M. McDonald | on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com |
| Karen Carden Walsh | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |

Mary Kindelt
　　　　　　　　　　on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
　　　　　　　　　　on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
　　　　　　　　　　USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
　　　　　　　　　　on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

Steven William Soule'
　　　　　　　　　　on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  ssouleOKE@ecf.axosfs.com

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
Case No.: 24−80617
Chapter: 11

**FILED**
Apr. 10, 2025
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
   C M Heavy Machinery, LLC
   aka CM Heavy Machinery, LLC
   11097 Highway 27
   Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
   42−1737967

MINUTE ENTRY: Evidentiary Hearing held 4/9/2025 at 9:00 a.m. (RE: related document(s)82 Motion to Dismiss or Alternatively, to Convert to Chapter 7 filed by Creditor Great Plains National Bank, 104 Response filed by Debtor C M Heavy Machinery, LLC, 157 Reply filed by Creditor Great Plains National Bank). Appearances: Steve W. Soule and Connor M. Andreen for Movant Great Plains National Bank. Maurice B. VerStandig and Christianna A. Cathcart for Debtor. Evidentiary hearing concluded. Debtor moved for Judgment on the Motion pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52. Debtors Motion denied for reasons stated on the record. Parties may file written closing arguments within ten days after receipt and filing of hearing transcript. (Corley, Cheryl)

Dated: April 10, 2025

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**