IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-80617-PRT |
| C M Heavy Machinery, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the undersigned counsel for Komatsu Financial Limited Partnership, hereby enters his appearance and requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, be served upon him at the mailing and/or email addresses set forth below.

Dated: April 15, 2025.  Respectfully submitted,

*/s/ Brandon C. Bickle*
Brandon C. Bickle, OBA #22064
GableGotwals
110 N. Elgin Ave., Ste. 200
Tulsa, Oklahoma 74120
(t) 918.595.4800 | (f) 918.595.4990
bbickle@gablelaw.com

*Attorney for Komatsu Financial Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I electronically transmitted this filing to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Service to the ECF registrants of record.

*/s/ Brandon C. Bickle*
Brandon C. Bickle