Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Oklahoma

In Re. C M Heavy Machinery §
§
§
Debtor(s) §

Case No. 24-80617

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2025

Petition Date: 08/08/2024

Months Pending: 8

Industry Classification: 5 3 2 4

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 1

Debtor's Full-Time Employees (as of date of order for relief): 1

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

DocuSigned by:
B4A466375A02417...

/s/
Signature of Responsible Party

Clint Meadors
Printed Name of Responsible Party

04/21/2025
Date

111095 OK-27, Oklemah OK 74859, U.S
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name C M Heavy Machinery — Case No. 24-80617

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $211,849 | |
| b. | Total receipts (net of transfers between accounts) | $50,461 | $884,162 |
| c. | Total disbursements (net of transfers between accounts) | $19,663 | $594,694 |
| d. | Cash balance end of month (a+b-c) | $242,647 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $19,663 | $594,694 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $1,200,550 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $1,200,550 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $2,453,500 |
| d | Total current assets | $19,111,928 |
| e. | Total assets | $19,111,928 |
| f. | Postpetition payables (excluding taxes) | $697,243 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $697,243 |
| k. | Prepetition secured debt | $4,619,482 |
| l. | Prepetition priority debt | $510 |
| m. | Prepetition unsecured debt | $871,309 |
| n. | Total liabilities (debt) (j+k+l+m) | $6,188,544 |
| o. | Ending equity/net worth (e-n) | $12,923,384 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $49,342 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $13,323 | |
| c. | Gross profit (a-b) | $36,018 | |
| d. | Selling expenses | $1,622 | |
| e. | General and administrative expenses | $7,852 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $1,664 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $24,880 | $261,485 |

Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxvii | | | | | | |

Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

Debtor's Name C M Heavy Machinery Case No. 24-80617

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac

Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

Debtor's Name C M Heavy Machinery Case No. 24-80617

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac

Debtor's Name C M Heavy Machinery Case No. 24-80617

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxvii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name C M Heavy Machinery Case No. 24-80617

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | | | |
|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ◯ | No ◉ | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ◯ | No ◉ | | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯ | No ◉ | | |
| d. | Are you current on postpetition tax return filings? | Yes ◯ | No ◉ | | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉ | No ◯ | | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉ | No ◯ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯ | No ◉ | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯ | No ◯ | N/A ◉ | |
| i. | Do you have: Worker's compensation insurance? | Yes ◯ | No ◉ | | |
| | If yes, are your premiums current? | Yes ◯ | No ◯ | N/A ◉ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉ | No ◯ | | |
| | If yes, are your premiums current? | Yes ◉ | No ◯ | N/A ◯ | (if no, see Instructions) |
| | General liability insurance? | Yes ◉ | No ◯ | | |
| | If yes, are your premiums current? | Yes ◉ | No ◯ | N/A ◯ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉ | No ◯ | | |
| k. | Has a disclosure statement been filed with the court? | Yes ◉ | No ◯ | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉ | No ◯ | | |

Debtor's Name C M Heavy Machinery Case No. 24-80617

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

DocuSigned by:

/s/ Clint Meadors
B4A466375A02417...

Signature of Responsible Party

Clint Meadors

Printed Name of Responsible Party

Managing Member

Title

04/21/2025

Date

Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

Debtor's Name C M Heavy Machinery Case No. 24-80617

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021) - Mac 10

Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

Debtor's Name C M Heavy Machinery

Case No. 24-80617

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021) - Mac 11

Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

Debtor's Name C M Heavy Machinery

Case No. 24-80617

PageThree

PageFour

UST Form 11-MOR (12/01/2021) - Mac 12

Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

PO BOX 151
OKEMAH, OK 74859-0151
(918) 623-1211

BancFirst Loyal
To Oklahoma & You℠

1808 1 AV 0.540 *0001808
ESTATE OF C M HEAVY MACHINERY, LLC
CM HEAVY MACHINERY,LLC DIP CASE#24-80617
PO BOX 309
OKEMAH OK 74859-0309

PAGE 1

| ACCOUNT NUMBER | [redacted] |
|---|---|
| STATEMENT DATE | 3/31/25 |

NOW AVAILABLE
Credit Monitoring
Inside Online Banking!

