IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE REGARDING CLOSING ARGUMENT**

At the close of a hearing on Creditor Great Plans National Bank's Motion to Dismiss, or Alternatively, to Convert the Bankruptcy Case to a Chapter 7 Proceeding, DE #82, the parties agreed to submit written closing arguments, with this Honorable Court directing such should be submitted within ten days of receipt of the hearing transcript. *See* Transcript, DE #163 at 239:15-19. Previously unbeknownst to the debtor, it appears the parties ultimately then received the hearing transcript on different days, with the transcript being conveyed to counsel for the debtor on April 21, 2025 and with counsel, accordingly, penciling in a May 1, 2025 date for the docketing of the closing argument. The anomaly became evident late yesterday, when counsel for the bank docketed a closing, having received the transcript on April 18, 2025.

Undersigned counsel has conversed with counsel for the bank and informally represented that neither of the debtor's lawyers will read the bank's closing until such a time as the debtor's closing is docketed. An effort will be made to expedite preparation of the debtor's closing, in the interim, though certain logistical eccentricities—wholly unrelated to this case—make it unlikely the closing will be docketed before Thursday, May 1, 2025.

This notice is shared to (i) offer assurances the debtor still intends to file a written closing; and (ii) memorialize, more formally, the representation made to the bank's counsel concerning the debtor's attorneys forbearing from reviewing the bank's closing until such a time as the debtor's

closing is docketed.

                                      Respectfully Submitted,

Dated: April 29, 2025      By:   /s/ Maurice B. VerStandig
                                      Maurice B. VerStandig, Esq.
                                      The VerStandig Law Firm, LLC
                                      9812 Falls Road, #114-160
                                      Potomac, Maryland 20854
                                      Phone: (301) 444-4600
                                      mac@mbvesq.com

                                      Christianna A. Cathcart, Esq.
                                      The VerStandig Law Firm, LLC
                                      9812 Falls Road, #114-160
                                      Potomac, Maryland 20854
                                      Phone: (301) 444-4600
                                      christianna@dakotabankruptcy.com

                                      *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 29th day of April, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                        /s/ Maurice B. VerStandig
                                                        Maurice B. VerStandig