PO BOX 151
OKEMAH, OK 74859-0151
(918) 623-1211

Dir 1 251 14    3185B0C.002  BNCF:0001808

**BancFirst Loyal**
To Oklahoma & You.

24-Hour Automated Account Information
1-877-602-2262

1808 1 AV 0.540 *0001808
ESTATE OF C M HEAVY MACHINERY, LLC
CM HEAVY MACHINERY,LLC DIP CASE#24-80617
PO BOX 309
OKEMAH OK 74859-0309

PAGE 1

ACCOUNT NUMBER

STATEMENT DATE
3/31/25



## BUSINESS ESSENTIALS

| | | | |
|---|---|---|---|
| Beginning Balance | 3/01/25 | | 144,954.38 |
| Deposits / Misc Credits | | 1 | 50,460.78 |
| Withdrawals / Misc Debits | | 13 | 18,071.76 |
| ** Ending Balance | 3/31/25 | | 177,343.40 ** |

| | |
|---|---|
| Service Charge | .00 |
| Enclosures | 14 |

------------------ DEPOSITS ---------------

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 3/06 | 50,460.78 | | DEPOSIT |

------------------ CHECKS ---------------
\* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/03 | 10002 | 369.88 | 3/12 | 10008 | 3,200.00 | 3/25 | 10012 | 289.08 |
| 3/18 | 10004* | 826.55 | 3/19 | 10009 | 107.44 | 3/25 | 10013 | 415.02 |
| 3/07 | 10005 | 573.00 | 3/18 | 10010 | 163.86 | 3/25 | 10014 | 89.03 |
| 3/17 | 10006 | 96.00 | 3/24 | 10011 | 1,736.16 | 3/25 | 10015 | 82.48 |
| 3/12 | 10007 | 10,123.26 | | | | | | |

------------------ DAILY BALANCE SUMMARY ---------------

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/03 | 144,584.50 | 3/12 | 181,149.02 | 3/19 | 179,955.17 |
| 3/06 | 195,045.28 | 3/17 | 181,053.02 | 3/24 | 178,219.01 |
| 3/07 | 194,472.28 | 3/18 | 180,062.61 | 3/25 | 177,343.40 |

Member



Deposit   Date: 3/6/2025    Amount: $50460.78



Number: 10002   Date: 3/3/2025    Amount: $369.88



Number: 10004   Date: 3/18/2025   Amount: $826.55



Number: 10005   Date: 3/7/2025    Amount: $573.00



Number: 10006   Date: 3/17/2025   Amount: $96.00



Number: 10007   Date: 3/12/2025   Amount: $10123.26



Number: 10008   Date: 3/12/2025   Amount: $3200.00



Number: 10009   Date: 3/19/2025   Amount: $107.44



Number: 10010   Date: 3/18/2025   Amount: $163.86



Number: 10011   Date: 3/24/2025   Amount: $1736.16

**Check 10012** — CM HEAVY MACHINERY, LLC DIP, CASE#24-80617, PO BOX 309, OKEMAH, OK 74859 — BANCFIRST
Date: 03/18/2025
Pay to the order of: Clint Meadors*    $**289.08
Two hundred eighty-nine and 08/100 DOLLARS
Clint Meadors*, PO BOX 309, Okemah, OK 74859
MEMO: Reimb. for Hyd Hoses (Napa 3.17.25)

Number: 10012   Date: 3/25/2025   Amount: $289.08

**Check 10013** — CM HEAVY MACHINERY, LLC DIP, CASE#24-80617, PO BOX 309, OKEMAH, OK 74859 — BANCFIRST
Date: 03/18/2025
Pay to the order of: Clint Meadors*    $**415.02
Four hundred fifteen and 02/100 DOLLARS
Clint Meadors*, PO BOX 309, Okemah, OK 74859
MEMO: Reimb. Fuel (E Express 3.13.25)

Number: 10013   Date: 3/25/2025   Amount: $415.02

**Check 10014** — CM HEAVY MACHINERY, LLC DIP, CASE#24-80617, PO BOX 309, OKEMAH, OK 74859 — BANCFIRST
Date: 03/24/2025
Pay to the order of: Clint Meadors*    $**89.03
Eighty-nine and 03/100 DOLLARS
Clint Meadors*, PO BOX 309, Okemah, OK 74859
MEMO: Kenworth bx truck repairs/parts

