Docusign Envelope ID: CFCC5345-FAE4-4671-B05C-81F370FC540A

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | C M Heavy Machinery, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | 7:24-bk-80617 |

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ 1,315,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ 17,614,835.55

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ 18,929,835.55

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 4,619,481.56

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 510.30

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 871,308.99

4. **Total liabilities** ..................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                      $ 5,491,300.85

Docusign Envelope ID: CFCC5345-FAE4-4671-B05C-81F370FC540A

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | C M Heavy Machinery, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF OKLAHOMA |
| Case number (if known) | 7:24-bk-80617 |

☒ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Mabrey Bank | Checking | 5504 | $114,331.61 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $114,331.61
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | Legal services retainer paid to Tuggle Duggins, subject to setoff by Tuggle Duggins | $5,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**   $5,000.00
   Add lines 7 through 8. Copy the total to line 81.

| Debtor | C M Heavy Machinery, LLC | Case number (If known) | 7:24-bk-80617 |
|---|---|---|---|
| | Name | | |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 1,343,190.26 | - | 0.00 | = .... | $1,343,190.26 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                                                                       $1,343,190.26

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** 2013 Trail King XL22MB Attachment-XL Spreader | | $0.00 | | $5,000.00 |
| | 2014 Caterpillarr D6T XW Dozer | | $0.00 | | $285,000.00 |
| | 2002 Komatsu D61-PX Dozer | | $0.00 | | $49,500.00 |
| | 2018 Komatsu D65PX-18 Dozer | | $0.00 | | $250,000.00 |
| | 2018 Komatsu D65PX-18 Dozer | | $0.00 | | $250,000.00 |
| | 2018 Komatsu D85PX-18 Dozer | | $0.00 | | $400,000.00 |

| Debtor | C M Heavy Machinery, LLC | Case number (If known) | 7:24-bk-80617 |
|---|---|---|---|
| | Name | | |

| Description | | | |
|---|---|---|---|
| 2017 Caterpillar 323FL Excavator | | $0.00 | $180,000.00 |
| 2010 Komatsu PC270LC-8 Excavator | | $0.00 | $80,000.00 |
| 2020 Komatsu GD655-6 Grader-Motor | | $0.00 | $200,000.00 |
| 2012 Case 821F Loader-Wheel | | $0.00 | $80,000.00 |
| 1963 Caterpillar 594 Pipelayer | | $0.00 | $175,000.00 |
| 1967 Caterpillar 572 Pipelayer | | $0.00 | $75,000.00 |
| 2013 Hotsy Powerwasher | | $0.00 | $1,000.00 |
| 2018 Hamm H121 Roller | | $0.00 | $110,000.00 |
| 2012 McKinney CX10-2252 Shipping Container | | $0.00 | $5,000.00 |
| 2019 Kubota SVL95 Skid Steer W/Bucket & Forks | | $0.00 | $65,000.00 |
| 2020 Kubota SVL95-2 Skid Steer W/Bucket & Forks | | $0.00 | $75,000.00 |

23. **Total of Part 5.**  $2,285,500.00

    Add lines 19 through 22.   Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☒ No.   Go to Part 7.
    ☐ Yes Fill in the information below.

| Debtor | C M Heavy Machinery, LLC |  | Case number *(If known)* | 7:24-bk-80617 |
|---|---|---|---|---|
|  | Name |  |  |  |

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Chairs, Desk, Kitchen Table, Kitchen chair(s), Massage Chair, Couch, Bar Stools | $0.00 | | $25,000.00 |
| | Assorted office furniture | $0.00 | | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $25,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 1995 Chevrolet Kodiak | $0.00 | | $5,000.00 |
| 47.2. | 2019 Ford F550 Truck | $0.00 | | $150,000.00 |
| 47.3. | 2014 Ford F150 Truck | $0.00 | | $15,000.00 |
| 47.4. | 2019 Ford F350 Truck | $0.00 | | $95,000.00 |
| 47.5. | 1994 Fontaine Trailer | $0.00 | | $10,000.00 |

