# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| C M HEAVY MACHINERY, LLC, | ) | Case No. 24-80617 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## REQUEST TO DISCONTINUE SERVICE OF NOTICE IN A SPECIFIC CASE

PLEASE TAKE NOTICE:

Jerome S. Sepkowitz, counsel for Caterpillar Financial Services Corporation, in the above-referenced case requests to be administratively terminated in this case for the purpose of receiving notices. The party listed below, understands that by filing this request shall constitute consent to no longer receive notices by electronic means from the court or by first class mail or participate in the CM/ECF System pursuant to Bankruptcy Rule 9036.

Caterpillar Financial Services Corporation
c/o Jerome S. Sepkowitz
4800 N. Lincoln Blvd,
Oklahoma City, OK 73105
jsepkowitz@derryberrylaw.com
Tel: (405) 528-6569
Fax: (405) 528-6462

Dated: June 6, 2025

Signed: S/Jerome S. Sepkowitz
Name and Address:
Jerome S. Sepkowitz
4800 N. Lincoln Blvd.
Oklahoma City, OK 73105