IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT
OF ZACHARY RICHARDSON TO ABOVE-CAPTIONED DEBTOR**

Upon consideration of the Application to Approve Employment of Zachary Richardson to Above-Captioned Debtor (the "Application," as found at DE #178), the declaration of Zachary Richardson appended thereto, any opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Oklahoma, hereby:

ORDERED, that the Application be, and hereby is, GRANTED.

MOVANT TO NOTIFY ALL INTERESTED PARTIES.

1