**Dated: June 27, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Oklahoma

In Re: C M Heavy Machinery, LLC       Case No.: 24−80617
     Chapter: 7

Debtor(s).

RE: Order of Conversion

Filed: 6/27/2025

Docket Entry No.: 184

### ORDER

The above−referenced case has been converted to a case under Chapter 7.

IT IS ORDERED THAT:

1. The debtor or the Chapter 11 trustee, shall:

a. forthwith turnover to the Chapter 7 trustee all records and property of the estate remaining in the trustees possession or control as required by Bankruptcy Rule 1019(5)(A), and;

b. within 30 days, file and transmit to the United States Trustee a final report and account, as required by Rule 1019(5)(A).

2. The debtor, within 14 days of the date of this order, shall file:

a. the statements and schedules required by Bankruptcy Rules 1019(1)(A) and 1007(c), if such documents have not already been filed, and;

b. a schedule of unpaid debts not listed in the final report and account of the debtor or Chapter 11 trustee which were incurred after the commencement of the Chapter 11 case but before the entry of this conversion order, as required by Bankruptcy Rule 1019(5)(A), and;

c. if an individual, a Statement of Current Monthly Income and Means Test Calculation (Form B 22A).

3. The debtor, within 30 days of the date of this order, if the case converted after the confirmation of a plan, shall file:

a. a schedule of all property not listed in the final report and account of the debtor or Chapter 11 trustee which was acquired after the commencement of the Chapter 11 case but before the entry of this conversion order, and;

b. a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. §521(a)(2)(A) and Bankruptcy Rule 1019(1)(B), and conforming to Official Form 8, if the debtor is an individual, and;

c. a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case but before the entry of this conversion order.

4. The debtor, if an individual, within 60 days from the Section 341 meeting of creditors, shall file a Financial Management Course Certificate and Official Form 23 Certification of Completion of Instructional Course Concerning Personal Financial Management, if not previously filed.

###