United States Bankruptcy Court
Eastern District of Oklahoma

In re:  
C M Heavy Machinery, LLC  
    Debtor

Case No. 24-80617-PRT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1086-7     User: admin     Page 1 of 4  
Date Rcvd: Jun 27, 2025     Form ID: 309A     Total Noticed: 89

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| aty | + | Alexander Sokolosky, Crowe & Dunlevy, 222 N. Detroit Ave., Suite 600, Tulsa, OK 74103-2415 |
| aty | + | Blake Sonne, Whitten Burrage, Special Counsel, 512 N. Broadway, Suite 300, Oklahoma City, OK 73102-6235 |
| aty | + | Brandon Craig Bickle, GableGotwals, 110 N. Elgin Ave., Ste 200, Tulsa, OK 74120-1495 |
| aty | + | Christianna Annette Cathcart, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| aty | + | Christopher Gnaedig, Hall, Estill, Hardwick, Gable, Golden, &, 521 East 2nd Street, Ste. 1200, Tulsa, OK 74120-1855 |
| aty | + | Connor Andreen, Hall Estill, 521 East 2nd Street, Ste 1200, Tulsa, OK 74120-1855 |
| aty | + | Daniel Vaughn Carsey, Hall Estill Hardwick Gable Golden et al, BancFirst Tower, 100 North Broadway, Suite 2900, Oklahoma City, OK 73102-8865 |
| aty | + | Gary M. McDonald, McDonald, McCann & Metcalf LLP, First Place Tower, 15 E. 5th St., Suite 1800, Tulsa, OK 74103-4315 |
| aty | + | Karen Carden Walsh, Office of the United States Trustee, PO Box 3044, Tulsa, OK 74101-3044 |
| aty | + | Mary Kindelt, DOJ-Ust, P.O. Box 3044, Tulsa, OK 74101-3044 |
| aty | + | Steven William Soule, HALL ESTILL HARDWICK ET AL, 521 East 2nd Street Suite 1200, Tulsa, OK 74120-1855 |
| aty | + | Steven William Soule', Hall, Estill, Hardwick, Gable, Golden &, 521 East 2nd Street, Ste 1200, Tulsa, OK 74120-1855 |
| cr | | Great Plains National Bank, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| 1975356 | + | ARA Insurance Agency, 11225 College Blvd Suite 250, Overland Park, KS 66210-2769 |
| 1975357 | + | AT&T Business, 211 S. Akard, Dallas, TX 75202-4207 |
| 1975355 | + | Aaron Lowe, 380058 Old Highway 62, Okemah, OK 74859-5916 |
| 1975358 | + | Barnhill Contracting Company, 800 Tiffany Blvd Suite 200 P O Box 7948, Rocky Mount, NC 27804-0948 |
| 1975359 | | Blue Bridge Financial, LLC, 11911 Freedom Dr, One Fountain Square, set 570, Reston, VA 20190 |
| 1975360 | | Bob Cherot, Voss, Michaels, Lee & Associates, Inc., PO Box 1829, Holland, MI 49422-1829 |
| 1975364 | + | CIG Logistics, Inc., 209 W 2nd Street, Fort Worth, TX 76102-3021 |
| 1975362 | + | Caterpillar Financial Services, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 1975365 | | Clint Meadors, 11097 Highway 27, Okemah, OK 74859 |
| 1975368 | + | DLL Finance / Agricredit, PO Box 77122, Minneapolis, MN 55480-7702 |
| 1975367 | + | Daniel V. Carsey, Hall, Estill, Hardwick, Gable, Golden, 100 North Broadway Suite 2900, Oklahoma City, OK 73102-8808 |
| 1975369 | | Dozr, Ltd., 318 DUKE ST W KITCHENER, ONTARIO CANADA-N2H3Y1 |
| 1975370 | + | Enfield Timber, LLC, 21144 US Highway 301, Enfield, NC 27823-8990 |
| 1975371 | + | FedEx, PO Box 223125, Pittsburgh, PA 15251-2125 |
| 1975372 | + | First Foundation Bank, 18101 Von Karmen Avenue, ste 750, Irvine, CA 92612-0005 |
| 1975373 | + | Great Plains Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |
| 1975376 | + | Great Plains National Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |
| 1981328 | + | Great Plains National Bank, Hall Estill c/o Steve Soule, 521 East 2nd St., Suite 1200, Tulsa, OK 74120-1855 |
| 1975375 | + | Great Plains National Bank, 2017 W. 3rd, Elk City, OK 73644-4305 |
| 1975377 | + | Gregory Poole Equipment Company, 4807 Beryl Road, Raleigh, NC 27606-1406 |
| 1975378 | + | Gungoll, Jackson, Box & Devoll, P.C., PO Box 1549, Enid, OK 73702-1549 |
| 1975379 | #+ | Hentges & Associates, PLLC, 102 E Thatcher St, Edmond, OK 73034-3665 |
| 1976089 | + | Holt Texas, Ltd., Caldwell Clark Fanucchi & Finlayson PLLC, 700 N. St. Mary's Street, #1825, San Antonio, TX 78205-3545 |
| 1981060 | + | James Supplies LLC, PO Box 360, Pauls Valley OK 73075-0360 |
| 1975382 | + | James Supplies, L.L.C., c/o Jay V. Harper 410 S. Chickasaw, Pauls Valley, OK 73075-4220 |
| 1975383 | + | Janae L. Wright, 2914 Colonial Lane, Edmond, OK 73013-6477 |
| 1975384 | + | Jerome S. Sepkowitz, Esq., Derryberry & Naifeh, LLP, 4800 North Lincoln Boulevard, Oklahoma City, OK 73105-3321 |
| 1988390 | | Komatsu Financial Limited Partnership, Vedder Price P.C., Attn: Mitchell D. Coh, 1633 Broadway, 31st Floor, New York, NY 10019-7587 |

