| | |
|---|---|
| In re: | Case No. 24-80617-PRT |
| C M Heavy Machinery, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1086-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 27, 2025 | Form ID: pdfpo | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| cr | + | Gregory Poole Equipment Company, 4807 Beryl Road, Raleigh, NC 27606-1406 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ssoule@hallestill.com | Jun 27 2025 19:06:00 | Great Plains National Bank, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200, Tulsa, OK 74120-1855 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Caterpillar Financial Services Corporation |
| cr | | Komatsu Financial Limited Partnership |
| cr | | Recovery Logistics, Inc. |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2025                Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Sokolosky | on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com |

lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com

Blake Sonne
    on behalf of Debtor C M Heavy Machinery LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com

Brandon Craig Bickle
    on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com bhornbeak@gablelaw.com

Christianna Annette Cathcart
    on behalf of Debtor C M Heavy Machinery LLC christianna@dakotabankruptcy.com

Christopher Gnaedig
    on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com

Connor Andreen
    on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey
    on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com kjanke@hallestill.com

Gary M. McDonald
    on behalf of Creditor Recovery Logistics Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com

Karen Carden Walsh
    on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee
    kloudtrustee@titushillis.com lmcpherson@titushillis.com;kgl@trustesolutions.net

Mary Kindelt
    on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
    on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
    USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
    on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com

Steven William Soule'
    on behalf of Creditor Great Plains National Bank ssoule@hallestill.com ssouleOKE@ecf.axosfs.com

TOTAL: 15

**Dated: June 27, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In Re: C M Heavy Machinery, LLC      Case No.: 24−80617
    Chapter: 7

Debtor(s).

RE: Order of Conversion

Filed: 6/27/2025

Docket Entry No.: 184

### ORDER

The above−referenced case has been converted to a case under Chapter 7.

IT IS ORDERED THAT:

1. The debtor or the Chapter 11 trustee, shall:

a. forthwith turnover to the Chapter 7 trustee all records and property of the estate remaining in the trustees possession or control as required by Bankruptcy Rule 1019(5)(A), and;

b. within 30 days, file and transmit to the United States Trustee a final report and account, as required by Rule 1019(5)(A).

2. The debtor, within 14 days of the date of this order, shall file:

a. the statements and schedules required by Bankruptcy Rules 1019(1)(A) and 1007(c), if such documents have not already been filed, and;

b. a schedule of unpaid debts not listed in the final report and account of the debtor or Chapter 11 trustee which were incurred after the commencement of the Chapter 11 case but before the entry of this conversion order, as required by Bankruptcy Rule 1019(5)(A), and;

c. if an individual, a Statement of Current Monthly Income and Means Test Calculation (Form B 22A).

3. The debtor, within 30 days of the date of this order, if the case converted after the confirmation of a plan, shall file:

a. a schedule of all property not listed in the final report and account of the debtor or Chapter 11 trustee which was acquired after the commencement of the Chapter 11 case but before the entry of this conversion order, and;

b. a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. §521(a)(2)(A) and Bankruptcy Rule 1019(1)(B), and conforming to Official Form 8, if the debtor is an individual, and;

c. a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case but before the entry of this conversion order.

4. The debtor, if an individual, within 60 days from the Section 341 meeting of creditors, shall file a Financial Management Course Certificate and Official Form 23 Certification of Completion of Instructional Course Concerning Personal Financial Management, if not previously filed.

###