**Dated: July 7, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 24-80617 |
| C M HEAVY MACHINERY, LLC ) | Chapter 7 |
| ) | |
| Debtor. ) | |

### ORDER GRANTING APPLICATION TO EMPLOY ATTORNEY FOR TRUSTEE

Before this Court is the Application to Employ Attorney for Trustee filed by Kelley G. Loud, Trustee. The Court finds that it is in the best interest of the Estate that the Application be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the Application to Employ Kelley G. Loud and the law firm of Titus Hillis Reynolds Love as attorneys for the Trustee be granted, subject to the following:

1. This Order is not a determination that the services are necessary;

2. No determination is made that the person being employed does not represent an adverse interest;

3. No fee agreement between the applicant and the person or entity being retained is binding on the Court.

# # #

APPROVED FOR ENTRY:

／s/ Kelley G. Loud
_____
Kelley G. Loud, OBA #15808              **MOVANT SHALL NOTICE ALL**
**TITUS HILLIS REYNOLDS LOVE**          **INTERESTED PARTIES**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
kloud@titushillis.com