| In re: | Case No. 24-80617-PRT |
|---|---|
| C M Heavy Machinery, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 1086-7 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 17, 2025 | Form ID: AdmJudBK | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| cr | + | Gregory Poole Equipment Company, 4807 Beryl Road, Raleigh, NC 27606-1406 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ssoule@hallestill.com | Jul 17 2025 19:04:00 | Great Plains National Bank, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200, Tulsa, OK 74120-1855 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jul 19, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Sokolosky | |
| | on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com |
| Blake Sonne | |
| | on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Brandon Craig Bickle | |
| | on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com  bhornbeak@gablelaw.com |

Christianna Annette Cathcart
  on behalf of Debtor C M Heavy Machinery LLC christianna@dakotabankruptcy.com

Christopher Gnaedig
  on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com

Connor Andreen
  on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey
  on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com kjanke@hallestill.com

Gary M. McDonald
  on behalf of Creditor Recovery Logistics Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com

Karen Carden Walsh
  on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee
  kloudtrustee@titushillis.com lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud
  on behalf of Trustee Kelley G Loud Trustee kloud@titushillis.com,
  CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt
  on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
  on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
  USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
  on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com

Steven William Soule'
  on behalf of Creditor Great Plains National Bank ssoule@hallestill.com ssouleOKE@ecf.axosfs.com

TOTAL: 16

UNITED STATES BANKRUPTCY COURT  
Eastern District of Oklahoma  
Case No.: 24−80617  
Chapter: 7

FILED  
Jul. 17, 2025  
Bonnie N Hackler, Clerk  
U.S. BANKRUPTCY COURT  
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
   C M Heavy Machinery, LLC
   aka CM Heavy Machinery, LLC
   11097 Highway 27
   Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
   42−1737967

## ORDER

Order. The following documents are moot due to the Order of Conversion entered on 06/27/2025 171 Motion for Remand filed by Debtor C M Heavy Machinery, LLC, 178 Application to Employ filed by Debtor C M Heavy Machinery, LLC, 179 Application to Employ filed by Debtor C M Heavy Machinery, LLC, 182 Application to Employ filed by Debtor C M Heavy Machinery, LLC, 183 Application to Employ filed by Debtor C M Heavy Machinery, LLC). THE MOVANT IS DIRECTED TO NOTIFY ALL INTERESTED PARTIES OF THE ENTRY OF THIS ORDER.This is the Official Order of the Court.

THE MOVING PARTY IS TO SERVE THIS ORDER ON PARTIES NOT RECEIVING ELECTRONIC NOTICE

BY THE COURT

Dated: July 17, 2025

*s/ Paul R. Thomas*
UNITED STATES BANKRUPTCY JUDGE