IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In Re: )
)
C M HEAVY MACHINERY, LLC ) Case No. 24-80617-PRT
) Chapter 7
)
Debtor )

## REPORT OF ASSET CASE

After investigation by Kelley G. Loud, Trustee of the above-captioned proceeding, a reasonable likelihood exists that assets are present in this Estate and a distribution to creditors may result.

The Trustee further requests that the Clerk of the Court issue Notice of Claims Bar Date to the current matrix in this proceeding.

Attached is the Individual Estate Property Record and Interim Report (Form 1).

Dated: July 25, 2025

Respectfully submitted:

/s Kelley G. Loud
Kelley G. Loud, OBA #15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800  FAX: (918) 587-6822
*Attorney for Chapter 7 Trustee*

1

| Case No.: | 24-80617-PRT | Trustee Name: | Kelley G. Loud |
|---|---|---|---|
| Case Name: | C M HEAVY MACHINERY, LLC | Date Filed (f) or Converted (c): | 06/27/2025 (c) |
| For the Period Ending: | 7/25/2025 | §341(a) Meeting Date: | 08/06/2025 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 Mabrey Bank Checking 5504 | $114,331.61 | $114,331.61 | | $0.00 | $114,331.61 |
| 2 Legal services retainer paid to Tuggle Duggins, subject to setoff by Tuggle Duggins | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 3 Accounts receivable 90 days old or less: 1,343,190.26 - 0.00 | $1,343,190.26 | $1,343,190.26 | | $0.00 | $1,343,190.26 |
| 4 013 Trail King XL22MB Attachment-XL Spreader | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 5 2014 Caterpillarr D6T XW Dozer | $285,000.00 | $285,000.00 | | $0.00 | $285,000.00 |
| 6 2002 Komatsu D61-PX Dozer | $49,500.00 | $49,500.00 | | $0.00 | $49,500.00 |
| 7 2018 Komatsu D65PX-18 Dozer | $250,000.00 | $250,000.00 | | $0.00 | $250,000.00 |
| 8 2018 Komatsu D65PX-18 Dozer | $250,000.00 | $250,000.00 | | $0.00 | $250,000.00 |
| 9 2018 Komatsu D85PX-18 Dozer | $400,000.00 | $400,000.00 | | $0.00 | $400,000.00 |
| 10 2017 Caterpillar 323FL Excavator | $180,000.00 | $180,000.00 | | $0.00 | $180,000.00 |
| 11 2010 Komatsu PC270LC-8 Excavator | $80,000.00 | $80,000.00 | | $0.00 | $80,000.00 |
| 12 2020 Komatsu GD655-6 Grader-Motor | $200,000.00 | $200,000.00 | | $0.00 | $200,000.00 |
| 13 2012 Case 821F Loader-Wheel | $80,000.00 | $80,000.00 | | $0.00 | $80,000.00 |
| 14 1963 Caterpillar 594 Pipelayer | $175,000.00 | $175,000.00 | | $0.00 | $175,000.00 |
| 15 1967 Caterpillar 572 Pipelayer | $75,000.00 | $75,000.00 | | $0.00 | $75,000.00 |
| 16 2013 Hotsy Powerwasher | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 17 2018 Hamm H121 Roller | $110,000.00 | $110,000.00 | | $0.00 | $110,000.00 |
| 18 2012 McKinney CX10-2252 Shipping Container | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 19 2019 Kubota SVL95 Skid Steer W/Bucket & Forks | $65,000.00 | $65,000.00 | | $0.00 | $65,000.00 |
| 20 2020 Kubota SVL95-2 Skid Steer Forks | $75,000.00 | $75,000.00 | | $0.00 | $75,000.00 |
| 21 Chairs, Desk, Kitchen Table, Kitchen chair(s), Massage Chair, Couch, Bar Stools | $25,000.00 | $25,000.00 | | $0.00 | $25,000.00 |
| 22 Assorted office furniture | Unknown | $0.00 | | $0.00 | $0.00 |
| 23 1995 Chevrolet Kodiak | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 24 2019 Ford F550 Truck | $150,000.00 | $150,000.00 | | $0.00 | $150,000.00 |
| 25 2014 Ford F150 Truck | $15,000.00 | $15,000.00 | | $0.00 | $15,000.00 |

