UNITED STATES BANKRUPTCY COURT  
Eastern District of Oklahoma  
Case No.: 24–80617  
Chapter: 7

**FILED**  
Jul. 26, 2025  
Bonnie N Hackler, Clerk  
U.S. BANKRUPTCY COURT  
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:

  C M Heavy Machinery, LLC  
  aka CM Heavy Machinery, LLC  
  11097 Highway 27  
  Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:  
  42–1737967

## NOTICE TO FILE PROOF OF CLAIM

**NOTICE IS GIVEN THAT:**

    The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. After further investigation, it has been determined that assets have been identified and may be distributed to creditors.  
    Governmental Units who wish to share in any distribution of funds must file a Proof of Claim within 180 days from the filing of the petition.

Creditors other than governmental units who wish to share in any distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court on or before: **October 30, 2025**

    A Proof of Claim Form(Official Form B10) may be filed using the Electronic Proof of Claim Program(ePoc) located on the Court's Web Site at http://www.okeb.uscourts.gov. A login and password is not required to use ePOC. Choose the red tab titled "For Creditors" then choose "File a Proof of Claim". Upon completion of the electronic filing process, you will be able to print a PDF version of your Proof of Claim with a file stamp as proof of filing. Instructions for filing a Proof of Claim are included on the website.

    If you do not have access to the court's website to file your claim electronically you may request a Proof of Claim Form from any Bankruptcy Court and file your claim by mail at the address listed below. The Court requires an original and supporting documentation. If you wish to receive proof that the Bankruptcy Court received your claim, enclose an additional copy of the Proof of Claim and a stamped, self addressed envelope.

    There is no fee for filing the Proof of Claim.  
    **ANY CREDITOR WHO HAS ALREADY FILED A PROOF OF CLAIM NEED NOT FILE ANOTHER PROOF OF CLAIM.**

The Clerk shall serve notice on all parties and creditors of record.

Dated: July 26, 2025

    **Bonnie N Hackler, Clerk**  
    **U.S. Bankruptcy Court**

    **United States Bankruptcy Court**  
    **Eastern District of Oklahoma**  
    **P. O. Box 1888**  
    **Muskogee, OK 74402**