# Notice Recipients

District/Off: 1086–7  User: admin  Date Created: 07/26/2025
Case: 24–80617  Form ID: adintclm  Total: 94

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Caterpillar Financial Services Corporation
cr          Recovery Logistics, Inc.
cr          Komatsu Financial Limited Partnership
                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          C M Heavy Machinery, LLC     11097 Highway 27     Okemah, OK 74859
ust         Office of the United States Trustee     Office of the AUST, Karen Walsh     PO Box 3044     Tulsa, OK 74101
cr          Great Plains National Bank     c/o Steven W. Soule     Hall, Estill, et al.     521 East 2nd Street     Suite 1200     Tulsa, OK 74120–1855
cr          Gregory Poole Equipment Company     4807 Beryl Road     Raleigh, NC 27606
tr          Kelley G Loud, Trustee     15 East 5th Street     Ste 3700     Tulsa, OK 74103
aty         Alexander Sokolosky     Crowe & Dunlevy     222 N. Detroit Ave.     Suite 600     Tulsa, OK 74103
aty         Blake Sonne     Whitten Burrage, Special Counsel     512 N. Broadway     Suite 300     Oklahoma City, OK 73102
aty         Brandon Craig Bickle     GableGotwals     110 N. Elgin Ave.     Ste 200     Tulsa, OK 74120
aty         Christianna Annette Cathcart     The VerStandig Law Firm, LLC     9812 Falls Road, #114–160     Potomac, MD 20854
aty         Christopher Gnaedig     Hall, Estill, Hardwick, Gable, Golden, & Nelson, P.C.     521 East 2nd Street     Ste. 1200     Tulsa, OK 74120
aty         Connor Andreen     Hall Estill     521 East 2nd Street     Ste 1200     Tulsa, OK 74120
aty         Daniel Vaughn Carsey     Hall Estill Hardwick Gable Golden et al     BancFirst Tower     100 North Broadway, Suite 2900     Oklahoma City, OK 73102
aty         Gary M. McDonald     McDonald, McCann & Metcalf LLP     First Place Tower     15 E. 5th St., Suite 1800     Tulsa, OK 74103
aty         Karen Carden Walsh     Office of the United States Trustee     PO Box 3044     Tulsa, OK 74101
aty         Kelley G. Loud     Titus Hillis Reynolds et al     15 East Fifth Street     Suite 3700     Tulsa, OK 74103
aty         Mary Kindelt     DOJ–Ust     P.O. Box 3044     Tulsa, OK 74101
aty         Maurice VerStandig     The VerStandig Law Firm, LLC     9812 Falls Road, #114–160     Potomac, MD 20854
aty         Steven William Soule     HALL ESTILL HARDWICK ET AL     521 East 2nd Street Suite 1200     Tulsa, OK 74120
aty         Steven William Soule'     Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.     521 East 2nd Street     Ste 1200     Tulsa, OK 74120
1975356     ARA Insurance Agency     11225 College Blvd Suite 250     Overland Park, KS 66210
1975357     AT&T Business     211 S. Akard     Dallas, TX 75202
1975355     Aaron Lowe     380058 Old Highway 62     Okemah, OK 74859
1975358     Barnhill Contracting Company     800 Tiffany Blvd Suite 200 P O Box 7948     Rocky Mount, NC 27804
1975359     Blue Bridge Financial, LLC     11911 Freedom Dr     One Fountain Square, set 570     Reston, VA 20190
1975360     Bob Cherot     Voss, Michaels, Lee & Associates, Inc.     PO Box 1829     Holland, MI 49422–1829
