In re:  Case No. 24-80617-PRT
C M Heavy Machinery, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7      User: admin      Page 1 of 4
Date Rcvd: Jul 28, 2025      Form ID: adintclm      Total Noticed: 89

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| aty | + | Alexander Sokolosky, Crowe & Dunlevy, 222 N. Detroit Ave., Suite 600, Tulsa, OK 74103-2415 |
| aty | + | Blake Sonne, Whitten Burrage, Special Counsel, 512 N. Broadway, Suite 300, Oklahoma City, OK 73102-6235 |
| aty | + | Brandon Craig Bickle, GableGotwals, 110 N. Elgin Ave., Ste 200, Tulsa, OK 74120-1495 |
| aty | + | Christianna Annette Cathcart, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| aty | + | Christopher Gnaedig, Hall, Estill, Hardwick, Gable, Golden, &, 521 East 2nd Street, Ste. 1200, Tulsa, OK 74120-1855 |
| aty | + | Connor Andreen, Hall Estill, 521 East 2nd Street, Ste 1200, Tulsa, OK 74120-1855 |
| aty | + | Daniel Vaughn Carsey, Hall Estill Hardwick Gable Golden et al, BancFirst Tower, 100 North Broadway, Suite 2900, Oklahoma City, OK 73102-8865 |
| aty | + | Gary M. McDonald, McDonald, McCann & Metcalf LLP, First Place Tower, 15 E. 5th St., Suite 1800, Tulsa, OK 74103-4315 |
| aty | + | Karen Carden Walsh, Office of the United States Trustee, PO Box 3044, Tulsa, OK 74101-3044 |
| aty | + | Mary Kindelt, DOJ-Ust, P.O. Box 3044, Tulsa, OK 74101-3044 |
| aty | + | Maurice VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| aty | + | Steven William Soule, HALL ESTILL HARDWICK ET AL, 521 East 2nd Street Suite 1200, Tulsa, OK 74120-1855 |
| aty | + | Steven William Soule', Hall, Estill, Hardwick, Gable, Golden &, 521 East 2nd Street, Ste 1200, Tulsa, OK 74120-1855 |
| cr | | Great Plains National Bank, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| 1975356 | + | ARA Insurance Agency, 11225 College Blvd Suite 250, Overland Park, KS 66210-2769 |
| 1975357 | + | AT&T Business, 211 S. Akard, Dallas, TX 75202-4207 |
| 1975355 | + | Aaron Lowe, 380058 Old Highway 62, Okemah, OK 74859-5916 |
| 1975358 | + | Barnhill Contracting Company, 800 Tiffany Blvd Suite 200 P O Box 7948, Rocky Mount, NC 27804-0948 |
| 1975359 | | Blue Bridge Financial, LLC, 11911 Freedom Dr, One Fountain Square, set 570, Reston, VA 20190 |
| 1975360 | | Bob Cherot, Voss, Michaels, Lee & Associates, Inc., PO Box 1829, Holland, MI 49422-1829 |
| 1975364 | + | CIG Logistics, Inc., 209 W 2nd Street, Fort Worth, TX 76102-3021 |
| 1975362 | + | Caterpillar Financial Services, c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 1975365 | | Clint Meadors, 11097 Highway 27, Okemah, OK 74859 |
| 1975368 | + | DLL Finance / Agricredit, PO Box 77122, Minneapolis, MN 55480-7702 |
| 1975367 | + | Daniel V. Carsey, Hall, Estill, Hardwick, Gable, Golden, 100 North Broadway Suite 2900, Oklahoma City, OK 73102-8808 |
| 1975369 | | Dozr, Ltd., 318 DUKE ST W KITCHENER, ONTARIO CANADA-N2H3Y1 |
| 1975370 | + | Enfield Timber, LLC, 21144 US Highway 301, Enfield, NC 27823-8990 |
| 1975371 | + | FedEx, PO Box 223125, Pittsburgh, PA 15251-2125 |
| 1975372 | + | First Foundation Bank, 18101 Von Karmen Avenue, ste 750, Irvine, CA 92612-0005 |
| 1975373 | + | Great Plains Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |
| 1975376 | + | Great Plains National Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |
| 1981328 | + | Great Plains National Bank, Hall Estill c/o Steve Soule, 521 East 2nd St., Suite 1200, Tulsa, OK 74120-1855 |
| 1975375 | + | Great Plains National Bank, 2017 W. 3rd, Elk City, OK 73644-4305 |
| 1975377 | + | Gregory Poole Equipment Company, 4807 Beryl Road, Raleigh, NC 27606-1406 |
| 1975378 | + | Gungoll, Jackson, Box & Devoll, P.C., PO Box 1549, Enid, OK 73702-1549 |
| 1975379 | #+ | Hentges & Associates, PLLC, 102 E Thatcher St, Edmond, OK 73034-3665 |
| 1976089 | + | Holt Texas, Ltd., Caldwell Clark Fanucchi & Finlayson PLLC, 700 N. St. Mary's Street, #1825, San Antonio, TX 78205-3545 |
| 1981060 | | James Supplies LLC, PO Box 360, Pauls Valley OK 73075-0360 |
| 1975382 | + | James Supplies, L.L.C., c/o Jay V. Harper 410 S. Chickasaw, Pauls Valley, OK 73075-4220 |
| 1975383 | + | Janae L. Wright, 2914 Colonial Lane, Edmond, OK 73013-6477 |
| 1975384 | + | Jerome S. Sepkowitz, Esq., Derryberry & Naifeh, LLP, 4800 North Lincoln Boulevard, Oklahoma City, OK 73105-3321 |
| 1988390 | + | Komatsu Financial Limited Partnership, Vedder Price P.C., Attn: Mitchell D. Coh, 1633 Broadway, 31st Floor, New York, NY |

