# The VerStandig Law Firm, LLC

# INVOICE

9812 Falls Road, #114-160  
Potomac, MD 20854

Invoice # 11043  
Date: 08/05/2025  
Due Upon Receipt

C M Heavy Machinery, LLC  
11097 Highway 27  
Okemah, OK 74859

## 00453-C M Heavy Machinery, LLC

## Case Administration

| Attorney | Type | Date | Quantity | Rate | Discount | Total |
|---|---|---|---|---|---|---|
| Maurice VerStandig | Service | 08/09/2024 | 0.10 | $400.00 | - | $40.00 |
| Call with client re dates for initial debtor interview and meeting of creditors; Confirmatory e-mail to counsel for US Trustee re same | | | | | | |
| Maurice VerStandig | Expense | 08/12/2024 | 1.00 | $125.72 | - | $125.72 |
| Mailing: Service of motion to retain existing bank account and accompanying notice | | | | | | |
| Maurice VerStandig | Service | 08/13/2024 | 0.30 | $400.00 | - | $120.00 |
| Call with counsel for US Trustee re bank account motion and potential means of avoiding need for adjudication of same | | | | | | |
| Maurice VerStandig | Service | 08/14/2024 | 0.10 | $400.00 | - | $40.00 |
| E-mail to client updating as to IDI, 341 meeting, and discussion with UST re bank account motion | | | | | | |
| Maurice VerStandig | Service | 08/14/2024 | 0.10 | $400.00 | - | $40.00 |
| Review e-mail from S. Soule (counsel for Great Plains) re insurance; Leave telephone message for S. Soule; Respond to e-mail | | | | | | |
| Maurice VerStandig | Service | 08/14/2024 | 0.20 | $400.00 | - | $80.00 |
| Call with S. Soule (counsel for Great Plains) re case overview, history of dealing between respective clients, extent of adequate protection, potential claims against principal and desire for potential comfort order to pursue same, and insurance | | | | | | |
| Maurice VerStandig | Service | 08/19/2024 | 0.70 | $400.00 | - | $280.00 |
| Attend initial debtor interview | | | | | | |
| Maurice VerStandig | Service | 08/19/2024 | 0.50 | $400.00 | - | $200.00 |
| Call with C. Meadors to prepare for initial debtor interview | | | | | | |
| Maurice VerStandig | Service | 08/19/2024 | 0.40 | $400.00 | - | $160.00 |

| Name | Type | Date | Hours | Rate | Discount | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| Call with A. Shortall re potentially taking over debtor's bookkeeping for duration of bankruptcy case | | | | | | |
| Christianna Cathcart | Service | 08/20/2024 | 0.30 | $200.00 | - | $60.00 |
| Called client; Filled out "Quote Intake Form" | | | | | | |
| Maurice VerStandig | Service | 08/22/2024 | 0.20 | $400.00 | - | $80.00 |
| Draft and file notice withdrawing bank account motion | | | | | | |
| Maurice VerStandig | Service | 08/22/2024 | 1.30 | $400.00 | - | $520.00 |
| Review initial report requirements and cull client's financial records to locate responsive documents, speaking periodically with principal to garner relevant information and drafting report - including explanatory notes thereto; Review report with principal and secure his signature on relevant documents | | | | | | |
| Maurice VerStandig | Service | 08/23/2024 | 0.10 | $400.00 | - | $40.00 |
| E-mail to E. Blum at BDO re potentially coming aboard to provide bookkeeping triage and financial practices advisory services to debtor | | | | | | |
| Christianna Cathcart | Service | 08/23/2024 | 0.30 | $200.00 | 100.0% | $0.00 |
| Drafted and sent emails to insurance broker/client | | | | | | |
| Christianna Cathcart | Service | 08/29/2024 | 7.20 | $200.00 | - | $1,440.00 |
| Filled out required paperwork for insurance. Call(s)/emails with client/insurer. | | | | | | |
| Christianna Cathcart | Service | 08/30/2024 | 1.40 | $200.00 | 100.0% | $0.00 |
| Call/email to insurer. Call with client | | | | | | |
| Maurice VerStandig | Service | 09/02/2024 | 0.20 | $400.00 | - | $80.00 |
| E-mails to S. Soule and counsel for US Trustee re insurance coverage; E-mail to client re same, expressing concerns about identity of insured and delayed start date | | | | | | |
| Maurice VerStandig | Service | 09/03/2024 | 0.20 | $400.00 | - | $80.00 |
| Call with S. Soule re insurance, accounting, strategy for proceeding, and existence - or lack thereof - of adequate protection | | | | | | |
| Christianna Cathcart | Service | 09/03/2024 | 3.30 | $200.00 | - | $660.00 |
| Insurable Interest research. Phone call with Adam (insurance broker). Email to client/Insurance broker | | | | | | |
| Christianna Cathcart | Service | 09/04/2024 | 0.50 | $200.00 | 100.0% | $0.00 |
| Call with client. Call with insurance broker. | | | | | | |
| Christianna Cathcart | Service | 09/05/2024 | 0.50 | $200.00 | 100.0% | $0.00 |
| Call/email with Jessica (insurance broker) | | | | | | |
| Christianna Cathcart | Service | 09/09/2024 | 1.40 | $200.00 | 100.0% | $0.00 |
| Attend meeting of creditors. | | | | | | |
| Maurice VerStandig | Service | 09/09/2024 | 1.40 | $400.00 | - | $560.00 |

