IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re: ) Case No. 24-80617
) (Chapter 11)
C M HEAVY MACHINERY, LLC )
)
Debtor. )
)

**APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES
OR REIMBURSEMENT OF EXPENSES BY ATTORNEY**

Applicant, The VerStandig Law Firm, LLC, was retained by the debtor to serve in this bankruptcy case as attorney for debtor. A copy of the retainer agreement is attached as Exhibit C. Pursuant to Local Rule 2016 and the Fee Guidelines, applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total Fees Requested: | $46,140.00 |
| Total Expenses to be Reimbursed: | $427.15 |
| Amount Received To-Date: **(exclusive of filing fees)** | $0.00 |
| Amount to be Paid through Plan (if Chapter 13): | $n/a |

1. The amount requested, if allowed, will be paid in full after _____ monthly payments under the plan, if Chapter 13 Bankruptcy Case.

2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit A.

3. Applicant estimates that an additional ___n/a___ hours will be required to be expended in providing legal services on behalf of the debtor(s) described below:

n/a
_____
_____

4. The following is a short statement of any unusual, troublesome or unique aspects

of this case which resulted in or will result in more than the usual amount of time being

expended and more than the usual amount of costs being incurred:

[See application to which this form is attached]

 

 

        5.        The source of compensation previously paid to applicant was

the debtor

        6.        Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm.   (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

                                                                   Respectfully Submitted,

Dated: August 5, 2025            By:    /s/ Maurice B. VerStandig
                                                     Maurice B. VerStandig, Esq.
                                                     The VerStandig Law Firm, LLC
                                                     9812 Falls Road, #114-160
                                                     Potomac, Maryland 20854
                                                     Phone: (301) 444-4600
                                                     mac@mbvesq.com
                                                     *Counsel for The VerStandig Law Firm, LLC*