```
Label Matrix for local noticing        ARA Insurance Agency                    ARA Insurance Sercies, Inc.
1086-7                                  11225 College Blvd Suite 250            11225 College Blvd, Ste 250
Case 24-80617                           Overland Park, KS 66210-2769            Overland Park, KS 66210-2769
Eastern District of Oklahoma
Muskogee
Tue Aug  5 20:58:10 CDT 2025

AT&T Business                           Aaron Lowe                              Connor Andreen
211 S. Akard                            380058 Old Highway 62                   Hall Estill
Dallas, TX 75202-4207                   Okemah, OK 74859-5916                   521 East 2nd Street
                                                                                Ste 1200
                                                                                Tulsa, OK 74120-1855

Barnhill Contracting Company            Brandon Craig Bickle                    Blue Bridge Financial, LLC
800 Tiffany Blvd Suite 200 P O Box 7948 GableGotwals                            11911 Freedom Dr
Rocky Mount, NC 27804-0948              110 N. Elgin Ave.                       One Fountain Square, set 570
                                        Ste 200                                 Reston, VA 20190
                                        Tulsa, OK 74120-1495

Bob Cherot                              C M Heavy Machinery, LLC                C T Corporation
Voss, Michaels, Lee & Associates, Inc.  11097 Highway 27                        PO Box 4349
PO Box 1829                             Okemah, OK 74859                        Carol Stream, IL 60197-4349
Holland, MI 49422-1829

CIG Logistics, Inc.                     CT Corporation                          Daniel Vaughn Carsey
209 W 2nd Street                        Attn: Bankruptcy (SOP)                  Hall Estill Hardwick Gable Golden et al
Fort Worth, TX 76102-3021               28 Liberty Street                       BancFirst Tower
                                        New York, NY 10005-1400                 100 North Broadway, Suite 2900
                                                                                Oklahoma City, OK 73102-8865

Caterpillar Financial Services          (p)CATERPILLAR FINANCIAL SERVICES CORPORATION   Christianna Annette Cathcart
c/o Corporation Service Company         2120 WEST END AVENUE                    The VerStandig Law Firm, LLC
10300 Greenbriar Place                  NASHVILLE TN 37203-5341                 9812 Falls Road, #114-160
Oklahoma City, OK 73159-7653                                                    Potomac, MD 20854-3976

Clint Meadors                           Comptroller of Public Accounts          (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
11097 Highway 27                        C/O Office of the Attorney General      REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
Okemah, OK 74859                        Bankruptcy - Collections Division MC-008 PO BOX 13528
                                        PO Box 12548                            AUSTIN TX 78711-3528
                                        Austin TX  78711-2548

DLL Finance / Agricredit                Daniel V. Carsey                        Dozr, Ltd.
PO Box 77122                            Hall, Estill, Hardwick, Gable, Golden   318 DUKE ST W KITCHENER
Minneapolis, MN 55480-7702              100 North Broadway Suite 2900           ONTARIO CANADA-N2H3Y1
                                        Oklahoma City, OK 73102-8808

Enfield Timber, LLC                     FedEx                                   First Foundation Bank
21144 US Highway 301                    PO Box 223125                           18101 Von Karmen Avenue, ste 750
Enfield, NC 27823-8990                  Pittsburgh, PA 15251-2125               Irvine, CA 92612-0005

Christopher Gnaedig                     Great Plains Bank                       Great Plains National Bank
Hall, Estill, Hardwick, Gable, Golden, & 601 NW 13th St                         c/o Steven W. Soule
