# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In Re:  
    C M Heavy Machinery, LLC, et al.  
                    Debtor(s).

Case No.: 24−80617  
Chapter: 7

**NOTICE OF APPLICATION FOR COMPENSATION  
AND NOTICE OF DEADLINE TO FILE OBJECTION TO APPLICATION AND  
NOTICE OF POSSIBLE HEARING**

The following Application has been filed with the court:

*199* – Application for Compensation for The VerStandig Law Firm, LLC, Debtor's Attorney, Fee: $46,140.00, Expenses: $427.15. Filed by The VerStandig Law Firm, LLC (Attachments: # 1 Exhibit A – Time Records # 2 Exhibit B – Local Form 2016−1(C)(1) # 3 Exhibit C – Engagement Agreement # 4 Mailing Matrix (for notice only)) (VerStandig, Maurice)

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the above−referenced application, or if you want the court to consider your views on the motion and your objection, then on or before August 19, 2025,

you or your attorney must file with the court at the address listed below, a written objection explaining your position. If you mail your Objection to the court you must mail it early enough so that the court will receive it on or before the date stated above.

**Mail to: United States Bankruptcy Court P.O. Box 1888 Muskogee, OK 74402**

You must also mail a copy to the name and address listed at the bottom of the application stated above enclosed with this notice unless they are served by electronic notice. You must also attend the hearing scheduled to be held on:

    September 10, 2025 at 10:00 AM Ed Edmondson US Courthouse, 101 N 5th St, Courtroom 4, Muskogee, OK 74401.

**IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT WILL DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATION AND MAY STRIKE THE ABOVE−SCHEDULED HEARING WITHOUT FURTHER NOTICE.**

All Applications for Compensation and Reimbursement of Expenses are subject to hearing after review by the court.

**If an order approving fees and expenses is not entered prior to the hearing, the applicant should attend the hearing and be prepared to present legal argument.**

Date: August 5, 2025