United States Bankruptcy Court
Eastern District of Oklahoma

In re:                                                                    Case No. 24-80617-PRT

C M Heavy Machinery, LLC                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7                  User: admin                        Page 1 of 1

Date Rcvd: Aug 06, 2025             Form ID: 420e                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

**Recip ID**               **Recipient Name and Address**
aty                   +   The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025                 Signature:        /s/Gustava Winters

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In Re:                                                    Case No.: 24−80617
     C M Heavy Machinery, LLC, et al.              Chapter: 7
                   Debtor(s).

### NOTICE OF APPLICATION FOR COMPENSATION
### AND NOTICE OF DEADLINE TO FILE OBJECTION TO APPLICATION AND
### NOTICE OF POSSIBLE HEARING

The following Application has been filed with the court:

*199* − Application for Compensation for The VerStandig Law Firm, LLC, Debtor's Attorney, Fee: $46,140.00, Expenses: $427.15. Filed by The VerStandig Law Firm, LLC (Attachments: # 1 Exhibit A − Time Records # 2 Exhibit B − Local Form 2016−1(C)(1) # 3 Exhibit C − Engagement Agreement # 4 Mailing Matrix (for notice only)) (VerStandig, Maurice)

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the above−referenced application, or if you want the court to consider your views on the motion and your objection, then on or before August 19, 2025,

you or your attorney must file with the court at the address listed below, a written objection explaining your position. If you mail your Objection to the court you must mail it early enough so that the court will receive it on or before the date stated above.

### Mail to:  United States Bankruptcy Court P.O. Box 1888 Muskogee, OK 74402

You must also mail a copy to the name and address listed at the bottom of the application stated above enclosed with this notice unless they are served by electronic notice. You must also attend the hearing scheduled to be held on:

September 10, 2025 at 10:00 AM Ed Edmondson US Courthouse, 101 N 5th St, Courtroom 4, Muskogee, OK 74401.

**IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT WILL DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATION AND MAY STRIKE THE ABOVE−SCHEDULED HEARING WITHOUT FURTHER NOTICE.**

All Applications for Compensation and Reimbursement of Expenses are subject to hearing after review by the court.

**If an order approving fees and expenses is not entered prior to the hearing, the applicant should attend the hearing and be prepared to present legal argument.**

Date: August 5, 2025