IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| In Re: | ) | |
|---|---|---|
| | ) | |
| C M HEAVY MACHINERY, LLC | ) | Case No. 24-80617 |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF FILING CORRECTED EXHIBIT 1 TO AMENDED APPLICATION TO EMPLOY TITUS HILLIS REYNOLDS LOVE

The undersigned, Kelley G. Loud, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, respectfully submits the attached Corrected Exhibit 1 to the Amended Application to Employ Titus Hillis Reynolds Love filed on August 11, 2025, at Dkt. No. 205.

Respectfully submitted:

 s/Kelley G. Loud
Kelley G. Loud, OBA #15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
*Chapter 7 Trustee*

1

## ATTORNEY-CLIENT CONTRACT

WHEREAS, **KELLEY G. LOUD, CHAPTER 7 TRUSTEE OF THE ESTATE OF CM HEAVY MACHINERY, LLC, CASE NO. 25-80617** ("Client"), hereby agrees to employ **TITUS HILLIS REYNOLDS LOVE** ("Attorneys"), to represent Client in regard to any and all claims against Client AXIS Insurance Company arising from the handling of Client's insurance claim stemming from a fire and destruction of certain property in North Carolina on August 20, 2023.

WHEREAS, said Attorneys agree to accept said employment and to diligently handle and prosecute said claims; however, Attorneys reserve the right to withdraw from this Agreement if upon investigation and in their sole opinion, Client's claims appear without merit or unwise to pursue.

Attorneys agree to advance reasonable costs and expenses necessary to prosecute Client's claims. The costs and expenses advanced by Attorneys will be reimbursed to Attorneys from any proceeds that may be realized as a result of the prosecution of Client's claims. Reimbursement of costs and expenses will be paid from the gross proceeds recovered prior to the calculation of sums payable to Client and such other sums as may be payable as attorney's fees pursuant to this Contract. ~~Client hereby gives Attorneys a lien on said claims and actions and on the funds recovered by judgment or realized by settlement, as security for the costs and fees advanced by said Attorneys.~~ [initials]

Client agrees to compensate Attorneys under the following formula:

Any funds realized as a result of the prosecution of Client's claim will be divided as follows:

    a. All expenses advanced by the Attorneys in connection with the prosecution of these claims will be deducted first from the gross amount.

    b. Any sums remaining after subtraction of (a) above from the gross amount of funds realized as a result of the prosecution of Client's claims will be divided as follows:

        (i) 90% to Client and 10% to Attorneys for recovery of the ACV as determined by Client's insurer in the amount of $1,406,971;

        (ii) 50% to Client and 50% to Attorneys for any amount above ACV as determined by Client's insurer in the amount of $1,406,971;

EXHIBIT 1

Attorneys understand and acknowledge this Agreement is subject to the approval of the United States Bankruptcy Court for the Eastern District of Oklahoma. Further, Attorneys understand and acknowledge that any compensation to be paid hereunder is expressly subject to the approval of the United States Bankruptcy Court for the Eastern District of Oklahoma.

DATED this 11th day of August, 2025.

TITUS HILLIS REYNOLDS LOVE

By: *(signed)*
R. Tom Hillis

**CLIENT:**

*(signed)*
Kelley G. Loud, Chapter 7 Trustee
of the Estate of CM Heavy Machinery LLC
Case No. 24-80617

2