IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | Case No. 24-80617 |
| ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC ) | |
| ) | |
| Debtor. ) | |
| _____) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR APPROVAL OF FEES, AND REIMBIRSEMENT OF EXPENSES, FOR COUNSEL FOR DEBTOR**

Upon consideration of the First and Final Application for Approval of Fees and Reimbursement of Expenses, for Counsel for Debtor (the "Application," as found at DE #199), any opposition thereto, the authorities cited therein, governing law, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Oklahoma, hereby:

ORDERED, that the Application be, and hereby is, GRANTED; and it is further

ORDERED, that fees of The VerStandig Law Firm, LLC in the sum of $46,140.00, together with expenses of The VerStandig Law Firm, LLC in the sum of $427.15, be, and hereby are, ALLOWED; and it is further

ORDERED, The VerStandig Law Firm, LLC may pay a portion of the foregoing allowed fees by withdrawing, from monies held in the firm's attorney trust account, the sum of $18,632.00; and it is further

1

ORDERED, that The VerStandig Law Firm, LLC be, and hereby is, awarded an administrative claim herein in the sum of $27,935.15 (the "Administrative Claim"); and it is further

ORDERED, that the Administrative Claim shall be paid in accord with the priority scheme set forth in Title 11 of the United States Code.

MOVANT TO NOTIFY ALL INTERESTED PARTIES.