UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re: )
)
CM HEAVY MACHINERY, LLC )  Case No. 24-80617
) Chapter 7
)
Debtor. )

**TRUSTEE'S OBJECTION TO
FIRST AND FINAL APPLICATION FOR APPROVAL OF FEES, AND
REIMBURSEMENT OF EXPENSES, FOR COUNSEL FOR DEBTOR [Docket No. 199]**

Kelley G. Loud, Trustee ("Trustee") files this her objection to the First and Final Application for Approval of Fees, and Reimbursement of Expenses, for Counsel for Debtor ("Application") and in support thereof, would show as follows:

1. This case was converted from Chapter 11 to Chapter 7 on June 27, 2025.

2. On August 5, 2025, VerStanding Law Firm, LLC ("VLF"), as counsel for the Chapter 11 Debtor, filed an Application seeking approval of $46,567.15 in legal fees and $427.15 in reimbursable expenses.

3. The Application requests approval of payment of the amounts above, in part in the sum of $18,632.00 from funds held by VLP described as a pre-petition retainer. Those funds are property of the Chapter 7 bankruptcy estate.

4. VLP, through the Application, relies upon 11 U.S.C. §330. VLP seeks to be paid first in priority with funds of the Chapter 7 bankruptcy estate.

5. This request violates the priority scheme set out in 11 U.S.C. §726(b). Thus, this request to apply the funds described as a pre-petition retainer should be denied.

6. Trustee further objects to the extent that the Application seeks payment in the same priority as the Chapter 7 administrative expenses in this case or seeks to be paid prior to the final distribution in this case.

1

7. In addition, VLP should immediately turn over the sum of $18,632.00 held by it to Trustee.

WHEREFORE, Trustee respectfully requests that the Application be denied as set forth herein, and for such other and further relief to which Trustee may be entitled.

Respectfully submitted:

s/Kelley G. Loud
Kelley G. Loud, OBA #15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800  FAX: (918) 587-6822
*Attorneys for Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, a copy of the foregoing was electronically served on all recipients of notice under the CM/ECF filing system via an Electronic Notice for Registered Participants.

s/Kelley G. Loud
Kelley G. Loud