UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re: )
)
CM HEAVY MACHINERY, LLC ) Case No. 24-80617
) Chapter 7
)
Debtor. )

## MOTION TO DIRECT DEBTOR TO TURNOVER PROPERTY

Kelley G. Loud, Trustee ("Trustee") moves this Court for an Order directing Debtor CM Heavy Machinery, LLC, ("Debtor") by and through the individual responsible for Debtor, Client Meadors, to turnover property of this Estate pursuant to 11 U.S.C. §542. In support of this Motion, the Trustee would show the Court as follows:

1. Debtor filed its Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code on August 8, 2024. (the "Petition Date").

2. The Chapter 11 case was converted to a case under Chapter 7 by the Order of this Court entered on June 27, 2025 [ECF No. 184].

2. Kelley G. Loud is the duly appointed, qualified and acting Trustee of this case.

3. On the Petition Date, property of the Estate included equipment and vehicles included on Debtor's Schedules A/B [ECF No. 22].

4. Debtor purported to remove certain items of equipment and vehicles by the filing of its Amended Schedule A/B [ECF No. 47]. Trustee has verified those items removed for which there is a certificate of title are, in fact, titled in the name of Debtor. Thus, Debtor's removal of any items from Schedules A/B is without credibility.

5. Upon information and belief, the following equipment and vehicles are in the possession and control of Debtor:

1

2021 Trail King McCormick MCL51 Attachment Loader
2013 Trail King XL22MB Attachment-XL Spreader
2002 Komatsu D61-PX Dozer
2018 Komatsu D65PX-18 Dozer
2018 Komatsu D65PX-18 Dozer
2018 Komatsu D85PX-18 Dozer
1981 Caterpillar D6D Dozer
2017 Caterpillar 323FL Excavator
2010 Komatsu PC270LC-8 Excavator
2020 Komatsu GD655-6 Grader-Motor
2012 Case 821F Loader-Wheel
2013 Hotsy Powerwasher
2018 Hamm H121 Roller
2019 Kubota SVL95 Skid Steer W/Bucket & Forks
2020 Kubota SVL95-2 Skid Steer W/Bucket & Forks
2021 McCormick X6 470 Tractor-X6 470
2000 Ford F650
2005 Dodge 3500 Truck
2019 Ford F550 Truck
2014 Ford F150 Truck
2019 Ford F350 Truck
2016 Trail Sport TRL-16 Enclosed Utility
2011 Horsecreek CH-18 Trailer-18" Car-Hauler Flatbed
2018 Friesen Bumper pull Trailer
1979 TRI Hay Trailer
1980 Fruehauf FBZ F2 Trailer
2008 MXT MC 8X10 Trailer Motorcycle
2018 Trail King TK110HDG Trailer Semi-Lowboy
2007 Peterbilt 379 Truck-Haul

6. The above listed items are property of the Bankruptcy Estate pursuant to 11 U.S.C. § 541(a)(1) and are not of inconsequential value.

**WHEREFORE**, the Trustee moves this Court for an Order directing Debtor to turn over the property described above to the Trustee so that such property may be liquidated and the proceeds distributed to the creditors of this Bankruptcy Estate.

2

Respectfully submitted:


_s/Kelley G. Loud_
Kelley G. Loud, OBA #15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma  74103
(918) 587-6800  FAX: (918) 587-6822

*Attorneys for Trustee*