**Dated: September 4, 2025**

**The following is ORDERED:**



/s/ Paul R. Thomas
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 24-80617 |
| C M HEAVY MACHINERY, LLC ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING APPLICATION TO EMPLOY
TITUS HILLIS REYNOLDS LOVE**

Before this Court is the Application to Employ Titus Hillis Reynolds Love filed by Kelley G. Loud, Trustee. The Court finds that it is in the best interest of the Estate that the Application be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the Application to Employ Titus Hillis Reynolds Love under a contingent fee be granted, subject to the following:

1. This Order is not a determination that the services are necessary;

2. No determination is made that the person being employed does not represent an adverse interest;

3. No fee agreement between the applicant and the person or entity being retained is binding on the Court.

# # #

APPROVED FOR ENTRY:

  s/ Kelley G. Loud
_____

Kelley G. Loud, OBA #15808  
**TITUS HILLIS REYNOLDS LOVE**  
15 East Fifth Street, Suite 3700  
Tulsa, Oklahoma  74103  
(918) 587-6800 FAX:  (918) 587-6822  
kloud@titushillis.com

**MOVANT SHALL NOTICE ALL INTERESTED PARTIES**