# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

| In Re: | ) |
| --- | --- |
| | ) |
| CM HEAVY MACHINERY, LLC | ) Case No. 24-80617 |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

Kelley G. Loud, Trustee, of lawful age, upon her oath does depose and state that on September 3, 2025, a true and correct filed copy of the Motion to Direct Debtor to Turnover Property (Dkt. No. 215) and the Notice of Motion and Hearing (Dkt. No. 216) were electronically served on those parties registered with CM/ECF and mailed by first class mail, postage prepaid, to the Debtor as set forth below.

C M Heavy Machinery, LLC  
11097 Highway 27  
Okemah, Oklahoma 74859

Clint Meadors  
11097 Highway 27  
Okemah, Oklahoma 74859

Dated this 4th day of September 2025.

Respectfully submitted:

/s/ Kelley GLoud  
Kelley G. Loud, OBA #15808  
kloudtrustee@titushillis.com  
**TITUS HILLIS REYNOLDS LOVE**  
15 East Fifth Street, Suite 3700  
Tulsa, Oklahoma 74103  
(918) 587-6800 FAX: (918) 587-6822

*Attorney for Trustee*