IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## **MOTION TO APPEAR REMOTELY**

Comes now the VerStandig Law Firm, LLC ("VLF"), by and through sundersigned counsel, moves for leave to appear remotely at the hearing currently scheduled for Wednesday, September 10, 2025 at 10:00 am (the "Fee Application Hearing") via telephone or other remote means, and in support thereof state as follows:

VLF and the United States Trustee have reached a resolution, in principal, of that agency's objection to the firm's fee application in this case. As of the filing of this motion, VLF and the chapter 7 trustee have *not* reached a resolution, and there is thusly at least a possibility the Fee Application Hearing will go forward as a substantively contested matter. The issues raised by the chapter 7 trustee, however, are purely legal in nature, being premised upon a dispute as to whether a chapter 11 attorney's pre-petition retainer becomes an asset of a debtor's estate, untethered to a firm's lien, upon conversion of the case. And it is accordingly quite unlikely the hearing will prove to be evidentiary in nature or consist of substantive fodder over and above the making of legal argument.

Undersigned counsel resides in rural Maine and—based on contingencies unrelated to this case—may or may not need to be in Fargo, North Dakota on the day preceding the hearing. Travel to Muskogee is *not* infeasible; if a personal appearance is required, a personal appearance absolutely will be made. But travel is likely to involve some logistical eccentricities and the

1

incursion of some palpable expense. So, to the extent this Honorable Court is comfortable entertaining the hearing in a partially (or fully) remote environment, VLF would be remiss to not seek leave to proceed accordingly.

WHEREFORE, the VLF prays this Honorable Court permit its counsel to appear at the Fee Application Hearing via remote means, and for such other and further relief as may be just and proper.

Respectfully Submitted,

Dated: September 5, 2025    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for VLF*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of September, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig