IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:                                      )       Case No. 24-80617
                                            )       (Chapter 11)
C M HEAVY MACHINERY, LLC                    )
                                            )
          Debtor.                           )
_____)

**ORDER GRANTING MOTION TO APPEAR REMOTELY**

Upon consideration of the Motion to Appear Remotely (the "Motion") filed the VerStandig Law Firm, LLC ("VLF"), the factual representations made therein, the Administrative Procedures of this Honorable Court, and the record herein, it is, by the United States Bankruptcy Court for the Eastern District of Oklahoma, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that VLF may participate in the September 10, 2025 hearing in this matter through remote means.

1

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for VLF*

2

Case 24-80617    Doc 220-1    Filed 09/05/25    Entered 09/05/25 12:29:24    Desc Proposed Order    Page 2 of 2