**Dated: September 9, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-80617 |
| | ) | (Chapter 11) |
| C M HEAVY MACHINERY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR APPROVAL OF FEES, AND REIMBIRSEMENT OF EXPENSES, FOR COUNSEL FOR DEBTOR**

Upon consideration of the First and Final Application for Approval of Fees and Reimbursement of Expenses, for Counsel for Debtor (the "Application," as found at DE #199), the authorities cited therein, governing law, the record herein, and the agreement of the chapter 7 trustee and the United States Trustee to the granting of the Application in a modified sum, it is, by the United States Bankruptcy Court for the Eastern District of Oklahoma, hereby:

ORDERED, that the Application be, and hereby is, GRANTED AS MODIFIED HEREIN; and it is further

ORDERED, that fees of The VerStandig Law Firm, LLC in the sum of $40,405.00, together with expenses of The VerStandig Law Firm, LLC in the sum of $427.15, be, and hereby are, ALLOWED; and it is further

1

ORDERED, The VerStandig Law Firm, LLC may pay a portion of the foregoing allowed fees by withdrawing, from monies held in the firm's attorney trust account, the sum of $18,632.00; and it is further

ORDERED, that The VerStandig Law Firm, LLC be, and hereby is, awarded an administrative claim herein in the sum of $22,200.15 (the "Administrative Claim"); and it is further

ORDERED, that the Administrative Claim shall be paid in accord with the priority scheme set forth in Title 11 of the United States Code.

MOVANT TO NOTIFY ALL INTERESTED PARTIES.

We ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Applicant*

/s/ Mary E. Kindelt (signed w/ express permission)
Mary E. Kindelt, OBA No. 21728
P.O. Box 3044
Tulsa, OK 74101
(918) 581-6670
(918) 581-6674 (Fax)
mary.kindelt@usdoj.gov
*Counsel for the United States Trustee*

/s/ Kelley G. Loud (signed w/ express permission)
Kelley G. Loud, OBA #15808
TITUS HILLIS REYNOLDS LOVE
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800
kloud@titushillis.com
*Attorneys for the Chapter 7 Trustee*