**Dated: September 23, 2025**

 **The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In Re:** ) | |
| ) | **Case No. 24-80617** |
| **CM HEAVY MACHINERY, LLC** ) | **Chapter 7** |
| ) | |
| **Debtor.** ) | |

### ORDER GRANTING TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY BY DEBTOR AND DIRECTING TURNOVER

Before this Court is the Motion for Turnover of Property by Debtor filed by Kelley G. Loud, Trustee (ECF No. 215). The Court finds that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that within five (5) days of the date of this Order, the Debtor, by and through the individual responsible for Debtor, Clint Meadors, shall turnover to Trustee the following property of the Estate:

2021 Trail King McCormick MCL51 Attachment Loader
2013 Trail King XL22MB Attachment-XL Spreader
2002 Komatsu D61-PX Dozer
2018 Komatsu D65PX-18 Dozer
2018 Komatsu D65PX-18 Dozer
2018 Komatsu D85PX-18 Dozer
1981 Caterpillar D6D Dozer
2017 Caterpillar 323FL Excavator
2010 Komatsu PC270LC-8 Excavator
2020 Komatsu GD655-6 Grader-Motor

2012 Case 821F Loader-Wheel
2013 Hotsy Powerwasher
2018 Hamm H121 Roller
2019 Kubota SVL95 Skid Steer W/Bucket & Forks
2020 Kubota SVL95-2 Skid Steer W/Bucket & Forks
2021 McCormick X6 470 Tractor-X6 470

2000 Ford F650
2005 Dodge 3500 Truck
2019 Ford F550 Truck
2014 Ford F150 Truck
2019 Ford F350 Truck
2016 Trail Sport TRL-16 Enclosed Utility
2011 Horsecreek CH-18 Trailer-18" Car-Hauler Flatbed
2018 Friesen Bumper pull Trailer
1979 TRI Hay Trailer
1980 Fruehauf FBZ F2 Trailer
2008 MXT MC 8X10 Trailer Motorcycle
2018 Trail King TKll0HDG Trailer Semi-Lowboy
2007 Peterbilt 379 Truck-Haul

**IT IS FURTHER ORDERED** that within five (5) days of the date of this Order, the Debtor, by and through the individual responsible for Debtor, Clint Meadors, shall advise the Trustee of the location of the property of the Estate listed in this Order.

###

APPROVED FOR ENTRY:

   s/ Kelley G. Loud
Kelley G. Loud, OBA#15808            **MOVANT SHALL NOTICE ALL**
**TITUS HILLIS REYNOLDS LOVE**      **INTERESTED PARTIES**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
kloud@titushillis.com