# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:                              )
                                    )
CM HEAVY MACHINERY, LLC             )       CASE NO. 24-80617
                                    )       Chapter    7
                                    )

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

COMES NOW Joe D. Tate and enters his appearance as counsel for
the above named debtor(s) pursuant to 11 U.S.C. §§ 101 et seq. and F. R. Bankr. P. 9010(b) and
requests, pursuant to F. R. Bankr. P. 2002, 3017 and 9007 and 11 U.S.C. § 101 et seq., that all
notices and pleadings given or required to be given in this case and all papers served or required to
be served in this case be given to and served upon the following:

Joe D. Tate
The Tate Law Firm
23 E. Carl Albert Pkwy
McAlester, OK 74501
918-420-1100
jtate@thetatelawfirm.com


                                    S/ Joe D. Tate
                                    Joe D. Tate, OBA #13001
                                    The Tate Law Firm
                                    23 E. Carl Albert Pkwy
                                    McAlester, OK 74501
                                    918-420-1100
                                    jtate@thetatelawfirm.com
                                    ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

This is to certify that on the 30th day of September 2025, I served a true and correct copy of the foregoing using the Court's ECF system on all parties receiving electronic notice

S/ Joe D. Tate