United States Bankruptcy Court
Eastern District of Oklahoma

In re:  Case No. 24-80617-PRT
C M Heavy Machinery, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7      User: admin      Page 1 of 2
Date Rcvd: Sep 30, 2025      Form ID: AdmClkBK      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Sokolosky | on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com;jackie.shubitowski@crowedunlevy.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Brandon Craig Bickle | on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com bhornbeak@gablelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Connor Andreen | on behalf of Creditor Great Plains National Bank candreen@hallestill.com |
| Daniel Vaughn Carsey | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com kjanke@hallestill.com |
| Gary M. McDonald | |

| | |
|---|---|
| | on behalf of Creditor Recovery Logistics Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com |
| Joe D. Tate | |
| | on behalf of Debtor C M Heavy Machinery LLC jtate@thetatelawfirm.com |
| Karen Carden Walsh | |
| | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |
| Kelley G Loud, Trustee | |
| | on behalf of Plaintiff Kelley G Loud Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net |
| Kelley G Loud, Trustee | |
| | kloudtrustee@titushillis.com lmcpherson@titushillis.com;kgl@trustesolutions.net |
| Kelley G Loud, Trustee | |
| | on behalf of Trustee Kelley G Loud Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net |
| Kelley G. Loud | |
| | on behalf of Trustee Kelley G Loud Trustee kloud@titushillis.com, CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com |
| Mary Kindelt | |
| | on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov |
| Maurice VerStandig | |
| | on behalf of Attorney The VerStandig Law Firm LLC mac@mbvesq.com, verstandiglaw@recap.email |
| Maurice VerStandig | |
| | on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email |
| Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |
| Steven William Soule | |
| | on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com |
| Steven William Soule' | |
| | on behalf of Creditor Great Plains National Bank ssoule@hallestill.com ssouleOKE@ecf.axosfs.com |

TOTAL: 20

UNITED STATES BANKRUPTCY COURT  
Eastern District of Oklahoma  
Case No.: 24−80617  
Chapter: 7

**FILED**  
Sep. 30, 2025  
Bonnie N Hackler, Clerk  
U.S. BANKRUPTCY COURT  
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:  
   C M Heavy Machinery, LLC  
   aka CM Heavy Machinery, LLC  
   11097 Highway 27  
   Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:  
   42−1737967

   Telephonic Status Hearing set re: Entry of Appearance for Debtor filed by Joe D. Tate. The Court directs Joe Tate and a representative of the Whitten Burrage law firm to appear regarding status of counsel for Debtor. Hearing to be held on 10/9/2025 at 11:00 AM. Call 918.800.1393 Conf ID 471 269 989# (Corley, Cheryl)

Dated: September 30, 2025

                                                                      **Bonnie N Hackler, Clerk**  
                                                                      **U.S. Bankruptcy Court**