# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: | ) |
| | ) |
| CM HEAVY MACHINERY, LLC | ) Case No. 24-80617 |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF MAILING

Kelley G. Loud, Trustee, of lawful age, upon her oath does depose and state that on October 22, 2025, true and correct filed copies of the Trustee's Motion for Order of Contempt Against the Debtor for Failure to Comply with the Court's Order on the Trustee's Motion to Direct Debtor to Turnover Property (Dkt. No. 239) and the Notice of Motion and Hearing (Dkt. No. 240) were electronically served on those parties registered with CM/ECF.

Dated this 22nd day of October 2025.

Respectfully submitted:

/s/ Kelley GLoud_____
Kelley G. Loud, OBA #15808
kloudtrustee@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822

*Attorney for Trustee*