IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: C M Heavy Machinery, LLC,       Case No. 24-80617
Chapter 7

    Debtor.

## CERTIFICATE OF MAILING

    Connor M. Andreen, does hereby certify that on October 27, 2025, true and correct copies of: (i) the Motion for Relief from Automatic Stay and to Compel Abandonment and to Lift 14-day Stay Under Fed. R. Bankr. P. 4001(A)(4) [Doc. No. 243]; and (ii) the Notice of Motion, Notice of Deadline to File Objection to Motion, and Notice of Hearing if Objection Filed [Doc. No. 245] were mailed via First Class Mail, with proper postage prepaid, to the to all parties identified in the matrix in the above-captioned matter, which is attached hereto as Exhibit 1.

S/ *Connor M. Andreen*
Attorney Signature

521 E. 2nd Street, Suite 1200
Address

Tulsa, OK 74120
City State Zip

Tel: (918) 514-5216 | Fax: (918) 594-0505
Telephone and Facsimile

candreen@hallestill.com
E-mail Address

**ATTORNEY FOR GREAT PLAINS NATIONAL BANK**