United States Bankruptcy Court
Eastern District of Oklahoma

In re:          Case No. 24-80617-PRT
C M Heavy Machinery, LLC          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7      User: admin      Page 1 of 1
Date Rcvd: Oct 27, 2025      Form ID: 420a2      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025      Signature:      /s/Gustava Winters

LOCAL Form 420A2 (8/21)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In Re:  
    C M Heavy Machinery, LLC, et al.  
                    Debtor(s).

Case No.: 24−80617  
Chapter: 7

**NOTICE OF MOTION**  
**NOTICE OF DEADLINE TO FILE OBJECTION TO MOTION**  
**AND NOTICE OF HEARING IF OBJECTION FILED**

<u>Great Plains National Bank</u>, has filed the following Motion with the court:

*243 −* Motion Relief from Stay and Request for Waiver of the 14 day stay under Rule 4001(a)(3) by Great Plains National Bank., in addition to Motion to Compel Abandonment Under Section 554 . Fee Amount $199 Filed by Connor Andreen on behalf of Great Plains National Bank. (Attachments: # 1 Exhibit 1 − Verified Petition # 2 Exhibit 2 − Application) (Andreen, Connor)

**<u>YOUR RIGHTS MAY BE AFFECTED.</u>** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the above−referenced motion, or if you want the court to consider your views on the motion and your objection, then on or before <u>November 10, 2025</u>,

you or your attorney must file with the court at the address at the bottom of the motion stated above enclosed with this notice, a written objection explaining your position. If you mail your Objection to the court you must mail it early enough so that the court will receive it on or before the date stated above. **Mail to:**

**United States Bankruptcy Court P.O. Box 1888 Muskogee, OK 74402**

You must also mail a copy to the name and address listed at the bottom of the motion stated above enclosed with this notice unless they are served by electronic notice. You must also attend the hearing scheduled to be held on:

<u>November 20, 2025</u> at <u>11:00 AM</u> Call 918.800.1393 Conf ID 471 269 989, Press #, Muskogee, OK 74401.

**IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT WILL DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION, WILL ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION AND THE ABOVE−SCHEDULED HEARING WILL BE STRICKEN WITHOUT FURTHER NOTICE.**

Date: October 27, 2025