UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re: )
)
CM HEAVY MACHINERY, LLC ) Case No. 24-80617
) Chapter 7
)
Debtor. )

## SUPPLEMENTAL CERTIFICATE OF SERVICE

Kelley G. Loud, Trustee, of lawful age, upon her oath does depose and state that on October 26, 2025, true and correct filed copies of the Trustee's Motion for Order of Contempt Against the Debtor for Failure to Comply with the Court's Order on the Trustee's Motion to Direct Debtor to Turnover Property (Dkt. No. 239) and the Notice of Motion and Hearing (Dkt. No. 240) were personally served on Clint Meadors, an authorized representative of Debtor, per the attached Affidavit of Service.

Dated this 4th day of November 2025.

Respectfully submitted:

/s/ Kelley GLoud
Kelley G. Loud, OBA #15808
kloudtrustee@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822

*Attorney for Trustee*

# AFFIDAVIT OF SERVICE

| Case: 24-80617 | Court: UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF OKLAHOMA | County: | Job: 14433841 |
|---|---|---|---|
| **Plaintiff / Petitioner:** IN RE: CM HEAVY MACHINERY, LLC; et al. | | **Defendant / Respondent:** | |
| **Received by:** JACKIE FREEMAN PSS-22-06 | | **For:** TITUS HILLIS REYNOLDS LOVE | |
| **To be served upon:** CLINT MEADORS | | | |

I, JACKIE FREEMAN, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** CLINT MEADORS, 424 E. HIGHWAY , HOLDENVILLE, OK 74848

**Manner of Service:** Personal/Individual, Oct 26, 2025, 5:30 pm CDT

**Documents:** NOTICE OF MOTION NOTICE OF DEADLINE TO FILE OBJECTION TO MOTION AND NOTICE OF HEARING IF OBJECTION FILED; TRUSTEE'S MOTION FOR ORDER OF CONTEMPT AGAINST THE DEBTOR FOR FAILURE TO COMPLY WITH THE COURT'S ORDER ON THE TRUSTEE'S MOTION TO DIRECT DEBTOR TO TURNOVER PROPERTY (Received Oct 22, 2025 at 4:45pm CDT), AMENDED SUMMONS IN AN ADVERSARY PROCEEDING; AND COMPLAINT (Received Oct 23, 2025 at 4:52pm CDT)

**Additional Comments:**
1) Successful Attempt: Oct 26, 2025, 5:30 pm CDT at 424 E. HIGHWAY , HOLDENVILLE, OK 74848 received by CLINT MEADORS. Age: 45-50; Ethnicity: Caucasian; Gender: Male; Weight: 210; Hair: Brown; Other: Defendant was served in the drive through at McDonalds. ;

_signature_ 10-28-25
JACKIE FREEMAN      Date
PSS-22-06

JACKIE FREEMAN PSS-22-06
PO BOX 235
TECUMSEH, Oklahoma 74873
(405) 596-5702

Subscribed and sworn to before me by the affiant who is personally known to me.

_signature_
Notary Public

Date

BRI Commission Expires
Notary Public in and for the State of Oklahoma
Commission #21014241
My Commission expires 10/29/2029