**Dated: November 13, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

CM Heavy Machinery, LLC            Case No. 24-80617-PRT
           Chapter 7
       Debtor.

ORDER AND NOTICE OF EVIDENTIARY HEARING

On the 12th day of November 2025, the Trustee's Motion for Order of Contempt Against Debtor for failure to Comply with the Court's Order on the Trustee's Motion to Direct Debtor to Turnover Property (Docket Entry 239) came before the Court for hearing. Appearances were entered at the hearing by Kelley G. Loud on behalf of the Trustee; Steve Soule on behalf of Great Plains National Bank; and Joe D. Tate on behalf of the Debtor.

Based upon the record, the Court finds that an evidentiary hearing should be conducted.

IT IS THEREFORE ORDERED that an evidentiary hearing shall be held on **December 17, 2025 at 10:00 a.m. in the Ed Edmondson Federal Courthouse, 101 N. 5th Street, Courtroom 4, Muskogee, Oklahoma. The parties shall comply with Local Form 9014-1(E) Instructions Governing Evidentiary Hearing Procedures in Contested Matters. Witness and Exhibit Lists due by December 10, 2025. Exhibits due by December 10, 2025.**

IT IS FURTHER ORDERED that Clint Meadors is to attend the hearing on December 17, 2025 at 10:00 a.m. Failure of Clint Meadors to attend the hearing will result in a finding of contempt.

###