**Dated: November 14, 2025**

**The following is ORDERED:**



PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

C M HEAVY MACHINERY, LLC,

Debtor.

Case No. 24-80617
Chapter 7

### ORDER GRANTING GREAT PLAINS NATIONAL BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TO COMPEL ABANDONMENT AND TO LIFT 14-DAY STAY UNDER FED. R. BANKR. P. 4001(A)(4)

Before the Court is Great Plains National Bank's ("GPNB") Motion for Relief from Automatic Stay and to Compel Abandonment and to Lift 14-Day Stay Under Fed. R. Bankr. P. 4001(A)(4) ("Motion") [Doc. No. 243] filed on October 27, 2025. In the Motion, GPNB asks the Court, pursuant to 11 U.S.C. §§ 362(d) and 554(b), to terminate the automatic stay so GPNB may recover and liquidate the real estate owned by the Debtor, C M Heavy Machinery, LLC (the "Debtor"), in the pending action in the District Court of Okfuskee County, Oklahoma, Case No. CJ-2024-34 ("State Court Case"), with a waiver of the fourteen (14) day stay imposed by Fed. R. Bankr. P. 4001(A)(4) and to compel the chapter 7 trustee to abandon the assets set forth herein pursuant to 11 U.S.C. § 554(b).

The Court, having considered the Motion and the applicable law, finds that the Motion should be and hereby is **GRANTED**. The Court further finds as follows:

1. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1334.

2. This proceeding is a core proceeding under 28 U.S.C. § 157(b)(2).

3. The Notice of Motion and Hearing was appropriately issued by GPNB and provided to all parties entitled to receive notice. *See* Doc. Nos. 245 and 246.

4. Pursuant to that certain Amended and Restated Commercial Real Estate Mortgage dated October 11, 2023, GPNB has a valid, duly recorded mortgage covering, *inter alia*, the Debtor's real property in Okfuskee County, Oklahoma, together with all improvements thereon. *Id.* at 39-59. This real property is more particularly described as follows (hereinafter, the "Business Real Property"):

> THAT PART OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER (SE/4 NE/4) OF SECTION TWENTY-FIVE (25), TOWNSHIP ELEVEN (11) NORTH, RANGE NINE (9) EAST OF THE INDIAN MERIDIAN, OKFUSKEE COUNTY, STATE OF OKLAHOMA, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF SAID SOUTHEAST QUARTER OF THE NORTHEAST QUARTER (SE/4 NE/4); THENCE ON A GRID BEARING OF N00 DEGREES 59'49"E ALONG THE EAST LINE OF SAID SOUTHEAST QUARTER OF THE NORTHWEST QUARTER (SE/4 NE/4) A DISTANCE OF 25.00 FEET; THENCE S89 DEGREES 20'31"W ON A LINE PARALLEL WITH THE SOUOTH LINE OF SAID SOUTHEAST QUARTER OF THE NORTHEAST QUARTER (SE/4 NE/4) A DISTANCE OF 50.00 FEET TO A POINT ON THE WEST RIGHT OF WAY LINE OF PRESENT STATE HIGHWAY NO. 27 AND THE POINT OF BEGINNING; THENCE CONTINUING S89 DEGREES 20'31"W A DISTANCE OF 330.51 FEET; THENCE N00 DEGREES 49'06"E A DISTANCE OF 681.44 FEET; THENCE N89 DEGREES 20'31"E A DISTANCE OF 308.92 FEET TO A POINT ON THE WEST RIGHT OF WAY LINE OF PRESENT STATE HIGHWAY NO. 27; THENCE S00 DEGREES 59'49"E ALONG SAID WEST RIGHT OF WAY LINE A DISTANCE OF 681.25 FEET TO THE POINT OF THE BEGINNING, CONTAINING 5.00 ACRES. AND
>
> COMMENCING AT THE SE/C SE SW; THENCE S89DEG48'43"W 745' TO THE POB; THENCE N00DEG21'00"W 100'; THENCE N45DEG51'27"E 180.09'; THENCE N00DEG21'00"W 944.97'; THENCE N59DEG16'00"W 291.91'; THENCE S89DEG48'45"W 455.56'; THENCE S00DEG20'40"E 1319.98'; THENCE N89DEG48'43"E 575.69' TO THE POB & THAT PART OF THE SW SW LYING SOUTH OF THE NORTH CANADIAN RIVER & NW SW SOUTH OF THE RIVER, LESS AND EXCEPT A 10 ACRE TRACT 24-10-9 BEARDEN TWP 1969 MELODY 12X50 VIN #8958 OTC #601899054002 (STG VALUE) 19.24 Acres

5. GPNB has established, pursuant to 11 U.S.C. § 362(d), that the Debtor does not have any equity in the Business Real Property because GPNB's lien against the Business Real Property exceeds its value.

6. The Business Real Property is not necessary to an effective reorganization of the Debtor, as this is a chapter 7 liquidation proceeding and there is no reorganization in prospect for the Debtor.

7. There is cause for providing relief from the automatic stay effective immediately such that the fourteen (14) day stay imposed by Fed. R. Bankr. P. 4001(a)(4) is hereby waived.

8. The Business Real Property is of inconsequential value and inconsequential benefit to the above-captioned bankruptcy estate. Accordingly, the chapter 7 trustee should be compelled to abandon the Business Real Property under 11 U.S.C. § 554(b).

9. GPNB reserves the right to pursue its secured interest in other collateral at a later time.

**IT IS THEREFORE ORDERED** that the automatic stay is immediately terminated, pursuant to 11 U.S.C. § 362(d), as to the Business Real Property so that GPNB may proceed in the State Court Litigation to recover the same.

**IT IS FURTHER ORDERED** that the fourteen (14) day stay imposed by Fed. R. Bankr. P. 4001(a)(4) is waived.

**IT IS FURTHER ORDERED** that the Business Real Property is hereby abandoned from the bankruptcy estate.

**IT IS FURTHER ORDERED** that the Court shall retain exclusive jurisdiction to enforce or modify the terms of this Order and that GPNB shall notify all interested parties of this Order.

**IT IS SO ORDERED.**

# # #

Submitted by:

**HALL, ESTILL HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
Connor M. Andreen, OBA No. 35047
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com
Email: candreen@hallestill.com

-and-

Daniel V. Carsey, OBA No. 21490
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEYS FOR GREAT PLAINS NATIONAL BANK**