United States Bankruptcy Court
Eastern District of Oklahoma

In re:                                                                                          Case No. 24-80617-PRT
C M Heavy Machinery, LLC                                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7                              User: admin                                   Page 1 of 2
Date Rcvd: Nov 13, 2025                           Form ID: pdfmtrx                              Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| 2011972 | + | Clint Meadors, P.O. Box 309, Okemah, OK 74859-0309 |
| 1975365 | | Clint Meadors, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:

**Name**                    **Email Address**

Alexander Sokolosky
                            on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com
                            lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com;jackie.shubitowski@crowedunlevy.com

Blake Sonne
                            on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com

Brandon Craig Bickle
                            on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com  bhornbeak@gablelaw.com

Christianna Annette Cathcart
                            on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com

Christopher Gnaedig
                            on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com

Connor Andreen
　　　　on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey
　　　　on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com kjanke@hallestill.com

Gary M. McDonald
　　　　on behalf of Creditor Recovery Logistics Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com

Joe D. Tate
　　　　on behalf of Debtor C M Heavy Machinery LLC jtate@thetatelawfirm.com

Karen Carden Walsh
　　　　on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee
　　　　on behalf of Plaintiff Kelley G Loud Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee
　　　　kloudtrustee@titushillis.com lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee
　　　　on behalf of Trustee Kelley G Loud Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud
　　　　on behalf of Trustee Kelley G Loud Trustee kloud@titushillis.com,
　　　　CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt
　　　　on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
　　　　on behalf of Attorney The VerStandig Law Firm LLC mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig
　　　　on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
　　　　USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
　　　　on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com

Steven William Soule'
　　　　on behalf of Creditor Great Plains National Bank ssoule@hallestill.com ssouleOKE@ecf.axosfs.com

TOTAL: 20

Dated: November 13, 2025

The following is ORDERED:



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

CM Heavy Machinery, LLC            Case No. 24-80617-PRT
                                                         Chapter 7
           Debtor.

ORDER AND NOTICE OF EVIDENTIARY HEARING

On the 12th day of November 2025, the Trustee's Motion for Order of Contempt Against Debtor for failure to Comply with the Court's Order on the Trustee's Motion to Direct Debtor to Turnover Property (Docket Entry 239) came before the Court for hearing. Appearances were entered at the hearing by Kelley G. Loud on behalf of the Trustee; Steve Soule on behalf of Great Plains National Bank; and Joe D. Tate on behalf of the Debtor.

Based upon the record, the Court finds that an evidentiary hearing should be conducted.

IT IS THEREFORE ORDERED that an evidentiary hearing shall be held on **December 17, 2025 at 10:00 a.m. in the Ed Edmondson Federal Courthouse, 101 N. 5th Street, Courtroom 4, Muskogee, Oklahoma.** The parties shall comply with Local Form 9014-1(E) Instructions Governing Evidentiary Hearing Procedures in Contested Matters. Witness and Exhibit Lists due by December 10, 2025. Exhibits due by December 10, 2025.

IT IS FURTHER ORDERED that Clint Meadors is to attend the hearing on December 17, 2025 at 10:00 a.m. Failure of Clint Meadors to attend the hearing will result in a finding of contempt.

###