IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | |
| C M HEAVY MACHINERY, LLC ) | Case No. 24-80617 |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## APPLICATION TO CONTINUE EVIDENTIARY HEARING
## SET FOR DECEMBER 17, 2025 TO JANUARY 8, 2026

Kelley G. Loud, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case ("Trustee"), respectfully submits this application to the Court to continue the hearing scheduled for December 17, 2025, at 10:00 a.m. to January 8, 2026, at 1:30 p.m. ("Application"). In support of this Application, Trustee respectfully states as follows:

1. Trustee filed her Motion for Order of Contempt against the Debtor for Failure to Comply with the Court's Order on the Trustee's Motion to Direct Debtor to Turnover Property ("Motion") on October 22, 2025 (DE 239).

2. A preliminary hearing was held on November 5, 2025. An evidentiary hearing on the Motion has been scheduled for December 17, 2025 at 10:00 a.m. (DE 250).

3. Due to scheduling conflicts, Trustee requests the evidentiary hearing scheduled for December 17, 2025 be continued to January 8, 2026 at 1:30 p.m.

4. Counsel for Debtor has advised the Debtor does not oppose the continuance of the evidentiary hearing to January 8, 2026 at 1:30 p.m.

5. Trustee requests the Order granting this Application further order Clint Meadors to appear at the continued evidentiary hearing on January 8, 2026 at 1:30 p.m.

WHEREFORE, Trustee respectfully requests the Court enter an order granting this Application and continuing the hearing scheduled for December 17, 2025 at 10:00 a.m. to January 8, 2026 at 1:30 p.m.

Respectfully submitted:

/s/Kelley G. Loud
Kelley G. Loud, OBA #15808
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma  74103
(918) 587-6800  FAX: (918) 587-6822
kloud@titushillis.com
  *Attorney for  Chapter 7 Trustee*