**Dated: December 5, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| **C M HEAVY MACHINERY, LLC** ) | **Case No. 24-80617** |
| ) | **Chapter 7** |
| ) | |
| **Debtor.** ) | |

**ORDER GRANTING
APPLICATION TO CONTINUE EVIDENTIARY HEARING
<u>SET FOR DECEMBER 17, 2025 TO JANUARY 8, 2026</u>**

Before the Court is the Application to Continue Evidentiary Hearing set for December 17, 2025 at 10:00 a.m. to January 8, 2026 at 1:30 p.m. filed by Kelley G. Loud, the duly appointed Chapter 7 Trustee. The Court finds that cause exists to grant the Application.

**IT IS THEREFORE ORDERED** that an evidentiary hearing on Trustee's Motion for Order of Contempt against the Debtor for Failure to Comply with the Court's Order on the Trustee's Motion to Direct Debtor to Turnover Property [DE 239] shall be continued to January 8, 2026 at 1:30 p.m. Said hearing will be held in the Ed Edmondson Federal Courthouse, 101 N. 5th St., Courtroom 4, Muskogee, Oklahoma. Witness and Exhibits Lists are due by January 5, 2026.

**IT IS FURTHER ORDERED** that the Court's previous Order [DE 250] remains in effect: Clint Meadors is ordered to attend the hearing on January 8, 2026 at 1:30 p.m. Failure of Clint Meadors to attend the hearing will result in a finding of contempt.

# # #

APPROVED FOR ENTRY:


   /s/ Kelley G. Loud
Kelley G. Loud, OBA #15808
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
kloud@titushillis.com