# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

**CM HEAVY MACHINERY, LLC**
    Debtor.

CASE NO. 24-80617
CHAPTER 7

## WITNESS LIST

√ MOVANT Kelley G. Loud, Trustee      ☐ RESPONDENT _____

| DATE OF HEARING: January 8, 2026 at 1:30 p.m. Motion for Order of Contempt (DKT 239) | | OPERATOR | | | | PAGE NO. |
|---|---|---|---|---|---|---|
| **Witness No.** | **NAME AND ADDRESS (Brief Description of Testimony)** | Direct | Cross | Redir | Recross | Judge |
| 1 | **Dan Duckwall**<br>**6103 North Admiral Blvd, Tulsa, OK**<br>**Facts surrounding Debtor's refusal to turn over Estate assets.** | | | | | |
| 2 | **Alexandra Crawley**<br>**100 North Broadway Ave, Suite 2900**<br>**Oklahoma City, OK**<br>**Facts surrounding Debtor's refusal to turn over Estate assets** | | | | | |
| 3 | **Cody Duckwall**<br>**6103 North Admiral Blvd, Tulsa, OK**<br>**Facts surrounding Debtor's refusal to turn over Estate assets.** | | | | | |
| 4 | **Kelley Loud, Chapter 7 Trustee**<br>**15 East 5th Street, Suite 3700, Tulsa, OK**<br>**Facts surrounding Debtor's refusal to turn over Estate assets.** | | | | | |
| 5 | **Witnesses necessary for rebuttal, witnesses called by Respondent.** | | | | | |

        Respectfully submitted:

        _s/Kelley G. Loud_____
        Kelley G. Loud, OBA #15808
        kloud@titushillis.com
        **TITUS HILLIS REYNOLDS LOVE**
        15 East Fifth Street, Suite 3700
        Tulsa, Oklahoma  74103
        (918) 587-6800  FAX: (918) 587-6822
        *Attorney for Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

**CM HEAVY MACHINERY, LLC**
    Debtor.

CASE NO. 24-80617
CHAPTER 7

## EXHIBIT LIST

√ MOVANT Kelley G. Loud, Trustee      ☐ RESPONDENT _____

| DATE OF HEARING: January 8, 2026, at 1:30 p.m. Motion for Order of Contempt (DKT 239) || OPERATOR || PAGE NO. |
|---|---|---|---|---|
| EXHIBIT NO. | DESCRIPTION (Brief description and intended purpose) | I D | ADMITTED | REJECT/WD |
| 1 | Order requiring turnover of property upon conversion of case. (Dkt. 186) | | | |
| 2 | Email communications between Chapter 7 Trustee and Counsel for Debtor CM Heavy Machinery on July 3, 2025 and July 4, 2025. | | | |
| 3 | Email communications by Chapter 7 Trustee to Clint Meadors and Holly Goodson dated July 18, 2025 | | | |
| 4 | Email communications between Chapter 7 Trustee and Clint Meadors dated August 7, 2025 | | | |
| 5 | Motion for Turnover of Property (Dkt. 215) | | | |
| 6 | Order Granting Trustee's Motion for Turnover of Property (Dkt. 231) | | | |
| 7 | Notice of Appearance and Request for Notices filed by Counsel for CM Heavy Machinery, LLC (Dkt. 232) | | | |
| 8 | Motion for Order of Contempt as to Debtor CM Heavy Machinery, LLC (Dkt. 239) | | | |
| 9 | Certificate of Service for Motion for Order of Contempt and Notice of Motion (Dkt. 241) | | | |
| 10 | Supplemental Certificate of Service for Motion for Order of Contempt and Notice of Motion (Dkt. 249) | | | |
| 11 | Order setting Evidentiary Hearing for January 8, 2026 (Dkt. 254) | | | |
| 12 | List reflecting Equipment and Vehicles listed on Debtor CM Heavy Machinery, LLC's Schedule A/B and Amended Schedule A/B | | | |
| | Exhibits necessary for rebuttal and exhibits designated by Respondent | | | |
| | | | | |

Respectfully submitted:

_s/Kelley G. Loud_____
Kelley G. Loud, OBA #15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma   74103
(918) 587-6800   FAX: (918) 587-6822
*Attorney for Trustee*