UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

| In Re: | ) |
|---|---|
| | ) |
| **CM HEAVY MACHINERY, LLC** | ) Case No. 24-80617 |
| | ) Chapter 7 |
| | ) |
| **Debtor.** | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE AND BE ADVISED that Ashley F. Vinson, of the law firm of Titus Hillis Reynolds Love, hereby appears in the above-referenced Chapter 7 case as counsel with Titus Hillis Reynolds Love, firm for Trustee. Pursuant to the Federal Rules of Bankruptcy Procedure and Local Rules of the United States Bankruptcy Court for the Eastern District of Oklahoma, respectfully requests that copies of all notices, applications, motions, orders, and all other papers given or filed in this case be given and served upon the undersigned at the following physical addresses, email addresses, or facsimile numbers:

Ashley F. Vinson
avinson@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800  FAX: (918) 587-6822

    Respectfully submitted:

    /s/ Ashley F. Vinson_____
    Ashley F. Vinson, OBA #34812
    avinson@titushillis.com
    **TITUS HILLIS REYNOLDS LOVE**
    15 East Fifth Street, Suite 3700
    Tulsa, Oklahoma 74103
    (918) 587-6800  FAX: (918) 587-6822

    *Attorney for Trustee*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on December 31, 2025, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF system on all parties receiving notice in this case vie the CM/ECF system.

               */s/ Ashley F. Vinson*
                Ashley F. Vinson