UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | |
| CM HEAVY MACHINERY, LLC ) | Case No. 24-80617 |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

Kelley G. Loud, Trustee, of lawful age, upon her oath does depose and state that on September 23, 2025, a true and correct filed copy of the Order granting Motion to Direct Debtor to Turnover Property (Dkt. No. 231) was served by email on counsel for the Debtor as set forth below.

    Joe D. Tate
    Tates4OU@gmail.com

Dated this 2nd day of January, 2026.

    Respectfully submitted:

    /s/ Kelley GLoud
    Kelley G. Loud, OBA #15808
    kloudtrustee@titushillis.com
    **TITUS HILLIS REYNOLDS LOVE**
    15 East Fifth Street, Suite 3700
    Tulsa, Oklahoma  74103
    (918) 587-6800  FAX: (918) 587-6822

    *Attorney for Trustee*