United States Bankruptcy Court
Eastern District of Oklahoma

In re:  Case No. 24-80617-PRT
C M Heavy Machinery, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7     User: admin     Page 1 of 2
Date Rcvd: Jan 09, 2026     Form ID: MinBK     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| 2011972 | + | Clint Meadors, P.O. Box 309, Okemah, OK 74859-0309 |
| 1975365 | | Clint Meadors, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Sokolosky | on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com;jackie.shubitowski@crowedunlevy.com |
| Ashley F. Vinson | on behalf of Trustee Kelley G Loud Trustee avinson@titushillis.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Brandon Craig Bickle | on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com bhornbeak@gablelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery LLC christianna@dakotabankruptcy.com |

Christopher Gnaedig
    on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com

Connor Andreen
    on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey
    on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com kjanke@hallestill.com

Gary M. McDonald
    on behalf of Creditor Recovery Logistics Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com

Joe D. Tate
    on behalf of Debtor C M Heavy Machinery LLC jtate@thetatelawfirm.com

Karen Carden Walsh
    on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee
    on behalf of Plaintiff Kelley G Loud Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee
    kloudtrustee@titushillis.com lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee
    on behalf of Trustee Kelley G Loud Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud
    on behalf of Trustee Kelley G Loud Trustee kloud@titushillis.com, CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt
    on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
    on behalf of Attorney The VerStandig Law Firm LLC mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
    USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
    on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com

Steven William Soule'
    on behalf of Creditor Great Plains National Bank ssoule@hallestill.com ssouleOKE@ecf.axosfs.com

TOTAL: 21

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
Case No.: 24−80617
Chapter: 7

**FILED**
Jan. 9, 2026
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
C M Heavy Machinery, LLC
aka CM Heavy Machinery, LLC
11097 Highway 27
Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
42−1737967

MINUTE ENTRY: Evidentiary Hearing held 1/8/2026 at 1:30 p.m. (RE: Related Document(s) 239 Motion for Contempt) filed by Trustee. Appearances: Kelley Loud, Trustee and Ashley Vinson, attorney for Trustee; Joe Tate, attorney for Clint Meadors and Debtor; Conner Andreen for Great Plains National Bank. Trustees exhibits admitted without objection. Motion granted. Court finds the Debtor and Clint Meadors in civil contempt. Order to follow. Matter continued to Friday, 1/23/2026 at 1:30 PM, courtroom 4. Mr. Meadors is ordered to appear (Corley, Cheryl)

Dated: January 9, 2026

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**