| | |
|---|---|
| In re: | Case No. 24-80617-PRT |
| C M Heavy Machinery, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1086-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2026 | Form ID: pdfpo | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Sokolosky | on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com;jackie.shubitowski@crowedunlevy.com |
| Ashley F. Vinson | on behalf of Trustee Kelley G Loud Trustee avinson@titushillis.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Brandon Craig Bickle | on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com bhornbeak@gablelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Connor Andreen | on behalf of Creditor Great Plains National Bank candreen@hallestill.com |
| Daniel Vaughn Carsey | |

on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com

Gary M. McDonald

on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com

Joe D. Tate

on behalf of Debtor C M Heavy Machinery  LLC jtate@thetatelawfirm.com

Karen Carden Walsh

on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee

on behalf of Plaintiff Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

kloudtrustee@titushillis.com  lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

on behalf of Trustee Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud

on behalf of Trustee Kelley G Loud  Trustee kloud@titushillis.com, CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt

on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig

on behalf of Attorney The VerStandig Law Firm  LLC mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig

on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee

USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

Steven William Soule'

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  ssouleOKE@ecf.axosfs.com

TOTAL: 21

Dated: January 12, 2026

The following is ORDERED:



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

C M HEAVY MACHINERY, LLC           Case No. 24-80617-PRT
Chapter 7

Debtor.

## ORDER OF CIVIL CONTEMPT

Before the Court is the Trustee's Motion for Order of Contempt Against the Debtor for Failure to Comply with the Court's Order on the Trustee's Motion to Direct Debtor to Turnover Property (ECF No. 239). The Court held an evidentiary hearing on January 8, 2026. In accordance with the Court's statements after the presentation of arguments and evidence,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court finds the Debtor and Mr. Clint Meadors ("Mr. Meadors") in civil contempt for failure to comply with the Court's Order Granting Trustee's Motion for Turnover of Property by Debtor and Directing Turnover (ECF No. 231) entered September 23, 2025.

2. The Court will require Mr. Meadors to pay the Chapter 7 Trustee's fees and costs associated with the hearing held on January 8, 2026 regarding the Trustee's Motion for

Order of Contempt (ECF No. 239) to be submitted by Application of the Trustee.

3. The Court orders Mr. Meadors to meet in person with the Trustee and/or the Trustee's agent(s) at **10:00 A.M., Friday, January 16, 2026**, at Mabrey Bank, 601 S. Main, Wetumka, Oklahoma, for the purpose of physically showing the location to the Trustee/Trustee's agent(s), and facilitating the Trustee/Trustee's agent(s) to gain possession of the items identified in the Order Granting Trustee's Motion for Turnover of Property by Debtor and Directing Turnover (ECF No. 231), as follows:

> **2021 Trail King McCormick MCL51 Attachment Loader**
> **2013 Trail King XL22MB Attachment-XL Spreader**
> **2002 Komatsu D61-PX Dozer**
> **2018 Komatsu D65PX-18 Dozer**
> **2018 Komatsu D65PX-18 Dozer**
> **2018 Komatsu D85PX-18 Dozer**
> **1981 Caterpillar D6D Dozer**
> **2017 Caterpillar 323FL Excavator**
> **2010 Komatsu PC270LC-8 Excavator**
> **2020 Komatsu GD655-6 Grader-Motor**
> **2012 Case 821F Loader-Wheel**
> **2013 Hotsy Powerwasher**
> **2018 Hamm H121 Roller**
> **2019 Kubota SVL95 Skid Steer W/Bucket & Forks**
> **2020 Kubota SVL95-2 Skid Steer W/Bucket & Forks**
> **2021 McCormick X6 470 Tractor-X6 470**
> **2000 Ford F650**
> **2005 Dodge 3500 Truck**
> **2019 Ford F550 Truck**
> **2014 Ford F150 Truck**
> **2019 Ford F350 Truck**
> **2016 Trail Sport TRL-16 Enclosed Utility**
> **2011 Horsecreek CH-18 Trailer-18" Car-Hauler Flatbed**
> **2018 Friesen Bumper pull Trailer**
> **1979 TRI Hay Trailer**
> **1980 Fruehauf FBZ F2 Trailer**
> **2008 MXT MC 8X10 Trailer Motorcycle**
> **2018 Trail King TKll0HDG Trailer Semi-Lowboy**
> **2007 Peterbilt 379 Truck-Haul**

4. At a minimum, on **January 16, 2026**, Mr. Meadors shall turn over to the Trustee/Trustee's agent(s) the 2018 Trail King TK110HDG Trailer Semi-Lowboy and

2007 Peterbilt 379 Truck-Haul. The turnover of these items shall be completed by 3:00 P.M.

5. Should Mr. Meadors fail to cooperate and accomplish the turnover of at least the 2018 Trail King TK110HDG Trailer Semi-Lowboy and 2007 Peterbilt 379 Truck-Haul on January 16, 2026, the Court will assess a fine of $500 per day which will continue to accrue until the 2018 Trail King TK110HDG Trailer Semi-Lowboy and 2007 Peterbilt 379 Truck-Haul are in the control of the Trustee/Trustee's agent(s).

6. The Court further orders that it will reconvene on **January 23, 2026** at **1:30 P.M.**, Ed Edmondson Courthouse, 101 N 5th, Muskogee OK Courtroom 4. Mr. Meadors is ordered to appear and attend this hearing. At that time, the Trustee shall advise the Court and present evidence of Mr. Meador's compliance or non-compliance with this Order.

7. Pursuant to Mr. Meador's sworn testimony before this Court, service may be made on him at P.O. Box 309, Okemah, Oklahoma 74859.

### 