UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re: )
)
CM HEAVY MACHINERY, LLC, ) Case No. 24-80617
) Chapter 7
)
Debtor. )

NOTICE OF NON-COMPLIANCE AND
NOTICE OF INTENT TO REQUEST ADDITIONAL CIVIL SANCTIONS

COMES NOW Kelley G. Loud, Trustee ("Trustee") and files a Notice of Non-Compliance and Notice of Intent to Request Additional Civil Sanctions against Debtor CM Heavy Machinery, LLC ("Debtor") and Clint Meadors ("Meadors").

1. Debtor filed its Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code on August 8, 2024.

2. The Chapter 11 case was converted to a case under Chapter 7 by the Order of this Court entered on June 27, 2025 [ECF No. 184].

3. Kelley G. Loud is the duly appointed, qualified and acting Trustee of this case.

4. An evidentiary hearing was held on January 8, 2026, on the Trustee's Motion for Order of Contempt Against the Debtor for Failure to Comply with the Court's Order on the Trustee's Motion to Direct Debtor to Turnover Property [ECF No. 239].

5. Subsequent to that hearing, an Order of Civil Contempt was entered by the Court on January 12, 2026 [ECF No. 261]. Trustee served the Order of Civil Contempt by hand delivery on Meadors and on Debtor by and through Meadors at the Okfuskee County Courthouse on January 14, 2026.

6. The Order of Civil Contempt found Debtor and Meadors in civil contempt for failure to comply with the Court's Order Granting Trustee's Motion for Turnover of Property by

1

Debtor and Directing Turnover entered on September 23, 2025 [ECF No. 231] and required Meadors to:

> a.       Meet in person with the Trustee or the Trustee's agent(s) at 10:00 a.m., Friday, January 16, 2026, at Mabrey Bank, 601 S. Main, Wetumka, OK for the purpose of physically showing the location to the Trustee/Trustee's agent(s) and facilitating the Trustee/Trustee's agent(s) to gain possession of the items identified in the Order Granting Trustee's Motion for Turnover of Property by Debtor and Directing Turnover [ECF No. 231].
>
> b.       Turnover to the Trustee/Trustee's agent(s) the 2018 Trail King TK 110HDG Trailer Semi-Lowboy and 2007 Peterbilt 379 Truck-Haul. Said turnover was ordered to be completed by 3:00 p.m. on January 16, 2026.

7.       Trustee was present at Mabrey Bank, 601 S. Main, Wetumka, OK from 9:40 a.m. to 11:00 a.m. on Friday, January 16, 2026. Meadors did not appear as required by the Order of Civil Contempt. Rather, Meadors texted Trustee at 9:53 a.m. and advised he would not appear stating: "Kelley, I'm still trying to locate the Peterbilt and the other equipment it's been very difficult without a vehicle but I will not be able to meet you guys today." Meadors sent additional texts claiming he does not know the location of the property listed in the Order of Civil Contempt.

8.       Due to Meadors' failure to appear, Trustee and her agents did not obtain the location of the items identified in the Order of Civil Contempt nor did Meadors turn over possession of the 2018 Trail King TK 110HDG Trailer Semi-Lowboy and 2007 Peterbilt 379 Truck-Haul as required by the Order of Civil Contempt.

9.       Meadors' claim that he does not know the location of the 2018 Trail King TK 110HDG Trailer Semi-Lowboy and 2007 Peterbilt 379 Truck-Haul and other equipment identified in the Order of Civil Contempt is not credible and is made in bad faith. Meadors has been the manager and sole member of Debtor since its inception. During the Chapter 11 proceedings, he testified as to the assets of Debtor without any problem as to their location.

10. Further, Trustee can present evidence that Meadors and the 2018 Trail King TK 110HDG Trailer Semi-Lowboy and 2007 Peterbilt 379 Truck-Haul were seen during the first week of December in Wetumka. Additionally, Trustee has been presented with information that Meadors and third parties have been using certain of the heavy equipment listed on the Order of Civil Contempt to generate income since the conversion of this case. Trustee continues to investigate with regard to those allegations.

11. As a consequence of Meadors' failure to comply with the Order of Civil Contempt per the terms of that Order, the Court should assess a fine of $500 per day from January 16, 2026 forward, until the 2018 Trail King TK 110HDG Trailer Semi-Lowboy and 2007 Peterbilt 379 Truck-Haul are turned over to Trustee.

12. The Order of Civil Contempt sets a hearing on January 23, 2026 at 1:30 p.m. at which Trustee shall advise the Court of Debtor's and Meadors' compliance or non-compliance with the Order of Civil Contempt. Meadors is ordered to appear and attend that hearing.

13. Should Meadors fail to attend the hearing on January 23, 2026 at 1:30 p.m., Trustee intends to request the Court issue a bench warrant directing the U. S. Marshals Service to bring Meadors before the Court and/or have Meadors incarcerated until he attempts to comply in good faith with the Order of Civil Contempt.

14. If Meadors attends the hearing on January 23, 2026 at 1:30 p.m., Trustee intends to request additional civil sanctions be implemented to coerce Debtor's and Meador's compliance with the Order of Civil Contempt, including but not limited to incarcerating Meadors until he attempts to comply in good faith with the Order of Civil Contempt, purging the contempt.

Respectfully submitted:


 s/Kelley G. Loud
Kelley G. Loud, OBA #15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma  74103
(918) 587-6800  FAX: (918) 587-6822
*Attorneys for Trustee*

4