## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

In Re:                     )

                              )

**CM HEAVY MACHINERY, LLC**   )   **Case No. 24-80617**

                              )   **Chapter 7**

                              )

        Debtor.         )

## <u>CERTIFICATE OF MAILING</u>

I do hereby certify that on January 20, 2026, a true and correct copy of the Trustee's Notice of Non-Compliance and Notice of Intent to Request Additional Civil Sanctions (Dkt. No. 264) was served by first class regular mail, postage prepaid, on:

      Clint Meadors
      Debtor CM Heavy Machinery, LLC
      P.O. Box 309
      Okemah, Oklahoma 74859

                Respectfully submitted:

                /s/ Kelley G. Loud
                Kelley G. Loud, OBA #15808
                kloudtrustee@titushillis.com
                **TITUS HILLIS REYNOLDS LOVE**
                15 East Fifth Street, Suite 3700
                Tulsa, Oklahoma  74103
                (918) 587-6800  FAX: (918) 587-6822

                *Attorney for Trustee*