**Outlook**



Fw: U.S. Bankruptcy Court, Eastern District of Oklahoma - Returned Mail Notice, In re: , Case Number: 25-08018, PRT, Ref: [p-246772626]

From Debi Anderson <Debi_Anderson@okeb.uscourts.gov>
Date Fri 1/23/2026 9:32 AM
To Cheryl Corley <Cheryl_Corley@okeb.uscourts.gov>; Amanda Foshee <Amanda_Foshee@okeb.uscourts.gov>; Cindi Austin <Cindi_Austin@okeb.uscourts.gov>

📎 1 attachment (4 KB)
R_P72508018entofdft0046.PDF;

This will need to be docketed.

From: USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
Sent: Thursday, January 22, 2026 8:18 PM
To: OKEBml_BNC <bnc@okeb.uscourts.gov>
Subject: U.S. Bankruptcy Court, Eastern District of Oklahoma - Returned Mail Notice, In re: , Case Number: 25-08018, PRT, Ref: [p-246772626]

CAUTION - EXTERNAL:

Notice of Returned Mail to Court - Adversary Proceeding

January 22, 2026

From: The Bankruptcy Noticing Center

Re:   Returned Mail Notice - Adversary Proceeding

In re: Kelley G Loud, Trustee, Plaintiff
       Clint Meadors, Defendant
       Adv. Proc. No. 25-08018 PRT

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. This notification is being sent for appropriate processing as your court may determine.

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

United States Trustee OKC
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3440