| | |
|---|---|
| In re: | Case No. 24-80617-PRT |
| C M Heavy Machinery, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1086-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 23, 2026 | Form ID: pdfpo | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Sokolosky | on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com;jackie.shubitowski@crowedunlevy.com |
| Ashley F. Vinson | on behalf of Trustee Kelley G Loud Trustee avinson@titushillis.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Brandon Craig Bickle | on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com bhornbeak@gablelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Connor Andreen | on behalf of Creditor Great Plains National Bank candreen@hallestill.com |
| Daniel Vaughn Carsey | |

| | |
|---|---|
| | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com kjanke@hallestill.com |
| Gary M. McDonald | |
| | on behalf of Creditor Recovery Logistics Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com |
| Joe D. Tate | |
| | on behalf of Debtor C M Heavy Machinery LLC jtate@thetatelawfirm.com |
| Karen Carden Walsh | |
| | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |
| Kelley G Loud, Trustee | |
| | on behalf of Plaintiff Kelley G Loud Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net |
| Kelley G Loud, Trustee | |
| | kloudtrustee@titushillis.com lmcpherson@titushillis.com;kgl@trustesolutions.net |
| Kelley G Loud, Trustee | |
| | on behalf of Trustee Kelley G Loud Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net |
| Kelley G. Loud | |
| | on behalf of Trustee Kelley G Loud Trustee kloud@titushillis.com, CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com |
| Mary Kindelt | |
| | on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov |
| Maurice VerStandig | |
| | on behalf of Attorney The VerStandig Law Firm LLC mac@mbvesq.com, verstandiglaw@recap.email |
| Maurice VerStandig | |
| | on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email |
| Office of the United States Trustee | |
| | USTPRegion20.TU.ECF@usdoj.gov |
| Steven William Soule | |
| | on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com |
| Steven William Soule' | |
| | on behalf of Creditor Great Plains National Bank ssoule@hallestill.com ssouleOKE@ecf.axosfs.com |

TOTAL: 21

Dated: January 23, 2026

The following is ORDERED:



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

C M HEAVY MACHINERY, LLC            Case No. 24-80617-PRT
                                    Chapter 7
        Debtor.

### ORDER OF CIVIL CONTEMPT

The Court held a hearing on January 23, 2026 regarding its Order of Contempt entered January 8, 2026 and filed of record on January 12, 2026 (ECF No. 261), and the Chapter 7 Trustee's Notice of Non-Compliance and Notice of Intent to Request Additional Civil Sanctions, including incarceration (ECF No. 264). Appearances were entered by Trustee Kelley G. Loud, Joe D. Tate for Debtor and Mr. Clint Meadors, and Steve Soule for Great Plains National Bank. Mr. Clint Meadors appeared, was sworn in, and provided testimony to the Court. The Trustee stated that she has obtained possession of one item in the Order at ECF No. 261, the 2018 Hamm J121 Roller.

In accordance with the Court's statements in the hearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court finds the Debtor and Mr. Clint Meadors ("Mr. Meadors") continue to be in civil contempt for failure to comply with the Court's Order Granting Trustee's Motion for Turnover of Property by Debtor and Directing Turnover (ECF No. 231) entered September 23, 2025, and are in civil contempt for failure to comply with the Order of Civil Contempt (ECF 261) filed January 12, 2026.

2. The Court orders Mr. Meadors to provide the location of the items listed herein, turnover possession of and facilitate the transfer to the Trustee/Trustee's agent(s) of the items identified in the Order Granting Trustee's Motion for Turnover of Property by Debtor and Directing Turnover (ECF No. 231), as follows:

**2021 Trail King McCormick MCL51 Attachment Loader**
**2013 Trail King XL22MB Attachment-XL Spreader**
**2002 Komatsu D61-PX Dozer**
**2018 Komatsu D65PX-18 Dozer**
**2018 Komatsu D65PX-18 Dozer**
**2018 Komatsu D85PX-18 Dozer**
**1981 Caterpillar D6D Dozer**
**2017 Caterpillar 323FL Excavator**
**2010 Komatsu PC270LC-8 Excavator**
**2020 Komatsu GD655-6 Grader-Motor**
**2012 Case 821F Loader-Wheel**
**2013 Hotsy Powerwasher**
**2019 Kubota SVL95 Skid Steer W/Bucket & Forks**
**2020 Kubota SVL95-2 Skid Steer W/Bucket & Forks**
**2021 McCormick X6 470 Tractor-X6 470**
**2000 Ford F650**
**2005 Dodge 3500 Truck**
**2019 Ford F550 Truck**
**2014 Ford F150 Truck**
**2019 Ford F350 Truck**
**2016 Trail Sport TRL-16 Enclosed Utility**
**2011 Horsecreek CH-18 Trailer-18" Car-Hauler Flatbed**
**2018 Friesen Bumper pull Trailer**
**1979 TRI Hay Trailer**
**1980 Fruehauf FBZ F2 Trailer**
**2008 MXT MC 8X10 Trailer Motorcycle**
**2018 Trail King TKll0HDG Trailer Semi-Lowboy**
**2007 Peterbilt 379 Truck-Haul**

3. The Court further orders that it will reconvene on **January 28, 2026** at **10:00 A.M.**, Ed Edmondson Courthouse, 101 N 5th, Muskogee OK Courtroom 4. Mr. Meadors is ordered to appear and attend this hearing. At that time, the Trustee shall advise the Court and present evidence of Mr. Meador's compliance or non-compliance with the Court's instructions of January 8, 2026, and January 23, 2026.

4. If the Trustee or Trustee's agent(s) do not have custody of at least some of the items listed above prior to the hearing on January 28, 2026 at 10:00 A.M., the Court will direct the United States Marshals Service to take Mr. Meadors into custody and detain him until the contempt is purged.

# # #