**Dated: January 28, 2026**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

C M HEAVY MACHINERY, LLC   Case No. 24-80617-PRT
                          Chapter 7
    Debtor.

### ORDER OF CIVIL CONTEMPT DIRECTING DETAINMENT OF CLINT MEADORS

The Court held a hearing on January 28, 2026, regarding its Order of Contempt entered January 8, 2026 and filed of record on January 12, 2026 (ECF No. 261), the Chapter 7 Trustee's Notice of Non-Compliance and Notice of Intent to Request Additional Civil Sanctions, including incarceration (ECF No. 264), and Order of Civil Contempt entered and filed January 23, 2026 (ECF No. 267). Appearances were entered by Trustee Kelley G. Loud, Joe D. Tate for Debtor and Mr. Clint Meadors, and Connor Andreen for Great Plains National Bank. Mr. Clint Meadors appeared, was sworn in, and requested a stay of this proceeding. The request was denied. The Court found Mr. Meadors in contempt and ordered Mr. Meadors to be taken into custody by the United States Marshals Service.

In accordance with the Court's statements in the hearing,

IT IS HEREBY ORDERED that the United States Marshals Service is directed to take Clint Meadors into custody and detain him until further order of the Court.

# # #