**Dated: January 28, 2026**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

C M HEAVY MACHINERY, LLC          Case No. 24-80617-PRT
                                                                  Chapter 7

      Debtor.

## ORDER

On January 28, 2026, this Court entered an order finding Mr. Clint Meadors in contempt and directed the United States Marshals Service to take Mr. Meadors into custody. The United States Marshals Service thereby took Mr. Meadors into custody and was ordered to detain him until further order of this Court.

IT IS HEREBY ORDERED that to purge the previously entered Orders of Contempt, and to be released from custody, Mr. Clint Meadors must provide all information available to him to assist the Trustee, Ms. Loud, in recovering the items on the following list:

1. 2021 Trail King McCormick MCL51 Attachment Loader
2. 2013 Trail King XL22MB Attachment-XL Spreader
3. 2002 Komatsu D61-PX Dozer
4. 2018 Komatsu D65PX-18 Dozer
5. 2018 Komatsu D65PX-18 Dozer

6. 2018 Komatsu D85PX-18 Dozer
7. 1981 Caterpillar D6D Dozer
8. 2017 Caterpillar 323FL Excavator
9. 2010 Komatsu PC270LC-8 Excavator
10. 2020 Komatsu GD655-6 Grader-Motor
11. 2012 Case 821F Loader-Wheel
12. 2013 Hotsy Powerwasher
13. 2019 Kubota SVL95 Skid Steer W/Bucket & Forks
14. 2020 Kubota SVL95-2 Skid Steer W/Bucket & Forks
15. 2021 McCormick X6 470 Tractor-X6 470
16. 2000 Ford F650
17. 2005 Dodge 3500 Truck
18. 2019 Ford F550 Truck
19. 2014 Ford F150 Truck
20. 2019 Ford F350 Truck
21. 2016 Trail Sport TRL-16 Enclosed Utility
22. 2011 Horsecreek CH-18 Trailer-18" Car-Hauler Flatbed
23. 2018 Friesen Bumper pull Trailer
24. 1979 TRI Hay Trailer
25. 1980 Fruehauf FBZ F2 Trailer
26. 2008 MXT MC 8X10 Trailer Motorcycle
27. 2018 Trail King TK110HDG Trailer Semi-Lowboy
28. 2007 Peterbilt 379 Truck-Haul

(The list does not include the 2018 Hamm H121 Roller because Trustee Loud acknowledged that she is in possession of this item.)

The information to be provided by Mr. Meadors to the Trustee must include:

1. The current location of the listed items (if known).
2. If the current location is not known by Mr. Meadors, then the item's last known location.
3. If any of the items are completely unknown to Mr. Meadors, the reason the item was listed in the bankruptcy as property of the Debtor, CM Heavy Machinery, LLC.
4. If the item has been sold, transferred, or otherwise disposed of, the facts surrounding such sale, transfer, or disposal. For example, if sold or transferred – to whom the item was sold or transferred, when it was sold or transferred, the purchase price (if any), and where the transaction took place. If otherwise disposed of, how it was disposed.
5. The identities and contact information of anyone known to Mr. Meadors who may have information about the location and/or possession of the listed items.
6. Any other information available to Mr. Meadors that would assist the trustee in recovering the listed items.

IT IS FURTHER ORDERED that the Court will reconvene on **January 30, 2026,** at **9:00 A.M.**, Ed Edmondson Courthouse, 101 N 5th, Muskogee OK Courtroom 4. Mr. Meadors is ordered to appear and attend this hearing. The United States Marshals Service is directed to deliver Mr. Meadors to the Court for this hearing. At that time, the Trustee shall advise the Court and present evidence of Mr. Meador's compliance or non-compliance with the Court's instructions contained herein.

The Clerk of Court is directed to provide a copy of this Order to Mr. Clint Meadors, care of the United States Marshal Service.

###