UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| C M HEAVY MACHINERY, LLC, | ) | Case No. 24-80617 |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## APPLICATION TO APPEAR REMOTELY AT JANUARY 30, 2026 HEARING

Ilene J. Lashinsky, United States Trustee for Region 20 ("U.S. Trustee"), by and through undersigned counsel, applies pursuant to this Court's Administrative Procedures for permission for her counsel to appear by telephone at the hearing scheduled in this matter at 9:00 a.m. on January 30, 2026.

Counsel for the U.S. Trustee wishes to attend the January 30, 2026 hearing in a "listen-only" capacity and does not intend to provide any witnesses or evidence or otherwise participate in the proceeding.

WHEREFORE, the U.S. Trustee respectfully requests that this Court permit her counsel to appear at the January 30, 2026 hearing via telephone, and for such other and further relief may be just and proper.

Respectfully Submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

*/s/ Mary E. Kindelt*_____
Karen Walsh, OBA No. 14690
Mary E. Kindelt, OBA No. 21728
224 South Boulder, Suite 225
Tulsa, OK 74103
(918) 581-6687 – Telephone
(918) 581-6674 – Facsimile
mary.kindelt@usdoj.gov – Email