**Dated: January 29, 2026**

**The following is ORDERED:**



PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| C M HEAVY MACHINERY, LLC, | ) | Case No. 24-80617 |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER GRANTING APPLICATION TO APPEAR REMOTELY
AT JANUARY 30, 2026 HEARING**

Before the Court is the Application to Appear Remotely at January 30, 2026 Hearing filed by the United States Trustee on January 28, 2026 at Dkt. No. 271 (the "Application"). The Court finds that cause exists to grant the Application.

IT IS THEREFORE ORDERED that counsel for the U.S. Trustee may appear telephonically at the hearing scheduled in this matter at 9:00 a.m. on January 30, 2026.

Movant shall notify all interested parties of this Order.

###

Prepared and submitted by:

*/s/ Mary E. Kindelt*
Mary E. Kindelt, OBA No. 21728
PO Box 3044
Tulsa, OK 74101
(918) 581-6670 – Telephone
mary.kindelt@usdoj.gov – Email
*Attorneys for Ilene J. Lashinsky,*
*United States Trustee for Region 20*