| | |
|---|---|
| In re: | Case No. 24-80617-PRT |
| C M Heavy Machinery, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1086-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 28, 2026 | Form ID: pdfmtrx | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| 1975365 | | Clint Meadors, 11097 Highway 27, Okemah, OK 74859 |
| 2011972 | + | Clint Meadors, P.O. Box 309, Okemah, OK 74859-0309 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Sokolosky | on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com;jackie.shubitowski@crowedunlevy.com |
| Ashley F. Vinson | on behalf of Trustee Kelley G Loud Trustee avinson@titushillis.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Brandon Craig Bickle | on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com bhornbeak@gablelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery LLC christianna@dakotabankruptcy.com |

Christopher Gnaedig
　　　　　on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com

Connor Andreen
　　　　　on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey
　　　　　on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com kjanke@hallestill.com

Gary M. McDonald
　　　　　on behalf of Creditor Recovery Logistics Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com

Joe D. Tate
　　　　　on behalf of Debtor C M Heavy Machinery LLC jtate@thetatelawfirm.com

Karen Carden Walsh
　　　　　on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee
　　　　　on behalf of Plaintiff Kelley G Loud Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee
　　　　　kloudtrustee@titushillis.com lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee
　　　　　on behalf of Trustee Kelley G Loud Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud
　　　　　on behalf of Trustee Kelley G Loud Trustee kloud@titushillis.com,
　　　　　CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt
　　　　　on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
　　　　　on behalf of Attorney The VerStandig Law Firm LLC mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig
　　　　　on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
　　　　　USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
　　　　　on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com

Steven William Soule'
　　　　　on behalf of Creditor Great Plains National Bank ssoule@hallestill.com ssouleOKE@ecf.axosfs.com

TOTAL: 21

Dated: January 28, 2026

 The following is ORDERED:



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

C M HEAVY MACHINERY, LLC           Case No. 24-80617-PRT
                                                        Chapter 7

     Debtor.

## ORDER OF CIVIL CONTEMPT DIRECTING DETAINMENT OF CLINT MEADORS

The Court held a hearing on January 28, 2026, regarding its Order of Contempt entered January 8, 2026 and filed of record on January 12, 2026 (ECF No. 261), the Chapter 7 Trustee's Notice of Non-Compliance and Notice of Intent to Request Additional Civil Sanctions, including incarceration (ECF No. 264), and Order of Civil Contempt entered and filed January 23, 2026 (ECF No. 267). Appearances were entered by Trustee Kelley G. Loud, Joe D. Tate for Debtor and Mr. Clint Meadors, and Connor Andreen for Great Plains National Bank. Mr. Clint Meadors appeared, was sworn in, and requested a stay of this proceeding. The request was denied. The Court found Mr. Meadors in contempt and ordered Mr. Meadors to be taken into custody by the United States Marshals Service.

In accordance with the Court's statements in the hearing,

IT IS HEREBY ORDERED that the United States Marshals Service is directed to take Clint Meadors into custody and detain him until further order of the Court.

# # #