United States Bankruptcy Court
Eastern District of Oklahoma

In re:  
C M Heavy Machinery, LLC  
    Debtor

Case No. 24-80617-PRT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1086-7    User: admin    Page 1 of 2  
Date Rcvd: Jan 28, 2026    Form ID: pdfmtrx    Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| 1975365 | | Clint Meadors, 11097 Highway 27, Okemah, OK 74859 |
| 2011972 | + | Clint Meadors, P.O. Box 309, Okemah, OK 74859-0309 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2026      Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Sokolosky | on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com;jackie.shubitowski@crowedunlevy.com |
| Ashley F. Vinson | on behalf of Trustee Kelley G Loud Trustee avinson@titushillis.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Brandon Craig Bickle | on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com bhornbeak@gablelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery LLC christianna@dakotabankruptcy.com |

Christopher Gnaedig
　　　　on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com

Connor Andreen
　　　　on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey
　　　　on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com

Gary M. McDonald
　　　　on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mmmsk.com, hdowell@mmmsk.com

Joe D. Tate
　　　　on behalf of Debtor C M Heavy Machinery  LLC jtate@thetatelawfirm.com

Karen Carden Walsh
　　　　on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee
　　　　on behalf of Plaintiff Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee
　　　　kloudtrustee@titushillis.com  lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee
　　　　on behalf of Trustee Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud
　　　　on behalf of Trustee Kelley G Loud  Trustee kloud@titushillis.com,
　　　　CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt
　　　　on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
　　　　on behalf of Attorney The VerStandig Law Firm  LLC mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig
　　　　on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
　　　　USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
　　　　on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

Steven William Soule'
　　　　on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  ssouleOKE@ecf.axosfs.com

TOTAL: 21

Dated: January 28, 2026

The following is ORDERED:



*signature*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

C M HEAVY MACHINERY, LLC          Case No. 24-80617-PRT
                                   Chapter 7
Debtor.

## ORDER

On January 28, 2026, this Court entered an order finding Mr. Clint Meadors in contempt and directed the United States Marshals Service to take Mr. Meadors into custody. The United States Marshals Service thereby took Mr. Meadors into custody and was ordered to detain him until further order of this Court.

IT IS HEREBY ORDERED that to purge the previously entered Orders of Contempt, and to be released from custody, Mr. Clint Meadors must provide all information available to him to assist the Trustee, Ms. Loud, in recovering the items on the following list:

1. 2021 Trail King McCormick MCL51 Attachment Loader
2. 2013 Trail King XL22MB Attachment-XL Spreader
3. 2002 Komatsu D61-PX Dozer
4. 2018 Komatsu D65PX-18 Dozer
5. 2018 Komatsu D65PX-18 Dozer

6. 2018 Komatsu D85PX-18 Dozer
7. 1981 Caterpillar D6D Dozer
8. 2017 Caterpillar 323FL Excavator
9. 2010 Komatsu PC270LC-8 Excavator
10. 2020 Komatsu GD655-6 Grader-Motor
11. 2012 Case 821F Loader-Wheel
12. 2013 Hotsy Powerwasher
13. 2019 Kubota SVL95 Skid Steer W/Bucket & Forks
14. 2020 Kubota SVL95-2 Skid Steer W/Bucket & Forks
15. 2021 McCormick X6 470 Tractor-X6 470
16. 2000 Ford F650
17. 2005 Dodge 3500 Truck
18. 2019 Ford F550 Truck
19. 2014 Ford F150 Truck
20. 2019 Ford F350 Truck
21. 2016 Trail Sport TRL-16 Enclosed Utility
22. 2011 Horsecreek CH-18 Trailer-18" Car-Hauler Flatbed
23. 2018 Friesen Bumper pull Trailer
24. 1979 TRI Hay Trailer
25. 1980 Fruehauf FBZ F2 Trailer
26. 2008 MXT MC 8X10 Trailer Motorcycle
27. 2018 Trail King TK110HDG Trailer Semi-Lowboy
28. 2007 Peterbilt 379 Truck-Haul

(The list does not include the 2018 Hamm H121 Roller because Trustee Loud acknowledged that she is in possession of this item.)

The information to be provided by Mr. Meadors to the Trustee must include:

1. The current location of the listed items (if known).
2. If the current location is not known by Mr. Meadors, then the item's last known location.
3. If any of the items are completely unknown to Mr. Meadors, the reason the item was listed in the bankruptcy as property of the Debtor, CM Heavy Machinery, LLC.
4. If the item has been sold, transferred, or otherwise disposed of, the facts surrounding such sale, transfer, or disposal.  For example, if sold or transferred – to whom the item was sold or transferred, when it was sold or transferred, the purchase price (if any), and where the transaction took place.  If otherwise disposed of, how it was disposed.
5. The identities and contact information of anyone known to Mr. Meadors who may have information about the location and/or possession of the listed items.
6. Any other information available to Mr. Meadors that would assist the trustee in recovering the listed items.

IT IS FURTHER ORDERED that the Court will reconvene on **January 30, 2026,** at **9:00 A.M.**, Ed Edmondson Courthouse, 101 N 5th, Muskogee OK Courtroom 4. Mr. Meadors is ordered to appear and attend this hearing. The United States Marshals Service is directed to deliver Mr. Meadors to the Court for this hearing. At that time, the Trustee shall advise the Court and present evidence of Mr. Meador's compliance or non-compliance with the Court's instructions contained herein.

The Clerk of Court is directed to provide a copy of this Order to Mr. Clint Meadors, care of the United States Marshal Service.

###