**Dated: February 4, 2026**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

C M HEAVY MACHINERY, LLC            Case No. 24-80617-PRT
                                                                Chapter 7

          Debtor.

**ORDER
REGARDING HEARING ON CONTEMPT**

The Court held a hearing on February 4, 2026, regarding its previously entered Order of Turnover (ECF No. 231) and Orders regarding Contempt (ECF Nos. 261, 267, 269, 270 and 274) Appearances were entered by Trustee Kelley G. Loud, Joe D. Tate for Debtor and Mr. Clint Meadors, Connor Andreen for Great Plains National Bank, and Mary Kindelt for Office of the U.S. Trustee. The Trustee reported that Mr. Meadors has not fully complied with the Court's previous Orders. Mr. Clint Meadors appeared, was sworn in and provided some additional information to the Court. Cody Duckwall of Duckwall & Company was sworn in and provided information to the Court regarding possible locations of equipment of the Debtor and efforts required to gain possession of that equipment.

In accordance with the Court's statements in the hearing,

IT IS HEREBY ORDERED that Mr. Clint Meadors shall immediately accompany the Trustee and/or the Trustee's agent(s) to the location of the items listed in the Court's Order Granting Trustee's Motion for Turnover of Property by Debtor and Directing Turnover (ECF No. 231) as well as any other property of the bankruptcy estate, and assist the Trustee and/or Trustee's agent(s) in gaining access to and possession of these items and property of the estate.

IT IS FURTHER ORDERED that Mr. Meadors shall meet in person with the Trustee and/or the Trustee's agent(s) at **10:00 A.M., Thursday, February 5, 2026**, and **at 10:00 A.M. Friday, February 6, 2026** at Mabrey Bank, 601 S. Main, Wetumka, Oklahoma, to continue the process of physically showing the location of the subject items and property to the Trustee and/or Trustee's agent(s), and facilitating the Trustee and/or Trustee's agent(s) to gain access to and possession of the subject items and property.

IT IS FURTHER ORDERED that by February 9, 2026, the Trustee shall file with the Court a report regarding progress made in obtaining possession of the subject items and property and the compliance or noncompliance of Mr. Meadors in accomplishing turnover of the subject equipment and property.

IT IS FURTHER ORDERED that the Court's previous order assessing a fine of $500 per day continues to accrue until the 2018 Trail King TK110HDG Trailer Semi-Lowboy and 2007 Peterbilt 379 Truck-Haul are in the control of the Trustee and/or Trustee's agent(s).

IT IS FURTHER ORDERED that this matter shall be continued for hearing to be set on further order of this Court.

# # #