United States Bankruptcy Court

Eastern District of Oklahoma

In re:                                               Case No. 24-80617-PRT

C M Heavy Machinery, LLC                       Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| auc | + | Duckwall & Company, Dan Duckwall, President, POB 580187, Tulsa, OK 74158-0187 |
| 2011972 | + | Clint Meadors, P.O. Box 309, Okemah, OK 74859-0309 |
| 1975365 | | Clint Meadors, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026                     Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander Sokolosky | on behalf of Creditor Gregory Poole Equipment Company alex.sokolosky@crowedunlevy.com<br>lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com;jackie.shubitowski@crowedunlevy.com |
| Ashley F. Vinson | on behalf of Trustee Kelley G Loud  Trustee avinson@titushillis.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Brandon Craig Bickle | on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com  bhornbeak@gablelaw.com |

District/off: 1086-7

Date Rcvd: Feb 04, 2026

User: admin

Form ID: pdfmtrx

Page 2 of 2

Total Noticed: 4

Christianna Annette Cathcart

on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com

Christopher Gnaedig

on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com

Connor Andreen

on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey

on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com

Gary M. McDonald

on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Joe D. Tate

on behalf of Debtor C M Heavy Machinery  LLC jtate@thetatelawfirm.com

Karen Carden Walsh

on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee

on behalf of Plaintiff Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

kloudtrustee@titushillis.com  lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

on behalf of Trustee Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud

on behalf of Trustee Kelley G Loud  Trustee kloud@titushillis.com,
CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt

on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig

on behalf of Attorney The VerStandig Law Firm  LLC mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig

on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee

USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

Steven William Soule'

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  ssouleOKE@ecf.axosfs.com

TOTAL: 21

**Dated: February 4, 2026**

**The following is ORDERED:**



PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

C M HEAVY MACHINERY, LLC

              Debtor.

Case No. 24-80617-PRT
Chapter 7

### ORDER
### REGARDING HEARING ON CONTEMPT

The Court held a hearing on February 4, 2026, regarding its previously entered Order of

Turnover (ECF No. 231) and Orders regarding Contempt (ECF Nos. 261, 267, 269, 270 and 274)

Appearances were entered by Trustee Kelley G. Loud, Joe D. Tate for Debtor and Mr. Clint

Meadors, Connor Andreen for Great Plains National Bank, and Mary Kindelt for Office of the

U.S. Trustee. The Trustee reported that Mr. Meadors has not fully complied with the Court's

previous Orders. Mr. Clint Meadors appeared, was sworn in and provided some additional

information to the Court.  Cody Duckwall of Duckwall & Company was sworn in and provided

information to the Court regarding possible locations of equipment of the Debtor and efforts

required to gain possession of that equipment.

In accordance with the Court's statements in the hearing,

IT IS HEREBY ORDERED that Mr. Clint Meadors shall immediately accompany the Trustee and/or the Trustee's agent(s) to the location of the items listed in the Court's Order Granting Trustee's Motion for Turnover of Property by Debtor and Directing Turnover (ECF No. 231) as well as any other property of the bankruptcy estate, and assist the Trustee and/or Trustee's agent(s) in gaining access to and possession of these items and property of the estate.

IT IS FURTHER ORDERED that Mr. Meadors shall meet in person with the Trustee and/or the Trustee's agent(s) at **10:00 A.M., Thursday, February 5, 2026**, and **at 10:00 A.M. Friday, February 6, 2026** at Mabrey Bank, 601 S. Main, Wetumka, Oklahoma, to continue the process of physically showing the location of the subject items and property to the Trustee and/or Trustee's agent(s), and facilitating the Trustee and/or Trustee's agent(s) to gain access to and possession of the subject items and property.

IT IS FURTHER ORDERED that by February 9, 2026, the Trustee shall file with the Court a report regarding progress made in obtaining possession of the subject items and property and the compliance or noncompliance of Mr. Meadors in accomplishing turnover of the subject equipment and property.

IT IS FURTHER ORDERED that the Court's previous order assessing a fine of $500 per day continues to accrue until the 2018 Trail King TK110HDG Trailer Semi-Lowboy and 2007 Peterbilt 379 Truck-Haul are in the control of the Trustee and/or Trustee's agent(s).

IT IS FURTHER ORDERED that this matter shall be continued for hearing to be set on further order of this Court.

### #