UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re: )
)
CM HEAVY MACHINERY, LLC ) Case No. 24-80617
) Chapter 7
)
Debtor. )

REPORT ON COMPLIANCE BY
CLINT MEADORS WITH THE ORDER OF CONTEMPT
AND FURTHER ORDERS OF THE COURT

COMES NOW Kelley G. Loud, Trustee ("Trustee") and files this Report on Compliance by Clint Meadors with the Order of Contempt and further Orders of the Court.

1. An Order of Civil Contempt was entered by the Court on January 12, 2026 [ECF No. 261].

3. Further hearings on the Order of Civil Contempt were held, most recently on February 4, 2026. Subsequent to that hearing, the Court entered an Order that, among other things, ordered Trustee to file a report regarding the progress made in obtaining possession of the subject items and property and the compliance and noncompliance of Clint Meadors in accomplishing turnover of the subject equipment and property [ECF No. 279].

4. Trustee reports the following items that are the subject of the Turnover Order entered by the Court on September 23, 2025 [ECF No. 231] are in the possession of Trustee:

   2021 Trail King McCormick MCL51 Attachment Loader 1011949344
   2013 Trail King XL22MB Attachment-XL Spreader
   2002 Komatsu D61-PX Dozer B1810
   2018 Komatsu D65PX-18 Dozer 90651
   2018 Komatsu D65PX-18 Dozer 91046
   2018 Komatsu D85PX-18 Dozer 2307
   2017 Caterpillar 323FL Excavator XCF10395
   2010 Komatsu PC270LC-8 Excavator A87397
   2020 Komatsu GD655-6 Grader-Motor 60468
   2012 Case 821F Loader-Wheel W00740C0194414
   2018 Hamm H121 Roller

1

2021 McCormick X6 470 Tractor-X6 470 SW5CH4367
2019 Ford F350 Truck 1FT8W3BTOKEC62357
2019 Kubota SVL95 Skid Steer W/Bucket & Forks 43100

5. Trustee has contact information for the third parties in possession of the items set out below but said third parties refuse to turn over these items to Trustee unless they are paid amounts allegedly owed to them by Mr. Meadors and/or CM Heavy Machinery LLC. Trustee is not in possession of the following:

In possession of Apache Towing and Rick Reynolds located at Apache Towing, Savanna, OK:
2018 Trail King TK110HDG Trailer Semi-Lowboy 1TKR00516JM0163756416
2007 Peterbilt 379 Truck-Haul 1XP5DB9X17D671765
2019 Ford F550 Truck 1FDOW5HT2KE095715

In possession of Brandon Sledge in North Carolina (exact location unknown):
2020 Kubota SVL95-2 Skid Steer W/Bucket & Forks C50746

In possession of Ellis (last name unknown) in Arizona (exact location unknown):
2014 Ford F150 Truck 1FTFW1EF4EKD06464

6. Clint Meadors advised Trustee that the items set out below have been sold. Trustee has no documentation on the sale of these items and her investigation into same continues. Trustee is not in possession of the following:

1981 Caterpillar D6D Dozer 4X9132
2000 Ford F650 3FDNF65H4YMA11254
2005 Dodge 3500 Truck 3D7MS48C35G765214
2016 Trail Sport TRL-16 Enclosed Utility 5NHUT5629BW043813
2011 Horsecreek CH-18 Trailer-18" Car-Hauler Flatbed 5BSCB1823BC026059
2018 Friesen Bumper pull Trailer CM-4503

7. Clint Meadors advised Trustee that the items set out below are located at Debtor's business site. As of the filing of this report, Trustee has been unable to match property at the Debtor's business site to these items. Trustee's efforts to do so continues concerning:

1979 TRI Hay Trailer 51379TR1
1980 Fruehauf FBZ F2 Trailer MEV652754
2013 Hotsy Powerwasher PW-0001

Respectfully submitted:

s/Kelley G. Loud
Kelley G. Loud, OBA #15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
*Attorneys for Trustee*