IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-80617 |
| **CM HEAVY MACHINERY, LLC** | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE AND BE ADVISED that Joel Harmon, of the firm Crowe and Dunlevy, hereby appears in the above-referenced Chapter 11 case as counsel for creditor Gregory Poole Equipment Company and pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Eastern District of Oklahoma, respectfully requests that copies of all notices, applications, motions, orders, and all other papers given or filed in this case be given and served upon the undersigned at the following physical addresses, e-mail addresses, or facsimile numbers:

    Joel W. Harmon
    CROWE & DUNLEVY
    324 N. Robinson, Suite 100
    Oklahoma City, OK 73102-8273
    (405) 235-7700
    (405) 239-6651 (Facsimile)
    joel.harmon@crowedunlevy.com

Respectfully submitted,


*s/ Joel W. Harmon*
Joel W. Harmon, OBA #11332

-Of the Firm-

CROWE & DUNLEVY
A Professional Corporation
324 N. Robinson, Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
joel.harmon@crowedunlevy.com

*Attorney for Gregory Poole Equipment Company*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 18, 2026, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF system on all parties receiving notice in this case via the CM/ECF system.

*s/ Joel W. Harmon*
Joel W. Harmon

3

Case 24-80617   Doc 282   Filed 02/18/26   Entered 02/18/26 13:49:49   Desc Main Document   Page 3 of 3