# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 24-80617 |
| **CM HEAVY MACHINERY, LLC** | ) |
| | ) Chapter 11 |
| Debtor. | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Alexander Sokolosky, of the law firm Crowe & Dunlevy ("Movant"), moves the Court for permission to withdraw as counsel of record for Creditor Gregory Poole Equipment Company ("Creditor"). In support of this Motion, Movant states as follows:

1. Movant is departing Crowe & Dunlevy.

2. Creditor has knowledge of Movant's intent to withdraw.

3. Joel W. Harmon of Crowe & Dunlevy will continue to represent Creditor. As such, the withdrawal of Movant will not cause delay or prejudice to this proceeding.

4. For these reasons, Movant seeks the Court's permission to withdraw as counsel of record for Creditor.

5. A proposed order is submitted herewith.

[*Signature page to follow*]

Respectfully submitted,

*s/ Alexander Sokolosky*
Alexander Sokolosky, OBA #33614

–Of the Firm–

CROWE & DUNLEVY
A Professional Corporation
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120
(918) 592–9800
(918) 592–9801 (Facsimile)
alex.sokolosky@crowedunlevy.com

*Attorneys for Gregory Poole Equipment Company*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to all counsel of record.

                                              *s/ Alexander Sokolosky*
                                              Alexander Sokolosky