**Dated: February 20, 2026**

**The following is ORDERED:**



*[signature]*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 24-80617 |
| **CM HEAVY MACHINERY, LLC** ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Before the Court is the *Motion to Withdraw as Counsel of Record* (the "Motion") of Alexander Sokolosky, of the law firm Crowe & Dunlevy. Premises considered and for good cause shown, the Court hereby grants the Motion.

IT IS THEREFORE ORDERED that Alexander Sokolosky may withdraw as counsel of record for Creditor Gregory Poole Equipment Company, which will continue to be represented by Joel W. Harmon of Crowe & Dunlevy in this matter.

Approved:

*s/ Alexander Sokolosky*
Alexander Sokolosky, OBA #33614

–Of the Firm–

CROWE & DUNLEVY
A Professional Corporation
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120
(918) 592–9800
(918) 592–9801 (Facsimile)
alex.sokolosky@crowedunlevy.com