UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re: )
)
CM HEAVY MACHINERY, LLC ) Case No. 24-80617
) Chapter 7
)
Debtor. )

**TRUSTEE'S MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363, FED. R. BANK. P. 6004(a) AND (c) AND FED. R. BANK. R. 2002(c)(1)**

Kelley G. Loud, duly appointed and acting Chapter 7 Trustee ("Trustee") of the above styled bankruptcy estate ("Estate") hereby filed this motion for authority to sell certain assets of Estate and show as follows:

1. Debtor CM Heavy Machinery, LLC filed its Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code on August 8, 2024 [ECF No. 1].

2. The Chapter 11 case was converted to a case under Chapter 7 by the Order of this Court entered on June 27, 2025 [ECF No. 184].

3. Kelley G. Loud is the duly appointed, qualified and acting Trustee ("Trustee") of the Estate of CM Heavy Machinery, LLC ("Estate").

4. Among the assets of the Estate are business assets of Debtor, including but not limited to:

2021 McCormick X6 470 Tractor-X6 470
2021 Trail King McCormick MCL51 Attachment-Loader for Tract
2013 Trail King XL22MB Attachment-XL Spreader
2014 Caterpillar D6T XW Dozer
2002 Komatsu D61-PX Dozer
2018 Komatsu D65PX-18 Dozer
2018 Komatsu D65PX-18 Dozer
2018 Komatsu D85PX-18 Dozer
2017 Caterpillar 323FL Excavator
2010 Komatsu PC270LC-8 Excavator
2020 Komatsu GD655-6 Grader-Motor
2012 Case 821F Loader-Wheel
2018 Hamm H121 Roller
2019 Kubota SVL95 Skid Steer W/Bucket & Forks

2019 Ford F350 Truck
2007 Peterbilt 379 Truck-Haul
2018 Trail King TK110HDG Trailer Semi-Lowboy
2019 Ford F550 Truck

There is other personal property that is property of the Estate, including trailers and other vehicles that have certificates of title, office furniture, various tools, miscellaneous equipment, and equipment/auto parts used in the Debtor's business (all collectively referred to as "Assets").

5. According to the Proof of Claim filed by Komatsu Financial Limited Partnership ("Komatsu") [Claim No. 17], Komatsu holds liens on the following in the amounts set out:

| | |
|---|---|
| 2018 Komatsu D65PX-18 Dozer | $ 1,187.85 |
| 2018 Komatsu D85PX-18 Dozer | $ 1,490.83 |
| 2020 Komatsu GD655-6 Grader-Motor | $61,211.83 |

Upon information and belief, Komatsu is oversecured and there is equity in these items over and above that amount necessary to pay Komatsu's secured claim in full.

5. Upon information and belief, Great Plains National Bank holds a lien on the Assets to be sold, excluding vehicles and trailers with a certificate of title. Nevertheless, to a certain extent, Great Plains National Bank has agreed to subordinate its lien position in favor of the Estate and its unsecured creditors. Pursuant to the agreement between the Trustee and Great Plains National Bank, the Estate will be entitled to ten percent (10%) of the gross sales proceeds generated from the sale of those items sold that are subject to the lien of Great Plains National Bank. Upon information and belief, Trustee is likely to be able to make a distribution to unsecured creditors from these proceeds.[1]

---

[1] From the gross sales proceeds generated by the auction, Trustee anticipates requesting the Court authorize Trustee to pay the auctioneer employed in this case, Dan Duckwall, under the terms set out in Trustee's Application to employ Mr. Duckwall and Duckwall and Company, Inc. [ECF No. 235], pursuant to the Court's Order [ECF No. 236] on same. The auctioneer's compensation will be deducted from the gross proceeds generated from the sale of the Assets to be paid by Trustee and Great Plains on a pro rata basis.

6. Upon information and belief, vehicles and trailers that have certificates of title are free and clear of liens.

7. Trustee seeks authority to sell the Assets by public auction to be conducted on May 12, 2026 beginning at 10:00 am. The auction will be held by live webcast. Entry to the auction may be obtained at duckwallauctions.com and bids submitted through to a bidding platform, bidspotter.com (a link to that platform will be located at duckwallauctions.com). Potential buyers may inspect the Assets between 9:00 am and 4:00 pm on May 11, 2026, at 371055 E 980 Rd, Castle, OK 74833-3912. Further information about the auction may be found at duckwallauctions.com.

8. In Trustee's best business judgment, a sale of the Assets by auction as proposed by Trustee is fair and equitable, and in the best interests of the Estate.

**WHEREFORE,** Trustee respectfully prays for an Order authorizing the sale of the Assets free and clear of all liens, claims, and encumbrances pursuant to 11 U.S.C. §363.

Respectfully submitted:

s/Kelley G. Loud
Kelley G. Loud, OBA #15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800  FAX: (918) 587-6822
*Attorney for Chapter 7 Trustee*