# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| In Re: | ) |  |
|---|---|---|
|  | ) |  |
| **CM HEAVY MACHINERY, LLC** | ) | **Case No. 24-80617** |
|  | ) | **Chapter 7** |
|  | ) |  |
| **Debtor.** | ) |  |

## CERTIFICATE OF MAILING

I do hereby certify that on the 12th day of March, 2026, true and correct copies of the Trustee's Motion to Sell [Dkt No. 287] and Notice of Motion to Sell [Dkt. No. 288] were served on all recipients of notice under the CM/ECF filing system via an Electronic Notice for Registered Participants and were served by first class mail postage prepaid to each party listed on the mailing matrix attached hereto.

    Respectfully submitted,

    s/ Kelley G. Loud
    Kelley Gilbert Loud, OBA #15808
    **TITUS HILLIS REYNOLDS LOVE**
    15 East Fifth Street, Suite 3700
    Tulsa, Oklahoma 74103
    (918) 587-6800    FAX: (918) 587-6822
    kloud@titushillis.com
    *Attorney for Chapter 7 Trustee*

```
Label Matrix for local noticing          ARA Insurance Agency                      ARA Insurance Sercies, Inc.
1086-7                                   11225 College Blvd Suite 250              11225 College Blvd, Ste 250
Case 24-80617                            Overland Park, KS 66210-2769              Overland Park, KS 66210-2769
Eastern District of Oklahoma
Muskogee
Thu Mar 12 13:52:10 CDT 2026

AT&T Business                            Aaron Lowe                                Connor Andreen
211 S. Akard                             380058 Old Highway 62                     Hall Estill
Dallas, TX 75202-4207                    Okemah, OK 74859-5916                     521 East 2nd Street
                                                                                   Ste 1200
                                                                                   Tulsa, OK 74120-1855


Barnhill Contracting Company             Brandon Craig Bickle                      Blue Bridge Financial, LLC
800 Tiffany Blvd Suite 200 P O Box 7948  GableGotwals                              11911 Freedom Dr
Rocky Mount, NC 27804-0948               110 N. Elgin Ave.                         One Fountain Square, set 570
                                         Ste 200                                   Reston, VA 20190
                                         Tulsa, OK 74120-1495


Bob Cherot                               C M Heavy Machinery, LLC                  C T Corporation
Voss, Michaels, Lee & Associates, Inc.   11097 Highway 27                          PO Box 4349
PO Box 1829                              Okemah, OK 74859                          Carol Stream, IL 60197-4349
Holland, MI 49422-1829


CIG Logistics, Inc.                      CT Corporation                            Daniel Vaughn Carsey
209 W 2nd Street                         Attn: Bankruptcy (SOP)                    Hall Estill Hardwick Gable Golden et al
Fort Worth, TX 76102-3021                28 Liberty Street                         BancFirst Tower
                                         New York, NY 10005-1400                   100 North Broadway, Suite 2900
                                                                                   Oklahoma City, OK 73102-8865


Caterpillar Financial Services           (p)CATERPILLAR FINANCIAL SERVICES CORPORATION  Christianna Annette Cathcart
c/o Corporation Service Company          2120 WEST END AVENUE                      The VerStandig Law Firm, LLC
10300 Greenbriar Place                   NASHVILLE TN 37203-5341                   9812 Falls Road, #114-160
Oklahoma City, OK 73159-7653                                                       Potomac, MD 20854-3976


Clint Meadors                            Clint Meadors                             Comptroller of Public Accounts
11097 Highway 27                         P.O. Box 309                              C/O Office of the Attorney General
Okemah, OK 74859                         Okemah, OK 74859-0309                     Bankruptcy - Collections Division MC-008
                                                                                   PO Box 12548
                                                                                   Austin TX  78711-2548


(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  DLL Finance / Agricredit                  Daniel V. Carsey
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION  PO Box 77122                          Hall, Estill, Hardwick, Gable, Golden
PO BOX 13528                             Minneapolis, MN 55480-7702                100 North Broadway Suite 2900
AUSTIN TX 78711-3528                                                               Oklahoma City, OK 73102-8808


Dozr, Ltd.                               Duckwall & Company                        Enfield Timber, LLC
318 DUKE ST W KITCHENER                  Dan Duckwall, President                   21144 US Highway 301
ONTARIO CANADA-N2H3Y1                    POB 580187                                Enfield, NC 27823-8990
                                         Tulsa, OK 74158-0187


FedEx                                    Filsinger Equipment Leasing, Inc.         First Foundation Bank
PO Box 223125                            Gary M. McDonald                          18101 Von Karmen Avenue, ste 750
Pittsburgh, PA 15251-2125                15 W 6th St, Ste 2606                     Irvine, CA 92612-0005
                                         Tulsa, OK 74119-5413
```

