IN RE:                                    )
                                          )
C M HEAVY MACHINERY, LLC                  )        Case No. 24-80617
                                          )        Chapter 7
                                          )
                    Debtor.               )

FILED

at_____O'clock & _____min____M

APR 04 2026

BONNIE HACKLER, Acting Clerk
United States Bankruptcy Court
Eastern District of Oklahoma

## EMERGENCY MOTION TO STAY TRUSTEE'S PROPOSED SALE OF ASSETS

Clint Meadors ("Movant") respectfully moves this Court for entry of an Order staying the Trustee's proposed sale of assets and states:

### I. EMERGENCY NATURE OF RELIEF

The Trustee seeks to imminently liquidate estate assets.

Absent immediate relief:

- Assets will be irreversibly sold;

- Rights will be permanently impaired;

- The Court will be unable to provide effective relief.

### II. LEGAL STANDARD

A stay is appropriate where:

1. Likelihood of success on the merits;

2. Irreparable harm absent relief;

3. Balance of harms favors movant;

4. Public interest supports relief.

### III. LIKELIHOOD OF SUCCESS

Movant has a substantial likelihood of success because:

- The underlying debt was extinguished under **12 O.S. § 686**;

- The deficiency judgment is currently on appeal;

- The Trustee cannot satisfy **11 U.S.C. § 363(f)** due to a bona fide dispute;

1

- No valid secured claim exists.

## IV. IRREPARABLE HARM

If the sale proceeds:

- Assets will be permanently lost;

- Business operations will be destroyed;

- Appellate rights will be rendered meaningless;

- Monetary damages cannot adequately compensate for loss of business and property.

## V. BALANCE OF HARMS

- Harm to Movant: permanent loss of assets and rights;

- Harm to Trustee: minimal delay pending legal resolution.

The balance strongly favors granting a stay.

## VI. PUBLIC INTEREST

The public interest favors:

- Lawful administration of bankruptcy estates;

- Preventing liquidation based on disputed or extinguished claims;

- Preserving judicial integrity and appellate review.

## VII. REQUEST FOR RELIEF

WHEREFORE, Movant requests:

1. Immediate entry of an Order staying the Trustee's proposed sale;

2. Expedited hearing on this Motion;

3. Such other relief as the Court deems just.

Respectfully submitted,

Clint Meadors
P.O. Box 309
Okemah, OK 74859
(405) 202-1533

2