**Dated: April 8, 2026**

 **The following is ORDERED:**



_Paul R. Thomas_

PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

C M HEAVY MACHINERY, LLC

         Debtor.

Case No. 24-80617-PRT
Chapter 7

### ORDER

Before the Court is the Objection to the Trustee's Motion to Sell Assets Free and Clear (ECF No. 293) and Emergency Motion to Stay Trustee's Proposed Sale of Assets (ECF No. 294) filed pro se by Clint Meadors, individually and as managing member of the Debtor.

On September 29, 2025, Joe D. Tate entered his appearance as attorney for the Debtor (ECF No. 232). On January 9, 2026, Mr. Tate announced to this Court that he also represents Clint Meadors (ECF No. 259). Mr. Tate has not been granted leave to withdraw from representation of the Debtor or Mr. Meadors and remains attorney of record in this case.

According to Fed. R. Bankr. P. 9011(a), if a party is represented by an attorney, that attorney must sign every pleading, motion, or other document filed on the party's behalf in the attorney's

individual name. A represented debtor or party may not file documents with the Court in a pro se capacity.

IT IS HEREBY ORDERED that the pleadings filed by Clint Meadors at ECF Nos. 293 and 294 must be amended to include Mr. Tate's signature and filed by Mr. Tate on or before **April 13, 2026. Failure to comply with this Order will result in these pleadings being stricken.**

# # #