**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

IN RE:

C M HEAVY MACHINERY, LLC,

      Debtor.

Case No. 24-80617
Chapter 7

**GREAT PLAINS NATIONAL BANK'S**
**NOTICE OF INTENT TO PRESENT EVIDENCE**

Pursuant to Local Rule 9014-1(A), Great Plains National Bank ("GPNB") hereby gives notice of its intent to present witnesses and exhibits at the April 15, 2026, hearing, if necessary, on Trustee's Motion to Sell Assets Free and Clear of Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §363, Fed. R. Bank. P. 6004(a) and Fed. R. Bank. R. 2002(c)(1) [Dkt. No. 287], Notice of Motion, Notice of Deadline to File Objection to Motion, and Notice of Hearing [Dkt. No. 288], and the pleadings filed by Clint Meadors [Dkt. Nos. 293, 294].

GPNB will subsequently file witness and exhibit lists as required by the Court's Local Rules.

Dated: April 8, 2026.

Respectfully submitted,

**HALL, ESTILL HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/Steven W. Soulé*
Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
Connor M. Andreen, OBA No. 35047
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com

-and-

Daniel V. Carsey, OBA No. 21490
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEYS FOR GREAT PLAINS NATIONAL BANK**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 8, 2026, a true and correct copy of the foregoing document was served electronically upon the parties registered to receive electronic notice via this Court's electronic case filing system.

*/s/Steven W. Soule*
Steven W. Soule

2