# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

C M HEAVY MACHINERY, LLC,

　　　　Debtor.

Case No. 24-80617

Chapter 7

## WITNESS LIST

☐ MOVANT _____

☒ CREDITOR
   **Great Plains National Bank.**
   **("GPNB")**

| DATE OF HEARING April 15, 2026 | | OPERATOR | | | | PAGE NO. |
|---|---|---|---|---|---|---|
| Witness No. | NAME AND ADDRESS (Brief Description of Testimony) | Direct | Cross | Redir | Recross | Judge |
| 1. | Name/Address: Clint Michael Meadors c/o Joe Tate, Counsel<br><br>Anticipated Testimony: All facts and circumstances related to ownership of the Assets at issue. | | | | | |
| 2. | Name/Address: Kelley G. Loud c/o Kelley G. Loud, Counsel<br><br>Anticipated Testimony: All facts and circumstances related to the existence of CM Heavy Machinery, LLC's debt and the ownership of the Assets at issue. | | | | | |
| 3. | Additional witnesses necessary to authenticate exhibits. | | | | | |

Dated: April 8, 2026.

Respectfully submitted,

**HALL, ESTILL HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/Steven W. Soulé*
Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
Connor M. Andreen, OBA No. 35047
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com

-and-

Daniel V. Carsey, OBA No. 21490
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEYS FOR GREAT PLAINS NATIONAL BANK**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on April 8, 2026, a true and correct copy of the foregoing document was served electronically upon the parties registered to receive electronic notice via this Court's electronic case filing system.

*/s/Steven W. Soule*
Steven W. Soule

2