# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

**C M HEAVY MACHINERY, LLC,**

        **Debtor.**

**Case No. 24-80617**
**Chapter 7**

## EXHIBIT LIST

☐ MOVANT _____

☒ **CREDITOR**
**Great Plains National Bank.**
**("GPNB")**

| DATE OF HEARING: April 15, 2026 | | OPERATOR | | PAGE NO. |
|---|---|---|---|---|
| **EXHIBIT NO.** | **DESCRIPTION (Brief description and intended purpose)** | **I D** | **ADMITTED** | **REJECT/WD** |
| A. | Description: Journal Entry of Final Judgment Against Defendant Clint Meadors filed on January 28, 2025, in Okfuskee County District Court Case No. CJ-2024-34.<br><br>Intended Purpose: To evaluate and establish the debt owed by Clint Meadors to GPNB. | | | |
| B. | Description: Transcript of the Proceedings Taken on September 11, 2025, in Okfuskee County District Court Case No. CJ-2024-34.<br><br>Intended Purpose: To evaluate and establish ownership of the Assets at issue. | | | |
| C. | Description: Transcript of the Proceedings Taken on September 25, 2025, in Okfuskee County District Court Case No. CJ-2024-34.<br><br>Intended Purpose: To further evaluate and establish ownership of the Assets at issue. | | | |
| D. | Description: Journal Entry of Deficiency Judgment filed on February 5, 2026, in Okfuskee County District Court Case No. CJ-2024-34. | | | |

| | | | | |
|---|---|---|---|---|
| | Intended Purpose: To further evaluate and establish the debt owed by Clint Meadors to GPNB. | | | |
| E. | Description: Journal Entry of Judgment Against Defendant CM Heavy Machinery, LLC, filed February 5, 2026, in Okfuskee County District Court Case No. CJ-2024-34.<br><br>Intended Purpose: To evaluate and establish the debt owed by CM Heavy Machinery, LLC, to GPNB. | | | |
| F. | Description: Amended and Restated Commercial Real Estate Mortgage from CM Heavy Machinery, LLC and Clint Michael Meadors to Great Plains National Bank dated October 11, 2023.<br><br>Intended Purpose: To evaluate and establish certain assets securing the debt owed by Clint Meadors and CM Heavy Machinery, LLC, to GPNB. | | | |
| G. | Description: Commercial Security Agreement dated September 30, 2020.<br><br>Intended Purpose: To evaluate and establish certain assets securing the debt owed by CM Heavy Machinery, LLC, to GPNB. | | | |
| H. | Description: Guaranty Agreement dated December 16, 2019.<br><br>Intended Purpose: To evaluate and establish certain assets securing the debt owed by Clint Meadors and CM Heavy Machinery, LLC, to GPNB. | | | |
| I. | Description: Commercial Guaranty dated September 30, 2020.<br><br>Intended Purpose: To evaluate and establish certain assets securing the debt owed by Clint | | | |

Case 24-80617    Doc 299    Filed 04/08/26    Entered 04/08/26 16:06:35    Desc Main
Document    Page 2 of 4

| | | | | |
|---|---|---|---|---|
| | Meadors and CM Heavy Machinery, LLC, to GPNB. | | | |
| J | Description: Order Granting Trustee's Motion for Turnover of Property by Debtor and Directing Turnover [Doc. No. 231].<br><br>Intended Purpose: To evaluate and establish the status of the Assets at issue. | | | |
| K. | American Bank incorporates by reference the exhibits listed by Movant and Clint Meadors to which GPNB does not object. | | | |

Dated: April 8, 2026.

Respectfully submitted,

**HALL, ESTILL HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/Steven W. Soulé*
Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
Connor M. Andreen, OBA No. 35047
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com

-and-

Daniel V. Carsey, OBA No. 21490
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEYS FOR GREAT PLAINS NATIONAL BANK**

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 8, 2026, a true and correct copy of the foregoing document was served electronically upon the parties registered to receive electronic notice via this Court's electronic case filing system.

/s/Steven W. Soule
Steven W. Soule

4