# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: | ) |
| | ) |
| **CM HEAVY MACHINERY, LLC** | ) **Case No. 24-80617** |
| | ) **Chapter 7** |
| | ) |
| **Debtor.** | ) |

## NOTICE OF INTENT TO PRESENT EVIDENCE

Kelley G. Loud, Chapter 7 Trustee, notifies and advises the Court of her intent to present evidence at the hearing set on April 15, 2026, at 10:00 am, as necessary, on Trustee's Motion to Sell Assets Free and Clear of Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §363, Fed. R. Bank. P. 6004(a) and Fed. R. Bank. R. 2002(c)(1) [Dkt. No. 287], Notice of Motion [Dkt. No. 288], and the pleadings filed by Clint Meadors [Dkt. Nos. 293, 294].

Respectfully submitted:

*/s/ Kelley G. Loud*
Kelley G. Loud, OBA #15808
kloudtrustee@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma  74103
(918) 587-6800  FAX: (918) 587-6822
*Attorney for Trustee*

## CERTIFICATE OF SERVICE

I certify that on April 8, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Oklahoma.

*/s/ Kelley G. Loud*
Kelley G. Loud