**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **In Re:** | ) |
| | ) |
| **CM HEAVY MACHINERY, LLC** | ) **Case No. 24-80617** |
| | ) **Chapter 7** |
| | ) |
| **Debtor.** | |

**EXHIBIT LIST**

☒ **MOVANT Kelley G. Loud, Chapter 7 Trustee___**

| DATE OF HEARING: April 15, 2026 | | OPERATOR | | PAGE NO. |
|---|---|---|---|---|
| **EXHIBIT NO.** | **DESCRIPTION (Brief description and intended purpose)** | **I D** | **ADMITTED** | **REJECT/WD** |
| 1. | Journal Entry of Final Judgment Against Defendant Clint Meadors filed on January 28, 2025, in Okfuskee County District Court Case No. CJ-2024-34. | | | |
| 2. | Journal Entry of Deficiency Judgment filed on February 5, 2026, in Okfuskee County District Court Case No. CJ-2024-34. | | | |
| 3. | Any exhibit designated or used by any other party | | | |
| 4. | All filings in this Chapter 7 proceeding | | | |
| 5. | Any exhibit necessary to rebut the evidence or testimony of any witness called or designated by any other party | | | |

Respectfully submitted:

*/s/ Kelley G. Loud_____*
Kelley G. Loud, OBA #15808
kloudtrustee@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma   74103
(918) 587-6800   FAX: (918) 587-6822
*Attorney for Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 10, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Oklahoma.

*/s/ Kelley G. Loud*
Kelley G. Loud