**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **CM HEAVY MACHINERY, LLC** | ) | **Case No. 24-80617** |
| | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | |

**WITNESS LIST**

☒ **MOVANT** _**Kelley G. Loud, Chapter 7 Trustee**_____

| DATE OF HEARING<br>April 15, 2026 | | OPERATOR | | | | PAGE NO. |
|---|---|---|---|---|---|---|
| **Witness No.** | **NAME AND ADDRESS (Brief Description of Testimony)** | **Direct** | **Cross** | **Redir** | **Recross** | **Judge** |
| 1. | Kelley G. Loud, Trustee | | | | | |
| 2. | Clint Meadors | | | | | |
| 3. | Any witnesses called or designated by any other party | | | | | |
| 4. | Any witness necessary to rebut testimony of a witness | | | | | |

Respectfully submitted:

_/s/ Kelley G. Loud_____
Kelley G. Loud, OBA #15808
kloudtrustee@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma  74103
(918) 587-6800  FAX: (918) 587-6822

*Attorney for Trustee*

**CERTIFICATE OF SERVICE**

I certify that on April 10, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Oklahoma.

_/s/ Kelley G. Loud_____
Kelley G. Loud