United States Bankruptcy Court

Eastern District of Oklahoma

In re:                                                                                           Case No. 24-80617-PRT

C M Heavy Machinery, LLC                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7                        User: admin                                         Page 1 of 2

Date Rcvd: Apr 08, 2026                     Form ID: MinBK                                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashley F. Vinson | on behalf of Trustee Kelley G Loud  Trustee avinson@titushillis.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Brandon Craig Bickle | on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com  bhornbeak@gablelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Connor Andreen | on behalf of Creditor Great Plains National Bank candreen@hallestill.com |
| Daniel Vaughn Carsey | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com |
| Gary M. McDonald | on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com |

Joe D. Tate

on behalf of Debtor C M Heavy Machinery  LLC jtate@thetatelawfirm.com

Joel W. Harmon

on behalf of Creditor Gregory Poole Equipment Company joel.harmon@crowedunlevy.com
doris.gould@crowedunlevy.com;maison.moseley@crowedunlevy.com

Karen Carden Walsh

on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee

on behalf of Plaintiff Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

kloudtrustee@titushillis.com  lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

on behalf of Trustee Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud

on behalf of Trustee Kelley G Loud  Trustee kloud@titushillis.com,
CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt

on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig

on behalf of Attorney The VerStandig Law Firm  LLC mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig

on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee

USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

Steven William Soule'

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  ssouleOKE@ecf.axosfs.com

TOTAL: 21

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 24–80617**
**Chapter: 7**

**FILED**
Apr. 8, 2026
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  C M Heavy Machinery, LLC
  aka CM Heavy Machinery, LLC
  11097 Highway 27
  Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
  42–1737967

MINUTE ENTRY: Statement of Intent to Present Evidence filed (DE# 297). Evidentiary hearing scheduled for 4/15/2026 at 10:00 AM at Ed Edmondson Courthouse 101 N 5th Muskogee Crtrm 4 (RE: related document(s)287 Motion to Sell, Use, Sale or Lease of Property Free and Clear pursuant to Sec. 363(f). filed by Trustee Kelley G Loud, Trustee, 293 Objection filed by Debtor C M Heavy Machinery, LLC, 295 Objection filed by Creditor Komatsu Financial Limited Partnership, 294 Motion To Stay filed by Debtor C M Heavy Machinery, LLC). Counsel shall exchange/file Witness List and Exhibit List. Simultaneously, counsel shall provide all copies of the exhibits to opposing counsel and two copies to the Judge. Copies of the exhibits shall be accepted by the Court Recording Deputy upon introduction and admission and will not be returned. The parties shall comply with Local Form 9014–1(E) Instructions Governing Evidentiary Hearing Procedures in Contested Matters. Witness List due by 4/13/2026. Exhibit List due by 4/13/2026. Exhibits due by 4/13/2026. (Corley, Cheryl)

Dated: April 8, 2026

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**