United States Bankruptcy Court

Eastern District of Oklahoma

In re:                                                              Case No. 24-80617-PRT

C M Heavy Machinery, LLC                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7                    User: admin                    Page 1 of 2

Date Rcvd: Apr 08, 2026                 Form ID: pdfpo                 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

**Recip ID**          **Recipient Name and Address**
db                        C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Ashley F. Vinson
          on behalf of Trustee Kelley G Loud  Trustee avinson@titushillis.com

Blake Sonne
          on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com

Brandon Craig Bickle
          on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com  bhornbeak@gablelaw.com

Christianna Annette Cathcart
          on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com

Christopher Gnaedig
          on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com

Connor Andreen
          on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey
          on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com

Gary M. McDonald
          on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

District/off: 1086-7

Date Rcvd: Apr 08, 2026

User: admin

Form ID: pdfpo

Page 2 of 2

Total Noticed: 1

Joe D. Tate

on behalf of Debtor C M Heavy Machinery  LLC jtate@thetatelawfirm.com

Joel W. Harmon

on behalf of Creditor Gregory Poole Equipment Company joel.harmon@crowedunlevy.com
doris.gould@crowedunlevy.com;maison.moseley@crowedunlevy.com

Karen Carden Walsh

on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee

on behalf of Plaintiff Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

kloudtrustee@titushillis.com  lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

on behalf of Trustee Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud

on behalf of Trustee Kelley G Loud  Trustee kloud@titushillis.com,
CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt

on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig

on behalf of Attorney The VerStandig Law Firm  LLC mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig

on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee

USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

Steven William Soule'

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  ssouleOKE@ecf.axosfs.com

TOTAL: 21

**Dated: April 8, 2026**

**The following is ORDERED:**



PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

C M HEAVY MACHINERY, LLC            Case No. 24-80617-PRT
                                    Chapter 7

         Debtor.

### ORDER

Before the Court is the Objection to the Trustee's Motion to Sell Assets Free and Clear (ECF No. 293) and Emergency Motion to Stay Trustee's Proposed Sale of Assets (ECF No. 294) filed pro se by Clint Meadors, individually and as managing member of the Debtor.

On September 29, 2025, Joe D. Tate entered his appearance as attorney for the Debtor (ECF No. 232). On January 9, 2026, Mr. Tate announced to this Court that he also represents Clint Meadors (ECF No. 259). Mr. Tate has not been granted leave to withdraw from representation of the Debtor or Mr. Meadors and remains attorney of record in this case.

According to Fed. R. Bankr. P. 9011(a), if a party is represented by an attorney, that attorney must sign every pleading, motion, or other document filed on the party's behalf in the attorney's

individual name. A represented debtor or party may not file documents with the Court in a pro se capacity.

IT IS HEREBY ORDERED that the pleadings filed by Clint Meadors at ECF Nos. 293 and 294 must be amended to include Mr. Tate's signature and filed by Mr. Tate on or before **April 13, 2026. Failure to comply with this Order will result in these pleadings being stricken.**

### #