# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

In Re:                                    )
                                          )
**CM HEAVY MACHINERY, LLC**               )    **Case No. 24-80617**
                                          )    **Chapter 7**
                                          )
                    Debtor.               )

## AMENDED WITNESS LIST

☒ **MOVANT** _**Kelley G. Loud, Chapter 7 Trustee**_____

| DATE OF HEARING<br>April 15, 2026 | | OPERATOR | | | | PAGE NO. |
|---|---|---|---|---|---|---|
| **Witness No.** | **NAME AND ADDRESS (Brief Description of Testimony)** | **Direct** / **Cross** | **Redir** | **Recross** | **Judge** | |
| 1. | Kelley G. Loud, Trustee | | | | | |
| 2. | Clint Meadors | | | | | |
| 3. | Dan Duckwall | | | | | |
| 4. | Any witnesses called or designated by any other party | | | | | |
| 5. | Any witness necessary to rebut testimony of a witness called or designated by any other party. | | | | | |

Respectfully submitted:

_/s/ Kelley G. Loud_____
Kelley G. Loud, OBA #15808
kloudtrustee@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma  74103
(918) 587-6800  FAX: (918) 587-6822

*Attorney for Trustee*

## CERTIFICATE OF SERVICE

I certify that on April 13, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Oklahoma.

_/s/ Kelley G. Loud_____
Kelley G. Loud