**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-80617 |
| C M HEAVY MACHINERY, LLC, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**KOMATSU FINANCIAL LIMITED PARTNERSHIP'S WITNESS AND EXHIBIT LISTS**
**FOR HEARING ON APRIL 15, 2026**

| **WITNESSES** | | **Operator:** | | | | **Page #** |
|---|---|---|---|---|---|---|
| **Date of Hearing: April 15, 2026** | | | | | | |
| **Witness #** | **Name and Address (Description of Testimony)** | **Direct** | **Cross** | **Redir** | **Recross** | **Judge** |
| | | | | | | |
| 1. | Witnesses listed by any other party, to which Komatsu does not object. | | | | | |
| 2. | Witnesses necessary for impeachment or rebuttal. | | | | | |

| **EXHIBITS** | | **Operator:** | | **Page #** |
|---|---|---|---|---|
| **Date of Hearing: April 15, 2026** | | | | |
| **Exhibit #** | **Description** | **ID** | **Admitted** | **Reject/WD** |
| | | | | |
| A. | Komatsu's Proof of Claim [Claim No. 17] | | | |
| B. | Exhibits listed by any other party, to which Komatsu does not object. | | | |
| C. | Exhibits necessary for impeachment or rebuttal. | | | |

Dated: April 13, 2026.    Respectfully submitted,

*/s/ Brandon C. Bickle*
Brandon C. Bickle, OBA #22064
GableGotwals
110 N. Elgin Ave., Ste. 200
Tulsa, Oklahoma 74120
(t) 918.595.4800 | (f) 918.595.4990
bbickle@gablelaw.com

*Attorney for Komatsu Financial*
*Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically transmitted this filing to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Service to the ECF registrants of record.

*/s/ Brandon C. Bickle*
Brandon C. Bickle

2