**Dated: April 14, 2026**

 **The following is ORDERED:**



_PAUL R. THOMAS_
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

C M HEAVY MACHINERY, LLC

Case No. 24-80617-PRT
Chapter 7

Debtor.

### ORDER STRIKING PLEADINGS FILED BY CLINT MEADORS

Before the Court is the Objection to the Trustee's Motion to Sell Assets Free and Clear (ECF No. 293) and Emergency Motion to Stay Trustee's Proposed Sale of Assets (ECF No. 294) filed pro se by Clint Meadors, individually and as managing member of the Debtor.

A represented debtor may not file documents with the Court in a pro se capacity. On April 8, 2026, this Court entered an Order at ECF No. 296 directing Debtor to amend ECF Nos. 293 and 294 to include Debtor's attorney's signature and to file the amended motions with attorney's signature on or before April 13, 2026. The Court also ordered: "Failure to comply with this Order will result in these pleadings being stricken."

Debtor has not complied with this Court's Order. Accordingly,

IT IS ORDERED that the Objection to the Trustee's Motion to Sell Assets Free and Clear (ECF No. 293) and Emergency Motion to Stay Trustee's Proposed Sale of Assets (ECF No. 294) filed pro se by Clint Meadors, individually and as managing member of the Debtor, be, and the same hereby are, stricken.

# # #