# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CM HEAVY MACHINERY LLC, | ) | **Case No. 24-80617** |
| | ) | **Chapter 17** |
| Debtor. | ) | |

## APPLICATION TO APPEAR REMOTELY AT APRIL 15, 2026 HEARING

Ilene J. Lashinsky, United States Trustee for Region 20 ("U.S. Trustee"), by and through undersigned counsel, applies pursuant to this Court's Administrative Procedures for permission for her counsel to appear by telephone at the hearing scheduled in this matter at 10:00 a.m. on April 15, 2026.

Counsel for the U.S. Trustee wishes to attend the April 15, 2026 hearing in a "listen-only" capacity and does not intend to provide any witnesses or evidence or otherwise participate in the proceeding.

WHEREFORE, the U.S. Trustee respectfully requests that this Court permit her counsel to appear at the April 15, 2026 hearing via telephone, and for such other and further relief may be just and proper.

Respectfully Submitted,

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

*/s/ Karen Walsh*
Karen Walsh, OBA No. 14690
Mary E. Kindelt, OBA No. 21728
PO Box 3044
Tulsa, OK 74101
(918) 581-6670 – Telephone
karen.walsh@usdoj.gov – Email
