**Dated: April 14, 2026**

 **The following is ORDERED:**



_Paul R. Thomas_
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CMHEAVY MACHINERY LLC, | ) | Case No. 24-80617 |
| | ) | Chapter 13 |
| Debtor. | ) | |

### ORDER GRANTING APPLICATION TO APPEAR REMOTELY
### AT APRIL 15, 2026 HEARING

Before the Court is the Application to Appear Remotely at April 15, 2026 Hearing filed by the United States Trustee on April 14, 2026 at Dkt. No. 311 (the "Application"). The Court finds that cause exists to grant the Application.

IT IS THEREFORE ORDERED that counsel for the U.S. Trustee may appear telephonically at the hearing scheduled in this matter at 10:00 a.m. on April 15, 2026.

Movant shall notify all interested parties of this Order.

###

Prepared and submitted by:

*/s/ Karen Walsh*
Karen Walsh, OBA No. 14690
PO Box 3044
Tulsa, OK  74101
(918) 581-6670 – Telephone
karen.walsh@usdoj.gov – Email
*Attorneys for Ilene J. Lashinsky,*
*United States Trustee for Region 20*