**Dated: April 15, 2026**

 **The following is ORDERED:**



_____
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

CM Heavy Machinery, LLC

Case No. 24-80617-PRT
Chapter 7

Debtor.

O R D E R

On the 15th day of April 2026, the above-referenced case came before the Court for hearing. Appearances were entered at the hearing by Kelley Loud, Chapter 7 Trustee; Clint Meadors, President of CM Heavy Machinery, LLC; Joe D. Tate on behalf of Debtor and Clint Meadors; and Karen Walsh on behalf of the U.S. Trustee.

Based upon the record made at the hearing, this Court finds that Joe D. Tate's oral withdrawal as counsel for Debtor and Clint Meadors should be approved.

IT IS THEREFORE ORDERED that Joe D. Tate's oral withdrawal as counsel for Debtor and Clint Meadors, President of CM Heavy Machinery, LLC, is hereby **approved.   As a result, Joe D. Tate shall be allowed to withdraw as counsel for Debtor and Clint Meadors, President of CM Heavy Machinery, LLC.**

cc

###