United States Bankruptcy Court
Eastern District of Oklahoma

In re:                                                                                          Case No. 24-80617-PRT
C M Heavy Machinery, LLC                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7                          User: admin                                       Page 1 of 2
Date Rcvd: Apr 15, 2026                       Form ID: MinBK                                     Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| 1975365 | | Clint Meadors, 11097 Highway 27, Okemah, OK 74859 |
| 2011972 | + | Clint Meadors, P.O. Box 309, Okemah, OK 74859-0309 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashley F. Vinson | on behalf of Trustee Kelley G Loud  Trustee avinson@titushillis.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Brandon Craig Bickle | on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com  bhornbeak@gablelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Connor Andreen | |

　　　　　　　　　on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey

　　　　　　　　　on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com

Gary M. McDonald

　　　　　　　　　on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Joe D. Tate

　　　　　　　　　on behalf of Debtor C M Heavy Machinery  LLC jtate@thetatelawfirm.com

Joel W. Harmon

　　　　　　　　　on behalf of Creditor Gregory Poole Equipment Company joel.harmon@crowedunlevy.com
doris.gould@crowedunlevy.com;maison.moseley@crowedunlevy.com

Karen Carden Walsh

　　　　　　　　　on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee

　　　　　　　　　on behalf of Plaintiff Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

　　　　　　　　　kloudtrustee@titushillis.com  lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

　　　　　　　　　on behalf of Trustee Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud

　　　　　　　　　on behalf of Trustee Kelley G Loud  Trustee kloud@titushillis.com,
CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt

　　　　　　　　　on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig

　　　　　　　　　on behalf of Attorney The VerStandig Law Firm  LLC mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig

　　　　　　　　　on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee

　　　　　　　　　USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule

　　　　　　　　　on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

Steven William Soule'

　　　　　　　　　on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  ssouleOKE@ecf.axosfs.com

TOTAL: 21

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 24−80617**
**Chapter: 7**

**FILED**
Apr. 15, 2026
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
   C M Heavy Machinery, LLC
   aka CM Heavy Machinery, LLC
   11097 Highway 27
   Okemah, OK 74859

Social Security No.:


Employer's Tax I.D. No.:
   42−1737967

MINUTE ENTRY: Hearing Held 4/15/2026 at 10:00 a.m. (RE: related document(s)287 Motion to Sell Assets Free and Clear of Liens, Claims and Encumbrances filed by Trustee, 295 Objection filed by Creditor Komatsu Financial Limited Partnership). Appearances: Kelley Loud, Chapter 7 Trustee; Karen Walsh on behalf of the U.S. Trustee; Clint Meadors; and Joe Tate on behalf of the Debtor and Clint Meadors. Trustee is directed to file a supplement to the motion to identify additional equipment within 5 days. (Corley, Cheryl)

Dated: April 15, 2026

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**
