United States Bankruptcy Court

Eastern District of Oklahoma

In re:

C M Heavy Machinery, LLC

Debtor

Case No. 24-80617-PRT

Chapter 7

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| 1975365 | | Clint Meadors, 11097 Highway 27, Okemah, OK 74859 |
| 2011972 | + | Clint Meadors, P.O. Box 309, Okemah, OK 74859-0309 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashley F. Vinson | on behalf of Trustee Kelley G Loud  Trustee avinson@titushillis.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Brandon Craig Bickle | on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com  bhornbeak@gablelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Connor Andreen | |

on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey

on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com

Gary M. McDonald

on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Joe D. Tate

on behalf of Debtor C M Heavy Machinery  LLC jtate@thetatelawfirm.com

Joel W. Harmon

on behalf of Creditor Gregory Poole Equipment Company joel.harmon@crowedunlevy.com doris.gould@crowedunlevy.com;maison.moseley@crowedunlevy.com

Karen Carden Walsh

on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee

on behalf of Plaintiff Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

kloudtrustee@titushillis.com  lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

on behalf of Trustee Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud

on behalf of Trustee Kelley G Loud  Trustee kloud@titushillis.com, CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt

on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig

on behalf of Attorney The VerStandig Law Firm  LLC mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig

on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee

USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

Steven William Soule'

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  ssouleOKE@ecf.axosfs.com

TOTAL: 21

**Dated: April 15, 2026**

 **The following is ORDERED:**



PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

CM Heavy Machinery, LLC                                  Case No. 24-80617-PRT
                                                         Chapter 7

        Debtor.

### O R D E R

On the 15th day of April 2026, the above-referenced case came before the Court for hearing. Appearances were entered at the hearing by Kelley Loud, Chapter 7 Trustee; Clint Meadors, President of CM Heavy Machinery, LLC; Joe D. Tate on behalf of Debtor and Clint Meadors; and Karen Walsh on behalf of the U.S. Trustee.

Based upon the record made at the hearing, this Court finds that Joe D. Tate's oral withdrawal as counsel for Debtor and Clint Meadors should be approved.

IT IS THEREFORE ORDERED that Joe D. Tate's oral withdrawal as counsel for Debtor and Clint Meadors, President of CM Heavy Machinery, LLC, is hereby **approved.   As a result, Joe D. Tate shall be allowed to withdraw as counsel for Debtor and Clint Meadors, President of CM Heavy Machinery, LLC.**

cc

###