**Dated: April 22, 2026**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **CM HEAVY MACHINERY, LLC** | ) | **Case No. 24-80617** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |

### AGREED ORDER ON TRUSTEE'S MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §363, <u>FED. R. BANK. P. 6004(a) AND (c) AND FED. R. BANK. R. 2002(c)(1)</u>

Before this Court is the Motion to Sell Assets Free and Clear of Liens, Claims, and Encumbrances pursuant to 11 U.S.C. §363, Fed. R. Bank. P. 6004(a) and (c) and Fed. R. Bank. R. 2002(c)(1) filed by Kelley G. Loud, Trustee ("Motion") [ECF No. 287], the Supplement to the Motion [ECF No. 318], and the Notice of Motion [ECF. No. 288]. The Court finds as follows:

1. The Motion, Supplement, and Notice of Motion were filed in these proceedings seeking authority to sell certain assets of which the Estate has an interest by public action, described in the Motion and Supplement as the Assets.

Case 24-80617   Doc 319   Filed 04/22/26   Entered 04/22/26 13:38:32   Desc Main
Document     Page 1 of 4

2. Trustee provided timely and proper notice of the Motion to all necessary and interested parties.

3. Objections to the Motion were filed by Clint Meadors [ECF No. 293] and Komatsu Financial Limited Partnership ("Komatsu") [ECF No. 295].

4. Meadors' Objection has been stricken by the Court as it does not contain the signature of his attorney of record, as required by Bankruptcy Rule 9011(a). [ECF No. 310].

5. A hearing on Motion was held on April 15, 2026, at 10:00 a.m.

6. After Meadors' attorney made an oral motion to withdraw as counsel for Meadors at the hearing, Meadors made an oral objection to the Trustee's Motion, which is overruled.

7. Trustee and Komatsu have resolved Komatsu's Objection, and Komatsu consents to the sale of the following three items, provided each is sold for no less than the stated minimum amounts with Komatsu's liens attaching to the sale proceeds:

Komatsu D65PX-18 Crawler/Dozer (S/N 90651): $11,000.00
Komatsu D85PX-18 Crawler/Dozer w/ Rockland Angle Blade (S/N 23074): $11,000.00
Komatsu GD655-6 Motor Grader (S/N 60468): $68,000.00

8. Creditor Great Plains National Bank ("GPNB") holds a lien on the Assets to be sold described by the Motion and Supplement, excluding vehicles and trailers with a certificate of title. Pursuant to an agreement between the Trustee and GPNB, the Estate will be entitled to ten percent (10%) of the gross sales proceeds generated from the sale of the items sold that are subject to the lien of GPNB, provided, however, GPNB's lien will attach to the proceeds of the sale of the Assets covered by GPNB's lien (excluding the three (3) Komatsu items described above and specific costs of sale to be apportioned pro rata as agreed to by the Trustee and GPNB and to be determined upon further application of the Trustee and approval of this Court) as a first priority lien superior to any other lien claims and costs of sale.

9. The sale of the Assets as proposed by Trustee in her Motion is fair and equitable and in the best interest of this Estate.

**IT IS THEREFORE ORDERED** that Trustee be and is hereby authorized to sell the Assets "as is, where is" and free and clear of all liens, claims, and encumbrances pursuant to 11 U.S.C. §363 by a public auction, subject to the provisions of Paragraphs 7 and 8 above, the Assets set below:

(a) 2021 McCormick X6 470 Tractor-X6 470
(b) 2021 Trail King McCormick MCL51 Attachment-Loader for Tract
(c) Attachment-XL Spreader
(d) 2002 Komatsu D61-PX Dozer
(e) 2018 Komatsu D65PX-18 Dozer
(f) 2018 Komatsu D65PX-18 Dozer
(g) 2018 Komatsu D85PX-18 Dozer
(h) 2017 Caterpillar 323FL Excavator
(i) 2010 Komatsu PC270LC-8 Excavator
(j) 2020 Komatsu GD655-6 Grader-Motor
(k) 2012 Case 821F Loader-Wheel
(l) 2018 Hamm H121 Roller
(m) 2019 Kubota SVL95 Skid Steer W/Bucket
(n) 2019 Ford F350 Truck
(o) 2007 Peterbilt 379 Truck-Haul
(p) 2018 Trail King TK110HDG Trailer Semi-Lowboy
(q) 2019 Ford F550 Truck
(r) 1979 TRI Hay Trailer
(s) 1994 Fontaine Trailer,
(t) "2606" Fontaine Trailer,
(u) 1997 Freightliner FL 70 Fuel & Lube Truck
(v) 1980 Fruehauf FB29F2 Jobsite Trailer
(w) 1995 Chevrolet Kodiak Fuel Truck with 2000-gallon tank,
(x) MH 4900 1999 International A90 Winch Truck, missing motor and transmission
(y) 1985 International 51900 Farm Truck
(z) 2000 Gallon Fuel Tank

**IT IS FURTHER ORDERED** that Trustee may reschedule the auction of the Assets from the sale date set out in the Motion. If the sale is rescheduled, a notice of rescheduled sale date shall be filed in this proceeding with service thereof required via the CMECF system only.

# # #

APPROVED FOR ENTRY:


   /s/ *Kelley G. Loud*
Kelley G. Loud, OBA #15808
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
kloud@titushillis.com
*Attorney for Chapter 7 Trustee*


**HALL, ESTILL HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/ Daniel V. Carsey*
Daniel V. Carsey, OBA No. 21490
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEY FOR GREAT PLAINS NATIONAL BANK**


*/s/ Brandon C. Bickle*
Brandon C. Bickle, OBA #22064
GableGotwals
110 N. Elgin Ave., Ste. 200
Tulsa, Oklahoma 74120
(t) 918.595.4800 | (f) 918.595.4990
bbickle@gablelaw.com

*Attorney for Komatsu Financial Limited Partnership*