# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In Re:** | ) |
| | ) |
| | ) **Case No. 24-80617** |
| **CM HEAVY MACHINERY, LLC** | ) **Chapter 7** |
| | ) |
| **Debtor.** | ) |

## NOTICE OF CHANGE OF SALE DATE

**PLEASE TAKE NOTICE** that, pursuant to the Agreed Order on Trustee's Motion to Sell Assets Free and Clear of Liens, Claims, and Encumbrances [ECF No. 319] (the "Order"), which expressly authorizes the Trustee to reschedule the auction of the Assets set forth in the Order, and to provide notice thereof by filing a notice in this proceeding with service via CM/ECF only, the Chapter 7 Trustee, Kelley G. Loud ("Trustee"), hereby gives notice of a change in the sale date of the auction previously noticed in the Trustee's Motion to Sell [ECF No. 287].

The auction of the Assets will now be conducted on June 11, 2026 beginning at 10:00 am. The auction will be held by live webcast. Entry to the auction may be obtained at duckwallauctions.com and bids submitted through to a bidding platform, bidspotter.com (a link to that platform will be located at duckwallauctions.com). Potential buyers may inspect the Assets between 9:00 am and 4:00 pm on June 10, 2026, at 371055 E 980 Rd, Castle, OK 74833-3912. Further information about the auction may be found at duckwallauctions.com.

This Notice is being filed and served in accordance with the Order, which provides that service of a notice of rescheduled sale date is required via the CM/ECF system only.

Dated April 23, 2026.

Respectfully submitted:

*/s/ Kelley G. Loud*

Kelley G. Loud, OBA #15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma  74103
(918) 587-6800  FAX: (918) 587-6822
*Attorney for Chapter 7 Trustee*

### Certificate of Service

I certify that on April 23, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Oklahoma.

*/s/ Kelley G. Loud*

Kelley G. Loud