United States Bankruptcy Court

Eastern District of Oklahoma

In re:                                                  Case No. 24-80617-PRT

C M Heavy Machinery, LLC                               Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7                    User: admin                    Page 1 of 2

Date Rcvd: May 01, 2026              Form ID: AdmClkBK            Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

\+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |
| 2011972 | + Clint Meadors, P.O. Box 309, Okemah, OK 74859-0309 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashley F. Vinson | on behalf of Trustee Kelley G Loud  Trustee avinson@titushillis.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Brandon Craig Bickle | on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com  bhornbeak@gablelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Connor Andreen | on behalf of Creditor Great Plains National Bank candreen@hallestill.com |

Daniel Vaughn Carsey

on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com

Gary M. McDonald

on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Joel W. Harmon

on behalf of Creditor Gregory Poole Equipment Company joel.harmon@crowedunlevy.com
doris.gould@crowedunlevy.com;maison.moseley@crowedunlevy.com

Karen Carden Walsh

on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee

on behalf of Plaintiff Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

kloudtrustee@titushillis.com  lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

on behalf of Trustee Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud

on behalf of Trustee Kelley G Loud  Trustee kloud@titushillis.com,
CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt

on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig

on behalf of Attorney The VerStandig Law Firm  LLC mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig

on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee

USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

Steven William Soule'

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  ssouleOKE@ecf.axosfs.com

TOTAL: 20

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  C M Heavy Machinery, LLC
  aka CM Heavy Machinery, LLC
  11097 Highway 27
  Okemah, OK 74859

Social Security No.:


Employer's Tax I.D. No.:
  42–1737967

NOTICE: The Emergency Motion to Preserve Estate Property and for Temporary Stay of Further Liquidation Pending Resolution of State Court Appeal filed by C M Heavy Machinery, LLC and/or interested party Clint Michael Meadors (DE #321) has been received. It is not in compliance with this Court's current procedure found on the Court website www.okeb.uscourts.gov. 420A Notice of Motion was not filed. 420A Notice of Motion due by 5/8/2026. Certificate of Mailing of Motion and Notice Due by 5/8/2026 (RE: 321 Motion To Stay filed by Debtor C M Heavy Machinery, LLC) (Corley, Cheryl)

Dated: May 1, 2026

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**