IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:
CM HEAVY MACHINERY, LLC,
Debtor.

Case No. 24-80617
Chapter 7

**FILED**

at_____O'clock & _____min___M

MAY 0 8 2026

BONNIE HACKLER, Acting Clerk
United States Bankruptcy Court
Eastern District of Oklahoma

## CERTIFICATE OF MAILING

I hereby certify that on the 8th day of May, 2026, a true and correct copy of the following documents:

1. Emergency Motion to Preserve Estate Property and for Temporary Stay (DE #321)
2. Notice of Motion and Opportunity for Hearing

were served upon all required parties in interest by depositing same in the United States Mail, first-class postage prepaid, and/or via the Court's CM/ECF system, addressed as follows:

- Office of the United States Trustee
- Chapter 7 Trustee
- Counsel for Great Plains National Bank
- All creditors and parties requesting notice. See Exhibit "A"

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 8, 2026

Clint Michael Meadors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:
CM HEAVY MACHINERY, LLC,
Debtor.

Case No. 24-80617
Chapter 7

## CERTIFICATE OF MAILING

I hereby certify that on the 8th day of May, 2026, a true and correct copy of the following documents:

1. Emergency Motion to Preserve Estate Property and for Temporary Stay (DE #321)
2. Notice of Motion and Opportunity for Hearing

were served upon all required parties in interest by depositing same in the United States Mail, first-class postage prepaid, and/or via the Court's CM/ECF system, addressed as follows:

- Office of the United States Trustee
- Chapter 7 Trustee
- Counsel for Great Plains National Bank
- All creditors and parties requesting notice. See Exhibit "A"

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 8, 2026

Clint Michael Meadors