FILED

May 8, 2026
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma
**Case No.: 24–80617**
**Chapter: 7**

---

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:

C M Heavy Machinery, LLC
aka CM Heavy Machinery, LLC
11097 Highway 27
Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
42–1737967

---

NOTICE: The Notice of Motion and Hearing (DE#325) has/have been received. It is not in compliance with this Court's current procedure found on the Court website www.okeb.uscourts.gov. The Notice 420A was not on the Official Form. The movant shall file a Form 420A Notice. Notice of Motion due by 5/15/2026. Certificate of Mailing Due by 5/15/2026. (RE: 325 420A, 420A–1, 420A–2 Form – Notice of Motion)(Alverson, Marsha)

Dated: May 8, 2026

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**

# Notice Recipients

District/Off: 1086–7  User: admin  Date Created: 5/8/2026

Case: 24–80617  Form ID: AdmClkBK  Total: 4

**Recipients of Notice of Electronic Filing:**

ust  Office of the United States Trustee  USTPRegion20.TU.ECF@usdoj.gov
aty  Karen Carden Walsh  karen.walsh@usdoj.gov
aty  Mary Kindelt  mary.kindelt@usdoj.gov

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db  C M Heavy Machinery, LLC  11097 Highway 27  Okemah, OK 74859

TOTAL: 1