UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 24–80617**
**Chapter: 7**

**FILED**
May 8, 2026
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  C M Heavy Machinery, LLC
  aka CM Heavy Machinery, LLC
  11097 Highway 27
  Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
  42–1737967

NOTICE: The Certificate of Mailing (DE#326) has been received. The Certificate of mailing is not in compliance with this Court's Local Rules. Exhibit A is not attached. Corrected Certificate of Mailing to be filed. Certificate of Mailing Due by 5/15/2026. (RE: 326 Certificate of Mailing filed by Debtor C M Heavy Machinery, LLC)(Alverson, Marsha)

Dated: May 8, 2026

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**

# Notice Recipients

District/Off: 1086–7                 User: admin                 Date Created: 5/8/2026
Case: 24–80617                       Form ID: AdmClkBK            Total: 4

**Recipients of Notice of Electronic Filing:**
ust          Office of the United States Trustee          USTPRegion20.TU.ECF@usdoj.gov
aty          Karen Carden Walsh          karen.walsh@usdoj.gov
aty          Mary Kindelt          mary.kindelt@usdoj.gov

                                                                            TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           C M Heavy Machinery, LLC          11097 Highway 27          Okemah, OK 74859

                                                                            TOTAL: 1