United States Bankruptcy Court
Eastern District of Oklahoma

In re:                                                                    Case No. 24-80617-PRT
C M Heavy Machinery, LLC                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Ashley F. Vinson | on behalf of Trustee Kelley G Loud  Trustee avinson@titushillis.com |
| Blake Sonne | on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com |
| Brandon Craig Bickle | on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com  bhornbeak@gablelaw.com |
| Christianna Annette Cathcart | on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com |
| Christopher Gnaedig | on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com |
| Connor Andreen | on behalf of Creditor Great Plains National Bank candreen@hallestill.com |
| Daniel Vaughn Carsey | on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com |
| Gary M. McDonald | on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com |

Joel W. Harmon
on behalf of Creditor Gregory Poole Equipment Company joel.harmon@crowedunlevy.com
doris.gould@crowedunlevy.com;maison.moseley@crowedunlevy.com

Karen Carden Walsh
on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee
on behalf of Plaintiff Kelley G Loud Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee
kloudtrustee@titushillis.com lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee
on behalf of Trustee Kelley G Loud Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud
on behalf of Trustee Kelley G Loud Trustee kloud@titushillis.com,
CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt
on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig
on behalf of Attorney The VerStandig Law Firm LLC mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig
on behalf of Debtor C M Heavy Machinery LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule
on behalf of Creditor Great Plains National Bank ssoule@hallestill.com smccormick@hallestill.com

Steven William Soule'
on behalf of Creditor Great Plains National Bank ssoule@hallestill.com ssouleOKE@ecf.axosfs.com


TOTAL: 20

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 24–80617**
**Chapter: 7**

**FILED**
May 8, 2026
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
   C M Heavy Machinery, LLC
   aka CM Heavy Machinery, LLC
   11097 Highway 27
   Okemah, OK 74859

Social Security No.:

Employer's Tax I.D. No.:
   42–1737967

NOTICE: The Certificate of Mailing (DE#326) has been received. The Certificate of mailing is not in compliance with this Court's Local Rules. Exhibit A is not attached. Corrected Certificate of Mailing to be filed. Certificate of Mailing Due by 5/15/2026. (RE: 326 Certificate of Mailing filed by Debtor C M Heavy Machinery, LLC)(Alverson, Marsha)

Dated: May 8, 2026

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**