FILED

at_____O'clock & _____min_____M

MAY 15 2026 *mla*

BONNIE HACKLER, Acting Clerk
United States Bankruptcy Court
Eastern District of Oklahoma

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: C M Heavy Machinery LLC      Case Number 24-80617
                                    Chapter 7

Debtor(s).

## CERTIFICATE OF MAILING

CM Heavy Machinery, LLC does hereby certify that on 5/15/26, true and correct copies of the Emergency Motion was mailed with proper postage prepaid to the interested parties listed Notice of Motion below and in the manner set forth. YOU MUST SPECIFY: First Class Mail, Rule 7004(b)(4) or (5), or Rule 7004(h). See Attached Exhibit

S/ _____
Attorney Signature

PO Box 309
Address
Okemah, OK 74859
City State Zip

405-202-1533
Telephone and Facsimile

Clint @ cmhm.com
E-mail Address

*Exhibit*

**24-80617 Notice will be electronically mailed to:**

Connor Andreen on behalf of Creditor Great Plains National Bank
candreen@hallestill.com

Brandon Craig Bickle on behalf of Creditor Komatsu Financial Limited Partnership
bbickle@gablelaw.com, bhornbeak@gablelaw.com

Daniel Vaughn Carsey on behalf of Creditor Great Plains National Bank
dcarsey@hallestill.com, kjanke@hallestill.com

Christianna Annette Cathcart on behalf of Debtor C M Heavy Machinery, LLC
christianna@dakotabankruptcy.com

Christopher Gnaedig on behalf of Creditor Great Plains National Bank
cgnaedig@hallestill.com

Joel W. Harmon on behalf of Creditor Gregory Poole Equipment Company
joel.harmon@crowedunlevy.com, doris.gould@crowedunlevy.com;maison.moseley@crowedunlevy.com

Mary Kindelt on behalf of U.S. Trustee Office of the United States Trustee
mary.kindelt@usdoj.gov

Kelley G. Loud on behalf of Trustee Kelley G Loud, Trustee
kloud@titushillis.com, CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Kelley G Loud, Trustee
kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee on behalf of Plaintiff Kelley G Loud, Trustee
kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee on behalf of Trustee Kelley G Loud, Trustee
kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

1

Gary M. McDonald on behalf of Creditor Recovery Logistics, Inc.
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Blake Sonne on behalf of Debtor C M Heavy Machinery, LLC
bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com

Steven William Soule on behalf of Creditor Great Plains National Bank
ssoule@hallestill.com, smccormick@hallestill.com

Steven William Soule' on behalf of Creditor Great Plains National Bank
ssoule@hallestill.com, ssouleOKE@ecf.axosfs.com

Maurice VerStandig on behalf of Attorney The VerStandig Law Firm, LLC
mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig on behalf of Debtor C M Heavy Machinery, LLC
mac@mbvesq.com, verstandiglaw@recap.email

Ashley F. Vinson on behalf of Trustee Kelley G Loud, Trustee
avinson@titushillis.com

Karen Carden Walsh on behalf of U.S. Trustee Office of the United States Trustee
karen.walsh@usdoj.gov

**24-80617 Notice will not be electronically mailed to:**

Caterpillar Financial Services Corporation
,

Duckwall & Company
Dan Duckwall, President
POB 580187
Tulsa, OK 74158

Case 24-80617   Doc 333   Filed 05/15/26   Entered 05/15/26 14:49:47   Desc Main
Document   Page 3 of 13

