**Dated: July 2, 2026**

**The following is ORDERED:**



_Paul R. Thomas_
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **CM HEAVY MACHINERY, LLC** | ) | **Case No. 24-80617** |
| | ) | **Chapter 7** |
| | ) | |
| **Debtor.** | ) | |

### ORDER GRANTING
### <u>APPLICATION TO APPEAR AT HEARING BY TELEPHONE</u>

Before the Court is the *Application for Order Authorizing Trustee to Appear By Telephone*

filed by the Kelley G. Loud, Trustee (ECF No. 342).  The Court finds that cause exists to grant the

Application.

**IT IS THEREFORE ORDERED** that Kelley G. Loud Trustee, may appear remotely at

the hearing scheduled in this matter for July 15, 2026, at 10:00 a.m.

# # #

APPROVED AS TO ENTRY:


By: */s/ Kelley G. Loud_____*
    *Kelley G. Loud, Trustee*

TITUS HILLIS REYNOLDS LOVE
Kelley G. Loud, OBA No. 15808
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
Telephone: (918) 587-6800
Facsimile: (918) 587-6822
Email: kloud@titushillis.com
*Attorney for Chapter 7 Trustee*