# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

C M HEAVY MACHINERY, LLC,

      Debtor.

Case No. 24-80617
Chapter 7

## APPLICATION TO APPEAR BY TELEPHONE AT JULY 15, 2026, HEARING

Great Plains National Bank ("GPNB"), a creditor and party-in-interest in this case, requests permission for its counsel to appear remotely by telephone at the hearing currently scheduled in this matter for July 15, 2026, at 10:00 a.m. In support thereof, GPNB states as follows:

1. Counsel for GPNB has reviewed this Court's rules for telephonic appearance and will comply with the rules.

2. The requested telephonic appearance at the July 15, 2026, hearing will not prejudice any other party.

3. A proposed Order is being submitted contemporaneously with this Application.

WHEREFORE, GPNB respectfully requests this Court to enter an Order permitting its counsel to attend the hearings set in this case remotely via telephone.

22539205.1:412594.01725

Dated: July 8, 2026.                    Respectfully submitted,

**HALL, ESTILL HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**

*/s/ Daniel V. Carsey*
Steven W. Soulé, OBA No. 13781
Christopher J. Gnaedig, OBA No. 33892
Connor M. Andreen, OBA No. 35047
521 East 2nd St., Suite 1200
Tulsa, OK 74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
Email: ssoule@hallestill.com
Email: cgnaedig@hallestill.com
Email: candreen@hallestill.com

-and-

Daniel V. Carsey, OBA No. 21490
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: dcarsey@hallestill.com

**ATTORNEYS FOR GREAT PLAINS
NATIONAL BANK**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 8, 2026, a true and correct copy of the foregoing document was served electronically upon the parties registered to receive electronic notice via this Court's electronic case filing system.

*/s/Daniel V. Carsey*
Daniel V. Carsey

2

22539205.1:412594.01725