**Dated: July 8, 2026**

**The following is ORDERED:**



_Paul R. Thomas_
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

**C M HEAVY MACHINERY, LLC,**

**Case No. 24-80617**
**Chapter 7**

Debtor.

### ORDER PERMITTING COUNSEL TO APPEAR
### TELEPHONICALLY AT HEARING SET FOR JULY 15, 2026

THIS MATTER, having come before the Court upon the Application to Appear by Telephone at the July 15, 2026, hearing, filed herein on July 8, 2026, by Creditor Great Plains National Bank [Doc. 344], and the Court being sufficiently advised on the premises, the Court finds that the Application should be GRANTED.

22539975.1:412594.01725

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that counsel for Great Plains National Bank shall be permitted to appear at the hearing in the above-captioned case set for July 15, 2026, at 10:00 a.m., via telephone.

Movant shall notify all interested parties.

# # #

Submitted By:

*/s/ Daniel V. Carsey*
Daniel V. Carsey, OBA No. 21490
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
dcarsey@hallestill.com

**ATTORNEYS FOR CREDITOR
GREAT PLAINS NATIONAL BANK**

2