**Dated: July 16, 2026**

 **The following is ORDERED:**



*Paul R. Thomas*

PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

CM Heavy Machinery, LLC                     Case No. 24-80617-PRT
                                            Chapter 7

        Debtor.

### O R D E R

On the 15th day of July 2026, the Court conducted a hearing on the Emergency Motion to Preserve Estate Property and for Temporary Stay of Further Liquidation Pending Resolution of State Court Appeal filed by C M Heavy Machinery, LLC and/or interested party Clint Meadors (Docket Entry 321) with Objections thereto filed by the Trustee (Docket Entry 338) and Great Plains National Bank (Docket Entry 339), and Reply by Clint Meadors to Objection by the Trustee (Docket Entry 340) and Great Plains National Bank (Docket Entry 341. Appearing telephonically were Kelley Loud, Chapter 7 Trustee, and Allie Crawley for Great Plains National Bank. Clint Meadors did not appear.

Based upon the record, the Court finds that the Motion should be denied for failure of the movant to appear and prosecute the motion.

IT IS THEREFORE ORDERED that the Emergency Motion to Preserve Estate Property and for Temporary Stay of Further Liquidation Pending Resolution of State Court Appeal filed by C M Heavy Machinery, LLC and/or interested party Clint Meadors (Docket Entry 321) is hereby **denied for failure of the movant to appear and prosecute the motion.**

cc

###