In re:                                                                    Case No. 24-80617-PRT

C M Heavy Machinery, LLC                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7                     User: admin                     Page 1 of 2

Date Rcvd: Jul 16, 2026                  Form ID: pdfpo                  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID**            **Recipient Name and Address**
db                      C M Heavy Machinery, LLC, 11097 Highway 27, Okemah, OK 74859

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Ashley F. Vinson
                                on behalf of Trustee Kelley G Loud  Trustee avinson@titushillis.com

Blake Sonne
                                on behalf of Debtor C M Heavy Machinery  LLC bsonne@whittenburragelaw.com, kstratton@whittenburragelaw.com

Brandon Craig Bickle
                                on behalf of Creditor Komatsu Financial Limited Partnership bbickle@gablelaw.com  bhornbeak@gablelaw.com

Christianna Annette Cathcart
                                on behalf of Debtor C M Heavy Machinery  LLC christianna@dakotabankruptcy.com

Christopher Gnaedig
                                on behalf of Creditor Great Plains National Bank cgnaedig@hallestill.com

Connor Andreen
                                on behalf of Creditor Great Plains National Bank candreen@hallestill.com

Daniel Vaughn Carsey
                                on behalf of Creditor Great Plains National Bank dcarsey@hallestill.com  kjanke@hallestill.com

Gary M. McDonald
                                on behalf of Creditor Recovery Logistics  Inc. gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Joel W. Harmon

on behalf of Creditor Gregory Poole Equipment Company joel.harmon@crowedunlevy.com doris.gould@crowedunlevy.com;maison.moseley@crowedunlevy.com

Karen Carden Walsh

on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov

Kelley G Loud, Trustee

on behalf of Plaintiff Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

kloudtrustee@titushillis.com  lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G Loud, Trustee

on behalf of Trustee Kelley G Loud  Trustee kloudtrustee@titushillis.com, lmcpherson@titushillis.com;kgl@trustesolutions.net

Kelley G. Loud

on behalf of Plaintiff Kelley G Loud  Trustee kloud@titushillis.com, CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Kelley G. Loud

on behalf of Trustee Kelley G Loud  Trustee kloud@titushillis.com, CRoush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Mary Kindelt

on behalf of U.S. Trustee Office of the United States Trustee mary.kindelt@usdoj.gov

Maurice VerStandig

on behalf of Attorney The VerStandig Law Firm  LLC mac@mbvesq.com, verstandiglaw@recap.email

Maurice VerStandig

on behalf of Debtor C M Heavy Machinery  LLC mac@mbvesq.com, verstandiglaw@recap.email

Office of the United States Trustee

USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  smccormick@hallestill.com

Steven William Soule'

on behalf of Creditor Great Plains National Bank ssoule@hallestill.com  ssouleOKE@ecf.axosfs.com


TOTAL: 21

Joel W. Harmon

on behalf of Creditor Gregory Poole Equipment Company joel.harmon@crowedunlevy.com doris.gould@crowedunlevy.com;maison.moseley@crowedunlevy.com

**Dated: July 16, 2026**

**The following is ORDERED:**



_Paul R. Thomas_ (signature)

PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

CM Heavy Machinery, LLC

Case No. 24-80617-PRT
Chapter 7

     Debtor.

### O R D E R

On the 15th day of July 2026, the Court conducted a hearing on the Emergency Motion to Preserve Estate Property and for Temporary Stay of Further Liquidation Pending Resolution of State Court Appeal filed by C M Heavy Machinery, LLC and/or interested party Clint Meadors (Docket Entry 321) with Objections thereto filed by the Trustee (Docket Entry 338) and Great Plains National Bank (Docket Entry 339), and Reply by Clint Meadors to Objection by the Trustee (Docket Entry 340) and Great Plains National Bank (Docket Entry 341. Appearing telephonically were Kelley Loud, Chapter 7 Trustee, and Allie Crawley for Great Plains National Bank. Clint Meadors did not appear.

Based upon the record, the Court finds that the Motion should be denied for failure of the movant to appear and prosecute the motion.

IT IS THEREFORE ORDERED that the Emergency Motion to Preserve Estate Property and for Temporary Stay of Further Liquidation Pending Resolution of State Court Appeal filed by C M Heavy Machinery, LLC and/or interested party Clint Meadors (Docket Entry 321) is hereby **denied for failure of the movant to appear and prosecute the motion.**

cc

###