UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| C M HEAVY MACHINERY, LLC | ) | Case No. 24-80617 Chapter 7 |
| | ) | |
| Debtor | ) | |

## APPLICATION TO EMPLOY ACCOUNTANT FOR TRUSTEE

COMES NOW Kelley G. Loud, Trustee herein, and respectfully shows to the Court as follows:

1. That there are certain matters involved in the administration of this Estate which require the services of an accountant, which include the preparation of tax returns.

2. That Trustee should be authorized to retain accountants in all matters pertaining to the administration of this Estate; that Steve M. Rutherford, CPA, and the other staff members of his accounting firm are well qualified in accounting, tax, and bankruptcy matters; do not hold or represent an interest adverse to the Estate; is a disinterested party; has not served as an examiner in this case; and does not, in connection with this case, represent a creditor. *See* Affidavit and Statement of Steve M. Rutherford, CPA attached as Exhibit 1.

WHEREFORE, premises considered, the Trustee prays that the Court enter an Order authorizing Steve M. Rutherford to act as accountant for the Estate in all matters pertaining to the administration of this Estate.

Respectfully submitted:

/s/ Kelley GLoud
Kelley G. Loud, OBA #15808
kloudtrustee@titushillis.com
TITUS HILLIS REYNOLDS LOVE
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
ATTORNEY FOR TRUSTEE

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE** | ) | |
| | ) | **Case No. 24-80617** |
| **C M HEAVY MACHINERY, LLC** | ) | **Chapter 7** |
| | ) | |
| **Debtor** | ) | |

**AFFIDAVIT AND STATEMENT OF STEVE M. RUTHERFORD, CPA**

I, Steve M. Rutherford, being first duly sworn upon oath and being of lawful age, state as follows:

1. I am a certified public accountant licensed in the State of Oklahoma;

2. I do not represent or have any connection with any interest adverse to the Bankruptcy Estate of CM Heavy Machinery, LLC, Case No. 24-80617, Eastern District of Oklahoma;

3. To the best of my knowledge, neither I nor anyone in my firm has any connections with the Debtor(s), the creditors, or any party in interest, their attorneys and/or accountants, or any employee of the Office of the United States Trustee for Region 20, except as follows: None.

Dated this 28th of August, 2026

Steve M. Rutherford, CPA
4812 East 81st Street, Suite 302
Tulsa, Oklahoma 74137
918-744-8228

Subscribed and sworn to before me on this 28 day of August, 2026

Notary Public

[seal]

JENNA JAYE EUGENE
Notary Public, State of Oklahoma
Commission # 26004023
My Commission Expires 04-17-2030



EXHIBIT
1