**Dated: September 2, 2026**

**The following is ORDERED:**

PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE** | ) | |
| | ) | **Case No. 24-80617** |
| **C M HEAVY MACHINERY, LLC** | ) | **Chapter 7** |
| | ) | |
| **Debtor** | ) | |

**ORDER GRANTING APPLICATION TO EMPLOY**
**ACCOUNTANT FOR TRUSTEE**

On this date the Application to Employ Accountant for the Trustee is presented to the Court for consideration. The Court finds that it is in the best interest of the Estate that the Application be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the Application to Employ Steve M. Rutherford, CPA, as accountant for the Trustee be granted, subject to the following:

1. This Order is not a determination that the services are necessary;
2. No determination is made that the person being employed does not represent an adverse interest; and

3. No fee agreement between the applicant and the person or entity being retained is binding on the Court.

# # #

APPROVED FOR ENTRY:


/s/ Kelley G. Loud
Kelley G. Loud, OBA #15808
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
kloud@titushillis.com


**MOVANT SHALL NOTICE ALL INTERESTED PARTIES**