**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE** | ) | |
| | ) | **Case No. 24-80617** |
| **CM HEAVY MACHINERY, LLC** | ) | **Chapter 7** |
| | ) | |
| **Debtor** | ) | |

## REPORT OF SALE

Kelley G. Loud, Trustee, reports to the Court that pursuant to 11 U.S.C. Section 363(b) and Bankruptcy Rule 2002(a)(2) and 6004(a) and (f), and pursuant to the Court's Order authorizing sale of assets free and clear of liens, claims, and encumbrances (ECF No. 319), she sold the following property of this Estate:

| **Items Sold** | **Name of Purchaser** | **Gross Sale Proceeds** |
|---|---|---|
| SEE EXHIBIT A<br>*Items as identified in ECF No. 319* | SEE EXHIBIT A | $885,050.00 |

Further, the purchasers are not a creditor or party in interest in this case and has no connection with the United States Trustee or any personal employed at the Office of the United States Trustee to the knowledge of the Trustee.

Dated September 14, 2026.


_/s/ Kelley G. Loud__________________
Kelley G. Loud, OBA #15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
*Chapter 7 Trustee*