# Seller Settlement

DUCKWALL & COMPANY, INC.
AUCTIONEERS • APPRAISERS
Duckwall & Company, Inc.
PO Box 580187
Tulsa, OK 74158
Phone: (918) 836-3611

Settlement # 9016-316516-1

## Seller Information

| | |
|---|---|
| Seller Name: | Loud, Kelley |
| Seller Number: | 9016 |
| Company: | Titus |
| Location: | |
| Phone: | |
| Email: | |

## Auction Information

| | |
|---|---|
| Auction: | CM Heavy Machinery, LLC * Bankruptcy Case 24-80617 Eastern District |
| Date: | 06/11/2026 10:00 |
| Location: | 371055 E 980 Road<br>Castle, OK 74833 |

| Lot Num | Inventory Number | Lot Title | Description | AdditionalDescription | Bidder | BuyerFirst Name | BuyerLast Name | BuyerCompany | BuyerState | BuyerAddress | BuyerPhone | QuantityPurchased | Bid | Lot SubTota |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | US Bankruptcy Sale Terms & Conditions - Case 24-80617 - Eastern District of Oklaoma | US Bankruptcy Sale Terms & Conditions - Case 24-80617 - Eastern District of Oklaoma - NO ONSITE BIDDING- 7% Buyers' Premium. FULL PAYMENT MUST BE MADE DAY OF AUCTION. We accept cash, check with bank letter of guarantee, or wire transfer. NO credit cards will be accepted! Sales tax will be charged without tax exemption. Email tax exemptions to duckwall@duckwallauctions.net. Register online at Bidspotter.com 48 hours prior to sale. REMOVAL BY APPOINTMENT EVERYTHING MUST BE REMOVED BY 3:00 PM JUNE 19TH. | | NOT SOLD | | | | | | | - | $0.00 | $0.0 |
| 1 | 1 | 2019 KUBOTA SVL95-2S SKID STEER, S/N 43100, PIN# JKUC0953L01S43100 | 2019 KUBOTA SVL95-2S SKID STEER, S/N 43100, PIN# JKUC0953L01S43100 - 2019 KUBOTA SVL95-2S SKID STEER, S/N 43100, PIN# JKUC0953L01S43100, 1,450 HRS, ENCLOSED CAB, RUBBER TRACKS, HIGH FLOW, AUX. HYD., 80" BUCKET | | 6009 | richard | bennett | NATIVE AMERICAN MAINTENANCE SERVICE | Oklahoma | PO Box 3266 Muskogee, Oklahoma 74402-3266 | (918) 913-1131 | 1.0 | $40,000.00 | $40,000.0 |
| 2 | 2 | 2018 TRAIL KING TK110HDG LOWBOY TRAILER, VIN# 1XP5DB9X17D671765, 55-TON, 4-AXLE, AIR LIFT 3RD AXLE, FLIP 4TH AXLE, 2020 NECK & PONY MOTOR | 2018 TRAIL KING TK110HDG LOWBOY TRAILER, VIN# 1XP5DB9X17D671765, 55-TON, 4-AXLE, AIR LIFT 3RD AXLE, FLIP 4TH AXLE, 2020 NECK & PONY MOTOR - 2018 TRAIL KING TK110HDG LOWBOY TRAILER, VIN# 1XP5DB9X17D671765, 55-TON, 4-AXLE, AIR LIFT 3RD AXLE, FLIP 4TH AXLE, 2020 NECK & PONY MOTOR | | 6022 | Collin | Meadors | Meadors 76 Companies LLC | Oklahoma | PO Box 302 Wetumka, Oklahoma 74883-0302 | (405) 584-2233 | 1.0 | $80,000.00 | $80,000.0 |
| 3 | 3 | 2010 KOMATSU PC270LC-8 EXCAVATOR, S/N A87397, PIN# KMTPC182P54A87397 | 2010 KOMATSU PC270LC-8 EXCAVATOR, S/N A87397, PIN# KMTPC182P54A87397 - 2010 KOMATSU PC270LC-8 EXCAVATOR, S/N A87397, PIN# KMTPC182P54A87397, 6,819 HRS, EROPS, ENGINE REPLACED IN 2021 W/KOMATSU CRATE ENGINE NOW HAS ~360 HRS REPLACED | | 6052 | Daniel | Trotter | COWC Dba i35 equipment | Oklahoma | 2501 E Industrial Rd Guthrie, Oklahoma 73044 | (405) 833-6437 | 1.0 | $52,500.00 | $52,500.0 |

