| Date | CM Heavy Machinery | | Amount | | D Mileage | C Mileage | D Day | C Day | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 7/31/2025 | First time at CM Heavy yard to verify equipment | | | | | | | | |
| 8/12/2025 | Met Kelley Loud in Okemah waiting for Clint to bring equipment (266 miles) | | | Dan | $ 192.85 | | $ 500.00 | $ 250.00 | |
| 8/14/2025 | Met Allie to get corvette at Clints house (234 miles) | | | | | $ 152.10 | | $ 500.00 | |
| 9/10/2025 | Chartered a plane ($500) to locate CM Heavy equipment (8am-1pm) | | | | | | | $ 500.00 | |
| 9/11/2025 | Court for CM Heavy in Okemah (6am-3pm) ( 164 miles) | | | Dan | | $ 106.60 | $ 500.00 | $ 250.00 | |
| 9/24/2025 | Equipment location for Court - Casey | $ 250.00 | | | | | | $ 500.00 | |
| 9/25/2025 | Court for CM Heavy in Okemah drove 335 miles to look at 2 pcs of equipment (630am-9pm) | | | Dan | $ 217.75 | | $ 250.00 | $ 500.00 | |
| 9/29/2025 | Searching for CM Heavy equipment (730am-3pm) 264 miles-Collected 1 dozer | | | | | $ 171.60 | | $ 500.00 | |
| 9/30/2025 | Searching for CM Heavy equipment (8am-3pm) 263 miles-collected 1 dozer | | | | | $ 170.95 | | $ 500.00 | |
| 10/10/2025 | Documented where equipment was located in holdenville (349 miles) | | | Dan | $ 226.85 | | $ 250.00 | $ 500.00 | |
| 10/30/2025 | Met Kelley Loud and Marvin Fillsinger in okemah at CM yard (165 miles) | | | | | $ 107.25 | | $ 500.00 | |
| 11/7/2025 | We had the Hamm roller delievered to CM yard (197 miles) | | | | | $ 128.05 | | $ 500.00 | |
| 11/12/2025 | Dan had court in muskogge for CM Heavy (140 miles) | | | Dan | $ 91.00 | | $ 500.00 | $ 250.00 | |
| 1/8/2026 | Federal court in muskogee at 130pm for CM ( 130 miles) and Dan had (140 miles) | | | Dan | $ 91.00 | $ 84.50 | $ 500.00 | $ 250.00 | |
| 1/14/2026 | Court in Okemah for CM at 130pm (ALLEY) (216 miles) | | | Dan | $ 140.40 | | $ 500.00 | $ 250.00 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1/16/2026 | Working to move equipment from CM yard to Colts for auction ( 218 miles) | | | | | $ 141.70 | | $ 500.00 | |
| 1/19/2026 | Working to move equipment from CM yard to Colts for auction ( 172 miles) | | | | | $ 111.80 | | $ 500.00 | |
| 1/20/2026 | Moved the D85 Dozer and Freightliner fuel/lube truck ( 207 miles) | | | | | $ 134.55 | | $ 500.00 | |
| 2/3/2026 | Drove to Savanna for komatsu D65 and deliver to CM yard in Okemah (392 miles) | | | | | $ 254.80 | | $ 500.00 | |
| 2/4/2026 | Court in Muskogee and then drove to wetumka and okemah for tractor, wheel loader, grader (323 miles) | | | | | $ 209.95 | | $ 500.00 | |
| 2/5/2026 | Drove to wetumka and okemah to pick up komatsu 270 and Cat 323 excavators (282 miles) | | | | | $ 183.30 | | $ 500.00 | |
| 2/6/2026 | Drove to wetumka and okemah for kubota skidsteer and jobsite trailer (278 miles) | | | | | $ 180.70 | | $ 500.00 | |
