**LOCAL Form 420A** (8/21)

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma

---

In Re:
C M Heavy Machinery, LLC, et al.
Debtor(s).

Case No.: 24−80617
Chapter: 7

---

**NOTICE OF MOTION**
**NOTICE OF DEADLINE TO FILE OBJECTION TO MOTION**
**AND NOTICE OF HEARING IF OBJECTION FILED**

The following Motion has been filed with the court:

***354*** − Motion to Pay Secured Creditor Great Plains National Bank Filed by Kelley G Loud, Trustee on behalf of Kelley G Loud, Trustee. (Loud, Trustee, Kelley)

---

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the above−referenced motion, or if you want the court to consider your views on the motion and your objection, then on or before

**September 28, 2026,**

you or your attorney must file with the court at the address listed below, a written objection explaining your position. If you mail your Objection to the court you must mail it early enough so that the court will receive it on or before the date stated above. **Mail to:**

**United States Bankruptcy Court P.O. Box 1888 Muskogee, OK 74402**

You must also mail a copy to the name and address listed at the bottom of the motion stated above enclosed with this notice unless they are served by electronic notice. You must also attend the hearing scheduled to be held on:

November 12, 2026 at 10:00 AM Ed Edmondson US Courthouse, 101 N 5th St, Courtroom 4, Muskogee, OK 74401.

**IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT WILL DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION, WILL ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION AND THE ABOVE−SCHEDULED HEARING WILL BE STRICKEN WITHOUT FURTHER NOTICE.LOCAL RULE 9013−1(B)**

**IF AN OBJECTION OR RESPONSE IS FILED, THE MATTER WILL BE CONSIDERED A CONTESTED MATTER GOVERNED BY LOCAL RULE 9014−1. THE MATTER WILL BE CONSIDERED A PRELIMINARY HEARING. INTERESTED PARTIES SHOULD ATTEND AND BE PREPARED TO PRESENT LEGAL ARGUMENT. THE COURT WILL NOT HEAR TESTIMONY UNLESS THE COURT DIRECTS OTHERWISE OR THE PARTIES COMPLY WITH LOCAL RULE 9014−1(A).**

Date: September 14, 2026