**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE** | ) | |
| | ) | **Case No. 24-80617** |
| **CM HEAVY MACHINERY, LLC** | ) | **Chapter 7** |
| | ) | |
| **Debtor** | ) | |

**MOTION FOR ORDER AUTHORIZING PAYMENT**
**TO SECURED CREDITOR KOMATSU FINANCIAL LIMITED PARTNERSHIP**

Kelley G. Loud, Chapter 7 Trustee ("Trustee"), applies to this Court for an Order authorizing payment to secured creditor Komatsu Financial Limited Partnership ("Komatsu") from the proceeds generated by the sale of the three items of Komatsu equipment subject to Komatsu's more senior lien, pursuant to 11 U.S.C. § 363 and the Order of this Court authorizing the sale (ECF No. 319). In support, the Trustee shows the Court as follows:

1. The Debtor, CM Heavy Machinery, LLC, filed its Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code on August 8, 2024 (ECF No. 1).

2. The Chapter 11 case was converted to a case under Chapter 7 by Order of this Court entered on June 27, 2025 (ECF No. 184). Kelley G. Loud is the duly appointed, qualified and acting Chapter 7 Trustee of the Estate.

3. On March 12, 2026, Trustee filed a Motion to Sell Assets Free and Clear of Liens, Claims, and Encumbrances pursuant to 11 U.S.C. §363, Fed. R. Bank. P. 6004(a) and (c) and Fed. R. Bank. P. 2002(c)(1) ("Motion") (ECF No. 287). Notice of the Motion was issued on March 12, 2026 (ECF No. 288). The Motion and Notice of Motion were served on all parties of interest in accordance with the Bankruptcy Rules as shown in the Certificate of Mailing filed on March 12, 2026 (ECF No. 290). A Supplement to the Motion was filed on April 20, 2026 (ECF No. 318).

An Order authorizing the sale as proposed in the Motion was entered on April 22, 2026 (ECF No. 319).

4. The property of the Estate that was the subject of the Motion, Supplement, and Order (the "Property") was sold at public auction on June 11, 2026.

5. The Property included three items of Komatsu equipment subject to Komatsu's most senior lien. These items were sold at the auction for aggregate gross proceeds of $261,500.00, comprised of: (a) a 2020 Komatsu GD655-6 Motor Grader, S/N 60468, sold for $117,500.00, with $86,665.54 attributable to Komatsu's lien; (b) a 2018 Komatsu D85PX-18 Bulldozer, sold for $125,000.00, with $1,490.83 attributable to Komatsu's lien; and (c) a 2018 Komatsu D65PX-18 Bulldozer, S/N 90651, sold for $19,000.00, with $1,187.85 attributable to Komatsu's lien.

6. Under 11 U.S.C. § 363, a secured creditor's lien attaches to the proceeds of the sale of its collateral. Section 363(f) authorizes a trustee to sell estate property free and clear of liens and other interests, and Section 363(e) directs the Court, on request of an entity holding an interest in the property, to condition the sale as is necessary to provide adequate protection of that interest. A sale free and clear under Section 363(f) does not invalidate or extinguish a valid lien; the lien instead transfers to and attaches to the proceeds of the sale, with the same validity, priority, and extent it held in the original collateral, and is satisfied from those proceeds in the order of its priority. See *In re Riverside Investment. Partnership*, 674 F.2d 634, 640 (7th Cir. 1982); *In re Hillis,* 649 B.R. 918, 923 (Bankr. M.D. Ga. 2023).

7. As the holder of the senior lien on the three items of Komatsu equipment, Komatsu is entitled to be paid from the proceeds of the sale of those items, in an amount sufficient to satisfy its lien in full. The amount necessary to pay Komatsu's lien in full is $89,344.22.

8. After payment of Komatsu's senior lien, the remaining net proceeds of the three items of Komatsu equipment are contemplated to be distributed between the Estate and Great Plains National Bank ("GPNB"), who holds a junior lien on the Komatsu equipment detailed above, in accordance with the agreement between the Trustee and GPNB and the allocation of costs of sale approved by this Court, as addressed in the Trustee's separately filed motions.

9. Trustee requests authority to pay Komatsu the sum of $89,344.22 from the proceeds of the sale of the three items of Komatsu equipment, in full satisfaction of Komatsu's senior lien.

WHEREFORE, Kelley G. Loud, Chapter 7 Trustee, moves this Court for an Order authorizing the Trustee to pay Komatsu Financial Limited Partnership the sum of $89,344.22 from the proceeds of the sale of the three items of Komatsu equipment described herein, in full satisfaction of Komatsu's lien upon said equipment and the sales proceeds of same, and for such other and further relief as the Court deems just and proper.

Respectfully submitted:

*/s/ Kelley G Loud*
Kelley G. Loud, OBA #15808
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
kloud@titushillis.com
ATTORNEY FOR TRUSTEE