**Dated: September 29, 2026**

**The following is ORDERED:**

PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE** | ) | |
| | ) | **Case No. 24-80617** |
| **CM HEAVY MACHINERY, LLC** | ) | **Chapter 7** |
| | ) | |
| **Debtor** | ) | |

**ORDER GRANTING MOTION FOR ORDER AUTHORIZING PAYMENT**
**TO SECURED CREDITOR GREAT PLAINS NATIONAL BANK**

This Court, after review and consideration of the Motion for Order Authorizing Payment to Secured Creditor Great Plains National Bank ("Motion") [ECF No. 354] filed by Kelley G. Loud, Chapter 7 Trustee of the above-captioned case, and the pleadings filed in this case, finds as follows:

1. Kelley G. Loud, Trustee, filed the Motion on September 14, 2026. In the Motion, the Trustee sought an Order of the Court authorizing payment to secured creditor, Great Plains National Bank ("GPNB").

2. The Trustee seeks by the Motion the authority to pay $395,398.99 from the sale proceeds of an auction of certain Estate assets, as more particularly set out in the Motion.

3. Pursuant to the Notice of Motion [ECF No. 355], any objection to the Motion was to be filed on or before September 28, 2026.

4. Counsel for the Trustee has certified that notice of the Motion was given to all parties in interest on September 14, 2026, as reflected in the Certificate of Mailing filed on September 14, 2026.

5. No objections to the Motion have been filed or received by the Trustee.

6. The Court finds the Motion should be granted and the Trustee authorized to pay GPNB as requested in the Motion.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion is granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Trustee is authorized to pay Great Plains National Bank the proceeds attributable to its collateral sold at auction, less the Estate's ten percent (10%) interest in the proceeds generated from the sale of Property subject to Great Plains National Bank's lien, less Great Plains National Bank's applicable pro rata share of auctioneer compensation and expenses approved by this Court, and less the payment to Komatsu Financial Partnership Limited on account of its more senior lien, in the amount of $395,398.99.

# # #

APPROVED FOR ENTRY:

s/ Kelley G. Loud
Kelley G. Loud, OBA #15808
TITUS HILLIS REYNOLDS LOVE
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
kloud@titushillis.com

*Attorney for Chapter 7 Trustee*

**MOVANT SHALL NOTICE ALL INTERESTED PARTIES**