**Dated: September 29, 2026**

**The following is ORDERED:**

PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE** | ) | |
| | ) | **Case No. 24-80617** |
| **CM HEAVY MACHINERY, LLC** | ) | **Chapter 7** |
| | ) | |
| **Debtor** | ) | |

**ORDER GRANTING APPLICATION FOR APPROVAL AND AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSES**

This Court, after review and consideration of the Motion for Approval and Authorizing Payment of Administrative Expenses ("Motion") [ECF No. 352] and Notice of Motion and Hearing [ECF No. 353] filed by Kelley G. Loud, Trustee of the above-captioned case, and the pleadings filed in this case, finds as following:

1. Kelley G. Loud, Trustee filed the Motion on September 14, 2026. In the Motion, the Trustee sought an Order of the Court approving payment of compensation to Dan Duckwall of Duckwall and Company, Inc. ("Duckwall").

2. The Trustee was authorized to employ Duckwall by this Court's Order [ECF No. 236], in connection with the sale of Debtor's personal property assets.

3. The Trustee seeks by the Motion the authority to pay $201,562.56 from the sale proceeds of auction conducted by Duckwall.

5. Pursuant to the Motion, any objection was to be filed on or before September 28, 2026.

6. Counsel for the Trustee has certified that notice of the Motion was given to all parties in interest on September 28, 2026, as reflected in the Certificate of Service on the Motion and the Certificate of Service concerning the Notice of Motion and Hearing filed on September 14, 2026.

7. No objections to the Motion have been filed or received by the Trustee.

8. The Court finds the Motion should be granted, Duckwall's compensation, expenses, and other amounts as set forth in the Motion approved, and the Trustee authorized to pay Duckwall as requested in the Motion.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that notice of the Motion was proper.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that payment to Duckwall is approved in the amount of $201,562.56 and may be paid from the proceeds of the sale of Estate property at the auction conducted by Duckwall.

# # #

APPROVED FOR ENTRY:

*/s/ Kelley G. Loud*
Kelley G. Loud, OBA #15808
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
kloud@titushillis.com
*Attorney for Chapter 7 Trustee*

**MOVANT SHALL NOTICE ALL INTERESTED PARTIES**