## BUSINESS ESSENTIALS

| | | | | |
|---|---|---|---|---|
| | Beginning Balance | 3/01/25 | 144,954.38 | |
| | Deposits / Misc Credits | 1 | 50,460.78 | |
| | Withdrawals / Misc Debits | 13 | 18,071.76 | |
| ** | Ending Balance | 3/31/25 | 177,343.40 | ** |

*****************************************************************

| | |
|---|---|
| Service Charge | .00 |
| Enclosures | 14 |

8002-00000

### DEPOSITS

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 3/06 | 50,460.78 | | DEPOSIT |

### CHECKS

* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/03 | 10002 | 369.88 | 3/12 | 10008 | 3,200.00 | 3/25 | 10012 | 289.08 |
| 3/18 | 10004* | 826.55 | 3/19 | 10009 | 107.44 | 3/25 | 10013 | 415.02 |
| 3/07 | 10005 | 573.00 | 3/18 | 10010 | 163.86 | 3/25 | 10014 | 89.03 |
| 3/17 | 10006 | 96.00 | 3/24 | 10011 | 1,736.16 | 3/25 | 10015 | 82.48 |
| 3/12 | 10007 | 10,123.26 | | | | | | |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/03 | 144,584.50 | 3/12 | 181,149.02 | 3/19 | 179,955.17 |
| 3/06 | 195,045.28 | 3/17 | 181,053.02 | 3/24 | 178,219.01 |
| 3/07 | 194,472.28 | 3/18 | 180,062.61 | 3/25 | 177,343.40 |



DEPOSIT TICKET
CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859
Date 3/6/25 03/06/2025
Smith Energy
50460.78
50460.78
3/06/2025 BANCFIRST 23 2900009
$ 50,460.78
# 50460.78
50460.78

Deposit Date: 3/6/2025 Amount: $50460.78

CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859
BANCFIRST 10002
02/21/2025
PAY TO THE ORDER OF SABER TRANSPORTATION $**369.88
Three hundred sixty-nine and 88/100 DOLLARS
SABER TRANSPORTATION
PO BOX 1357
ADA, OK 74821
MEMO Inv# 43101 DOT Permits
AUTHORIZED SIGNATURE

Number: 10002 Date: 3/3/2025 Amount: $369.88

CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859
BANCFIRST 10004
02/28/2025
PAY TO THE ORDER OF AEP / PSO $**826.55
Eight hundred twenty-six and 55/100 DOLLARS
Public Service Company of Oklahoma
PO BOX 371496
Pittsburgh, PA 15250-7496
MEMO
AUTHORIZED SIGNATURE

Number: 10004 Date: 3/18/2025 Amount: $826.55

CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859
BANCFIRST 10005
02/28/2025
PAY TO THE ORDER OF KIRBY SMITH MACHINERY, INC - OKC, OK $**573.00
Five hundred seventy-three and 00/100 DOLLARS
KIRBY SMITH MACHINERY, INC - OKC, OK
PO BOX 270360
OKLAHOMA CITY, OK 73137
MEMO Inv# W7567601
AUTHORIZED SIGNATURE

Number: 10005 Date: 3/7/2025 Amount: $573.00

CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859
BANCFIRST 10006
02/28/2025
PAY TO THE ORDER OF CT CORPORATION $**96.00
Ninety-six and 00/100 DOLLARS
CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349
MEMO Inv# 33735189-MX
AUTHORIZED SIGNATURE

Number: 10006 Date: 3/17/2025 Amount: $96.00

CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859
BANCFIRST 10007
03/06/2025
PAY TO THE ORDER OF KIRBY SMITH MACHINERY, INC - OKC, OK $**10,123.26
Ten thousand one hundred twenty-three and 26/100 DOLLARS
KIRBY SMITH MACHINERY, INC - OKC, OK
PO BOX 270360
OKLAHOMA CITY, OK 73137
MEMO A00048-03, A00048-031
AUTHORIZED SIGNATURE

Number: 10007 Date: 3/12/2025 Amount: $10123.26

CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859
BANCFIRST 10008
03/06/2025
PAY TO THE ORDER OF Pinney Trucking $**3,200.00
Three thousand two hundred and 00/100 DOLLARS
Pinney Trucking
2000 W. Rogers Blvd.
Skiatook, OK 74070
MEMO INV# 916
AUTHORIZED SIGNATURE

Number: 10008 Date: 3/12/2025 Amount: $3200.00

CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859
BANCFIRST 10009
03/06/2025
PAY TO THE ORDER OF Okfuskee County RWD #2 $**107.44
One hundred seven and 44/100 DOLLARS
Okfuskee County RWD #2
P.O. Box 267
Okemah, OK 74859
MEMO Acct# 818
AUTHORIZED SIGNATURE

Number: 10009 Date: 3/19/2025 Amount: $107.44

CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859
BANCFIRST 10010
03/06/2025
PAY TO THE ORDER OF ACE HARDWARE - OKEMAH $**163.86
One hundred sixty-three and 86/100 DOLLARS
ACE HARDWARE - OKEMAH
P.O. BOX 110
OKEMAH, OK 74859
MEMO Trailer Parts Inv#25030
AUTHORIZED SIGNATURE

Number: 10010 Date: 3/18/2025 Amount: $163.86

CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859
BANCFIRST 10011
03/06/2025
PAY TO THE ORDER OF SABER TRANSPORTATION $**1,736.16
One thousand seven hundred thirty-six and 16/100 DOLLARS
SABER TRANSPORTATION
PO BOX 1357
ADA, OK 74821
MEMO Inv#42589
AUTHORIZED SIGNATURE