Number: 10014   Date: 3/25/2025   Amount: $89.03

**Check 10015** — CM HEAVY MACHINERY, LLC DIP, CASE#24-80617, PO BOX 309, OKEMAH, OK 74859 — BANCFIRST
Date: 03/24/2025
Pay to the order of: Clint Meadors*    $**82.48
Eighty-two and 48/100 DOLLARS
Clint Meadors*, PO BOX 309, Okemah, OK 74859
MEMO: Truck Parts

Number: 10015   Date: 3/25/2025   Amount: $82.48



# MabreyBank

Mabrey Bank Home    Online Banking

```
                                           Date  3/31/25 Page   1 of   2
                                           Account Number     Ending 5504


    C M HEAVY MACHINERY LLC
    PO BOX 309
    OKEMAH OK   74859-0309
```

## CHECKING ACCOUNT

```
Basic Business                       Number of Enclosures              0
Account Number         Ending 5504   Statement Dates  3/01/25 thru 3/31/25
Previous Balance         66,894.53   Days in the statement period     31
    Deposits/Credits          .00   Average Ledger              65,889
  8 Checks/Debits         1,591.30   Average Collected           65,889
Service Charge                 .00
Interest Paid                  .00
Ending Balance          65,303.23
```

|  | Total For<br>This Period | Total<br>Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Return Item Fees | $.00 | $.00 |

### DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 3/03 | DBT CRD 18:00 03/02/25 1120613<br>BB OF N. OKC #3<br>OKLAHOMA CITYOK<br>Card # **7964 | 71.10 |
| 3/03 | ACCT FEE   INTUIT 06753983<br>                  03/03/25<br>ID #-▮▮▮▮▮▮▮▮▮<br>TRACE # ▮▮▮▮▮▮▮▮▮▮▮ | 20.00 |
| 3/07 | DBT CRD 18:00 03/06/25 0900015<br>BENSON HARDWARE & AUTO | 258.25 |



Mabrey Bank Home   Online Banking

Date  3/31/25 Page   2 of   2
Account Number    Ending 5504

C M HEAVY MACHINERY LLC
PO BOX 309
OKEMAH OK  74859-0309

Basic Business                    Ending 5504   (Continued)

## DEBITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
|  | 918-6230192OK | |
|  | Card # **7964 | |
| 3/10 | POS DEB 23:12 03/07/25 0306432 | 500.00 |
|  | Love s #0712 Inside | |
|  | NEWCASTLEOK | |
|  | Card # **7964 | |
| 3/14 | QBooks Pay INTUIT * | 297.00 |
|  | 0000756346         03/14/25 | |
|  | ID #- | |
|  | TRACE # | |
| 3/18 | DDA B/P 05:31 03/18/25 H0IL | 240.00 |
|  | STARLINK INTERNET | |
|  | 1 Rocket Road | |
|  | HawthorneCA    C#**7964 | |
| 3/20 | DBT CRD 19:00 03/20/25 9104113 | 194.00 |
|  | INTUIT *QuickBooks | |
|  | CL.INTUIT.COMCA | |
|  | Card # **7964 | |
| 3/31 | ONLINE WIRE MONTHLY FEE | 10.95 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 3/01 | 66,894.53 | 3/10 | 66,045.18 | 3/20 | 65,314.18 |
| 3/03 | 66,803.43 | 3/14 | 65,748.18 | 3/31 | 65,303.23 |
| 3/07 | 66,545.18 | 3/18 | 65,508.18 | | |

## CM Heavy Machinery LLC

**BancFirst DIP Account#** ▓▓▓▓▓▓ **Period Ending 03/31/2025**

### RECONCILIATION REPORT

Reconciled on: 04/08/2025

Reconciled by: Holly Goodson

Any changes made to transactions after this date aren't included in this report.

### Summary                                                                USD

| | |
|---|---:|
| Statement beginning balance | 144,954.38 |
| Checks and payments cleared (13) | -18,071.76 |
| Deposits and other credits cleared (1) | 50,460.78 |
| Statement ending balance | 177,343.40 |
| Uncleared transactions as of 03/31/2025 | -6,664.50 |
| Register balance as of 03/31/2025 | 170,678.90 |
| Cleared transactions after 03/31/2025 | 0.00 |
| Uncleared transactions after 03/31/2025 | 63,040.02 |
| Register balance as of 04/08/2025 | 233,718.92 |