| | | | |
|---|---|---|---|
| 47.6. | 2018 Friesen Bumper pull Trailer | $0.00 | $6,000.00 |
| 47.7. | 2019 Chappell 535 Gallon Trailer -Water | $0.00 | $5,000.00 |
| 47.8. | 1979 TRI Hay Trailer | $0.00 | $15,000.00 |
| 47.9. | 1980 Fruehauf FBZ F2 Trailer | $0.00 | $5,000.00 |
| 47.10. | 2018 Trail King TK110HDG Trailer Semi-Lowboy | $0.00 | $125,000.00 |
| 47.11. | 2006 Fountaine 53"Float Trailer-Semi-Float | $0.00 | $15,000.00 |
| 47.12. | 1975 Lufkin Float Trailer-Flatbed-Float | $0.00 | $7,500.00 |
| 47.13. | 1985 International 48"Float Truck-Farm | $0.00 | $8,000.00 |
| 47.14. | 1997 Freightliner FL70 Truck-Fuel/Lube | $0.00 | $37,000.00 |
| 47.15. | 2007 Peterbilt 379 Truck-Haul | $0.00 | $120,000.00 |
| 47.16. | 1999 International A90 Truck-Winch | $0.00 | $71,500.00 |
| 47.17. | Lincon SA200 Welder | $0.00 | $5,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                                          $695,000.00

    Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Debtor | C M Heavy Machinery, LLC | Case number (If known) | 7:24-bk-80617 |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 111097 Hwy 27, Okeman, Ok 74859 | Owner | $0.00 | | $1,200,000.00 |
| 55.2. No address - legal description at Book 1269, Page 782 in Okfuskee County Land Records; Approx. 20 acres on the North Canadian River | | $0.00 | | $115,000.00 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$1,315,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites**<br>Website: https://www.cmhm.com | $0.00 | | Unknown |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |

| Debtor | C M Heavy Machinery, LLC | Case number (If known) | 7:24-bk-80617 |
|---|---|---|---|
| | Name | | |

65. **Goodwill**

66. **Total of Part 10.**  $0.00

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☒ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

    Insurance claims for mats lost to a fire in North Carolina                                $12,596,813.68

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    Claim against Laken Tikler for theft of approximately $1 million (discounted value based upon potential collectability issues)                                $250,000.00
    **Nature of claim**
    **Amount requested**          $0.00

    Claim against Aaron Lowe for theft of approximately $537k (discounted to reflect potential collocability issues)                                $300,000.00
    **Nature of claim**
    **Amount requested**          $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

---

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 7
Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Docusign Envelope ID: CFCC5345-FAE4-4671-B05C-81F370FC540A

| Debtor | C M Heavy Machinery, LLC | Case number (If known) | 7:24-bk-80617 |
|---|---|---|---|
| | Name | | |

78. **Total of Part 11.**  $13,146,813.68

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor  **C M Heavy Machinery, LLC**  
Name

Case number *(If known)* 7:24-bk-80617

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $114,331.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,343,190.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,285,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $695,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9..........................>* | | $1,315,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,146,813.68 | |
| 91. **Total.** Add lines 80 through 90 for each column | $17,614,835.55 + 91b. | $1,315,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $18,929,835.55 |

Docusign Envelope ID: CFCC5345-FAE4-4671-B05C-81F370FC540A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**SUPPLEMENTAL NOTES TO**
**STATEMENT OF FINANCIAL AFFAIRS**

As set forth in the Statement of Financial Affairs filed on August 8, 2025 (the "Petition Date"), C M Heavy Machinery ("CMHM" or the "Debtor") accurately disclosed in Part 21, "Property held for another," that various equipment was stored for third parties at the business yard in Okemah. This disclosure, made as of the Petition Date, accurately reflects the Debtor's ownership interests and the nature of property stored on its premises, eliminating the need for further amendments.

Respectfully submitted,

Dated: May 15, 2025        By:    /s/ Christianna A. Cathcart
                                  Christianna A. Cathcart, Esq.
                                  The VerStandig Law Firm, LLC
                                  9812 Falls Road, #114-160
                                  Potomac, Maryland 20854
                                  Phone: (701) 970-2770
                                  christianna@dakotabankruptcy.com
                                  *Counsel for the Debtor*

1

Local Form 1008-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | Case No. 24-80617 |
| ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC ) | |
| ) | |
| Debtor. ) | |
| _____) | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF THE DEBTOR, C M HEAVY MACHINERY, LLC

I, the Clint Meadors, the Managing Member of C M Heavy Machinery ("CMHM" or the "Debtor"), declare under penalty of perjury that I have read the foregoing Amended Summary of Assets and Liabilities, Amended Schedule A/B, and Supplemental Notes to Statement of Financial Affairs, and that it is true and correct to the best of my information and belief.

Date: 5/30/2025

Signature: *[DocuSigned by Clint Meadors, B4A466375A02417...]*
Name: Clint Meadors
Title: Managing Member

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.   18 U.S.C. " 152 and 3571.**