| Recip ID | | Recipient |
|---|---|---|
| 1975388 | + | Mabrey Bank, PO Box 130, Bixby, OK 74008-0130 |
| 1981330 | + | Matthew P. Weiner, Poyner Spruill, LLP, Attn: Matthew P. We, PO Box 1801, Raleigh, NC 27602-1801 |
| 1976124 | + | McAfee & Taft A Professional Corporation, Two Leadership Square, 8th Floor, 211 N. Robinson, Oklahoma City, OK 73102-7109 |
| 1975389 | | McAfee & Taft, A Professional Corporatio, Attn: Michael Lauderdale, 211 N. Robinson 8th Floor, Two Leadershi, Oklahoma City, OK 73102 |
| 1981319 | + | Mylon D. Smith, Crowe Dunlevy, 324 N Robinson Ave., Suite 100, Oklahoma City, OK 73102-6417 |
| 1975390 | | Mylon D. Smith, Crowe & Dunlevy, a Professional Corporat, Braniff Building 423 N. Robinson Avenue,, Oklahoma City, OK 73102 |
| 1975391 | + | Nolen Propane Company, 2378 Hwy. 75, Wetumka, OK 74883-6202 |
| 1975392 | + | Norman Wohlgemuth, LLP, 401 S. Boston Avenue Suite 3200, Tulsa, OK 74103-4024 |
| 1975393 | + | Okemah Oil Company, 4 E Broadway St, Okemah, OK 74859-2660 |
| 1975394 | + | Oklahoma Natural Gas, PO Box 219296, Kansas City, MO 64121-9296 |
| 1975396 | + | Pe Ben Industries Companies, Inc., 811 Dallas Street, Houston, TX 77002-5900 |
| 1975397 | + | Recovery Logistics, Inc., 507 S 14th, Fort Smith, AR 72901-4607 |
| 1975398 | + | Robert D. Wilson, PC, 1900 Preston Road Suite 267-72, Plano, TX 75093-5175 |
| 1975399 | + | Ross Plourde, Esq., 211 N. Robinson, 8th Floor Two Leadership Square, Oklahoma City, OK 73102-7109 |
| 1975400 | + | Scott Equipment, 6149 Hwy 90 E, Lake Charles, LA 70615-4707 |
| 1975401 | + | Standard Freight LLC, 2401 Independence Parkway S, La Porte, TX 77571-9805 |
| 1975402 | + | T&J Grading Company LLC, 2054 Kildare Farm Rd. #352, Cary, NC 27518-6614 |
| 1975403 | + | Targeted Lease Capital LLC, 5500 Main Street Suite 300, Williamsville , NY 14221-6753 |
| 1975404 | + | Tuggle Duggins, 400 Bellemeade Street Suite 800, Greensboro, NC 27401-3796 |
| 1981363 | + | Tuggle Duggins, P.A., 400 Bellemeade Street, Suite 800, Greensboro, NC 27401-3796 |
| 1975405 | + | Unifirst, 2100 N Beech Avenue, Broken Arrow, OK 74012-1167 |
| 1975406 | + | Warren Power & Machinery, Inc., c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 1975407 | | Waukesha-Pearce Industries, LLC, PO Box 65038, Houston, TX 77235 |
| 1975408 | + | Wheeler Metals, 3100 W 40th Street N, Muskogee, OK 74401-5435 |
| 1975409 | + | Wisner Law, 703 S. Western Road, Stillwater, OK 74074-4126 |
| 1975410 | + | Woita Forest Products, LLC, 601 Calvert Street Suite Q, Lincoln, NE 68502-4362 |