| Case No.: | 24-80617-PRT | Trustee Name: | Kelley G. Loud |
|---|---|---|---|
| Case Name: | C M HEAVY MACHINERY, LLC | Date Filed (f) or Converted (c): | 06/27/2025 (c) |
| For the Period Ending: | 7/25/2025 | §341(a) Meeting Date: | 08/06/2025 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26 | 2019 Ford F350 Truck | $95,000.00 | $95,000.00 | | $0.00 | $95,000.00 |
| 27 | 1994 Fontaine Trailer | $10,000.00 | $10,000.00 | | $0.00 | $10,000.00 |
| 28 | 2018 Friesen Bumper pull Trailer | $6,000.00 | $6,000.00 | | $0.00 | $6,000.00 |
| 29 | 2019 Chappell 535 Gallon Trailer -Water | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 30 | 1979 TRI Hay Trailer | $15,000.00 | $15,000.00 | | $0.00 | $15,000.00 |
| 31 | 1980 Fruehauf FBZ F2 Trailer | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 32 | 2018 Trail King TK110HDG Trailer Semi-Lowboy | $125,000.00 | $125,000.00 | | $0.00 | $125,000.00 |
| 33 | 2006 Fountaine 53"Float Trailer-Semi-Float | $15,000.00 | $15,000.00 | | $0.00 | $15,000.00 |
| 34 | 1975 Lufkin Float Trailer-Flatbed-Float | $7,500.00 | $7,500.00 | | $0.00 | $7,500.00 |
| 35 | 1985 International 48"Float Truck-Farm | $8,000.00 | $8,000.00 | | $0.00 | $8,000.00 |
| 36 | 1997 Freightliner FL70 Truck-Fuel/Lube | $37,000.00 | $37,000.00 | | $0.00 | $37,000.00 |
| 37 | 2007 Peterbilt 379 Truck-Haul | $120,000.00 | $120,000.00 | | $0.00 | $120,000.00 |
| 38 | 1999 International A90 Truck-Winch | $71,500.00 | $71,500.00 | | $0.00 | $71,500.00 |
| 39 | Lincon SA200 Welder | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 40 | Real Property - 111097 Hwy 27, Okeman, OK 74859 | $1,200,000.00 | $1,200,000.00 | | $0.00 | $1,200,000.00 |
| 41 | Real Property - No address - legal description at Book 1269, Page 782 in Okfuskee County Land Records; Approx. 20 acres on the North Canadian River | $115,000.00 | $115,000.00 | | $0.00 | $115,000.00 |
| 42 | Internet domain names and websites Website: https://www.cmhm.com | Unknown | $0.00 | | $0.00 | $0.00 |
| 43 | Insurance claims for mats lost to a fire in North Carolina | $12,596,813.68 | $12,596,813.68 | | $0.00 | $12,596,813.68 |

| Case No.: | 24-80617-PRT | Trustee Name: | Kelley G. Loud |
|---|---|---|---|
| Case Name: | C M HEAVY MACHINERY, LLC | Date Filed (f) or Converted (c): | 06/27/2025 (c) |
| For the Period Ending: | 7/25/2025 | §341(a) Meeting Date: | 08/06/2025 |
| | | Claims Bar Date: | |

| # | 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Value | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA =§ 554(a) abandon. | 5 Sales/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 44 | Claim against Laken Tikler for theft of approximately $1 million (discounted value based upon potential collectability issues) | $250,000.00 | $250,000.00 | | $0.00 | $250,000.00 |
| 45 | Claim against Aaron Lowe for theft of approximately $537k (discounted to reflect potential collocability issues) | $300,000.00 | $300,000.00 | | $0.00 | $300,000.00 |
| 46 | DIP bank account proceeds (u) | $204,532.81 | $204,532.81 | | $204,532.81 | $0.00 |
| 47 | 2021 McCormick MCL51 Attachment-Loader for Tractor | $15,000.00 | $15,000.00 | | $0.00 | $15,000.00 |
| | Asset Notes: Removed in amended schedules; however, not supporting documents provided for removal | | | | | |
| 48 | 1981 Caterpillar D6D Dozer | $30,000.00 | $30,000.00 | | $0.00 | $30,000.00 |
| | Asset Notes: Removed in amended schedules; however, no supporting docs provided for removal. | | | | | |
| 49 | 2021 Maschino DMR-3500 Attachment - Roller/Tiller X6470 | $18,000.00 | $18,000.00 | | $0.00 | $18,000.00 |
| | Asset Notes: Removed in amended schedules; however, no supporting docs provided for removal. | | | | | |
| 50 | 2021 McCormick X6 470 Tractor-X6 470 | $105,000.00 | $105,000.00 | | $0.00 | $105,000.00 |
| | Asset Notes: Removed in amended schedules; however, no supporting docs provided for removal. | | | | | |
| 51 | 2000 Ford F650 | $30,000.00 | $30,000.00 | | $0.00 | $30,000.00 |
| | Asset Notes: Removed in amended schedules; however, no supporting docs provided for removal. | | | | | |
| 52 | 2005 Dodge 3500 Truck | $15,000.00 | $15,000.00 | | $0.00 | $15,000.00 |
| | Asset Notes: Removed in amended schedules; however, no supporting docs provided for removal. | | | | | |
| 53 | 2016 Trail Sport TRL-16 Enclosed Utility | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| | Asset Notes: Removed in amended schedules; however, no supporting docs provided for removal. | | | | | |
| 54 | 2011 Horsecreek CH-18 Trailer-18" Car-Hauler Flatbed | $2,500.00 | $2,500.00 | | $0.00 | $2,500.00 |
| | Asset Notes: Removed in amended schedules; however, no supporting docs provided for removal. | | | | | |
| 55 | 2008 MXT MC 8x10 Trailer Motorcycle | $2,000.00 | $2,000.00 | | $0.00 | $2,000.00 |
| | Asset Notes: Removed in amended schedules; however, no supporting docs provided for removal. | | | | | |

| Case No.: | 24-80617-PRT | Trustee Name: | Kelley G. Loud |
|---|---|---|---|
| Case Name: | C M HEAVY MACHINERY, LLC | Date Filed (f) or Converted (c): | 06/27/2025 (c) |
| For the Period Ending: | 7/25/2025 | §341(a) Meeting Date: | 08/06/2025 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $19,356,868.36 | $19,356,868.36 | | $204,532.81 | $19,152,335.55 |

Initial Projected Date Of Final Report (TFR): 12/31/2026    Current Projected Date Of Final Report (TFR):    /s/ KELLEY G. LOUD

KELLEY G. LOUD