1975361     C T Corporation     PO Box 4349     Carol Stream, IL 60197
1975364     CIG Logistics, Inc.     209 W 2nd Street     Fort Worth, TX 76102
1976989     CT Corporation     Attn: Bankruptcy (SOP)     28 Liberty Street     New York, NY 10005
1975362     Caterpillar Financial Services     c/o Corporation Service Company     10300 Greenbriar Place     Oklahoma City, OK 73159
1975363     Caterpillar Financial Services Corp     2120 West End Avenue     Nashville, TN 37203
1975365     Clint Meadors     11097 Highway 27     Okemah, OK 74859
1980497     Comptroller of Public Accounts     C/O Office of the Attorney General     Bankruptcy – Collections Division MC–008     PO Box 12548     Austin TX 78711–2548
1975366     Comptroller of Public Accounts     PO Box 149359     Austin, TX 78714–9359
1975368     DLL Finance / Agricredit     PO Box 77122     Minneapolis, MN 55480
1975367     Daniel V. Carsey     Hall, Estill, Hardwick, Gable, Golden     100 North Broadway Suite 2900     Oklahoma City, OK 73102
1975369     Dozr, Ltd.     318 DUKE ST W KITCHENER     ONTARIO CANADA–N2H3Y1
1975370     Enfield Timber, LLC     21144 US Highway 301     Enfield, NC 27823
1975371     FedEx     PO Box 223125     Pittsburgh, PA 15251
1975372     First Foundation Bank     18101 Von Karmen Avenue, ste 750     Irvine, CA 92612
1975373     Great Plains Bank     601 NW 13th St     Oklahoma City, OK 73103
1975374     Great Plains Bank     601 NW 13th St     Oklahoma City, OK 73103
1975375     Great Plains National Bank     2017 W. 3rd     Elk City, OK 73644
1975376     Great Plains National Bank     601 NW 13th St     Oklahoma City, OK 73103
1981328     Great Plains National Bank     Hall Estill c/o Steve Soule     521 East 2nd St., Suite 1200     Tulsa, OK 74120
1975377     Gregory Poole Equipment Company     4807 Beryl Road     Raleigh, NC 27606
1975378     Gungoll, Jackson, Box & Devoll, P.C.     PO Box 1549     Enid, OK 73702
1975379     Hentges & Associates, PLLC     102 E Thatcher St     Edmond, OK 73034

| | | | | |
|---|---|---|---|---|
| 1975380 | Holt Texas Ltd. | 5665 SE Loop 410 | San Antonio, TX 78222 | |
| 1976089 | Holt Texas, Ltd. | Caldwell Clark Fanucchi & Finlayson PLLC | 700 N. St. Mary's Street, #1825 | San Antonio, TX 78205 |
| 1975381 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| 1976535 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC | P.O. Box 9013 Addison, Texas 75001 |
| 1981060 | James Supplies LLC | PO Box 360 | Pauls Valley OK 73075 | |
| 1975382 | James Supplies, L.L.C. | c/o Jay V. Harper 410 S. Chickasaw | Pauls Valley, OK 73075 | |
| 1975383 | Janae L. Wright | 2914 Colonial Lane | Edmond, OK 73013 | |
| 1975384 | Jerome S. Sepkowitz, Esq. | Derryberry & Naifeh, LLP | 4800 North Lincoln Boulevard | Oklahoma City, OK 73105 |
| 1975385 | Komatsu Financial L.P. | 8770 W Bryn Mawr Ave Suite 100 | Chicago, IL 60631 | |
| 1988390 | Komatsu Financial Limited Partnership | Vedder Price P.C., Attn: Mitchell D. Cohen, Esq. | 1633 Broadway, 31st Floor | New York, NY 10019 |
| 1975386 | Kubota Credit Corp, U.S.A | PO Box 2046 | Grapevine, TX 76099 | |