| | | |
|---|---|---|
| | | 10019-7587 |
| 1975388 | + | Mabrey Bank, PO Box 130, Bixby, OK 74008-0130 |
| 1981330 | + | Matthew P. Weiner, Poyner Spruill, LLP, Attn: Matthew P. We, PO Box 1801, Raleigh, NC 27602-1801 |
| 1976124 | + | McAfee & Taft A Professional Corporation, Two Leadership Square, 8th Floor, 211 N. Robinson, Oklahoma City, OK 73102-7109 |
| 1975389 | | McAfee & Taft, A Professional Corporatio, Attn: Michael Lauderdale, 211 N. Robinson 8th Floor, Two Leadershi, Oklahoma City, OK 73102 |
| 1981319 | + | Mylon D. Smith, Crowe Dunlevy, 324 N Robinson Ave., Suite 100, Oklahoma City, OK 73102-6417 |
| 1975390 | | Mylon D. Smith, Crowe & Dunlevy, a Professional Corporat, Braniff Building 423 N. Robinson Avenue,, Oklahoma City, OK 73102 |
| 1975391 | + | Nolen Propane Company, 2378 Hwy. 75, Wetumka, OK 74883-6202 |
| 1975392 | + | Norman Wohlgemuth, LLP, 401 S. Boston Avenue Suite 3200, Tulsa, OK 74103-4024 |
| 1975393 | + | Okemah Oil Company, 4 E Broadway St, Okemah, OK 74859-2660 |
| 1975394 | + | Oklahoma Natural Gas, PO Box 219296, Kansas City, MO 64121-9296 |
| 1975396 | + | Pe Ben Industries Companies, Inc., 811 Dallas Street, Houston, TX 77002-5900 |
| 1975397 | + | Recovery Logistics, Inc., 507 S 14th, Fort Smith, AR 72901-4607 |
| 1975398 | + | Robert D. Wilson, PC, 1900 Preston Road Suite 267-72, Plano, TX 75093-5175 |
| 1975399 | + | Ross Plourde, Esq., 211 N. Robinson, 8th Floor Two Leadership Square, Oklahoma City, OK 73102-7109 |
| 1975400 | + | Scott Equipment, 6149 Hwy 90 E, Lake Charles, LA 70615-4707 |
| 1975401 | + | Standard Freight LLC, 2401 Independence Parkway S, La Porte, TX 77571-9805 |
| 1975402 | + | T&J Grading Company LLC, 2054 Kildare Farm Rd. #352, Cary, NC 27518-6614 |
| 1975403 | + | Targeted Lease Capital LLC, 5500 Main Street Suite 300, Williamsville , NY 14221-6753 |
| 1975404 | + | Tuggle Duggins, 400 Bellemeade Street Suite 800, Greensboro, NC 27401-3796 |
| 1981363 | + | Tuggle Duggins, P.A., 400 Bellemeade Street, Suite 800, Greensboro, NC 27401-3796 |
| 1975405 | + | Unifirst, 2100 N Beech Avenue, Broken Arrow, OK 74012-1167 |
| 1975406 | + | Warren Power & Machinery, Inc., c/o Corporation Service Company, 10300 Greenbriar Place, Oklahoma City, OK 73159-7653 |
| 1975407 | | Waukesha-Pearce Industries, LLC, PO Box 65038, Houston, TX 77235 |
| 1975408 | + | Wheeler Metals, 3100 W 40th Street N, Muskogee, OK 74401-5435 |
| 1975409 | + | Wisner Law, 703 S. Western Road, Stillwater, OK 74074-4126 |
| 1975410 | + | Woita Forest Products, LLC, 601 Calvert Street Suite Q, Lincoln, NE 68502-4362 |