| Name | Type | Date | Hours | Rate | Discount | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| Attend meeting of creditors | | | | | | |
| Christianna Cathcart | Service | 09/10/2024 | 0.30 | $200.00 | 100.0% | $0.00 |
| Email petition to client. Call client | | | | | | |
| Christianna Cathcart | Service | 09/11/2024 | 0.10 | $200.00 | 100.0% | $0.00 |
| Call with client | | | | | | |
| Christianna Cathcart | Service | 09/13/2024 | 0.20 | $200.00 | 100.0% | $0.00 |
| Call with Clint | | | | | | |
| Christianna Cathcart | Service | 09/19/2024 | 2.50 | $200.00 | - | $500.00 |
| Completed Operating Report | | | | | | |
| Maurice VerStandig | Service | 09/22/2024 | 0.60 | $400.00 | - | $240.00 |
| Review draft operating report and highlight issues in need of resolution prior to docketing | | | | | | |
| Christianna Cathcart | Service | 09/23/2024 | 2.10 | $200.00 | 100.0% | $0.00 |
| Email to C. Meadors' brother for insurance, Call with C. Meadors, Operating report. | | | | | | |
| Maurice VerStandig | Service | 09/27/2024 | 0.50 | $400.00 | - | $200.00 |
| Call with client and J. Wee re potential engagement of J. Wee's firm as financial analyst and advisor | | | | | | |
| Maurice VerStandig | Service | 09/28/2024 | 0.40 | $400.00 | - | $160.00 |
| Detailed e-mail to client re need to engage outside party to clean up books and records, together with potential perils of failing to do so | | | | | | |
| Maurice VerStandig | Service | 10/15/2024 | 0.10 | $400.00 | - | $40.00 |
| Call with former counsel on insurance claim re nature of claim, settlement possibilities, and issues with claim | | | | | | |
| Maurice VerStandig | Service | 10/15/2024 | 0.40 | $400.00 | - | $160.00 |
| Detailed e-mails to client (three e-mails sent at different times during same day, with overlapping subject matter) re US Trustee inquiry on potential creditor committee, nature of insurance claim and related concerns, firm's non-representation of debtor's principal in his individual capacity, and need to start focusing on plan of reorganization; Exchange text messages with debtor's principal re non-representation in his personal capacity | | | | | | |
| Christianna Cathcart | Service | 10/15/2024 | 2.50 | $200.00 | - | $500.00 |
| Work on Operating Reports | | | | | | |
| Christianna Cathcart | Service | 10/16/2024 | 1.30 | $200.00 | - | $260.00 |
| Work on Operating Report | | | | | | |
| Maurice VerStandig | Service | 10/21/2024 | 0.20 | $400.00 | - | $80.00 |
| Review client e-mails about communicating with insurer; Detailed response to client, emphasizing need to better understand enormous alleged depreciation of insured goods | | | | | | |
| Maurice VerStandig | Service | 11/05/2024 | 0.40 | $400.00 | - | $160.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

Call with K. Walsh re contemplated plan filing, two landlord creditors, need to address certain MOR line items, and next steps

| Maurice VerStandig | Service | 11/07/2024 | 0.10 | $400.00 | - | $40.00 |

Exchange e-mails with S. Soule re case status, plan timing, and desire to set up a phone call to discuss matters further

| Christianna Cathcart | Service | 11/08/2024 | 0.20 | $200.00 | - | $40.00 |

Email to Holly clarifying mail information

| Maurice VerStandig | Service | 11/18/2024 | 0.30 | $400.00 | - | $120.00 |

Detailed email to client re issues with member draws, potential insurance counsel, Rule 2004 examination, and plan of reorganization

| Christianna Cathcart | Service | 11/20/2024 | 4.00 | $200.00 | - | $800.00 |

Drafting MOR, Email to C. Meadors and Holly

| Christianna Cathcart | Service | 11/21/2024 | 0.20 | $200.00 | - | $40.00 |

Submitting MOR

| Maurice VerStandig | Service | 11/22/2024 | 0.60 | $400.00 | - | $240.00 |

Review e-mail from US Trustee re concerns about case and various specific elements of debtor's bankruptcy operations (.1); Detailed e-mail to C. Meadors, forwarding same and following up on prior e-mails and conversation from earlier in day, highlighting need to remedy various issues and equally highlighting existential threat a failure to do so presents (.5)

| Maurice VerStandig | Service | 11/22/2024 | 0.10 | $400.00 | - | $40.00 |

Call with client re issues raised in e-mails and concerns about his failure to respond (call abruptly terminated by client representative - unclear if intentional or byproduct of poor cell reception)

| Christianna Cathcart | Service | 11/22/2024 | 0.30 | $200.00 | - | $60.00 |

Amended MOR

| Maurice VerStandig | Service | 11/24/2024 | 1.00 | $400.00 | - | $400.00 |

Call with C. Meadors, H. Goodson and Z. Richardson re cleaning up books, reimbursing monies taken from company, opening DIP account, terms of plan to propose, retention of insurance counsel, responding to US Trustee, Rule 2004 exam of C. Meadors, need to subpoena documents from prior accountant, and next steps in case

| Maurice VerStandig | Service | 11/25/2024 | 0.20 | $400.00 | - | $80.00 |

Detailed e-mail to C. Meadors, H. Goodson, and Z. Richardson recapping phone call and highlighting critical action items for coming week

| Christianna Cathcart | Service | 12/09/2024 | 0.20 | $200.00 | - | $40.00 |

Review email from Tax Comm, Email to Holly

| Maurice VerStandig | Service | 12/12/2024 | 0.10 | $400.00 | - | $40.00 |

E-mail to C. Meadors and H. Goodson re DIP account; Review response from H. Goodson; Reply to response of

| Name | Type | Date | Hours | Rate | Discount | Amount |
|---|---|---|---|---|---|---|
| H. Goodson | | | | | | |
| Christianna Cathcart | Service | 12/12/2024 | 1.20 | $200.00 | - | $240.00 |
| Reviewed and responded to client inquiries regarding the 2004 examination; conducted a phone consultation with the client re same | | | | | | |
| Maurice VerStandig | Service | 12/13/2024 | 0.40 | $400.00 | - | $160.00 |
| Call with C. Meadors and H. Goodson to prepare for 2004 exams | | | | | | |
| Christianna Cathcart | Service | 12/13/2024 | 1.00 | $200.00 | - | $200.00 |
| Call with Client and Holly regarding upcoming 2004 examination. | | | | | | |
| Christianna Cathcart | Service | 12/16/2024 | 3.30 | $200.00 | - | $660.00 |
| Attend 2004 examination | | | | | | |
| Christianna Cathcart | Service | 12/16/2024 | 0.20 | $200.00 | - | $40.00 |
| Consulted with client via phone regarding attendance at the 2004 meeting; drafted and sent email to client providing meeting location details. | | | | | | |
| Christianna Cathcart | Service | 12/17/2024 | 10.20 | $200.00 | 90.0% | $204.00 |
| Travel from Tulsa/Oklahoma, Redrafting notes from 2004 meeting, Email to C. Meadors requesting MOR documents | | | | | | |
| Christianna Cathcart | Service | 12/23/2024 | 0.20 | $200.00 | - | $40.00 |
| Call with Holly regarding MOR | | | | | | |
| Christianna Cathcart | Service | 12/23/2024 | 3.20 | $200.00 | - | $640.00 |
| Monthly Operating Report/Uploaded Monthly Operating Report | | | | | | |
| Maurice VerStandig | Service | 12/31/2024 | 0.20 | $400.00 | - | $80.00 |
| Review draft employment application and accompanying declaration for insurance recovery counsel | | | | | | |
| Christianna Cathcart | Service | 01/07/2025 | 0.40 | $200.00 | - | $80.00 |
| Drafted a detailed email to Mary Kindelt, outlining the November Morning Report explanations and providing supporting documentation. | | | | | | |
| Christianna Cathcart | Service | 01/08/2025 | 0.60 | $200.00 | - | $120.00 |
| Drafted and sent detailed email to Steve Soule, submitting required documentation and addressing concerns related to the upcoming 2004 examination. | | | | | | |
| Christianna Cathcart | Service | 01/15/2025 | 0.40 | $200.00 | - | $80.00 |
| Phone call with Logan to discuss strategies for collecting outstanding account receivables. | | | | | | |
| Christianna Cathcart | Service | 01/15/2025 | 0.10 | $200.00 | - | $20.00 |
| Drafted and sent email to Steve Soule requesting clarification about requested documentation. | | | | | | |
| Christianna Cathcart | Service | 01/15/2025 | 0.20 | $200.00 | - | $40.00 |

| Name | Type | Date | Hours | Rate | Discount | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| Christianna Cathcart | Service | 01/17/2025 | 0.30 | $200.00 | - | $60.00 |