521 East 2nd Street                     Oklahoma City, OK 73103-2213            Hall, Estill, et al.
Ste. 1200                                                                       521 East 2nd Street
Tulsa, OK 74120-1855                                                            Suite 1200
                                                                                Tulsa, OK 74120-1855
```

| | | |
|---|---|---|
| Great Plains National Bank<br>2017 W. 3rd<br>Elk City, OK 73644-4305 | Great Plains National Bank<br>601 NW 13th St<br>Oklahoma City, OK 73103-2213 | Great Plains National Bank<br>Hall Estill c/o Steve Soule<br>521 East 2nd St., Suite 1200<br>Tulsa, OK 74120-1855 |
| Gregory Poole Equipment Company<br>4807 Beryl Road<br>Raleigh, NC 27606-1406 | Gungoll, Jackson, Box & Devoll, P.C.<br>PO Box 1549<br>Enid, OK 73702-1549 | Hentges & Associates, PLLC<br>102 E Thatcher St<br>Edmond, OK 73034-3665 |
| Holt Texas Ltd.<br>5665 SE Loop 410<br>San Antonio, TX 78222-3903 | Holt Texas, Ltd.<br>Caldwell Clark Fanucchi & Finlayson PLLC<br>700 N. St. Mary's Street, #1825<br>San Antonio, TX 78205-3545 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | James Supplies LLC<br>PO Box 360<br>Pauls Valley OK 73075-0360 | James Supplies, L.L.C.<br>c/o Jay V. Harper 410 S. Chickasaw<br>Pauls Valley, OK 73075-4220 |
| Janae L. Wright<br>2914 Colonial Lane<br>Edmond, OK 73013-6477 | Jerome S. Sepkowitz, Esq.<br>Derryberry & Naifeh, LLP<br>4800 North Lincoln Boulevard<br>Oklahoma City, OK 73105-3321 | Mary Kindelt<br>DOJ-Ust<br>P.O. Box 3044<br>Tulsa, OK 74101-3044 |
| Komatsu Financial L.P.<br>8770 W Bryn Mawr Ave Suite 100<br>Chicago, IL 60631-3782 | Komatsu Financial Limited Partnership<br>Vedder Price P.C., Attn: Mitchell D. Coh<br>1633 Broadway, 31st Floor<br>New York, NY 10019-7587 | Kubota Credit Corp, U.S.A<br>PO Box 2046<br>Grapevine, TX 76099-2046 |
| Kubota Credit Corporation USA<br>PO Box 2046<br>Grapevine, TX 76099-2046 | Kelley G. Loud<br>Titus Hillis Reynolds et al<br>15 East Fifth Street<br>Suite 3700<br>Tulsa, OK 74103-4304 | Kelley G Loud, Trustee<br>15 East 5th Street<br>Ste 3700<br>Tulsa, OK 74103-4304 |
| Mabrey Bank<br>PO Box 130<br>Bixby, OK 74008-0130 | Matthew P. Weiner<br>Poyner Spruill, LLP, Attn: Matthew P. We<br>PO Box 1801<br>Raleigh, NC 27602-1801 | McAfee & Taft A Professional Corporation<br>Two Leadership Square, 8th Floor<br>211 N. Robinson<br>Oklahoma City, OK 73102-7109 |
| McAfee & Taft, A Professional Corporatio<br>Attn: Michael Lauderdale<br>211 N. Robinson 8th Floor, Two Leadershi<br>Oklahoma City, OK 73102 | Gary M. McDonald<br>McDonald, McCann & Metcalf LLP<br>First Place Tower<br>15 E. 5th St., Suite 1800<br>Tulsa, OK 74103-4315 | Mylon D. Smith<br>Crowe & Dunlevy, a Professional Corporat<br>Braniff Building 423 N. Robinson Avenue,<br>Oklahoma City, OK 73102 |
| Mylon D. Smith<br>Crowe Dunlevy<br>324 N Robinson Ave.<br>Suite 100<br>Oklahoma City, OK 73102-6417 | Nolen Propane Company<br>2378 Hwy. 75<br>Wetumka, OK 74883-6202 | Norman Wohlgemuth, LLP<br>401 S. Boston Avenue Suite 3200<br>Tulsa, OK 74103-4024 |

| | | |
|---|---|---|
| Office of the United States Trustee<br>Office of the AUST, Karen Walsh<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Okemah Oil Company<br>4 E Broadway St<br>Okemah, OK 74859-2660 | Oklahoma Employment Security Commission<br>Robert C. Newark, III, Attorney<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 |