| | | |
|---|---|---|
| Christopher Gnaedig<br>Hall, Estill, Hardwick, Gable, Golden, &<br>521 East 2nd Street<br>Ste. 1200<br>Tulsa, OK 74120-1855 | Great Plains Bank<br>601 NW 13th St<br>Oklahoma City, OK 73103-2213 | Great Plains National Bank<br>c/o Steven W. Soule<br>Hall, Estill, et al.<br>521 East 2nd Street<br>Suite 1200<br>Tulsa, OK 74120-1855 |
| Great Plains National Bank<br>2017 W. 3rd<br>Elk City, OK 73644-4305 | Great Plains National Bank<br>601 NW 13th St<br>Oklahoma City, OK 73103-2213 | Great Plains National Bank<br>Hall Estill c/o Steve Soule<br>521 East 2nd St., Suite 1200<br>Tulsa, OK 74120-1855 |
| Gregory Poole Equipment Company<br>4807 Beryl Road<br>Raleigh, NC 27606-1406 | Gungoll, Jackson, Box & Devoll, P.C.<br>PO Box 1549<br>Enid, OK 73702-1549 | Joel W. Harmon<br>Crowe & Dunlevy<br>324 North Robinson Avenue<br>Suite 100<br>Oklahoma City, OK 73102-6417 |
| Hentges & Associates, PLLC<br>102 E Thatcher St<br>Edmond, OK 73034-3665 | Holt Texas Ltd.<br>5665 SE Loop 410<br>San Antonio, TX 78222-3903 | Holt Texas, Ltd.<br>Caldwell Clark Fanucchi & Finlayson PLLC<br>700 N. St. Mary's Street, #1825<br>San Antonio, TX 78205-3545 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | James Supplies LLC<br>PO Box 360<br>Pauls Valley OK 73075-0360 |
| James Supplies, L.L.C.<br>c/o Jay V. Harper 410 S. Chickasaw<br>Pauls Valley, OK 73075-4220 | Janae L. Wright<br>2914 Colonial Lane<br>Edmond, OK 73013-6477 | Jerome S. Sepkowitz, Esq.<br>Derryberry & Naifeh, LLP<br>4800 North Lincoln Boulevard<br>Oklahoma City, OK 73105-3321 |
| Mary Kindelt<br>DOJ-Ust<br>P.O. Box 3044<br>Tulsa, OK 74101-3044 | Komatsu Financial L.P.<br>8770 W Bryn Mawr Ave Suite 100<br>Chicago, IL 60631-3782 | Komatsu Financial Limited Partnership<br>Vedder Price P.C., Attn: Mitchell D. Coh<br>1633 Broadway, 31st Floor<br>New York, NY 10019-7587 |
| Kubota Credit Corp, U.S.A<br>PO Box 2046<br>Grapevine, TX 76099-2046 | Kubota Credit Corporation USA<br>PO Box 2046<br>Grapevine, TX 76099-2046 | Kelley G. Loud<br>Titus Hillis Reynolds et al<br>15 East Fifth Street<br>Suite 3700<br>Tulsa, OK 74103-4304 |
| Kelley G Loud, Trustee<br>15 East 5th Street<br>Ste 3700<br>Tulsa, OK 74103-4304 | Mabrey Bank<br>PO Box 130<br>Bixby, OK 74008-0130 | Matthew P. Weiner<br>Poyner Spruill, LLP, Attn: Matthew P. We<br>PO Box 1801<br>Raleigh, NC 27602-1801 |
| McAfee & Taft A Professional Corporation<br>Two Leadership Square, 8th Floor<br>211 N. Robinson<br>Oklahoma City, OK 73102-7109 | McAfee & Taft, A Professional Corporatio<br>Attn: Michael Lauderdale<br>211 N. Robinson 8th Floor, Two Leadershi<br>Oklahoma City, OK 73102 | Gary M. McDonald<br>McDonald Law, PLLC<br>15 West 6th Street<br>Suite 2606<br>Tulsa, OK 74119-5413 |