**Aaron Lowe**
380058 Old Highway 62
Okemah, OK 74859

**ARA Insurance Agency**
11225 College Blvd Suite 250
Overland Park, KS 66210

**ARA Insurance Sercies, Inc.**
11225 College Blvd, Ste 250
Overland Park, KS 66210

**AT&T Business**
211 S. Akard
Dallas, TX 75202

**Barnhill Contracting Company**
800 Tiffany Blvd Suite 200 P O Box 7948
Rocky Mount, NC 27804

**Blue Bridge Financial, LLC**
11911 Freedom Dr
One Fountain Square, set 570
Reston, VA 20190

**Bob Cherot**
Voss, Michaels, Lee & Associates, Inc.
PO Box 1829
Holland, MI 49422-1829

**C T Corporation**
PO Box 4349
Carol Stream, IL 60197

**Caterpillar Financial Services**
c/o Corporation Service Company

3

10300 Greenbriar Place
Oklahoma City, OK 73159

**Caterpillar Financial Services Corp**
2120 West End Avenue
Nashville, TN 37203

**CIG Logistics, Inc.**
209 W 2nd Street
Fort Worth, TX 76102

**Clint Meadors**
P.O. Box 309
Okemah, OK 74859

**Clint Meadors**
11097 Highway 27
Okemah, OK 74859

**Comptroller of Public Accounts**
PO Box 149359
Austin, TX 78714-9359

**Comptroller of Public Accounts**
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

**CT Corporation**
Attn: Bankruptcy (SOP)
28 Liberty Street
New York, NY 10005

**Daniel V. Carsey**
Hall, Estill, Hardwick, Gable, Golden

4

Case 24-80617    Doc 333    Filed 05/15/26    Entered 05/15/26 14:49:47    Desc Main
Document      Page 5 of 13

100 North Broadway Suite 2900
Oklahoma City, OK 73102

**DLL Finance / Agricredit**
PO Box 77122
Minneapolis, MN 55480

**Dozr, Ltd.**
318 DUKE ST W KITCHENER
ONTARIO CANADA-N2H3Y1

**Enfield Timber, LLC**
21144 US Highway 301
Enfield, NC 27823

**FedEx**
PO Box 223125
Pittsburgh, PA 15251

**Filsinger Equipment Leasing, Inc.**
Gary M. McDonald
15 W 6th St, Ste 2606
Tulsa, OK 74119

**First Foundation Bank**
18101 Von Karmen Avenue, ste 750
Irvine, CA 92612

**Great Plains Bank**
601 NW 13th St
Oklahoma City, OK 73103

**Great Plains Bank**
601 NW 13th St
Oklahoma City, OK 73103

5

**Great Plains National Bank**
Hall Estill c/o Steve Soule
521 East 2nd St., Suite 1200
Tulsa, OK 74120

**Great Plains National Bank**
2017 W. 3rd
Elk City, OK 73644

**Great Plains National Bank**
601 NW 13th St
Oklahoma City, OK 73103

**Gregory Poole Equipment Company**
4807 Beryl Road
Raleigh, NC 27606

**Gungoll, Jackson, Box & Devoll, P.C.**
PO Box 1549
Enid, OK 73702

**Hentges & Associates, PLLC**
102 E Thatcher St
Edmond, OK 73034

**Holt Texas Ltd.**
5665 SE Loop 410
San Antonio, TX 78222

**Holt Texas, Ltd.**
Caldwell Clark Fanucchi & Finlayson PLLC
700 N. St. Mary's Street, #1825
San Antonio, TX 78205

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

6

Case 24-80617   Doc 333   Filed 05/15/26   Entered 05/15/26 14:49:47   Desc Main
Document      Page 7 of 13

**James Supplies LLC**
PO Box 360
Pauls Valley OK 73075

**James Supplies, L.L.C.**
c/o Jay V. Harper 410 S. Chickasaw
Pauls Valley, OK 73075

**Janae L. Wright**
2914 Colonial Lane
Edmond, OK 73013

**Jerome S. Sepkowitz, Esq.**
Derryberry & Naifeh, LLP
4800 North Lincoln Boulevard
Oklahoma City, OK 73105

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

**Komatsu Financial L.P.**
8770 W Bryn Mawr Ave Suite 100
Chicago, IL 60631

**Komatsu Financial Limited Partnership**
Vedder Price P.C., Attn: Mitchell D. Cohen, Esq.
1633 Broadway, 31st Floor
New York, NY 10019