Case 24-80617 Doc 351-1 Filed 09/14/26 Entered 09/14/26 10:13:05 Desc
Exhibit A Page 1 of 4

| Lot Num | Inventory Number | Lot Title | Description | AdditionalDescription | Bidder | BuyerFirst Name | BuyerLast Name | BuyerCompany | BuyerState | BuyerAddress | BuyerPhone | QuantityPurchased | Bid | Lot SubTota |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | AT 5,960 HRS, ESCO 42", 31.5" TRACKS | | | | | | | | | | | |
| 4 | 4 | 2020 KOMATSU GD655-6 MOTOR GRADER, S/N 60468, PIN# KMTGD032CJA060568 | 2020 KOMATSU GD655-6 MOTOR GRADER, S/N 60468, PIN# KMTGD032CJA060568 - 2020 KOMATSU GD655-6 MOTOR GRADER, S/N 60468, PIN# KMTGD032CJA060568, 1,483 HRS, EROPS, 14' MOLDBOARD, REAR RIPPER | | 6052 | Daniel | Trotter | COWC Dba i35 equipment | Oklahoma | 2501 E Industrial Rd Guthrie, Oklahoma 73044 | (405) 833-6437 | 1.0 | $117,500.00 | $117,500.0 |
| 5 | 5 | 2018 KOMATSU D85PX-18 BULLDOZER, PIN# KMT0D128JHC023074 | 2018 KOMATSU D85PX-18 BULLDOZER, PIN# KMT0D128JHC023074 - 2018 KOMATSU D85PX-18 BULLDOZER, PIN# KMT0D128JHC023074, 2,129 HRS, EROPS, SWEEPS, 36" TRACKS, 16' 6-WAY BLADE, ALLIED H8L 80,000 LB WINCH, UNDERCARRIAGE 80% | | 6108 | William | Brown | ARS | Oklahoma | 200 NE 48TH ST OKLAHOMA CITY, Oklahoma 73105-3313 | (405) 521-8500 | 1.0 | $125,000.00 | $125,000.0 |
| 6 | 6 | 2018 KOMATSU D65PX-18 BULLDOZER, S/N 91046, PIN# KMTOD127EHA091046 | 2018 KOMATSU D65PX-18 BULLDOZER, S/N 91046, PIN# KMTOD127EHA091046 - 2018 KOMATSU D65PX-18 BULLDOZER, S/N 91046, PIN# KMTOD127EHA091046, 4,312 HRS, EROPS, SWEEPS, 30.5" TRACKS, 12' 6-WAY BLADE, UNDERCARRIAGE 80% | | 6052 | Daniel | Trotter | COWC Dba i35 equipment | Oklahoma | 2501 E Industrial Rd Guthrie, Oklahoma 73044 | (405) 833-6437 | 1.0 | $86,000.00 | $86,000.0 |
| 7 | 7 | 2017 CATERPILLAR 323FL EXCAVATOR, S/N CAT0323FJXCF10395, | 2017 CATERPILLAR 323FL EXCAVATOR, S/N CAT0323FJXCF10395, - 2017 CATERPILLAR 323FL EXCAVATOR, S/N CAT0323FJXCF10395, 3,798 HRS, EROPS, CAT 36" BUCKET, EXCAVATOR MOUNT | | 6052 | Daniel | Trotter | COWC Dba i35 equipment | Oklahoma | 2501 E Industrial Rd Guthrie, Oklahoma 73044 | (405) 833-6437 | 1.0 | $72,500.00 | $72,500.0 |