| 4/30/2026 | Drove to Colts to make auction catalog ( 157 miles) and Dan had (190 miles) | | | Dan | $ 123.50 | $ 120.05 | $ 500.00 | $ 250.00 | |
| 4/30/2026 | Jay Catalog (175 Miles) | $ 250.00 | | | $ 126.00 | | | $ 250.00 | |
| 5/1/2026 | Jay Catalog (175 Miles) | $ 250.00 | | | $ 126.00 | | | | |
| 5/1/2026 | Purchased batt. For equipment (157 Miles) | | $ 178.57 | | | $ 113.04 | | $ 500.00 | |
| 5/4/2026 | Drove to Colts to make equipment videos for auction catalog (153 miles) | | | | | $ 99.45 | | $ 500.00 | |
| 5/4/2026 | Jay Catalog (175 Miles) | $ 250.00 | | | $ 126.00 | | | | |
| 5/15/2026 | Puchased Glass & Took to Site (157 Miles) | | | | | $ 113.04 | | $ 500.00 | |
| 5/20/2026 | Drove to Apache Towing to get semi, trailer, and service truck and take to Colts ( 350 miles) | | | | | $ 227.50 | | $ 500.00 | |
| 5/26/2026 | CM Heavy setup- Cleaning, Pics, and Fuel for semi (177 miles) | | | | | $ 115.05 | | $ 500.00 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5/27/2026 | CM Heavy setup- Cleaning, Pics, and Fuel for semi (157 miles) | | | | | $ 102.05 | | $ 500.00 | |
| 6/1/2026 | CM Heavy setup- Pics and Videos for lots 16, 17 and komatsu 270 (153 miles) | | | | | $ 99.45 | | $ 500.00 | |
| 6/8/2026 | Auction Site & Equip Prep - Casey | $ 500.00 | $ 500.00 | | | | | | |
| 6/9/2026 | CM Heavy setup - (166 miles) and Dan had (190 miles) | | | Dan | $ 123.50 | $ 107.90 | $ 250.00 | $ 500.00 | |
| 6/10/2026 | CM Heavy- Inspection day (153 miles) and Dan had (190 miles) | | | Dan | $ 123.50 | $ 99.45 | $ 250.00 | $ 500.00 | |
| 6/10/2026 | Auction Inspection - Casey - Operate Machinery, Answer Questions, Diesel Refuel | $ 500.00 | $ 500.00 | | | | | | |
| 6/11/2026 | CM Heavy- Received auction payment from Collin Meadors (153 miles) | | | | | $ 99.45 | | $ 500.00 | |
| 6/12/2026 | CM Heavy auction checkout (153 miles) | | | | | $ 99.45 | | $ 500.00 | |
| 6/15/2026 | CM Heavy auction checkout (277 miles) | | | | | $ 180.05 | | $ 500.00 | |
| 6/16/2026 | CM Heavy auction checkout (170 miles) | | | | | $ 110.50 | | $ 500.00 | |
| 6/17/2026 | CM Heavy auction checkout (168 miles) and Dan had (190 miles) | | | Dan | $ 123.50 | $ 109.20 | $ 500.00 | $ 250.00 | |
| | | $ 2,000.00 | $ 1,178.57 | | $ 1,831.85 | $ 3,933.48 | $ 4,500.00 | $ 16,500.00 | $29,943.90 |

| Lot # | Description | Blow-N-Smoke | Blow-N-Smoke Amount | Repairs | Repair Expense Amount | Total Expenses |
|---|---|---|---|---|---|---|
| 1 | 2019 KUBOTA SVL95-2S SKID STEER, S/N 43100, PIN# JKUC0953L01S43100, 1,450 HRS, ENCLOSED CAB, RUBBER TRACKS, HIGH FLOW, AUX. HYD., | PICKUP & TRANSPORTATION TO YARD | $ 1,500.00 | INSPECT MACHINE, CLEAN TRASH FROM CAB, CLEAN INSIDE CAB & WINDOWS, WASH OUTSIDE OF MACHINE | $ 350.00 | $ 1,850.00 |