Number: 10011 Date: 3/24/2025 Amount: $1736.16

Continued on Reverse






Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859

BANCFIRST 10012

03/18/2025

PAY TO THE ORDER OF Clint Meadors* $**289.08

Two hundred eighty-nine and 08/100****** DOLLARS

Clint Meadors*
PO BOX 309
Okemah, OK 74859

MEMO Reimb. for Hyd Hoses (Napa 3.17.25) AUTHORIZED SIGNATURE

Number: 10012 Date: 3/25/2025 Amount: $289.08

CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859

BANCFIRST 10013

03/18/2025

PAY TO THE ORDER OF Clint Meadors* $**415.02

Four hundred fifteen and 02/100****** DOLLARS

Clint Meadors*
PO BOX 309
Okemah, OK 74859

MEMO Reimb. Fuel (E Express 3.13.25) AUTHORIZED SIGNATURE

Number: 10013 Date: 3/25/2025 Amount: $415.02

CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859

BANCFIRST 10014

03/24/2025

PAY TO THE ORDER OF Clint Meadors* $**89.03

Eighty-nine and 03/100****** DOLLARS

Clint Meadors*
PO BOX 309
Okemah, OK 74859

MEMO Kench-Doe truck repairs/parts AUTHORIZED SIGNATURE

Number: 10014 Date: 3/25/2025 Amount: $89.03

CM HEAVY MACHINERY, LLC DIP
CASE#24-80617
PO BOX 309
OKEMAH, OK 74859

BANCFIRST 10015

03/24/2025

PAY TO THE ORDER OF Clint Meadors* $**82.48

Eighty-two and 48/100****** DOLLARS

Clint Meadors*
PO BOX 309
Okemah, OK 74859

MEMO Truck Parts AUTHORIZED SIGNATURE

Number: 10015 Date: 3/25/2025 Amount: $82.48

Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

Mabrey Bank Home  Online Banking

Account Number Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK 74859-0309

## CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| Basic Business | | Number of Enclosures | 0 |
| Account Number | Ending 5504 | Statement Dates 3/01/25 thru | 3/31/25 |
| Previous Balance | 66,894.53 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Average Ledger | 65,889 |
| 8 Checks/Debits | 1,591.30 | Average Collected | 65,889 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 65,303.23 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Return Item Fees | $.00 | $.00 |

## DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 3/03 | DBT CRD 18:00 03/02/25 1120613<br>BB OF N. OKC #3<br>OKLAHOMA CITYOK<br>Card # **7964 | 71.10 |
| 3/03 | ACCT FEE INTUIT 06753983<br>9215986202 03/03/25<br>ID #-[redacted]0009<br>TRACE # [redacted]60182 | 20.00 |
| 3/07 | DBT CRD 18:00 03/06/25 0900015<br>BENSON HARDWARE & AUTO | 258.25 |

Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

MabreyBank
FDIC

Account Number Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK 74859-0309

Basic Business Ending 5504 (Continued)

## DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| | 918-6230192OK<br>Card # **7964 | |
| 3/10 | POS DEB 23:12 03/07/25 0306432<br>Love s #0712 Inside<br>NEWCASTLEOK<br>Card # **7964 | 500.00 |
| 3/14 | QBooks Pay INTUIT *<br>0000756346 03/14/25<br>ID #-[redacted]<br>TRACE # [redacted]2670 | 297.00 |
| 3/18 | DDA B/P 05:31 03/18/25 H0IL<br>STARLINK INTERNET<br>1 Rocket Road<br>HawthorneCA C#**7964 | 240.00 |
| 3/20 | DBT CRD 19:00 03/20/25 9104113<br>INTUIT *QuickBooks<br>CL.INTUIT.COMCA<br>Card # **7964 | 194.00 |
| 3/31 | ONLINE WIRE MONTHLY FEE | 10.95 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 3/01 | 66,894.53 | 3/10 | 66,045.18 | 3/20 | 65,314.18 |
| 3/03 | 66,803.43 | 3/14 | 65,748.18 | 3/31 | 65,303.23 |
| 3/07 | 66,545.18 | 3/18 | 65,508.18 | | |

Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

CM Heavy Machinery LLC

**BancFirst DIP Account# ████ 2849, Period Ending 03/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 04/08/2025

Reconciled by: Holly Goodson

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 144,954.38 |
| Checks and payments cleared (13) | -18,071.76 |
| Deposits and other credits cleared (1) | 50,460.78 |
| Statement ending balance | 177,343.40 |
| Uncleared transactions as of 03/31/2025 | -6,664.50 |
| Register balance as of 03/31/2025 | 170,678.90 |
| Cleared transactions after 03/31/2025 | 0.00 |
| Uncleared transactions after 03/31/2025 | 63,040.02 |
| Register balance as of 04/08/2025 | 233,718.92 |