### Details

Checks and payments cleared (13)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 02/21/2025 | Check | 10002 | SABER TRANSPORTATION | -369.88 |
| 02/28/2025 | Check | 10004 | AEP Public Service | -826.55 |
| 02/28/2025 | Check | 10005 | KIRBY SMITH MACHINERY, I… | -573.00 |
| 02/28/2025 | Check | 10006 | CT CORPORATION | -96.00 |
| 03/06/2025 | Check | 10011 | SABER TRANSPORTATION | -1,736.16 |
| 03/06/2025 | Check | 10010 | ACE HARDWARE - OKEMAH | -163.86 |
| 03/06/2025 | Check | 10007 | KIRBY SMITH MACHINERY, I… | -10,123.26 |
| 03/06/2025 | Check | 10008 | Pinney Trucking | -3,200.00 |
| 03/06/2025 | Check | 10009 | Okfuskee County RWD #2 | -107.44 |
| 03/18/2025 | Check | 10012 | Clint Meadors* | -289.08 |
| 03/18/2025 | Check | 10013 | Clint Meadors* | -415.02 |
| 03/24/2025 | Check | 10014 | Clint Meadors* | -89.03 |
| 03/24/2025 | Check | 10015 | Clint Meadors* | -82.48 |
| **Total** | | | | **-18,071.76** |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/06/2025 | Receive Payment | 6360 | Smith Energy Services, Inc. | 50,460.78 |
| **Total** | | | | **50,460.78** |

### Additional Information

Uncleared checks and payments as of 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 03/31/2025 | Check | 10016 | OKFUSKEE COUNTY TREA… | -1,664.50 |
| 03/31/2025 | Check | 10017 | Clint Meadors | -5,000.00 |
| **Total** | | | | **-6,664.50** |

Uncleared checks and payments after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 04/03/2025 | Check | 10018 | AEP Public Service | -322.52 |
| 04/07/2025 | Check | 10020 | Osborn Trash Service | -300.00 |
| 04/07/2025 | Check | 10021 | Okfuskee County RWD #2 | -40.69 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/08/2025 | Check | 10022 | PTC | -580.00 |
| Total | | | | -1,243.21 |

Uncleared deposits and other credits after 03/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2025 | Deposit | | CM HEAVY MACHINERY, LLC | 64,283.23 |
| Total | | | | 64,283.23 |

# Profit and Loss

## CM Heavy Machinery LLC
### March 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Income** | |
| 411 · RENTAL DEPARTMENT INCOME | $379.50 |
| 412 - VENDOR RE-RENTAL INCOME | 19,462.20 |
| **Total for 411 · RENTAL DEPARTMENT INCOME** | **$19,841.70** |
| Shipping Income | 29,500.00 |
| **Total for Income** | **$49,341.70** |
| **Cost of Goods Sold** | |
| 510 - HAULING DEPT EXPENSE. | 3,200.00 |
| Cost of Goods Sold | 0 |
| 512-RENTAL DEPT EXPENSE | 10,123.26 |
| **Total for Cost of Goods Sold** | **$10,123.26** |
| **Total for Cost of Goods Sold** | **$13,323.26** |
| **Gross Profit** | **$36,018.44** |
| **Expenses** | |
| 601 · AUTO EXPENSE | $258.25 |
| 601-1 · MAINTENANCE | 449.21 |
| **Total for 601 · AUTO EXPENSE** | **$707.46** |
| 604 · BANK FEES | 10.95 |
| 617 · COMPUTER & INTERNET EXP | 240.00 |
| 672 · REPAIRS & MAINT. | 163.86 |
| 685 · TAXES | 0 |
| 685-3 · PROPERTY TAXES | 1,664.50 |
| **Total for 685 · TAXES** | **$1,664.50** |
| 686 · UTILITIES | 107.44 |
| Auto Expense | 0 |
| DIESEL FUEL | 915.02 |
| **Total for Auto Expense** | **$915.02** |
| DOT Expenses | 1,736.16 |
| Office Supplies & Software | 511.00 |
| Payroll Expenses | 5,000.00 |
| Reimbursements | 0 |
| 570-2 · PARTS REIMBURSEMENT | 82.48 |
| **Total for Reimbursements** | **$82.48** |
| **Total for Expenses** | **$11,138.87** |
| **Net Operating Income** | **$24,879.57** |
| **Other Income** | |
| Other Expenses | |
| **Net Other Income** | **0** |
| **Net Income** | **$24,879.57** |