TOTAL: 68

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | Email/Text: mac@mbvesq.com | | Jun 27 2025 19:06:00 | Maurice VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854 |
| aty | + | EDI: QSWSOULEOKE | Jun 27 2025 23:07:00 | Steven William Soule, HALL ESTILL HARDWICK ET AL, 521 East 2nd Street Suite 1200, Tulsa, OK 74120-1855 |
| aty | + | EDI: QSWSOULEOKE | Jun 27 2025 23:07:00 | Steven William Soule', Hall, Estill, Hardwick, Gable, Golden &, 521 East 2nd Street, Ste 1200, Tulsa, OK 74120-1855 |
| tr | + | EDI: FKGLOUD | Jun 27 2025 23:07:00 | Kelley G Loud, Trustee, 15 East 5th Street, Ste 3700, Tulsa, OK 74103-4304 |
| smg | Email/Text: bankruptcy@oesc.state.ok.us | | Jun 27 2025 19:06:00 | Oklahoma Employment Security Commission, Robert C. Newark, III, Attorney, P.O. Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.TU.ECF@usdoj.gov | Jun 27 2025 19:06:00 | Office of the United States Trustee, Office of the AUST, Karen Walsh, PO Box 3044, Tulsa, OK 74101-3044 |
| cr | | EDI: QSWSOULEOKE | Jun 27 2025 23:07:00 | Great Plains National Bank, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200, Tulsa, OK 74120-1855 |
| 1975361 | + | Email/Text: cls-bankruptcy@wolterskluwer.com | Jun 27 2025 19:06:00 | C T Corporation, PO Box 4349, Carol Stream, IL 60197-4349 |
| 1975363 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Jun 27 2025 19:06:00 | Caterpillar Financial Services Corp, 2120 West End Avenue, Nashville, TN 37203 |
| 1976989 | + | Email/Text: cls-bankruptcy@wolterskluwer.com | Jun 27 2025 19:06:00 | CT Corporation, Attn: Bankruptcy (SOP), 28 Liberty Street, New York, NY 10005-1441 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 1980497 | ^ MEBN | Jun 27 2025 19:01:46 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 1975380 | + Email/Text: roy.wahne@holtcat.com | Jun 27 2025 19:06:00 | Holt Texas Ltd., 5665 SE Loop 410, San Antonio, TX 78222-3903 |
| 1975381 | EDI: IRS.COM | Jun 27 2025 23:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1976535 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 27 2025 19:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 1975385 | + Email/Text: bbarry@komatsuna.com | Jun 27 2025 19:06:00 | Komatsu Financial L.P., 8770 W Bryn Mawr Ave Suite 100, Chicago, IL 60631-3782 |
| 1975386 | ^ MEBN | Jun 27 2025 19:01:46 | Kubota Credit Corp, U.S.A, PO Box 2046, Grapevine, TX 76099-2046 |
| 1975387 | ^ MEBN | Jun 27 2025 19:01:47 | Kubota Credit Corporation USA, PO Box 2046, Grapevine, TX 76099-2046 |
| 1975395 | + Email/Text: bankruptcysecretary@tax.ok.gov | Jun 27 2025 19:06:00 | Oklahoma Tax Commission, 300 N Broadway Avenue, Oklahoma City, OK 73102-6403 |
| 1975462 | + Email/Text: bankruptcysecretary@tax.ok.gov | Jun 27 2025 19:06:00 | Oklahoma Tax Commission, Oklahoma City OK 73194-0001 |
| 1976439 | + Email/Text: msuess@tax.ok.gov | Jun 27 2025 19:06:00 | Oklahoma Tax Commission, 201 W 5th St. Ste. 400, General Counsel's Office, Tulsa, OK 74103-4211 |
| 1977418 | + Email/Text: richard.wallace@solidcounsel.com | Jun 27 2025 19:06:00 | Richard J. Wallace III, Scheef & Stone LLP, 500 N. Akard, Ste. 2700, Dallas, TX 75201-3306 |
| 1975366 | Email/Text: pacer@cpa.state.tx.us | Jun 27 2025 19:06:00 | Comptroller of Public Accounts, PO Box 149359, Austin, TX 78714-9359 |
| 1975463 | + Email/Text: USAOKE.ECFCivil@usdoj.gov | Jun 27 2025 19:06:00 | United States Attorney, Eastern District of Oklahoma, 520 Denison Ave., Muskogee OK 74401-6007 |
| 1976088 | + Email/Text: zfanucchi@ceflegalsa.com | Jun 27 2025 19:06:00 | Zachary J. Fanucchi, Caldwell Clark Fanucchi & Finlayson PLLC, 700 N. St. Mary's Street, #1825, San Antonio, TX 78205-3545 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Caterpillar Financial Services Corporation |
| cr | | Komatsu Financial Limited Partnership |
| cr | | Recovery Logistics, Inc. |
| cr | *+ | Gregory Poole Equipment Company, 4807 Beryl Road, Raleigh, NC 27606-1406 |
| 1975374 | *+ | Great Plains Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Alexander Sokolosky
on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com