| 1975387 | Kubota Credit Corporation USA | PO Box 2046 | Grapevine, TX 76099 | |
| 1975388 | Mabrey Bank | PO Box 130 | Bixby, OK 74008 | |
| 1981330 | Matthew P. Weiner | Poyner Spruill, LLP, Attn: Matthew P. Weiner | PO Box 1801 | Raleigh, NC 27602 |
| 1976124 | McAfee & Taft A Professional Corporation | Two Leadership Square, 8th Floor | 211 N. Robinson | Oklahoma City, OK 73102 |
| 1975389 | McAfee & Taft, A Professional Corporatio | Attn: Michael Lauderdale | 211 N. Robinson 8th Floor, Two Leadershi | Oklahoma City, OK 73102 |
| 1975390 | Mylon D. Smith | Crowe & Dunlevy, a Professional Corporat | Braniff Building 423 N. Robinson Avenue, | Oklahoma City, OK 73102 |
| 1981319 | Mylon D. Smith | Crowe Dunlevy | 324 N Robinson Ave. | Suite 100 Oklahoma City, OK 73102 |
| 1975391 | Nolen Propane Company | 2378 Hwy. 75 | Wetumka, OK 74883 | |
| 1975392 | Norman Wohlgemuth, LLP | 401 S. Boston Avenue Suite 3200 | Tulsa, OK 74103 | |
| 1975393 | Okemah Oil Company | 4 E Broadway St | Okemah, OK 74859 | |
| 1975394 | Oklahoma Natural Gas | PO Box 219296 | Kansas City, MO 64121 | |
| 1976439 | Oklahoma Tax Commission | 201 W 5th St. Ste. 400 | General Counsel's Office | Tulsa, OK 74103 |
| 1975395 | Oklahoma Tax Commission | 300 N Broadway Avenue | Oklahoma City, OK 73102 | |
| 1975462 | Oklahoma Tax Commission | Oklahoma City OK 73194 | | |
| 1975396 | Pe Ben Industries Companies, Inc. | 811 Dallas Street | Houston, TX 77002 | |
| 1975397 | Recovery Logistics, Inc. | 507 S 14th | Fort Smith, AR 72901 | |
| 1977418 | Richard J. Wallace III | Scheef & Stone LLP | 500 N. Akard, Ste. 2700 | Dallas, TX 75201 |
| 1975398 | Robert D. Wilson, PC | 1900 Preston Road Suite 267–72 | Plano, TX 75093 | |
| 1975399 | Ross Plourde, Esq. | 211 N. Robinson | 8th Floor Two Leadership Square | Oklahoma City, OK 73102 |
| 1975400 | Scott Equipment | 6149 Hwy 90 E | Lake Charles, LA 70615 | |
| 1975401 | Standard Freight LLC | 2401 Independence Parkway S | La Porte, TX 77571 | |
| 1975402 | T&J Grading Company LLC | 2054 Kildare Farm Rd. #352 | Cary, NC 27518 | |
| 1975403 | Targeted Lease Capital LLC | 5500 Main Street Suite 300 | Williamsville, NY 14221 | |
| 1975404 | Tuggle Duggins | 400 Bellemeade Street Suite 800 | Greensboro, NC 27401 | |
| 1981363 | Tuggle Duggins, P.A. | 400 Bellemeade Street | Suite 800 | Greensboro, NC 27401 |
| 1975405 | Unifirst | 2100 N Beech Avenue | Broken Arrow, OK 74012 | |
| 1975463 | United States Attorney | Eastern District of Oklahoma | 520 Denison Ave. | Muskogee OK 74401 |
| 1975406 | Warren Power & Machinery, Inc. | c/o Corporation Service Company | 10300 Greenbriar Place | Oklahoma City, OK 73159 |
| 1975407 | Waukesha–Pearce Industries, LLC | PO Box 65038 | Houston, TX 77235 | |
| 1975408 | Wheeler Metals | 3100 W 40th Street N | Muskogee, OK 74401 | |
| 1975409 | Wisner Law | 703 S. Western Road | Stillwater, OK 74074 | |
| 1975410 | Woita Forest Products, LLC | 601 Calvert Street Suite Q | Lincoln, NE 68502 | |
| 1976088 | Zachary J. Fanucchi | Caldwell Clark Fanucchi & Finlayson PLLC | 700 N. St. Mary's Street, #1825 | San Antonio, TX 78205 |

TOTAL: 91