TOTAL: 69

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | EDI: FKGLOUD | Jul 28 2025 22:50:00 | Kelley G. Loud, Titus Hillis Reynolds et al, 15 East Fifth Street, Suite 3700, Tulsa, OK 74103-4304 |
| aty | + | EDI: QSWSOULEOKE | Jul 28 2025 22:50:00 | Steven William Soule, HALL ESTILL HARDWICK ET AL, 521 East 2nd Street Suite 1200, Tulsa, OK 74120-1855 |
| aty | + | EDI: QSWSOULEOKE | Jul 28 2025 22:50:00 | Steven William Soule', Hall, Estill, Hardwick, Gable, Golden &, 521 East 2nd Street, Ste 1200, Tulsa, OK 74120-1855 |
| tr | + | EDI: FKGLOUD | Jul 28 2025 22:50:00 | Kelley G Loud, Trustee, 15 East 5th Street, Ste 3700, Tulsa, OK 74103-4304 |
| ust | + | Email/Text: USTPRegion20.TU.ECF@usdoj.gov | Jul 28 2025 18:51:00 | Office of the United States Trustee, Office of the AUST, Karen Walsh, PO Box 3044, Tulsa, OK 74101-3044 |
| cr | | EDI: QSWSOULEOKE | Jul 28 2025 22:50:00 | Great Plains National Bank, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200, Tulsa, OK 74120-1855 |
| 1975361 | + | Email/Text: cls-bankruptcy@wolterskluwer.com | Jul 28 2025 18:51:00 | C T Corporation, PO Box 4349, Carol Stream, IL 60197-4349 |
| 1975363 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Jul 28 2025 18:51:00 | Caterpillar Financial Services Corp, 2120 West End Avenue, Nashville, TN 37203 |
| 1976989 | + | Email/Text: cls-bankruptcy@wolterskluwer.com | Jul 28 2025 18:51:00 | CT Corporation, Attn: Bankruptcy (SOP), 28 Liberty Street, New York, NY 10005-1441 |
| 1980497 | ^ | MEBN | Jul 28 2025 18:48:44 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 1975380 | + | Email/Text: roy.wahne@holtcat.com | Jul 28 2025 18:51:00 | Holt Texas Ltd., 5665 SE Loop 410, San Antonio, TX 78222-3903 |
| 1975381 | | EDI: IRS.COM | Jul 28 2025 22:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1976535 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 28 2025 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 1975385 | + | Email/Text: bbarry@komatsuna.com | Jul 28 2025 18:51:00 | Komatsu Financial L.P., 8770 W Bryn Mawr Ave Suite 100, Chicago, IL 60631-3782 |
| 1975386 | | ^ MEBN | Jul 28 2025 18:48:45 | Kubota Credit Corp, U.S.A, PO Box 2046, Grapevine, TX 76099-2046 |
| 1975387 | | ^ MEBN | Jul 28 2025 18:48:45 | Kubota Credit Corporation USA, PO Box 2046, Grapevine, TX 76099-2046 |
| 1975395 | + | Email/Text: bankruptcysecretary@tax.ok.gov | Jul 28 2025 18:51:00 | Oklahoma Tax Commission, 300 N Broadway Avenue, Oklahoma City, OK 73102-6403 |
| 1975462 | + | Email/Text: bankruptcysecretary@tax.ok.gov | Jul 28 2025 18:51:00 | Oklahoma Tax Commission, Oklahoma City OK 73194-0001 |
| 1976439 | + | Email/Text: msuess@tax.ok.gov | Jul 28 2025 18:51:00 | Oklahoma Tax Commission, 201 W 5th St. Ste. 400, General Counsel's Office, Tulsa, OK 74103-4211 |
| 1977418 | + | Email/Text: richard.wallace@solidcounsel.com | Jul 28 2025 18:51:00 | Richard J. Wallace III, Scheef & Stone LLP, 500 N. Akard, Ste. 2700, Dallas, TX 75201-3306 |
| 1975366 | | Email/Text: pacer@cpa.state.tx.us | Jul 28 2025 18:51:00 | Comptroller of Public Accounts, PO Box 149359, Austin, TX 78714-9359 |
| 1975463 | + | Email/Text: USAOKE.ECFCivil@usdoj.gov | Jul 28 2025 18:51:00 | United States Attorney, Eastern District of Oklahoma, 520 Denison Ave., Muskogee OK 74401-6007 |
| 1976088 | + | Email/Text: zfanucchi@ceflegalsa.com | Jul 28 2025 18:51:12 | Zachary J. Fanucchi, Caldwell Clark Fanucchi & Finlayson PLLC, 700 N. St. Mary's Street, #1825, San Antonio, TX 78205-3545 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Caterpillar Financial Services Corporation |
| cr | | Komatsu Financial Limited Partnership |
| cr | | Recovery Logistics, Inc. |
| cr | *+ | Gregory Poole Equipment Company, 4807 Beryl Road, Raleigh, NC 27606-1406 |
| 1975374 | *+ | Great Plains Bank, 601 NW 13th St, Oklahoma City, OK 73103-2213 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2025 at the address(es) listed below:**