Reviewed amended application, compliance with court guidelines, and alignment with case requirements.

| Christianna Cathcart | Service | 01/17/2025 | 0.40 | $200.00 | - | $80.00 |

Drafted email to Holly requesting documentation needed for the monthly operating reports and FBI records regarding accounts receivables

| Christianna Cathcart | Service | 01/17/2025 | 0.40 | $200.00 | - | $80.00 |

Call with Client discussing options to collect account receivables.

| Christianna Cathcart | Service | 01/21/2025 | 0.10 | $200.00 | 100.0% | $0.00 |

Contacted the court to confirm the status of the scheduled hearing following the filing of an amended employment application.

| Christianna Cathcart | Service | 01/21/2025 | 1.60 | $200.00 | - | $320.00 |

Drafted and filed December Monthly Operating Report for court submission, ensuring accuracy and completeness.

| Christianna Cathcart | Service | 01/23/2025 | 0.10 | $200.00 | - | $20.00 |

Phone call with Logan to provide update on the status of accounts receivable recovery efforts.

| Christianna Cathcart | Service | 01/23/2025 | 0.40 | $200.00 | - | $80.00 |

Attended telephonic hearing regarding employment application.

| Christianna Cathcart | Service | 01/23/2025 | 0.20 | $200.00 | - | $40.00 |

Phoned Alfredo Olsen, FBI investigators to inquire about documentation related to asset recovery efforts. Emailed accountant requesting resume and biography to draft employment application.

| Christianna Cathcart | Service | 01/23/2025 | 2.50 | $200.00 | - | $500.00 |

Began research on legal standards and procedural requirements for filing a motion to extend exclusivity under § 1121(d). Reviewed case law and statutory provisions to support the motion.

| Christianna Cathcart | Service | 01/23/2025 | 1.20 | $200.00 | - | $240.00 |

Began drafting motion to extend exclusivity, including preparing the introduction and ensuring proper formatting of the document in compliance with court rules.

| Christianna Cathcart | Service | 01/27/2025 | 2.60 | $200.00 | - | $520.00 |

Conducted legal research on extending exclusivity, analyzing relevant case law and statutory interpretation.

| Christianna Cathcart | Service | 01/29/2025 | 1.20 | $200.00 | - | $240.00 |

Drafted letter to AT&T informing them of the automatic stay, advising them to cease collection activities.

| Christianna Cathcart | Service | 01/30/2025 | 2.20 | $200.00 | - | $440.00 |

Reviewed US Trustee's and Great Plain's Motion to Dismiss or Convert, analyzing legal arguments and factual basis for the request.

| Christianna Cathcart | Service | 01/31/2025 | 4.30 | $200.00 | - | $860.00 |

Drafted motion to extend exclusivity, outlining legal basis for extending debtor's exclusive period to file reorganization plan.

| Name | Type | Date | Hours | Rate | Discount | Amount |
|---|---|---|---|---|---|---|
| Maurice VerStandig | Service | 02/01/2025 | 1.40 | $400.00 | - | $560.00 |
| Review motions to dismiss or convert and client e-mail discussing same; Begin to draft detailed e-mail to client addressing key points and laying out procedure for responding to motions as well as points of focus meriting attention | | | | | | |
| Maurice VerStandig | Service | 02/02/2025 | 0.40 | $400.00 | - | $160.00 |
| Continue drafting detailed e-mail to client re motions to dismiss and send same | | | | | | |
| Maurice VerStandig | Service | 02/03/2025 | 0.30 | $400.00 | - | $120.00 |
| Call with S. Soule re extension of exclusivity period, motion to dismiss, and pending plan and disclosure statement | | | | | | |
| Christianna Cathcart | Service | 02/04/2025 | 0.10 | $200.00 | - | $20.00 |
| Call with Logan discussing next steps to proceed with recovering outstanding account receivables. | | | | | | |
| Christianna Cathcart | Service | 02/04/2025 | 0.40 | $200.00 | - | $80.00 |
| Reviewed and analyzed emails from Holly regarding case-related matters. Assessed relevant information and prepared responses. | | | | | | |
| Christianna Cathcart | Service | 02/04/2025 | 0.30 | $200.00 | - | $60.00 |
| Redrafted proposed consent order and emailed a copy to Blake Sonne for review. | | | | | | |
| Christianna Cathcart | Service | 02/04/2025 | 0.50 | $200.00 | - | $100.00 |
| Phone call with Holly to discuss case updates and address outstanding matters. | | | | | | |
| Christianna Cathcart | Service | 02/04/2025 | 0.10 | $200.00 | - | $20.00 |
| Phone call with Logan discussing updates on accounts receivable. | | | | | | |
| Christianna Cathcart | Service | 02/04/2025 | 3.10 | $200.00 | - | $620.00 |
| Draft 2004 motion, reviewing statutory requirements to ensure procedural compliance. | | | | | | |
| Maurice VerStandig | Service | 02/05/2025 | 0.70 | $400.00 | - | $280.00 |
| Call with C. Meadors, H. Goodson, and C. Cathcart re motions to dismiss/convert, objections to disclosure statements, upcoming hearing, information to be gathered in support of lines of defense to be interposed, and posture of case | | | | | | |
| Christianna Cathcart | Service | 02/05/2025 | 4.50 | $200.00 | 50.0% | $450.00 |
| Continue drafting 2004 motion, outlining legal justification. Reviewed case status and deadlines to support the request for additional time to file a reorganization plan. | | | | | | |
| Christianna Cathcart | Service | 02/06/2025 | 0.10 | $200.00 | - | $20.00 |
| Emailed Holly Schedule A/B | | | | | | |
| Christianna Cathcart | Service | 02/06/2025 | 0.20 | $200.00 | - | $40.00 |
| Email to Clint and Holly introducing Logan and outlining his services. | | | | | | |
| Maurice VerStandig | Service | 02/12/2025 | 2.20 | $400.00 | - | $880.00 |