| Oklahoma Natural Gas<br>PO Box 219296<br>Kansas City, MO 64121-9296 | Oklahoma Tax Commission<br>201 W 5th St. Ste. 400<br>General Counsel's Office<br>Tulsa, OK 74103-4211 | Oklahoma Tax Commission<br>300 N Broadway Avenue<br>Oklahoma City, OK 73102-6403 |
| Oklahoma Tax Commission<br>Oklahoma City OK 73194-0001 | Pe Ben Industries Companies, Inc.<br>811 Dallas Street<br>Houston, TX 77002-5900 | Recovery Logistics, Inc.<br>507 S 14th<br>Fort Smith, AR 72901-4607 |
| Richard J. Wallace III<br>Scheef & Stone LLP<br>500 N. Akard, Ste. 2700<br>Dallas, TX 75201-3306 | Robert D. Wilson, PC<br>1900 Preston Road Suite 267-72<br>Plano, TX 75093-5175 | Ross Plourde, Esq.<br>211 N. Robinson<br>8th Floor Two Leadership Square<br>Oklahoma City, OK 73102-7109 |
| Scott Equipment<br>6149 Hwy 90 E<br>Lake Charles, LA 70615-4707 | Alexander Sokolosky<br>Crowe & Dunlevy<br>222 N. Detroit Ave.<br>Suite 600<br>Tulsa, OK 74103-2415 | Blake Sonne<br>Whitten Burrage, Special Counsel<br>512 N. Broadway<br>Suite 300<br>Oklahoma City, OK 73102-6235 |
| Steven William Soule<br>HALL ESTILL HARDWICK ET AL<br>521 East 2nd Street Suite 1200<br>Tulsa, OK 74120-1855 | Steven William Soule'<br>Hall, Estill, Hardwick, Gable, Golden &<br>521 East 2nd Street<br>Ste 1200<br>Tulsa, OK 74120-1855 | Standard Freight LLC<br>2401 Independence Parkway S<br>La Porte, TX 77571-9805 |
| T&J Grading Company LLC<br>2054 Kildare Farm Rd. #352<br>Cary, NC 27518-6614 | Targeted Lease Capital LLC<br>5500 Main Street Suite 300<br>Williamsville , NY 14221-6753 | Tuggle Duggins<br>400 Bellemeade Street Suite 800<br>Greensboro, NC 27401-3796 |
| Tuggle Duggins, P.A.<br>400 Bellemeade Street<br>Suite 800<br>Greensboro, NC 27401-3796 | US Security and Exchange Commission<br>175 W. Jackson Boulevard<br>Chicago, IL 60604-2615 | Unifirst<br>2100 N Beech Avenue<br>Broken Arrow, OK 74012-1167 |
| United States Attorney<br>Eastern District of Oklahoma<br>520 Denison Ave.<br>Muskogee OK 74401-6007 | Maurice VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road, #114-160<br>Potomac, MD 20854-3976 | Karen Carden Walsh<br>Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 |
| Warren Power & Machinery, Inc.<br>c/o Corporation Service Company<br>10300 Greenbriar Place<br>Oklahoma City, OK 73159-7653 | Waukesha-Pearce Industries, LLC<br>PO Box 65038<br>Houston, TX 77235 | Wheeler Metals<br>3100 W 40th Street N<br>Muskogee, OK 74401-5435 |

| | | |
|---|---|---|
| Wisner Law<br>703 S. Western Road<br>Stillwater, OK 74074-4126 | Woita Forest Products, LLC<br>601 Calvert Street Suite Q<br>Lincoln, NE 68502-4362 | Zachary J. Fanucchi<br>Caldwell Clark Fanucchi & Finlayson PLLC<br>700 N. St. Mary's Street, #1825<br>San Antonio, TX 78205-3545 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Caterpillar Financial Services Corp<br>2120 West End Avenue<br>Nashville, TN 37203 | Comptroller of Public Accounts<br>PO Box 149359<br>Austin, TX 78714-9359 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Caterpillar Financial Services Corporation | (d)Gregory Poole Equipment Company<br>4807 Beryl Road<br>Raleigh, NC 27606-1406 | (u)Komatsu Financial Limited Partnership |

| | |
|---|---|
| (u)Recovery Logistics, Inc. | End of Label Matrix<br>Mailable recipients    92<br>Bypassed recipients     4<br>Total                  96 |