| | | |
|---|---|---|
| Mylon D. Smith<br>Crowe & Dunlevy, a Professional Corporat<br>Braniff Building 423 N. Robinson Avenue,<br>Oklahoma City, OK 73102 | Mylon D. Smith<br>Crowe Dunlevy<br>324 N Robinson Ave.<br>Suite 100<br>Oklahoma City, OK 73102-6417 | Nolen Propane Company<br>2378 Hwy. 75<br>Wetumka, OK 74883-6202 |
| Norman Wohlgemuth, LLP<br>401 S. Boston Avenue Suite 3200<br>Tulsa, OK 74103-4024 | Office of the United States Trustee<br>Office of the AUST, Karen Walsh<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Office of the United States Trustee<br>301 N. Main St, Suite 1150<br>Wichita, KS 67202-4811 |
| Okemah Oil Company<br>4 E Broadway St<br>Okemah, OK 74859-2660 | Oklahoma Employment Security Commission<br>Robert C. Newark, III, Attorney<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 | Oklahoma Natural Gas<br>PO Box 219296<br>Kansas City, MO 64121-9296 |
| Oklahoma Tax Commission<br>201 W 5th St. Ste. 400<br>General Counsel's Office<br>Tulsa, OK 74103-4211 | Oklahoma Tax Commission<br>300 N Broadway Avenue<br>Oklahoma City, OK 73102-6403 | Oklahoma Tax Commission<br>Oklahoma City OK 73194-0001 |
| Pe Ben Industries Companies, Inc.<br>811 Dallas Street<br>Houston, TX 77002-5900 | Recovery Logistics, Inc.<br>507 S 14th<br>Fort Smith, AR 72901-4607 | Richard J. Wallace III<br>Scheef & Stone LLP<br>500 N. Akard, Ste. 2700<br>Dallas, TX 75201-3306 |
| Robert D. Wilson, PC<br>1900 Preston Road Suite 267-72<br>Plano, TX 75093-5175 | Ross Plourde, Esq.<br>211 N. Robinson<br>8th Floor Two Leadership Square<br>Oklahoma City, OK 73102-7109 | Scott Equipment<br>6149 Hwy 90 E<br>Lake Charles, LA 70615-4707 |
| Blake Sonne<br>Whitten Burrage, Special Counsel<br>512 N. Broadway<br>Suite 300<br>Oklahoma City, OK 73102-6235 | Steven William Soule<br>HALL ESTILL HARDWICK ET AL<br>521 East 2nd Street Suite 1200<br>Tulsa, OK 74120-1855 | Steven William Soule'<br>Hall, Estill, Hardwick, Gable, Golden &<br>521 East 2nd Street<br>Ste 1200<br>Tulsa, OK 74120-1855 |
| Standard Freight LLC<br>2401 Independence Parkway S<br>La Porte, TX 77571-9805 | T&J Grading Company LLC<br>2054 Kildare Farm Rd. #352<br>Cary, NC 27518-6614 | Targeted Lease Capital LLC<br>5500 Main Street Suite 300<br>Williamsville , NY 14221-6753 |
| Joe D. Tate<br>The Tate Law Firm<br>23 E. Carl Albert Parkway<br>McAlester, OK 74501-5037 | The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 | Tuggle Duggins<br>400 Bellemeade Street Suite 800<br>Greensboro, NC 27401-3796 |
| Tuggle Duggins, P.A.<br>400 Bellemeade Street<br>Suite 800<br>Greensboro, NC 27401-3796 | US Security and Exchange Commission<br>175 W. Jackson Boulevard<br>Chicago, IL 60604-2615 | Unifirst<br>2100 N Beech Avenue<br>Broken Arrow, OK 74012-1167 |

| | | |
|---|---|---|
| United States Attorney<br>Eastern District of Oklahoma<br>520 Denison Ave.<br>Muskogee OK 74401-6007 | Maurice VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road, #114-160<br>Potomac, MD 20854-3976 | Ashley F. Vinson<br>Titus Hillis Reynolds Love<br>15 East 5th Street<br>Suite 3700<br>Tulsa, OK 74103-4304 |
| Karen Carden Walsh<br>Office of the United States Trustee<br>PO Box 3044<br>Tulsa, OK 74101-3044 | Warren Power & Machinery, Inc.<br>c/o Corporation Service Company<br>10300 Greenbriar Place<br>Oklahoma City, OK 73159-7653 | Waukesha-Pearce Industries, LLC<br>PO Box 65038<br>Houston, TX 77235 |
| Wheeler Metals<br>3100 W 40th Street N<br>Muskogee, OK 74401-5435 | Wisner Law<br>703 S. Western Road<br>Stillwater, OK 74074-4126 | Woita Forest Products, LLC<br>601 Calvert Street Suite Q<br>Lincoln, NE 68502-4362 |
| Zachary J. Fanucchi<br>Caldwell Clark Fanucchi & Finlayson PLLC<br>700 N. St. Mary's Street, #1825<br>San Antonio, TX 78205-3545 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Caterpillar Financial Services Corp<br>2120 West End Avenue<br>Nashville, TN 37203 | Comptroller of Public Accounts<br>PO Box 149359<br>Austin, TX 78714-9359 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Caterpillar Financial Services Corporation | (d)Gregory Poole Equipment Company<br>4807 Beryl Road<br>Raleigh, NC 27606-1406 | (u)Komatsu Financial Limited Partnership |
| (d)Kelley G Loud, Trustee<br>15 East 5th Street<br>Ste 3700<br>Tulsa, OK 74103-4304 | (u)Recovery Logistics, Inc. | End of Label Matrix<br>Mailable recipients   99<br>Bypassed recipients    5<br>Total              104 |