**Kubota Credit Corp, U.S.A**
PO Box 2046
Grapevine, TX 76099

Case 24-80617    Doc 333    Filed 05/15/26    Entered 05/15/26 14:49:47    Desc Main
Document        Page 8 of 13

**Kubota Credit Corporation USA**
PO Box 2046
Grapevine, TX 76099

**Mabrey Bank**
PO Box 130
Bixby, OK 74008

**Matthew P. Weiner**
Poyner Spruill, LLP, Attn: Matthew P. Weiner
PO Box 1801
Raleigh, NC 27602

**McAfee & Taft A Professional Corporation**
Two Leadership Square, 8th Floor
211 N. Robinson
Oklahoma City, OK 73102

**McAfee & Taft, A Professional Corporatio**
Attn: Michael Lauderdale
211 N. Robinson 8th Floor, Two Leadershi
Oklahoma City, OK 73102

**Mylon D. Smith**
Crowe Dunlevy
324 N Robinson Ave.
Suite 100
Oklahoma City, OK 73102

**Mylon D. Smith**
Crowe & Dunlevy, a Professional Corporat
Braniff Building 423 N. Robinson Avenue,
Oklahoma City, OK 73102

**Nolen Propane Company**
2378 Hwy. 75
Wetumka, OK 74883

8

**Norman Wohlgemuth, LLP**
401 S. Boston Avenue Suite 3200
Tulsa, OK 74103

**Office of the United States Trustee**
301 N. Main St, Suite 1150
Wichita, KS 67202

**Okemah Oil Company**
4 E Broadway St
Okemah, OK 74859

**Oklahoma Natural Gas**
PO Box 219296
Kansas City, MO 64121

**Oklahoma Tax Commission**
300 N Broadway Avenue
Oklahoma City, OK 73102

**Oklahoma Tax Commission**
201 W 5th St. Ste. 400
General Counsel's Office
Tulsa, OK 74103

**Oklahoma Tax Commission**
Oklahoma City OK 73194

**Pe Ben Industries Companies, Inc.**
811 Dallas Street
Houston, TX 77002

**Recovery Logistics, Inc.**
507 S 14th
Fort Smith, AR 72901

9

**Richard J. Wallace III**
Scheef & Stone LLP
500 N. Akard, Ste. 2700
Dallas, TX 75201

**Robert D. Wilson, PC**
1900 Preston Road Suite 267-72
Plano, TX 75093

**Ross Plourde, Esq.**
211 N. Robinson
8th Floor Two Leadership Square
Oklahoma City, OK 73102

**Scott Equipment**
6149 Hwy 90 E
Lake Charles, LA 70615

**Standard Freight LLC**
2401 Independence Parkway S
La Porte, TX 77571

**T&J Grading Company LLC**
2054 Kildare Farm Rd. #352
Cary, NC 27518

**Targeted Lease Capital LLC**
5500 Main Street Suite 300
Williamsville , NY 14221

**Tuggle Duggins**
400 Bellemeade Street Suite 800
Greensboro, NC 27401

10

**Tuggle Duggins, P.A.**
400 Bellemeade Street Suite 800
Greensboro, NC 27401

**Unifirst**
2100 N Beech Avenue
Broken Arrow, OK 74012

**United States Attorney**
Eastern District of Oklahoma
520 Denison Ave.
Muskogee OK 74401

**Warren Power & Machinery, Inc.**
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159

**Waukesha-Pearce Industries, LLC**
PO Box 65038
Houston, TX 77235

**Wheeler Metals**
3100 W 40th Street N
Muskogee, OK 74401

**Wisner Law**
703 S. Western Road
Stillwater, OK 74074

**Woita Forest Products, LLC**
601 Calvert Street Suite Q
Lincoln, NE 68502

**Zachary J. Fanucchi**
Caldwell Clark Fanucchi & Finlayson PLLC

700 N. St. Mary's Street, #1825

San Antonio, TX 7820

12

Case 24-80617    Doc 333    Filed 05/15/26    Entered 05/15/26 14:49:47    Desc Main
Document       Page 13 of 13