| 8 | 8 | 2017 HAMM H12i VIBRATORY COMPACTOR, S/N H2350152 | 2017 HAMM H12i VIBRATORY COMPACTOR, S/N H2350152 - 2017 HAMM H12i VIBRATORY COMPACTOR, S/N H2350152, 1,160 HRS, EROPS, 84" SMOOTH DRUM | | 6003 | Mark | Anderson | GPC Equipment | Oklahoma | 24255 N Council Rd Edmond, Oklahoma 73025-9722 | (405) 562-0294 | 1.0 | $50,000.00 | $50,000.0 |
| 9 | 9 | 2012 CASE 821F WHEEL LOADER, S/N NBF215099, 5,685 HRS, EROPS, 8' FORKS | 2012 CASE 821F WHEEL LOADER, S/N NBF215099, 5,685 HRS, EROPS, 8' FORKS - 2012 CASE 821F WHEEL LOADER, S/N NBF215099, 5,685 HRS, EROPS, 8' FORKS | | 6049 | KC Farm Machinery | Kevin Connor | KC Farm Machinery | Oklahoma | 1327 South George Nigh Expressway MCALESTER, Oklahoma 74501-7525 | (918) 470-8585 | 1.0 | $42,500.00 | $42,500.0 |
| 10 | 10 | 2021 MCCORMICK X6.470 TRACTOR, S/N SW5CH43697 | 2021 MCCORMICK X6.470 TRACTOR, S/N SW5CH43697 - 2021 MCCORMICK X6.470 TRACTOR, S/N SW5CH43697, 183 HRS, ENCLOSED CAB, 4X4, DUAL PTO SPEEDS, BUDDY SEAT, REAR WHEEL WEIGHTS, L51 FRONT END LOADER ATTACHMENT | | 6034 | Colt | Henry | | Oklahoma | 371055 east 980rd Castle, Oklahoma 74833-4817 | (918) 504-0913 | 1.0 | $60,000.00 | $60,000.0 |
| 11 | 11 | 2018 KOMATSU D65PX-18 BULLDOZER, S/N 90651 | 2018 KOMATSU D65PX-18 BULLDOZER, S/N 90651 - 2018 KOMATSU D65PX-18 BULLDOZER, S/N 90651, PIN# KMT0D127VGA090651, EROPS, ALLIED H6H 60,000 LB WINCH, UNDERCARRIAGE 90% (ENGINE ISSUES-NO START, NO BLADE) | | 6022 | Collin | Meadors | Meadors 76 Companies LLC | Oklahoma | PO Box 302 Wetumka, Oklahoma 74883-0302 | (405) 584-2233 | 1.0 | $19,000.00 | $19,000.0 |
| 12 | 12 | 2002 KOMATSU D61-PX BULLDOZER, S/N D61P-12-B1810, OROPS | 2002 KOMATSU D61-PX BULLDOZER, S/N D61P-12-B1810, OROPS - 2002 KOMATSU D61P[illegible]D61P-12-B1810, OROPS, SWEEPS, 6- | | 6046 | Paul | Walker | Paul walker | Oklahoma | 97049 N 3790 Rd Okemah, Oklahoma 74859-5098 | (918) 726-3005 | 1.0 | $9,500.00 | $9,500.0 |