| 2 | 2018 TRAIL KING TK110HDG LOWBOY TRAILER, VIN# 1XP5DB9X17D671765, 55-TON, 4-AXLE, AIR LIFT 3RD AXLE, FLIP 4TH AXLE, 2020 NECK & PONY MOTOR | PICKUP & TRANSPORTATION TO YARD | $ 437.50 | CELEAN TRASH OUT OF NECK OF TRAILER, CLEAN OUT CHAIN BOXES, PURCHASE USED 22.5 TIRE & INSTALL, PURCHASE 2 TAIL LIGHTS & INSTALL, GET PONY MOTOR STARTED & CLEAN BATTERY CABLES, PURCHASE & REPLACE HUB SEAL OIL CAP, CLEAN OIL FROM HUBS, REPAIRED FLATS, HOSES & LIGHT CORD - TRAILER NOT ROAD READY - TRAILER OPERATIONAL, PURCHASE & INSTALL AIR HOSES | $ 852.96 | $ 1,290.46 |
| 3 | 2010 KOMATSU PC270LC-8 EXCAVATOR, S/N A87397, PIN# KMTPC182P54A87397, 6,819 HRS, EROPS, ENGINE REPLACED IN 2021 W/KOMATSU CRATE ENGINE - NOW HAS ~860 HRS-REPLACED AT 5,960 HRS, ESCO 42", 31.5" TRACKS | PICKUP & TRANSPORTATION TO YARD | $ 1,350.00 | CEAN TRASH FROM CAB, CLEAN INSIDE CAB, DIG PACKED MUD FROM TRACKS & BELLY OF MACHINE, INSPECT MACHINE, 4 GAL. LOW ON ANITFREEZE, OVERFLOW TANK BROKE, BAD SENSOR, ORDERED TANK & SENSOR FROM KIRBY SMITH, ADDED 1 GAL. MOTOR OIL, 5 GAL. HYD. OIL, ANITFREEZE OVERFLOW TANK PURCHASE & INSTALL, PURCHASED TOP & BOTTOM DOOR GLASS & INSTALL | $ 1,681.69 | $ 3,031.69 |
| 4 | 2020 KOMATSU GD655-6 MOTOR GRADER, S/N 60468, PIN# KMTGD032CJA060568, 1,483 HRS, EROPS, 14' MOLDBOARD, REAR RIPPER | PICKUP & TRANSPORTATION TO YARD | $ 1,025.00 | INSPECE MACHINE, CLEAN TRASH OUT, CLEAN INSIDE CAB & WINDOWS, WASH OUTSIDE, REMOUNT L STP BRACKET TO RUBBER MOUNT, AIR L REAR TIRE TO CORRECT PSI | $ 350.00 | $ 1,375.00 |
| 5 | 2018 KOMATSU D85PX-18 BULLDOZER, PIN# KMT0D128JHC023074, 2,129 HRS, EROPS, SWEEPS, 36" TRACKS, 16' 6-WAY BLADE, ALLIED H8L 80,000 LB WINCH, UNDERCARRIAGE 80% | PICKUP & TRANSPORTATION TO YARD | $ 2,000.00 | INSPECT MACHINE, CLEAN OUT TRASH, CLEAN INSIDE/OUTSIDE OF MACHINE, BOTH TILT CYLINDERS LEAKING DISCOVERED DURING INSPECTION, PURCHASED SEAT COVERS, BATTERY | $ 1,035.02 | $ 3,035.02 |
| 6 | 2018 KOMATSU D65PX-18 BULLDOZER, S/N 91046, PIN# KMTOD127EHA091046, 4,312 HRS, EROPS, SWEEPS, 30.5" TRACKS, 12' 6-WAY BLADE, UNDERCARRIAGE 80% | PICKUP & TRANSPORTATION TO YARD | $ 2,050.00 | INSPECT MACHINE, CLEAN OUT TRASH INSIDE/OUTSIDE OF MACHINE, PULL CODES FROM MACHINE TO GET LO4 CODE (LIMP MODE) CALL GET PARTS LIST & LABOR COST FOR REPAIRS, ADD DEF, SEAT COVER | $ 699.14 | $ 2,749.14 |
| 7 | 2017 CATERPILLAR 323FL EXCAVATOR, S/N CAT0323FJXCF10395, 3,798 HRS, EROPS, CAT 36" BUCKET, EXCAVATOR MOUNT | PICKUP & TRANSPORTATION TO YARD | $ 1,350.00 | INSPECT MACHINE, CLEAN INSIDE CAB & WINDOWS, DIG OUT MUD PACKED TRACKS, WASH OUTSIDE MACHINE, REMOVE BROKEN GREASE CERT FROM TRACK ADJUSTER ON R TRACK, INSTALL NEW ONE & TIGHTEN TRACK, TIGHTEN L TRACK, RESET CABLE FOR FRONT WINDOW, RESET CABLE BACK IN TRACK | $ 370.03 | $ 1,720.03 |