**Details**

Checks and payments cleared (13)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 02/21/2025 | Check | 10002 | SABER TRANSPORTATION | -369.88 |
| 02/28/2025 | Check | 10004 | AEP Public Service | -826.55 |
| 02/28/2025 | Check | 10005 | KIRBY SMITH MACHINERY, I... | -573.00 |
| 02/28/2025 | Check | 10006 | CT CORPORATION | -96.00 |
| 03/06/2025 | Check | 10011 | SABER TRANSPORTATION | -1,736.16 |
| 03/06/2025 | Check | 10010 | ACE HARDWARE - OKEMAH | -163.86 |
| 03/06/2025 | Check | 10007 | KIRBY SMITH MACHINERY, I... | -10,123.26 |
| 03/06/2025 | Check | 10008 | Pinney Trucking | -3,200.00 |
| 03/06/2025 | Check | 10009 | Okfuskee County RWD #2 | -107.44 |
| 03/18/2025 | Check | 10012 | Clint Meadors* | -289.08 |
| 03/18/2025 | Check | 10013 | Clint Meadors* | -415.02 |
| 03/24/2025 | Check | 10014 | Clint Meadors* | -89.03 |
| 03/24/2025 | Check | 10015 | Clint Meadors* | -82.48 |
| Total | | | | -18,071.76 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/06/2025 | Receive Payment | 6360 | Smith Energy Services, Inc. | 50,460.78 |
| Total | | | | 50,460.78 |

**Additional Information**

Uncleared checks and payments as of 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/31/2025 | Check | 10016 | OKFUSKEE COUNTY TREA... | -1,664.50 |
| 03/31/2025 | Check | 10017 | Clint Meadors | -5,000.00 |
| Total | | | | -6,664.50 |

Uncleared checks and payments after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/03/2025 | Check | 10018 | AEP Public Service | -322.52 |
| 04/07/2025 | Check | 10020 | Osborn Trash Service | -300.00 |
| 04/07/2025 | Check | 10021 | Okfuskee County RWD #2 | -40.69 |

Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/08/2025 | Check | 10022 | PTC | -580.00 |
| Total | | | | -1,243.21 |

Uncleared deposits and other credits after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2025 | Deposit | | CM HEAVY MACHINERY, LLC | 64,283.23 |
| Total | | | | 64,283.23 |

Docusign Envelope ID: F873BA65-16B9-4B4C-AE01-50ADC173E846

# Profit and Loss

## CM Heavy Machinery LLC

March 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Income | |
| 411 · RENTAL DEPARTMENT INCOME | $379.50 |
| 412 - VENDOR RE-RENTAL INCOME | 19,462.20 |
| **Total for 411 · RENTAL DEPARTMENT INCOME** | **$19,841.70** |
| Shipping Income | 29,500.00 |
| **Total for Income** | **$49,341.70** |
| Cost of Goods Sold | |
| 510 - HAULING DEPT EXPENSE. | 3,200.00 |
| Cost of Goods Sold | 0 |
| 512-RENTAL DEPT EXPENSE | 10,123.26 |
| **Total for Cost of Goods Sold** | **$10,123.26** |
| **Total for Cost of Goods Sold** | **$13,323.26** |
| **Gross Profit** | **$36,018.44** |
| Expenses | |
| 601 · AUTO EXPENSE | $258.25 |
| 601-1 · MAINTENANCE | 449.21 |
| **Total for 601 · AUTO EXPENSE** | **$707.46** |
| 604 · BANK FEES | 10.95 |
| 617 · COMPUTER & INTERNET EXP | 240.00 |
| 672 · REPAIRS & MAINT. | 163.86 |
| 685 · TAXES | 0 |
| 685-3 · PROPERTY TAXES | 1,664.50 |
| **Total for 685 · TAXES** | **$1,664.50** |
| 686 · UTILITIES | 107.44 |
| Auto Expense | 0 |
| DIESEL FUEL | 915.02 |
| **Total for Auto Expense** | **$915.02** |
| DOT Expenses | 1,736.16 |
| Office Supplies & Software | 511.00 |
| Payroll Expenses | 5,000.00 |
| Reimbursements | 0 |
| 570-2 · PARTS REIMBURSEMENT | 82.48 |
| **Total for Reimbursements** | **$82.48** |
| **Total for Expenses** | **$11,138.87** |
| **Net Operating Income** | **$24,879.57** |
| Other Income | |
| Other Expenses | |
| **Net Other Income** | **0** |
| **Net Income** | **$24,879.57** |

Cash Basis Monday, April 21, 2025 06:19 PM GMTZ