Blake Sonne
on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com

Brandon Craig Bickle
on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com bhornbeak@gablelaw.com

Christianna Annette Cathcart
on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com

Christopher Gnaedig
on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com

Connor Andreen
on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey
on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com kjanke@hallestill.com

Gary M. McDonald
on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com

Karen Carden Walsh
on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee
kloudtrustee@titushillis.com lmcpherson@titushillis.com;kgl@trustesolutions.net

Mary Kindelt
on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com

Steven William Soule'
on behalf of Creditor Great Plains National Bank ssoule@hallestill.com ssouleOKE@ecf.axosfs.com

TOTAL: 15

| | | | |
|---|---|---|---|
| Information to identify the case: | | | |
| **Debtor 1:** | C M Heavy Machinery, LLC<br>First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: 42–1737967 | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Eastern District of Oklahoma | Date case filed in chapter: | 11   August 8, 2024 |
| Case number: | 24–80617 | Date case converted to chapter: | 7   June 27, 2025 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | C M Heavy Machinery, LLC | |
| 2. | **All other names used in the last 8 years** | aka CM Heavy Machinery, LLC | |
| 3. | **Address** | 11097 Highway 27<br>Okemah, OK 74859 | |
| 4. | **Debtor's attorney**<br>Name and address | Maurice VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road, #114–160<br>Potomac, MD 20854 | Contact phone 301–444–4600<br>Email: mac@mbvesq.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Kelley G Loud, Trustee<br>15 East 5th Street<br>Ste 3700<br>Tulsa, OK 74103 | Contact phone 918–587–6800<br>Email: kloudtrustee@titushillis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 101 N. 5th Street<br>P. O. Box 1888<br>Muskogee, OK 74402 | Hours open:<br>8:30 AM – 4:30 PM M–F<br><br>Contact phone 918–549–7200<br><br>Date: June 27, 2025 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 6, 2025 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 613 552 0107, and Passcode 3540266742, OR call 1–405–296–3148**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** October 5, 2025 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                   page **2**

Case 24-80617    Doc 187    Filed 06/29/25    Entered 06/29/25 23:17:47    Desc Imaged
Certificate of Notice    Page 6 of 6