**Name** **Email Address**

Alexander Sokolosky
on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com
lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com

Blake Sonne
on behalf of Debtor C M Heavy Machinery LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com

Brandon Craig Bickle
on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com bhornbeak@gablelaw.com

Christianna Annette Cathcart
on behalf of Debtor C M Heavy Machinery LLC christianna@dakotabankruptcy.com

Christopher Gnaedig
on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com

Connor Andreen
on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey
on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com kjanke@hallestill.com

Gary M. McDonald
on behalf of Creditor Recovery Logistics Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com

Karen Carden Walsh
on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee
kloudtrustee@titushillis.com lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud
on behalf of Trustee Kelley G Loud Trustee kloud@titushillis.com,
CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt
on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com

Steven William Soule'
on behalf of Creditor Great Plains National Bank ssoule@hallestill.com ssouleOKE@ecf.axosfs.com

TOTAL: 16

UNITED STATES BANKRUPTCY COURT  
Eastern District of Oklahoma  
Case No.: 24−80617  
Chapter: 7

**FILED**  
Jul. 26, 2025  
Bonnie N Hackler, Clerk  
U.S. BANKRUPTCY COURT  
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
   C M Heavy Machinery, LLC
   aka CM Heavy Machinery, LLC
   11097 Highway 27
   Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
   42−1737967

## NOTICE TO FILE PROOF OF CLAIM

**NOTICE IS GIVEN THAT:**

   The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. After further investigation, it has been determined that assets have been identified and may be distributed to creditors.
   Governmental Units who wish to share in any distribution of funds must file a Proof of Claim within 180 days from the filing of the petition.

Creditors other than governmental units who wish to share in any distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court on or before: **October 30, 2025**

   A Proof of Claim Form(Official Form B10) may be filed using the Electronic Proof of Claim Program(ePoc) located on the Court's Web Site at http://www.okeb.uscourts.gov. A login and password is not required to use ePOC. Choose the red tab titled "For Creditors" then choose "File a Proof of Claim". Upon completion of the electronic filing process, you will be able to print a PDF version of your Proof of Claim with a file stamp as proof of filing. Instructions for filing a Proof of Claim are included on the website.

   If you do not have access to the court's website to file your claim electronically you may request a Proof of Claim Form from any Bankruptcy Court and file your claim by mail at the address listed below. The Court requires an original and supporting documentation. If you wish to receive proof that the Bankruptcy Court received your claim, enclose an additional copy of the Proof of Claim and a stamped, self addressed envelope.

   There is no fee for filing the Proof of Claim.
**ANY CREDITOR WHO HAS ALREADY FILED A PROOF OF CLAIM NEED NOT FILE ANOTHER PROOF OF CLAIM.**

The Clerk shall serve notice on all parties and creditors of record.

Dated: July 26, 2025

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**

**United States Bankruptcy Court**
**Eastern District of Oklahoma**
**P. O. Box 1888**
**Muskogee, OK 74402**