| Name | Type | Date | Hours | Rate | Discount | Amount |
|---|---|---|---|---|---|---|
| Research and begin drafting brief in opposition to two pending motions to convert or dismiss ||||||||
| Maurice VerStandig | Service | 02/13/2025 | 9.50 | $400.00 | 20.0% | $3,040.00 |
| Continue researching and drafting brief in opposition to motions to dismiss/convert filed by US Trustee and Great Plains ||||||||
| Maurice VerStandig | Service | 02/13/2025 | 0.20 | $400.00 | - | $80.00 |
| Prepare and file witness and exhibit lists for hearing on February 20 ||||||||
| Christianna Cathcart | Service | 02/13/2025 | 0.10 | $200.00 | - | $20.00 |
| Call with Logan from Receivables to discuss the status of accounts receivables. ||||||||
| Maurice VerStandig | Service | 02/15/2025 | 0.30 | $400.00 | - | $120.00 |
| Detailed e-mail to C. Meadors and H. Goodson re US Trustee offer to defer consideration of motion to convert or dismiss, including discussion of offer terms, need to still confront Great Plains motion, and role of disclosure statement in case progression ||||||||
| Maurice VerStandig | Service | 02/15/2025 | 0.10 | $400.00 | - | $40.00 |
| Call with K. Walsh re offer to defer consideration of motion to convert or dismiss upon stipulated terms ||||||||
| Maurice VerStandig | Service | 02/16/2025 | 0.10 | $400.00 | - | $40.00 |
| Review e-mail from C. Meadors re personal expenses and respond to same, attaching list created by H. Goodson ||||||||
| Christianna Cathcart | Service | 02/18/2025 | 0.60 | $200.00 | - | $120.00 |
| Call with Holly to discuss discrepancies in bank accounts. Reviewed account records and addressed personal expenses. ||||||||
| Christianna Cathcart | Service | 02/19/2025 | 0.30 | $200.00 | - | $60.00 |
| Phone call with Holly updating her on the location of hearing on 02/20/25. Drafting Holly and Client email on location for the hearing. ||||||||
| Christianna Cathcart | Service | 02/20/2025 | 0.20 | $200.00 | - | $40.00 |
| Phone call with Logan to discuss Trustee's and GPNB Motion to Dismiss and/or Convert to Chapter 7. ||||||||
| Christianna Cathcart | Service | 02/20/2025 | 0.70 | $200.00 | - | $140.00 |
| Verified financial data and started preparing Monthly Operating Report. ||||||||
| Christianna Cathcart | Service | 02/20/2025 | 1.30 | $200.00 | - | $260.00 |
| Telephonically attended hearing on disclosure statement objection. ||||||||
| Christianna Cathcart | Service | 02/21/2025 | 0.10 | $200.00 | - | $20.00 |
| Phone call with Holly discussing January monthly operating report. ||||||||
| Christianna Cathcart | Service | 02/21/2025 | 1.20 | $200.00 | - | $240.00 |
| Drafted and filed January Monthly Operating Report. ||||||||
| Christianna Cathcart | Service | 02/24/2025 | 0.10 | $200.00 | - | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Composed and sent an email to Holly and Clint, requesting the scheduling of a meeting. | | | | | | |
| Christianna Cathcart | Service | 02/27/2025 | 0.20 | $200.00 | - | $40.00 |
| Phone call with Logan to discuss the status of accounts receivable and the treatment of previously discharged debt. | | | | | | |
| Christianna Cathcart | Service | 02/27/2025 | 0.20 | $200.00 | - | $40.00 |
| Sent an email to Mary (U.S. Trustee) per clients request, seeking written confirmation for obtaining debit card for DIP account. | | | | | | |
| Christianna Cathcart | Service | 03/05/2025 | 3.40 | $200.00 | - | $680.00 |
| Reviewed motion to dismiss, analyzing legal arguments. Began evaluating client documents to support arguments in preparation for hearing. | | | | | | |
| Christianna Cathcart | Service | 03/07/2025 | 0.30 | $200.00 | - | $60.00 |
| Drafted and sent email to client addressing questions regarding Westlaw and providing alternative solutions. | | | | | | |
| Christianna Cathcart | Service | 03/07/2025 | 0.50 | $200.00 | - | $100.00 |
| Reviewed February bank statement in preparation for February Monthly Operating Report and potential exhibit for upcoming hearing. | | | | | | |
| Maurice VerStandig | Service | 03/10/2025 | 1.70 | $400.00 | - | $680.00 |
| Review motion to dismiss and opposition thereto, with eye toward assessing exhibits to be introduced at hearing; Collate exhibits and assemble same into digital binder; Transmit binder to FedEx for printing and binding | | | | | | |
| Maurice VerStandig | Expense | 03/10/2025 | 1.00 | $158.73 | - | $158.73 |
| Printing: Printing of exhibit binders for hearing on motion to dismiss (through third party vendor; billed with no markup) | | | | | | |
| Christianna Cathcart | Service | 03/10/2025 | 0.10 | $200.00 | - | $20.00 |
| Phone call with Clint to request his availability for the appraisal. | | | | | | |
| Christianna Cathcart | Service | 03/10/2025 | 0.20 | $200.00 | - | $40.00 |
| Phone call with the Bankruptcy Court to inquire about the continuance of a scheduled hearing. | | | | | | |
| Christianna Cathcart | Service | 03/10/2025 | 2.80 | $200.00 | - | $560.00 |
| Drafted and filed motion to continue hearing on exclusivity period, outlining basis for the request and procedural justifications. | | | | | | |
| Maurice VerStandig | Service | 03/11/2025 | 0.30 | $400.00 | - | $120.00 |
| Review printed exhibit binders and coordinate shipping of same to courthouse | | | | | | |
| Maurice VerStandig | Expense | 03/11/2025 | 1.00 | $142.70 | - | $142.70 |
| Mailing: FedEx exhibit binders to courthouse for hearing on motion to dismiss | | | | | | |
| Christianna Cathcart | Service | 03/11/2025 | 0.10 | $200.00 | - | $20.00 |
| Phone call with the Bankruptcy Court to inquire about the status of the Motion to Continue Hearing. | | | | | | |