Case 24-80617 Doc 351-1 Filed 09/14/26 Entered 09/14/26 10:13:05 Desc
Exhibit A Page 2 of 4

| Lot Num | Inventory Number | Lot Title | Description | AdditionalDescription | Bidder | BuyerFirst Name | BuyerLast Name | BuyerCompany | BuyerState | BuyerAddress | BuyerPhone | QuantityPurchased | Bid | Lot SubTota |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | WAY BLADE, 50,000 LB WINCH, NEW UNDERCARRIAGE (NOT RUNNING) | | | | | | | | | | | |
| 13 | 13 | 2007 PETERBILT 379, VIN# 1XP5DB9X17D671765, 1,020,335 MILES, UNIBILT SLEEPER, TRI AXLE W/AIR LIFT 3RD AXLE, CALIFORNIA FRAME STRETCH, 625 HP CAT DIESEL, 18-SPD TRANS. | 2007 PETERBILT 379, VIN# 1XP5DB9X17D671765, 1,020,335 MILES, UNIBILT SLEEPER, TRI AXLE W/AIR LIFT 3RD AXLE, CALIFORNIA FRAME STRETCH, 625 HP CAT DIESEL, 18-SPD TRANS. - 2007 PETERBILT 379, VIN# 1XP5DB9X17D671765, 1,020,335 MILES, UNIBILT SLEEPER, TRI AXLE W/AIR LIFT 3RD AXLE, CALIFORNIA FRAME STRETCH, 625 HP CAT DIESEL, 18-SPD TRANS. | | 6022 | Collin | Meadors | Meadors 76 Companies LLC | Oklahoma | PO Box 302 Wetumka, Oklahoma 74883-0302 | (405) 584-2233 | 1.0 | $45,000.00 | $45,000.0 |
| 14 | 14 | 2019 FORD F550 LARIAT SERVICE TRUCK, VIN# 1FD0W5HT2KED95715, 61,808 MILES, CREW CAB, 4X4, GRILL GUARD, FRONT WINCH, VENTRUO HT40 TRUCK CRANE, 11' SERVICE BED | 2019 FORD F550 LARIAT SERVICE TRUCK, VIN# 1FD0W5HT2KED95715, 61,808 MILES, CREW CAB, 4X4, GRILL GUARD, FRONT WINCH, VENTRUO HT40 TRUCK CRANE, 11' SERVICE BED - 2019 FORD F550 LARIAT SERVICE TRUCK, VIN# 1FD0W5HT2KED95715, 61,808 MILES, CREW CAB, 4X4, GRILL GUARD, FRONT WINCH, VENTRUO HT40 TRUCK CRANE, 11' SERVICE BED | | 6049 | KC Farm Machinery | Kevin Connor | KC Farm Machinery | Oklahoma | 1327 South George Nigh Expressway MCALESTER, Oklahoma 74501-7525 | (918) 470-8585 | 1.0 | $46,500.00 | $46,500.0 |
| 15 | 15 | 2019 FORD F350 LTD, VIN# 1FT8W3BT0KEC62357, 95,121 MIILES, CREW CAB, FX4, LONG BED, GRILL GUARD, FRONT WINCH, LIFT KIT, 22" CUSTOM RIMS (NOT RUNNING-NO START) | 2019 FORD F350 LTD, VIN# 1FT8W3BT0KEC62357, 95,121 MIILES, CREW CAB, FX4, LONG BED, GRILL GUARD, FRONT WINCH, LIFT KIT, 22" CUSTOM RIMS (NOT RUNNING-NO START) - 2019 FORD F350 LTD, VIN# 1FT8W3BT0KEC62357, 95,121 MIILES, CREW CAB, FX4, LONG BED, GRILL GUARD, FRONT WINCH, LIFT KIT, 22" CUSTOM RIMS (NOT RUNNING-NO START) | | 6009 | richard | bennett | NATIVE AMERICAN MAINTENANCE SERVICE | Oklahoma | PO Box 3266 Muskogee, Oklahoma 74402-3266 | (918) 913-1131 | 1.0 | $18,500.00 | $18,500.0 |
| 16 | 16 | 1997 FREIGHTLINER FL70 FUEL & LUBE TRUCK, VIN# 1FUWHLBA8VH817373, 176,950 MILES | 1997 FREIGHTLINER FL70 FUEL & LUBE TRUCK, VIN# 1FUWHLBA8VH817373, 176,950 MILES - 1997 FREIGHTLINER FL70 FUEL & LUBE TRUCK, VIN# 1FUWHLBA8VH817373, 176,950 MILES, DIESEL TANK, HYD. TANKS, COMPRESSOR (YARD USE ONLY - NO TITLE) | | 6046 | Paul | Walker | Paul walker | Oklahoma | 97049 N 3790 Rd Okemah, Oklahoma 74859-5098 | (918) 726-3005 | 1.0 | $550.00 | $550.0 |
| 17 | 17 | 1995 CHEVROLET KODIAK C7500 FUEL TRUCK, VIN# 1GBM7H1M7SJ101163, ~280,000 MILES | 1995 CHEVROLET KODIAK C7500 FUEL TRUCK, VIN# 1GBM7H1M7SJ101163, ~280,000 MILES - 1995 CHEVROLET KODIAK C7500 FUEL TRUCK, VIN# 1GBM7H1M7SJ101163, ~280,000 MILES, 2,100-GALLON 5-COMPARTMENT TANK (YARD USE ONLY - NO TITLE) | | 6046 | Paul | Walker | Paul walker | Oklahoma | 97049 N 3790 Rd Okemah, Oklahoma 74859-5098 | (918) 726-3005 | 1.0 | $1,600.00 | $1,600.0 |
| 18 | 18 | MH 4900 1999 INTERNATIONAL A90 WINCH TRUCK, VIN# 1HTSDADN8XH666501, ~40,000 LB RUFNEK WINCH | MH 4900 1999 INTERNATIONAL A90 WINCH TRUCK, VIN# 1HTSDADN8XH666501, ~40,000 LB RUFNEK WINCH - MH 4900 1999 INTERNATIONAL A90 WINCH TRUCK, VIN# 1HTSDADN8XH666501, ~40,000 LB RUFNEK WINCH, ~18' STEEL BED, ROLLING TAILBOARD (NO MOTOR OR TRANS.) (YARD USE ONLY - NO TITLE) | | 6006 | Dave | Bailey | | Oklahoma | 10280 Hectorville Rd Mounds, Oklahoma 74047-4250 | (918) 625-4828 | 1.0 | $500.00 | $500.0 |