| 8 | 2017 HAMM H12i VIBRATORY COMPACTOR, S/N H2350152, 1,160 HRS, EROPS, 84" SMOOTH DRUM | PICKUP & TRANSPORTATION TO YARD | $ 3,800.00 | INSPECTION, CLEAN TRASH OUT OF CAB, CLEAN INSIDE CAB & WINDOWS, REPLACE SENSOR, TRIP 1 FOR PICKUP COULD NOT PICKUP MACHINE NOT RUNNING, TRIP 2 PICKED UP & BROUGHT BACK TO YARD TO CM YARD, TRIP 3 CM TO AUCTION YARD | $ 666.61 | $ 4,466.61 |
| 9 | 2012 CASE 821F WHEEL LOADER, S/N NBF215099, 5,685 HRS, EROPS, 8' FORKS | PICKUP & TRANSPORTATION TO YARD | $ 1,000.00 | INSPECT MACHINE, CLEAN OUT TRASH, CLEAN INSIDE CAB, WASH OUTSIDE OF MACHINE, DURING INSPECTION DISCOVERED CLUTH BRAKE BAD, NEEDS FORCED REGION OF DEF SYS., NO THROTTLE RESPONSE | $ 50.00 | $ 1,050.00 |
| 10 | 2021 MCCORMICK X6.470 TRACTOR, S/N SW5CH43697, 183 HRS, ENCLOSED CAB, 4X4, DUAL PTO SPEEDS, BUDDY SEAT, REAR WHEEL WEIGHTS, L51 FRONT END LOADER ATTACHMENT | PICKUP & TRANSPORTATION TO YARD | $ 1,000.00 | INSPECTION OF TRACTOR, REVERSE NOT IN WORKING ORDER, FUEL TANK CAP MISSING, BROKEN JOYSTICK FOR LOADER, ORDERED PARTS, INSTALL OF PURCHASED PARTS, CLEAN TRASH OUT, CLEAN INSIDE/OUTSIDE OF TRACTOR, DIAGNOSE & ORDER PARTS FOR REVERSE GEAR | $ 1,308.28 | $ 2,308.28 |
| 11 | 2018 KOMATSU D65PX-18 BULLDOZER, S/N 90651, PIN# KMT0D127VGA090651, EROPS, ALLIED H6H 60,000 LB WINCH, UNDERCARRIAGE 90% (ENGINE ISSUES-NO START, NO BLADE) | PICKUP & TRANSPORTATION TO YARD | $ 2,050.00 | UPON INSPECTION FOUND L04 CODE FOR DEF SYS. FAILURE, MACHINE WOULD NOT REGINERATE, ADDED DEF MACHINE W/N TAKE DEF, REMOVED PUMP FROM DEF TANK, TANK CRYSTALLIZED W/DRY DEF - CLEANED OUT TANK - ADDED DEF, MACHINE W/N REGENERATE NEEDS DEALER CODE FOR FORCED REGEN., CLEAN OUT TRASH IN CAB, BLOW OUT DIRT IN CAB, PULL PARTS FROM MOTOR, AXLE & BLADE IN FLOOR OF MACHINE, HOOK CABLES TO MACHINE TO GET MACHINE HOURS | $ 526.46 | $ 2,576.46 |
| 12 | 2002 KOMATSU D61-PX BULLDOZER, S/N D61P-12-B1810, OROPS, SWEEPS, 6-WAY BLADE, 50,000 LB WINCH, NEW UNDERCARRIAGE (NOT RUNNING) | DOZER AXLES COULD NOT BE REMOVED SO MACHINE WAS STATIONARY - HAD TO HAVE EXTRA MANPOWER & EQUIP. TO MOVE | $ 2,000.00 | | | $ 2,000.00 |
| 13 | 2007 PETERBILT 379, VIN# 1XP5DB9X17D671765, 1,020,335 MILES, UNIBILT SLEEPER, TRI AXLE W/AIR LIFT 3RD AXLE, CALIFORNIA FRAME STRETCH, 625 HP CAT DIESEL, 18-SPD TRANS. | PICKUP & TRANSPORTATION TO YARD | $ 437.50 | INSPECTION, CHECK FLUIDS, FOUND MAIN FUSE FOR GROUND MISSING - INSTALLED NEW ONE, NO DIESEL IN TRUCK, PRIMED FUEL FILTERS, ALTERNATOR NOT CHARGING - REMOVED OLD ONE AND INSTALLED NEWLY PURCHSED ALONG WITH NEW BELT, REPAIR TRAILER PIG TAIL FROM TRUCK TO TRAILER, REMOVE TRASH, PULLED SEATED & REMOVED OLD WET WOOD FLOOR (FLOOR WAS SWOLLEN & COMING APART), CLEAN OUT EXTREME AMOUNTS OF DOG HAIR & TRASH, REINSTELLED SEATS, U-JOINT CAPS MISSING FROM DRIVE LINE - TOWED PUT NEW U-JOINT CAPS ON FRONT DIFFERENTIAL & CAP BOLTS, CLEANED CAB FINAL TIME, DEGREASED ENGINE & WASHED - TRUCK STARTS & MOVES - NOT IN ROAD READY - TRUCK HAS OFF ROAD DIESEL IN TANKS - SEMI TOWED BY APACHE THEY DID NOT TAPE-UJOINGS & CAPS LOST DURING TRANSPORT, PURCHASED & PICKED UP RUSH DELIVERY PARTS, REMOVED DRIVELINE & INSTALLED ALL - SEMI PICKUP & HAUL TO YARD | $ 3,459.18 | $ 3,896.68 |