| Name | Type | Date | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| Christianna Cathcart | Service | 03/11/2025 | 0.20 | $200.00 | - | $40.00 |
| Drafted and sent detailed email to Holly, responding to her questions and providing clarification on outstanding matters. Inquired about her availability for the appraisal, coordinating schedules. | | | | | | |
| Christianna Cathcart | Service | 03/11/2025 | 0.10 | $200.00 | - | $20.00 |
| Responded to Steve's email providing an update on availability to complete appraisal. | | | | | | |
| Christianna Cathcart | Service | 03/11/2025 | 0.20 | $200.00 | - | $40.00 |
| Phone call with Kevin at Komatsu, providing an update on the case status and relevant developments. | | | | | | |
| Maurice VerStandig | Service | 03/12/2025 | 0.20 | $400.00 | - | $80.00 |
| File witness and exhibit lists; E-mail copies of exhibits to S. Soule | | | | | | |
| Maurice VerStandig | Service | 03/14/2025 | 0.20 | $400.00 | - | $80.00 |
| Detailed e-mail to client re cooperating with bank's appraisal request, new hearing times, and potential withdrawal of motion to extend exclusivity | | | | | | |
| Christianna Cathcart | Service | 03/18/2025 | 0.20 | $200.00 | - | $40.00 |
| Coordinated appraisal scheduling by communicating with opposing counsel and Clint to confirm a mutually agreeable date. | | | | | | |
| Christianna Cathcart | Service | 03/19/2025 | 0.20 | $200.00 | - | $40.00 |
| Communication with Logan at receivables control. | | | | | | |
| Christianna Cathcart | Service | 03/19/2025 | 1.20 | $200.00 | - | $240.00 |
| Reviewed 2004 Motion for compliance with applicable legal standards and procedural sufficiency. Consulted local rules to ensure proper formatting, filing, and notice requirements. Filed the motion with the Bankruptcy Court and served it on the necessary parties. | | | | | | |
| Christianna Cathcart | Service | 03/20/2025 | 0.30 | $200.00 | - | $60.00 |
| Phone call with Clint to discuss details on appraisal. | | | | | | |
| Christianna Cathcart | Service | 03/20/2025 | 0.20 | $200.00 | - | $40.00 |
| Phone call with Connor at Hall Estill coordinating the appraisal process. | | | | | | |
| Christianna Cathcart | Service | 03/20/2025 | 1.20 | $200.00 | - | $240.00 |
| Drafted February Monthly Operating Report | | | | | | |
| Christianna Cathcart | Service | 03/21/2025 | 0.10 | $200.00 | - | $20.00 |
| Call with Connor at Hall Estill to discuss appraisal. | | | | | | |
| Christianna Cathcart | Service | 03/21/2025 | 0.10 | $200.00 | - | $20.00 |
| Call with Clint to discuss equipment appraisal. | | | | | | |
| Christianna Cathcart | Service | 03/21/2025 | 0.90 | $200.00 | - | $180.00 |
| Drafted and filed monthly operating reports, ensuring accurate financial disclosures and compliance with | | | | | | |

bankruptcy reporting requirements.

| Christianna Cathcart | Service | 03/24/2025 | 0.10 | $200.00 | - | $20.00 |
|---|---|---|---|---|---|---|
| Call with Connor at Hall Estill regarding appraisal. | | | | | | |
| Christianna Cathcart | Service | 03/24/2025 | 3.10 | $200.00 | 70.0% | $186.00 |
| Draft and file motion to redact, requesting removal of sensitive information. | | | | | | |
| Christianna Cathcart | Service | 03/24/2025 | 0.40 | $200.00 | - | $80.00 |
| Amended schedule A/B to reflect updated equipment as of the petition date. | | | | | | |
| Christianna Cathcart | Service | 03/25/2025 | 0.80 | $200.00 | - | $160.00 |
| Revised Motion to Redact, ensuring proper justification for removing sensitive information from the court record. | | | | | | |
| Maurice VerStandig | Service | 03/26/2025 | 0.20 | $400.00 | - | $80.00 |
| Case Administration: Review email from C. Meadors re negative bank account balances and respond to same | | | | | | |
| Maurice VerStandig | Service | 03/26/2025 | 0.20 | $400.00 | - | $80.00 |
| Call with S. Soule re garnishment of corporate bank account, agenda for hearing, and potential settlement discussions | | | | | | |
| Christianna Cathcart | Service | 03/26/2025 | 0.80 | $200.00 | - | $160.00 |
| Drafted detailed email to Connor regarding the appraisal update and inquires. | | | | | | |
| Christianna Cathcart | Service | 03/26/2025 | 0.20 | $200.00 | - | $40.00 |
| Call with Steve at Hall Estall regarding the debtor's bank garnishment. | | | | | | |
| Christianna Cathcart | Service | 03/26/2025 | 0.30 | $200.00 | - | $60.00 |
| Drafted and sent multiple emails to Adam Smith's attorney to negotiate the production of prior tax documents in relation to the Rule 2004 Motion. | | | | | | |
| Maurice VerStandig | Service | 03/27/2025 | 0.50 | $400.00 | - | $200.00 |
| Attend telephone hearing on motion to extend exclusivity period and argue same, also withdrawing - without prejudice - employment and 2004 exam motions on docket for hearing | | | | | | |
| Maurice VerStandig | Service | 03/27/2025 | 0.70 | $400.00 | - | $280.00 |
| Review briefing and applicable statutory scheme and case law in advance of hearing on motion to extend exclusivity, drafting argument outline and making correlative notes in process of so doing | | | | | | |
| Christianna Cathcart | Service | 03/27/2025 | 0.30 | $200.00 | - | $60.00 |
| Continued communication with Adam Smith's attorney in relation to requested tax documents and 2004 motion. | | | | | | |
| Maurice VerStandig | Service | 04/03/2025 | 0.10 | $400.00 | - | $40.00 |
| Call with C. Meadors re docketing of stipulation between debtor and US Trustee and obligations attendant to same | | | | | | |
| Christianna Cathcart | Service | 04/03/2025 | 0.20 | $200.00 | - | $40.00 |

| Name | Type | Date | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| Maurice VerStandig | Service | 04/04/2025 | | | | |

Drafted and sent email to client inquiring about the status of obtaining or providing Richie Bros. appraisal.

| | | | | | | |
|---|---|---|---|---|---|---|
| Maurice VerStandig | Service | 04/04/2025 | 0.10 | $400.00 | - | $40.00 |

Exchange e-mails with counsel for bank re potential stipulations as to admissibility and setting up call to discuss same

| Maurice VerStandig | Service | 04/04/2025 | 3.50 | $400.00 | - | $1,400.00 |

Prepare for hearing on motion to dismiss

| Maurice VerStandig | Service | 04/07/2025 | 1.40 | $400.00 | - | $560.00 |

Continue to prepare for hearing on bank's motion to dismiss or convert

| Maurice VerStandig | Service | 04/07/2025 | 0.90 | $400.00 | - | $360.00 |

Review e-mail from H. Goodson re size of bank's claim and respond to same with detailed review of loan history, attaching proof of claim and exhibit showing payment history while discussing juxtaposition of same against client's payment records previously relayed (0.8); Review e-mail from C. Meadors containing various questions and respond to same, cross-referencing e-mail to H. Goodson (0.1)

| Maurice VerStandig | Service | 04/07/2025 | 0.40 | $400.00 | - | $160.00 |

Call with bank's counsel re additional exhibits for hearing on motion to dismiss, stipulations as to authenticity and admissibility, potential settlement, and bank's intent to file a reply brief raising new factual issues within scope of legal contentions set forth in motion

| Christianna Cathcart | Service | 04/07/2025 | 0.50 | $200.00 | - | $100.00 |

Attended conference call with opposing counsel and Mac for the upcoming hearing on motion to dismiss/convert. Discusses admissibility of exhibits.