| Lot Num | Inventory Number | Lot Title | Description | AdditionalDescription | Bidder | BuyerFirst Name | BuyerLast Name | BuyerCompany | BuyerState | BuyerAddress | BuyerPhone | QuantityPurchased | Bid | Lot SubTota |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 19 | 1985 INTERNATIONAL S1955, 51900, VIN# 1HSLRTVN7FHA18721, FARM TRUCK, SINGLE AXLE, 5TH WHEEL PLATE | 1985 INTERNATIONAL S1955, 51900, VIN# 1HSLRTVN7FHA18721, FARM TRUCK, SINGLE AXLE, 5TH WHEEL PLATE - 1985 INTERNATIONAL S1955, 51900, VIN# 1HSLRTVN7FHA18721, FARM TRUCK, SINGLE AXLE, 5TH WHEEL PLATE (YARD USE ONLY - NO TITLE) | | 6015 | Richard | Clark | Clark ranch | Oklahoma | 378069 E 980 Rd Okemah, Oklahoma 74859-5095 | (918) 623-7641 | 1.0 | $200.00 | $200.0 |
| 20 | 20 | XL SPECIALIZED 22MB SPREADER | XL SPECIALIZED 22MB SPREADER - XL SPECIALIZED 22MB SPREADER | | 6034 | Colt | Henry | | Oklahoma | 371055 east 980rd Castle, Oklahoma 74833-4817 | (918) 504-0913 | 1.0 | $4,500.00 | $4,500.0 |
| 21 | 21 | 1980 FRUEHAUF FB29F2 JOBSITE TRAILER, VIN# N/A, 48' | 1980 FRUEHAUF FB29F2 JOBSITE TRAILER, VIN# N/A, 48' - 1980 FRUEHAUF FB29F2 JOBSITE TRAILER, VIN# N/A, 48' (YARD USE ONLY - NO TITLE) | | 6046 | Paul | Walker | Paul walker | Oklahoma | 97049 N 3790 Rd Okemah, Oklahoma 74859-5098 | (918) 726-3005 | 1.0 | $700.00 | $700.0 |
| 22 | 22 | 2006 FONTAINE 53' FLATBED TRAILER, VIN# 13N1532C963536012, SLIDING TANDEM AXLES, STRAP WINCHES | 2006 FONTAINE 53' FLATBED TRAILER, VIN# 13N1532C963536012, SLIDING TANDEM AXLES, STRAP WINCHES - 2006 FONTAINE 53' FLATBED TRAILER, VIN# 13N1532C963536012, SLIDING TANDEM AXLES, STRAP WINCHES (YARD USE ONLY - NO TITLE) | | 6041 | Cash | Maitlen | VMI, Inc. | Oklahoma | 1125 N. Maitlen Dr. Cushing, Oklahoma 74023 | (918) 225-7000 | 1.0 | $1,500.00 | $1,500.0 |
| 23 | 23 | 1994 FONTANE STEP DECK TRAILER, VIN# 13N248307R1561936, 12' UPPER, 38' LOWER, SPREAD AXLE, STRAP WINCHES | 1994 FONTANE STEP DECK TRAILER, VIN# 13N248307R1561936, 12' UPPER, 38' LOWER, SPREAD AXLE, STRAP WINCHES - 1994 FONTANE STEP DECK TRAILER, VIN# 13N248307R1561936, 12' UPPER, 38' LOWER, SPREAD AXLE, STRAP WINCHES | | 6041 | Cash | Maitlen | VMI, Inc. | Oklahoma | 1125 N. Maitlen Dr. Cushing, Oklahoma 74023 | (918) 225-7000 | 1.0 | $6,000.00 | $6,000.0 |
| 24 | 24 | 1979 STEPDECK/HAY TRAILER, VIN# N/A, 10' UPPER, 34' LOWER, DOVE TAIL W/FLIP RAMPS | 1979 STEPDECK/HAY TRAILER, VIN# N/A, 10' UPPER, 34' LOWER, DOVE TAIL W/FLIP RAMPS - 1979 STEPDECK/HAY TRAILER, VIN# N/A, 10' UPPER, 34' LOWER, DOVE TAIL W/FLIP RAMPS (YARD USE ONLY - NO TITLE) | | 6049 | KC Farm Machinery | Kevin Connor | KC Farm Machinery | Oklahoma | 1327 South George Nigh Expressway MCALESTER, Oklahoma 74501-7525 | (918) 470-8585 | 1.0 | $4,000.00 | $4,000.0 |
| 25 | 25 | 2,000 GALLON SKID-MTD. FUEL TANK, FILL-RITE METER & PUMP | 2,000 GALLON SKID-MTD. FUEL TANK, FILL-RITE METER & PUMP - 2,000 GALLON SKID-MTD. FUEL TANK, FILL-RITE METER & PUMP | | 6046 | Paul | Walker | Paul walker | Oklahoma | 97049 N 3790 Rd Okemah, Oklahoma 74859-5098 | (918) 726-3005 | 1.0 | $1,000.00 | $1,000.0 |
| 26 | | | | | | | | | | | | | $885,050.00 | $885,050.0 |