| 14 | 2019 FORD F550 LARIAT SERVICE TRUCK, VIN# 1FD0W5HT2KED95715, 61,808 MILES, CREW CAB, 4X4, GRILL GUARD, FRONT WINCH, VENTRUO HT40 TRUCK CRANE, 11' SERVICE BED | PICKUP & TRANSPORTATION TO YARD | $ 437.50 | FIND LOCKSMITH TO UNLOCK DOORS & CUT KEYS, REPLACE DEAD BATTERIES, CHECK FLUIDS, ADD 1 GAL. OIL, START TRUCK, CLEAN TRASH FROM BED, WASH OUTSIDE, CLEAN EXTREMELY DIRTY CAB - TRUCK RUNS - NOT ROAD READY, UNLOCK & REPROGAM KEY FOB FOR NEW KEYS, BATTERIES | $ 1,669.45 | $ 2,106.95 |
| 15 | 2019 FORD F350 LTD, VIN# 1FT8W3BT0KEC62357, 95,121 MIILES, CREW CAB, FX4, LONG BED, GRILL GUARD, FRONT WINCH, LIFT KIT, 22" CUSTOM RIMS (NOT RUNNING-NO START) | PICKUP & TRANSPORTATION TO YARD | $ 1,000.00 | INSPECT TRUCK, HOOK UP CABLES, GET MILEABE, MOTOR BAD, CLEAN OUT TRASH FROM CAB & BED | $ 100.00 | $ 1,100.00 |
| 16 | 1997 FREIGHTLINER FL70 FUEL & LUBE TRUCK, VIN# 1FUWHLBA8VH817373, 176,950 MILES, DIESEL TANK, HYD. TANKS, | PICKUP & TRANSPORTATION TO YARD | $ 500.00 | PURCHASE & INSTALL BATTERIES FOR INSPECTION | $ 300.25 | $ 800.25 |
| 17 | 1995 CHEVROLET KODIAK C7500 FUEL TRUCK, VIN# 1GBM7H1M7SJ101163, ~280,000 MILES, 2,100-GALLON 5-COMPARTMENT | PICKUP & TRANSPORTATION TO YARD | $ 500.00 | PURCHASE & INSTALL BATTERIES FOR INSPECTION | $ 342.73 | $ 842.73 |
| 18 | MH 4900 1999 INTERNATIONAL A90 WINCH TRUCK, VIN# 1HTSDADN8XH666501, ~40,000 LB RUFNEK WINCH, ~18' STEEL BED, ROLLING TAILBOARD (NO MOTOR OR TRANS.) | LEFT AT CM YARD | $ - | | | $ - |
| 19 | 1985 INTERNATIONAL S1955, 51900, VIN# 1HSLRTVN7FHA18721, FARM TRUCK, SINGLE AXLE, 5TH WHEEL PLATE | LEFT AT CM YARD | $ - | | | $ - |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | XL SPECIALIZED 22MB SPREADER | LEFT ON TRAILER FOR TRANSPORT | $ - | | | $ - |
| 21 | 1980 FRUEHAUF FB29F2 JOBSITE TRAILER, VIN# N/A, 48' | PICKUP & TRANSPORTATION TO YARD | $ 500.00 | | | $ 500.00 |
| 22 | 2006 FONTAINE 53' FLATBED TRAILER, VIN# 13N1532C963536012, SLIDING TANDEM AXLES, STRAP WINCHES | HAUL HAY TRAILER TO AUCTION YARD | $ 600.00 | | | $ 600.00 |
| 23 | 1994 FONTANE STEP DECK TRAILER, VIN# 13N248307R1561936, 12' UPPER, 38' LOWER, SPREAD AXLE, STRAP WINCHES | HAUL HAY TRAILER TO AUCTION YARD | $ 600.00 | | | $ 600.00 |
| 24 | 1979 STEPDECK/HAY TRAILER, VIN# N/A, 10' UPPER, 34' LOWER, DOVE TAIL W/FLIP RAMPS | HAUL HAY TRAILER TO AUCTION YARD | $ 600.00 | | | $ 600.00 |
| 25 | 2,000 GALLON SKID-MTD. FUEL TANK, FILL-RITE METER & PUMP | LEFT ON TRAILER FOR TRANSPORT | $ - | | | $ - |
| | | | $ 24,737.50 | | $ 13,761.80 | $ 38,499.30 |