| Maurice VerStandig | Service | 04/08/2025 | 0.10 | $400.00 | - | $40.00 |

Review e-mail from H. Goodson re payment of tax advisor and respond to same noting need to first obtain employment order from court

| Maurice VerStandig | Service | 04/08/2025 | 0.60 | $400.00 | - | $240.00 |

Retrieve printed exhibits from printing vendor in Texas en route to Muskogee (no charge for travel time) and review same

| Maurice VerStandig | Service | 04/08/2025 | 0.50 | $400.00 | - | $200.00 |

Review bank's brief in reply to opposition to motion to dismiss and assess same, e-mailing client re key assertions

| Maurice VerStandig | Service | 04/09/2025 | 1.00 | $400.00 | - | $400.00 |

Case Administration: Meet with client representatives in advance of hearing to review testimony; Review notes in advance of hearing while client representatives are clearing courthouse security

| Christianna Cathcart | Service | 04/09/2025 | 7.00 | $200.00 | - | $1,400.00 |

Attend hearing on motion to dismiss or convert (billable entry includes lunch break because time was used to prepare for afternoon portion of hearing)

| Maurice VerStandig | Service | 04/09/2025 | 7.00 | $400.00 | - | $2,800.00 |

Attend hearing on motion to dismiss or convert (billable entry includes lunch break because time was used to

prepare for afternoon portion of hearing)

| | | | | | | |
|---|---|---|---|---|---|---:|
| Maurice VerStandig | Service | 04/10/2025 | 0.30 | $400.00 | - | $120.00 |
| Case Administration: Review removal notice in insurance case, check provisions of Section 1446 and Local Rules, and email insurance claim counsel re potential defects in removal ||||||||
| Maurice VerStandig | Service | 04/13/2025 | 0.20 | $400.00 | - | $80.00 |
| Review e-mail from client re settlement and relay offer to counsel for bank; Reply to client's e-mail, attaching offer as conveyed to bank, reiterating need for client's principal to obtain independent bankruptcy counsel ||||||||
| Christianna Cathcart | Service | 04/18/2025 | 0.10 | $200.00 | - | $20.00 |
| Drafted and sent follow up email to client requesting status of equipment list. ||||||||
| Christianna Cathcart | Service | 04/21/2025 | 1.20 | $200.00 | - | $240.00 |
| Drafted monthly operating report, compiling accurate financial data for the reporting period. Prepared and redacted all required exhibits. ||||||||
| Maurice VerStandig | Service | 04/27/2025 | 0.70 | $400.00 | - | $280.00 |
| Review several e-mails from C. Meadors, sent late Saturday night, and respond to same in consolidated e-mail, reviewing various case documents and e-mail records in furtherance of drafting response ||||||||
| Christianna Cathcart | Service | 04/28/2025 | 0.80 | $200.00 | - | $160.00 |
| Drafted representation letter to receive and collect account receivables. ||||||||
| Christianna Cathcart | Service | 04/28/2025 | 0.20 | $200.00 | - | $40.00 |
| Responded to email from M. Kindelt providing an update and debtor's bank statement. ||||||||
| Christianna Cathcart | Service | 04/28/2025 | 0.10 | $200.00 | - | $20.00 |
| Phone call with Holly to discuss debtor's undisclosed bank account. ||||||||
| Christianna Cathcart | Service | 05/01/2025 | 6.90 | $200.00 | - | $1,380.00 |
| Draft written closing argument, summarizing evidence, applying relevant law, and advocating for the requested relief. ||||||||
| Christianna Cathcart | Service | 05/02/2025 | 0.40 | $200.00 | - | $80.00 |
| Reviewed supporting documents and amended March MOR to correct and update financial disclosures. ||||||||
| Christianna Cathcart | Service | 05/05/2025 | 1.20 | $200.00 | - | $240.00 |
| Drafted and filed a Notice Clarifying Requested Relief in Closing Argument. ||||||||
| Christianna Cathcart | Service | 05/05/2025 | 0.20 | $200.00 | - | $40.00 |
| File Amended March Monthly Operating Report with the Bankruptcy Court ||||||||
| Christianna Cathcart | Service | 05/12/2025 | 0.10 | $200.00 | - | $20.00 |
| Sent follow-up email regarding status of equipment list to Clint. ||||||||
| Christianna Cathcart | Service | 05/15/2025 | 1.60 | $200.00 | - | $320.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amended Schedule A/B to reflect updated asset information and drafted detailed accompanying notes to clarify asset values and classifications. | | | | | | |
| Christianna Cathcart | Service | 06/09/2025 | 0.20 | $200.00 | - | $40.00 |
| Email to Steve requesting updated payoff amount statement. | | | | | | |
| Maurice VerStandig | Service | 06/14/2025 | 0.10 | $400.00 | - | $40.00 |
| Review client email re whether or not bank has sought to sell paper and respond to same | | | | | | |
| Maurice VerStandig | Service | 06/15/2025 | 0.60 | $400.00 | - | $240.00 |
| Review e-mail from C. Meadors re interplay of state court case and bankruptcy estate assets; Review deeds in land records and review tax records to sort through ownership of property in client's name and ownership of property in individual's name; Detailed response to C. Meadors re same | | | | | | |
| Maurice VerStandig | Service | 06/19/2025 | 0.20 | $400.00 | - | $80.00 |
| Review e-mails from C. Meadors re case status, and whether or not he is considered a debtor, and reply to same | | | | | | |
| Maurice VerStandig | Service | 06/20/2025 | 0.10 | $400.00 | - | $40.00 |
| Review e-mail from C. Meadors re foreclosure and claimed stay violation; Respond to same | | | | | | |
| Maurice VerStandig | Service | 06/27/2025 | 0.30 | $400.00 | - | $120.00 |
| Call with H. Goodson re conversion order, C. Meadors' lack of telephone or communications means, means for relaying messages to C. Meadors, next steps with transition to trustee, and impact of conversion | | | | | | |
| Maurice VerStandig | Service | 06/27/2025 | 0.80 | $400.00 | - | $320.00 |
| Review memorandum opinion converting case to chapter 7 and accompanying docket entry appointing trustee; Detailed e-mail to C. Meadors attaching same, noting next steps, and cautioning as to need to preserve corporate assets | | | | | | |
| **Non-billable entries** | | | | | | |
| Christianna Cathcart | Service | 09/06/2024 | ~~0.60~~ | ~~$200.00~~ | - | ~~$120.00~~ |
| Call with client | | | | | | |
| Christianna Cathcart | Service | 09/24/2024 | ~~0.70~~ | ~~$200.00~~ | - | ~~$140.00~~ |
| Call with C. Meadors, Email operating report to trustee | | | | | | |
| Christianna Cathcart | Service | 09/26/2024 | ~~0.10~~ | ~~$200.00~~ | - | ~~$20.00~~ |
| Call with C. Meadors | | | | | | |
| Christianna Cathcart | Service | 09/27/2024 | ~~2.20~~ | ~~$200.00~~ | - | ~~$440.00~~ |
| Conference call, call with C. Meadors, start drafting the letter and email it to the US Trustee. | | | | | | |
| Christianna Cathcart | Service | 09/30/2024 | ~~2.20~~ | ~~$200.00~~ | - | ~~$440.00~~ |
| Revised & mailed letter, email to Holly | | | | | | |
| Christianna Cathcart | Service | 10/03/2024 | ~~1.90~~ | ~~$200.00~~ | - | ~~$380.00~~ |

| | | | | | | |
|---|---|---|---|---|---|---|
| Call with C. Meadors | | | | | | |
| Christianna Cathcart | Service | 10/10/2024 | ~~0.20~~ | ~~$200.00~~ | - | ~~$40.00~~ |
| Email Steve, Email Holly | | | | | | |
| Christianna Cathcart | Service | 10/11/2024 | ~~0.70~~ | ~~$200.00~~ | - | ~~$140.00~~ |
| Call with Holly, Email(s) to trustee, Email to Holly | | | | | | |
| Christianna Cathcart | Service | 10/18/2024 | ~~0.30~~ | ~~$200.00~~ | - | ~~$60.00~~ |
| Call with C. Meadors and email | | | | | | |
| Christianna Cathcart | Service | 10/21/2024 | ~~0.60~~ | ~~$200.00~~ | - | ~~$120.00~~ |
| Call with C. Meadors | | | | | | |
| Christianna Cathcart | Service | 11/07/2024 | ~~0.20~~ | ~~$200.00~~ | - | ~~$40.00~~ |
| Detailed email to Holly requesting clarification on information | | | | | | |
| Christianna Cathcart | Service | 11/12/2024 | ~~0.60~~ | ~~$200.00~~ | - | ~~$120.00~~ |
| Admission into court, Call for training cert. | | | | | | |
| Christianna Cathcart | Service | 11/18/2024 | ~~0.20~~ | ~~$200.00~~ | - | ~~$40.00~~ |
| Court registration | | | | | | |
| Christianna Cathcart | Service | 11/19/2024 | ~~0.60~~ | ~~$200.00~~ | - | ~~$120.00~~ |
| Call with Holly, Email to Holly, Admitting in Eastern District of OK e-filing. | | | | | | |
| Christianna Cathcart | Service | 11/25/2024 | ~~0.60~~ | ~~$200.00~~ | - | ~~$120.00~~ |
| Research/book flight to Tulsa | | | | | | |
| Christianna Cathcart | Service | 11/27/2024 | ~~0.20~~ | ~~$200.00~~ | - | ~~$40.00~~ |
| Email to Holly | | | | | | |
| Christianna Cathcart | Service | 12/02/2024 | ~~0.60~~ | ~~$200.00~~ | - | ~~$120.00~~ |
| Notice of app. | | | | | | |
| Christianna Cathcart | Service | 12/03/2024 | ~~0.50~~ | ~~$200.00~~ | - | ~~$100.00~~ |
| Call with C. Meadors & Holly, Email to Holly | | | | | | |
| Christianna Cathcart | Service | 12/10/2024 | ~~0.20~~ | ~~$200.00~~ | - | ~~$40.00~~ |
| Email: Steve confirming EX, Email: C. Meadors and Holly. | | | | | | |
| Christianna Cathcart | Service | 12/15/2024 | ~~9.30~~ | ~~$200.00~~ | - | $1,860.00 |
| Travel from Winnipeg to Tulsa | | | | | | |
| Christianna Cathcart | Service | 01/23/2025 | ~~0.20~~ | ~~$200.00~~ | - | ~~$40.00~~ |

Invoice # 11043 - 08/05/2025

Phone call with Holly answering her questions outlined in email.

| Christianna Cathcart | Service | 02/04/2025 | ~~0.50~~ | ~~$200.00~~ | - | ~~$100.00~~ |

Call with Holly to address and clarify questions from her email.

| Christianna Cathcart | Service | 02/05/2025 | ~~0.20~~ | ~~$200.00~~ | - | ~~$40.00~~ |

Conference call between myself, Holly, Clint, and Mac

| Christianna Cathcart | Service | 02/13/2025 | ~~1.20~~ | ~~$200.00~~ | - | ~~$240.00~~ |

Reviewed opposition motion. Provided signature for filing.

| Christianna Cathcart | Service | 02/26/2025 | ~~0.40~~ | ~~$200.00~~ | - | ~~$80.00~~ |

Participated in call with Holly, Mac, and Clint, to discuss prior hearing and amendments to the disclosure statement.

| Christianna Cathcart | Service | 03/27/2025 | ~~0.50~~ | ~~$200.00~~ | - | ~~$100.00~~ |

Attended telephonic hearing on Stay Relief Motion, Objection to Employment Application, and Rule 2004 Motion.

| Christianna Cathcart | Service | 04/08/2025 | ~~5.00~~ | ~~$200.00~~ | - | ~~$1,000.00~~ |

Travel to Oklahoma to attend hearing.

| | | | | Line Item Discount Subtotal | | -$4,860.00 |

| Time Keeper | Quantity | Rate | Discount | Total |
|---|---|---|---|---|
| Christianna Cathcart | 120.2 | $200.00 | -$4,100.00 | $19,940.00 |
| Maurice VerStandig | 49.5 | $400.00 | -$760.00 | $19,040.00 |
| | | | **Subtotal** | **$39,407.15** |

## 00454-C M Heavy Machinery, LLC

## Plan and Disclosure Statement

| Attorney | Type | Date | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 12/05/2024 | 4.80 | $400.00 | $1,920.00 |

Draft plan of reorganization and accompany disclosure statement

| Christianna Cathcart | Service | 12/06/2024 | 1.80 | $200.00 | $360.00 |

Conference call; Reviewed plan.

| | Service | 12/06/2024 | 2.50 | $400.00 | $1,000.00 |

Review, revise and send plan draft to client for review and comment

Page 16 of 20

Case 24-80617    Doc 199-1    Filed 08/05/25    Entered 08/05/25 21:07:59    Desc Exhibit A - Time Records    Page 16 of 20

| | | | | | |
|---|---|---|---|---|---|
| Maurice VerStandig | Service | 12/18/2024 | 0.20 | $400.00 | $80.00 |
| Plan and Disclosure Statement: Coordinate service of disclosure statement per court order | | | | | |
| Maurice VerStandig | Service | 02/16/2025 | 0.20 | $400.00 | $80.00 |
| Review e-mail from H. Goodson re assets that may be promptly sold; Draft e-mail to S. Soule suggesting prompt sale of same assets in prism of consensual plan of reorganization; Review, revise and send e-mail to S. Soule | | | | | |
| Maurice VerStandig | Service | 02/28/2025 | 1.40 | $400.00 | $560.00 |
| Draft supplement to disclosure statement, including review of hearing notes re contents of same and review of docket and internal file so as to gather information appropriately included in same | | | | | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Christianna Cathcart | 1.8 | $200.00 | $360.00 |
| Maurice VerStandig | 6.6 | $400.00 | $2,640.00 |
| | | **Subtotal** | **$4,000.00** |

## 00455-C M Heavy Machinery, LLC

## Employment and Fee Applications

| Attorney | Type | Date | Quantity | Rate | Discount | Total |
|---|---|---|---|---|---|---|
| Christianna Cathcart | Service | 12/18/2024 | 0.10 | $200.00 | - | $20.00 |
| Email to Blake regarding employment application. | | | | | | |
| Christianna Cathcart | Service | 12/23/2024 | 0.10 | $200.00 | - | $20.00 |
| E-mail to Blake regarding employment application. | | | | | | |
| Christianna Cathcart | Service | 12/30/2024 | 1.10 | $200.00 | - | $220.00 |
| Work on Blake Sonne's employment application | | | | | | |
| Christianna Cathcart | Service | 01/02/2025 | 0.20 | $200.00 | - | $40.00 |
| Compose an email to Blake Sonne regarding the employment application. | | | | | | |
| Christianna Cathcart | Service | 01/02/2025 | 1.00 | $200.00 | - | $200.00 |
| Review and revise the provided employment application, ensuring that all necessary edits are made. Additionally, convert the PDF document to a Word document, as requested by Blake Sonne. | | | | | | |
| Christianna Cathcart | Service | 01/03/2025 | 0.10 | $200.00 | - | $20.00 |
| Communicating with Blake Sonne to request that he amend his employment application submitted to the court. | | | | | | |
| Christianna Cathcart | Service | 01/06/2025 | 0.30 | $200.00 | - | $60.00 |

| Name | Type | Date | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| Call with client regarding the Witten Burrage employment application. Send an email to the client regarding Colby Rowe's employment application and the client's outstanding payment. | | | | | | |
| Christianna Cathcart | Service | 01/23/2025 | 0.20 | $200.00 | - | $40.00 |
| Filed proposed order with the bankruptcy court in connection with the employment application. | | | | | | |
| Christianna Cathcart | Service | 03/06/2025 | 0.10 | $200.00 | - | $20.00 |
| Phone call with Logan regarding employment application. | | | | | | |
| Christianna Cathcart | Service | 03/06/2025 | 1.90 | $200.00 | - | $380.00 |
| Prepared employment application for Logan. | | | | | | |
| Christianna Cathcart | Service | 03/10/2025 | 0.50 | $200.00 | - | $100.00 |
| Reviewed Logan's employment application, and provided feedback/amendments. | | | | | | |
| Christianna Cathcart | Service | 03/12/2025 | 0.20 | $200.00 | - | $40.00 |
| Sent follow-up email to Logan regarding the employment application. | | | | | | |
| Christianna Cathcart | Service | 03/19/2025 | 1.30 | $200.00 | - | $260.00 |
| Reviewed and finalized employment application for RRC. Filed the application with the court. | | | | | | |
| Christianna Cathcart | Service | 03/20/2025 | 0.50 | $200.00 | - | $100.00 |
| Phone call with Logan at RCC to discuss rate agreement. | | | | | | |
| Christianna Cathcart | Service | 03/20/2025 | 0.30 | $200.00 | - | $60.00 |
| Reviewed U.S Trustee's objection to employment application. | | | | | | |
| Christianna Cathcart | Service | 03/20/2025 | 0.60 | $200.00 | - | $120.00 |
| Drafted detailed email to M. Kindelt at the U.S. Trustee's office proposing amendments to employment application and consent. | | | | | | |
| Christianna Cathcart | Service | 03/24/2025 | 0.10 | $200.00 | - | $20.00 |
| Call with Logan at RCC to discuss employment application | | | | | | |
| Christianna Cathcart | Service | 03/25/2025 | 1.10 | $200.00 | - | $220.00 |
| Amended employment application, updating disclosures and supporting details. | | | | | | |
| Christianna Cathcart | Service | 04/03/2025 | 0.40 | $200.00 | - | $80.00 |
| Call with Logan at RCC to provide a status update on the employment application. | | | | | | |
| Christianna Cathcart | Service | 04/08/2025 | 0.10 | $200.00 | - | $20.00 |
| Call with Logan regarding RCC's employment application. | | | | | | |
| Christianna Cathcart | Service | 04/15/2025 | 2.80 | $200.00 | - | $560.00 |
| Redrafted employment application, updating disclosures and supporting documents to ensure compliance with bankruptcy court requirements. | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---:|
| Christianna Cathcart | Service | 04/16/2025 | 0.10 | $200.00 | - | $20.00 |
| Phone call with Logan to discuss status of employment application. | | | | | | |
| Christianna Cathcart | Service | 04/28/2025 | 0.30 | $200.00 | - | $60.00 |
| Reviewed RCC's employment application and objections to employment. Revised and sent to client for review and signature. | | | | | | |
| Christianna Cathcart | Service | 05/08/2025 | 0.30 | $200.00 | - | $60.00 |
| Reviewed the previous correspondence and drafted an email to Clint regarding Zach Richardson's employment application. | | | | | | |
| Christianna Cathcart | Service | 05/12/2025 | 0.20 | $200.00 | - | $40.00 |
| Emailed amended employment application to the Trustee's office for review. | | | | | | |
| Christianna Cathcart | Service | 06/09/2025 | 3.20 | $200.00 | 50.0% | $320.00 |
| Drafted employment application and supporting declaration for Zack Richardson in connection with representation of the Debtor, including review of applicable local rules and preparation of all required disclosure | | | | | | |
| Christianna Cathcart | Service | 06/09/2025 | 0.20 | $200.00 | - | $40.00 |
| Filed amended employment application for RCC, including review of prior submission, updates to disclosures, and preparation of filing in accordance with local bankruptcy court procedure. | | | | | | |
| Christianna Cathcart | Service | 06/09/2025 | 0.10 | $200.00 | - | $20.00 |
| Sent email to Holly providing an update on the status of employment application. | | | | | | |

| | | |
|---|---:|---:|
| | **Line Item Discount Subtotal** | -$320.00 |

| Time Keeper | Quantity | Rate | Discount | Total |
|---|---:|---:|---:|---:|
| Christianna Cathcart | 17.4 | $200.00 | -$320.00 | $3,160.00 |
| | | | **Subtotal** | **$3,160.00** |

| | |
|---:|---:|
| **Total** | **$46,567.15** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 11043 | 08/05/2025 | $46,567.15 | $0.00 | $46,567.15 |
| | | | **Outstanding Balance** | **$46,567.15** |

|  |  |
|---|---|
| **Total Amount Outstanding** | **$46,567.15** |

Please make all amounts payable to: The VerStandig Law Firm, LLC

Payment is due upon receipt.